# EXHIBIT B

## Certificate of Registration for LT Shoe Source Code (TX 9-358-765)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 9-358-765**

**Effective Date of Registration:**
February 07, 2024
**Registration Decision Date:**
February 08, 2024

## Title

        **Title of Work:** LTSHOE SOURCE CODE

## Completion/Publication

      **Year of Completion:** 2017
    **Date of 1st Publication:** March 31, 2018
  **Nation of 1st Publication:** United States

## Author

-         **Author:** LT Game Limited
    **Author Created:** computer program
  **Work made for hire:** Yes
      **Domiciled in:** Macau

## Copyright Claimant

  **Copyright Claimant:** LT Game Limited
                        Suite 1207, Macau Landmark, No. 555, Avenida da Amizade, Macau, Macau

## Rights and Permissions

    **Organization Name:** Amster, Rothstein & Ebenstein LLP
                **Name:** Chester Rothstein
                  **Email:** ptodocket@arelaw.com
          **Telephone:** (212)336-8000
    **Alt. Telephone:** (212)336-8001
              **Address:** 405 Lexington Avenue
                         New York, NY 10174 United States

## Certification

**Name:** Chester Rothstein
**Date:** February 07, 2024
**Applicant's Tracking Number:** 00609/0003

**Correspondence:** Yes