# EXHIBIT C

**Certificate of Registration for Paradise Golden Frog Source Code (TXu 2-411-586)**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TXu 2-411-586**

**Effective Date of Registration:**
February 07, 2024

**Registration Decision Date:**
February 08, 2024

## Title

    **Title of Work:** PARADISE GOLDEN FROG SOURCE CODE

## Completion/Publication

    **Year of Completion:** 2020

## Author

-     **Author:** LT Game Limited
    **Author Created:** computer program
    **Work made for hire:** Yes
    **Domiciled in:** Macau

## Copyright Claimant

    **Copyright Claimant:** LT Game Limited
    Suite 1207, Macau Landmark, No. 555, Avenida da Amizade, Macau

## Rights and Permissions

    **Organization Name:** Amster, Rothstein & Ebenstein LLP
    **Name:** Chester Rothstein
    **Email:** ptodocket@arelaw.com
    **Telephone:** (212)336-8000
    **Address:** 405 Lexington Avenue
    New York, NY 10174 United States

## Certification

    **Name:** Chester Rothstein
    **Date:** February 07, 2024

Exhibit C001

**Applicant's Tracking Number:** 00609/0004

**Correspondence:** Yes