OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
MARGARITA ELIAS, ESQ.
Nevada Bar No. 14867
**HOLLEY DRIGGS**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: opancheri@nevadafirm.com
          melias@nevadafirm.com

JEAN-PAUL CIARDULLO, ESQ. *(pro hac vice)*
California Bar No. 284170
**FOLEY & LARDNER LLP**
555 Flower Street, Suite 3300
Los Angeles, California 90071
Tel.: (213) 972-4500 / Fax: (213) 486-0065
Email: jciardullo@foley.com

ROBERT T. STEWART, ESQ.
Nevada Bar No. 13770
**FOLEY & LARDNER LLP**
95 South State Street, Suite 2500
Salt Lake City, UT 84111
Tel.: (801) 401-8900
Email: rtstewart@foley.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PARADISE ENTERTAINMENT LIMITED, a Bermuda corporation; and LT GAME (CANADA) LIMITED, a Nevada corporation,<br><br>                    Plaintiffs,<br><br>v.<br><br>EMPIRE TECHNOLOGICAL GROUP LIMITED, a Nevada corporation; GAMING SPECIALIZED LOGISTICS LLC, a Nevada limited liability company; LINYI FENG, an individual; ROY KELCEY ALLISON, an individual; and DARYN KIELY, an individual,<br><br>                    Defendants. | Case No. 2:24-cv-00428-JCM-BNW<br><br>**STIPULATION AND ORDER REGARDING AUTHORIZATION TO ACCEPT SERVICE OF PROCESS AND TIME TO FILE RESPONSIVE PLEADING** |

Plaintiffs Paradise Entertainment Limited and LT Game (Canada) Limited (collectively, "*Plaintiffs*") and Defendants Empire Technological Group Limited, Gaming Specialized Logistics

LLC, Linyi Feng, Roy Kelcey Allison, and Daryn Kiely (collectively, "**Defendants**"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. Defendants have authorized their undersigned counsel of record to accept service of process of Plaintiffs' Complaint, and such service has been accepted.

2. Defendants shall have until April 26, 2024 to respond to the Complaint.

IT IS SO STIPULATED.

DATED this 27th day of March 2024.

DATED this 27th day of March 2024.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

/s/ Patrick J. Reilly
PATRICK J. REILLY, ESQ. (NBN 6103)
100 North City Parkway, 16th Floor
Las Vegas, Nevada 89106
Tel.: (702) 382-2101 / Fax: (702) 382-8135
Email: preilly@bhfs.com

MARK T. OAKES, ESQ. *(pro hac vice admission forthcoming)*
ZACHARY P. MCHENRY, ESQ. *(pro hac vice admission forthcoming*
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Email: mark.oakes@nortonrosefulbright.com
   zach.mchenry@nortonrosefulbright.com
*Attorneys for Defendants*

**HOLLEY DRIGGS**

/s/ Oliver J. Pancheri
OLIVER J. PANCHERI, ESQ. (NBN 7476)
MARGARITA ELIAS, ESQ. (NBN 14867)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: opancheri@nevadafirm.com
   melias@nevadafirm.com

JEAN-PAUL CIARDULLO, ESQ. *(pro hac vice)*
**FOLEY & LARDNER LLP**
555 Flower Street, Suite 3300
Los Angeles, California 90071
Email: jciardullo@foley.com

ROBERT T. STEWART, ESQ.
Nevada Bar No. 13770
**FOLEY & LARDNER LLP**
95 South State Street, Suite 2500
Salt Lake City, UT 84111
Email: rtstewart@foley.com
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: 3/28/2024

- 2 -