OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
ANTHONY A. TORROLL, ESQ.
Nevada Bar No. 16640
**HOLLEY DRIGGS**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308
Fax: (702) 791-1912
Email: opancheri@nevadafirm.com
           atorroll@nevadafirm.com

ROBERT T. STEWART, ESQ.
Nevada Bar No. 13770
**FOLEY & LARDNER LLP**
95 South State Street, Suite 2500
Salt Lake City, UT 84111
Tel.: (801) 401-8900
Email: rtstewart@foley.com

JEAN-PAUL CIARDULLO, ESQ. *(pro hac vice)*
California Bar No. 284170
**FOLEY & LARDNER LLP**
555 Flower Street, Suite 3300
Los Angeles, California 90071
Tel.: (213) 972-4500
Fax: (213) 486-0065
Email: jciardullo@foley.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PARADISE ENTERTAINMENT LIMITED, a Bermuda corporation; and LT GAME (CANADA) LIMITED, a Nevada corporation,<br><br>Plaintiffs,<br>v.<br><br>EMPIRE TECHNOLOGICAL GROUP LIMITED, a Nevada corporation; GAMING SPECIALIZED LOGISTICS LLC, a Nevada limited liability company; LINYI FENG, an individual; ROY KELCEY ALLISON, an individual; and DARYN KIELY, an individual,<br><br>Defendants. | Case No. 2:24-cv-00428-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANTS' COUNTERCLAIMS**<br><br>**(FIRST REQUEST)** |

Plaintiffs Paradise Entertainment Limited ("Paradise") and LT Game (Canada) Limited ("LT Game") (collectively, "Plaintiffs") and Defendants Empire Technological Group Limited,

Gaming Specialized Logistics LLC, Linyi Feng, Roy Kelcey Allison, and Daryn Kiely (collectively, "Defendants", and collectively with Plaintiffs, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. On March 1, 2024, Plaintiffs filed their Complaint against Defendants (ECF No. 1);

2. On April 26, 2024, Defendants filed their Answer to Complaint and Counterclaims ("Counterclaims") (ECF No. 17);

3. Plaintiffs' response to the Counterclaims is currently due May 17, 2024;

4. The Parties hereby stipulate and agree that Plaintiffs' deadline to respond to the Counterclaims shall be extended by twenty-one (21) days, up to and through June 7, 2024;

5. This is the first request to extend the deadline requested herein;

6. Good cause exists for the instant extension as the Parties are in the midst of discussing the Counterclaims and whether there may be any more efficient ways of addressing them;

7. This request is made in good faith and not for the purposes of delay.

IT IS SO STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Plaintiffs to respond to Defendants' Counterclaim is extended to June 7, 2024.

DATED this 14th day of May 2024.                    DATED this 14th day of May 2024.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**                **HOLLEY DRIGGS**

*/s/ Zachary P. McHenry*                              */s/ Oliver J. Pancheri*

| | |
|---|---|
| PATRICK J. REILLY, ESQ. | OLIVER J. PANCHERI, ESQ. |
| Nevada Bar No. 6103 | Nevada Bar No. 7476 |
| 100 North City Parkway, 16th Floor | ANTHONY A. TORROLL, ESQ. |
| Las Vegas, Nevada 89106 | Nevada Bar No. 16640 |
| Telephone: (702) 382-2101 | 300 South Fourth Street, Suite 1600 |
| Facsimile: (702) 382-8135 | Las Vegas, Nevada 89101 |
| Email: preilly@bhfs.com | Tel.: (702) 791-0308 |
| | Fax: (702) 791-1912 |
| | Email: opancheri@nevadafirm.com |
| | atorroll@nevadafirm.com |

and                                                    and

| | |
|---|---|
| MARK T. OAKES, ESQ. (*pro hac vice*) <br> ZACHARY P. MCHENRY, ESQ. (*pro hac vice*) <br> ETHAN GLENN, ESQ. (*pro hac vice*) <br> **NORTON ROSE FULBRIGHT US LLP** <br> 98 San Jacinto Boulevard, Suite 1100 <br> Austin, Texas 78701-4255 <br> Telephone: (512) 474-5201 <br> Facsimile: (512) 536-4598 <br> Email: mark.oakes@nortonrosefulbright.com <br>            zach.mchenry@nortonrosefulbright.com <br>            ethan.glenn@nortonrosefulbright.com <br><br> *Attorneys for Defendants* | JEAN-PAUL CIARDULLO, ESQ. (*pro hac vice*) <br> **FOLEY & LARDNER LLP** <br> 555 Flower Street, Suite 3300 <br> Los Angeles, California 90071 <br> Tel.: (213) 972-4500 <br> Fax: (213) 486-0065 <br> Email: jciardullo@foley.com <br><br> and <br><br> ROBERT T. STEWART, ESQ. <br> Nevada Bar No. 13770 <br> **FOLEY & LARDNER LLP** <br> 95 South State Street, Suite 2500 <br> Salt Lake City, UT 84111 <br> Tel.: (801) 401-8900 <br> Email: rtstewart@foley.com <br><br> *Attorneys for Plaintiff* |

IT IS SO ORDERED.

DATED  May 15, 2024

_____
UNITED STATES MAGISTRATE JUDGE