OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
JESSICA M. LUJAN, ESQ.
Nevada Bar No. 14913
**HOLLEY DRIGGS**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308
Fax: (702) 791-1912
Email: opancheri@nevadafirm.com
          jlujan@nevadafirm.com

ROBERT T. STEWART, ESQ.
Nevada Bar No. 13770
**FOLEY & LARDNER LLP**
95 South State Street, Suite 2500
Salt Lake City, UT 84111
Tel.: (801) 401-8900
Email: rtstewart@foley.com

JEAN-PAUL CIARDULLO, ESQ. *(pro hac vice)*
California Bar No. 284170
**FOLEY & LARDNER LLP**
555 Flower Street, Suite 3300
Los Angeles, California 90071
Tel.: (213) 972-4500
Fax: (213) 486-0065
Email: jciardullo@foley.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PARADISE ENTERTAINMENT LIMITED, a Bermuda corporation; and LT GAME (CANADA) LIMITED, a Nevada corporation,<br><br>Plaintiffs,<br>v.<br><br>EMPIRE TECHNOLOGICAL GROUP LIMITED, a Nevada corporation; GAMING SPECIALIZED LOGISTICS LLC, a Nevada limited liability company; LINYI FENG, an individual; ROY KELCEY ALLISON, an individual; and DARYN KIELY, an individual,<br><br>Defendants. | Case No. 2:24-cv-00428-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANTS' FIRST AMENDED COUNTERCLAIMS (ECF NO. 34)**<br><br>**(FIRST REQUEST)** |

# STIPULATION

Plaintiffs Paradise Entertainment Limited ("Paradise") and LT Game (Canada) Limited ("LT Game") (collectively, "Plaintiffs") and Defendants Empire Technological Group Limited, Gaming Specialized Logistics LLC, Linyi Feng, Roy Kelcey Allison, and Daryn Kiely (collectively, "Defendants", and collectively with Plaintiffs, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. On March 1, 2024, Plaintiffs filed their Complaint against Defendants (ECF No. 1);

2. On April 26, 2024, Defendants filed their Answer to Complaint and Counterclaims ("Counterclaims") (ECF No. 17);

3. On June 7, 2024, Plaintiffs timely answered Defendants Counterclaims (ECF No. 29);

4. On June 28, 2024, Defendants filed their First Amended Answer and Counterclaims (the "Amended Counterclaims") (ECF No. 34) pursuant to FRCP 15(a)(1)(A);

5. Plaintiffs' response to the Amended Counterclaims is currently due July 12, 2024;

6. The Parties hereby stipulate and agree that Plaintiffs' deadline to respond to the Counterclaims shall be extended by fourteen (14) days, up to and through July 26, 2024;

7. This is the first request to extend the deadline requested herein;

8. Plaintiffs contend that good cause exists for the instant extension because Plaintiffs state that they require additional time to consider and investigate the new matters raised by the Amended Counterclaims;

9. This request is made in good faith and not for the purposes of delay.

IT IS SO STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Plaintiffs to respond to Defendants' Amended Counterclaim is extended to July 26, 2024.

| | |
|---|---|
| DATED this 9th day of July 2024. | DATED this 9th day of July 2024. |
| **BROWNSTEIN HYATT FARBER SCHRECK, LLP** | **HOLLEY DRIGGS** |
| /s/ Zachary P. McHenry | /s/ Jessica M. Lujan |
| PATRICK J. REILLY, ESQ. (NBN 6103)<br>100 North City Parkway, 16th Floor<br>Las Vegas, Nevada 89106<br>Tel.: (702) 382-2101 / Fax: (702) 382-8135<br>Email: preilly@bhfs.com | OLIVER J. PANCHERI, ESQ. (NBN 7476)<br>JESSICA M. LUJAN, ESQ. (NBN 14913)<br>300 South Fourth Street, Suite 1600<br>Las Vegas, Nevada 89101<br>Tel.: (702) 791-0308 / Fax: (702) 791-1912<br>Email: opancheri@nevadafirm.com<br>jlujan@nevadafirm.com |
| and | and |
| MARK T. OAKES, ESQ. (*pro hac vice*)<br>ZACHARY P. MCHENRY, ESQ. (*pro hac vice*)<br>ETHAN GLENN, ESQ. (*pro hac vice*)<br>**NORTON ROSE FULBRIGHT US LLP**<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, Texas 78701-4255<br>Telephone: (512) 474-5201<br>Facsimile: (512) 536-4598<br>Email: mark.oakes@nortonrosefulbright.com<br>zach.mchenry@nortonrosefulbright.com<br>ethan.glenn@nortonrosefulbright.com | JEAN-PAUL CIARDULLO, ESQ. (*pro hac vice*)<br>**FOLEY & LARDNER LLP**<br>555 Flower Street, Suite 3300<br>Los Angeles, California 90071<br>Tel.: (213) 972-4500 / Fax: (213) 486-0065<br>Email: jciardullo@foley.com<br><br>and<br><br>ROBERT T. STEWART, ESQ. (NBN 13770)<br>**FOLEY & LARDNER LLP**<br>95 South State Street, Suite 2500<br>Salt Lake City, UT 84111<br>Tel.: (801) 401-8900<br>Email: rtstewart@foley.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

### ORDER

IT IS SO ORDERED.

DATED  July 10, 2024

_____
UNITED STATES MAGISTRATE JUDGE