| | |
|---|---|
| OLIVER J. PANCHERI, ESQ. | ROBERT T. STEWART, ESQ. |
| Nevada Bar No. 7476 | Nevada Bar No. 13770 |
| JESSICA M. LUJAN, ESQ. | **FOLEY & LARDNER LLP** |
| Nevada Bar No. 14913 | 95 South State Street, Suite 2500 |
| **HOLLEY DRIGGS** | Salt Lake City, UT 84111 |
| 300 South Fourth Street, Suite 1600 | Tel.: (801) 401-8900 |
| Las Vegas, Nevada 89101 | Email: rtstewart@foley.com |
| Tel.: (702) 791-0308 / Fax: (702) 791-1912 | |
| Email: opancheri@nevadafirm.com | |
| jlujan@nevadafirm.com | |

JEAN-PAUL CIARDULLO, ESQ. *(pro hac vice)*
California Bar No. 284170
**FOLEY & LARDNER LLP**
555 Flower Street, Suite 3300
Los Angeles, California 90071
Tel.: (213) 972-4500 / Fax: (213) 486-0065
Email: jciardullo@foley.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PARADISE ENTERTAINMENT LIMITED, a Bermuda corporation; and LT GAME (CANADA) LIMITED, a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EMPIRE TECHNOLOGICAL GROUP LIMITED, a Nevada corporation; GAMING SPECIALIZED LOGISTICS LLC, a Nevada limited liability company; LINYI FENG, an individual; ROY KELCEY ALLISON, an individual; and DARYN KIELY, an individual,<br><br>Defendants. | Case No. 2:24-cv-00428-JCM-BNW<br><br>**STIPULATION AND ORDER TO AMEND CASE CAPTION** |

Plaintiffs Paradise Entertainment Limited ("Paradise") and LT Game (Canada) Limited ("LT Game") (collectively, "Plaintiffs") and Defendants Empire Technological Group Limited, Gaming Specialized Logistics LLC, Linyi Feng, Roy Kelcey Allison, and Daryn Kiely (collectively, "Defendants", and collectively with Plaintiffs, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. Plaintiff LT Game recently changed its name from "LT Game (Canada) Ltd." to "LT Game, Inc.", which public information may be confirmed via the Nevada Secretary of State SilverFlume website.

2. Accordingly, the Parties stipulate and agree to amend the case caption in this matter to reflect the above-referenced name change. A proposed amended case caption is attached hereto as **Exhibit 1**.

3. "LT Game (Canada) Ltd." and "LT Game, Inc." are the same legal entity, and this Stipulation and Order to Amend the Case Caption does not change any of the parties to this action.

/ / /

/ / /

/ / /

4. Accordingly, the Parties stipulate and agree that any use, reference, representation, or otherwise of the name "LT Game (Canada), LLC" will be attributed to "LT Game, Inc."

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 26th day of July 2024. | DATED this 26th day of July 2024. |
| **BROWNSTEIN HYATT FARBER SCHRECK, LLP** | **HOLLEY DRIGGS** |
| */s/ Zachary P. McHenry* | */s/ Jessica M. Lujan* |
| PATRICK J. REILLY, ESQ. (NBN 6103)<br>100 North City Parkway, 16th Floor<br>Las Vegas, Nevada 89106<br>Tel.: (702) 382-2101 / Fax: (702) 382-8135<br>Email: preilly@bhfs.com | OLIVER J. PANCHERI, ESQ. (NBN 7476)<br>JESSICA M. LUJAN, ESQ. (NBN 14913)<br>300 South Fourth Street, Suite 1600<br>Las Vegas, Nevada 89101<br>Tel.: (702) 791-0308 / Fax: (702) 791-1912<br>Email: opancheri@nevadafirm.com<br>          jlujan@nevadafirm.com |
| and | and |
| MARK T. OAKES, ESQ. (*pro hac vice*)<br>ZACHARY P. MCHENRY, ESQ. (*pro hac vice*)<br>ETHAN GLENN, ESQ. (*pro hac vice*)<br>**NORTON ROSE FULBRIGHT US LLP**<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, Texas 78701-4255<br>Telephone: (512) 474-5201<br>Facsimile: (512) 536-4598<br>Email: mark.oakes@nortonrosefulbright.com<br>          zach.mchenry@nortonrosefulbright.com<br>          ethan.glenn@nortonrosefulbright.com<br><br>*Attorneys for Defendants* | JEAN-PAUL CIARDULLO, ESQ.<br>**FOLEY & LARDNER LLP**<br>555 Flower Street, Suite 3300<br>Los Angeles, California 90071<br>Tel.: (213) 972-4500 / Fax: (213) 486-0065<br>Email: jciardullo@foley.com<br><br>and<br><br>ROBERT T. STEWART, ESQ. (NBN 13770)<br>**FOLEY & LARDNER LLP**<br>95 South State Street, Suite 2500<br>Salt Lake City, UT 84111<br>Tel.: (801) 401-8900<br>Email: rtstewart@foley.com<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

DATED _____

_____
UNITED STATES DISTRICT JUDGE