OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
JESSICA M. LUJAN, ESQ.
Nevada Bar No. 14913
**SPENCER FANE LLP**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400
Fax: (702) 938-8648
Email: opancheri@spencerfane.com
       jlujan@spencerfane.com

ROBERT T. STEWART, ESQ.
Nevada Bar No. 13770
**FOLEY & LARDNER LLP**
95 South State Street, Suite 2500
Salt Lake City, UT 84111
Tel.: (801) 401-8900
Email: rtstewart@foley.com

JEAN-PAUL CIARDULLO, ESQ. (*pro hac vice*)
California Bar No. 284170
**FOLEY & LARDNER LLP**
555 Flower Street, Suite 3300
Los Angeles, California 90071
Tel: (213) 972-4500
Fax: (213) 486-0065
Email: jciardullo@foley.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PARADISE ENTERTAINMENT LIMITED, a Bermuda corporation; and LT GAME, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EMPIRE TECHNOLOGICAL GROUP LIMITED, a Nevada corporation; GAMING SPECIALIZED LOGISTICS LLC, a Nevada limited liability company; LINYI FENG, an individual; ROY KELCEY ALLISON, an individual; and DARYN KIELY, an individual,<br><br>Defendants. | Case No. 2:24-cv-00428-JCM-BNW<br><br>**AGREED STIPULATION TO EXTEND CASE DEADLINES**<br><br>**[FIRST REQUEST]** |

Plaintiffs Paradise Entertainment Limited ("**Paradise**") and LT Game, Inc. ("**LT Game**") (collectively "**Plaintiffs**") and Defendants Empire Technological Group Limited ("**Empire**"), Linyi (Frank) Feng, Roy Kelcey Allison, Gaming Specialized Logistics LLC ("**GSL**"), and Daryn Kiely (collectively, "**Defendants**") by and through their undersigned counsel of record, hereby stipulate and agree to a 90-day extension of the case deadlines to allow the parties sufficient time to complete discovery, and sufficient time in which to try to resolve a complicated discovery dispute that has arisen which the parties are attempting to resolve without the need for court intervention. As part of their stipulation, the parties have also agreed to a conduct a mediation after sufficient discovery has been completed.

The Parties are making their request well in advance of the current February 28, 2025 fact discovery cut-off, and submit that there is good cause for the schedule extension, as discussed below.

### A.    Background

Plaintiffs filed their Complaint earlier this year on March 1, 2024 alleging that, since approximately 2017, Defendants have been engaged in misconduct including fraud, breach of fiduciary duties, trade secret misappropriation, copyright infringement, and breach of contract, among other claims. (ECF No. 1.) Defendants deny Plaintiffs' allegations and maintain that they are not liable for the alleged misconduct and have asserted counterclaims against Plaintiffs. Since then, the Parties have conducted significant written discovery and produced a voluminous amount of documents.

### B.    Statement Specifying the Discovery Completed and What Remains

Since then, the Parties have diligently conducted significant, expansive, and voluminous discovery, which has included:

- Review of several hundred thousand documents – amounting to many terabytes of data – and production of tens of thousands of documents, with document productions still ongoing.
- Dozens of subpoenas served to non-party witnesses seeking documents and depositions (though depositions dates have not yet been scheduled), including a subpoena to a law firm that has represented both parties in the past.
- A cumulative total of 108 Interrogatories served among the Parties.
- A cumulative total of 238 Requests for Production served among the Parties.

Document discovery has spanned a period of time of more than seven years and touches upon almost all aspects of the Parties' business operations. This has resulted in each side reviewing and producing records from document collections that have turned out to be terabytes in size, which is beyond what the parties originally expected at the start of the case. Additionally, the Parties have been preparing for an in-person source code review in Las Vegas.

For their own part, Plaintiffs state here that they were previously unaware of the large number of people who have been employed by Empire, which has increased the expected witness count and led to a number of subpoenas to former employees. The Parties are still coordinating those depositions and otherwise managing the non-party discovery.

The Parties have also engaged in repeated meet and confer sessions and other correspondence over the past several months and have been working diligently to try to resolve their discovery disputes by good faith negotiation rather than motion practice. Depositions have not yet begun pending further completion of document discovery.

