**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

PARADISE ENTERTAINMENT LIMITED, a Bermuda corporation, and LT GAME, INC.,

        Plaintiff(s),

vs.

EMPIRE TECHNOLOGICAL GROUP LIMITED, a Nevada corporation; et al.

        Defendant(s).

Case # 2:24-cv-00428-JCM-BNW

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    Stewart Ray Nelson, Petitioner, respectfully represents to the Court:
    (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

FOLEY AND LARDNER LLP
(firm name)

with offices at _____ 95 S. State Street, Suite 2500 _____,
    (street address)

Salt Lake City, Utah, 84111,
(city) (state) (zip code)

801.401.8905, srnelson@foley.com.
(area code + telephone number)  (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by PARADISE ENTERTAINMENT LIMITED AND LT GAME, INC. to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16



3. That since October 15, 2019 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Utah (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Utah State Bar | October 15, 2019 | 17286 |
| Eastern District of Texas | October 10, 2024 | 17286UT |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 5/16



6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | None. | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

American LegalNet, Inc.
www.FormsWorkFlow.com

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Utah_____ )
COUNTY OF _Salt Lake_ )

___Ray Nelson___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__30__ day of __January__, __2025__.

_____
Notary Public or Clerk of Court

LAUREN ELIZABETH BAILEY
Notary Public
State Of Utah
My Commission Expires January 18, 2026
COMMISSION No. 722482

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Oliver J. Pancheri___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____Spencer Fane LLP, 300 S. 4th Street, Suite 1600____,
(street address)

__Las Vegas__, __Nevada__, __89101__,
(city)         (state)      (zip code)

__702.408.3400__, __opancheri@spencerfane.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Oliver J. Pancheri_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Boris Lee, Legal Counsel, Paradise Entertainment Limited
(type or print party name, title)

_____
(party's signature)
Boris Lee, Legal Counsel, LT Game, Inc.
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

7476                opancheri@spencerfane.com
Bar number          Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# CERTIFICATE OF GOOD STANDING

*This document expires 60 days from the date of issuance*

Issued on 1/31/2025

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Stewart R Nelson

This is to certify that Stewart R Nelson, Utah State Bar No. 17286 was admitted to practice law in Utah on 10/15/2019.

Stewart R Nelson is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

_____
Maribeth LeHoux
General Counsel
Utah State Bar

No.2025 -1106359
verify by email at cogsrequest@utahbar.org