# INDEX OF EXHIBITS

| Description | Exhibit |
|---|---|
| Declaration of Chan Kin Man ("Leo Chan") | |
| March 1, 2022 Written Consents | Chan A |
| Declaration of Wu Jie ("Jason Wu") | |
| Declaration of Robin Zhang in Support of Plaintiffs' Opposition to Defendant Yi Zhao's Motion to Dismiss | |
| July 24-25, 2023 Text messages between Betty Zhao and Frank Feng with translation (ETG_00000215821)= | Zhang A |
| July 20, 2023 Text messages between Betty Zhao and Frank Feng with translation (ETG_00000214259) | Zhang B |
| Declaration of Jean-Paul Ciardullo in Support of Plaintiffs' Opposition to Defendant Yi Zhao's Motion to Dismiss | |
| February 16-17, 2022 Email "RE: Jenny loan paid back schedule" (ETG_00000167357) | Ciardullo A |
| July 24-25, 2023 Text messages between Betty Zhao and Frank Feng (ETG_00000215821) | Ciardullo B |
| July 20, 2023 Text messages between Betty Zhao and Frank Feng (ETG_00000214259) | Ciardullo C |