# CHAN EXHIBIT A –

*March 1, 2022 Written Consents*

## WRITTEN CONSENT IN LIEU OF MEETING OF THE BOARD OF DIRECTORS OF LT GAME (CANADA) LIMITED
### a Nevada corporation

In lieu of a meeting of the Board of Directors of LT Game (Canada) Limited, a Nevada corporation, the directors of the Corporation, ins accordance with Nevada Revised Statutes § 78.315(2), agree to the following resolutions as acts of the Corporation:

WHEREAS: Linyi Feng has resigned as the President, Secretary, Treasurer and sole Director of the Corporation, effective as of February 28, 2022, and said resignation is accepted.

NOW, THEREFORE, BE IT RESOLVED: That the following persons shall be, and are, elected to serve as officers of the Corporation, to hold the following offices until the next annual meeting of the Board of Directors, until their earlier resignation or removal or until their respective successors are duly chosen and shall qualified:

| Office | Name |
| --- | --- |
| President | Daryn Kiely |
| Secretary | Daryn Kiely |
| Treasurer | Daryn Kiely |

RESOLVED FURTHER: That all the prior acts taken, and resolutions adopted by Mr. Feng as the sole Officer and Director of the Corporation are approved, ratified and adopted.

The directors, by signing this Consent, waive notice of the time, place and purpose of the meeting of the Board of Directors of the Corporation and agree to the transaction of business by written consent of the directors in lieu of meeting.

IN WITNESS WHEREOF, the undersigned has executed this Written Consent In Lieu of Meeting of the Board of Directors effective as of the 1st day of March, 2022.

APPROVED:

By _____
Name: Zhao Yi, Director

108555979.1

CHAN EXHIBIT A - 01

**WRITTEN CONSENT TO ACTION TAKEN
WITHOUT MEETING BY THE SOLE SHAREHOLDER OF
LT GAME (CANADA) LIMITED,**
a Nevada corporation

Pursuant to authority granted by the Nevada Revised Statutes § 78.320(2), the corporate action referenced below is hereby taken without a meeting by the sole shareholder (the "*Shareholder*") of LT Game (Canada) Limited, a Nevada corporation (the "*Corporation*"), and the Shareholder has consented to the following resolutions as actions of the Corporation as shown by the signatures below.

RESOLVED:  That Linyi Feng has resigned as the President, Secretary, Treasurer and sole Director of the Corporation, effective as of February 28, 2022, and said resignation is accepted.

RESOLVED FURTHER:  That all the prior acts taken, and resolutions adopted by Mr. Feng as the sole Officer and Director of the Corporation are approved, ratified and adopted.

RESOLVED FURTHER:  That the following individual is elected to serve as the Director of the Corporation, and shall serve in such capacity until the next annual meeting of the Shareholder or until their respective successor is duly elected and qualified:

Zhao Yi

The Shareholder, by signing this Consent, waives notice of the time, place and purpose of the meeting of the shareholders and agrees to the transaction of business by written consent of the shareholders in lieu of meeting.

**IN WITNESS WHEREOF**, the undersigned has executed this Written Consent to Action Taken Without Meeting by the Shareholder effective as of the 1st day of March, 2022.

APPROVED:

LT Capital Limited, sole shareholder

By _____
Name:
Title:

108555979.1

**CHAN EXHIBIT A - 02**