Oliver J. Pancheri, Esq. (Nevada Bar No. 7476)
Jessica M. Lujan, Esq. (Nevada Bar No. 14913)
**SPENCER FANE LLP**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: (702) 408-3400
Fax: (702) 938-8648
Email: opancheri@spencerfane.com
         jlujan@spencerfane.com

Jean-Paul Ciardullo, Esq. (*pro hac vice*)
  California Bar No. 284170
**FOLEY & LARDNER LLP**
555 Flower Street, Suite 3300
Los Angeles, California 90071
Tel: (213) 972-4500
Fax: (213) 486-0065
Email: jciardullo@foley.com

Robert T. Stewart, Esq. (Nevada Bar No. 13770)
Stewart Ray Nelson, Esq. (*pro hac vice*)
Hannah L. Andrews, Esq. (*pro hac vice*)
**FOLEY & LARDNER LLP**
95 South State Street, Suite 2500
Salt Lake City, Utah 84111
Tel.: (801) 401-8900
Email: rtstewart@foley.com
         srnelson@foley.com
         handrews@foley.com
*Attorneys for Plaintiffs/Counterdefendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PARADISE ENTERTAINMENT LIMITED, a Bermuda corporation; LT GAME, INC., a Nevada corporation; and LT GAME LIMITED, a British Virgin Islands corporation, <br><br> Plaintiffs/Counterdefendants, <br><br> vs. <br><br> EMPIRE TECHNOLOGICAL GROUP LIMITED, a Nevada corporation; GAMING SPECIALIZED LOGISTICS LLC, a Nevada limited liability company; LINYI FENG, an individual; ROY KELCEY ALLISON, an individual; DARYN KIELY, an individual; and YI ZHAO, an individual, <br><br> Defendants/Counterclaimants. | Case No. 2:24-cv-00428-JCM-BNW <br><br> **DECLARATION OF JEAN-PAUL CIARDULLO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT YI ZHAO'S MOTION TO DISMISS** |

I, Jean-Paul Ciardullo, declare as follows:

1.      I am an attorney with the law firm Foley & Lardner LLP, counsel to Plaintiffs Paradise Entertainment Limited ("Paradise"), LT Game, Inc. ("LT Game"), and LT Game Ltd. ("LTG Limited").

2.      On the week on February 17, 2025, my team conferred with Defendants' counsel about Plaintiffs' planned amendment to add Ms. Zhao to the case, and supplied Defendants with a draft of the First Amended Complaint ("FAC") on February 25. Defendants did not oppose the filing of the FAC, and to the best of my recollection, Defendants did not raise any personal jurisdiction concerns. The parties contemporaneously filed a Joint Stipulation to extend the case schedule in which they jointly contemplated that the requested schedule extension would allow time for Ms. Zhao to appear in the case and participate in discovery prior to the new discovery cutoff of August 29, which was a subject the parties had discussed during their meet and confer phone calls. (Dkt. 66 at 2:6-9.) Defendants' counsel subsequently confirmed that they would be representing Ms. Zhao and agreed to execute a waiver of formal service in exchange for additional time in which to respond to the FAC. To the best of my recollection, Defendants still did not raise any personal jurisdiction concerns.

3.      Attached as Exhibit A is a copy of a document produced by Defendants with beginning Bates number ETG_00000167357.

4.      Attached as Exhibit B is a copy of a document produced by Defendants with beginning Bates number ETG_00000215821.

5.      Attached as Exhibit C is a copy of a document produced by Defendants with beginning Bates number ETG_00000214259.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: May 27, 2025

Jean-Paul Ciardullo

CIARDULLO DECLARATION
Case No. 2:24-cv-00428-JCM-BNW