Patrick J. Reilly
Nevada Bar No. 6103
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, 16th Floor
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com

Mark Oakes (*pro hac vice*)
Zach McHenry (*pro hac vice*)
Ethan Glenn (*pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone: (512) 474-5201
Facsimile: (512) 536-4598
mark.oakes@nortonrosefulbright.com
zach.mchenry@nortonrosefulbright.com
ethan.glenn@nortonrosefulbright.com

*Attorneys for Defendants/Counterclaimants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PARADISE ENTERTAINMENT LIMITED, a Bermuda corporation; and LT GAME INC., a Nevada corporation; and LT GAME LIMITED, a British Virgin Islands corporation, | Case No. 2:24-cv-00428-JCM-BNW |
| *Plaintiffs*, | |
| v. | **UNOPPOSED MOTION TO STRIKE AND REPLACE ECF NO. 81-1** |
| EMPIRE TECHNOLOGICAL GROUP LIMITED, a Nevada corporation; GAMING SPECIALIZED LOGISTICS LLC, a Nevada limited liability company; LINYI FENG, an individual; ROY KELCEY ALLISON, an individual; DARYN KIELY, an individual; and YI ZHAO, an individual, | |
| *Defendants*. | |

NORTON ROSE
FULBRIGHT US LLP
Attorneys at Law
Washington DC

1

Defendant Yi Zhao ("Defendant") moves this Court to strike a document from the record that was inadvertently added to the end of an exhibit so as to protect the confidential information in that document. Specifically, Defendant asks the Court to order that the document currently docketed as ECF No. 81-1 be stricken from the record in its entirety and to replace that document with the document attached to this motion as Exhibit A, which should be docketed as the new ECF No. 81-1. The motion is unopposed.

The current docketed version of ECF No. 81-1 is 46 pages long and labeled as Exhibit A. Pages 1-31 are correct and properly redacted. Pages 32-46 of the current ECF No. 81-1 are additional, unrelated pages that were inadvertently attached to the exhibit and contain information that was previously marked as confidential.

To fix that administrative issue, Defendant files this motion to strike the current ECF No. 81-1 from the record to maintain that confidentiality and to docket the document attached to this motion as Exhibit A in its place. The attached Exhibit A is 31 pages long and is identical to pages 1-31 of the document currently docketed as ECF No. 81-1. If this motion is granted and the attached Exhibit A is added to the docket, no new information will be added to the record; only the inadvertently added pages will be removed.

Defendant asks the Court to protect the confidential information in those additional pages by removing them from the record until the parties can brief the Court as to whether those confidential materials should be permanently sealed and redacted. *See* ECF No. 82. As the Court has not ruled on Defendant's motion, good cause exists to strike and replace the document currently docketed as ECF No. 81-1.

Accordingly, Defendant Yi Zhao respectfully requests the Court (1) strike the document currently docketed as ECF No. 81-1 from the record and (2) replace that document with the document attached to this motion as Exhibit A, and (3) label and link that new document as ECF No. 81-1.

1

2       DATED this 4th day of June, 2025.

3                                         */s/ Patrick J. Reilly*
            Patrick J. Reilly

4             BROWNSTEIN HYATT FARBER
            SCHRECK, LLP

5             100 North City Parkway, 16th Floor
            Las Vegas, Nevada 89106

6             Mark Oakes (*pro hac vice*)
            Zach McHenry (*pro hac vice*)

7             Ethan Glenn (*pro hac vic*)
            NORTON ROSE FULBRIGHT US LLP

8             98 San Jacinto Boulevard, Suite 1100
            Austin, Texas 78701-4255

9             *Attorneys for Yi Zhao*

10                               **<u>ORDER</u>**

11       The Court, having reviewed the above motion, and finding good cause therein, hereby

12 **GRANTS** the motion.  The Clerk of the Court is **ORDERED** to **STRIKE** the document currently

13 docketed as ECF No. 81-1 from the record in its entirety and **REPLACE** that document with the

14 document attached to Defendants' motion as Exhibit A.  That new document shall be labeled and

15 linked on the docket as ECF No. 81-1.

16       **IT IS SO ORDERED.**

17

18             UNITED STATES Magistrate Judge

19             DATED:_____

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that the foregoing *Unopposed Motion to Strike and Replace ECF No. 81-1* was served via electronic service on the 4th day of June 2025, to all parties on the CM/ECF service list.

/s/ Patrick J. Reilly

Patrick J. Reilly

**CERTIFICATE OF CONFERENCE**

I certify that counsel for the parties conferred regarding the relief requested in *Unopposed Motion to Strike and Replace ECF No. 81-1*; counsel for Plaintiffs stated that Plaintiffs are unopposed to the relief requested.

/s/ Patrick J. Reilly

Patrick J. Reilly