**INDEX OF EXHIBITS**

| Description | Exhibit |
|---|---|
| Declaration of Jean-Paul Ciardullo in Support of Plaintiffs' Renewed Motion to Compel Production of Lewis Roca Records | 1 |
| Defendants' March 31, 2025 Amended Privilege Log (Part 2) | 1-L |
| Defendants' March 31, 2025 Amended Privilege Log (Part 1) | 1-M |