**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

PARADISE ENTERTAINMENT
LIMITED, a Bermuda corporation; et al.

        Plaintiff(s),

      vs.

EMPIRE TECHNOLOGICAL GROP
LIMITED, a Nevada corporation; et al.

        Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case # 2:24-cv-00428-JCM-BNW

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

**FILING FEE IS $250.00**

_____Dariush Keyhani_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

Keyhani LLC
(firm name)

with offices at _____1050 30th Street NW_____,
(street address)

_____Washington_____, _____District of Columbia_____, _____20007_____,
(city)             (state)          (zip code)

_____(202) 748-8950_____, _____dkeyhani@keyhanillc.com_____.
(area code + telephone number)      (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

Paradise Ent., LT Game Inc. and LT Game Ltd. to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since ___April 11, 2016___, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of ___District of Columbia___
                                                                                        (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of New Jersey | December 28, 2002 | 044062002 |
| Supreme Court | August 21, 2023 | N/A |
| Federal Circuit Court of Appeals | August 7, 2013 | N/A |
| Southern District of New York | January 20, 2004 | N/A |
| Eastern District of New York | January 20, 2004 | N/A |
| Western District of New York | October 18, 2004 | N/A |
| District of New Jersey | February 3, 2003 | N/A |
| District of Columbia | April 11, 2016 | 1031500 |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2                                                                        Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7.    That Petitioner is a member of good standing in the following Bar Associations.

State Bar of New Jersey; District of Columbia Bar.

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | None. | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____ New York _____ )
                                )
COUNTY OF _____ Erie _____ )

_____ Dariush Keyhani _____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

9TH day of July, 2025.

_____
Notary Public or Clerk of Court

LINDA MANK
NOTARY PUBLIC STATE OF NEW YORK
ERIE COUNTY
LIC. #01MA6048262
COMM. EXP. 09/25/2026

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____ Jessica M. Lujan _____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____ Spencer Fane LLP, 300 S. Fourth St., Suite 1600 _____,
(street address)

_____ Las Vegas _____, _____ Nevada _____, _____ 89101 _____,
(city)                (state)              (zip code)

_____ (702) 408-3400 _____, _____ jlujan@spencerfane.com _____.
(area code + telephone number)      (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Jessica M. Lujan, Esq. _____ as
(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)  Boris Lee, Legal Counsel

_____
Paradise Entertainment Ltd
(type or print party name, title)

_____
(party's signature)  Boris Lee, Legal Counsel
LT Game, Inc. and LT Game Limited

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Jessica Lujan
_____
Designated Resident Nevada Counsel's signature

14913                          jlujan@spencerfane.com
_____
Bar number                     Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



On behalf of *JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# Dariush Keyhani

*was duly qualified and admitted on April 11, 2016 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 07, 2025.**

**JULIO A. CASTILLO**
**Clerk of the Court**

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **Dariush Keyhani**
*(No.* **044062002** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 28, 2002** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* 24th *day of* June *, 2025 .*

*Clerk of the Supreme Court*