1  Patrick J. Reilly
2  Nevada Bar No. 6103
   BROWNSTEIN HYATT FARBER SCHRECK, LLP
3  100 North City Parkway, 16th Floor
4  Las Vegas, Nevada 89106
   Telephone: 702.382.2101
5  Facsimile: 702.382.8135
   preilly@bhfs.com

6  Mark Oakes (*pro hac vice*)
7  Zach McHenry (*pro hac vice*)
   Ethan Glenn (*pro hac vice*)
8  NORTON ROSE FULBRIGHT US LLP
   98 San Jacinto Boulevard, Suite 1100
9  Austin, Texas 78701-4255
   Telephone: (512) 474-5201
10 Facsimile: (512) 536-4598
11 mark.oakes@nortonrosefulbright.com
   zach.mchenry@nortonrosefulbright.com
12 ethan.glenn@nortonrosefulbright.com

13 *Attorneys for Defendants/Counterclaimants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PARADISE ENTERTAINMENT LIMITED, a Bermuda corporation; and LT GAME INC., a Nevada corporation; and LT GAME LIMITED, a British Virgin Islands corporation, | Case No. 2:24-cv-00428-JCM-BNW |
| Plaintiffs, | |
| v. | **UNOPPOSED MOTION FOR LEAVE TO REDACT LIMITED EXCERPTS OF DEFENDANT YI ZHAO'S REPLY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND SEAL 3 EXHIBITS TO THE SAME** |
| EMPIRE TECHNOLOGICAL GROUP LIMITED, a Nevada corporation; GAMING SPECIALIZED LOGISTICS LLC, a Nevada limited liability company; LINYI FENG, an individual; ROY KELCEY ALLISON, an individual; DARYN KIELY, an individual; and YI ZHAO, an individual, | |
| Defendants. | |

Pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and Local Rule IA 10-5, Defendant Yi Zhao ("Ms. Zhao") hereby moves this Court for an order: **(i)** temporarily placing under seal (the "Motion to Seal") Exhibits A-3, A-4, and A-7 to Defendant Zhao's *Reply in Support of Motion to Dismiss for Lack of Personal Jurisdiction* and **(ii)** to temporarily redact limited portions of Defendant Zhao's *Reply in Support of Motion to Dismiss for Lack of Personal Jurisdiction* that reference or quote those materials. Exhibits A-3, A-4, and A-7 contain Plaintiffs' and Defendants' confidential business materials covered under the Court's protective order. Ms. Zhao asks the Court to set a date on which the parties could brief the Court as to whether the materials should be permanently sealed and redacted. The motion is unopposed.[1]

DATED this 3rd day of June, 2025.

/s/ Patrick J. Reilly
Patrick J. Reilly
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, 16th Floor
Las Vegas, Nevada 89106
Mark Oakes (*pro hac vice*)
Zach McHenry (*pro hac vice*)
Ethan Glenn (*pro hac vic*)
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255

*Attorneys for Defendants*

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Federal Rule of Civil Procedure 5.2(d), "[t]he court may order that a filing be made under seal without redaction." "[A]lthough the common law right creates a strong presumption in favor of access, the presumption can be overcome by sufficiently countervailing interests." *San Jose Mercury News, Inc. v. District Ct.*, 187 F.3d 1096, 1102 (9th Cir. 1999). Parties seeking to seal judicial records attached to dispositive motions must "articulate[ ] compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178-

---

[1] Plaintiffs stated they do not oppose the filing under seal in the first instance of materials previously designated to be confidential but, if needed, will file a supplemental submission on these materials after reviewing the brief.

79 (9th Cir. 2006) (alteration in original) (internal quotation marks and citations omitted). A party may establish compelling reasons by demonstrating that the materials could gratify spite, *see Primus Grp., Inc. v. Inst. for Environmental Health, Inc.*, 395 F.Supp.3d 1243, 1267 (N.D. Cali. 2019), or where the materials contain sensitive business information that might harm a litigant's competitive standing (including financial terms, details on confidential negotiations, and business strategies). *See TML Recovery, LLC v. Cigna Corp.*, 714 F.Supp.3d 1214, 1218 (C.D. Cali. 2024).

Here, Ms. Zhao seeks to seal Plaintiffs' employees' deposition excerpt and two confidential internal documents contained in Exhibits A-3, A-4, and A-7. These materials have been designated confidential by the parties per the Stipulated Confidentiality Agreement and Protective Order the Court issued on August 5, 2024 (the "Protective Order"). ECF No. 41. Accordingly, these materials should be presumed confidential pending a date to be set by this Court on which the parties will brief the Court on whether the materials should be permanently sealed and redacted.

Accordingly, Ms. Zhao moves to place these documents under seal and to redact limited portions of the *Reply in Support of Motion to Dismiss for Lack of Personal Jurisdiction* which reference or quote those materials.

DATED this 3rd day of June, 2025.

/s/ Patrick J. Reilly
Patrick J. Reilly
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, 16th Floor
Las Vegas, Nevada 89106
Mark Oakes (*pro hac vice*)
Zach McHenry (*pro hac vice*)
Ethan Glenn (*pro hac vic*)
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255

*Attorneys for Defendants*

### ORDER

The Court, having reviewed the above motion, and finding good cause therein, hereby **GRANTS** the above motion, **ORDERS** that Exhibits A-3, A-4, and A-7 be **SEALED** in their entirety, and **ORDERS** that the redactions found in Defendant Zhao's *Reply in Support of Motion*

*to Dismiss for Lack of Personal Jurisdiction* shall remain.

**IT IS SO ORDERED.**

_____
UNITED STATES Magistrate Judge

DATED: October 24, 2025

4

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that the foregoing *Unopposed Motion for Leave to Redact Limited Excerpts of Defendant Yi Zhao's Reply in Support of Motion to Dismiss for Lack of Personal Jurisdiction and Seal 3 Exhibits to the Same and Memorandum of Points and Authorities in Support* was served via electronic service on the 3rd day of June 2025, to all parties on the CM/ECF service list.

/s/ Patrick J. Reilly
Patrick J. Reilly

## CERTIFICATE OF CONFERENCE

I certify that counsel for the parties conferred regarding the relief requested in *Unopposed Motion for Leave to Redact Limited Excerpts of Defendant Yi Zhao's Reply in Support of Motion to Dismiss for Lack of Personal Jurisdiction and Seal 3 Exhibits to the Same and Memorandum of Points and Authorities in Support*; counsel for Plaintiffs stated that Plaintiffs are unopposed to the relief requested.

/s/ Patrick J. Reilly
Patrick J. Reilly