OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
JESSICA M. LUJAN, ESQ.
Nevada Bar No. 14913
**SPENCER FANE LLP**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308
Fax: (702) 791-1912
Email: opancheri@spencerfane.com
       jlujan@spencerfane.com

JEAN-PAUL CIARDULLO, ESQ. (*pro hac vice*)
California Bar No. 284170
**FOLEY & LARDNER LLP**
555 Flower Street, Suite 3300
Los Angeles, California 90071
Tel: (213) 972-4500
Fax: (213) 486-0065
Email: jciardullo@foley.com

ROBERT T. STEWART, ESQ.
Nevada Bar No. 13770
**FOLEY & LARDNER LLP**
95 South State Street, Suite 2500
Salt Lake City, UT 84111
Tel.: (801) 401-8900
Email: rtstewart@foley.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PARADISE ENTERTAINMENT LIMITED, a Bermuda corporation; LT GAME, INC., a Nevada corporation; and LT GAME LIMITED, a British Virgin Islands corporation,<br><br>              Plaintiffs/Counterdefendants,<br><br>v.<br><br>EMPIRE TECHNOLOGICAL GROUP LIMITED, a Nevada corporation; GAMING SPECIALIZED LOGISTICS LLC, a Nevada limited liability company; LINYI FENG, an individual; ROY KELCEY ALLISON, an individual; DARYN KIELY, an individual; and YI ZHAO, an individual,<br><br>              Defendants/Counterclaimants. | Case No. 2:24-cv-00428-JCM-BNW<br><br>**JOINT STIPULATION AND ORDER TO EXTEND PLAINTIFFS' DEADLINE TO FILE MOTION FOR LEAVE TO AMEND REGARDING YI ZHAO** |

**STIPULATION**

Plaintiffs Paradise Entertainment Limited ("**Paradise**"), LT Game, Inc. ("**LT Game**"), and LT Game Limited ("**LTG Limited**") (collectively "**Plaintiffs**") and Defendant **Yi "Betty" Zhao** (also joined by the other Defendants, Empire Technological Group Limited ("Empire"), Linyi (Frank) Feng, Roy Kelcey Allison, Gaming Specialized Logistics LLC ("GSL"), and Daryn Kiely), by and through their undersigned counsel of record, hereby stipulate and agree, subject to the Court's approval, to postpone the deadline for Plaintiffs to seek leave to amend their complaint regarding Ms. Zhao until after her deposition, which is currently scheduled for **December 4, 2025**.

The Court's October 17, 2025 Order granting Ms. Zhao's Motion to Dismiss for Lack of Personal Jurisdiction set a 20-day deadline for Plaintiffs to file a motion for leave to amend their complaint to raise new factual bases for the exercise of personal jurisdiction over Ms. Zhao. (ECF No. 127 at 12.) That 20-day deadline is currently November 6, 2025.

Prior to the entry of the Court's Order, and without waiver of Ms. Zhao's objections to personal jurisdiction, the Parties had already agreed for Plaintiffs to depose Ms. Zhao remotely in Hong Kong on December 4, 2025. Therefore, in the interest of judicial efficiency, the Parties jointly and respectfully request that Plaintiffs' deadline to file a motion for leave to amend their complaint (if any) be extended until after the conclusion of Ms. Zhao's deposition so that the facts uncovered therein may be applied to the Court's determination of the personal jurisdiction question.

Plaintiffs here separately state for their own part that although they believe the record as of today would support personal jurisdiction over Ms. Zhao (a position that Ms. Zhao disputes), Plaintiffs intend to use Ms. Zhao's deposition to assess in good faith whether they might change their position and not seek further amendment, thereby possibly mooting the need for further motion practice on this issue. In the event Plaintiffs do seek amendment, they would be able to present the Court with Ms. Zhao's own direct testimony on relevant subject matter. Plaintiffs also agree that if Ms. Zhao were later added to the case, they would not seek a second deposition from her.

The Parties further agree that Ms. Zhao's appearance at her deposition on December 4, 2025 will not constitute any consent to personal jurisdiction in this case nor waive any defense thereto.

In view of the foregoing, the Parties jointly stipulate and request that the deadline for Plaintiffs to

file a motion for leave to amend their complaint with respect to Ms. Zhao be extended to **December 12, 2025**. The Parties also stipulate and request that any Opposition be filed by **December 22**, **2025** and any reply by **December 30, 2025**.

DATED this 29th day of October, 2025.

/s/ Jessica M. Lujan
OLIVER J. PANCHERI, ESQ. (NBN 7476)
JESSICA M. LUJAN, ESQ. (NBN 14913)
**SPENCER FANE LLP**
300 S. 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: opancheri@spencerfane.com
          jlujan@spencerfane.com

JEAN-PAUL CIARDULLO, ESQ. (pro hac vice)
California Bar No. 284170
**FOLEY & LARDNER LLP**
555 Flower Street, Suite 3300
Los Angeles, California 90071
Tel: (213) 972-4500
Fax: (213) 486-0065
Email: jciardullo@foley.com

*Attorneys for Plaintiffs*

DATED this 29th day of October, 2025.

/s/ Ethan Glenn
PATRICK J. REILLY, ESQ. (NBN 6103)
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, 16th Floor
Las Vegas, Nevada 89106
Tel.: (702) 382-2101 / Fax: (702) 382-8135
Email: preilly@bhfs.com

MARK T. OAKES, ESQ. (*pro hac vice*)
ZACHARY P. MCHENRY, ESQ. (*pro hac vice*)
ETHAN GLENN, ESQ. (*pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone: (512) 474-5201
Facsimile: (512) 536-4598
Email: mark.oakes@nortonrosefulbright.com
zach.mchenry@nortonrosefulbright.com
ethan.glenn@nortonrosefulbright.com

*Attorneys for Defendants*

## ORDER

The Court, having reviewed the above stipulation of the parties, and good cause appearing therefor, hereby **GRANTS** the above stipulation, **ADOPTS** the proposed deadlines as set forth herein.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 31, 2025