# Appendix 1: Claims Currently Pending Against Defendants

|  | Paradise | LT Game Inc. | LT Game Ltd. |
|---|---|---|---|
| **Count 1: Federal Trade Secret Misappropriation (DTSA)** | Empire<br>GSL<br>Mr. Feng<br>Mr. Allison<br>Mr. Kiely | Empire<br>GSL<br>Mr. Feng<br>Mr. Allison<br>Mr. Kiely | Empire<br>GSL<br>Mr. Feng<br>Mr. Allison<br>Mr. Kiely |
| **Count 2: State Trade Secret Misappropriation (NUTSA)** | Empire<br>GSL<br>Mr. Feng<br>Mr. Allison<br>Mr. Kiely | Empire<br>GSL<br>Mr. Feng<br>Mr. Allison<br>Mr. Kiely | Empire<br>GSL<br>Mr. Feng<br>Mr. Allison<br>Mr. Kiely |
| **Count 3: Copyright Infringement** | Empire<br>GSL<br>Mr. Feng<br>Mr. Allison<br>Mr. Kiely | Empire<br>GSL<br>Mr. Feng<br>Mr. Allison<br>Mr. Kiely | Empire<br>GSL<br>Mr. Feng<br>Mr. Allison<br>Mr. Kiely |
| **Count 4: Fraud** | Empire<br>GSL<br>Mr. Feng<br>Mr. Allison<br>Mr. Kiely | Empire<br>GSL<br>Mr. Feng<br>Mr. Allison<br>Mr. Kiely | Empire<br>GSL<br>Mr. Feng<br>Mr. Allison<br>Mr. Kiely |
| **Count 5: Constructive Fraud** | Empire<br>GSL<br>Mr. Feng<br>Mr. Allison<br>Mr. Kiely | Empire<br>GSL<br>Mr. Feng<br>Mr. Allison<br>Mr. Kiely | Empire<br>GSL<br>Mr. Feng<br>Mr. Allison<br>Mr. Kiely |
| **Count 6: Conspiracy** | Empire<br>GSL<br>Mr. Feng<br>Mr. Allison<br>Mr. Kiely | Empire<br>GSL<br>Mr. Feng<br>Mr. Allison<br>Mr. Kiely | Empire<br>GSL<br>Mr. Feng<br>Mr. Allison<br>Mr. Kiely |
| **Count 7: Conversion** | Empire<br>Mr. Feng | Empire<br>Mr. Feng | Empire<br>Mr. Feng |
| **Count 8: RICO** | GSL<br>Mr. Feng<br>Mr. Allison<br>Mr. Kiely | GSL<br>Mr. Feng<br>Mr. Allison<br>Mr. Kiely | GSL<br>Mr. Feng<br>Mr. Allison<br>Mr. Kiely |
| **Count 9: Unjust Enrichment** | Empire<br>Mr. Feng | Empire<br>Mr. Feng | Empire<br>Mr. Feng |
| **Count 10: Breach of Fiduciary Duty** | Mr. Feng<br>Mr. Allison<br>Mr. Kiely | Mr. Feng<br>Mr. Allison<br>Mr. Kiely | Mr. Feng<br>Mr. Allison<br>Mr. Kiely |
| **Count 11: Aiding and Abetting** | Mr. Feng<br>Mr. Allison<br>Mr. Kiely | Mr. Feng<br>Mr. Allison<br>Mr. Kiely | Mr. Feng<br>Mr. Allison<br>Mr. Kiely |
| **Count 12: Breach of Contract** | GSL<br>Mr. Allison<br>Mr. Kiely | GSL<br>Mr. Allison<br>Mr. Kiely | GSL<br>Mr. Allison<br>Mr. Kiely |
| **Count 13: Tortious Interference with Contract** | Empire<br>Mr. Feng | Empire<br>Mr. Feng | Empire<br>Mr. Feng |

*Appendix 1: Claims Currently Pending Against Defendants*