# Appendix 2:
# Claims Pending Against Defendants After Motion for Judgment on the Pleadings Is Granted

|  | Paradise | LT Game Inc. | LT Game Ltd. |
|---|---|---|---|
| **Count 1: Federal Trade Secret Misappropriation (DTSA)** | ~~Empire~~<br>~~GSL~~<br>~~Mr. Feng~~<br>~~Mr. Allison~~<br>~~Mr. Kiely~~ | ~~Empire~~<br>~~GSL~~<br>~~Mr. Feng~~<br>~~Mr. Allison~~<br>~~Mr. Kiely~~ | ~~Empire~~<br>~~GSL~~<br>~~Mr. Feng~~<br>~~Mr. Allison~~<br>~~Mr. Kiely~~ |
| **Count 2: State Trade Secret Misappropriation (NUTSA)** | ~~Empire~~<br>~~GSL~~<br>~~Mr. Feng~~<br>~~Mr. Allison~~<br>~~Mr. Kiely~~ | ~~Empire~~<br>~~GSL~~<br>~~Mr. Feng~~<br>~~Mr. Allison~~<br>~~Mr. Kiely~~ | ~~Empire~~<br>~~GSL~~<br>~~Mr. Feng~~<br>~~Mr. Allison~~<br>~~Mr. Kiely~~ |
| **Count 3: Copyright Infringement** | ~~Empire~~<br>~~GSL~~<br>~~Mr. Feng~~<br>~~Mr. Allison~~<br>~~Mr. Kiely~~ | ~~Empire~~<br>~~GSL~~<br>~~Mr. Feng~~<br>~~Mr. Allison~~<br>~~Mr. Kiely~~ | ~~Empire~~<br>~~GSL~~<br>~~Mr. Feng~~<br>~~Mr. Allison~~<br>~~Mr. Kiely~~ |
| **Count 4: Fraud** | ~~Empire~~<br>~~GSL~~<br>Mr. Feng<br>~~Mr. Allison~~<br>~~Mr. Kiely~~ | ~~Empire~~<br>~~GSL~~<br>Mr. Feng<br>~~Mr. Allison~~<br>~~Mr. Kiely~~ | ~~Empire~~<br>~~GSL~~<br>Mr. Feng<br>~~Mr. Allison~~<br>~~Mr. Kiely~~ |
| **Count 5: Constructive Fraud** | ~~Empire~~<br>~~GSL~~<br>Mr. Feng<br>~~Mr. Allison~~<br>~~Mr. Kiely~~ | ~~Empire~~<br>~~GSL~~<br>Mr. Feng<br>~~Mr. Allison~~<br>~~Mr. Kiely~~ | ~~Empire~~<br>~~GSL~~<br>Mr. Feng<br>~~Mr. Allison~~<br>~~Mr. Kiely~~ |
| **Count 6: Conspiracy** | ~~Empire~~<br>~~GSL~~<br>~~Mr. Feng~~<br>~~Mr. Allison~~<br>~~Mr. Kiely~~ | ~~Empire~~<br>~~GSL~~<br>~~Mr. Feng~~<br>~~Mr. Allison~~<br>~~Mr. Kiely~~ | ~~Empire~~<br>~~GSL~~<br>~~Mr. Feng~~<br>~~Mr. Allison~~<br>~~Mr. Kiely~~ |
| **Count 7: Conversion** | Empire: ~~LTShoe~~ Funds<br>Mr. Feng: ~~LTShoe~~ Funds | Empire: LTShoe Funds<br>Mr. Feng: LTShoe Funds | Empire: ~~LTShoe~~ Funds<br>Mr. Feng: ~~LTShoe~~ Funds |
| **Count 8: RICO** | ~~GSL~~<br>~~Mr. Feng~~<br>~~Mr. Allison~~<br>~~Mr. Kiely~~ | ~~GSL~~<br>~~Mr. Feng~~<br>~~Mr. Allison~~<br>~~Mr. Kiely~~ | ~~GSL~~<br>~~Mr. Feng~~<br>~~Mr. Allison~~<br>~~Mr. Kiely~~ |
| **Count 9: Unjust Enrichment** | Empire<br>Mr. Feng | Empire<br>Mr. Feng | ~~Empire~~<br>~~Mr. Feng~~ |
| **Count 10: Breach of Fiduciary Duty** | Mr. Feng<br>~~Mr. Allison~~<br>~~Mr. Kiely~~ | Mr. Feng<br>Mr. Allison<br>Mr. Kiely | ~~Mr. Feng~~<br>~~Mr. Allison~~<br>Mr. Kiely |
| **Count 11: Aiding and Abetting** | ~~Mr. Feng~~<br>~~Mr. Allison~~<br>~~Mr. Kiely~~ | ~~Mr. Feng~~<br>~~Mr. Allison~~<br>~~Mr. Kiely~~ | ~~Mr. Feng~~<br>~~Mr. Allison~~<br>~~Mr. Kiely~~ |
| **Count 12: Breach of Contract** | ~~GSL~~<br>~~Mr. Allison~~<br>~~Mr. Kiely~~ | GSL<br>Mr. Allison<br>Mr. Kiely | ~~GSL~~<br>~~Mr. Allison~~<br>~~Mr. Kiely~~ |
| **Count 13: Tortious Interference with Contract** | ~~Empire~~<br>~~Mr. Feng~~ | Empire<br>Mr. Feng | ~~Empire~~<br>~~Mr. Feng~~ |

***Appendix 2: Claims Pending Against Defendants After Motion is Granted***