OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
JESSICA M. LUJAN, ESQ.
Nevada Bar No. 14913
**SPENCER FANE LLP**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308
Fax: (702) 791-1912
Email: opancheri@spencerfane.com
        jlujan@spencerfane.com

ROBERT T. STEWART, ESQ.
Nevada Bar No. 13770
**FOLEY & LARDNER LLP**
95 South State Street, Suite 2500
Salt Lake City, UT 84111
Tel.: (801) 401-8900
Email: rtstewart@foley.com

*Attorneys for Plaintiffs*

JEAN-PAUL CIARDULLO, ESQ.
(*pro hac vice*)
California Bar No. 284170
**FOLEY & LARDNER LLP**
555 Flower Street, Suite 3300
Los Angeles, California 90071
Tel: (213) 972-4500
Fax: (213) 486-0065
Email: jciardullo@foley.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PARADISE ENTERTAINMENT LIMITED, a Bermuda corporation; LT GAME, INC., a Nevada corporation; and LT GAME LIMITED, a British Virgin Islands corporation<br><br>                    Plaintiffs/Counterdefendants,<br><br>    v.<br><br>EMPIRE TECHNOLOGICAL GROUP LIMITED, a Nevada corporation; GAMING SPECIALIZED LOGISTICS LLC, a Nevada limited liability company; LINYI FENG, an individual; ROY KELCEY ALLISON, an individual; DARYN KIELY, an individual; and YI ZHAO, an individual,<br><br>                    Defendants/Counterclaimants. | Case No. 2:24-cv-00428-JCM-BNW<br><br>**JOINT STIPULATION TO EXTEND PLAINTIFFS' BRIEFING DEADLINE ON DEFENDANTS' RULE 12(c) MOTION BY FIVE DAYS**<br><br>**[SECOND REQUEST]** |

Plaintiffs Paradise Entertainment Limited, LT Game, Inc., and LT Game Limited (collectively "**Plaintiffs**") and Defendants Empire Technological Group Limited, Linyi (Frank) Feng, Roy Kelcey Allison, Gaming Specialized Logistics LLC, and Daryn Kiely (collectively, "**Defendants**") by and through their undersigned counsel of record, hereby stipulate to extend Plaintiffs' deadline to respond to Defendants' Rule 12(c) Motion (ECF No. 136) by five days from January 23, 2026 to **January 28, 2026**. Prior to the Court's entry of its Order on January 20, 2026 (ECF No. 146) denying Plaintiff's motion regarding the timeliness of the Rule 12(c) Motion, the parties, being uncertain of what effect the Court's then-forthcoming order would have, agreed to a deadline extension that would have been tied to the date of the Court's order. As that Order was then subsequently entered on January 20, 2026, the Parties now hereby stipulate, subject to approval of the Court, that Plaintiffs' deadline to respond to the Rule 12(c) Motion may be extended from January 23, 2026 to January 28, 2026.

IT IS SO STIPULATED.

Dated this 21st day of January, 2026.

*/s/ Jessica M. Lujan*
OLIVER J. PANCHERI, ESQ. (NBN 7476)
JESSICA M. LUJAN, ESQ. (NBN 14913)
**SPENCER FANE LLP**
300 S. 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: opancheri@spencerfane.com
        jlujan@spencerfane.com

JEAN-PAUL CIARDULLO, ESQ.
(pro hac vice)
California Bar No. 284170
**FOLEY & LARDNER LLP**
555 Flower Street, Suite 3300
Los Angeles, California 90071
Tel: (213) 972-4500
Fax: (213) 486-0065
Email: jciardullo@foley.com

*Attorneys for Plaintiff*

Dated this 21st day of January, 2026.

*/s/ Ethan Glenn*
PATRICK J. REILLY, ESQ. (NBN 6103)
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, 16th Floor
Las Vegas, Nevada 89106
Tel.: (702) 382-2101 / Fax: (702) 382-8135
Email: preilly@bhfs.com

MARK T. OAKES, ESQ. (*pro hac vice*)
ZACHARY P. MCHENRY, ESQ. (*pro hac vice*)
ETHAN GLENN, ESQ. (*pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone: (512) 474-5201
Facsimile: (512) 536-4598
Email: mark.oakes@nortonrosefulbright.com
zach.mchenry@nortonrosefulbright.com
ethan.glenn@nortonrosefulbright.com

BRIAN W. STOLARZ, ESQ. (*pro hac vice pending*)
**NORTON ROSE FULBRIGHT US LLP**
799 9th Street NW, Suite 1000
Washington, DC  20001-4501
Telephone:    (202) 662-0309
Facsimile:    (202) 662-4643
brian.stolarz@nortonrosefulbright.com

*Attorneys for Defendants*

LV 7082695.1

# ORDER

The Court, having reviewed the above stipulation of the parties, and good cause appearing therefor, hereby **GRANTS** the above stipulation, **ADOPTS** the proposed deadline as set forth herein.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: January 21, 2026
_____

LV 7082695.1