OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
JESSICA M. LUJAN, ESQ.
Nevada Bar No. 14913
**SPENCER FANE LLP**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308
Fax: (702) 791-1912
Email: opancheri@spencerfane.com
        jlujan@spencerfane.com

ROBERT T. STEWART, ESQ.
Nevada Bar No. 13770
**FOLEY & LARDNER LLP**
95 South State Street, Suite 2500
Salt Lake City, UT 84111
Tel.: (801) 401-8900
Email: rtstewart@foley.com

JEAN-PAUL CIARDULLO, ESQ.
(*pro hac vice*)
California Bar No. 284170
**FOLEY & LARDNER LLP**
555 Flower Street, Suite 3300
Los Angeles, California 90071
Tel: (213) 972-4500
Fax: (213) 486-0065
Email: jciardullo@foley.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PARADISE ENTERTAINMENT LIMITED, a Bermuda corporation; LT GAME, INC., a Nevada corporation; and LT GAME LIMITED, a British Virgin Islands corporation<br><br>                     Plaintiffs/Counterdefendants,<br><br>     v.<br><br>EMPIRE TECHNOLOGICAL GROUP LIMITED, a Nevada corporation; GAMING SPECIALIZED LOGISTICS LLC, a Nevada limited liability company; LINYI FENG, an individual; ROY KELCEY ALLISON, an individual; and DARYN KIELY, an individual,<br><br>                     Defendants/Counterclaimants. | Case No. 2:24-cv-00428-JCM-BNW<br><br>**JOINT STIPULATION TO EXTEND DISPOSITIVE MOTION AND RULE 702 BRIEFING SCHEDULES**<br><br>**[FOURTH REQUEST]** |

Plaintiffs Paradise Entertainment Limited ("**Paradise**"), LT Game, Inc. ("**LT Game**"), and LT Game Limited ("**LTG Limited**") (collectively "**Plaintiffs**") and Defendants Empire Technological Group Limited ("**Empire**"), Linyi (Frank) Feng, Roy Kelcey Allison, Gaming Specialized Logistics LLC ("**GSL**"), and Daryn Kiely (collectively, "**Defendants**") by and through their undersigned counsel of record, hereby stipulate and agree to an extension of the briefing schedule for dispositive and Rule 702 (*Daubert*) motions in view of the substantial amount of subject matter the Parties now anticipate those motions to cover.

The Parties are making their request well in advance of the current March 27, 2026 dispositive motion deadline, and submit that there is good cause for the schedule extension, as discussed below.

### A.    Background

When the Parties first stipulated on a case schedule on June 10, 2024, they proposed a three-week response time for dispositive motion opposition briefs, and a one-week response time for reply briefs. (ECF No. 32.) For *Daubert* briefing, the Parties had proposed two weeks for oppositions and one week for replies. (*Id.*) Since that time, this has become a far-reaching case involving almost 30 witnesses, cross-border discovery, and substantial non-party discovery, all concerning a period of time that spanned the better part of a decade. Although the Parties previously requested – and the Court granted – extensions of the fact discovery deadline to address this, the Parties had not amended the original dispositive motion and *Daubert* briefing schedules that had been proposed at the beginning of the case.

It has now become apparent that the Parties will have a substantial amount of briefing in the coming months such that an extension of those briefing schedules would ensure the orderly litigation of the case. Both Parties intend to file dispositive motions on March 27 that will cover a broad range of issues commensurate with the broad scope of discovery. The Parties also collectively now have eight expert witnesses. In view of this, the Parties agree that more time is needed in the briefing schedules.

### B.    Statement Concerning Discovery

Fact discovery officially closed in December 2025 (though some document production has occurred since). It included, among other things:

- over 20 depositions, many of which occurred in Hong Kong, and many of which required Chinese interpreters;

STIPULATION
Case No. 2:24-cv-00428-JCM-BNW

- well over 1 million documents collected and reviewed, including extensive resources spent translating Chinese records and recovering text messages from mobile phones;
- hundreds of hours of attorney time spent conferring and resolving discovery disputes; [1]
- hundreds of pages of detailed written discovery responses, including to almost 200 interrogatories.

In January 2026, Plaintiffs served three expert reports. In February 2026, Defendants served five expert reports. Expert depositions are now in progress. March 27, 2026 is the deadline for dispositive motions, with a separate round of briefing on *Daubert* motions set to occur thereafter.

### C.    The Parties' Requested Extension

Because both Parties contemplate filing motions commensurate with the broad scope of discovery to-date, and also in view of the large number of expert witnesses that have now been disclosed, the Parties respectfully request:

- an extension of the dispositive motion opposition briefing schedule from three weeks to four weeks
- an extension of the dispositive motion reply briefing schedule  from one week to two weeks
- an extension of the Rule 702 opposition briefing schedule from two weeks to four weeks
- an extension of the Rule 702 reply briefing schedule from one week to two weeks

The Parties have been diligently engaged in litigation to-date, and submit that good cause exists supporting the request so as to allow sufficient time for the orderly completion of briefing on these important motions. The proposed revised briefing schedule is shown below.

| Event | Current Deadlines | Parties' Proposal |
|---|---|---|
| Deadline to file opposition to dispositive motions | April 17, 2026 | April 24, 2026 |
| Deadline to file replies to dispositive motions | April 24, 2026 | May 8, 2026 |
| Deadline to file Rule 702 (*Daubert*) motions | May 15, 2026 | May 29, 2026 |
| Deadline to file opposition to Rule 702 (*Daubert*) | May 29, 2026 | June 26, 2026 |

---

[1] The Parties are still privately discussing a discrete number of outstanding discovery issues in an effort to resolve them.

| motions | | |
|---|---|---|
| Deadline to file replies to Rule 702 (*Daubert*) motions | June 5, 2026 | July 10, 2026 |

IT IS SO STIPULATED.

Dated this 27th day of February, 2026.

*/s/ Jessica M. Lujan*
OLIVER J. PANCHERI, ESQ. (NBN 7476)
JESSICA M. LUJAN, ESQ. (NBN 14913)
**SPENCER FANE LLP**
300 S. 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: opancheri@spencerfane.com
       jlujan@spencerfane.com

JEAN-PAUL CIARDULLO, ESQ. (pro hac vice)
California Bar No. 284170
**FOLEY & LARDNER LLP**
555 Flower Street, Suite 3300
Los Angeles, California 90071
Tel: (213) 972-4500
Fax: (213) 486-0065
Email: jciardullo@foley.com

*Attorneys for Plaintiff*

Dated this 27th day of February, 2026.

*/s/ Ethan Glenn*
PATRICK J. REILLY, ESQ. (NBN 6103)
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, 16th Floor
Las Vegas, Nevada 89106
Tel.: (702) 382-2101 / Fax:  (702) 382-8135
Email: preilly@bhfs.com

MARK T. OAKES, ESQ. (*pro hac vice*)
ZACHARY P. MCHENRY, ESQ. (*pro hac vice*)
ETHAN GLENN, ESQ. (*pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone: (512) 474-5201
Facsimile: (512) 536-4598
Email: mark.oakes@nortonrosefulbright.com
zach.mchenry@nortonrosefulbright.com
ethan.glenn@nortonrosefulbright.com

*Attorneys for Defendants*

## **ORDER**

The Court, having reviewed the above stipulation of the parties, and good cause appearing therefor, hereby **GRANTS** the above stipulation, **ADOPTS** the proposed discovery deadlines as set forth herein.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:   February 27, 2026
_____

STIPULATION
Case No. 2:24-cv-00428-JCM-BNW