In sum, discovery still to be completed includes:

- Completion of document review and production;
- Source code review;
- Coordination with the subpoenaed non-parties, receiving their document productions, and arranging their depositions;
- Noticing and taking of party depositions, including coordination with overseas witnesses;
- Further conferences to resolve any open discovery issues.

C.     **The Parties' Requested Extension**

In view of the Lewis Roca records issue, as well as other pending discovery that the Parties are still working through, the Parties respectfully request a 90-day extension of the case schedule. This is the Parties' first request for an extension. They have been diligently engaged in discovery to-date, and submit that good cause exists supporting the request so as to allow the orderly completion of discovery, as well as sufficient time to try to resolve complex discovery disputes, many of which include matters that were not originally anticipated at the outset of the case. The requested extension is further supported by the Parties' agreement to use the additional time to conduct a private mediation after resolution of document

production issues.

The proposed updated case schedule is shown below.

| Event | Current Deadline | Parties' Proposal |
|---|---|---|
| Provide initial disclosures under Rule 26(a) | June 14, 2024 | [already complete] |
| Last day to file motion to amend pleadings and add parties absent showing of good cause under Rule 16(b) | November 27, 2024 | February 27, 2025 |
| Close of Fact Discovery | February 28, 2025 | May 30, 2025 |
| Last day to serve initial expert reports on topics on which the party bears the burden of proof and materials relied upon by experts | March 28, 2025 | June 30, 2025 |
| Last day to serve rebuttal experts on topics on which the party does not bear the burden of proof and materials relied upon by rebuttal experts | April 25, 2025 | July 28, 2025 |
| Close of Expert Discovery (including expert depositions) | May 23, 2025 | August 22, 2025 |
| Deadline to file dispositive motions | June 20, 2025 | September 19, 2025 |
| Deadline to file opposition to dispositive motions | July 11, 2025 | October 10, 2025 |
| Deadline to file replies to dispositive motions | July 25, 2025 | October 24, 2025 |
| Deadline to file Rule 702 (*Daubert*) motions | August 22, 2025 | November 21, 2025 |
| Deadline to file opposition to Rule 702 (*Daubert*) motions | September 12, 2025 | December 12, 2025 |
| Deadline to file replies to Rule 702 (*Daubert*) motions | September 26, 2025 | December 19, 2025 |
| Deadline to file Pretrial Order if no dispositive motions are filed | July 21, 2025 | October 20, 2025 |

IT IS SO STIPULATED.

Dated this 22nd day of November, 2024.                    Dated this 22nd day of November, 2024.

*/s/ Jessica M. Lujan*
OLIVER J. PANCHERI, ESQ. (NBN 7476)
JESSICA M. LUJAN, ESQ. (NBN 14913)
**SPENCER FANE LLP**
300 S. 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 938-8648
Email: opancheri@spencerfane.com
          jlujan@spencerfane.com

JEAN-PAUL CIARDULLO, ESQ. (*pro hac vice*)
California Bar No. 284170
**FOLEY & LARDNER LLP**
555 Flower Street, Suite 3300
Los Angeles, California 90071
Tel: (213) 972-4500
Fax: (213) 486-0065
Email: jciardullo@foley.com

ROBERT T. STEWART, ESQ. (NBN 13370)
**FOLEY & LARDNER LLP**
95 South State Street, Suite 2500
Salt Lake City, UT 84111
Tel.: (801) 401-8900
Email: rtstewart@foley.com

*Attorneys for Plaintiff*

*/s/ Ethan Glenn*
PATRICK J. REILLY, ESQ. (NBN 6103)
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, 16th Floor
Las Vegas, Nevada 89106
Tel.: (702) 382-2101 / Fax: (702) 382-8135
Email: preilly@bhfs.com

MARK T. OAKES, ESQ. (*pro hac vice*)
ZACHARY P. MCHENRY, ESQ. (*pro hac vice*)
ETHAN GLENN, ESQ. (*pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone: (512) 474-5201
Facsimile: (512) 536-4598
Email: mark.oakes@nortonrosefulbright.com
zach.mchenry@nortonrosefulbright.com
ethan.glenn@nortonrosefulbright.com

*Attorneys for Defendants*

## ORDER

The Court, having reviewed the above stipulation of the parties, and good cause appearing therefor, hereby **GRANTS** the above stipulation and **ADOPTS** the proposed discovery deadlines as set forth herein.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_____