# Exhibit B

# Declaration of Linyi Feng

00896

PATRICK J. REILLY, ESQ.
Nevada Bar No. 6103
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, 16th Floor
Las Vegas, Nevada  89106
Telephone:     (702) 382-2101
Facsimile:     (702) 382-8135
preilly@bhfs.com

MARK T. OAKES, ESQ. (*pro hac vice*)
ZACHARY P. MCHENRY, ESQ. (*pro hac vice*)
ETHAN GLENN, ESQ. (*pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Blvd., Suite 1100
Austin, Texas  78701-425539
Telephone:     (512) 474-5201
Facsimile:     (512) 536-4598
mark.oakes@nortonrosefulbright.com
zach.mchenry@nortonrosefulbright.com
ethan.glenn@nortonrosefulbright.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PARADISE ENTERTAINMENT LIMITED, a Bermuda corporation; and LT GAME INC., a Nevada corporation; and LT GAME LIMITED, a British Virgin Islands corporation, | Case No. 2:24-cv-00428-JCM-BNW |
| *Plaintiffs*, v. | **DECLARATION OF LINYI FENG** |
| EMPIRE TECHNOLOGICAL GROUP LIMITED, a Nevada corporation; GAMING SPECIALIZED LOGISTICS LLC, a Nevada limited liability company; LINYI FENG, an individual; ROY KELCEY ALLISON, an individual; and DARYN KIELY, an individual, | |
| *Defendants*. | |

1

00897

I, Linyi Feng, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. My name is Linyi "Frank" Feng.  I am over the age of eighteen years and have never been convicted of a felony or a crime of moral turpitude.

2. I am a Defendant in the above-entitled lawsuit.

3. I respectfully submit this Declaration in support of Defendants' *Motion for Partial Summary Judgment*.

4. I am currently the Chief Executive Officer of Defendant Empire Technological Group, Ltd. ("Empire").

5. Empire develops, manufactures, sells, and leases gaming products and table games.

6. I am also the sole owner of Empire.

7. I have owned and operated Empire (and its predecessor company) since 2011.

8. The predecessor company was named LT Game International Limited.

9. I used the "LT Game" in the name of the company for branding purposes, but added "International" to distinguish my company from Plaintiffs' companies.

10. At no point did any Plaintiff, Plaintiff subsidiary, or Dr. Jay Chun ever own an interest in this company.

11. Further, Plaintiffs, Plaintiffs' subsidiaries, and Dr. Jay Chun did not help me to buy this company.

12. Empire has historically developed, manufactured, sold, and leased gaming products and table games.

13. Until 2022, Empire also provided product development services, including research, design, coding, testing, and documentation to Plaintiffs for certain products Plaintiffs sold in foreign markets.

14. In July 2016, when I purchased LT Game International (US) Limited from Mr. Wang, I combined it with my company LT Game International Limited to form Empire.

15. At that time, Empire did not manufacture electronic table games or slot machines.

16. Starting in 2016, Empire began manufacturing its own proprietary gaming equipment.

17. Initially, Empire focused on table game products for California card rooms.

00898

18. Empire also developed a line of "SMRT" products that increase play on table games and provide real-time tracking data to operators, such as a trend board that displays historical game results.

19. While some of these products are electronic, they are not classified as electronic table games (or "ETG"), which is a separate category of gaming products.

20. During portions of this period, Empire also sold Plaintiffs' products in the United States pursuant to written agreements between the Parties.

21. Empire distributed Plaintiffs' card shoe in the United States starting in approximately 2016.

22. By 2018, Empire began offering proprietary table games, ultimately developing five such products, including Golden Frog Baccarat, a standard live baccarat game with unique side wagers. These are traditional table games whereby live dealers deal physical cards, not electronic table games that replace dealers and physical cards.

23. In approximately April 2019, Empire obtained a license from the State of California Gambling Control Commission.

24. Empire's proprietary products were well publicized and publicly available.

25. From at least as early as 2020, Empire prominently featured these products on its website.

26. In early 2020, I became aware of what Plaintiffs have pleaded as the "F2" opportunity with the Hawaiian Gardens Casino in California.

27. I understood that the Hawaiian Gardens Casino was going to lose its TPPPS provider and needed to find someone to replace it.

28. I understood that Hawaiian Gardens Casino had sixty days to find a new TPPPS provider.

29. In early 2022, Akkadian Enterprises acquired assets from Synergy Blue, related to skill-based gaming equipment, and, in early 2022, Empire began doing business under the name "Play Synergy." Plaintiffs never offered any similar products for sale in the United States during the relevant period.

30. In February 2022, Empire entered into an agreement with Sockeye Software to distribute Sockeye's Class II video poker gaming products. Plaintiffs never offered any similar products for sale in the United States during the relevant period.

3

00899

31. On June 15, 2023, Empire purchased certain assets from Aruze Gaming America, Inc. ("Aruze"), a major developer of slot machines, through a public bankruptcy auction. On August 15, 2023, the bankruptcy court approved the sale of those Aruze assets to Empire.

32. From approximately February 2008 until February 2022, I also served as President, Secretary, Treasurer, and Director of Plaintiff LT Game, Inc. (formerly known as LT Game (Canada) Ltd.) ("LT Game").

33. At times from between 2016 and 2022, certain individuals worked concurrently for both Empire and LT Game, including, at times, myself, Mr. Allison, and Mr. Kiely.

34. During that time, I worked to sell certain of Plaintiffs' products in the United States.

35. Among other things, I identified and presented a range of potential gaming-industry opportunities to Plaintiffs and Dr. Jay Chun, including the possible purchase of a Las Vegas casino in April 2015, various table game products in 2016, an investment in an iGaming company in 2018, and the acquisition in 2019 of an electronic-gaming business with an existing portfolio of slot products.  Plaintiffs declined each of them.

36. Instead, LT Game's business focused on two products—the LTShoe (a card shoe) and the LTS1 (a Class III slot machine).

37. Plaintiffs did not offer a table game for sale in the United States while Empire was distributing their products. To my knowledge, neither Paradise, LT Game, nor LT Game Limited offered traditional table games for sale in other countries during the relevant period.

38. Pursuant to the relevant agreements, Empire was approved to distribute Plaintiffs' products and do other things necessary to effectuate distribution, like obtaining required certifications for gaming products.

39. For instance, Empire commonly incurred necessary product certification costs directly and was subsequently reimbursed by Plaintiffs.

40. However, the parties have always understood that the relationship was non-exclusive and that I and my companies were free to work with other companies.

41. In 2020, Dr. Chun directed me to cut LT Game's expenses because Paradise began suffering losses as a result of the COVID-19 pandemic.

4

42. Empire stopped distributing LT Game products in approximately the middle of 2022.

43. I never made unauthorized reproductions or derivative works of the Golden Frog slot machine game source code or the LTShoe source code, nor I did distribute unauthorized copies of the same

44. On September 14, 2023, I received a letter from Paradise Entertainment Limited ("Paradise") in which Paradise demanded that I transfer my ownership interest in Empire to Paradise. Paradise claimed that, because it had previously provided Empire certain resources, Empire was Paradise's "de facto subsidiary." In response to Paradise's demand, I filed a lawsuit on behalf of myself and Empire to, among other things, obtain a declaration that Paradise has no ownership interest in, and no right to control, Empire, and no legal or equitable interest in any of Empire's assets, including its gaming licenses. The complaint was filed on October 3, 2023, in the District Court for Clark County, Nevada, and is styled as *Empire Technological Group Limited, et al., v. LT Game (Canada) Limited, et al.*, case no. A-23-878908-B. The parties subsequently agreed to dismiss that lawsuit after Plaintiffs filed the instant lawsuit in this Court.

45. Paradise has never had an ownership interest in Empire. Paradise has never had a right to control Empire. Paradise has never held any legal or equitable interest in any of Empire's assets, including its gaming licenses.

46. Over the years, both myself, individually, and Empire have entered into various business dealings with Paradise and its North American subsidiary, LT Game.

47. All business dealings between myself (encompassing all of my businesses, including Empire) and Paradise (encompassing all of its subsidiaries, including LT Game) are subject to various written agreements. These agreements were generally renewed on an annual basis, and it is my understanding that Paradise is required to file those agreements with the Hong Kong Stock Exchange.

48. Empire was never intended to operate for Paradise's exclusive benefit, nor to operate exclusively as Paradise's distributor.

49. There was never any understanding, agreement, or representations that I would operate

5

00901

Empire for Paradise's exclusive benefit.

50. Empire has always been free to pursue its own business interests, and has been doing so since I established LT Game International Limited in 2011, including when I purchased LT Game International (US) Limited in December 2015.

51. Empire has paid for the vast majority of all fees related to its gaming licenses.

52. To my knowledge, neither Paradise, LT Game, nor LT Game Limited (collectively "Plaintiffs") have, at any time, ever held a gaming license from any jurisdiction in the United States. To my knowledge, Plaintiffs have never, at any time, applied for a gaming license from any jurisdiction in the United States.

53. The United States gaming industry is strictly regulated, and the licensing application process generally involves thorough background investigations of licensee applicants, including investigations regarding applicants' business holdings and character and fitness.

54. Playful Interactive was established to market Empire's products by providing social versions of its games online, and thus was an iGaming company.

55. Attached as Exhibit B-1 is a true and correct copy of an Arrangement for Transfer of All Equity Interests in Respect of Empire dated September 14, 2023, which was produced in this case with bates number ETG_00000237969. This document is being filed under seal.

56. Attached as Exhibit B-2 is a true and correct copy of Paradise's 2020 business plan, which was produced in this case with bates number PARADISE 00013080. This document is being filed under seal.

57. Attached as Exhibit B-3 is a true and correct copy of the Supply Framework Agreement dated December 14, 2018, which was produced in this case with bates number ETG_00000082267. This document is being filed under seal.

58. Attached as Exhibit B-4 is a true and correct copy of the Game Development Agreement dated October 31, 2021, which was produced in this case with bates number ETG_00000159329. This document is being filed under seal.

59. Attached as Exhibit B-5 is a true and correct copy of the Distributorship Framework Agreement dated February 29, 2016, which was produced in this case with bates number

6

00902

PARADISE 00021744. This document is being filed under seal.

60. Attached as Exhibit B-6 is a true and correct copy of the Renewed Supply Framework Agreement dated December 12, 2019, which was produced in this case with bates number ETG_00000116837. This document is being filed under seal.

61. Attached as Exhibit B-7 is a true and correct copy of the Renewed Supply Framework Agreement dated December 10, 2020, which was produced in this case with bates number ETG_00000140060. This document is being filed under seal.

62. Attached as Exhibit B-8 is a true and correct copy of the Renewed Supply Framework Agreement dated December 14, 2021, which was produced in this case with bates number ETG_00000162360. This document is being filed under seal.

63. Attached as Exhibit B-9 is a true and correct copy of the Renewed Supply Framework Agreement dated December 13, 2022, which was produced in this case with bates number ETG_00000291588. This document is being filed under seal.

64. Attached as Exhibit B-10 is a true and correct copy of Master Hardware Purchase Agreement dated October 31, 2021, which was produced in this case with bates number ETG_00000159318. This document is being filed under seal.

65. Attached as Exhibit B-11 is a true and correct copy of a Lewis Roca memorandum dated July 25, 2022, which was produced in this case with bates number ETG_00000174095. This document is being filed under seal.

66. Attached as Exhibit B-12 is a true and correct copy of an approval letter from the Nevada Gaming Control Board dated July 2, 2018, which was produced in this case with bates number ETG_00000071335. This document is being filed under seal.

67. Attached as Exhibit B-13 is a true and correct copy of an email communication from Eilers-Fantini dated February 7, 2022, which was produced in this case with bates number ETG_00000350499.

68. Attached as Exhibit B-14 is a true and correct copy of a Eilers & Krejcik Empire 4Q21 performance report dated February 7, 2022, which was produced in this case with bates number ETG_00000350500.

7

69. Attached as Exhibit B-15 is a true and correct copy of an email from Eilers-Fantini (a gaming industry research and consulting firm) regarding a gaming industry research report (May 9, 2022), which was produced in this case with bates number ETG_00000329281. This document is being filed under seal.

70. Attached as Exhibit B-16 is a true and correct copy of a Eilers & Krejcik Empire 1Q22 performance report dated May 9, 2022, which was produced in this case with bates number ETG_00000329282. This document is being filed under seal.

71. Attached as Exhibit B-17 is a true and correct copy of a Eilers & Krejcik Empire 2Q22 performance report dated August 2, 2022, which was produced in this case with bates number ETG_00000350439.

72. Attached as Exhibit B-18 is a true and correct copy of a Eilers & Krejcik Empire 3Q22 performance report dated November 2, 2022, which was produced in this case with bates number ETG_00000350379.

73. Attached as Exhibit B-19 is a true and correct copy of a declaration certifying translation of email communications from Leo Chan dated February 9, 2022, which was produced in this case with bates number ETG_TRANSLATION_00000000119 (ETG_00000166384). This document is being filed under seal.

74. Attached as Exhibit B-20 is a true and correct copy of the Shared Services Agreement dated January 1, 2021, which was produced in this case with bates number PARADISE 00000736. This document is being filed under seal.

75. Attached as Exhibit B-21 is a true and correct copy of an email communication from Frank Feng dated April 23, 2015, which was produced in this case with bates number PARADISE 00059500. This document is being filed under seal.

76. Attached as Exhibit B-22 is a true and correct copy of a declaration certifying translation of an email communication from Frank Feng dated April 2, 2018, which was produced in this case with bates number ETG_TRANSLATION_00000000323 (ETG_00000331327). This document is being filed under seal.

77. Attached as Exhibit B-23 is a true and correct copy of an email communication from Frank

8

00904

Feng dated September 5, 2019, which was produced in this case with bates number ETG_00000331546. This document is being filed under seal.

78. Attached as Exhibit B-24 is a true and correct copy of a declaration certifying translation of email communications from Frank Feng dated September 22, 2016, which was produced in this case with bates number ETG_TRANSLATION_00000000289 (PARADISE 00036090). This document is being filed under seal.

79. Attached as Exhibit B-25 is a true and correct copy of a Paradise slide deck on U.S. slot market, which was produced in this case with bates number PARADISE 00013125. This document is being filed under seal.

80. Attached as Exhibit B-26 is a true and correct copy of a North American LT Products 2019 Marketing and Sales Business Plan Executive Summary, which was produced in this case with bates number PARADISE 00013227. This document is being filed under seal.

81. Attached as Exhibit B-27 is a true and correct copy of an email communication from Leo Chan dated July 16, 2019, which was produced in this case with bates number PARADISE 00019050. This document is being filed under seal.

82. Attached as Exhibit B-28 is a true and correct copy of a declaration certifying translation of an email communication from Frank Feng dated March 10, 2020, which was produced in this case with bates number ETG_TRANSLATION_00000000339 (ETG_00000125665). This document is being filed under seal.

83. Attached as Exhibit B-29 is a true and correct copy of a declaration certifying translation of email communications from Frank Feng dated August 31, 2021, which was produced in this case with bates number ETG_TRANSLATION_00000000027 (PARADISE 00002634). This document is being filed under seal.

84. Attached as Exhibit B-30 is a true and correct copy of an email communication from Leo Chan dated August 27, 2021, which was produced in this case with bates number ETG_00000153551. This document is being filed under seal.

85. Attached as Exhibit B-31 is a true and correct copy of a declaration certifying translation of email communications from Jay Chun dated August 31, 2021, which was produced in this

9

00905

case with bates number ETG_TRANSLATION_00000000055 (PARADISE 00000765). This document is being filed under seal.

86. Attached as Exhibit B-32 is a true and correct copy of an email communication from Frank Feng dated October 27, 2021, which was produced in this case with bates number PARADISE 00009048. This document is being filed under seal.

87. Attached as Exhibit B-33 is a true and correct copy of a LT Game 2021 Operation Review slide deck dated January 2022, which was produced in this case with bates number ETG_00000163081. This document is being filed under seal.

88. Attached as Exhibit B-34 is a true and correct copy of a declaration certifying translation of email communications from Frank Feng dated February 10, 2022, which was produced in this case with bates number ETG_TRANSLATION_00000000001 (ETG_00000166414). This document is being filed under seal.

89. Attached as Exhibit B-35 is a true and correct copy of an email communication from David So dated February 21, 2022, which was produced in this case with bates number ETG_00000167484. This document is being filed under seal.

90. Attached as Exhibit B-36 is a true and correct copy of the Install and Plan and Sales Update dated April 19, 2022, which was produced in this case with bates number PARADISE 00030966. This document is being filed under seal.

91. Attached as Exhibit B-38 is a true and correct copy of an email communication from Frank Feng dated February 15, 2023, which was produced in this case with bates number ETG_00000289228. This document is being filed under seal.

92. Attached as Exhibit B-39 is a true and correct copy of a Lewis Roca memorandum dated October 17, 2019, which was produced in this case with bates number PARADISE 00007479. This document is being filed under seal.

93. Attached as Exhibit B-40 is a true and correct copy of an email communication from Leo Chan dated November 27, 2018, which was produced in this case with bates number ETG_00000079833. This document is being filed under seal.

94. Attached as Exhibit B-41 is a true and correct copy of a declaration certifying translation of

10

00906

email communications from Jay Chun dated August 18, 2017, which was produced in this case with bates number ETG_TRANSLATION_00000000311 (PARADISE 00036751). This document is being filed under seal.

95. Attached as Exhibit 42 is a true and correct copy of an email communication from Frank Feng dated August 7, 2017, which was produced in this case with bates number ETG_00000059351. This document is being filed under seal.

96. Attached as Exhibit B-43 is a true and correct copy of an email communication from Jay Chun dated April 22, 2020, which was produced in this case with bates number ETG_00000331556. This document is being filed under seal.

97. Attached as Exhibit B-44 is a true and correct copy of an email communication from Jay Chun dated May 29, 2019, which was produced in this case with bates number PARADISE 00019131. This document is being filed under seal.

98. Attached as Exhibit B-45 is a true and correct copy of a declaration certifying translation of email communications from Frank Feng dated May 24, 2021, which was produced in this case with bates number ETG_TRANSLATION_00000000011 (PARADISE 00000552). This document is being filed under seal.

99. Attached as Exhibit B-46 is a true and correct copy of an email from Eilers-Fantini (a gaming industry research and consulting firm) regarding a gaming industry research report (May 11, 2022), which was produced in this case with bates number ETG_00000331619. This document is being filed under seal.

100. Attached as Exhibit B-47 is a true and correct copy of an email from Eilers-Fantini (a gaming industry research and consulting firm) regarding a gaming industry research report (May 16, 2022), which was produced in this case with bates number ETG_00000331671. This document is being filed under seal.

101. Attached as Exhibit B-48 is a true and correct copy of an email from Daryn Keily regarding LT Game inventory (July 19, 2022), which was produced in this case with bates number ETG_00000173916. This document is being filed under seal.

102. Attached as Exhibit B-49 is a true and correct copy of text communications between

11

Frank Feng and Matteo Carli dated April 21, 2023, which was produced in this case with bates number ETG_00000331719. This document is being filed under seal.

103.    Attached as Exhibit B-50 is a true and correct copy of the Consulting Services Agreement dated March 31, 2018, which was produced in this case with bates number ETG_00000194099. This document is being filed under seal.

104.    Attached as Exhibit B-51 is a true and correct copy of an email communication from Leo Chan dated October 10, 2019, which was produced in this case with bates number ETG_00000111164. This document is being filed under seal.

105.    Attached as Exhibit B-52 is a true and correct copy of an email communication from Leo Chan dated December 12, 2019, which was produced in this case with bates number PARADISE 00049143. This document is being filed under seal.

106.    Attached as Exhibit B-53 is a true and correct copy of a declaration certifying translation of email communications from Jay Chun dated April 12, 2016, which was produced in this case with bates number ETG_TRANSLATION_00000000367 (PARADISE 00055335). This document is being filed under seal.

107.    Attached as Exhibit B-54 is a true and correct copy of the 2019 Annual Report, which was produced in this case with bates number PARADISE 00032985.

108.    Attached as Exhibit B-55 is a true and correct copy of the 2020 Annual Report, which was produced in this case with bates number PARADISE 00033167.

109.    Attached as Exhibit B-57 is a true and correct copy of the Distribution Agreement dated October 31, 2021, which was produced in this case with bates number ETG_00000159220. This document is being filed under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 20, 2026, in Las Vegas, Nevada.

*/s/ Linyi Feng*

Linyi Feng

12

00908

# Exhibit B-1

# ETG_00000237969 – ETG_00000237971

# September 14, 2023 Arrangement for Transfer of All Equity Interests in respect of Empire Technological Group Limited

# Filed Under Seal

**Exhibit B-2**

**PARADISE 00013080 – PARADISE 00013112**

**Business Plan for Calendar Year 2020**

**Filed Under Seal**

00913

# Exhibit B-3

# ETG_0000082267 – ETG_0000082279

# December 14, 2018
# Supply Framework Agreement

# Filed Under Seal

# Exhibit B-4

# ETG_00000159329 – ETG_00000159343

# October 31, 2021 Game Development Agreement

# Filed Under Seal

00961

# Exhibit B-5

# PARADISE 00021744 – PARADISE 00021754

# February 29, 2016
# Distributorship Framework Agreement

# Filed Under Seal

00977

# Exhibit B-6

# ETG_00000116837 – ETG_00000116849

# December 12, 2019
# Renewed Supply Framework Agreement

# Filed Under Seal

00989

# Exhibit B-7

# ETG_00000140060 – ETG_00000140072

# December 10, 2020
# Renewed Supply Framework Agreement

# Filed Under Seal

01003

# Exhibit B-8

# ETG_00000162360 – ETG_00000162372

# December 14, 2021
# Renewed Supply Framework Agreement

# Filed Under Seal

01017

# Exhibit B-9

# ETG_00000291588 – ETG_00000291600

## December 13, 2022
## Renewed Supply Framework Agreement

## Filed Under Seal

# Exhibit B-10

# ETG_00000159318 – ETG_00000159328

# October 31, 2021
# Master Hardware Purchase Agreement

# Filed Under Seal

01045

# Exhibit B-11

# ETG_00000174095 – ETG_00000174132

# July 25, 2022 Glenn Light Letter to Nevada Gaming Control Board

# Filed Under Seal

# Exhibit B-12

# ETG_0000071335 – ETG_0000071336

# July 2, 2018
# Nevada Gaming Control Board's Letter to ETG

# Filed Under Seal

01096

**Exhibit B-13**

**ETG_00000350499**

**February 7, 2022 Eilers & Krejcik Gaming &
Fantini Research's e-mail**

01099

Message
_____

**From:**      Fantini's Gaming Report [morningreport-enhanced-service@lists.fantiniresearch.com]
**Sent:**      2/7/2022 10:06:32 AM
**To:**        Frank Feng [frankfeng@hk1180.com]
**Subject:**   EILERS-FANTINI Electronic Table Game Report - Free copy attached
**Attachments:**  EILERS-FANTINI Electronic Table Game (ETG) Report - 4Q21.pdf


Attached is Q4, 21 edition of the EILERS-FANTINI Electronic Table Game Report that was just released
today.  The ETG Report is a quarterly report that highlights game performance of Electronic Table Games
(ETGs) in the US & Canada markets. It includes ETG market sizing, vendor profiles, vendor market share,
product segmentation, and more.

For information on subscribing to these reports or for any other EILERS-FANTINI Report, please contact
Subscriptions@FantiniResearch.com.
--~--------------------------------------------------------------
You are subscribed as frankfeng@hk1180.com
Unsubscribe and manage your settings:
  https://lists.fantiniresearch.com/do/unsub/morningreport-enhanced/3956329/kpzvlclr5s/3969/0
or unsubscribe by email:
  morningreport-enhanced-cunsub-kpzvlclr5s-3956329-3969-bl2718@lists.fantiniresearch.com
Sent by Fantini Research <http://www.fantiniresearch.com>
--~--

ETG_00000350499

01100

# Exhibit B-14

# ETG_00000350500 – ETG_00000350550

# Eilers & Krejcik Gaming & Fantini Research's
# February 7, 2022
# ETG Performance Report – 4Q21



**EILERS-FANTINI**
**Central Game Performance Database (GPD)**

*ETG Performance Report – 4Q21*

*Published on February 7, 2022*

*This presentation has been prepared exclusively for clients of Eilers & Krejcik Gaming, LLC and Fantini Research. No parts of this report may be copied, reproduced or disseminated without prior written consent.*

ETG_00000350500
01102

**ETG Performance Report | 4Q21**     Eilers&Krejcik Gaming     FANTINI RESEARCH

# Contents

I.    Overview

II.    Supplier Highlights

III.    Operator Participation

IV.    ETG Overview and Trends

V.    Supplier Market Share and Analysis

VI.    ETG Performance

# Authors



**Brendan Moore**
Manager, Eilers & Krejcik Gaming, LLC
bmoore@ekgamingllc.com



**Todd Eilers**
Principal, Eilers & Krejcik Gaming, LLC
teilers@ekgamingllc.com



**Rick Eckert**
Managing Director, Eilers & Krejcik Gaming, LLC
reckert@ekgamingllc.com



**Phil Bernard**
Vice President, Eilers & Krejcik Gaming, LLC
bmoore@ekgamingllc.com



**Zach Moreimi**
Analyst, Eilers & Krejcik Gaming, LLC
zmoreimi@ekgamingllc.com

## NEW Quarterly GPD Report – ETG Performance Report

Our novel ETG Report will be distributed quarterly and provide analysis on the following:

- Market Size
- Market Share by Supplier
- ETG Performance Trends
- Average Bet
- Cabinet Performance
- And more!

**Estimated Theo Per Day $**

| ETG Parent | 2020 Q4 | 2021 Q1 | 2021 Q2 | 2021 Q3 | 2021 Q4 |
|---|---|---|---|---|---|
| Roulette | $364 | | $423 | $434 | $420 |
| Blackjack | | $291 | $242 | $213 | $221 |
| ETG Multigame | | $214 | $225 | | |
| Craps | $100 | | | | $251 |
| Baccarat | | | | | |
| Big Six | $50 | | $119 | $42 | $34 |
| Grand Total | $219 | $270 | $275 | $245 | $282 |

*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

**◄ Back to Contents** 2

ETG_00000350501

01103

## ETG Performance Report | 4Q21

**Eilers&Krejcik** Gaming    FANTINI RESEARCH

# Contents

- Overview

- Supplier Highlights

- Operator Participation

- ETG Overview and Trends

- Supplier Market Share and Analysis

- ETG Performance



Premium Subscribers can access the GPD Dashboards here:

**Casino Dashboard**
EILERS-FANTINI
Central Game Performance Database (GPD)

**Supplier Dashboard**
EILERS-FANTINI
Central Game Performance Database (GPD)

**Investor Dashboard**
EILERS-FANTINI
Central Game Performance Database (GPD)

+ableau    Eilers&Krejcik Gaming

ETG_00000350502

01104

 

## ETG Performance Report | 4Q21

# Overview & Background



**Description:**

This quarterly report is designed to provide a detailed overview of current Electronic Table Game (ETG) market and trends in the North American gaming market.

**Methodology:**

To prepare this report we utilized data from the EILERS-FANTINI Central Game Performance Database (GPD) as well as the EILERS-FANTINI quarterly slot survey.

## Central Game Performance Database

The EILERS-FANTINI Central Game Performance Database (GPD) collects and tracks relative slot machine performance data provided by individual casinos on a monthly basis and then standardizes and aggregates the data. All data is held in a secure online database and no individual casino data is viewable.

Database subscribers can look up game performance information on individual games as well as create custom performance reports tailored to their specific business needs and geographic location. The GPD is an extension to the existing EILERS-FANTINI Slot Survey which is the gaming industry's largest survey tracking purchasing and performance trends across over 500,000 slot machines worldwide.

## Participation Details

This database service is free to qualified gaming operators who participate and provide monthly performance data.

If you are not currently participating, but are interested, please contact Rick Eckert at reckert@ekgaminglic.com or call at 702-530-1377.

ETG_00000350503

01105

**ETG Performance Report | 4Q21**

# GPD Overview – Statistics and Information

* Three Month Average Active Participation



| Casinos | Game Themes | Slots |
|---------|-------------|-------|
| 345 | 7,871 | 269,864 |

## Game Performance Database – Participation



*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

◀ Back to Contents   5

ETG_00000350504
01106

**ETG Performance Report | 4Q21**

 



## Disclaimer

Please note that the data used to compile this report comes from the EILERS-FANTIN Central Game Performance Database and only reflects the performance of games within the casinos and markets that are currently participating in our central database service. This report is not necessarily representative of the entire North American gaming market.



ETG_00000350505

01107

## ETG Performance Report | 4Q21



# Contents

- Overview

- **Supplier Highlights**

- Operator Participation

- ETG Overview and Trends

- Supplier Market Share and Analysis

- ETG Performance

ETG_00000350506

01108

 

ETG Performance Report | 4Q21    Eilers&Krejcik Gaming    FANTINI RESEARCH

# Key Insights – Suppliers



## Interblock – Interblock Estimated Market Share of 62.2% of Active Lease ETGs

We estimate Interblock to hold 62.2% of ETG leases in North America at end of 2021. When including both Owned + Leased product, we estimate this number at 55.4% (pg 32-33).



## Scientific Games – Strong Alpha Cabinet Performance

SG sees strong performance from its Alpha series cabinets, yielding Theo per days of $449, $345, and $318. They rank 1st through 3rd among all their ETG cabinets.

We notice Stadium type ETGs (Etg Multigame and Quartz Hybrid) yielding lower estimated Theo per Days than SG's Standalone products. We must note that Stadium ETG's offer more seating compared to standalones, so while the Theo per day may appear smaller on a per unit basis for Stadium products, they generate more revenue vs standalones in aggregate.



## IGT – MP Series and Peak Terminal Cabinets Continue Strong Performance in Q4

IGT's MP Series Cabinets yield strong performance this quarter at an estimated TPD of $341.

The Peak Terminal, available in many formats such as Stadium or Standalone as well as Video, Automated, and Dealer-Assist, continuing its strong performance from last Quarter.



## Aruze – Roll to Win Craps Continues to Support Aruze's Market Share Growth

Aruze's total market share for both Leased and Owned ETG's increased by 75 units from Q3 2021 to Q4.

Lucky Roulette on the X Station yields the highest TPD of all Aruze automated Standalones at $385.

## Alfastreet – Roulette 00 sees Dominating Performance vs the Competition in TPD

Alfastreet's Roulette 00 ETG yields a TPD of $862, leading the "Other Suppliers" segment by a considerable margin (Note: 2 Casino Sample Size).

 

**ETG Performance Report | 4Q21**

# Key Insights – Suppliers



## Gaming Arts – Gaming Arts Provides Operators with Casino Wizard as Alternative to Live Tables

On the Phocus S104 and U104, Gaming Arts provides an RNG ETG to casino floors in the form of Casino Wizard.

With Blackjack, Roulette, Craps, and Baccarat, this product introduces players to the table games with new side and proposition bets.



## Zuum – Zuum is Partnering with Incredible Technologies on NEW ETGs

Incredible Technologies is joining the ETG landscape in the future with Roulette and Craps supported by Zuum.

Expect to see more Incredible Technologies ETGs in the near-future.



## Jackpot Digital – Jackpot Blitz is a NEW Poker Platform Hitting the Market

With mini-games, side bets, and automation, Jackpot Digital is providing the market with a Poker ETG solution.

Jackpot Digital reduces idle time by engaging players in between hands with games.



## Sega Sammy – Sega's ETG Product is Baccarat Maximum Fortune on Genesis Cabinet

A stand-alone RNG ETG, Sega Sammy provides operators with a Baccarat table alternative.

Sega provides unique features such as a Quick Results Display feature that shows game results when they do not wish to bet on the current game as well as a Card Squeeze feature.



## Empire Technological Group – Unique Real Deal Technology on Video Baccarat

Empire has a Baccarat table alternative that uses unique Real Deal technology to show live action card play on the Golden Frog and Lucky 6 Baccarat themes.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

◀ Back to Contents  **9**

ETG_00000350508

01110

# ETG Performance Report | 4Q21

## Contents

- Overview

- Supplier Highlights

- **Operator Participation**

- ETG Overview and Trends

- Supplier Market Share and Analysis

- ETG Performance



ETG_00000350509

01111

ETG Performance Report | 4Q21

# Operator Participation – GPD Slot % vs GPD ETG %



*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

ETG_00000350510

01112

 

# Operator Participation – GPD ETG Total as % of GPD Slots by State

| State Name | ETG % |
|---|---|
| New York | 11.6% |
| South Dakota | 5.2% |
| Nevada | 3.2% |
| Wisconsin | 2.8% |
| Maryland | 2.6% |
| Idaho | 2.4% |
| Colorado | 2.0% |
| Arkansas | 2.0% |
| Indiana | 1.9% |
| Missouri | 1.7% |
| Mississippi | 1.6% |
| Kansas | 1.6% |
| Iowa | 1.5% |
| New Jersey | 1.5% |
| Pennsylvania | 1.4% |
| Canada | 1.3% |
| Delaware | 1.3% |
| Arizona | 1.2% |
| Rhode Island | 1.1% |
| Florida | 0.9% |
| Oklahoma | 0.9% |
| Michigan | 0.8% |
| Louisiana | 0.8% |
| California | 0.6% |
| New Mexico | 0.5% |
| Illinois | 0.5% |
| West Virginia | 0.3% |
| Oregon | 0.1% |

Average ETG % = 1.9%

ETG %

*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

◀ Back to Contents  **12**

ETG_00000350511

ETG Performance Report | 4Q21

 

# Operator Participation – ETG Floor Share by Operator Type

*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

ETG_00000350512
01114

 

**ETG Performance Report | 4Q21**

# Supplier Distribution by Market Type, Owned + Leased ETGs

| Sub Regions (ETG %) | Supplier | % of Total Units |
|---|---|---|
| California Tribal Market | Interblock | 34.56% |
| | Scientific Games | 16.18% |
| | Igt | 13.97% |
| | Gaming Arts | 13.24% |
| | Aruze | 11.76% |
| | Alfastreet | 10.29% |
| Canadian Market | Interblock | 72.25% |
| | Scientific Games | 25.27% |
| | Aruze | 2.48% |
| Destinations Market | Interblock | 38.77% |
| | Aruze | 20.36% |
| | Igt | 17.57% |
| | Scientific Games | 17.15% |
| | Alfastreet | 4.74% |
| | Gaming Arts | 1.39% |
| Other U.S. Commericial Markets | Interblock | 53.98% |
| | Scientific Games | 19.63% |
| | Igt | 15.46% |
| | Aruze | 6.54% |
| | Alfastreet | 3.27% |
| | Gaming Arts | 1.12% |
| Other U.S. Tribal Markets | Interblock | 48.60% |
| | Aruze | 31.40% |
| | Gaming Arts | 10.11% |
| | Igt | 9.89% |

% of Total Units

**KEY OBSERVATIONS**

A sub-regional breakdown is examined here to illustrate ETG market distribution by individual suppliers.

Interblock takes the majority of ETG market share in all sub-regions.

Aruze takes over 20% in Destination markets and over 30% in Other U.S. Tribal markets.

We see SG at the highest distribution in Canadian markets.

Note: "Destinations Market" includes the Las Vegas Strip and Downtown and Atlantic City.

**Note: Must have 2 Parent Casinos to be included.**



# Supplier Distribution by Market Type, Leased ETGs

| Sub Regions (ETG %) | Supplier | % of Total Units |
|---|---|---|
| California Tribal Market | Interblock | 78.33% |
| | Gaming Arts | 21.67% |
| Canadian Market | Interblock | 75.77% |
| | Scientific Games | 24.23% |
| Destinations Market | Interblock | 57.74% |
| | Aruze | 21.78% |
| | Igt | 11.55% |
| | Alfastreet | 8.92% |
| Other U.S. Commericial Markets | Interblock | 57.98% |
| | Scientific Games | 19.71% |
| | Igt | 14.67% |
| | Aruze | 4.24% |
| | Alfastreet | 2.83% |
| | Gaming Arts | 0.57% |
| Other U.S. Tribal Markets | Interblock | 53.44% |
| | Aruze | 25.95% |
| | Igt | 10.69% |
| | Gaming Arts | 9.92% |

**KEY OBSERVATIONS**

Interblock takes the majority of ETG market share in all sub-regions.

Gaming Arts yields a much higher market share in the California Tribal Market (21.67%) than the rest of the listed sub-regions combined.

The Other U.S. Commercial Market sub-region contains the most diverse array of suppliers.

Note: "Destinations Market" includes the Las Vegas Strip and Downtown and Atlantic City.

**Note: Lease Only, must have 2 Parent Casinos to be included.**

**\*\*Data filtered to "leased" ETGs.**

*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

◀ Back to Contents  15

ETG_00000350514

01116

ETG Performance Report | 4Q21     Eilers&Krejcik Gaming

# ETG Operator Participation - State

![Map of United States showing participating states]

Participating States

*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

◀ Back to Contents 16

ETG_00000350515
01117

 

# ETG Operator Participation – Operator Type & Own/Lease mix





Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21

« Back to Contents  17

ETG_00000350516
01118

# ETG Performance Report | 4Q21



## Contents

- Overview

- Supplier Highlights

- Operator Participation

- ETG Overview and Trends

- Supplier Market Share and Analysis

- ETG Performance

ETG_00000350517

01119

**ETG Performance Report | 4Q21**  Eilers&Krejcik Gaming  FANTINI RESEARCH

# ETGs Bring Incremental Revenue to the Casino

ETGs provide value through the following:

Average Bet ⬆ ✖ Time ⬆ ✖ Hold % ⬆ = Revenue ⬆

| Average Bet | Time | Hold % | Revenue |
|---|---|---|---|
| We see in our database that there is an increase in the average bet among ETG players. New, exciting cabinets and games bring entice traditional table players. | ETGs help speed up hands per hour. By dealing to all players quick and efficiently and avoiding manual dealing of winnings at the end of each session, time is increased. | New, exciting side bets help raise the Hold % relative to a traditional table. | ETGs bring revenue to casino by attracting valuable players to ETGs, increase hands per hour, and increase hold % with new side bets. |

*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

◀ **Back to Contents** **19**

ETG_00000350518
01120

 

# ETGs Reduce Costs in the Casino

ETGs provide value through the following:



*Source:  EILERS-FANTINI Central Game Performance Database – Data Through December '21*

ETG_00000350519

01121

ETG Performance Report | 4Q21

## ETGs Can Take on Many Types...

ETGs can take on different types and distribution channels:

**Stadium ETGs**

- Dealer-Assisted
- Automated

**Standalone ETGs**

- Dealer-Assisted
- Automated
- Video

Standalone ETGs can be group-based outcomes or individual (i.e., Aruze's Roll to Win Craps versus Interblock's Universal Craps)

*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

◀ Back to Contents  21

ETG_00000350520

01122

 

ETG Performance Report | 4Q21

# Stadium Units Increase as a % of ETGs

We note the Quarterly trends of the ETG install base by type. We notice that Stadium ETGs have decreased in distribution size while Standalones have decreased from Q1 2020 to Q4 2021.





*Leased North American ETGs only

*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

ETG_00000350521
01123

 

# The Most Common Style of Standalone ETG Distribution is Fully-Automated



We estimate Automated ETGs to represent 67% of standalone ETGs followed by Video (RNG) at 27%. Dealer Assist standalone ETGs began in 2020 Q3 with Roll to Win Craps.

*Leased North American ETGs only

*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

◀ Back to Contents 23

ETG_00000350522

01124

 

## Stadium vs Standalone ETG Performance

Stadium ETGs

Expect a lower Theo Per Day because there are more units ... They make up for value in the quantity and table offsets.

Standalone ETGs

Expect a higher Theo Per Day because there are less units.

| $150 Theo Per Day | $250 Theo Per Day |
|---|---|
|  |  |
| 50 Units | 6 Units |
|  |  |
| **$7,500 Daily Revenue** | **$1,500 Daily Revenue** |

We can assume the stadium offset the need for some number of traditional tables!

We can assume this offsets the need for a traditional table!

*Source:  EILERS-FANTINI Central Game Performance Database – Data Through December '21*

◀ Back to Contents   24

ETG_00000350523
01125

# ETG Performance Report | 4Q21

## Contents

- Overview

- Supplier Highlights

- Operator Participation

- **ETG Overview and Trends**

- Supplier Market Share and Analysis

- ETG Performance



Premium Subscribers can access the GPD Dashboards here:

**Casino Dashboard**
EILERS-FANTINI
Central Game Performance Database (GPD)

**Supplier Dashboard**
EILERS-FANTINI
Central Game Performance Database (GPD)

**Investor Dashboard**
EILERS-FANTINI
Central Game Performance Database (GPD)

ETG_00000350524

01126

 

# ETG Market Size – U.S. & Canada Leased + Owned ETGs

**KEY OBSERVATIONS**

Using EILERS-FANTINI slot survey and GPD data, we estimate the historical ETG market sizing and an estimate for the end of 2022.

We notice continued acceleration in growth we attribute in part to covid in both leased and owned products. ETGs help increase social distancing as well as lower staffing needs in a time where labor flexibility is desired.

These estimates are inclusive of all ETGs both leased and owned in our database.

Estimate excludes Electronic Poker Tables. Estimate includes Cruise.

**Legend:** Leased, Owned

| Year | Total | Owned | Leased |
|---|---|---|---|
| 2009 | 4,895 | 816 | 4,079 |
| 2010 | 5,513 | 901 | 4,612 |
| 2011 | 5,961 | 974 | 4,987 |
| 2012 | 7,328 | 1,198 | 6,130 |
| 2013 | 8,082 | 1,321 | 6,761 |
| 2014 | 8,221 | 1,344 | 6,877 |
| 2015 | 9,023 | 1,475 | 7,548 |
| 2016 | 10,563 | 1,727 | 8,836 |
| 2017 | 11,335 | 1,853 | 9,482 |
| 2018 | 12,107 | 1,979 | 10,128 |
| 2019 | 12,879 | 2,105 | 10,774 |
| 2020 | 13,845 | 2,263 | 11,582 |
| 2021Q2 | 15,948 | 2,864 | 13,084 |
| 2021Q3 | 17,431 | 2,813 | 14,618 |
| 2021Q4 | 17,721 | 2,821 | 14,900 |
| 2022E | 18,623 | 2,862 | 15,761 |

*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

◀ Back to Contents  26

ETG_00000350525

01127

ETG Performance Report | 4Q21  Eilers&Krejcik Gaming  FANTINI RESEARCH

# ETG Overview – ETG Market Penetration

*Market Penetration = Count of Casinos with ETGs / Casino Count

~17.5% Growth

ETGs continue to see massive market penetration compared to pre-pandemic levels

From September 2020 to December 2021, we see a 17.5% growth in ETG market penetration. We see some leveling off in recent months.

In this chart, we apply a same-store filter.

| Month | Market Penetration |
|---|---|
| September 2020 | 40% |
| October 2020 | 41% |
| November 2020 | 40% |
| December 2020 | 41% |
| January 2021 | 42% |
| February 2021 | 44% |
| March 2021 | 47% |
| April 2021 | 46% |
| May 2021 | 46% |
| June 2021 | 46% |
| July 2021 | 48% |
| August 2021 | 48% |
| September 2021 | 49% |
| October 2021 | 48% |
| November 2021 | 47% |
| December 2021 | 47% |

**DISCLAIMER: This data is representative of operators who participate in the EILERS-FANTINI survey and GPD and may not reflect the overall market.**

*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

◄ Back to Contents  27

ETG_00000350526
01128




# ETG Overview – Average Leased Units Per Casino

~38% Same-Store Growth

Market penetration for ETG's increased tremendously since pre-pandemic levels.

Relative to January 2020, we see a ~38% growth in ETG installs on a same-store basis.

**DISCLAIMER: This data is representative of operators who participate in the EILERS-FANTINI survey and GPD and may not reflect the overall market. This figure EXCLUDES operators in New York.**

*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

Back to Contents  28

ETG_00000350527
01129

**ETG Performance Report | 4Q21**

 

# ETG Overview – ETG Average Bet Trend

**29% Annual Average Bet Growth**

Average Bet dipped by a small margin from Q3 to Q4 2021 but has grown by **29%** since Q3 2020.

*Average Bet was tracked starting in 3Q20

*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

❮ Back to Contents  29

ETG_00000350528
01130

**ETG Performance Report | 4Q21**

 

# ETG Overview – ETG Type Distribution Trend (GPD)

**ETG Parent**
- Sicbo
- Roulette
- ETG Multigame
- Craps
- Blackjack
- Big Six
- Baccarat

**KEY OBSERVATIONS**

Roulette type ETGs decline to 30% market share this quarter, down a total of 15% since Q1 2020

The increased amount of stadium-style ETGs to coup with the desire to increase the number of gaming options for players on individual cabinets can be attributed to Multigame Style ETGs taking up the most market share in Q4 2021 at 38%.

Craps remains consistent to last quarter, taking up 17% of the ETG market, a 7% increase from Q1 2020.

Blackjack/Big 6 share decreased the most over the past two years.

Chart: % of ETGs by ETG Parent type, 2020 Q1 – 2021 Q4

| | 2020 Q1 | 2020 Q2 | 2020 Q3 | 2020 Q4 | 2021 Q1 | 2021 Q2 | 2021 Q3 | 2021 Q4 |
|---|---|---|---|---|---|---|---|---|
| (top) | 45% | 44% | 37% | 36% | 34% | 33% | 33% | 30% |
| | 15% | 16% | 22% | 29% | 29% | 30% | 32% | 38% |
| | 10% | 12% | 16% | 15% | 18% | 18% | 17% | 17% |
| | 23% | 22% | 17% | 12% | 12% | 12% | 12% | 11% |
| (bottom) | | | 5% | 7% | 6% | 5% | | |

**DISCLAIMER: This data is representative of operators who participate in the EILERS-FANTINI GPD and may not reflect the overall market. For example, we acknowledge products such as Poker ETGs that exist in market but not within the GPD.**

*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

◄ Back to Contents   30

ETG_00000350529

01131

 Eilers&Krejcik Gaming  FANTINI RESEARCH

# ETG Overview – ETG Estimated Theo Per Day Trend

| ETG Parent | 2020 Q4 | 2021 Q1 | 2021 Q2 | 2021 Q3 | 2021 Q4 | Grand To.. |
|---|---|---|---|---|---|---|
| Roulette | $364 | $483 | $454 | $404 | $466 | $439 |
| Blackjack | $207 | $281 | $242 | $213 | $221 | $230 |
| ETG Multigame | $187 | $214 | $225 | $184 | $206 | $204 |
| Craps | $106 | $148 | $185 | $179 | $251 | $188 |
| Baccarat | $199 | $137 | $133 | $137 | $138 | $145 |
| Big Six | $30 | $196 | $118 | $42 | $34 | $68 |
| Grand Total | $219 | $270 | $275 | $245 | $282 | $263 |

**KEY OBSERVATIONS**

Roulette continues to dominate Theo Per Day at $466 for Q4 2021.

ETG Multigames take a lesser value but keep in mind that aggregate revenue from stadiums can get large.

Craps sees large growth from last quarter to this at 40%! Big 6 continues to perform the lowest at only $34 Theo per day.

*Variance over time can in part be due to inclusion of new operators in the GPD

**DISCLAIMER: This data is representative of operators who participate in the EILERS-FANTINI survey and GPD and may not reflect the overall market.**

*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

ETG_00000350530
01132

# ETG Performance Report | 4Q21



## Contents

- Overview

- Supplier Highlights

- Operator Participation

- ETG Overview and Trends

- Supplier Market Share and Analysis

- ETG Performance

ETG_00000350531

01133

 

**ETG Performance Report | 4Q21**

# Supplier Overview – Market Share and Unit Count (Leased + Owned ETGs)



**KEY OBSERVATIONS**

We estimate the QoQ Growth in both leased and owned ETG market share several suppliers.

Interblock picks up over 1200 units from Q2 2021 to Q4 2021

Aruze picks up almost 300 units when looking at Q2 2021 vs Q4 2021.

We estimate Gaming Arts at 232 units (Casino Wizard) in Q4 2021.

### U.S. & Canada - Lease + Owned Estimates

| ETG Supplier | 2021Q2 | 2021Q3 | 2021Q4 |
|---|---|---|---|
| Alfastreet | 124 | 138 | 193 |
| Aruze | 1,670 | 1,870 | 1,945 |
| Gaming Arts | 154 | 232 | 232 |
| IGT | 2,112 | 2,157 | 2,166 |
| Interblock | 8,579 | 9,650 | 9,819 |
| Others | 28 | 29 | 29 |
| Scientific Games | 3,225 | 3,297 | 3,280 |

**DISCLAIMER: These estimates are in part augmented by operators who participate in the EILERS-FANTINI survey and GPD and may not reflect the overall market.**

*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

◀ Back to Contents  33

ETG_00000350532
01134

 

**ETG Performance Report | 4Q21**

# Supplier Overview – Market Share and Unit Count (Active Leases)



**KEY OBSERVATIONS**

We estimate the QoQ active lease growth and market share trends.

Aruze picks up 89 active leases QoQ from Q3 to Q4 in our latest estimate.

We estimate Interblock at 62.2% of active ETG leases in North America revised upward from prior quarter's report.

U.S. & Canada - Active Lease Estimates

| ETG Supplier | 2021Q2 | 2021Q3 | 2021Q4 |
|---|---|---|---|
| Alfastreet | 74 | 83 | 138 |
| Aruze | 1,070 | 1,284 | 1,373 |
| Gaming Arts | 93 | 140 | 140 |
| IGT | 1,363 | 1,408 | 1,408 |
| Interblock | 8,000 | 9,084 | 9,266 |
| Others | 14 | 29 | 14 |
| Scientific Games | 2,442 | 2,532 | 2,532 |

**DISCLAIMER: These estimates are in part augmented by operators who participate in the EILERS-FANTINI survey and GPD and may not reflect the overall market.**

*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

ETG_00000350533

01135

 

# Supplier Overview – GPD Participation ETG Distribution (Owned & Leased)

| Supplier | 2020 Q1 | 2020 Q2 | 2020 Q3 | 2020 Q4 | 2021 Q1 | 2021 Q2 | 2021 Q3 | 2021 Q4 |
|---|---|---|---|---|---|---|---|---|
| Scientific Games | 27.9% | 27.3% | 22.6% | 21.4% | 23.3% | 20.4% | 20.3% | 18.0% |
| Igt | 13.6% | 13.8% | 14.8% | 15.0% | 14.2% | 15.2% | 15.4% | 14.5% |
| Aruze | 6.8% | 7.9% | 14.5% | 9.2% | 10.0% | 9.9% | 9.7% | 10.3% |
| Alfastreet | 2.5% | 2.5% | 2.9% | 2.0% | 2.2% | 2.8% | 3.4% | 3.0% |
| Gaming Arts | | | 1.1% | 1.0% | 1.1% | 1.5% | 1.7% | 2.0% |
| Interblock | 49.2% | 48.6% | 43.0% | 50.2% | 48.2% | 49.5% | 48.8% | 50.4% |
| Sega Sammy | | | 1.0% | 1.2% | 1.0% | 0.6% | 0.3% | 0.2% |
| Tcsjohnhuxley | | | | | | | 0.4% | 0.5% |
| Zuum | | | | | | | | 1.1% |
| Grand Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

**KEY OBSERVATIONS**

Using GPD with almost 270,000 slots tracked, we illustrate supplier distribution. We note that these figures may not represent market.

Within GPD data, Interblock now eclipses 50% of all ETG data in our database for both owned and leased units.

We see that Aruze has seen the most growth overall since Q1 2020 in ETG market share taking both leased and owned units into account (+3.5%). Roll to Win Craps ETGs continue their successful rollout into the market.

**DISCLAIMER: This data is representative of operators who participate in the GPD and may not reflect the overall market. At least two unique parent operators must be represented to be included.**

*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

ETG_00000350534
01136




ETG Performance Report | 4Q21

Eilers&Krejcik
Gaming

FANTINI RESEARCH

# Supplier Overview – GPD Participation ETG Distribution (Leased)

**KEY OBSERVATIONS**

Using GPD with over 260,000 slots tracked, we illustrate supplier distribution. We note that these figures may not represent market.

Within GPD data, interblock eclipses 60% of all leased ETG units tracked in our GPD.

Aruze has made the most sizeable jump in market share from Q1 2020 to Q4 2021, growing by 3.1%.

We see some growth from Alfastreet and Gaming Arts since Q1 2020.

| Supplier | 2020 Q1 | 2020 Q2 | 2020 Q3 | 2020 Q4 | 2021 Q1 | 2021 Q2 | 2021 Q3 | 2021 Q4 |
|---|---|---|---|---|---|---|---|---|
| Scientific Games | 23.6% | 22.8% | 14.6% | 19.6% | 21.7% | 18.1% | 18.3% | 16.1% |
| Igt | 11.9% | 11.3% | 10.0% | 10.6% | 10.5% | 12.2% | 12.1% | 11.6% |
| Aruze | 4.3% | 5.0% | 10.1% | 7.0% | 7.2% | 7.3% | 6.3% | 7.4% |
| Alfastreet | 2.7% | 2.6% | 4.0% | 2.0% | 1.9% | 2.4% | 3.8% | 3.1% |
| Gaming Arts | | | 0.8% | 0.6% | 0.4% | 0.8% | 1.1% | 1.7% |
| Interblock | 57.5% | 58.2% | 59.3% | 58.9% | 57.4% | 58.7% | 58.3% | 60.1% |
| Sega Sammy | | | 1.3% | 1.2% | 0.9% | 0.5% | 0.2% | |
| Grand Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

**DISCLAIMER: This data is representative of operators who participate in the GPD and may not reflect the overall market. At least two unique parent operators must be represented to be included.**

*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

◀ Back to Contents   36

ETG_00000350535

01137

 

# ETG Gross Win % by Supplier

## ETG Gross Win % by Supplier - Owned & Leased

| | | Units | % of Total Theo Win | | |
|---|---|---|---|---|---|
| 1 | Interblock | 2,443 | 56.4% | | 56.4% |
| 2 | Scientific Games | 893 | 15.5% | 15.5% | |
| 3 | Igt | 698 | 12.0% | 12.0% | |
| 4 | Aruze | 514 | 7.6% | 7.6% | |
| 5 | Alfastreet | 157 | 4.5% | 4.5% | |
| 6 | Zuum | 141 | 1.6% | 1.6% | |
| 7 | Novomatic | 38 | 1.2% | 1.2% | |
| 8 | Gaming Arts | 102 | 0.9% | 0.9% | |
| 9 | Tcsjohnhuxley | 16 | 0.2% | 0.2% | |
| 10 | Sega Sammy | 10 | 0.1% | 0.1% | |

## ETG Gross Win % by Supplier - Leased Only

| | | Units | % of Total Theo Win | | |
|---|---|---|---|---|---|
| 1 | Interblock | 2,199 | 64.8% | | 64.8% |
| 2 | Scientific Games | 613 | 13.7% | 13.7% | |
| 3 | Igt | 424 | 11.8% | 11.8% | |
| 4 | Aruze | 297 | 5.1% | 5.1% | |
| 5 | Alfastreet | 112 | 4.1% | 4.1% | |
| 6 | Gaming Arts | 65 | 0.5% | 0.5% | |

**KEY OBSERVATIONS**

Interblock continues to lead in the Theoretical Win category with 56.4% of all ETGs and 64.8% of leased ETGs.

Zuum makes its appearance on this list at the #6 spot, accounting for 1.6% of the total Theo Win in the market for both owned and leased ETGs.

Smaller suppliers like Gaming Arts, TCS, and Sega Sammy take less than 1% of total ETG revenue.

Utilizing the GPD, we filter on ETG suppliers with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

ETG_00000350536

01138



# ETG Gross Win % by ETG Type and Supplier – Owned & Leased

## ETG Gross Win %

| | | | Units | % of Total Theo Win | |
|---|---|---|---|---|---|
| 1 | Roulette | Interblock | 566 | 19.2% | 19.2% |
| 2 | ETG Multigame | Interblock | 783 | 15.3% | 15.3% |
| 3 | Baccarat | Interblock | 604 | 14.8% | 14.8% |
| 4 | Roulette | Igt | 272 | 9.5% | 9.5% |
| 5 | Craps | Aruze | 414 | 6.4% | 6.4% |
| 6 | Roulette | Scientific Games | 242 | 6.2% | 6.2% |
| 7 | Blackjack | Scientific Games | 294 | 5.6% | 5.6% |
| 8 | Roulette | Alfastreet | 147 | 4.4% | 4.4% |
| 9 | Craps | Interblock | 205 | 3.7% | 3.7% |
| 10 | ETG Multigame | Scientific Games | 308 | 3.3% | 3.3% |
| 11 | Blackjack | Interblock | 204 | 3.1% | 3.1% |
| 12 | Roulette | Zuum | 122 | 1.6% | 1.6% |
| 13 | ETG Multigame | Igt | 187 | 1.4% | 1.4% |
| 14 | ETG Multigame | Novomatic | 38 | 1.2% | 1.2% |
| 15 | Roulette | Aruze | 52 | 1.2% | 1.2% |
| 16 | ETG Multigame | Gaming Arts | 102 | 0.9% | 0.9% |
| 17 | Blackjack | Igt | 85 | 0.7% | 0.7% |
| 18 | Baccarat | Igt | 154 | 0.6% | 0.6% |
| 19 | Big 6 | Interblock | 29 | 0.5% | 0.5% |
| 20 | Roulette | Tcsjohnhuxley | 16 | 0.2% | 0.2% |
| 21 | Baccarat | Sega Sammy | 10 | 0.1% | 0.1% |
| 22 | Big 6 | Aruze | 16 | 0.1% | 0.1% |
| 23 | 3 Card Poker | Scientific Games | 13 | 0.1% | 0.1% |
| 24 | Sicbo | Aruze | 22 | 0.0% | 0.0% |

**KEY OBSERVATIONS**

Interblock's Roulette continuous to lead market share in this category at 19.2% of Theoretical Win of all ETGs.

Scientific Games' Roulette accounts for 6.2% of Theoretical Win for all ETGs.

Alfastreet's Roulette moves up from 10th to 8th from the previous quarter at 4.4% of Theoretical Win for all ETGs.

Utilizing the GPD, we filter on ETG suppliers with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

ETG_00000350537
01139

 

# ETG Gross Win % by ETG Type and Supplier – Leased Only

## ETG Gross Win % Leased Only

| | Type | Supplier | Units | % of Total Theo Win | |
|---|---|---|---|---|---|
| 1 | Roulette | Interblock | 530 | 22.4% | 22.4% |
| 2 | Baccarat | Interblock | 604 | 17.8% | 17.8% |
| 3 | ETG Multigame | Interblock | 610 | 16.9% | 16.9% |
| 4 | Roulette | Igt | 178 | 10.5% | 10.5% |
| 5 | Blackjack | Scientific Games | 250 | 6.1% | 6.1% |
| 6 | Craps | Aruze | 266 | 4.6% | 4.6% |
| 7 | Craps | Interblock | 192 | 4.2% | 4.2% |
| 8 | Roulette | Alfastreet | 102 | 4.0% | 4.0% |
| 9 | Roulette | Scientific Games | 103 | 3.6% | 3.6% |
| 10 | ETG Multigame | Scientific Games | 219 | 3.5% | 3.5% |
| 11 | Blackjack | Interblock | 192 | 3.5% | 3.5% |
| 12 | ETG Multigame | Igt | 110 | 0.9% | 0.9% |
| 13 | Big 6 | Interblock | 29 | 0.6% | 0.6% |
| 14 | Roulette | Aruze | 26 | 0.5% | 0.5% |
| 15 | ETG Multigame | Gaming Arts | 65 | 0.5% | 0.5% |
| 16 | Blackjack | Igt | 40 | 0.3% | 0.3% |

### KEY OBSERVATIONS

Interblock's Roulette continues to lead market share in this category at 22.4% of Theoretical Win.

IGT's Roulette is 10.5% of the share of ETG Theoretical Win.

Gaming Arts' ETG Multigame moves up 1 spot to #15 for this quarter's report, representing 0.5% of all Theoretical win for ETGs.

Alfastreet's Roulette moves up one spot from 9th to 8th on this quarter's report, yielding 4% of all Theoretical Win.

Utilizing the GPD, we filter on ETG suppliers with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

◀ Back to Contents 39

ETG_00000350538

01140

## ETG Performance Report | 4Q21

# Contents

- Overview

- Supplier Highlights

- Operator Participation

- ETG Overview and Trends

- Supplier Market Share and Analysis

- ETG Performance



ETG_00000350539
01141



ETG Performance Report | 4Q21

# Estimated Gross Theo Per Day $ by State, Leased ETGs (Stadium)

**DISCLAIMER: This data is representative of operators who participate in the GPD and may not reflect the overall market. At least two unique parent operators must be represented to be included.**

**This includes all leased ETGs including Stadium styles.**



Utilizing the GPD, we filter on ETG parent games and cabinet with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included. These figures are estimates subject to regional bias. These estimates are gross figures and do not include fees. Labor savings are not captured in these figures.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

◀ Back to Contents   41

ETG_00000350540
01142

 

# Estimated Gross Theo Per Day $ by State, Leased ETGs (Standalone)

**DISCLAIMER: This data is representative of operators who participate in the GPD and may not reflect the overall market. At least two unique parent operators must be represented to be included.**

**This includes all leased ETGs including Standalone styles.**



Utilizing the GPD, we filter on ETG parent games and cabinet with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included. These figures are estimates subject to regional bias. These estimates are gross figures and do not include fees. Labor savings are not captured in these figures.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

◀ Back to Contents  42

ETG_00000350541
01143

 

**ETG Performance Report | 4Q21**

## All Suppliers – Estimated Gross Theo Per Day $

DISCLAIMER: This data is representative of GPD Participants.

| ETG Type | ETG Distribution | Parent Game | Avg. Bet | Est. TPD $ |
|---|---|---|---|---|
| Stadium | Dealer Assist or Automated | Baccarat | $41.66 | $226 |
| | | Etg Multigame | $24.67 | $172 |
| | | Total | | $193 |
| | Total | | | $193 |
| Standalone | Automated | Big 6 | $15.47 | $125 |
| | | Blackjack | $12.00 | $133 |
| | | Craps | $17.39 | $169 |
| | | Etg Multigame | $28.48 | $381 |
| | | Roulette | $22.01 | $384 |
| | | Total | | $316 |
| | Dealer Assist | Craps | $20.42 | $207 |
| | | Total | | $207 |
| | Video | Blackjack | $23.43 | $185 |
| | | Etg Multigame | $13.90 | $134 |
| | | Roulette | $20.63 | $374 |
| | | Total | | $209 |
| | Total | | | $279 |

**KEY OBSERVATIONS**

This represents an aggregation of all ETG suppliers within our database.

Baccarat themes yield the highest average bet at $41.66.

Roulette yields the highest theoretical win per day at $379.

In totality, the average theoretical win per day of all ETG themes is roughly $279.

As mentioned earlier, the lower TPD for Stadium ETGs compared to standalones is offset by the sheer number of players stadium products allow vs standalones.

Utilizing the GPD, we filter on ETG parent games and cabinet with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included. These figures are estimates subject to regional bias. These estimates are gross figures and do not include fees. Labor savings are not captured in these figures.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

◀ Back to Contents  43

ETG_00000350542

01144

 

**ETG Performance Report | 4Q21**

# Interblock – Estimated Gross Theo Per Day $



DISCLAIMER: This data is representative of GPD Participants.

| ETG Type | ETG Distribution | Game Name | Avg. Bet | Est. TPD $ |
|---|---|---|---|---|
| Stadium | Dealer Assist or Automated | Etg Multigame | $18.88 | $182 |
| | | Etg Stadium | $29.18 | $132 |
| | | Pulse Arena | $21.06 | $302 |
| | | Total | | $222 |
| | Total | | | $222 |
| Standalone | Automated | Big 6 | $6.57 | $215 |
| | | Craps | $18.96 | $119 |
| | | Dual Wheel Roulette | $17.10 | $556 |
| | | Golden Ball Roulette | $19.33 | $134 |
| | | Ministar Roulette 00 | $23.59 | $409 |
| | | Roulette 00 | $21.54 | $370 |
| | | Universal Craps | $16.27 | $309 |
| | | Universal Roulette | $13.85 | $223 |
| | | Total | | $308 |
| | Video | Baccarat | Null | $261 |
| | | Blackjack | $21.39 | $129 |
| | | Total | | $228 |
| | Total | | | $269 |

| Slot Cabinet | Est. TPD $ |
|---|---|
| G5 - Diamond | $268 |
| G5 - Star Bar | $73 |

Universal Craps and Universal Roulette are Individual outcome, the rest of the standalone entries fall under community outcome.

**KEY OBSERVATIONS**

Using data from the GPD, we estimate Theo Per Day of different Interblock ETGs.

The Pulse Arena is yielding at TPD of $302, the most of the all the stadium type ETGs.

Dual Wheel Roulette and Ministar Roulette 00 represent IB's top performing standalone games at TPD of $556 and $409. The next highest performer would be the standalone group outcome Roulette 00 at $370.

### Interblock Same-Store Unit Growth (Active Lease)



Utilizing the GPD, we filter on ETG parent games and cabinet with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included. These figures are estimates subject to regional bias. These estimates are gross figures and do not include fees. Labor savings are not captured in these figures. Same store unit figure is calculated by taking number of leased ETG units divided by number of casinos in dataset.

*Source:  EILERS-FANTINI Central Game Performance Database – Data Through December '21*

◀ Back to Contents  44

ETG_00000350543
01145



**ETG Performance Report | 4Q21**

# Scientific Games – Estimated Gross Theo Per Day $

DISCLAIMER: This data is representative of GPD Participants.

| ETG Type | ETG Distribution | Game | Avg. Bet | Est. TPD $ |
|---|---|---|---|---|
| Stadium | Dealer Assist or Automated | Etg Multigame | $22.87 | $94 |
| | | Quartz Hybrid | Null | $150 |
| | | Total | | $128 |
| | Total | | | $128 |
| Standalone | Automated | Roulette 00 | $28.88 | $350 |
| | | Total | | $350 |
| | Video | Blackjack | $19.35 | $269 |
| | | Roulette 00 | $20.86 | $409 |
| | | Table Master Fusion Blackjack | $33.57 | $176 |
| | | Total | | $273 |
| | Total | | | $292 |

| Cabinet | Est. TPD $ |
|---|---|
| Alpha Pro V32 | $449 |
| Alpha 2 Pro Wave | $345 |
| Alpha Elite V32 | $318 |
| Fusion | $306 |
| Alpha 2 Pro V32 | $292 |
| Quartz Hybrid | $252 |
| Quartz | $139 |
| Fusion Hybrid | $99 |

Video Roulette on Alpha Cabinets

**KEY OBSERVATIONS**

SG's Video Roulette on the Alpha cabinets still perform strongly.

We also see Quartz Hybrid perform at $252 in Theo Per Day. This is a stadium-style cabinet so total value will be reflected by taking the number of units in consideration.

The Fusion Hybrid, Quartz, and Alpha 2 Pro V32 are new additions to last quarter's rankings, coming in at 5th, 7th, and 8th vs all SG ETGs.



SG Same-Store Unit Growth (Active Leases in the U.S.) - Quartz & Fusion

Utilizing the GPD, we filter on ETG parent games and cabinet with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included. These figures are estimates subject to regional bias. These estimates are gross figures and do not include fees. Labor savings are not captured in these figures. Same store unit figure is calculated by taking number of leased ETG units divided by number of casinos in dataset.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

◀ Back to Contents  45

01146

  

## ETG Performance Report | 4Q21

# IGT – Estimated Gross Theo Per Day $

DISCLAIMER: This data is representative of GPD Participants.

| ETG Type | ETG Distribution | Game | Avg. Bet | Est. TPD $ |
|---|---|---|---|---|
| Stadium | Dealer Assist or Automated | Etg Multigame | $27.90 | $96 |
| | | Total | | $96 |
| | Dealer-Assist | Etg Multigame | $40.02 | $112 |
| | | Total | | $112 |
| | Total | | | $106 |
| Standalone | Automated | Roulette 00 | $18.00 | $392 |
| | | Roulette 000 | $22.49 | $164 |
| | | Total | | $321 |
| | Video | Blackjack | $9.77 | $91 |
| | | Total | | $91 |
| | Total | | | $265 |

| Cabinet | Est. TPD $ |
|---|---|
| Mp Series Etg | $341 |
| Peak Terminal | $150 |
| Dynasty | $124 |

**KEY OBSERVATIONS**

IGT's Mp Series Etg remains the top performer among all Cabinets at a Theoretical Win per Day of $341.

The Peak Terminal, which is available in many formats such as Stadium or Standalone as well as Video, Automated, and Dealer-Assist, continuous it's strong performance since its debut last quarter.

Roulette 00 yields an estimated TPD of $392.



IGT Same-Store Unit Growth (Active Lease) - MP, Dynasty, & Peak

Utilizing the GPD, we filter on ETG parent games and cabinet with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included. These figures are estimates subject to regional bias. These estimates are gross figures and do not include fees. Labor savings are not captured in these figures. Same store unit figure is calculated by taking number of leased ETG units divided by number of casinos in dataset.

*Source:  EILERS-FANTINI Central Game Performance Database – Data Through December '21*

ETG_00000350545
01147




## ETG Performance Report | 4Q21



# Aruze – Estimated Gross Theo Per Day $

DISCLAIMER: This data is representative of GPD Participants.

### Aruze Games

| ETG Type | ETG Distribution | Game Name | Avg. Bet | Est. TPD $ |
|---|---|---|---|---|
| Standalone | Dealer Assist | Roll To Win Craps | $20.92 | $243 |
| | | Total | | $243 |
| | Automated | Lucky Big Wheel | $17.82 | $92 |
| | | Lucky Roulette | $17.68 | $385 |
| | | Shoot To Win Craps | $17.58 | $190 |
| | | Total | | $229 |
| Total | | | | $234 |

### Aruze Cabinets

| Cabinet | Est. TPD $ |
|---|---|
| G Station | $211 |
| X Station | $256 |

### KEY OBSERVATIONS

Aruze's Lucky Roulette leads all its Standalones at $385 in Theo per day in our database. It continues to be the top performer among all Aruze titles by a wide margin.

Roll to Win Craps remains Aruze's lone Stadium ETG with avg. bet of $20.92 and an estimated TPD of $243.

Roll to Win Craps provides value through providing a live-dealer type game but with the need for only one dealer leading to labor savings.

### Aruze Same-Store Unit Growth (Active Lease)



Utilizing the GPD, we filter on ETG parent games and cabinet with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included. These figures are estimates subject to regional bias. These estimates are gross figures and do not include fees. Labor savings are not captured in these figures. Same store unit figure is calculated by taking number of leased ETG units divided by number of casinos in dataset.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

◀ Back to Contents 47

ETG_00000350546

01148

 

**ETG Performance Report | 4Q21**

# Other Suppliers – Estimated Gross Theo Per Day $

   

**KEY OBSERVATIONS**

We see Alfastreet's Roulette OO with a TPD of $862, the highest among all of its ETG titles by a wide margin.

Gaming Arts' Casino Wizard does an estimated $116 Theo per day while TCS's Roulette does $160.

The Grand Crystal Cabinet from Zuum enters the list this month at $37 TPD. These units are from Cruise so may not reflect value at a land-based casino.

We do not have performance data on electronic poker tables product produced by Jackpot Digital.

| ETG Type | ETG Distribution | Supplier | Game | Avg. Bet | Est. TPD $ |
|---|---|---|---|---|---|
| Standalone | Automated | Alfa | Roulette | $31.56 | $413 |
| | | | Roulette OO | $23.21 | $862 |
| | | TCS | Roulette | $13.00 | $160 |
| | | Zuum | Zuum Roulette | $6.79 | $53 |
| | | Total | | | $350 |
| | Video | GA | Casino Wizard | $13.01 | $116 |
| | | Total | | | $116 |
| | Total | | | | $267 |

| Supplier | Cabinet | Est. TPD $ |
|---|---|---|
| Alfa | SI | $462 |
| | Lucky 8 | $445 |
| GA | Phocus S104 | $118 |
| TCS | Qorex | $160 |
| Zuum | Grand Crystal | $37 |

## Other Suppliers Same-Store Unit Growth (Active Leases in the U.S.)



Utilizing the GPD, we filter on ETG parent games and cabinet with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included. These figures are estimates subject to regional bias. These estimates are gross figures and do not include fees. Labor savings are not captured in these figures. Same store unit figure is calculated by taking number of leased ETG units divided by number of casinos in dataset.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through December '21*

**« Back to Contents** 48

ETG_00000350547
01149

## ETG Performance Report | 4Q21

 

# GPD to Market Comparison (Slots % of Total)

| State | Market | GPD | (+/-) |
|---|---|---|---|
| Alabama | 0.8% | 0.0% | -0.8% |
| Alaska | 0.0% | 0.0% | 0.0% |
| Arizona | 2.3% | 2.2% | -0.1% |
| Arkansas | 0.7% | 1.6% | 0.9% |
| California | 9.4% | 10.1% | 0.7% |
| Colorado | 1.9% | 0.6% | -1.3% |
| Connecticut | 0.9% | 0.0% | -0.9% |
| Delaware | 0.7% | 0.8% | 0.1% |
| Florida | 3.1% | 0.3% | -2.9% |
| Georgia | 0.0% | 0.0% | 0.0% |
| Hawaii | 0.0% | 0.0% | 0.0% |
| Idaho | 0.5% | 0.5% | 0.0% |
| Illinois | 1.2% | 1.5% | 0.3% |
| Indiana | 2.4% | 2.1% | -0.3% |
| Iowa | 2.4% | 1.5% | -0.9% |
| Kansas | 1.1% | 2.0% | 0.9% |
| Kentucky | 0.6% | 0.1% | -0.5% |
| Louisiana | 3.3% | 4.7% | 1.4% |
| Maine | 0.2% | 0.0% | -0.2% |
| Maryland | 1.5% | 2.1% | 0.6% |
| Massachusetts | 0.8% | 0.0% | -0.8% |
| Michigan | 3.9% | 3.8% | -0.1% |
| Minnesota | 2.7% | 0.0% | -2.7% |
| Mississippi | 3.5% | 2.8% | -0.7% |
| Missouri | 2.0% | 3.6% | 1.6% |
| Montana | 0.2% | 0.0% | -0.2% |

| State | Market | GPD | (+/-) |
|---|---|---|---|
| Nebraska | 0.1% | 0.0% | -0.1% |
| Nevada | 17.5% | 14.7% | -2.8% |
| New Hampshire | 0.0% | 0.0% | 0.0% |
| New Jersey | 2.3% | 2.0% | -0.3% |
| New Mexico | 2.5% | 1.4% | -1.1% |
| New York | 4.4% | 5.9% | 1.4% |
| North Carolina | 0.6% | 0.0% | -0.6% |
| North Dakota | 0.5% | 0.0% | -0.5% |
| Ohio | 2.3% | 2.3% | -0.1% |
| Oklahoma | 9.8% | 8.7% | -1.1% |
| Oregon | 1.0% | 0.8% | -0.2% |
| Pennsylvania | 3.1% | 1.9% | -1.2% |
| Rhode Island | 0.7% | 2.3% | 1.6% |
| South Carolina | 0.0% | 0.0% | 0.0% |
| South Dakota | 0.7% | 0.2% | -0.5% |
| Tennessee | 0.0% | 0.0% | 0.0% |
| Texas | 0.5% | 0.0% | -0.5% |
| Utah | 0.0% | 0.0% | 0.0% |
| Vermont | 0.0% | 0.0% | 0.0% |
| Virginia | 0.3% | 0.0% | -0.3% |
| Washington | 4.2% | 1.4% | -2.8% |
| West Virginia | 0.7% | 1.4% | 0.7% |
| Wisconsin | 2.3% | 0.5% | -1.9% |
| Wyoming | 0.2% | 0.0% | -0.2% |
| | | | |
| **United States** | **88.4%** | **83.6%** | **-4.8%** |
| **Canada** | **11.6%** | **16.4%** | **4.8%** |



Premium Subscribers can access the GPD Dashboards here:

**Casino Dashboard**

EILERS-FANTINI
Central Game Performance Database (GPD)

**Supplier Dashboard**

EILERS-FANTINI
Central Game Performance Database (GPD)

**Investor Dashboard**

EILERS-FANTINI
Central Game Performance Database (GPD)

*Source: EILERS Slot & Table Count 4Q20 – Market % includes Commercial, Tribal, & Route Ops*

ETG_00000350548
01150

 

## ETG Performance Report | 4Q21

# Thank you to all participants

Thank you for reading our quarterly ETG Performance Report.  As mentioned at the beginning of this report, The EILERS-FANTINI Central Game Performance Database (GPD) collects and tracks relative slot machine performance data provided by individual casinos and then standardizes and aggregates the data.  All data is held in a secure online database and no individual casino data is viewable.  Database subscribers can look up game performance information on individual games as well as create custom performance reports tailored to their specific business needs and geographic location.

The EILERS-FANTINI GPD is an extension to the existing EILERS-FANTINI Slot Survey which is the gaming industry's largest survey tracking purchasing and performance trends across roughly 500,000 slot machines worldwide. This database service and monthly report are both free to qualified gaming operators who participate and provide monthly performance data.  If you are not currently participating, but are interested, please contact Rick Eckert at reckert@ekgamingllc.com or call at 702-530-1377.



### About Eilers & Krejcik Gaming, LLC

Eilers & Krejcik Gaming, LLC is a boutique research firm focused on servicing the gaming equipment, technology, and interactive sectors within the casino gaming industry. Our products and services include market research, company research, and consulting & advisory services designed specifically for casino operators, equipment & technology suppliers, online & social gaming operators and suppliers, gaming regulators, and investors.

Additional information regarding our research products and services can be obtained calling Todd Eilers at 949.887.7701 or visiting our website at www.ekgamingllc.com.

### About Fantini Research

Fantini Research publishes e-dailies and information services for investment professionals and corporate executives. Fantini also performs research projects on request and offers an advisory service, Gaming Investment Research.

Additional information regarding Fantini research products and services can be obtained calling Ashley Diem at 302-730-3793 or visiting the company's website at www.fantiniresearch.com.

ETG_00000350549

01151






## Disclosure

Eilers & Krejcik Gaming, LLC is an independent research firm and is neither a registered broker dealer nor a registered investment advisor. No information contained in this report shall constitute as a recommendation or solicitation to buy or sell a security. Individuals receiving this report should consult with an investment advisor or registered representative before making an investment decision related to any information contained in this report. In addition, Eilers & Krejcik Gaming, LLC either does, or may seek to do business with any company mentioned in this report.

This report was prepared for and distributed to clients of Eilers & Krejcik Gaming, LLC. If you are not the intended recipient and/or received this report in error, please delete this document and notify Eilers & Krejcik Gaming, LLC at teilers@ekgamingllc.com, or call 949-887-7726.

This report is also protected by federal copyright law. Any unauthorized review, dissemination, or copying of this communication is strictly prohibited. By accessing, reading, storing, distributing and archiving this research report, you hereby agree, fully, and without dispute, to all terms and conditions outlined above.



ETG_00000350550

01152

# Exhibit B-15

# ETG_00000329281

# May 9, 2022 Eilers & Krejcik Gaming & Fantini Research's e-mail

# Filed Under Seal

Message
_____

**From**: Fantini Reports [fantinireports@fantiniresearch.com]
**Sent**: 5/9/2022 10:07:03 AM
**To**: bettyzhao@hk1180.com; Dee Wild-Shyver [dwild@fantiniresearch.com]; jaychun@hk1180.com; leochan@hk1180.com; MKetterling@fmcasino.com; rohan.sundram@mstmarquee.com.au; RPadilla@fmcasino.com; usui@lt-japan.com; Brendan Mullins [bmullins@epictechllc.com]; Chris Mason [Chris.Mason@play-synergy.com]; Cindy Konowitz [ckonowitz@fantiniresearch.com]; Daryn Kiely [Daryn.Kiely@play-synergy.com]; Frank Feng [Frank.Feng@play-synergy.com]; James Wang [james1.wang@citi.com]; John Glaser [john.glaser@play-synergy.com]; Kelcey Allison [Kelcey.Allison@play-synergy.com]; Blake Weishaar [bweishaar@fantiniresearch.com]
**Subject**: EILERS-FANTINI Electronic Table Game Performance Report
**Attachments**: EILERS-FANTINI Electronic Table Game (ETG) Report - 1Q22.pdf

*Synopsis*

This is a quarterly report focused on the US & Canada Electronic Table Game (ETG) market utilizing data from the EILERS-FANTINI Game Performance Database and quarterly Slot Survey. We estimate the US & Canada ETG market reached 18,137 terminals/seats installed as of March 31, 2022 and we estimate the market to expand to 18,502 units by 2022 year-end as this product type continues to gain traction in the marketplace. Top Vendors by install base include Interblock, SciGames, IGT and Aruze.

CONFIDENTIAL

# Exhibit B-16

# ETG_00000329282 – ETG_00000329331

# Eilers & Krejcik Gaming & Fantini Research's
# May 9, 2022
# ETG Performance Report – 1Q22

# Filed Under Seal

01155

# Exhibit B-17

# ETG_00000350439 – ETG_00000350498

# Eilers & Krejcik Gaming & Fantini Research's
# August 2, 2022
# ETG Performance Report – 2Q22

01206



ETG_00000350439
01207



**ETG Performance Report | 2Q22**

# Contents

I.      Overview

II.     Supplier Highlights

III.    Operator Participation

IV.     ETG Overview and Trends

V.      Supplier Market Share and Analysis

VI.     ETG Performance

# Authors



**Brendan Moore**
Manager, Eilers & Krejcik Gaming, LLC
bmoore@ekgamingllc.com



**Todd Eilers**
Principal, Eilers & Krejcik Gaming, LLC
teilers@ekgamingllc.com



**Rick Eckert**
Managing Director, Eilers & Krejcik Gaming, LLC
reckert@ekgamingllc.com



**Phil Bernard**
Vice President, Eilers & Krejcik Gaming, LLC
pbernard@ekgamingllc.com



**Ashley Diem**
Publisher & Executive Editor, Fantini Research
adiem@fantiniresearch.com



**Sydney Iturraran**
Sr. Data Analyst, Eilers & Krejcik Gaming, LLC
siturraran@ekgamingllc.com

## NEW Quarterly GPD Report – ETG Performance Report

Our novel ETG Report will be distributed quarterly and provide analysis on the following:

- Market Size
- Market Share by Supplier
- ETG Performance Trends
- Average Bet
- Cabinet Performance
- And more!



Estimated Theo Per Day $

| ETG Parent (group) | 2020 Q3 | 2020 Q4 | 2021 Q1 | 2021 Q2 | 2021 Q3 | 2021 Q4 | 2022 Q1 | 2022 Q2 |
|---|---|---|---|---|---|---|---|---|
| Baccarat | | | | | $137 | $138 | $218 | $72 |
| Big Six & Big Wheel | | $30 | $196 | $119 | $62 | $46 | $42 | $62 |
| Blackjack | $150 | $138 | $189 | $162 | $143 | $149 | $155 | $132 |
| Craps | $92 | $71 | $99 | $123 | $119 | $167 | $185 | $186 |
| ETG Multigame | $222 | $187 | $214 | $225 | $184 | $206 | $225 | $212 |
| Roulette | $314 | $303 | $402 | $378 | $336 | $342 | $493 | $377 |
| Grand Total | $202 | $185 | $239 | $238 | $203 | $228 | $278 | $261 |

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

ETG_00000350440
01208

## ETG Performance Report | 2Q22



# Contents

- Overview

- Supplier Highlights

- Vegas Advantage ETG Insights

- Operator Participation

- ETG Overview and Trends

- Supplier Market Share and Analysis

- ETG Performance

ETG_00000350441

01209



# ETG Performance Report | 2Q22

# Overview & Background



**Description:**

This quarterly report is designed to provide a detailed overview of current Electronic Table Game (ETG) market and trends in the North American gaming market.

**Methodology:**

To prepare this report we utilized data from the EILERS-FANTINI Central Game Performance Database (GPD) as well as the EILERS-FANTINI quarterly slot survey.

## Central Game Performance Database

The EILERS-FANTINI Central Game Performance Database (GPD) collects and tracks relative slot machine performance data provided by individual casinos on a monthly basis and then standardizes and aggregates the data. All data is held in a secure online database and no individual casino data is viewable.

Database subscribers can look up game performance information on individual games as well as create custom performance reports tailored to their specific business needs and geographic location. The GPD is an extension to the existing EILERS-FANTINI Slot Survey which is the gaming industry's largest survey tracking purchasing and performance trends across over 500,000 slot machines worldwide.

## Participation Details

This database service is free to qualified gaming operators who participate and provide monthly performance data.

If you are not currently participating, but are interested, please contact Rick Eckert at reckert@ekgamingllc.com or call at 702-530-1377.

ETG_00000350442

01210



**ETG Performance Report | 2Q22**

# GPD Overview – Statistics and Information



* Three Month Average Active Participation

## Game Performance Database – Participation



*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

◀ Back to Contents    5

ETG_00000350443

01211

**ETG Performance Report | 2Q22**

 





## Disclaimer

Please note that the data used to compile this report comes from the EILERS-FANTIN Central Game Performance Database and only reflects the performance of games within the casinos and markets that are currently participating in our central database service. This report is not necessarily representative of the entire North American gaming market.

ETG_00000350444

01212

## ETG Performance Report | 2Q22



## Contents

- Overview

- Supplier Highlights

- Vegas Advantage ETG Insights

- Operator Participation

- ETG Overview and Trends

- Supplier Market Share and Analysis

- ETG Performance

ETG_00000350445



# ETG Performance Report | 2Q22

# Key Insights – Suppliers



### Interblock – Maintaining over 50% of Active Leased & Owned ETGs Theo Win

We estimate Interblock's takes the top 3 rankings for % of total theoretical win. At #1 is Interblock's ETG Multigame with 21.4% of the theo win, followed by their Roulette (21.0%) and Baccarat (14.1%) (Page 46).



### Light & Wonder – Individual Roulette Strong Performance of $530

LNW's individual Roulette 000 consoles have an average bet of $36.05 and an estimated TPD of $530. (Page 52).

We estimate average Theo per Day on Quartz Hybrid Standalone Community ETG at $324 (page 52).



### IGT – MP Series ETG Cabinet Strong Performance of $404

IGT's MP Series Cabinets yield strong performance this quarter at an estimated TPD of $404 (page 53).

Average IGT automated Roulette performance is $318 (page 53).

Standalone Community ETG Multigame on Dynasty average performance at $183 (page 53).



### Aruze – Lucky Roulette with TPD Performance  over $300

Aruze's Lucky Roulette, a "hybrid roulette" combining class mechanical elements with innovative projection mapping technology, shows an estimated TPD of $313 (page 54).

Dealer assist Roll to Win Craps continues to have strong performance with an average bet of $21.24 and estimated TPD of $293.



### Alfastreet – Roulette 00 sees Strong Performance but Low Sample Size

Alfastreet's Roulette 00 ETG yields a TPD of $388, leading the "Other Suppliers" segment by a considerable margin **(Note: 2 Casino Sample Size).**

*Source:  EILERS-FANTINI Central Game Performance Database – Data Through June '22*

ETG_00000350446

01214

ETG Performance Report | 2Q22



# Key Insights – Suppliers



GamingArts®

## Gaming Arts – Casino Wizard VIP to Include New Player Favorites

Casino Wizard VIP adds four more table game favorites. The new game lineup includes blackjack, craps, roulette, baccarat, Pai Gow Progressive, Super Big 6 Wheel, Triple Card Poker and Swap'Em Poker.

To balance the normal lower hold of table games, Gaming Arts has created an entire suite of innovative side bets to level the playing field for the operator. These include Bac+4, Super 7/11 for Craps, Lucky Charlie for Blackjack, Big Pai Plus and Triple Plus. Not only that, many of the games also include exciting progressives to appeal to all players.



## Incredible Technologies – New Grand Crystal 2 ETG

Incredible Technologies showcased their Grand Crystal 2 product, currently featuring Roulette and Craps, at NIGA this year and is planning on rolling out the next phase of launching this year.

**NOVOMATIC**
—— AMERICAS ——

## Novomatic Americas – Two NEW Roulette Themes Hitting Market This Year

While we do not have sufficient data in GPD to report on Novomatic ETGs, we expect to see more Novomatic presence as they release two Roulette themes this year.

Charming Lady's Roulette selects one to five numbers for a boosted payout and Going for Gold Progressive adds a new multi-level progressive side bet.

**SEGASammy**

## Sega Sammy – Sega's ETG Product is Baccarat Maximum Fortune on Genesis Cabinet

A stand-alone RNG ETG, Sega Sammy provides operators with a Baccarat table alternative.

Sega provides unique features such as a Quick Results Display feature that shows game results when they do not wish to bet on the current game as well as a Card Squeeze feature.



## Empire Technological Group – Unique Real Deal Technology on Video Baccarat

Empire has a Baccarat table alternative that uses unique Real Deal technology to show live action card play on the Golden Frog and Lucky 6 Baccarat themes.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

◀ Back to Contents  9

ETG_00000350447

01215

## ETG Performance Report | 2Q22



# Contents

- Overview

- Supplier Highlights

- Vegas Advantage ETG Insights

- Operator Participation

- ETG Overview and Trends

- Supplier Market Share and Analysis

- ETG Performance

ETG_00000350448

01216



# Vegas Advantage ETG Insights



Dear Readers,

The next four slides are complimentary samples **Advantage Media LLC.** Electronic Table games are ever changing and the data on the next few slides shows interesting numbers on minimum bets and installs found at the Las Vegas Strip, including comparisons to types of ETGs.

Their website encompasses information surrounding blackjack, online-poker rooms, sportsbooks and open poker rooms from a variety of large gaming cities, Vegas Advantage also provides a plethora of information on available games, game location and betting options at different casinos.

Eilers & Krejcik Gaming, LLC

If you are interested in additional information, please contact

## John Mehaffey and Kristina Mehaffey

at

admin@vegasadvantage.com

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

◀ Back to Contents  11

ETG_00000350449

01217

ETG Performance Report | 2Q22



# Vegas Advantage ETG Insights





Average Table Game Minimum Bet at Las Vegas Strip Casinos

Live Dealer Stadium ETGs vs Auto/Video ETGs vs Live Table Games (March 2022)

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

◀ Back to Contents 12

ETG_00000350450
01218



## Vegas Advantage ETG Insights





*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

ETG_00000350451
01219



ETG Performance Report | 2Q22

# Vegas Advantage ETG Insights





*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

◀ Back to Contents    14

ETG_00000350452

01220

ETG Performance Report | 2Q22

# Vegas Advantage ETG Insights





Stadium Game Options on the Las Vegas Strip

Types of games available on twenty-one stadiums found in March 2022. Data by VegasAdvantage.com

*Source:  EILERS-FANTINI Central Game Performance Database – Data Through June '22*

◀ Back to Contents  15

ETG_00000350453
01221

## ETG Performance Report | 2Q22



# Contents

- Overview

- Supplier Highlights

- Vegas Advantage ETG Insights

- Operator Participation

- ETG Overview and Trends

- Supplier Market Share and Analysis

- ETG Performance

ETG_00000350454

01222

**ETG Performance Report | 2Q22**



## ETG Operator Participation - State



*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

◀ Back to Contents  17

ETG_00000350455

01223



# Operator Participation – GPD Slot % vs GPD ETG %

Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22

◄ Back to Contents    18

ETG_00000350456

01224



# Operator Participation – ETG Floor Share by Jurisdiction

ETG Performance Report | 2Q22

| State Name | ETG % |
| --- | --- |
| New York | 10.6% |
| Nevada | 3.0% |
| Wisconsin | 2.7% |
| Maryland | 2.5% |
| Idaho | 2.4% |
| Colorado | 2.2% |
| Arkansas | 2.1% |
| Indiana | 2.0% |
| Mississippi | 1.6% |
| Missouri | 1.6% |
| Iowa | 1.5% |
| New Jersey | 1.5% |
| Florida | 1.4% |
| Pennsylvania | 1.3% |
| Arizona | 1.3% |
| Canada | 1.2% |
| Rhode Island | 1.1% |
| Kansas | 1.1% |
| Minnesota | 0.9% |
| Oklahoma | 0.9% |
| Michigan | 0.9% |
| Louisiana | 0.7% |
| California | 0.6% |
| New Mexico | 0.5% |
| Delaware | 0.4% |
| South Dakota | 0.2% |
| Oregon | 0.1% |
| West Virginia | 0.1% |
| Illinois | 0.1% |

Average ETG % = 1.6%

ETG %

**KEY OBSERVATIONS**

ETGs on average make up about 1.6% of the total slot market share for all the units tracked by the GPD in all jurisdictions in the U.S. and Canada.

States with the highest ETG market share:
- New York
- Nevada
- Wisconsin

19 of the 29 jurisdictions on this visualization fall below the 1.6% average for ETG market share, showing massive potential for future market penetration initiatives for ETG manufacturers.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

ETG_00000350457
01225



**ETG Performance Report | 2Q22**

# Operator Participation – ETG Floor Share by Operator Type



**KEY OBSERVATIONS**

Among the 7 major operator categories, European Casinos represent the largest share of ETGs at 7.1% of total units.

Outside of Europe, U.S. Commercial Casinos follow at 2.9% of units.

These findings from the GPD data indicates there is much room to grow in the Tribal/Cruise markets.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

◀ Back to Contents 20

ETG_00000350458
01226

# Supplier Distribution by Market Type, Owned + Leased ETGs



**Note: At least 2 Parent Casinos to be considered**

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

ETG_00000350459
01227



**ETG Performance Report | 2Q22**

# Supplier Distribution by Market Type, Leased ETGs

| Sub-Region | Supplier | % |
|---|---|---|
| California Tribal Market | Interblock | 52% |
| | Gaming Arts | 19% |
| | Igt | 13% |
| | Light & Wonder | 8% |
| | Aruze | 8% |
| Canadian Market | Interblock | 72% |
| | Light & Wonder | 23% |
| | Aruze | 3% |
| | Gaming Arts | 2% |
| Destination Market | Interblock | 64% |
| | Aruze | 14% |
| | Alfastreet | 9% |
| | Igt | 7% |
| | Light & Wonder | 4% |
| | Gaming Arts | 1% |
| New York Casinos | Interblock | 64% |
| | Igt | 19% |
| | Light & Wonder | 15% |
| | Alfastreet | 2% |
| Other U.S. Commercial Markets | Interblock | 55% |
| | Light & Wonder | 21% |
| | Aruze | 12% |
| | Igt | 5% |
| | Alfastreet | 4% |
| | Gaming Arts | 2% |
| | Sega Sammy | 0% |
| Other U.S. Tribal Markets | Interblock | 54% |
| | Aruze | 22% |
| | Igt | 10% |
| | Gaming Arts | 9% |
| | Light & Wonder | 2% |
| | Alfastreet | 2% |

% of Total Units

**KEY OBSERVATIONS**

Interblock takes the majority of ETG market share in all sub-regions

Gaming Arts yields a much higher market share in the California Tribal Market (19%) than the rest of the listed sub-regions combined.

The Other U.S. Commercial Market sub-region contains the most diverse array of suppliers.

Note: "Destination Market" includes the Las Vegas Strip, Downtown Las Vegas, and Atlantic City.

**Note: Lease Only, must have 2 Parent Casinos to be included.**

**\*\*Data filtered to "leased" ETGs.**

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

ETG_00000350460

01228



# ETG Operator Participation – Operator Type & Own/Lease mix





*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

◀ Back to Contents  23

ETG_00000350461
01229

**ETG Performance Report | 2Q22**

Eilers&Krejcik Gaming  |  Fantini Research

# Contents

- Overview

- Supplier Highlights

- Vegas Advantage ETG Insights

- Operator Participation

- ETG Overview and Trends

- Supplier Market Share and Analysis

- ETG Performance



Premium Subscribers can access the GPD Dashboards here:

**Casino Dashboard**
EILERS-FANTINI
Central Game Performance Database (GPD)

**Supplier Dashboard**
EILERS-FANTINI
Central Game Performance Database (GPD)

**Investor Dashboard**
EILERS-FANTINI
Central Game Performance Database (GPD)

+ableau     Eilers&Krejcik Gaming

ETG_00000350462

01230

ETG Performance Report | 2Q22

# ETGs Bring Incremental Revenue to the Casino

ETGs provide value through the following:

| Average Bet ↑ | **✖** | Time ↑ | **✖** | Hold % ↑ | **=** | Revenue ↑ |
|---|---|---|---|---|---|---|
| We see in our database that there is an increase in the average bet among ETG players. New, exciting cabinets and games bring enticed traditional table players. | | ETGs help speed up hands per hour. By dealing to all players quick and efficiently and avoiding manual dealing of winnings at the end of each session, time is increased. | | New, exciting side bets help raise the Hold % relative to a traditional table. | | ETGs bring revenue to casino by attracting valuable players to ETGs, increase hands per hour, and increase hold % with new side bets. |

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

◀◀ Back to Contents　25

ETG_00000350463
01231



## Stadium Units Increase as a % of ETGs – All Suppliers

We note the Quarterly trends of the ETG install base by type. We notice that Stadium ETGs have increased in share while Standalones have decreased from Q3 2020 to Q2 2022.



*Owned + Leased North American ETGs only.

**Methodology revised from prior reports. Any ETG Multigame with at least 12 units assumed to be Stadium (inclusive of both automated and hybrid).

*Source:  EILERS-FANTINI Central Game Performance Database – Data Through June '22*

◀ Back to Contents  26

ETG_00000350464
01232



**ETG Performance Report | 2Q22**

# Stadium Units Increase as a % of ETGs – Interblock & LNW

ETG Type Trend Interblock





ETG Type Trend LNW





*Owned + Leased North American ETGs only.

**Methodology revised from prior reports. Any ETG Multigame with at least 12 units assumed to be Stadium
(inclusive of both automated and hybrid).

*Source:  EILERS-FANTINI Central Game Performance Database – Data Through June '22*

❰ **Back to Contents**  27

ETG_00000350465

01233

 

# Stadium Units Increase as a % of ETGs – IGT & Aruze







*Owned + Leased North American ETGs only.
**Methodology revised from prior reports. Any ETG Multigame with at least 12 units assumed to be Stadium
(inclusive of both automated and hybrid).

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

ETG_00000350466

01234



ETG Performance Report | 2Q22

# The Most Common Style of Standalone ETG Distribution is Fully-Automated



Dealer Assist/Automated options include hybrid ETG multigames. The only pure Dealer Assist standalone is Aruze's Roll to Win Craps.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

**◄ Back to Contents**   29

ETG_00000350467

01235



# ETG Overview – ETG Type Distribution Trend (GPD)

**ETG Distribution**
- Dealer Assist or Automated
- Automated
- Video

ETG Distribution Style Trend - Interblock





ETG Distribution Style Trend - LNW





**DISCLAIMER: This data is representative of operators who participate in the EILERS-FANTINI GPD and may not reflect the overall market. For example, we acknowledge products such as Poker ETGs that exist in market but not within the GPD.**

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

Back to Contents  30

ETG_00000350468

01236



# ETG Overview – ETG Type Distribution Trend (GPD)



ETG Distribution Style Trend - IGT



**ETG Distribution**
- Dealer Assist or Automated
- Automated
- Video





ETG Distribution Style Trend - Aruze



**DISCLAIMER: This data is representative of operators who participate in the EILERS-FANTINI GPD and may not reflect the overall market. For example, we acknowledge products such as Poker ETGs that exist in market but not within the GPD.**

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

◀ Back to Contents  31

ETG_00000350469

01237



**ETG Performance Report | 2Q22**

# ETG Annual Market Size – U.S. & Canada Leased + Owned ETGs

Cumulative average growth rate (CAGR) over the last 9 years is roughly 6.89%

Covid Impact

| 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022Q2 |
|------|------|------|------|------|------|------|------|--------|
| 8,501 | 10,718 | 12,859 | 12,103 | 12,804 | 12,486 | 15,320 | 16,044 | 15,488 |

**KEY OBSERVATIONS**

Using EILERS-FANTINI slot survey and GPD data, we estimate the historical ETG market sizing and an estimate for 2022.

These estimates are inclusive of all ETGs both leased and owned in our database.

Estimate excludes Electronic Poker Tables. Estimate includes Cruise.

**DISCLAIMER**

Methodology was revised this quarter to pull data from the quarterly slot survey done which covers 50% of North American slots. Data has been updated to reflect more accurate numbers (see slide 57).

Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22

◀ Back to Contents  32



# ETG Quarterly Market Size – U.S. & Canada Leased + Owned ETGs

Legend:
- Leased
- Owned

| | 2021Q2 | 2021Q3 | 2021Q4 | 2022Q1 | 2022Q2 |
|---|---|---|---|---|---|
| Total | 15,099 | 15,939 | 16,044 | 16,229 | 15,488 |
| Leased | 12,638 | 14,156 | 14,466 | 14,239 | 14,263 |
| Owned | 2,460 | 1,784 | 1,578 | 1,990 | 1,225 |

**KEY OBSERVATIONS**

We started tracking quarterly active ETG estimates in 2022-Q2, a covid wave.

These estimates include automated ETGs as well as Video and Stadium ETGs (both leased + owned).

Estimate excludes Electronic Poker Tables. Estimate excludes Cruise and Caribbean.

**DISCLAIMER**

Methodology was revised this quarter to pull data from the quarterly slot survey done which covers 50% of North American slots. Data has been updated to reflect more accurate numbers (see slide 57).

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

◄ Back to Contents   33

ETG_00000350471
01239

# ETG Overview – ETG Market Penetration

Market Penetration = Count of Casinos with ETGs / Casino Count

| Month | Market Penetration |
|---|---|
| September 2020 | 54% |
| October 2020 | 55% |
| November 2020 | 54% |
| December 2020 | 56% |
| January 2021 | 55% |
| February 2021 | 56% |
| March 2021 | 60% |
| April 2021 | 59% |
| May 2021 | 59% |
| June 2021 | 59% |
| July 2021 | 61% |
| August 2021 | 61% |
| September 2021 | 63% |
| October 2021 | 61% |
| November 2021 | 62% |
| December 2021 | 62% |
| January 2022 | 62% |
| February 2022 | 62% |
| March 2022 | 62% |
| April 2022 | 61% |
| May 2022 | 61% |
| June 2022 | 63% |

ETGs continue to see massive market penetration compared to pre-pandemic levels

From September 2020 to March 2022, we see significant increase in the penetration rate.

Over 51% of the properties tracked have ETGs.

**In this chart, we apply a same-store filter.**

**DISCLAIMER: This data is representative of operators who participate in the EILERS-FANTINI survey and GPD and may not reflect the overall market.**

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

**ETG Performance Report | 2Q22**



# ETG Overview – Average Leased Units Per Casino (Same-Store)

Average leased ETGs per property continues to increase.

Relative to last March, we see a ~39% growth in ETG installs on a same-store basis.

We conclude that the typical operator who has ETGs is satisfied with performance and is adding incremental units.

**DISCLAIMER: This data is representative of operators who participate in the EILERS-FANTINI survey and GPD and may not reflect the overall market. This figure EXCLUDES operators in New York due to regulations around live table games impacting ETG footprint.**

*Source:  EILERS-FANTINI Central Game Performance Database – Data Through June '22*

❮ Back to Contents  35

ETG_00000350473
01241



**ETG Performance Report | 2Q22**

# ETG Overview – ETG Average Bet Trend (Same-Store)

Average Bet trend chart, with values:
- 2020 Q3: $18.97
- 2020 Q4: $16.48
- 2021 Q1: $16.87
- 2021 Q2: $20.81
- 2021 Q3: $22.97
- 2021 Q4: $22.91
- 2022 Q1: $23.14
- 2022 Q2: $23.51

*Average Bet was tracked starting in 3Q20.

**We are applying a same-store filter to this graphic moving forward as it better illustrates the underlying average bet trend.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

◀ Back to Contents    36

ETG_00000350474
01242



ETG Performance Report | 2Q22

# ETG Overview – ETG Type Distribution Trend (GPD)

**ETG Parent**
- Roulette
- ETG Multigame
- Craps
- Blackjack
- Baccarat
- Big Six
- Sicbo
- Poker

**KEY OBSERVATIONS**

Roulette type ETGs are down a total of 14% since Q2 2020 even as more Roulette suppliers hit market (TCS, Alfa).

Stadium style ETGs fall under the ETG Multigame designation taking up the most market share in Q1 2022 at 39%.

Blackjack/Big 6 share decreased the most over the past two years.

Blackjack House Edge tends to be lower than other table games and Big 6 doesn't have a large player following.

**DISCLAIMER:** This data is representative of operators who participate in the EILERS-FANTINI GPD and may not reflect the overall market. For example, we acknowledge products such as Poker ETGs that exist in market but not within the GPD.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

◀ Back to Contents   37

ETG_00000350475
01243

**ETG Performance Report | 2Q22**



# ETG Overview – ETG Estimated Theo Per Day Trend

| ETG Parent (group) | 2020 Q3 | 2020 Q4 | 2021 Q1 | 2021 Q2 | 2021 Q3 | 2021 Q4 | 2022 Q1 | 2022 Q2 | Grand To.. |
|---|---|---|---|---|---|---|---|---|---|
| Baccarat | | | | | $137 | $138 | $218 | $72 | $143 |
| Big Six & Big Wheel | | $30 | $196 | $119 | $62 | $46 | $42 | $62 | $64 |
| Blackjack | $150 | $138 | $189 | $162 | $143 | $149 | $155 | $132 | $150 |
| Craps | $92 | $71 | $99 | $123 | $119 | $167 | $185 | $186 | $146 |
| ETG Multigame | $222 | $187 | $214 | $225 | $184 | $206 | $225 | $212 | $211 |
| Roulette | $314 | $303 | $402 | $378 | $336 | $342 | $493 | $377 | $380 |
| Grand Total | $202 | $185 | $239 | $238 | $203 | $228 | $278 | $261 | $240 |

**KEY OBSERVATIONS**

Roulette continues to dominate Theo Per Day at $377 for Q1 2022.

ETG Multigames take a lesser value but keep in mind that aggregate revenue from stadiums can get large.

Craps sees large growth from last over past two year. We attribute much of this to popular archetypes like Roll to Win Craps/Universal Craps.

*Variance over time can in part be due to inclusion of new operators in the GPD

**DISCLAIMER: This data is representative of operators who participate in the EILERS-FANTINI survey and GPD and may not reflect the overall market.**

*Source:  EILERS-FANTINI Central Game Performance Database – Data Through June '22*

◀ Back to Contents  38

ETG_00000350476

01244

## ETG Performance Report | 2Q22



## Contents

- Overview

- Supplier Highlights

- Vegas Advantage ETG Insights

- Operator Participation

- ETG Overview and Trends

- Supplier Market Share and Analysis

- ETG Performance

ETG_00000350477

01245



**ETG Performance Report | 2Q22**

# Supplier Overview – Market Share and Unit Count (Leased + Owned ETGs)



U.S. & Canada - Estimated Market Share %



U.S. & Canada - Lease + Owned Estimates

| ETG Supplier | 2021Q2 | 2021Q3 | 2021Q4 | 2022Q1 | 2022Q2 |
|---|---|---|---|---|---|
| Alfastreet | 184 | 124 | 185 | 172 | 105 |
| Aruze | 1,505 | 1,659 | 1,684 | 1,582 | 1,231 |
| Gaming Arts | 154 | 209 | 200 | 180 | 122 |
| IGT | 1,627 | 1,450 | 1,358 | 1,464 | 1,294 |
| Interblock | 8,479 | 9,390 | 9,564 | 9,735 | 9,887 |
| Light & Wonder | 3,091 | 2,993 | 2,916 | 2,977 | 2,760 |
| Others | 59 | 115 | 136 | 119 | 90 |

**KEY OBSERVATIONS**

We estimate the QoQ Growth in both leased and owned ETG market share several suppliers.

We evaluate Interblock at 63.8% up from 60.0% in 2021Q2.

A modest decline from most suppliers this month as we see a small decline in market size this quarter (slide 33).

**DISCLAIMER**

Methodology was revised this quarter to pull data from the quarterly slot survey done which covers 50% of North American slots. Data has been updated to reflect more accurate numbers (see slide 57).

**DISCLAIMER:** These estimates are in part augmented by operators who participate in the EILERS-FANTINI survey and GPD and may not reflect the overall market. Figures may be revised as data is introduced.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

ETG_00000350478
01246




**ETG Performance Report | 2Q22**

Eilers&Krejcik Gaming

Fantini Research

# Supplier Overview – Market Share and Unit Count (Active Leases)

U.S. & Canada - Estimated Market Share %



KEY OBSERVATIONS

We estimate the QoQ active lease growth and market share trends.

We estimate Interblock 2022-Q1 at 67.9% of active leases.

We estimate LNW at 2,437 active leases and IGT at 925 active leases.

DISCLAIMER

Methodology was revised this quarter to pull data from the quarterly slot survey done which covers 50% of North American slots. Data has been updated to reflect more accurate numbers (see slide 57).

U.S. & Canada - Active Lease Estimates

| ETG Supplier | 2021Q2 | 2021Q3 | 2021Q4 | 2022Q1 | 2022Q2 |
|---|---|---|---|---|---|
| Alfastreet | 74 | 83 | 138 | 112 | 93 |
| Aruze | 1,070 | 1,285 | 1,373 | 1,147 | 1,001 |
| Gaming Arts | 93 | 140 | 140 | 95 | 80 |
| IGT | 917 | 946 | 975 | 943 | 925 |
| Interblock | 8,000 | 9,084 | 9,266 | 9,414 | 9,687 |
| Light & Wonder | 2,442 | 2,532 | 2,532 | 2,486 | 2,437 |
| Others | 42 | 87 | 43 | 42 | 41 |

DISCLAIMER: These estimates are in part augmented by operators who participate in the EILERS-FANTINI survey and GPD and may not reflect the overall market. Figures may be revised as data is introduced.

*Source:  EILERS-FANTINI Central Game Performance Database – Data Through June '22*

ETG_00000350479
01247



**ETG Performance Report | 2Q22**

# Supplier Overview – GPD Participation ETG Distribution (Owned & Leased)

**KEY OBSERVATIONS**

Using GPD with over 330,000 slots tracked, we illustrate supplier distribution. We note that these figures may not represent market.

Within GPD data, Interblock now eclipses nearly 54% of all ETG data in our database for both owned and leased units.

We see some notable growth from Gaming Arts with 2.7% share due to Casino Wizard in the GPD.

| Supplier | 2020 Q3 | 2020 Q4 | 2021 Q1 | 2021 Q2 | 2021 Q3 | 2021 Q4 | 2022 Q1 | 2022 Q2 |
|---|---|---|---|---|---|---|---|---|
| Igt | 14.8% | 15.0% | 14.2% | 15.2% | 15.5% | 14.6% | 14.3% | 13.6% |
| Aruze | 14.4% | 9.2% | 10.0% | 9.9% | 9.8% | 10.4% | 10.8% | 9.9% |
| Alfastreet | 2.9% | 2.0% | 2.1% | 2.8% | 3.4% | 3.0% | 3.0% | 2.8% |
| Gaming Arts | 1.1% | 1.1% | 1.2% | 1.5% | 1.7% | 2.3% | 2.8% | 2.7% |
| Interblock | 42.7% | 50.1% | 48.1% | 49.5% | 48.6% | 51.0% | 51.4% | 53.9% |
| Light & Wonder | 23.1% | 21.4% | 23.4% | 20.4% | 20.3% | 18.0% | 17.4% | 16.9% |
| Sega Sammy | 1.0% | 1.2% | 1.0% | 0.6% | 0.3% | 0.2% | 0.1% | |
| Tcsjohnhuxley | | | | | 0.4% | 0.5% | 0.2% | 0.3% |
| Grand Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

**DISCLAIMER: This data is representative of operators who participate in the GPD and may not reflect the overall market. At least two unique parent operators must be represented to be included.**

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

◀ Back to Contents  42

ETG_00000350480

01248



ETG Performance Report | 2Q22 — Eilers&Krejcik Gaming · Fantini Research

# Supplier Overview – GPD Participation ETG Distribution (Leased)

| Supplier | 2020 Q3 | 2020 Q4 | 2021 Q1 | 2021 Q2 | 2021 Q3 | 2021 Q4 | 2022 Q1 | 2022 Q2 |
|---|---|---|---|---|---|---|---|---|
| Igt | 10.1% | 10.6% | 10.5% | 12.3% | 12.2% | 11.6% | 11.6% | 9.7% |
| Aruze | 10.0% | 7.0% | 7.2% | 7.3% | 6.4% | 7.4% | 6.9% | 6.7% |
| Alfastreet | 4.0% | 2.0% | 1.9% | 2.4% | 3.8% | 3.1% | 3.0% | 3.0% |
| Gaming Arts | 0.8% | 0.6% | 0.4% | 0.8% | 1.1% | 1.9% | 2.2% | 1.6% |
| Interblock | 59.0% | 58.9% | 57.4% | 58.7% | 58.1% | 60.1% | 60.6% | 64.0% |
| Light & Wonder | 14.9% | 19.6% | 21.7% | 18.1% | 18.3% | 16.0% | 15.7% | 15.1% |
| Sega Sammy | 1.3% | 1.2% | 0.9% | 0.5% | 0.2% | | 0.1% | |
| Grand Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

**KEY OBSERVATIONS**

Using GPD with over 330,000 slots tracked, we illustrate supplier distribution. We note that these figures may not represent market.

Within GPD data, Interblock eclipses 64% of all leased ETG units tracked in our GPD.

We see some growth from Gaming Arts since Q3 2020.

IGT share has stayed relatively constant with LNW undergoing slight decline.

**DISCLAIMER:** This data is representative of operators who participate in the GPD and may not reflect the overall market. At least two unique parent operators must be represented to be included.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

Back to Contents 43

ETG_00000350481
01249



# ETG Gross Win % by Supplier

## ETG Gross Win % by Supplier - Leased Only

| | | Units | % of Total Theo Win | |
|---|---|---|---|---|
| 1 | Interblock | 2,371 | 67.1% | 67.1% |
| 2 | Light & Wonder | 528 | 12.4% | 12.4% |
| 3 | Igt | 320 | 11.2% | 11.2% |
| 4 | Aruze | 237 | 5.3% | 5.3% |
| 5 | Alfastreet | 100 | 3.4% | 3.4% |
| 6 | Gaming Arts | 45 | 0.5% | 0.5% |

## ETG Gross Win % by Supplier - Owned & Leased

| | | Units | % of Total Theo Win | |
|---|---|---|---|---|
| 1 | Interblock | 2,534 | 60.1% | 60.1% |
| 2 | Light & Wonder | 763 | 14.5% | 14.5% |
| 3 | Igt | 599 | 12.6% | 12.6% |
| 4 | Aruze | 433 | 7.6% | 7.6% |
| 5 | Alfastreet | 128 | 4.0% | 4.0% |
| 6 | Gaming Arts | 129 | 1.1% | 1.1% |

**KEY OBSERVATIONS**

Interblock continues to lead in the Theoretical Win category with 60.1% of all ETGs and 67.1% of leased ETGs.

LNW and IGT come in #2 and #3, taking 14.5% and 12.6%, respectively, of the theoretical win of all ETGs.

Alfastreet/Gaming Arts take 4.0%/1.1% share respectively of the total ETG revenue.

Utilizing the GPD, we filter on ETG suppliers with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

**◀ Back to Contents** 44

ETG_00000350482
01250

**ETG Performance Report | 2Q22**



# ETG Gross Win % by ETG Type and Supplier – Owned & Leased

| | | | Units | % of Total Theo Win | |
|---|---|---|---|---|---|
| 1 | Etg Multigame | Interblock | 876 | 19.3% | 19.3% |
| 2 | Roulette | Interblock | 673 | 18.9% | 18.9% |
| 3 | Baccarat | Interblock | 404 | 12.3% | 12.3% |
| 4 | Roulette | Igt | 263 | 9.6% | 9.6% |
| 5 | Craps | Aruze | 334 | 6.0% | 6.0% |
| 6 | Etg Multigame | Light & Wonder | 279 | 4.9% | 4.9% |
| 7 | Roulette | Light & Wonder | 189 | 4.5% | 4.5% |
| 8 | Blackjack | Light & Wonder | 255 | 4.5% | 4.5% |
| 9 | Craps | Interblock | 255 | 4.4% | 4.4% |
| 10 | Roulette | Alfastreet | 118 | 3.8% | 3.8% |
| 11 | Blackjack | Interblock | 228 | 3.7% | 3.7% |
| 12 | Etg Multigame | Igt | 264 | 2.4% | 2.4% |
| 13 | Roulette | Aruze | 60 | 1.6% | 1.6% |
| 14 | Etg Multigame | Gaming Arts | 129 | 1.1% | 1.1% |
| 15 | Big Six | Interblock | 40 | 1.0% | 1.0% |
| 16 | Blackjack | Igt | 72 | 0.7% | 0.7% |
| 17 | Big 6 | Interblock | 32 | 0.7% | 0.7% |
| 18 | Ultimate Texas Hold Em | Light & Wonder | 35 | 0.6% | 0.6% |
| 19 | Big 6 | Aruze | 26 | 0.1% | 0.1% |

**KEY OBSERVATIONS**

Interblock's ETG Multigame leads market share in this category at 19.3% of Theoretical Win of all ETGs.

IGT's Roulette comes in at #4 at 9.6% of revenue.

Aruze's aggregated Craps products account for 6.0% of revenue.

LNW's Blackjack represents 4.5% of revenue. This number includes Fusion/Shufflemaster product.

Utilizing the GPD, we filter on ETG suppliers with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

ETG_00000350483

01251



# ETG Gross Win % by ETG Type and Supplier – Leased Only

| | | | Units | % of Total Theo Win | | |
|---|---|---|---|---|---|---|
| 1 | Etg Multigame | Interblock | 782 | 21.4% | | 21.4% |
| 2 | Roulette | Interblock | 643 | 21.0% | | 21.0% |
| 3 | Baccarat | Interblock | 404 | 14.1% | | 14.1% |
| 4 | Roulette | Igt | 161 | 9.6% | | 9.6% |
| 5 | Etg Multigame | Light & Wonder | 222 | 5.1% | 5.1% | |
| 6 | Craps | Interblock | 251 | 5.0% | 5.0% | |
| 7 | Blackjack | Light & Wonder | 215 | 4.5% | 4.5% | |
| 8 | Craps | Aruze | 198 | 4.1% | 4.1% | |
| 9 | Blackjack | Interblock | 205 | 3.9% | 3.9% | |
| 10 | Roulette | Alfastreet | 96 | 3.3% | 3.3% | |
| 11 | Roulette | Light & Wonder | 56 | 2.0% | 2.0% | |
| 12 | Etg Multigame | Igt | 125 | 1.4% | 1.4% | |
| 13 | Big Six | Interblock | 37 | 1.1% | 1.1% | |
| 14 | Roulette | Aruze | 34 | 1.1% | 1.1% | |
| 15 | Big 6 | Interblock | 32 | 0.8% | 0.8% | |
| 16 | Ultimate Texas Hold Em | Light & Wonder | 30 | 0.7% | 0.7% | |
| 17 | Etg Multigame | Gaming Arts | 45 | 0.5% | 0.5% | |
| 18 | Blackjack | Igt | 34 | 0.3% | 0.3% | |

**KEY OBSERVATIONS**

Interblock's ETG Multigames lead the market share in this category at 21.4% of Theoretical Win.

IGT's Roulette is 9.6% of the share of ETG Theoretical Win.

LNW's ETG Multigame takes 5.1% of the market share.

Alfastreet's Roulette yields 3.3% of the revenue.

Utilizing the GPD, we filter on ETG suppliers with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

ETG_00000350484
01252

## ETG Performance Report | 2Q22

## Contents

- Overview

- Supplier Highlights

- Vegas Advantage ETG Insights

- Operator Participation

- ETG Overview and Trends

- Supplier Market Share and Analysis

- ETG Performance



ETG_00000350485

01253

**ETG Performance Report | 2Q22**

Eilers&Krejcik Gaming

Fantini Research

# Estimated Gross Theo Per Day $ by State, ETG Stadiums (ETG Multigames)

**DISCLAIMER: This data is representative of operators who participate in the GPD and may not reflect the overall market. At least two unique parent operators must be represented to be included.**

**This includes all leased ETGs including Stadium styles.**



Utilizing the GPD, we filter on ETG parent games and cabinet with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included. These figures are estimates subject to regional bias. These estimates are gross figures and do not include fees. Labor savings are not captured in these figures.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

◀ Back to Contents 48

ETG_00000350486

01254

**ETG Performance Report | 2Q22**    Eilers&Krejcik Gaming    Fantini Research

# Estimated Gross Theo Per Day $ by State, Standalone ETGs

**DISCLAIMER: This data is representative of operators who participate in the GPD and may not reflect the overall market. At least two unique parent operators must be represented to be included.**

**This includes ETGs with standalone generators. ETG Stadiums (live-dealt/automated) are excluded.**



Utilizing the GPD, we filter on ETG parent games and cabinet with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included. These figures are estimates subject to regional bias. These estimates are gross figures and do not include fees. Labor savings are not captured in these figures.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

**◄ Back to Contents** 49

ETG_00000350487

01255

**ETG Performance Report | 2Q22**    Eilers&Krejcik Gaming    Fantini Research

# All Suppliers – Estimated Gross Theo Per Day $, Parent ETG

DISCLAIMER: This data is representative of GPD Participants. New York operators drive up averages by about 10-15% due to lack of live tables.

| ETG Type | ETG Distribution | Parent Game (group) | Avg. Bet | Est. TPD $ |
|---|---|---|---|---|
| Stadium | Dealer Assist or Automated | Etg Multigame | $27.65 | $207 |
| | | Total | | $207 |
| | Total | | | $207 |
| Standalone | Automated | Big 6 | $9.40 | $160 |
| | | Blackjack | $8.91 | $64 |
| | | Craps | $18.17 | $123 |
| | | Roulette | $24.61 | $336 |
| | | Sicbo | $9.34 | $71 |
| | | Ultimate Texas Hold … | $26.06 | $217 |
| | | Total | | $252 |
| | Dealer Assist | Craps | $14.12 | $186 |
| | | Total | | $186 |
| | Dealer Assist or Automated | Etg Multigame | $24.57 | $170 |
| | | Total | | $170 |
| | Video | Baccarat | Null | $106 |
| | | Blackjack | $24.43 | $150 |
| | | Etg Multigame | $12.10 | $137 |
| | | Roulette | $19.67 | $315 |
| | | Total | | $174 |
| | Total | | | $222 |
| Grand Total | | | | $218 |

**KEY OBSERVATIONS**

Automated Roulette yields the highest theoretical win per day at $336.

In totality, the average theoretical win per day of all ETG themes is roughly $223.

As mentioned earlier, the lower TPD for Stadium ETGs compared to standalones is offset by the sheer number of players stadium products allow vs standalones.

Note: If New York is excluded from set, averages drop by 10-15%.

Utilizing the GPD, we filter on ETG parent games and cabinet with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included. These figures are estimates subject to regional bias. These estimates are gross figures and do not include fees. Labor savings are not captured in these figures.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

ETG_00000350488

01256



**ETG Performance Report | 2Q22**

# Interblock – Estimated Gross Theo Per Day $



DISCLAIMER: This data is representative of GPD Participants.

### Interblock Games

| ETG Type | ETG Distribution | Game Name (group) 1 | Avg. Bet | Est. TPD $ |
|---|---|---|---|---|
| Individual | Automated | Craps | $15.21 | $62 |
| | | Universal Blackjack | $8.76 | $79 |
| | | Universal Craps | $14.94 | $207 |
| | | Universal Roulette | $13.61 | $157 |
| | | Total | | $164 |
| | Video | Blackjack | $15.44 | $66 |
| | | Total | | $66 |
| | Total | | | $157 |
| Stadium | Dealer Assist or Automated | Etg Multigame | $21.94 | $225 |
| | | Etg Stadium | $26.11 | $170 |
| | | Pulse Arena | $21.25 | $240 |
| | | Total | | $220 |
| | Total | | | $220 |
| Standalone | Automated | Big 6 | $7.47 | $206 |
| | | Craps | $20.49 | $100 |
| | | Dual Wheel Roulette | $20.26 | $234 |
| | | Golden Ball Roulette | $20.29 | $159 |
| | | Ministar Craps | $14.37 | $162 |
| | | Ministar Roulette 00 | $18.76 | $335 |
| | | Roulette & Roulette 00 | $24.84 | $339 |
| | | Sicbo | $9.34 | $43 |
| | | Total | | $233 |
| | Dealer Assist or Au... | Etg Multigame | $39.34 | $270 |
| | | Total | | $270 |
| | Video | Baccarat | Null | $221 |
| | | Blackjack | $18.32 | $124 |
| | | Total | | $134 |
| | Total | | | $215 |

### Interblock Cabinets

| Slot Cabinet | Est. TPD $ |
|---|---|
| G5 - Diamond | $214 |

### KEY OBSERVATIONS

Using data from the GPD, we estimate Theo Per Day of different Interblock ETGs.

The Pulse Arena yields TPD of $240 as IB's highest earning ETG multigame in GPD.

We see strong performance from Universal Craps at $207.

Ministar Roulette and traditional Roulette generate similar performance in the GPD.

We also note same store unit growth.

### Interblock Same-Store Unit Growth (Owned + Leased)



Utilizing the GPD, we filter on ETG parent games and cabinet with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included. These figures are estimates subject to regional bias. These estimates are gross figures and do not include fees. Labor savings are not captured in these figures. Same store unit figure is calculated by taking number of leased ETG units divided by number of casinos in dataset.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

ETG_00000350489

01257

**ETG Performance Report | 2Q22**



# Light & Wonder – Estimated Gross Theo Per Day $

**LIGHT & WONDER**



DISCLAIMER: This data is representative of GPD Participants.

Video Roulette on Alpha Cabinets

## LNW Games

| ETG Type | ETG Distribution | Game | Avg. Bet | Est. TPD $ |
|---|---|---|---|---|
| Individual | Video | Roulette | $36.05 | $530 |
| | | Roulette 00 | $13.47 | $305 |
| | | Total | | $384 |
| | Total | | | $384 |
| Stadium | Dealer Assist or Automated | Etg Multigame | $21.63 | $100 |
| | | Quartz Hybrid | $28.30 | $116 |
| | | Total | | $110 |
| | Total | | | $110 |
| Standalone | Automated | Roulette | Null | $337 |
| | | Roulette 00 | $23.62 | $206 |
| | | Ultimate Texas Hold Em | $21.06 | $186 |
| | | Total | | $214 |
| | Dealer Assist or.. | Quartz Hybrid | Null | $324 |
| | | Total | | $324 |
| | Video | Blackjack | $22.03 | $156 |
| | | Table Master Fusion Blackjack | $45.21 | $165 |
| | | Total | | $164 |
| Total | | | | $196 |

## LNW Cabinets

| Cabinet | Est. TPD $ |
|---|---|
| Alpha 2 Pro V32 | $141 |
| Alpha 2 Pro Wave | $318 |
| Alpha Elite V32 | $487 |
| Alpha Pro V32 | $461 |
| Fusion | $236 |
| Fusion Hybrid | $187 |
| Quartz | $179 |
| Quartz Hybrid | $71 |

**KEY OBSERVATIONS**

LNW's Video Roulette on the Alpha cabinets still perform strongly at $530.

Standalone Quartz Hybrid is a strong hybrid option for operators lacking real estate needed for an entire Stadium.

The newest ETG multigame units Quartz/Quartz Hybrid are strong stadium performers.

We note a slight decrease in same-store LNW ETG units.

## LNW Same-Store Unit Growth (Owned + Leased)



Utilizing the GPD, we filter on ETG parent games and cabinet with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included. These figures are estimates subject to regional bias. These estimates are gross figures and do not include fees. Labor savings are not captured in these figures. Same store unit figure is calculated by taking number of leased ETG units divided by number of casinos in dataset.

*Source: EILERS–FANTINI Central Game Performance Database – Data Through June '22*

❮ Back to Contents 52

ETG_00000350490

01258



ETG Performance Report | 2Q22

# IGT – Estimated Gross Theo Per Day $



DISCLAIMER: This data is representative of GPD Participants.

| ETG Type | ETG Distribution (group) | Game | Avg. Bet | Est. TPD $ |
|---|---|---|---|---|
| Stadium | Dealer Assist or Automated | Etg Multigame | $40.24 | $144 |
| | Total | | | $144 |
| Standalone | Automated | Roulette 00 | $17.29 | $318 |
| | | Roulette 000 | $26.88 | $162 |
| | Dealer Assist or Automated | Etg Multigame | $20.32 | $195 |
| | Video | Blackjack | $16.01 | $86 |
| | | Double Blackjack | $2.91 | $115 |
| | Total | | | $228 |

| Cabinet | Est. TPD $ |
|---|---|
| Null | $18 |
| Dynasty | $183 |
| Mp Series Etg | $404 |
| Peak Terminal | $160 |

This ETG Multigame is a 6-to-10-unit ETG Multigame with Hybrid capabilities.

**KEY OBSERVATIONS**

IGT's Mp Series Etg remains the top performer among all Cabinets at a Theoretical Win per Day of $404.

The Peak Terminal, which is available in many formats such as Stadium or Standalone as well as Video, Automated, and Dealer-Assist, continuous it's strong performance since its debut last quarter.

Perhaps surprisingly, we see stronger performance on Roulette 00 compared to Roulette 000.

## IGT Same-Store Unit Growth (Owned + Leased)



Utilizing the GPD, we filter on ETG parent games and cabinet with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included. These figures are estimates subject to regional bias. These estimates are gross figures and do not include fees. Labor savings are not captured in these figures. Same store unit figure is calculated by taking number of leased ETG units divided by number of casinos in dataset.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

◀ Back to Contents  53

ETG_00000350491

01259

 

# Aruze – Estimated Gross Theo Per Day $



DISCLAIMER: This data is representative of GPD Participants.

| ETG Type | ETG Distribution | Game Name | Avg. Bet | Est. TPD $ |
|---|---|---|---|---|
| Standalone | Dealer Assist | Roll To Win Craps | $21.24 | $293 |
| | | Total | | $293 |
| | Automated | Lucky Big Wheel | $12.48 | $103 |
| | | Lucky Roulette | $17.77 | $313 |
| | | Shoot To Win Craps | $20.65 | $161 |
| | | Total | | $199 |
| | Total | | | $223 |

| Cabinet | Est. TPD $ |
|---|---|
| G Station | $178 |
| X Station | $287 |

**KEY OBSERVATIONS**

Aruze's Lucky Roulette leads all its Standalones at $313 in Theo per day in our database. It continues to be the top performer among all Aruze titles by a wide margin.

Roll to Win Craps remains Aruze's lone Stadium ETG with avg. bet of $21.24 and an estimated TPD of $293.

Roll to Win Craps provides value through providing a live-dealer type game but with the need for only one dealer leading to labor savings.



Utilizing the GPD, we filter on ETG parent games and cabinet with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included. These figures are estimates subject to regional bias. These estimates are gross figures and do not include fees. Labor savings are not captured in these figures. Same store unit figure is calculated by taking number of leased ETG units divided by number of casinos in dataset.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

◀ Back to Contents 54

ETG_00000350492

01260

**ETG Performance Report | 2Q22**

# Other Suppliers – Estimated Gross Theo Per Day $

 

**Other Games**

| ETG Type | ETG Distribution | Supplier | Game | Avg. Bet | Est. TPD $ |
|---|---|---|---|---|---|
| Individual | Video | GA | Casino Wizard | $11.99 | $132 |
| | | Total | | | $132 |
| | Total | | | | $132 |
| Standalone | Automated | Alfa | Roulette | $34.47 | $388 |
| | | Total | | | $388 |
| | Total | | | | $388 |

**Other Cabinet**

| Supplier | Cabinet (group) | Est. TPD $ |
|---|---|---|
| Alfa | Lucky 8 | $408 |
| GA | Phocus S104 | $129 |

**KEY OBSERVATIONS**

We see Alfastreet's Roulette with a TPD of $388.

Gaming Arts' Casino Wizard does an estimated $132 Theo per day.

We do not have performance data on electronic poker tables product produced by Jackpot Digital.



Other Suppliers Same-Store Unit Growth (Owned + Leased)

Utilizing the GPD, we filter on ETG parent games and cabinet with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included. These figures are estimates subject to regional bias. These estimates are gross figures and do not include fees. Labor savings are not captured in these figures. Same store unit figure is calculated by taking number of leased ETG units divided by number of casinos in dataset.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

ETG_00000350493

01261



# Select New Product – Gaming Arts and Jackpot Digital



**GamingArts®**



**Casino Wizard VIP**

*From Gaming Arts:*

Following in the tradition of the top performing Casino Wizard® ETG, Casino Wizard VIP™ adds four more table game favorites. The new game lineup includes blackjack, craps, roulette, baccarat, Pai Gow Progressive, Super Big 6 Wheel, Triple Card Poker and Swap'Em Poker.

To balance the normal lower hold of table games, Gaming Arts has created an entire suite of innovative side bets to level the playing field for the operator. These include Bac+4, Super 7/11 for Craps, Lucky Charlie for Blackjack, Big Pai Plus and Triple Plus.

Not only that, many of the games also include exciting progressives to appeal to all players.





**Jackpot Blitz**

*From Jackpot Digital:*

Jackpot Blitz™ is a state-of-the-art electronic table game system that offers an exceptional player experience and unrivalled operator efficiency, flexibility, and profitability. Jackpot Blitz™ will upgrade your table game operations and maximize your profits.

Features:
- Cutting edge technology
- Gesture control
- More Hands Per Hour
- Real time tracking
- Mini games in between poker hands
- Multiple payment options
- Reliable and secure
- No more manual reports

*Source:  EILERS-FANTINI Central Game Performance Database – Data Through June '22*

ETG_00000350494
01262



# ETG Estimates Methodology Update

## New Method



The revised method takes the estimated ETG Floor Share from our quarterly slot survey, which tracks over 50% of the North American slot market. We then use this estimate to estimate total ETGs based on the total install base.

## Prior Method



The previous method took supplier communicated leased install base numbers and GPD Owned ETG units. These numbers were then extrapolated to overall market as GPD covers 30% of North American market.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through June '22*

◄◄ Back to Contents  57

ETG_00000350495
01263

# ETG Performance Report | 2Q22



# GPD to Market Comparison (Slots % of Total)

| State | Market | GPD | (+/-) |
|---|---|---|---|
| Alabama | 0.9% | 0.0% | -0.9% |
| Alaska | 0.0% | 0.0% | 0.0% |
| Arizona | 2.3% | 1.4% | -0.9% |
| Arkansas | 0.8% | 1.2% | 0.4% |
| California | 10.8% | 7.0% | -3.8% |
| Colorado | 1.6% | 0.7% | -0.8% |
| Connecticut | 0.9% | 0.0% | -0.9% |
| Delaware | 0.7% | 0.6% | -0.1% |
| Florida | 3.0% | 3.7% | 0.7% |
| Georgia | 0.0% | 0.0% | 0.0% |
| Hawaii | 0.0% | 0.0% | 0.0% |
| Idaho | 0.5% | 0.3% | -0.1% |
| Illinois | 1.1% | 9.1% | 8.0% |
| Indiana | 2.1% | 1.3% | -0.7% |
| Iowa | 2.3% | 1.0% | -1.3% |
| Kansas | 1.2% | 1.3% | 0.2% |
| Kentucky | 0.7% | 0.4% | -0.3% |
| Louisiana | 3.1% | 2.9% | -0.2% |
| Maine | 0.2% | 0.0% | -0.2% |
| Maryland | 1.2% | 1.3% | 0.1% |
| Massachusetts | 0.7% | 0.0% | -0.7% |
| Michigan | 3.8% | 2.4% | -1.3% |
| Minnesota | 2.6% | 0.6% | -2.1% |
| Mississippi | 3.3% | 1.8% | -1.5% |
| Missouri | 1.9% | 1.8% | -0.1% |
| Montana | 2.3% | 4.5% | 2.3% |

| State | Market | GPD | (+/-) |
|---|---|---|---|
| Nebraska | 0.1% | 0.0% | -0.1% |
| Nevada | 18.4% | 10.1% | -8.3% |
| New Hampshire | 0.0% | 0.0% | 0.0% |
| New Jersey | 2.1% | 1.3% | -0.9% |
| New Mexico | 2.6% | 0.9% | -1.6% |
| New York | 1.5% | 4.1% | 2.5% |
| North Carolina | 0.6% | 0.0% | -0.6% |
| North Dakota | 0.5% | 0.0% | -0.5% |
| Ohio | 2.2% | 1.5% | -0.6% |
| Oklahoma | 10.0% | 6.0% | -4.0% |
| Oregon | 0.9% | 3.8% | 2.9% |
| Pennsylvania | 3.4% | 1.3% | -2.1% |
| Rhode Island | 0.6% | 1.5% | 0.9% |
| South Carolina | 0.0% | 0.0% | 0.0% |
| South Dakota | 0.7% | 3.1% | 2.4% |
| Tennessee | 0.0% | 0.0% | 0.0% |
| Texas | 0.5% | 0.0% | -0.5% |
| Utah | 0.0% | 0.0% | 0.0% |
| Vermont | 0.0% | 0.0% | 0.0% |
| Virginia | 0.3% | 0.7% | 0.4% |
| Washington | 4.2% | 0.5% | -3.7% |
| West Virginia | 0.6% | 3.4% | 2.8% |
| Wisconsin | 2.3% | 0.3% | -2.0% |
| Wyoming | 0.4% | 0.2% | -0.2% |
| | | | |
| **United States** | **88.5%** | **82.3%** | **-6.2%** |
| **Canada** | **11.5%** | **17.7%** | **6.2%** |



Premium Subscribers can access the GPD Dashboards here:

**Casino Dashboard**

EILERS-FANTINI
Central Game Performance Database (GPD)

**Supplier Dashboard**

EILERS-FANTINI
Central Game Performance Database (GPD)

**Investor Dashboard**

EILERS-FANTINI
Central Game Performance Database (GPD)

*Source: EILERS Slot & Table Count 4Q20 – Market % includes Commercial, Tribal, & Route Ops*

ETG_00000350496

01264



## ETG Performance Report | 2Q22

# Thank you to all participants

Thank you for reading our quarterly ETG Performance Report.  As mentioned at the beginning of this report, The EILERS-FANTINI Central Game Performance Database (GPD) collects and tracks relative slot machine performance data provided by individual casinos and then standardizes and aggregates the data.  All data is held in a secure online database and no individual casino data is viewable.  Database subscribers can look up game performance information on individual games as well as create custom performance reports tailored to their specific business needs and geographic location.

The EILERS-FANTINI GPD is an extension to the existing EILERS-FANTINI Slot Survey which is the gaming industry's largest survey tracking purchasing and performance trends across roughly 500,000 slot machines worldwide. This database service and monthly report are both free to qualified gaming operators who participate and provide monthly performance data.  If you are not currently participating, but are interested, please contact Rick Eckert at reckert@ekgamingllc.com or call at 702-530-1377.



## About Eilers & Krejcik Gaming, LLC

Eilers & Krejcik Gaming, LLC is a boutique research firm focused on servicing the gaming equipment, technology, and interactive sectors within the casino gaming industry. Our products and services include market research, company research, and consulting & advisory services designed specifically for casino operators, equipment & technology suppliers, online & social gaming operators and suppliers, gaming regulators, and investors.

Additional information regarding our research products and services can be obtained calling Todd Eilers at 949.887.7701 or visiting our website at www.ekgamingllc.com.

## About Fantini Research

Fantini Research publishes e-dailies and information services for investment professionals and corporate executives. Fantini also performs research projects on request and offers an advisory service, Gaming Investment Research.

Additional information regarding Fantini research products and services can be obtained calling Ashley Diem at 302-730-3793 or visiting the company's website at www.fantiniresearch.com.

ETG_00000350497

01265

**ETG Performance Report | 2Q22**



## Disclosure

Eilers & Krejcik Gaming, LLC is an independent research firm and is neither a registered broker dealer nor a registered investment advisor.  No information contained in this report shall constitute as a recommendation or solicitation to buy or sell a security.  Individuals receiving this report should consult with an investment advisor or registered representative before making an investment decision related to any information contained in this report.  In addition, Eilers & Krejcik Gaming, LLC either does, or may seek to do business with any company mentioned in this report.

This report was prepared for and distributed to clients of Eilers & Krejcik Gaming, LLC.  If you are not the intended recipient and/or received this report in error, please delete this document and notify Eilers & Krejcik Gaming, LLC at teilers@ekgamingllc.com, or call 949-887-7726.

This report is also protected by federal copyright law.  Any unauthorized review, dissemination, or copying of this communication is strictly prohibited. By accessing, reading, storing, distributing and archiving this research report, you hereby agree, fully, and without dispute, to all terms and conditions outlined above.



ETG_00000350498

01266

# Exhibit B-18

# ETG_00000350379 – ETG_00000350438

# Eilers & Krejcik Gaming & Fantini Research's
# November 2, 2022
# ETG Performance Report – 3Q22



**EILERS-FANTINI**
**Central Game Performance Database (GPD)**

*ETG Performance Report — 3Q22*

*Published on November 2nd, 2022*

*This presentation has been prepared exclusively for clients of Eilers & Krejcik Gaming, LLC and Fantini Research. No parts of this report may be copied, reproduced or disseminated without prior written consent.*

ETG_00000350379
01268



**ETG Performance Report | 3Q22**

# Contents

I.      Overview

II.     Supplier Highlights

III.    Vegas Advantage ETG Insights

IV.     Operator Participation

V.      ETG Overview and Trends

VI.     Supplier Market Share and Analysis

VII.    ETG Performance

# Authors



**Sydney Iturraran**
Sr. Data Analyst, Eilers & Krejcik Gaming, LLC
siturraran@ekgamingllc.com



**Brendan Moore**
Director, Eilers & Krejcik Gaming, LLC
bmoore@ekgamingllc.com



**Todd Eilers**
Principal, Eilers & Krejcik Gaming, LLC
teilers@ekgamingllc.com



**Rick Eckert**
Managing Director, Eilers & Krejcik Gaming, LLC
reckert@ekgamingllc.com



**Phil Bernard**
Managing Director, Eilers & Krejcik Gaming, LLC
pbernard@ekgamingllc.com



**Ashley Diem**
Publisher & Executive Editor, Fantini Research
adiem@fantiniresearch.com

## NEW Quarterly GPD Report – ETG Performance Report

Our novel ETG Report will be distributed quarterly and provide analysis on the following:

- Market Size
- Market Share by Supplier
- ETG Performance Trends
- Average Bet
- Cabinet Performance
- And more!

**Estimated Theo Per Day $**

| ETG Parent (group) | 2021 Q1 | 2021 Q2 | 2021 Q3 | 2021 Q4 | 2022 Q1 | 2022 Q2 | 2022 Q3 |
|---|---|---|---|---|---|---|---|
| Baccarat | | | $137 | $138 | $218 | | $55 |
| Big Six & Big Wheel | $196 | $119 | $62 | $46 | $47 | $87 | $141 |
| Blackjack | $214 | $175 | $156 | $162 | $163 | $157 | $171 |
| Craps | $99 | $123 | $119 | $167 | $181 | $186 | $194 |
| ETG Multigame | $214 | $225 | $184 | $206 | $226 | $212 | $259 |
| Roulette | $402 | $378 | $336 | $351 | $465 | $496 | $539 |
| Grand Total | $243 | $241 | $205 | $231 | $284 | $289 | $322 |

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

◀ Back to Contents   2

ETG_00000350380

01269

## ETG Performance Report | 3Q22

# Contents

- Overview
- Supplier Highlights
- Vegas Advantage ETG Insights
- Operator Participation
- ETG Overview and Trends
- Supplier Market Share and Analysis
- ETG Performance



ETG_00000350381
01270





# Overview & Background

**Description:**

This quarterly report is designed to provide a detailed overview of current Electronic Table Game (ETG) market and trends in the North American gaming market.

**Methodology:**

To prepare this report we utilized data from the EILERS-FANTINI Central Game Performance Database (GPD) as well as the EILERS-FANTINI quarterly slot survey.

## Central Game Performance Database

The EILERS-FANTINI Central Game Performance Database (GPD) collects and tracks relative slot machine performance data provided by individual casinos on a monthly basis and then standardizes and aggregates the data. All data is held in a secure online database and no individual casino data is viewable.

Database subscribers can look up game performance information on individual games as well as create custom performance reports tailored to their specific business needs and geographic location. The GPD is an extension to the existing EILERS-FANTINI Slot Survey which is the gaming industry's largest survey tracking purchasing and performance trends across over 500,000 slot machines worldwide.

## Participation Details

This database service is free to qualified gaming operators who participate and provide monthly performance data.

If you are not currently participating, but are interested, please contact Rick Eckert at reckert@ekgaminglic.com or call at 702-530-1377.

ETG_00000350382



# GPD Overview – Statistics and Information

* Three Month Average Active Participation

### Casinos

**444**

### Game Themes

**8,912**

### Slots

**369,667**

## Game Performance Database – Participation



Slots    Casinos

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

ETG_00000350383
01272

**ETG Performance Report | 3Q22**

 



Please note that the data used to compile this report comes from the EILERS-FANTIN Central Game Performance Database and only reflects the performance of games within the casinos and markets that are currently participating in our central database service. This report is not necessarily representative of the entire North American gaming market.

ETG_00000350384
01273

**ETG Performance Report | 3Q22**



# Contents

- Overview
- **Supplier Highlights**
- Vegas Advantage ETG Insights
- Operator Participation
- ETG Overview and Trends
- Supplier Market Share and Analysis
- ETG Performance

ETG_00000350385

01274



**ETG Performance Report | 3Q22**

# Key Insights – Suppliers



### Interblock – Maintaining over 55% of Active Leased ETGs Theo Win

We estimate Interblock's takes the top 3 rankings for % of total theoretical win by game/supplier. At #1 is Interblock's ETG Multigame with 21.8% of the theo win, followed by their Roulette (20.1%) and Baccarat (15.5%) (Page 46).



### Light & Wonder – Individual Roulette Strong Performance of $599

LNW's individual Roulette consoles have an average bet of $40.86 and an estimated TPD of $599. (Page 52).

We estimate average Theo per Day on Quartz Hybrid Standalone Community ETG at $340 (page 52).



### IGT – Highest Average Bet on Stadium ETGs

IGT's stadium ETG Multigames show the highest bets of any other titles in the stadium category, by suppliers, with Dealer Assist or Automated terminals seeing average bets just under $50 (page 53).

Average IGT automated Roulette 00 performance is $514 (page 53).

Standalone Community ETG Multigame on Dynasty average performance at $188 (page 53).



### Aruze – Lucky Roulette with TPD Performance over $300

Aruze's Lucky Roulette, a "hybrid roulette" combining classic mechanical elements with innovative projection mapping technology, shows an estimated TPD of $368 (page 54).

Dealer assist Roll to Win Craps continues to have strong performance with an average bet of $20.72 and estimated TPD of $340.



### Alfastreet – Roulette 00 sees Strong Performance but Low Sample Size

Alfastreet's Roulette ETG yields a TPD of $356, leading the "Other Suppliers" segment by a considerable margin.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

◀ Back to Contents 8

ETG_00000350386
01275

# Key Insights – Suppliers



**GamingArts®**

### Gaming Arts – Casino Wizard VIP to Include New Player Favorites

Casino Wizard VIP adds four more table game favorites. The new game lineup includes blackjack, craps, roulette, baccarat, Pai Gow Progressive, Super Big 6 Wheel, Triple Card Poker and Swap'Em Poker.

To balance the normal lower hold of table games, Gaming Arts has created an entire suite of innovative side bets to level the playing field for the operator. These include Bac+4, Super 7/11 for Craps, Lucky Charlie for Blackjack, Big Pai Plus and Triple Plus. Not only that, many of the games also include exciting progressives to appeal to all players.



### Incredible Technologies – New Grand Crystal 2 ETG

Incredible Technologies showcased their Grand Crystal 2 product, currently featuring Roulette and Craps, at IGA and G2E this year. IT also showcased new Class II technology for Roulette and Craps which is set to hit the market in 2023.



### Novomatic Americas – Two NEW Roulette Themes Hitting Market This Year

While we do not have sufficient data in GPD to report on Novomatic ETGs, we expect to see more Novomatic presence as they release two Roulette themes this year.

Charming Lady's Roulette selects one to five numbers for a boosted payout and Going for Gold Progressive adds a new multi-level progressive side bet.



### Sega Sammy – Sega's ETG Product is Baccarat Maximum Fortune on Genesis Cabinet

A stand-alone RNG ETG, Sega Sammy provides operators with a Baccarat table alternative.

Sega provides unique features such as a Quick Results Display feature that shows game results when they do not wish to bet on the current game as well as a Card Squeeze feature.



### Play Synergy – Unique Real Deal Technology on Video Baccarat

Play Synergy (previously Empire) has a Baccarat table alternative that uses unique Real Deal technology to show live action card play on the Golden Frog and Lucky 6 Baccarat themes.

ETG_00000350387
**01276**

**ETG Performance Report | 3Q22**



## Contents

- Overview

- Supplier Highlights

- Vegas Advantage ETG Insights

- Operator Participation

- ETG Overview and Trends

- Supplier Market Share and Analysis

- ETG Performance

ETG_00000350388
01277



**ETG Performance Report | 3Q22**

# Vegas Advantage ETG Insights



**VEGASADVANTAGE.COM**

Dear Readers,

The next four slides are complimentary samples **Advantage Media LLC.** Electronic Table games are ever changing and the data on the next few slides shows interesting numbers on minimum bets and installs found at the Las Vegas Strip, including comparisons to types of ETGs.

Their website encompasses information surrounding blackjack, online-poker rooms, sportsbooks and open poker rooms from a variety of large gaming cities, Vegas Advantage also provides a plethora of information on available games, game location and betting options at different casinos.

Eilers & Krejcik Gaming, LLC

If you are interested in additional information, please contact

**John Mehaffey and Kristina Mehaffey** at

admin@vegasadvantage.com

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

ETG_00000350389

01278



# Vegas Advantage ETG Insights



Average Table Game Minimum Bet at Las Vegas Strip Casinos
Electronic Table Games vs Live Table Games (Fall 2022)

ETGs | Live Table Game

| | ETGs | Live Table Game |
|---|---|---|
| Baccarat | $5.05 | $65.20 |
| Big Wheel | $2.21 | $2.00 |
| Blackjack (3:2) | $3.00 | $77.33 |
| Blackjack (6:5) | $4.33 | $15.89 |
| Craps | $3.88 | $16.21 |
| Roulette (00) | $3.66 | $18.04 |
| Roulette (000) | $4.00 | $16.72 |

Data by VegasAdvantage.com

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

◀ Back to Contents  12

ETG_00000350390
01279



# Vegas Advantage ETG Insights



Las Vegas Strip Casino Table Game Installations
Live Table Games vs Electronic Table Games (Fall 2022)

■ Baccarat   ▓ Big Wheel   ▦ Blackjack (6/8 decks)   ▓ Craps   ░ Roulette (00)   ■ Three Card Poker   ▦ Ultimate Texas Hold'em

Live Table Installs: 254, 1, 723, 121, 111, 75, 73

ETGS Installs: 21, 24, 88, 76, 110, 2, 3

Data by VegasAdvantage.com

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

◀ Back to Contents  13

ETG_00000350391

01280



# Vegas Advantage ETG Insights





*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

ETG_00000350392

01281



# Vegas Advantage ETG Insights



**ETG Performance Report | 3Q22**

Eilers&Krejcik Gaming    Fantini Research

## Contents

- Overview
- Supplier Highlights
- Vegas Advantage ETG Insights
- Operator Participation
- ETG Overview and Trends
- Supplier Market Share and Analysis
- ETG Performance



Premium Subscribers can access the GPD Dashboards here:

ETG_00000350394

01283



ETG Performance Report | 3Q22

# ETG Operator Participation - State

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

ETG_00000350395

01284

# Operator Participation – GPD Slot % vs GPD ETG %



*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

ETG_00000350396

01285



# Operator Participation – ETG Floor Share by Jurisdiction

**State Name**

| State | ETG % |
|---|---|
| New York | 11.0% |
| Nevada | 3.1% |
| Wisconsin | 2.7% |
| Maryland | 2.5% |
| Idaho | 2.4% |
| Colorado | 2.2% |
| Indiana | 2.1% |
| Arkansas | 2.1% |
| New Jersey | 2.0% |
| Missouri | 1.7% |
| Arizona | 1.7% |
| Florida | 1.6% |
| Mississippi | 1.6% |
| Pennsylvania | 1.5% |
| Rhode Island | 1.4% |
| Iowa | 1.4% |
| Canada | 1.3% |
| Kansas | 1.0% |
| Oklahoma | 1.0% |
| Minnesota | 0.9% |
| Michigan | 0.9% |
| Delaware | 0.8% |
| California | 0.7% |
| Louisiana | 0.7% |
| New Mexico | 0.5% |
| South Dakota | 0.2% |
| Oregon | 0.1% |
| Illinois | 0.1% |
| West Virginia | 0.0% |

Average ETG % = 1.7%

ETG %

**KEY OBSERVATIONS**

ETGs on average make up about 1.7% of the total slot market share for all the units tracked by the EKG in all jurisdictions in the U.S. and Canada.

Starts with the highest ETG market share:
- New York
- Nevada
- Wisconsin

18 of the 28 jurisdictions on this visualization fall below the 1.7% average for ETG market share, showing massive potential for future market penetration initiatives for ETG manufacturers.

ETG_00000350397

01286



# Operator Participation – ETG Floor Share by Operator Type



**KEY OBSERVATIONS**

U.S. Commercial Casinos show the highest percentage of our data at 3.0% of units.

Canada follows at 2.0%, and then Tribal at 1.0%.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

◀ Back to Contents  20

ETG_00000350398
01287



**ETG Performance Report | 3Q22**

# Supplier Distribution by Market Type, Owned + Leased ETGs

| Sub-Region | Supplier | % of Total Units |
|---|---|---|
| California Tribal Market | Interblock | 44% |
| | Aruze | 15% |
| | Alfastreet | 14% |
| | Gaming Arts | 12% |
| | Light & Wonder | 10% |
| | Igt | 3% |
| | Sega Sammy | 1% |
| Canadian Market | Interblock | 63% |
| | Light & Wonder | 22% |
| | Igt | 12% |
| | Aruze | 4% |
| Destination Market | Interblock | 48% |
| | Aruze | 16% |
| | Igt | 15% |
| | Light & Wonder | 13% |
| | Alfastreet | 7% |
| | Gaming Arts | 1% |
| New York Casinos | Interblock | 65% |
| | Igt | 15% |
| | Light & Wonder | 14% |
| | Alfastreet | 6% |
| | Aruze | 1% |
| Other U.S. Commericial Markets | Interblock | 54% |
| | Light & Wonder | 21% |
| | Aruze | 9% |
| | Igt | 6% |
| | Alfastreet | 5% |
| | Gaming Arts | 3% |
| | Tcsjohnhuxley | 1% |
| | Sega Sammy | 0% |
| Other U.S. Tribal Markets | Interblock | 48% |
| | Aruze | 20% |
| | Igt | 12% |
| | Light & Wonder | 10% |
| | Gaming Arts | 7% |
| | Alfastreet | 3% |

**Supplier (legend):** Alfastreet, Aruze, Gaming Arts, Igt, Interblock, Light & Wonder, Sega Sammy

**% of Total Units**

KEY OBSERVATIONS

A sub-region breakdown is examined here to illustrate ETG market distribution by individual supplier.

Interblock takes the majority of ETG market share in all sub-regions.

Aruze takes 16% in Destination markets and 20% in Other U.S. Tribal markets.

We see LNW at the highest distribution in Canadian markets.

Note: "Destinations Market" includes the Las Vegas Strip and Downtown and Atlantic City.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

◄ Back to Contents  **21**

ETG_00000350399

01288



# Supplier Distribution by Market Type, Leased ETGs

| Sub-Region | Supplier | % of Total Units |
|---|---|---|
| California Tribal Market | Interblock | 55% |
| | Gaming Arts | 18% |
| | Igt | 12% |
| | Light & Wonder | 8% |
| | Aruze | 8% |
| Canadian Market | Interblock | 72% |
| | Light & Wonder | 23% |
| | Aruze | 3% |
| | Gaming Arts | 2% |
| Destination Market | Interblock | 62% |
| | Alfastreet | 16% |
| | Aruze | 12% |
| | Igt | 7% |
| | Light & Wonder | 1% |
| | Gaming Arts | 1% |
| New York Casinos | Interblock | 63% |
| | Igt | 19% |
| | Light & Wonder | 14% |
| | Alfastreet | 4% |
| Other U.S. Commericial Markets | Interblock | 55% |
| | Light & Wonder | 20% |
| | Aruze | 10% |
| | Alfastreet | 7% |
| | Igt | 6% |
| | Gaming Arts | 2% |
| | Sega Sammy | 0% |
| Other U.S. Tribal Markets | Interblock | 54% |
| | Aruze | 23% |
| | Igt | 9% |
| | Gaming Arts | 8% |
| | Alfastreet | 4% |
| | Light & Wonder | 2% |

**Supplier**
- Alfastreet
- Aruze
- Gaming Arts
- Igt
- Interblock
- Light & Wonder
- Sega Sammy

**KEY OBSERVATIONS**

Interblock takes the majority of ETG market share in all sub-regions.

Gaming Arts yields a much higher market share in the California Tribal Market (18%) than the rest of the listed sub-regions combined.

The Other U.S. Commercial Market sub-region contains the most diverse array of suppliers.

Note: "Destination Market" includes the Las Vegas Strip, Downtown Las Vegas, and Atlantic City.

**Note: Lease Only, must have 2 Parent Casinos to be included.**

**\*\*Data filtered to "leased" ETGs.**

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

ETG_00000350400

01289



**ETG Performance Report | 3Q22**

# ETG Operator Participation – Operator Type & Own/Lease mix





*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

◀ Back to Contents  **23**

ETG_00000350401

01290

**ETG Performance Report | 3Q22**

Eilers&Krejcik Gaming    Fantini Research

## Contents

- Overview

- Supplier Highlights

- Vegas Advantage ETG Insights

- Operator Participation

- ETG Overview and Trends

- Supplier Market Share and Analysis

- ETG Performance



Premium Subscribers can access the GPD Dashboards here:

Casino Dashboard
EILERS-FANTINI
Central Game Performance Database (GPD)

Supplier Dashboard
EILERS-FANTINI
Central Game Performance Database (GPD)

Investor Dashboard
EILERS-FANTINI
Central Game Performance Database (GPD)

+ableau    Eilers&Krejcik Gaming

ETG_00000350402
01291



# ETGs Bring Incremental Revenue to the Casino

ETGs provide value through the following:

| Average Bet | × | Time | × | Hold % | = | Revenue |
|---|---|---|---|---|---|---|
| We see in our database that there is an increase in the average bet among ETG players. New, exciting cabinets and games bring entice traditional table players. | | ETGs help speed up hands per hour. By dealing to all players quick and efficiently and avoiding manual dealing of winnings at the end of each session, time is increased. | | New, exciting side bets help raise the Hold % relative to a traditional table. | | ETGs bring revenue to casino by attracting valuable players to ETGs, increase hands per hour, and increase hold % with new side bets. |

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

◀ Back to Contents  25

ETG_00000350403

01292

 

ETG Performance Report | 3Q22

# Stadium Units Increase as a % of ETGs – All Suppliers

We note the Quarterly trends of the ETG install base by type. We notice that Stadium ETGs have decreased in share while Individual terminals have increased from Q4 2020 to Q3 2022.



*Owned + Leased North American ETGs only.
**Methodology revised from prior reports. Any ETG Multigame with at least 12 units assumed to be Stadium (inclusive of both automated and hybrid).

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

ETG_00000350404

01293



**ETG Performance Report | 3Q22**

# Stadium Units Increase as a % of ETGs – Interblock & LNW

ETG Type Trend Interblock





ETG Type Trend LNW





*Source:  EILERS-FANTINI Central Game Performance Database – Data Through September '22*

ETG_00000350405

01294



ETG Performance Report | 3Q22

# Stadium Units Increase as a % of ETGs – IGT & Aruze

ETG Type Trend IGT

Standalone 72%

Stadium 28%

ETG Type Trend Aruze

Standalone 100%

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

**Back to Contents** 28

ETG_00000350406

01295

Eilers&Krejcik Gaming    Fantini Research

# The Most Common Style of Standalone ETG Distribution is Fully-Automated

**ETG Distribution**
- Automated
- Video
- Dealer Assist
- Dealer Assist or Automated

Dealer Assist/Automated options include hybrid ETG multigames. The only pure Dealer Assist standalone is Aruze's Roll to Win Craps.



ETG Distribution Style Trend (Standalone ETGs)

*Source:  EILERS-FANTINI Central Game Performance Database – Data Through September '22*

ETG_00000350407
01296



# ETG Overview – ETG Type Distribution Trend (GPD)

**ETG Distribution Style Trend - Interblock**

**ETG Distribution**
- Dealer Assist or Automated
- Automated
- Video
- Dealer Assist





**ETG Distribution Style Trend - LNW**



**DISCLAIMER: This data is representative of operators who participate in the EILERS-FANTINI GPD and may not reflect the overall market. For example, we acknowledge products such as Poker ETGs that exist in market but not within the GPD.**

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

❮ Back to Contents  30

ETG_00000350408
01297



**ETG Performance Report | 3Q22**

# ETG Overview – ETG Type Distribution Trend (GPD)

ETG Distribution Style Trend - IGT

**ETG Distribution**
- Dealer Assist or Automated
- Automated
- Video
- Dealer Assist





ETG Distribution Style Trend - Aruze





**DISCLAIMER: This data is representative of operators who participate in the EILERS-FANTINI GPD and may not reflect the overall market. For example, we acknowledge products such as Poker ETGs that exist in market but not within the GPD.**

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

◀ Back to Contents  31

ETG_00000350409

01298



**ETG Performance Report | 3Q22**

# ETG Annual Market Size – U.S. & Canada Leased + Owned ETGs

Covid Impact

Cumulative average growth rate (CAGR) over the last 8 years is roughly 7.30%

**KEY OBSERVATIONS**

Using EILERS-FANTINI slot survey and GPD data, we estimate the historical ETG market sizing and an estimate for 2022.

These estimates are inclusive of all ETGs both leased and owned in our database.

Estimate excludes Electronic Poker Tables. Estimate includes Cruise.

| 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022Q3 |
|------|------|------|------|------|------|------|------|--------|
| 8,501 | 10,719 | 13,859 | 12,103 | 12,804 | 12,486 | 15,720 | 16,044 | 16,031 |

ETG_00000350410

01299



# ETG Quarterly Market Size – U.S. & Canada Leased + Owned ETGs

Leased
Owned

**KEY OBSERVATIONS**

We started tracking quarterly active ETG estimates in 2021-Q2.

These estimates include automated ETGs as well as Video and Stadium ETGs (both leased + owned).

Estimate excludes Electronic Poker Tables. Estimate excludes Cruise and Caribbean.

| Quarter | Total | Leased | Owned |
|---|---|---|---|
| 2021Q2 | 15,099 | 12,638 | 2,460 |
| 2021Q3 | 15,939 | 14,156 | 1,784 |
| 2021Q4 | 16,044 | 14,466 | 1,578 |
| 2022Q1 | 16,229 | 14,239 | 1,990 |
| 2022Q2 | 15,509 | 14,263 | 1,246 |
| 2022Q3 | 16,031 | 13,912 | 2,119 |

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

◀ Back to Contents  33

ETG_00000350411

01300



**ETG Performance Report | 3Q22**

# ETG Overview – ETG Market Penetration

Market Penetration = Count of Casinos with ETGs / Casino Count

Market Penetration

| Month | Value |
|---|---|
| January 2021 | 54% |
| February 2021 | 55% |
| March 2021 | 58% |
| April 2021 | 56% |
| May 2021 | 56% |
| June 2021 | 56% |
| July 2021 | 58% |
| August 2021 | 58% |
| September 2021 | 62% |
| October 2021 | 59% |
| November 2021 | 61% |
| December 2021 | 61% |
| January 2022 | 61% |
| February 2022 | 60% |
| March 2022 | 60% |
| April 2022 | 58% |
| May 2022 | 58% |
| June 2022 | 59% |
| July 2022 | 58% |
| August 2022 | 58% |
| September 2022 | 58% |

ETGs continue to see massive market penetration compared to pre-pandemic levels

We see peak penetration of ETGs between September 2021 and January 2022, then it seems to be slightly declining overall through 2022.

58% of the properties tracked have ETGs.

In this chart, we apply a same-store filter.

**DISCLAIMER: This data is representative of operators who participate in the EILERS-FANTINI survey and GPD and may not reflect the overall market.**

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

◀ Back to Contents 34

ETG_00000350412

01301

 

# ETG Overview – Average Leased Units Per Casino (Same-Store)

Chart — Units Per Casino by month:

| Month | Units Per Casino |
|---|---|
| January 2021 | 11.4 |
| February 2021 | 11.9 |
| March 2021 | 12.0 |
| April 2021 | 12.3 |
| May 2021 | 12.8 |
| June 2021 | 13.6 |
| July 2021 | 13.4 |
| August 2021 | 14.6 |
| September 2021 | 15.1 |
| October 2021 | 15.3 |
| November 2021 | 15.5 |
| December 2021 | 15.4 |
| January 2022 | 16.4 |
| February 2022 | 16.4 |
| March 2022 | 16.4 |
| April 2022 | 16.3 |
| May 2022 | 16.3 |
| June 2022 | 16.6 |
| July 2022 | 16.0 |
| August 2022 | 16.5 |
| September 2022 | 16.7 |

Average leased ETGs per property continues to increase.

Relative to January 2021, we see a 46% growth in ETG installs on a same-store basis.

We conclude that the typical operator who has ETGs is satisfied with performance and is adding incremental units.

**DISCLAIMER: This data is representative of operators who participate in the EILERS-FANTINI survey and GPD and may not reflect the overall market. This figure EXCLUDES operators in New York due to regulations around live table games impacting ETG footprint.**

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

Back to Contents  35

ETG_00000350413
01302

**ETG Performance Report | 3Q22**



# ETG Overview – ETG Average Bet Trend (Same-Store)



*Average Bet was tracked starting in 3Q20.

**We are applying a same-store filter to this graphic moving forward as it better illustrates the underlying average bet trend.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

◀ Back to Contents 36

ETG_00000350414

01303



**ETG Performance Report | 3Q22**

# ETG Overview – ETG Type Distribution Trend (GPD)

**ETG Parent**
- Etg Multigame
- Roulette
- Craps
- Blackjack
- Baccarat
- Big Six
- Sicbo
- Poker

**KEY OBSERVATIONS**

Roulette type ETGs are down a total of 11% since Q4 2020 even as more Roulette suppliers hit market (TCS, Alfa).

Stadium style ETGs fall under the ETG Multigame designation taking up the most market share in Q3 2022 at 39%.

Blackjack/Baccarat share decreased the most over the past two years.

Blackjack House Edge tends to be lower than other table games and Baccarat players have a tendency to play at tables over ETGs.

| Quarter | Etg Multigame | Blackjack | Craps | lower band |
|---|---|---|---|---|
| 2020 Q4 | 30% | 37% | 15% | 10% / 7% |
| 2021 Q1 | 29% | 35% | 18% | 11% / 6% |
| 2021 Q2 | 30% | 34% | 19% | 11% / 5% |
| 2021 Q3 | 32% | 34% | 18% | 11% |
| 2021 Q4 | 38% | 31% | 17% | 10% |
| 2022 Q1 | 37% | 33% | 17% | 10% |
| 2022 Q2 | 39% | 33% | 16% | 9% |
| 2022 Q3 | 39% | 33% | 15% | 9% |

**DISCLAIMER: This data is representative of operators who participate in the EILERS-FANTINI GPD and may not reflect the overall market. For example, we acknowledge products such as Poker ETGs that exist in market but not within the GPD.**

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

ETG_00000350415

01304



**ETG Performance Report | 3Q22**

# ETG Overview – ETG Estimated Theo Per Day Trend

| ETG Parent (group) | 2021 Q1 | 2021 Q2 | 2021 Q3 | 2021 Q4 | 2022 Q1 | 2022 Q2 | 2022 Q3 | Grand Total |
|---|---|---|---|---|---|---|---|---|
| Baccarat | | | $137 | $138 | $218 | | $55 | $145 |
| Big Six & Big Wheel | $196 | $119 | $62 | $46 | $47 | $87 | $141 | $91 |
| Blackjack | $214 | $175 | $156 | $162 | $163 | $157 | $171 | $167 |
| Craps | $99 | $123 | $119 | $167 | $181 | $186 | $194 | $161 |
| ETG Multigame | $214 | $225 | $184 | $206 | $226 | $212 | $259 | $220 |
| Roulette | $402 | $378 | $336 | $351 | $465 | $496 | $539 | $438 |
| Grand Total | $243 | $241 | $205 | $231 | $284 | $289 | $322 | $266 |

**KEY OBSERVATIONS**

Roulette continues to dominate Theo Per Day at $539 for Q3 2022.

ETG Multigames take a lesser value but keep in mind that aggregate revenue from stadiums can get large.

Craps sees large growth over the past year. We attribute much of this to popular archetypes like Roll to Win Craps/Universal Craps.

*Variance over time can in part be due to inclusion of new operators in the GPD

**DISCLAIMER: This data is representative of operators who participate in the EILERS-FANTINI survey and GPD and may not reflect the overall market.**

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

**◀ Back to Contents** 38

ETG_00000350416
01305

**ETG Performance Report | 3Q22**



## Contents

- Overview

- Supplier Highlights

- Vegas Advantage ETG Insights

- Operator Participation

- ETG Overview and Trends

- Supplier Market Share and Analysis

- ETG Performance

ETG_00000350417

01306



# Supplier Overview – Market Share and Unit Count (Leased + Owned ETGs)



U.S. & Canada - Estimated Market Share %



**KEY OBSERVATIONS**

We estimate the QoQ Growth in both leased and owned ETG market share several suppliers.

We evaluate Interblock at 62.2% up from 58.9% in 2021Q3.

A small incline from most suppliers this month as we see a small incline in market size this quarter (slide 33).

U.S. & Canada - Lease + Owned Estimates

| ETG Supplier | 2021Q2 | 2021Q3 | 2021Q4 | 2022Q1 | 2022Q2 | 2022Q3 |
|---|---|---|---|---|---|---|
| Alfastreet | 184 | 124 | 185 | 172 | 126 | 175 |
| Aruze | 1,505 | 1,659 | 1,684 | 1,582 | 1,243 | 1,428 |
| Gaming Arts | 154 | 209 | 200 | 180 | 145 | 227 |
| IGT | 1,627 | 1,450 | 1,358 | 1,464 | 1,175 | 1,441 |
| Interblock | 8,479 | 9,390 | 9,564 | 9,735 | 9,945 | 9,972 |
| Light & Wonder | 3,091 | 2,993 | 2,916 | 2,977 | 2,789 | 2,772 |
| Others | 59 | 115 | 136 | 119 | 86 | 16 |

**DISCLAIMER: These estimates are in part augmented by operators who participate in the EILERS-FANTINI survey and GPD and may not reflect the overall market. Figures may be revised as data is introduced.**

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

ETG_00000350418
01307



**ETG Performance Report | 3Q22**

# Supplier Overview – Market Share and Unit Count (Active Leases)

### U.S. & Canada - Estimated Market Share %





**KEY OBSERVATIONS**

We estimate the QoQ active lease growth and market share trends.

We estimate Interblock 2022-Q3 at 68.9% of active leases.

We estimate LNW at 2,193 active leases and IGT at 925 active leases.

### U.S. & Canada - Active Lease Estimates

| ETG Supplier | 2021Q2 | 2021Q3 | 2021Q4 | 2022Q1 | 2022Q2 | 2022Q3 |
|---|---|---|---|---|---|---|
| Alfastreet | 74 | 83 | 138 | 112 | 93 | 115 |
| Aruze | 1,070 | 1,285 | 1,373 | 1,147 | 1,001 | 1,001 |
| Gaming Arts | 93 | 140 | 140 | 95 | 80 | 80 |
| IGT | 917 | 946 | 975 | 943 | 925 | 925 |
| Interblock | 8,000 | 9,084 | 9,266 | 9,414 | 9,687 | 9,590 |
| Light & Wonder | 2,442 | 2,532 | 2,532 | 2,486 | 2,437 | 2,193 |
| Others | 42 | 87 | 43 | 42 | 41 | 8 |

**DISCLAIMER: These estimates are in part augmented by operators who participate in the EILERS-FANTINI survey and GPD and may not reflect the overall market. Figures may be revised as data is introduced.**

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

ETG_00000350419
01308

**ETG Performance Report | 3Q22**



# Supplier Overview – GPD Participation ETG Distribution (Owned & Leased)

**KEY OBSERVATIONS**

Using GPD with just under 370,000 slots tracked, we illustrate supplier distribution. We note that these figures may not represent market.

Within GPD data, Interblock now eclipses over 55% of all ETG data in our database for both owned and leased units.

| Supplier | 2020 Q4 | 2021 Q1 | 2021 Q2 | 2021 Q3 | 2021 Q4 | 2022 Q1 | 2022 Q2 | 2022 Q3 |
|---|---|---|---|---|---|---|---|---|
| Igt | 14.3% | 13.5% | 14.4% | 14.7% | 13.9% | 13.3% | 12.6% | 11.7% |
| Aruze | 9.3% | 10.1% | 10.1% | 9.9% | 10.5% | 10.7% | 9.5% | 8.9% |
| Alfastreet | 2.0% | 2.2% | 2.9% | 3.5% | 3.0% | 5.4% | 4.9% | 5.0% |
| Gaming Arts | 1.1% | 1.2% | 1.6% | 1.7% | 2.3% | 2.7% | 2.6% | 2.3% |
| Interblock | 50.5% | 48.5% | 50.0% | 49.1% | 51.4% | 50.2% | 52.8% | 55.3% |
| Light & Wonder | 21.6% | 23.6% | 20.6% | 20.5% | 18.1% | 17.2% | 17.0% | 16.7% |
| Sega Sammy | 1.2% | 1.0% | 0.6% | 0.3% | 0.2% | 0.1% | | 0.2% |
| Tcsjohnhuxley | | | | 0.4% | 0.5% | 0.4% | 0.5% | |
| Grand Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

**DISCLAIMER: This data is representative of operators who participate in the GPD and may not reflect the overall market. At least two unique parent operators must be represented to be included.**

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

◀ Back to Contents  42

ETG_00000350420
01309

**ETG Performance Report | 3Q22**    Eilers&Krejcik Gaming    Fantini Research

# Supplier Overview – GPD Participation ETG Distribution (Leased)



| Supplier | 2020 Q4 | 2021 Q1 | 2021 Q2 | 2021 Q3 | 2021 Q4 | 2022 Q1 | 2022 Q2 | 2022 Q3 |
|---|---|---|---|---|---|---|---|---|
| Igt | 10.6% | 10.5% | 12.3% | 12.1% | 11.6% | 11.4% | 9.5% | 9.0% |
| Aruze | 7.0% | 7.2% | 7.3% | 6.4% | 7.4% | 7.0% | 6.5% | 5.2% |
| Alfastreet | 2.0% | 1.9% | 2.4% | 3.8% | 3.1% | 5.3% | 5.2% | 4.8% |
| Gaming Arts | 0.6% | 0.4% | 0.8% | 1.1% | 1.9% | 2.3% | 1.6% | 1.2% |
| Interblock | 58.9% | 57.4% | 58.7% | 58.2% | 60.1% | 59.6% | 62.7% | 66.0% |
| Light & Wonder | 19.6% | 21.7% | 18.1% | 18.3% | 16.0% | 14.4% | 14.5% | 13.7% |
| Sega Sammy | 1.2% | 0.9% | 0.5% | 0.2% | | 0.1% | | 0.1% |
| Grand Total | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

**KEY OBSERVATIONS**

Using GPD with around 370,000 slots tracked, we illustrate supplier distribution. We note that these figures may not represent market.

Within GPD data, Interblock eclipses 66% of all leased ETG units tracked in our GPD.

We see many suppliers take a slight decline this quarter – we note that casinos are still working through a post-covid era of adjustments.

**DISCLAIMER: This data is representative of operators who participate in the GPD and may not reflect the overall market. At least two unique parent operators must be represented to be included.**

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

ETG_00000350421

01310



**ETG Performance Report | 3Q22**

# ETG Gross Win % by Supplier

## ETG Gross Win % by Supplier - Owned & Leased

| | | Number of Records | % of Theo Win | | |
|---|---|---|---|---|---|
| 1 | Interblock | 2,667 | 59.0% | | 59.0% ◯ |
| 2 | Light & Wonder | 747 | 15.1% | ◯ 15.1% | |
| 3 | Igt | 528 | 10.7% | ◯ 10.7% | |
| 4 | Aruze | 421 | 7.2% | ◯ 7.2% | |
| 5 | Alfastreet | 238 | 6.7% | ◯ 6.7% | |
| 6 | Gaming Arts | 104 | 1.1% | ◯ 1.1% | |
| 7 | Sega Sammy | 9 | 0.1% | ◯ 0.1% | |

## ETG Gross Win % by Supplier - Leased Only

| | | Number of Records | % of Theo Win | | |
|---|---|---|---|---|---|
| 1 | Interblock | 2,422 | 66.1% | | 66.1% ◯ |
| 2 | Light & Wonder | 489 | 12.5% | ◯ 12.5% | |
| 3 | Igt | 307 | 10.8% | ◯ 10.8% | |
| 4 | Alfastreet | 178 | 5.2% | ◯ 5.2% | |
| 5 | Aruze | 188 | 4.9% | ◯ 4.9% | |
| 6 | Gaming Arts | 44 | 0.5% | ◯ 0.5% | |
| 7 | Sega Sammy | 5 | 0.0% | ◯ 0.0% | |

**KEY OBSERVATIONS**

Interblock continues to lead in the Theoretical Win category with 59.0% of all ETGs and 66.1% of leased ETGs.

LNW and IGT come in #2 and #3, taking 15.1% and 10.7%, respectively, of the theoretical win of all ETGs.

Alfastreet/Gaming Arts take 6.7%/1.1% share respectively of the total ETG revenue.

Utilizing the GPD, we filter on ETG suppliers with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included.

*Source:  EILERS-FANTINI Central Game Performance Database – Data Through September '22*

ETG_00000350422
01311



**ETG Performance Report | 3Q22**

# ETG Gross Win % by ETG Type and Supplier – Owned & Leased



| | | | Number of Records | % of Theo Win | |
|---|---|---|---|---|---|
| 1 | Etg Multigame | Interblock | 957 | 19.5% | 19.5% ○ |
| 2 | Roulette | Interblock | 772 | 17.9% | ○ 17.9% |
| 3 | Baccarat | Interblock | 285 | 13.2% | ○ 13.2% |
| 4 | Roulette | Igt | 249 | 8.7% | 8.7% |
| 5 | Roulette | Alfastreet | 228 | 6.4% | ○ 6.4% |
| 6 | Craps | Aruze | 325 | 5.7% | ○ 5.7% |
| 7 | Roulette | Light & Wonder | 223 | 5.6% | ○ 5.6% |
| 8 | Etg Multigame | Light & Wonder | 274 | 5.0% | ○ 5.0% |
| 9 | Blackjack | Light & Wonder | 225 | 4.3% | ○ 4.3% |
| 10 | Craps | Interblock | 271 | 4.2% | ○ 4.2% |
| 11 | Blackjack | Interblock | 268 | 3.1% | ○ 3.1% |
| 12 | Etg Multigame | Igt | 236 | 1.8% | ○ 1.8% |
| 13 | Roulette | Aruze | 52 | 1.5% | ○ 1.5% |
| 14 | Big 6 | Interblock | 55 | 1.3% | ○ 1.3% |
| 15 | Etg Multigame | Gaming Arts | 103 | 1.1% | ○ 1.1% |
| 16 | Blackjack | Igt | 40 | 0.3% | ○ 0.3% |
| 17 | Baccarat | Sega Sammy | 9 | 0.1% | ○ 0.1% |
| 18 | Big 6 | Aruze | 20 | 0.1% | ○ 0.1% |
| 19 | Sicbo | Aruze | 14 | 0.0% | ○ 0.0% |

**KEY OBSERVATIONS**

Interblock's ETG Multigame leads market share in this category at 19.5% of Theoretical Win of all ETGs.

IGT's Roulette comes in at #4 at 8.7% of revenue.

Aruze's aggregated Craps products account for 5.7% of revenue.

LNW's Blackjack represents 4.3% of revenue. This number includes Fusion/Shufflemaster product.

Utilizing the GPD, we filter on ETG suppliers with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

**◀ Back to Contents** 45

ETG_00000350423
01312



ETG Performance Report | 3Q22

# ETG Gross Win % by ETG Type and Supplier – Leased Only

| | | | Number of Records | % of Theo Win |
|---|---|---|---|---|
| 1 | Etg Multigame | Interblock | 814 | 21.8% |
| 2 | Roulette | Interblock | 737 | 20.1% |
| 3 | Baccarat | Interblock | 285 | 15.5% |
| 4 | Roulette | Igt | 147 | 9.4% |
| 5 | Etg Multigame | Light & Wonder | 217 | 5.4% |
| 6 | Roulette | Alfastreet | 168 | 4.9% |
| 7 | Craps | Interblock | 251 | 4.6% |
| 8 | Blackjack | Light & Wonder | 185 | 4.3% |
| 9 | Craps | Aruze | 157 | 4.0% |
| 10 | Blackjack | Interblock | 246 | 3.3% |
| 11 | Roulette | Light & Wonder | 62 | 2.5% |
| 12 | Etg Multigame | Igt | 127 | 1.4% |
| 13 | Big 6 | Interblock | 39 | 1.2% |
| 14 | Roulette | Aruze | 26 | 0.9% |
| 15 | Etg Multigame | Gaming Arts | 43 | 0.5% |
| 16 | Blackjack | Igt | 33 | 0.3% |
| 17 | Baccarat | Sega Sammy | 5 | 0.0% |



**KEY OBSERVATIONS**

Interblock's ETG Multigames lead the market share in this category at 21.8% of Theoretical Win.

IGT's Roulette is 9.4% of the share of ETG Theoretical Win.

LNW's ETG Multigame takes 5.4% of the market share.

Alfastreet's Roulette yields 4.9% of the revenue.

Utilizing the GPD, we filter on ETG suppliers with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included.

*Source:  EILERS-FANTINI Central Game Performance Database – Data Through September '22*

ETG_00000350424

01313

## ETG Performance Report | 3Q22



# Contents

- Overview

- Supplier Highlights

- Vegas Advantage ETG Insights

- Operator Participation

- ETG Overview and Trends

- Supplier Market Share and Analysis

- ETG Performance

ETG_00000350425
01314

Eilers&Krejcik Gaming    Fantini Research

# Estimated Gross Theo Per Day $ by State, ETG Stadiums (ETG Multigames)

**DISCLAIMER: This data is representative of operators who participate in the GPD and may not reflect the overall market. At least two unique parent operators must be represented to be included.**

**This includes all leased ETGs including Stadium styles.**



Utilizing the GPD, we filter on ETG parent games and cabinet with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included. These figures are estimates subject to regional bias. These estimates are gross figures and do not include fees. Labor savings are not captured in these figures.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

Back to Contents    48

ETG_00000350426

01315

**ETG Performance Report | 3Q22**    Eilers&Krejcik Gaming    Fantini Research

# Estimated Gross Theo Per Day $ by State, Standalone ETGs

**DISCLAIMER: This data is representative of operators who participate in the GPD and may not reflect the overall market. At least two unique parent operators must be represented to be included.**

**This includes ETGs with standalone generators. ETG Stadiums (live-dealt/automated) are excluded.**



Utilizing the GPD, we filter on ETG parent games and cabinet with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included. These figures are estimates subject to regional bias. These estimates are gross figures and do not include fees. Labor savings are not captured in these figures.

*Source:  EILERS-FANTINI Central Game Performance Database – Data Through September '22*

◀ Back to Contents    49

ETG_00000350427

01316

**ETG Performance Report | 3Q22**    Eilers&Krejcik Gaming    Fantini Research

# All Suppliers – Estimated Gross Theo Per Day $, Parent ETG

DISCLAIMER: This data is representative of GPD Participants. New York operators drive up averages by about 10-15% due to lack of live tables.

| ETG Type | ETG Distribution | Parent Game (group) | Avg Bet | Est. TPD $ |
|---|---|---|---|---|
| Individual | Automated | Big 6 | $7.15 | $41 |
| | | Blackjack | $8.79 | $96 |
| | | Craps | $12.72 | $148 |
| | | Roulette | $12.64 | $125 |
| | | Total | | $127 |
| | Video | Baccarat | $13.62 | $100 |
| | | Blackjack | $14.65 | $82 |
| | | Etg Multigame | $14.32 | $165 |
| | | Roulette | $26.25 | $324 |
| | | Total | | $241 |
| Stadium | Dealer Assist or Automated | Etg Multigame | $26.67 | $186 |
| | | Total | | $186 |
| Standalone | Automated | Baccarat | $19.12 | $48 |
| | | Big 6 | $9.21 | $142 |
| | | Blackjack | $11.10 | $57 |
| | | Craps | $18.47 | $122 |
| | | Roulette | $24.71 | $308 |
| | | Sicbo | $16.19 | $41 |
| | | Total | | $247 |
| | Dealer Assist | Craps | $13.99 | $190 |
| | | Total | | $190 |
| | Dealer Assist or Automated | Etg Multigame | $25.42 | $200 |
| | | Total | | $200 |
| | Video | Blackjack | $25.27 | $152 |
| | | Roulette | $19.34 | $336 |
| | | Total | | $157 |
| Grand Total | | | | $213 |

**KEY OBSERVATIONS**

Video Roulette yields the highest theoretical win per day at $336.

In totality, the average theoretical win per day of all ETG themes is roughly $214.

As mentioned earlier, the lower TPD for Stadium ETGs compared to standalones is offset by the sheer number of players stadium products allow vs standalones.

Note: If New York is excluded from set, averages drop by 10-15%.

Utilizing the GPD, we filter on ETG parent games and cabinet with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included. These figures are estimates subject to regional bias. These estimates are gross figures and do not include fees. Labor savings are not captured in these figures.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

◀ Back to Contents  50

ETG_00000350428

01317



# Interblock – Estimated Gross Theo Per Day $



**DISCLAIMER: This data is representative of GPD Participants.**

**Interblock Cabinets**

| ETG Type | ETG Distribution | Game Name | Avg Bet | Est. TPD $ |
|---|---|---|---|---|
| Individual | Automated | Craps | $12.72 | $102 |
| | | Universal Big 6 | $7.15 | $41 |
| | | Universal Blackjack | $8.92 | $79 |
| | | Universal Craps | $12.46 | $192 |
| | | Universal Roulette | $12.64 | $114 |
| | | Total | | $140 |
| | Video | Blackjack | $14.65 | $157 |
| | | Total | | $157 |
| Stadium | Dealer Assist or Automated | Baccarat | Null | $367 |
| | | Etg Multigame | $20.87 | $185 |
| | | Etg Stadium | $17.68 | $167 |
| | | Pulse Arena | $20.21 | $257 |
| | | Total | | $243 |
| Standalone | Automated | Big 6 | $6.65 | $161 |
| | | Big 6 Super Spin | $7.45 | $105 |
| | | Craps | $19.96 | $95 |
| | | Dual Wheel Roulette | $19.42 | $275 |
| | | Golden Ball Roulette | $21.69 | $188 |
| | | Ministar Craps | $10.08 | $45 |
| | | Ministar Roulette 00 | $25.05 | $414 |
| | | Roulette & Roulette 00 | $21.65 | $236 |
| | | Sicbo | $8.88 | $22 |
| | | Total | | $200 |
| | Dealer Assist or Automated | Etg Multigame | $25.13 | $183 |
| | | Total | | $183 |
| | Video | Baccarat | Null | $912 |
| | | Blackjack | $14.70 | $97 |
| | | Total | | $199 |

| Slot Cabinet Name | Est. TPD $ |
|---|---|
| G5 - Diamond | $215 |

## KEY OBSERVATIONS

Using data from the GPD, we estimate Theo Per Day of different Interblock ETGs.

The Pulse Arena yields TPD of $257 as IB's highest earning ETG multigame in GPD.

We see strong performance from Universal Craps at $192.

Ministar Roulette and traditional Roulette generate similar performance in the GPD.

We also note same store unit growth.

Utilizing the GPD, we filter on ETG parent games and cabinet with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included. These figures are estimates subject to regional bias. These estimates are gross figures and do not include fees. Labor savings are not captured in these figures. Same store unit figure is calculated by taking number of leased ETG units divided by number of casinos in dataset.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

ETG_00000350429

01318



# Interblock – Estimated Gross Theo Per Day $ (Cont.)



DISCLAIMER: This data is representative of GPD Participants.



Utilizing the GPD, we filter on ETG parent games and cabinet with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included. These figures are estimates subject to regional bias. These estimates are gross figures and do not include fees. Labor savings are not captured in these figures. Same store unit figure is calculated by taking number of leased ETG units divided by number of casinos in dataset.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

ETG_00000350430

01319



# ETG Performance Report | 3Q22

Eilers&Krejcik Gaming　　Fantini Research

# Light & Wonder – Estimated Gross Theo Per Day $



LIGHT & WONDER

DISCLAIMER: This data is representative of GPD Participants.

*Video Roulette on Alpha Cabinets*

| ETG Type | ETG Distribution | Game | Avg Bet | Est. TPD $ |
|---|---|---|---|---|
| Individual | Video | Roulette | $40.86 | $599 |
| | | Roulette 00 | $13.14 | $261 |
| | | Total | | $430 |
| | Total | | | $430 |
| Stadium | Dealer Assist or Automated | Etg Multigame | $18.46 | $123 |
| | | Quartz Hybrid | $27.23 | $174 |
| | | Total | | $156 |
| | Total | | | $156 |
| Standalone | Automated | Roulette | Null | $166 |
| | | Roulette 00 | $26.44 | $344 |
| | | Total | | $261 |
| | Dealer Assist or Automated | Quartz Hybrid | Null | $340 |
| | | Total | | $340 |
| | Video | Table Master Fusion Blackjack | $37.11 | $191 |
| | | Total | | $191 |
| | Total | | | $225 |

## LNW Cabinets

| Cabinet | Est. TPD $ |
|---|---|
| Alpha 2 Pro V32 | $111 |
| Alpha 2 Pro Wave | $236 |
| Alpha Elite V32 | $570 |
| Alpha Pro V32 | $611 |
| Bluebird 2 | $101 |
| Fusion | $220 |
| Fusion Hybrid | $208 |
| Quartz | $231 |
| Quartz Hybrid | $144 |

**KEY OBSERVATIONS**

LNW's Video Roulette on the Alpha cabinets still perform strongly at $570.

Standalone Quartz Hybrid is a strong hybrid option for operators lacking real estate needed for an entire Stadium.

The newest ETG multigame units Quartz/Quartz Hybrid are strong stadium performers.

We note a slight decrease in same-store LNW ETG units.

## LNW Same-Store Unit Growth (Owned + Leased)



Utilizing the GPD, we filter on ETG parent games and cabinet with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included. These figures are estimates subject to regional bias. These estimates are gross figures and do not include fees. Labor savings are not captured in these figures. Same store unit figure is calculated by taking number of leased ETG units divided by number of casinos in dataset.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

ETG_00000350431

01320

**ETG Performance Report | 3Q22**



# IGT – Estimated Gross Theo Per Day $



DISCLAIMER: This data is representative of GPD Participants.

| ETG Type | ETG Distribution (group) | Game | Avg Bet | Est. TPD $ |
|---|---|---|---|---|
| Stadium | Dealer Assist | Etg Multigame | $40.06 | $165 |
| | Dealer Assist or Automated | Etg Multigame | $49.81 | $105 |
| | Total | | | $138 |
| Standalone | Automated | Dynasty Roulette | Null | $53 |
| | | Roulette 00 | Null | $514 |
| | | Roulette 000 | $21.51 | $98 |
| | Dealer Assist or Automated | Etg Multigame | $30.26 | $310 |
| | Video | Blackjack | $14.79 | $81 |
| | | Double Blackjack | $0.91 | $29 |
| | Total | | | $247 |

### IGT Cabinets

| Cabinet | Est. TPD $ |
|---|---|
| Dynasty | $188 |
| Mp Series Etg | $460 |
| Peak Terminal | $128 |

This ETG Multigame is a 6-to-10-unit ETG Multigame with Hybrid capabilities.

**KEY OBSERVATIONS**

IGT's Mp Series Etg remains the top performer among all Cabinets at a Theoretical Win per Day of $460, although this number is heavily weighted by the NY market.

The Peak Terminal, which is available in many formats such as Stadium or Standalone as well as Video, Automated, and Dealer-Assist, continuous it's strong performance since its 2022 debut.

Perhaps surprisingly, we see stronger performance on Roulette 00 compared to Roulette 000.

## IGT Same-Store Unit Growth (Owned + Leased)

Units Per Casino

November 2021: 3.9
January 2022: 3.9
3.9
March 2022: 3.9
3.9
3.6
3.6
May 2022: 3.2
3.1
July 2022: 3.2
September 2022: 3.0

Utilizing the GPD, we filter on ETG parent games and cabinet with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included. These figures are estimates subject to regional bias. These estimates are gross figures and do not include fees. Labor savings are not captured in these figures. Same store unit figure is calculated by taking number of leased ETG units divided by number of casinos in dataset.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

ETG_00000350432

01321



# ETG Performance Report | 3Q22

# Aruze – Estimated Gross Theo Per Day $



DISCLAIMER: This data is representative of GPD Participants.

| ETG Type | ETG Distribution | Game Name | Avg Bet | Est. TPD $ |
|---|---|---|---|---|
| Standalone | Dealer Assist | Roll To Win Craps | $20.72 | $340 |
| | | Total | | $340 |
| | Automated | Lucky Big Wheel | $12.45 | $110 |
| | | Lucky Roulette | $20.69 | $368 |
| | | Shoot To Win Craps | $20.41 | $172 |
| | | Total | | $217 |

### Aruze Cabinets

| Cabinet | Est. TPD $ |
|---|---|
| G Station | $199 |
| X Station | $333 |

**KEY OBSERVATIONS**

Aruze's Lucky Roulette leads all its Standalones at $368 in Theo per day in our database. It continues to be the top performer among all Aruze titles by a wide margin.

Roll to Win Craps remains Aruze's lone Stadium ETG with avg. bet of $20.74 and an estimated TPD of $340.

Roll to Win Craps provides value through providing a live-dealer type game but with the need for only one dealer leading to labor savings.

## Aruze Same-Store Unit Growth (Owned + Leased)



Utilizing the GPD, we filter on ETG parent games and cabinet with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included. These figures are estimates subject to regional bias. These estimates are gross figures and do not include fees. Labor savings are not captured in these figures. Same store unit figure is calculated by taking number of leased ETG units divided by number of casinos in dataset.

*Source: EILERS–FANTINI Central Game Performance Database – Data Through September '22*

ETG_00000350433

01322



**ETG Performance Report | 3Q22**

# Other Suppliers – Estimated Gross Theo Per Day $

 

## Other Games

| ETG Type | ETG Distribution | Supplier | Game | Avg Bet | Est. TPD $ |
|---|---|---|---|---|---|
| Individual | Video | GA | Casino Wizard | $14.08 | $160 |
| | | Sega | Baccarat Maximum Fortune | $9.43 | $89 |
| | | Total | | | $154 |
| | Total | | | | $154 |
| Standalone | Automated | Alfa | Roulette | $31.26 | $356 |
| | | Total | | | $356 |
| | Total | | | | $356 |

## Other Cabinet

| Supplier | Cabinet (group) | Est. TPD $ |
|---|---|---|
| Alfa | Lucky 8 | $382 |
| GA | Phocus S104 | $158 |
| Sega | Genesis Slant | $89 |

## Other Suppliers Same-Store Unit Growth (Owned + Leased)



Utilizing the GPD, we filter on ETG parent games and cabinet with at least two unique parent operators. Inclusive of all game denoms and game classifications. U.S. Commercial, U.S. Tribal, and Canadian operators are included. These figures are estimates subject to regional bias. These estimates are gross figures and do not include fees. Labor savings are not captured in these figures. Same store unit figure is calculated by taking number of leased ETG units divided by number of casinos in dataset.

*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

**KEY OBSERVATIONS**

We see Alfastreet's Roulette with a TPD of $356.

Gaming Arts' Casino Wizard does an estimated $160 Theo per day.

We notice same store units has been roughly constant since January 2022.

ETG_00000350434

01323

ETG Performance Report | 3Q22


Eilers&Krejcik Gaming    Fantini Research

## Select New Product – Interblock and Incredible Technologies



**Individual ETGs**

At G2E, Interblock showed off individual gaming terminals for a wide variety of games, aimed at attaining an experience closer to slot play.

"Interblock has transformed table games like Craps, Roulette, Blackjack, and Baccarat into a single-player machine that engages players with live-action meaning the dice pop and realistic cards flip (behind glass). The experience is differentiated and authentic as the game isn't just happening on a screen, it's actually happening."




incredible TECHNOLOGIES®

**NEW Class II Roulette**

At G2E, Incredible Technologies showcased their latest innovation – a set of Electronic Table Games equipped to work in Class II markets.

It will exciting to see the offering begin sitting floors, followed by a Craps iteration, to see how they perform in the market.



*Source: EILERS-FANTINI Central Game Performance Database – Data Through September '22*

◀ Back to Contents **57**

ETG_00000350435
01324

## ETG Performance Report | 3Q22

Eilers&Krejcik Gaming | Fantini Research

# GPD to Market Comparison (Slots % of Total)

| State | Market | GPD | (+/-) |
|---|---|---|---|
| Alabama | 0.9% | 0.0% | -0.9% |
| Alaska | 0.0% | 0.0% | 0.0% |
| Arizona | 2.3% | 1.5% | -0.8% |
| Arkansas | 0.8% | 1.6% | 0.9% |
| California | 10.8% | 7.1% | -3.7% |
| Colorado | 1.6% | 0.7% | -0.9% |
| Connecticut | 0.9% | 0.0% | -0.9% |
| Delaware | 0.7% | 0.5% | -0.1% |
| Florida | 3.0% | 3.6% | 0.6% |
| Georgia | 0.0% | 0.0% | 0.0% |
| Hawaii | 0.0% | 0.0% | 0.0% |
| Idaho | 0.5% | 0.3% | -0.2% |
| Illinois | 1.1% | 8.7% | 7.6% |
| Indiana | 2.1% | 1.5% | -0.6% |
| Iowa | 2.3% | 0.9% | -1.4% |
| Kansas | 1.2% | 1.2% | 0.1% |
| Kentucky | 0.7% | 0.4% | -0.4% |
| Louisiana | 3.1% | 2.7% | -0.4% |
| Maine | 0.2% | 0.0% | -0.2% |
| Maryland | 1.2% | 1.3% | 0.1% |
| Massachusetts | 0.7% | 0.0% | -0.7% |
| Michigan | 3.8% | 2.0% | -1.8% |
| Minnesota | 2.6% | 1.0% | -1.7% |
| Mississippi | 3.3% | 1.7% | -1.6% |
| Missouri | 1.9% | 1.6% | -0.3% |
| Montana | 2.3% | 8.8% | 6.5% |

| State | Market | GPD | (+/-) |
|---|---|---|---|
| Nebraska | 0.1% | 0.0% | -0.1% |
| Nevada | 18.4% | 10.0% | -8.4% |
| New Hampshire | 0.0% | 0.0% | 0.0% |
| New Jersey | 2.1% | 1.2% | -0.9% |
| New Mexico | 2.6% | 0.5% | -2.1% |
| New York | 1.5% | 3.7% | 2.2% |
| North Carolina | 0.6% | 0.0% | -0.6% |
| North Dakota | 0.5% | 0.0% | -0.5% |
| Ohio | 2.2% | 1.4% | -0.8% |
| Oklahoma | 10.0% | 5.7% | -4.3% |
| Oregon | 0.9% | 3.6% | 2.7% |
| Pennsylvania | 3.4% | 1.2% | -2.2% |
| Rhode Island | 0.6% | 1.4% | 0.8% |
| South Carolina | 0.0% | 0.0% | 0.0% |
| South Dakota | 0.7% | 3.0% | 2.3% |
| Tennessee | 0.0% | 0.0% | 0.0% |
| Texas | 0.5% | 0.0% | -0.5% |
| Utah | 0.0% | 0.0% | 0.0% |
| Vermont | 0.0% | 0.0% | 0.0% |
| Virginia | 0.3% | 0.7% | 0.4% |
| Washington | 4.2% | 0.0% | -4.2% |
| West Virginia | 0.6% | 3.3% | 2.7% |
| Wisconsin | 2.3% | 0.3% | -2.0% |
| Wyoming | 0.4% | 0.3% | -0.1% |
| | | | |
| **United States** | **88.5%** | **83.4%** | **-5.1%** |
| **Canada** | **11.5%** | **16.6%** | **5.1%** |

*Source: EILERS Slot & Table Count 4Q21 – Market % includes Commercial, Tribal, & Route Ops*



Premium Subscribers can access the GPD Dashboards here:

**Casino Dashboard**
EILERS-FANTINI
Central Game Performance Database (GPD)

**Supplier Dashboard**
EILERS-FANTINI
Central Game Performance Database (GPD)

**Investor Dashboard**
EILERS-FANTINI
Central Game Performance Database (GPD)

+ableau    Eilers&Krejcik Gaming

ETG_00000350436

01325

 

# Thank you to all participants

Thank you for reading our quarterly ETG Performance Report. As mentioned at the beginning of this report, The EILERS-FANTINI Central Game Performance Database (GPD) collects and tracks relative slot machine performance data provided by individual casinos and then standardizes and aggregates the data. All data is held in a secure online database and no individual casino data is viewable. Database subscribers can look up game performance information on individual games as well as create custom performance reports tailored to their specific business needs and geographic location.

The EILERS-FANTINI GPD is an extension to the existing EILERS-FANTINI Slot Survey which is the gaming industry's largest survey tracking purchasing and performance trends across roughly 500,000 slot machines worldwide. This database service and monthly report are both free to qualified gaming operators who participate and provide monthly performance data. If you are not currently participating, but are interested, please contact Rick Eckert at reckert@ekgamingllc.com or call at 702-530-1377.



## About Eilers & Krejcik Gaming, LLC

Eilers & Krejcik Gaming, LLC is a boutique research firm focused on servicing the gaming equipment, technology, and interactive sectors within the casino gaming industry. Our products and services include market research, company research, and consulting & advisory services designed specifically for casino operators, equipment & technology suppliers, online & social gaming operators and suppliers, gaming regulators, and investors.

Additional information regarding our research products and services can be obtained calling Todd Eilers at 949.887.7701 or visiting our website at www.ekgamingllc.com.

## About Fantini Research

Fantini Research publishes e-dailies and information services for investment professionals and corporate executives. Fantini also performs research projects on request and offers an advisory service, Gaming Investment Research.

Additional information regarding Fantini research products and services can be obtained calling Ashley Diem at 302-730-3793 or visiting the company's website at www.fantiniresearch.com.

ETG_00000350437

01326

 

# ETG Performance Report | 3Q22



Eilers & Krejcik Gaming, LLC is an independent research firm and is neither a registered broker dealer nor a registered investment advisor. No information contained in this report shall constitute as a recommendation or solicitation to buy or sell a security. Individuals receiving this report should consult with an investment advisor or registered representative before making an investment decision related to any information contained in this report. In addition, Eilers & Krejcik Gaming, LLC either does, or may seek to do business with any company mentioned in this report.

This report was prepared for and distributed to clients of Eilers & Krejcik Gaming, LLC. If you are not the intended recipient and/or received this report in error, please delete this document and notify Eilers & Krejcik Gaming, LLC at teilers@ekgamingllc.com, or call 949-887-7726.

This report is also protected by federal copyright law. Any unauthorized review, dissemination, or copying of this communication is strictly prohibited. By accessing, reading, storing, distributing and archiving this research report, you hereby agree, fully, and without dispute, to all terms and conditions outlined above.

ETG_00000350438
01327

**Exhibit B-19**

**ETG_TRANSLATION_00000000119 – ETG_TRANSLATION_00000000131**

**February 9, 2022 Leo Chan, Jay Chun and Frank Feng e-mails**

**Filed Under Seal**

01328

# Exhibit B-20

## PARADISE 00000736 – PARADISE 00000741

## January 1, 2021 Shared Services Agreement

## Filed Under Seal

01342

# Exhibit B-21

# PARADISE 00059500 – PARADISE 00059510

# April 23, 2015 Frank Feng E-mails

# Filed Under Seal

01349

# Exhibit B-22

# ETG_TRANSLATION_00000000323 – ETG_TRANSLATION_00000000330

# April 2, 2018 Frank Feng e-mails

# Filed Under Seal

**Exhibit B-23**

**ETG_00000331546 – ETG_00000331548**

**September 5, 2019 Frank Feng E-mails**

**Filed Under Seal**

# Exhibit B-24

# ETG_TRANSLATION_00000000289 – ETG_TRANSLATION_00000000304

# September 22, 2016 Frank Feng e-mails

# Filed Under Seal

**Exhibit B-25**

**PARADISE 00013125**

**PRODUCED IN NATIVE FORMAT:**
**US Slot Market Power Point Presentation**

**Filed Under Seal**

01391

# Exhibit B-26

# PARADISE 00013227 – PARADISE 00013229

# 2019 Marketing and Sales Business Plan Executive Summary

# Filed Under Seal

01442

**Exhibit B-27**

**PARADISE 00019050 – PARADISE 00019052**

**July 16, 2019 Jay Chun e-mails**

**Filed Under Seal**

01446

# Exhibit B-28

# ETG_TRANSLATION_00000000339 – ETG_TRANSLATION_00000000348

# March 10, 2020 Frank Feng e-mails

# Filed Under Seal

**Exhibit B-29**

**ETG_TRANSLATION_00000000027 –
ETG_TRANSLATION_00000000046**

**August 13, 2021 Frank Feng e-mails**

**Filed Under Seal**

01461

**Exhibit B-30**

**ETG_00000153551 – ETG_00000153554**

**August 27, 2021 Leo Chan E-mails**

**Filed Under Seal**

01482

**Exhibit B-31**

**ETG_TRANSLATION_00000000055 –**
**ETG_TRANSLATION_00000000064**

**August 30, 2021 Leo Chan and Jay Chun e-mails**

**Filed Under Seal**

01487

# Exhibit B-32

# PARADISE 00009048 – PARADISE 00009051

# October 27, 2021 Frank Feng e-mails

# Filed Under Seal

01498

**Exhibit B-33**

**ETG_00000163081**

**PRODUCED IN NATIVE FORMAT:**
**January 2022 Power Point Presentation**

**Filed Under Seal**

01503

# Exhibit B-34

# ETG_TRANSLATION_00000000001 – ETG_TRANSLATION_00000000010

# February 10, 2022 Frank Feng e-mails

# Filed Under Seal

**Exhibit B-35**

**ETG_00000167484 – ETG_00000167485**

**February 21, 2022 David So E-mail**

**Filed Under Seal**

# Exhibit B-36

# PARADISE 00030966 – PARADISE 00030990

# LT Game's April 19, 2022
# Install Plan and Sales Update

# Filed Under Seal

01531

# Exhibit B-38

# ETG_00000289228 – ETG_00000289229

# February 15, 2023 Glenn Light E-mails

# Filed Under Seal

01557

Exhibit B-39

PARADISE 00007479 -  PARADISE 00007489

October 17, 2019 Lewis Roca Memorandum

Filed Under Seal

01560

# Exhibit B-40

# ETG_0000079833 – ETG_0000079834

# November 27, 2018 Leo Chan E-mail

# Filed Under Seal

01572

# Exhibit B-41

# ETG_TRANSLATION_00000000311 – ETG_TRANSLATION_00000000322

# August 18, 2017 Frank Feng e-mails

# Filed Under Seal

# Exhibit B-42

# ETG_0000059351 – ETG_0000059352

# August 7, 2017
# Frank Feng and Daryn Kiely E-mails

# Filed Under Seal

01588

Exhibit B-43

ETG_00000331556 – ETG_00000331561

April 22, 2020 Jay Chun E-mails

Filed Under Seal

01591

# Exhibit B-44

# PARADISE 00019131

# May 29, 2019 Jay Chun e-mails

# Filed Under Seal

01598

# Exhibit B-45

# ETG_TRANSLATION_00000000011 – ETG_TRANSLATION_00000000026

# May 24, 2021 Frank Feng e-mails

# Filed Under Seal

01600

# Exhibit B-46

# ETG_00000331619

# May 11, 2022 Eilers & Krejcik Gaming & Fantini Research's e-mail

# Filed Under Seal

# Exhibit B-47

# ETG_00000331671

# May 16, 2022 Eilers & Krejcik Gaming & Fantini Research's e-mail

# Filed Under Seal

**Exhibit B-48**

**ETG_00000173916 – ETG_00000173918**

**July 19, 2022 Daryn Kiely and
Marcos Medero E-mails**

**Filed Under Seal**

# Exhibit B-49

# ETG_00000331719 – ETG_00000331720

# April 21, 2023 Chat Conversation

# Filed Under Seal

01625

**Exhibit B-50**

**ETG_00000194099 – ETG_00000194110**

**March 31, 2018 Consulting Services Agreement**

**Filed Under Seal**

01628

# Exhibit B-51

# ETG_00000111164 – ETG_00000111166

# October 10, 2019 Email from Leo Chan

# Filed Under Seal

01641

**Exhibit B-52**

**PARADISE 00049143 - PARADISE 00049144**

**December 12, 2019 Email from Leo Chan**

**Filed Under Seal**

01645

# Exhibit B-53

# ETG_TRANSLATION_00000000367

# (PARADISE 00055335)

# Declaration Certifying Translation of April 12, 2016 Emails  from Jay Chun

# Filed Under Seal

# Exhibit B-54

# PARADISE 00032985 - PARADISE 00033123

# 2019 Annual Report

01657



**PARADISE ENTERTAINMENT LIMITED**
滙 彩 控 股 有 限 公 司 *
*(Incorporated in Bermuda with limited liability)*
(Stock Code : 1180)

ANNUAL REPORT
2019

* For identification purposes only

PARADISE 00032985
01658



# Contents

|  | PAGE |
|---|---|
| Corporate Information | 2 |
| Corporate Profile | 4 |
| Chairman's Statement | 5 |
| Management Discussion and Analysis | 7 |
| Profile of Directors and Senior Management | 17 |
| Directors' Report | 20 |
| Corporate Governance Report | 35 |
| Environmental, Social and Governance Report | 50 |
| Independent Auditor's Report | 62 |
| Consolidated Statement of Profit or Loss | 67 |
| Consolidated Statement of Profit or Loss and Other Comprehensive Income | 68 |
| Consolidated Statement of Financial Position | 69 |
| Consolidated Statement of Changes in Equity | 71 |
| Consolidated Statement of Cash Flows | 72 |
| Notes to the Consolidated Financial Statements | 74 |
| Financial Summary | 136 |
| Definition | 137 |

PARADISE 00032986

# Corporate Information

## PLACE OF INCORPORATION

Bermuda

## BOARD OF DIRECTORS

### Executive Directors

Mr. Jay CHUN, Chairman and Managing Director
  (also alternate Director to Mr. SHAN Shiyong,
  alias, SIN Sai Yung)
Mr. SHAN Shiyong, alias, SIN Sai Yung
Mr. HU Liming

### Independent Non-Executive Directors

Mr. Li John Zongyang
Mr. Kai-Shing TAO
Ms. TANG Kiu Sam Alice

## AUDIT COMMITTEE

Mr. Li John Zongyang (Chairman)
Mr. Kai-Shing TAO
Ms. TANG Kiu Sam Alice

## REMUNERATION COMMITTEE

Mr. Li John Zongyang (Chairman)
Mr. Jay CHUN
Ms. TANG Kiu Sam Alice

## NOMINATION COMMITTEE

Mr. Jay CHUN (Chairman)
Mr. Li John Zongyang
Ms. TANG Kiu Sam Alice

## AUTHORISED REPRESENTATIVES

Mr. Jay CHUN
Mr. CHAN Kin Man

## COMPANY SECRETARY

Mr. CHAN Kin Man

## REGISTERED OFFICE

Clarendon House
2 Church Street
Hamilton HM11
Bermuda

## HEAD OFFICE AND PRINCIPAL PLACE OF BUSINESS

Unit C, 19th Floor, Entertainment Building
30 Queen's Road Central
Hong Kong

## BERMUDA PRINCIPAL SHARE REGISTRAR

MUFG Fund Services (Bermuda) Limited
4th Floor North
Cedar House
41 Cedar Avenue
Hamilton HM 12
Bermuda

## HONG KONG BRANCH SHARE REGISTRAR

Tricor Secretaries Limited
Level 54, Hopewell Centre
183 Queen's Road East
Hong Kong

## HONG KONG LEGAL ADVISORS

H. M. Chan & Co in association with Taylor Wessing

## INDEPENDENT AUDITOR

Deloitte Touche Tohmatsu
Certified Public Accountants

PARADISE 00032987
01660

## Corporate Information (Continued)

### PRINCIPAL BANKERS

Bank of China Limited, Macau Branch
Bank of China (Hong Kong) Limited
Industrial and Commercial Bank of China (Macau) Limited
Industrial and Commercial Bank of China (Asia) Limited
Banco Well Link, S.A.
Luso International Banking Limited
Tai Fung Bank Limited
Hang Seng Bank Limited
Dah Sing Bank, Limited

### LISTING INFORMATION

#### Place of Listing

Main Board of the Stock Exchange

#### Stock Code

1180

#### Board Lot Size

4,000 Shares

### INVESTOR RELATIONS

Tel:    (852) 2620 5303
Fax:    (852) 2620 6000
Email:  paradise.ir@hk1180.com

### WEBSITE

www.hk1180.com

### KEY DATES

Annual results announcement:        26 March 2020
Book close dates for 2020 AGM:      18 to 21 May 2020 (both days inclusive)
2020 AGM:                           21 May 2020

### CORPORATE COMMUNICATIONS

This annual report (both English and Chinese versions) is now available in printed form or on the websites of the Stock Exchange and the Company at "www.hkexnews.hk" and "www.hk1180.com", respectively.

PARADISE 00032988
01661

## Corporate Profile

The Company was incorporated in Bermuda on 3 December 1996 with its Shares listed on the Main Board of the Stock Exchange since 20 January 1997. The Company is the holding company of a diverse group of companies that are principally engaged in the provision of casino management services, and the development, sale and leasing of electronic gaming equipment and systems.

The Group has been active in the Macau gaming market as a casino management service provider and a gaming equipment and systems supplier since 2007. During the year ended 31 December 2019, the Group was the sole casino management service provider to two stand-alone satellite casinos, namely Casino Kam Pek Paradise and Casino Waldo in Macau. The Group is also a major gaming equipment and systems supplier in Macau and overseas.

In 2007, the Group entered into a service contract with SJM for provision of casino management services. Since then, the Group has positioned itself as a casino management service provider focusing on mass market patrons for satellite casinos in Macau. In 2014, the Group entered into another service contract for provision of casino management services in Casino Waldo, a satellite casino of Galaxy in Macau. The service contract for our provision of casino management services in Casino Waldo expired on 29 February 2020 and the Group did not request for renewal or extension of the service contract. The Group sets itself apart from its peers by offering patrons affordable minimum bets which attract a large, diverse and loyal patron base. The Group's edge is made possible by leveraging technology to lower its operational costs and increase game efficiency and productivity.

The Group is one of the worldwide leading gaming equipment and systems suppliers. The Group specialises in developing table game automation and innovative technologies that improve game efficiency and optimise operations. The Group's first flagship product is the patented LMG system which has seen tremendous demand from Macau and overseas casino operators. The Group is the investor, patent owner and sole provider of LMG terminals and dominates the ETG market in Macau.

On 25 April 2016, the Group entered into a strategic agreement with IGT, pursuant to which the Group assigned and licensed certain patents and associated technology to IGT in return for a non-refundable upfront payment and a 15-year earn-out payment for every related gaming machine deployed in the global market (other than Macau) by IGT under the agreement.

In addition to the LMG system, the Group has been investing in developing other high-tech electronic gaming machines, equipment and systems and slot machines which are now in the pipeline of being launched to the gaming markets in Macau and overseas. The Group is committed to create innovative products that simplify game process, minimise labour costs, optimise game productivity and enhance player experience.

In recent years, the Group has also been investing increasingly in high-tech equipment and products relating to 5G and AI such as smart wear, smart home and 5G wireless terminal high-tech products. The Group believes that these high-tech products will also be more closely integrated with entertainment business for the continuous enhancement of players' experience.

The Group embraces synergies of its two principal business segments, namely provision of casino management services and development, sale and leasing of electronic gaming equipment and systems which provide the Group a unique and privileged position in the market.

PARADISE 00032989
01662

# Chairman's Statement



**Jay Chun**
*Chairman and Managing Director*

It is my pleasure to write to update you on the performance of the Group in 2019, a year with opportunities and challenges for the Group.

As what we observed in the past years, the Macau gaming market in 2019 continued to follow the changing profile from VIP business to mass markets. According to the figures announced by DICJ, Macau's mass gaming segment has steadily increased in 2019 accounting for 53.8% of Macau's total GGR as compared to 45.2% in 2018. The paradigm shift from VIP to mass paves the way for the Group to continue developing and positioning our business as one of the world's leading suppliers of electronic gaming equipment and systems, whilst the costs of running traditional table games in casinos in Macau and worldwide including the labour costs are soaring. ETG machines provide good solutions in the long run, and the abundance of LMG machines in casinos offers a much more affordable opportunity for the mass market patrons who might not otherwise have been able to experience in casinos' traditional gaming tables. While serving as a pipeline to obtain prompt feedbacks for the deployment of our innovative gaming products from gaming patrons and casino operators and tune up the business strategies accordingly where necessary, our casino management service segment continues to be synergistic with our gaming equipment and systems segment.

Regarding the business performance of our flagship product, the LMG machines, replacement and upgrade demand for LMG machines and related accessories in 2019 was high following the promulgation of the Technical Standards by DICJ. LMG complementary products such as the X-Stadium Live were also boosted. As a casino having installed the highest number of LMG machines in a single property, Casino Kam Pek Paradise has completed upgrading of all its LMG machines in 2019 and continues to demonstrate our firm belief that investment in gaming technology could help optimisation of table yields. Although total LMG's GGR in Macau has increased mildly as a portion of the total GGR in Macau in 2019, the Group is optimistic that with the headwind of shifting more to mass segment, there shall be ample room for expansion of our LMG business in the long run. We expect that LMG will continue to receive demands with applauses from the markets in Macau and overseas.

PARADISE 00032990
01663

## Chairman's Statement (Continued)

In addition to the increased demand of LMG and related products, during the year under review, we successfully launched our new self-developed slot machines in Macau as well as the Americas. This marked our important milestone as it signified that the Group has started to diversify its business to the global slot machine markets. In the years ahead, we will continue to deploy more slot machines to the gaming markets of Macau, the Americas, and Southeast Asia including the Philippines, Vietnam and Cambodia, etc. I have confidence that more of our pipeline products will turn out to be the next big hits in the gaming industry globally, similar to the track record we achieved for our flagship product, the LMG machines. Leveraging on our past success in the LMG business models, we will continue to place investments on research and development to offer a wide range of casino games and systems on LMG, ETG, slot machines and other gaming equipment and systems.

In recent years, the Group has also been investing increasingly on research and development of 5G, AI and other related high-tech products. In November 2019, the Group participated in the second China International Import Expo held in Shanghai for the first time, where we exhibited our latest debut research accomplishments such as smart wear, smart home and 5G wireless terminal high-tech products adhering to the trend of high-tech development including 5G and AI. These high-tech products enhance human's quality of life significantly in areas in education, sports and living etc. and are highly acclaimed by sports lovers and parents. These high-tech products will generate fresh revenue streams for the Group in the years ahead.

2019 marks an important year for the 20th anniversary of the return of Macau to China. I am happy and proud to witness and walk hand-in-hand with Macau on its ups and downs during the past twenty years leading to the present prosperity which was certainly not an easy task. As a home-grown Macanese brand, the Group is always ready to render necessary supports to the Macau government without hesitation, particularly in time of adversaries due to the impacts as a result of the recent epidemic. Macau has proved and will continue to show herself the significant contributions as a core hub of the Guangdong-Hong Kong-Macao Greater Bay Area. I firmly believe that high-tech research and development will bring innovation and momentum to Macau gaming industry and build a more glorious Macau world top class centre of tourism and leisure in the new 20 years to come. The Group will continue to forge ahead in areas of cutting-edge technologies and always uphold the spirit of innovation, attract top talents, increase investment in research and development and contribute our value and vitality to the development of our Country in particular the Guangdong-Hong Kong-Macao Greater Bay Area.

Finally, on behalf of the Board, I would like to extend my sincere gratitude towards our Shareholders, banks, customers and business partners for their continuous support of the Group. Furthermore, I would also like to thank our executives and staff for their dedication so that the Group's business continues to thrive and boom. In particular as a result of the coronavirus outbreak, I would like to offer my heartfelt thanks and appreciation to all of the respective governmental departments and officials, medical personnel in the Mainland, Macau, Hong Kong and elsewhere affected by this epidemic, who have worked tirelessly to curb against the spread of the virus and assist the communities in this ever-challenging time. I would also like to thank our team members for their assistance during this difficult period.

**Jay Chun**
*Chairman and Managing Director*

Hong Kong, 26 March 2020

PARADISE 00032991

01664

# Management Discussion and Analysis

## BUSINESS AND FINANCIAL REVIEW

### Overview of Results

Total reported revenue of the Group for the year ended 31 December 2019 was HK$1,181.8 million, representing an increase of 1.5% over that of HK$1,164.2 million for the year ended 31 December 2018. The increase was mainly attributable to an increase in revenue from sale of electronic gaming equipment and systems. An analysis of the reported revenue by properties/nature is as follows:



|  | 2019<br>HK$ million | 2018<br>HK$ million |
|---|---|---|
| Casinos under the Group's management: |  |  |
| Casino Kam Pek Paradise | 692.7 | 780.2 |
| Casino Waldo | 311.5 | 286.7 |
|  | 1,004.2 | 1,066.9 |
| Electronic gaming equipment and systems: |  |  |
| Sale of electronic gaming equipment and systems | 169.9 | 88.7 |
| Leasing of electronic gaming equipment and systems* | 5.2 | 5.9 |
| Royalty income from IGT | 2.5 | 2.7 |
|  | 177.6 | 97.3 |
| Total reported revenue | 1,181.8 | 1,164.2 |

\* Leasing revenue for the year ended 31 December 2019 did not include the intercompany revenue derived from the LMG terminals deployed at the two casinos under the Group's management amounting to HK$149.0 million (2018: HK$154.8 million) which was included in the reported revenue of respective casinos under the Group's management in the above table.

PARADISE 00032992
01665

## Management Discussion and Analysis (Continued)

Adjusted EBITDA for the year ended 31 December 2019 was HK$87.0 million, representing a decrease of 27.9% over that of HK$120.7 million for the year ended 31 December 2018. The following table reconciles profit for the year to Adjusted EBITDA:

|  | 2019 HK$ million | 2018 HK$ million |
|---|---|---|
| Profit for the year | 10.6 | 53.2 |
| Adjustments for: |  |  |
| Interest income | (5.1) | (4.4) |
| Finance costs | 3.4 | 0.7 |
| Taxation (credit) charge | (4.5) | 0.4 |
| Depreciation of property, plant and equipment | 59.4 | 58.1 |
| Loss on disposal of property, plant and equipment | — | 0.6 |
| Depreciation of right-of-use assets | 11.1 | — |
| Amortisation of intangible assets | 12.1 | 12.1 |
| Adjusted EBITDA | 87.0 | 120.7 |

An analysis of Adjusted EBITDA by properties/nature is as follows:

|  | 2019 HK$ million | 2018 HK$ million |
|---|---|---|
| Casinos under the Group's management: |  |  |
| Casino Kam Pek Paradise | 141.5 | 221.8 |
| Casino Waldo | (27.5) | (24.2) |
|  | 114.0 | 197.6 |
| Electronic gaming equipment and systems: |  |  |
| Sale of electronic gaming equipment and systems | 88.1 | 10.5 |
| Leasing of electronic gaming equipment and systems | 3.3 | 2.8 |
| Research and development and other costs | (88.5) | (66.6) |
| ETG distribution from IGT | 2.5 | 2.6 |
|  | 5.4 | (50.7) |
| Others | (32.4) | (26.2) |
| Adjusted EBITDA | 87.0 | 120.7 |

PARADISE 00032993
01666

Adjusted EBITDA from casinos under the Group's management for the year ended 31 December 2019 was HK$114.0 million, representing a decrease of 42.3% over that of HK$197.6 million for the year ended 31 December 2018. The decrease was mainly due to the decrease in GGR generated by Casino Kam Pek Paradise for the year ended 31 December 2019 which in turn was mainly affected by the temporary suspension of LMG terminals at the casino for upgrade of the LMG terminals pursuant to the Technical Standards during the year ended 31 December 2019, and the accrual for the Group's reimbursement to SJM of employees' bonus under the relevant bonus scheme of SJM for those gaming operation employees employed by SJM who work for the casino under the Group's



management amounting to HK$23.2 million. As at 31 December 2019, the Group had completed the upgrade of all the LMG terminals at the two casinos under the Group's management for full compliance with the Technical Standards and installation of enhanced features to the LMG terminals.

Adjusted EBITDA from the electronic gaming equipment and systems segment for the year ended 31 December 2019 was HK$5.4 million, as compared to the loss of HK$50.7 million for the year ended 31 December 2018. For the year ended 31 December 2019, sale of electronic gaming equipment and systems contributed Adjusted EBITDA of HK$88.1 million (2018: HK$10.5 million) to the Group. On the other hand, the Group increased its investment in research and development and other costs on ETG machines, slot machines, casino management systems, etc. from HK$66.6 million for the year ended 31 December 2018 to HK$88.5 million for the year ended 31 December 2019 mainly for the development of our game assets/library which are important for us to improve and maintain our competitive advantages in the long run. For the year ended 31 December 2019, ETG distribution from IGT contributed Adjusted EBITDA of HK$2.5 million (2018: HK$2.6 million) to the Group.

The Group's recorded a profit of HK$10.6 million for the year ended 31 December 2019 representing a decrease of 80.1% over that of HK$53.2 million for the year ended 31 December 2018.



PARADISE 00032994

01667

## Management Discussion and Analysis (Continued)

### Provision of Casino Management Services

The following table sets forth operational data on the provision of casino management services by the Group for the years ended 31 December 2019 and 31 December 2018:

| (Average no. of units) | 2019 Casino Kam Pek Paradise | 2019 Casino Waldo | 2019 Total | 2018 Casino Kam Pek Paradise | 2018 Casino Waldo | 2018 Total |
|---|---|---|---|---|---|---|
| Traditional gaming tables | 39 | 25 | 64 | 39 | 25 | 64 |
| LMG gaming tables | 10 | 5 | 15 | 10 | 5 | 15 |
| LMG terminals | 996 | 432 | 1,428 | 1,000 | 423 | 1,423 |
| Slot machines | 189 | 167 | 356 | 194 | 176 | 370 |

As at 31 December 2019, the Group had a total of 79 (31 December 2018: 79) gaming tables under management.

The following table sets out certain key operational data of gaming tables, LMG terminals and slot machines deployed at the two casinos under the Group's management for the years ended 31 December 2019 and 31 December 2018:

| | | Casino Kam Pek Paradise 2019 | Casino Kam Pek Paradise 2018 | Casino Waldo 2019 | Casino Waldo 2018 |
|---|---|---|---|---|---|
| **Traditional gaming tables** | | | | | |
| GGR | (HK$ million) | 684.9 | 792.5 | 396.2 | 365.6 |
| Gaming tables | (Average no. of tables) | 39 | 39 | 25 | 25 |
| Net win/table/day | (HK$ thousand) | 48.1 | 55.7 | 43.4 | 40.1 |
| **LMG gaming tables** | | | | | |
| GGR | (HK$ million) | 534.7 | 573.1 | 142.6 | 130.3 |
| Terminals/gaming tables | (Average no. of terminals/tables) | 996/10 | 1,000/10 | 432/5 | 423/5 |
| Net win/terminal/day | (HK$) | 1,471 | 1,570 | 904 | 844 |
| Net win/table/day | (HK$ thousand) | 146.5 | 157.0 | 78.1 | 71.4 |
| **Total gaming tables** | | | | | |
| GGR | (HK$ million) | 1,219.6 | 1,365.6 | 538.8 | 495.9 |
| Gaming tables | (Average no. of tables) | 49 | 49 | 30 | 30 |
| Net win/table/day | (HK$ thousand) | 68.2 | 76.4 | 49.2 | 45.3 |
| **Slot machines** | | | | | |
| GGR | (HK$ million) | 50.6 | 65.7 | 8.3 | 8.1 |
| Slot machines | (Average no. of units) | 189 | 194 | 167 | 176 |
| Net win/unit/day | (HK$) | 733 | 928 | 136 | 126 |
| **Total GGR** | (HK$ million) | 1,270.2 | 1,431.3 | 547.1 | 504.0 |

PARADISE 00032995
01668

For the year ended 31 December 2019, total GGR generated by Casino Kam Pek Paradise amounted to HK$1,270.2 million, representing a decrease of 11.3% over that of HK$1,431.3 million for the year ended 31 December 2018. Total GGR generated by Casino Waldo for the year ended 31 December 2019 amounted to HK$547.1 million, representing an increase of 8.6% over that of HK$504.0 million for the year ended 31 December 2018.

Breakdown of the revenue attributable to the Group for the two casinos under the Group's management for the years ended 31 December 2019 and 31 December 2018 is as follows:

|  | 2019 HK$ million | 2018 HK$ million |
|---|---|---|
| Casino Kam Pek Paradise: |  |  |
| Traditional gaming tables | 376.7 | 435.9 |
| LMG gaming tables | 294.1 | 315.2 |
| Slot machines | 21.9 | 29.1 |
|  | 692.7 | 780.2 |
| Casino Waldo: |  |  |
| Traditional gaming tables | 225.6 | 208.0 |
| LMG gaming tables | 81.2 | 74.1 |
| Slot machines | 4.7 | 4.6 |
|  | 311.5 | 286.7 |
|  | 1,004.2 | 1,066.9 |



Total revenue attributable to the Group generated by the casinos under the Group's management for the year ended 31 December 2019 was HK$1,004.2 million, representing a decrease of 5.9% over that of HK$1,066.9 million for the year ended 31 December 2018. The net decrease in total revenue was due to the decrease of 11.2% in revenue from Casino Kam Pek Paradise which was partially offset by the increase of 8.7% in revenue from Casino Waldo for the year ended 31 December 2019 when compared to those for the year ended 31 December 2018.

PARADISE 00032996
01669

## Management Discussion and Analysis (Continued)

### Development, Sale and Leasing of Electronic Gaming Equipment and Systems

#### Sale of Electronic Gaming Equipment and Systems

For the year ended 31 December 2019, revenue from sale of electronic gaming equipment and systems amounted to HK$169.9 million, representing an increase of 91.5% over that of HK$88.7 million for the year ended 31 December 2018. The sale for the year ended 31 December 2019 represented mainly the sale of a total of 799 LMG terminals to and the provision of upgrading services to 1,051 LMG terminals at various casinos in Macau pursuant to the Technical Standards (2018: sale of 383 LMG terminals and other equipment to MGM Cotai, The Venetian Macao and City of Dreams).



#### Leasing of Electronic Gaming Equipment and Systems

For the year ended 31 December 2019, revenue from leasing of electronic gaming equipment and systems amounted to HK$5.2 million, representing a decrease of 11.9% over that of HK$5.9 million for the year ended 31 December 2018.

The following table sets out certain key operational data of LMG terminals (excluding those LMG terminals deployed at the two casinos under the Group's management) and the related revenue shared by the Group for the years ended 31 December 2019 and 31 December 2018:

|  |  | 2019 | 2018 |
|---|---|---|---|
| GGR from LMG terminals | (HK$ million) | 14.2 | 21.2 |
| No. of LMG terminals | (Average no. of terminals) | 53 | 207 |
| Net win/terminal/day | (HK$) | 734 | 281 |
| Revenue shared by the Group | (HK$ million) | 3.9 | 5.3 |

#### ETG Distribution from IGT

In April 2016, the Group entered into a strategic agreement with IGT and assigned and licensed certain patents and associated technology to IGT in return for a non-refundable upfront payment of US$12.95 million (approximately HK$101.0 million) and a 15-year earn-out payment for every related ETG machine deployed in the global market (other than Macau).

With reference to the royalty statements provided by IGT to the Group, the Group recognised royalty income of HK$2.5 million for the year ended 31 December 2019 (2018: HK$2.7 million). Up to 31 December 2019, the Group has accumulatively recognised a total revenue of HK$8.1 million from ETG distribution from IGT.

PARADISE 00032997
01670

## Management Discussion and Analysis (Continued)

### PROSPECTS



Overall, Macau experienced another solid year in 2019. Although Macau's total GGR dropped by 3.4% year-on-year to HK$292.5 billion, total visitations to Macau were 39.4 million, up 10.1% year-on-year (including the growth of same-day visitors by 20.0% year-on-year which was far outpacing the growth of overnight visitors). More importantly, Macau's mass gaming segment has steadily increased and has accounted for 53.8% of Macau's total GGR in 2019. Having more inbound tourists to Macau means that there are more mass gaming patrons, which should benefit the mass gaming segment on which the Group is focusing. The opening of the Hong Kong-Macao-Zhuhai bridge has further lowered the transportation costs of the visitors while giving more convenience bringing more visitors to Macau, which certainly is favourable for the mass gaming market.

Due to the increase of labour and other operating costs, the costs of running traditional table games for casino operators in Macau and in other gaming jurisdictions are always on the upside trend. ETG machines and slot machines should be the most important keys for maintaining steady gaming revenue while keeping the operating costs low. The Group holds the belief that the development of table game automation and innovative technologies can continue to improve game efficiency and optimise operations, and the Group is dedicated to innovate in the gaming equipment industry using top-notch and innovative technology to create good gaming products that are primarily catered for mass market. The Group shall continue to focus on optimising table productivity in the casino under our management by applying cutting-edge gaming technology that has enabled our GGR per table per day in the mass segment to rival the tables in other casinos in Macau. The Group will follow our unique business model to embrace more synergies of our two business segments and complement to the development of our high-tech products.

In 2019, the Group was proud to report that its first ever-self developed slot machines were approved by DICJ. This marked our milestone to diversify our business to slot machine segment ever since we developed the flagship product, the LMG machines, in Macau. We have also started to debut our self-developed slot machines to Americas and South East Asian markets in various casinos or gaming establishments to emerge as one of the future leaders in gaming equipment.

In recent years, the Group has also increased its investment on research and development for the attainments of innovation and breakthrough in design and applications of 5G, AI and other high-tech products such as smart wear, smart home and wireless terminal products with a view to providing customers' needs with professional solutions on high-tech products in areas of education, sports and living, etc. Global market of smart wear and smart home has been growing and is anticipated to keep flourishing at a robust pace. These high-tech products will generate fresh revenue streams for the Group in the years ahead and we believe that high-tech and gaming industry will merge more closely in future.

PARADISE 00032998
01671

## Management Discussion and Analysis (Continued)

Considering the recent requirements to invest further for additional monitoring system and equipment to Casino Waldo to comply with new regulatory requirements which we considered that might be not recovered before end of the existing gaming concession, the relative high operating costs of the casino, and also the adverse impact from the recent outbreak of a respiratory illness, following the expiration of the related service contract on 29 February 2020, the Group did not request for renewal or extension of the service contract and decided to cease providing casino management services in Casino Waldo since 1 March 2020. The Group shall then concentrate its focus on the operations of Casino Kam Pak Paradise so as to maximise the return from the provision of casino management services in this casino to the Group.

In response to the recent outbreak of a respiratory illness caused by a novel coronavirus affecting public health, the Macau government has taken various protective measures, including the requirement to all casinos in Macau to suspend operations for at least 15 days from 5 February 2020, to curb the spread of the coronavirus disease in Macau. Additionally, new border control related policies and measures were implemented in Macau including the Mainland government's decision on the temporary suspension of the Individual Visit Scheme to Hong Kong and Macau, the suspension or reduction of major ferry services between Macau and Hong Kong, more stringent quarantine measures including prohibiting all non-Macau residents from entering into Macau subject to certain exceptions. The Group considers such coronavirus disease will inevitably have adverse effect on the Group's operation, particularly the casinos under the Group's management. The Group is very cautious about this global health emergency and is committed to take all possible protective measures to the well-being and safety of our patron customers as well as our staff, and at the same time, improve businesses and reduce operating costs of the Group during the tough period of time.

Looking ahead, the Group will never rest on its laurels but will continue to acquire top talents and increase its investment in high-tech and avant-garde gaming products, aiming to explore more opportunities in the gaming technology space and expand its market share in global gaming industry. Nevertheless, we are cautious due to a range of geo-political and economic challenges and the virus epidemic which may impact consumer confidence in 2020. We remain confident in the long-term outlook for Macau in general and believe that the Greater Bay Area integration plan will further facilitate the flow of people, logistics and capital within the area. We will continue to support and leverage on the Greater Bay Area integration plan. The Group remains cautiously optimistic and will strive to identify new business opportunities in Macau and overseas markets and maximise returns to the Shareholders.

## LIQUIDITY AND FINANCIAL RESOURCES

The Group's liquidity needs primarily comprise working capital including research and development expenditure, capital expenditure and repayment of bank borrowings. The Group has generally funded its operations from internal resources, bank and other borrowings and/or equity financing.

The Group has adopted a prudent financial management approach towards its financial and treasury policies. During the year under review, the Group was on track with this approach to maintain a healthy liquidity position. The Board closely monitors the Group's liquidity position to ensure that the liquidity structure of the Group's assets, liabilities and other commitments can meet its funding requirements from time to time. The Group may utilise the balance of cash for appropriate investment in accordance with the Group's strategic direction and development.

As at 31 December 2019, the consolidated net assets of the Group amounted to HK$608.5 million, representing a decrease of HK$20.2 million or 3.2% from HK$628.7 million as at 31 December 2018. During the year ended 31 December 2019, the consolidated net assets of the Group was increased by the Group's profit for the year of HK$10.6 million and was decreased by the payment of the Company's final dividend for the year ended 31 December 2018 of HK$26.3 million and the payment of interim dividend by a non wholly-owned subsidiary of the Company to non-controlling interests for the six months ended 30 June 2019 of HK$3.6 million.

PARADISE 00032999
01672

## Pledged Bank Deposit, Bank Balances and Cash, and Chips on Hand

As at 31 December 2019, the Group held pledged bank deposit of HK$28.8 million, bank balances and cash of HK$245.6 million and chips on hand of HK$33.2 million. Included in the pledged bank deposit and bank balances and cash as at 31 December 2019 were fixed deposits of HK$100.7 million placed at banks in Macau with original maturities ranging from 1 to 12 months. The fixed deposits were denominated in HK$ (the Group's functional currency) and US$. Given HK$ are linked to US$, the Group considers the exposure to exchange rate risk is normal for its fixed deposits denominated in US$.

## Borrowing and Gearing Ratio

As at 31 December 2019, the Group had outstanding (i) secured and unguaranteed bank borrowings of approximately HK$145.8 million (2018: HK$89.0 million); and (ii) unsecured and unguaranteed amounts due to Directors of HK$2.1 million (2018: HK$2.2 million).

The Group's bank borrowings carried interest at prevailing market rates and were on floating rate basis. The bank borrowings were denominated in MOP and HK$. Given MOP is pegged to HK$, the Group considers the exposure to exchange rate risk is normal for its bank borrowing denominated in MOP. The maturity profile of the bank borrowings of HK$145.8 million as at 31 December 2019 spread over a period of more than five years, with HK$8.8 million repayable within one year, HK$9.0 million in the second year, HK$28.3 million in the third to fifth years and HK$99.7 million over five years. The amounts due to Directors were interest-free and repayable on demand.

The Group's gearing ratio (expressed as a percentage of total borrowings over net assets) as at 31 December 2019 was 24.3% (2018: 14.5%). The increase in the Group's gearing ratio was mainly due to the inception of bank mortgage borrowing to finance the acquisition of properties during the year ended 31 December 2019.

During the year ended 31 December 2019, the Group did not employ any financial instruments for hedging purposes.

## CAPITAL COMMITMENTS

Particulars of the Company's significant capital commitments as at 31 December 2019 are set out in note 33 to the consolidated financial statements.

## FOREIGN EXCHANGE EXPOSURE

The majority of the Group's income and expenses, bank fixed deposits and bank borrowings are denominated in HK$ (the Group's functional currency), MOP and US$. HK$ is linked to US$ and the exchange rate between these two currencies has remained relatively stable over the past several years. MOP is pegged to HK$, and in many cases the two currencies are used interchangeably in Macau. Due to the stable exchange rates between HK$ and US$ and between HK$ and MOP, the Group does not consider that any specific hedge for currency fluctuation is necessary.

PARADISE 00033000
01673

## Management Discussion and Analysis (Continued)

### CHARGES ON GROUP ASSETS

As at 31 December 2019, leasehold land and buildings of the Group with the carrying amount of HK$222.2 million were pledged to secure bank borrowings offered by banks to the Group.

In addition, as at 31 December 2019, a fixed deposit of HK$28.8 million placed at a bank was pledged to secure for a guarantee in the amount of HK$28.8 million issued by the bank for the period from 30 April 2018 to 31 March 2020 in favour of SJM for the Group's fulfilment of all its obligations, in particular for reimbursement by the Group to SJM of the employees' compensation and benefits for those gaming operation employees employed by SJM who work for the casino under the Group's management, as stipulated under the service agreement (and all related supplemental agreements) entered into between SJM and the Group for provision of casino management services by the Group to SJM.

### CONTINGENT LIABILITIES

As at 31 December 2019, the Group did not have any contingent liabilities.

### EMPLOYEES AND REMUNERATION POLICY



As at 31 December 2019, the Group had approximately 1,210 employees, including approximately 730 gaming operation employees who were employed by SJM or Galaxy to work for the respective casinos under the Group's management. These gaming operation employees were paid by SJM or Galaxy and the Group reimbursed SJM or Galaxy in full for their salaries and other benefits. Total staff costs, including Directors' emoluments, for the year ended 31 December 2019 amounted to HK$452.6 million (2018: HK$412.7 million), including a total of HK$265.9 million (2018: HK$241.1 million) paid or payable for gaming operation employees employed by SJM or Galaxy.

The terms of employment of employees conform to normal commercial practice. The remuneration policy for the employees of the Group is principally set up by the Board and the management on the basis of the relevant employees' qualifications, competence, work performance, industry experience, relevant market trend and the Group's operating results etc. Discretionary bonuses are granted to employees based on merit and in accordance with industry practice. Other benefits including share options, share awards, retirement benefits, subsidised medical care, pension funds and training programmes are offered to eligible employees.

PARADISE 00033001
01674

## Profile of Directors and Senior Management

### EXECUTIVE DIRECTORS

**Mr. Jay Chun**, aged 55, is the Chairman and Managing Director of the Company, also alternate Director to Mr. Shan Shiyong, alias, Sin Sai Yung. He is the chairman of the Nomination Committee and a member of the Remuneration Committee. He is also a director of various subsidiaries of the Company. Mr. Chun is a talented entrepreneur and manager. He possesses solid background in information technology and marketing, and has nearly 30 years of management and investment experience. He holds a master's degree in business administration from the W.P. Carey School of Business at the Arizona State University and a bachelor's degree in computer science from the Shanghai University of Science and Technology. Mr. Chun joined the Group and was appointed as the Managing Director of the Company in January 1999 and was appointed as the Chairman of the Board in July 2002.

Mr. Chun is one of the founder members of Macau Gaming Equipment Manufacturers Association ("MGEMA") and has been the chairman of MGEMA since its establishment in 2012. MGEMA is a non-profit making association established to promote Macau gaming equipment industry and the common interests of the gaming equipment manufacturers by providing a platform for the exchange of technology and trade promotion, an aspect which is of great importance to the gaming industry.

In recognition of his exemplary contributions to the community, Mr. Chun has been a member of the Shandong Provincial Committee of the Chinese People's Political Consultative Conference of the PRC since January 2018 and a member of the Economic Development Council of the Macau government since November 2017. In addition, Mr. Chun has been actively participating in community services. Mr. Chun is presently the chairman of Ze Ai Association, a prominent non-profit making charitable organisation working to improve the education and well-being of people in Macau so as to make Macau a better society for all people and the next generation. In recognition of his outstanding achievement in Macau's entertainment and leisure industry, in October 2019, Mr. Chun was honoured with the award of "20 Persons in 20 Years: the Most Valuable Persons of Macao's Tourism and Leisure Industry from 1999 to 2019".

The discloseable interests of Mr. Chun in the Shares and underlying Shares under the provisions of Part XV of the SFO are set out in the section headed "Directors' and Chief Executive's Interests in Securities" under the Directors' Report of this annual report.

**Mr. Shan Shiyong, alias, Sin Sai Yung**, aged 56, is an executive Director. He is also a director of various subsidiaries of the Company. Mr. Shan is an entrepreneur with strong business vision. After completing his studies in economics at the University of Agriculture, Shandong, he started his own business in manufacturing and exporting. Mr. Shan subsequently diversified his business interests to trading, property development and venture capital investment in the PRC. He has over 30 years of dedicated business, investment and management experience at the owner level. Mr. Shan joined the Group and was appointed as an executive Director in October 1998. He was the Chairman of the Board from May 1999 to July 2002.

The discloseable interest of Mr. Shan in the Shares and underlying Shares under the provisions of Part XV of the SFO is set out in the section headed "Directors' and Chief Executive's Interests in Securities" under the Directors' Report of this annual report.

PARADISE 00033002
01675

## Profile of Directors and Senior Management (Continued)

**Mr. Hu Liming**, aged 55, was appointed as an executive Director on 30 November 2010. Mr. Hu is currently the managing director of Standind (Shanghai) Co. Ltd. and has nearly 30 years of experience in corporate management, business development as well as sales and marketing. Mr. Hu obtained his bachelor's degree in engineering from the Shanghai University of Science and Technology.

### INDEPENDENT NON-EXECUTIVE DIRECTORS

**Mr. Li John Zongyang**, aged 64, was appointed as an independent non-executive Director on 10 September 2007. He is the chairman of both the Audit Committee and the Remuneration Committee and a member of the Nomination Committee. Mr. Li has a rich and versatile background in the finance, business and corporate environment in the Asia-Pacific region. Mr. Li had worked for 10 years with Framlington Investment Management Company Limited, a leading investment management company in London, where he served as a senior fund manager and the head of the Asia Pacific region. Mr. Li had served as the chief executive officer for several reputable companies in Asia. Mr. Li holds a bachelor's degree in economics from the Peking University and a master's degree in business administration from the Middlesex University Business School in London.

**Mr. Kai-Shing Tao**, aged 43, was appointed as an independent non-executive Director on 13 April 2014. He is a member of the Audit Committee. Mr. Tao graduated from the Stern School of Business at the New York University. He has served as a member of the board of directors of Remark Holdings, Inc. (formerly known as Remark Media, Inc.) since Remark Holdings, Inc.'s public listing in 2007 (Nasdaq: MARK). After being elected as chairman and co-chief executive officer in October 2012, Mr. Tao assumed the position of chief executive officer of Remark Holdings, Inc. in December 2012. Mr. Tao also serves as chairman and chief investment officer of Pacific Star Capital Management, L.P., a private investment group and a director of Genesis Today, Inc., a leading health and wellness company. Prior to founding Pacific Star Capital Management, L.P., Mr. Tao was a partner at FALA Capital Group, a single-family investment office.

**Ms. Tang Kiu Sam Alice**, aged 38, was appointed as an independent non-executive Director on 25 April 2014. She is a member of each of the Audit Committee, the Remuneration Committee and the Nomination Committee. Ms. Tang graduated with a bachelor of science degree in e-commerce from the Brunel University in London. Ms. Tang has more than 15 years of business development experience in the gaming industry and has comprehensive knowledge in gaming operations and products, strategic planning, sales and marketing and is experienced in product development with successful launches of a series of gaming products including video slot machines, electronic table games and slot management system. Ms. Tang is currently the managing director of Winning Asia Technology Macau Limited.

PARADISE 00033003
01676

## Profile of Directors and Senior Management (Continued)

## SENIOR MANAGEMENT

**Ms. Feng Yi, Jenny**, aged 55, is the Group's Casino General Manager. Ms. Feng holds a bachelor's degree in computer science from the Shanghai University of Science and Technology. She has extensive experience in managing gaming business. Ms. Feng is the spouse of Mr. Jay Chun, an executive Director. Ms. Feng joined the Group in 2006.

**Ms. Zhao Yi**, aged 42, is the Group's Chief Operating Officer of the electronic gaming business. Ms. Zhao holds a bachelor's degree in marketing from the Shanghai University of Finance and Economics. She has more than 11 years of experience in the gaming industry. Ms. Zhao joined the Group in 2007.

**Mr. Chan Kin Man**, aged 44, is the Group's Chief Financial Officer and Company Secretary. Mr. Chan holds a bachelor's degree in business administration in accounting and finance from The University of Hong Kong. He has over 22 years of experience in accounting, auditing, financial advisory, corporate finance and corporate governance, particularly in gaming and hospitality sectors. He is a fellow of both the Hong Kong Institute of Certified Public Accountants and the Association of Chartered Certified Accountants. Mr. Chan joined the Group in February 2017.

**Mr. Daryn Kiely**, aged 54, is the Group's Chief Technology Officer. Mr. Kiely holds a bachelor's degree of science in computer science from the University of Calgary. He has extensive experience in software development and product development. Before joining the Group, Mr. Kiely had worked for 18 years with IGT, a leading gaming equipment and system supplier, where he last served as a department head of software development and product development. Mr. Kiely joined the Group in February 2016.

**Mr. Kelcey Allison**, aged 47, is the Senior Vice President, Operations and Business Development of a subsidiary of the Company in U.S.. He has over 20 years of experience in businesses relating to slot machine and gaming device product sales and development, and content strategy for the global gaming markets. Before joining the Group, Mr. Allison had held several senior executive roles in various renowned gaming corporations including serving as the chief executive officer of Aruze Gaming America, Inc. and the senior vice president of sales, marketing and service of Ainsworth Game Technology Limited. Mr. Allison joined the Group in January 2020.

PARADISE 00033004
01677

# Directors' Report

The Board presents this annual report and the audited consolidated financial statements of the Company for the year ended 31 December 2019.

## PRINCIPAL ACTIVITIES

The Company is an investment holding company of a diverse group of companies that are principally engaged in the provision of casino management services, and the development, sale and leasing of electronic gaming equipment and systems. Principal activities of each of its principal subsidiaries are set out in note 42 to the consolidated financial statements.

## BUSINESS REVIEW

A review of the business of the Group for the year ended 31 December 2019 which includes an analysis of the Group's performance using financial key performance indicators and a discussion on the Group's likely future business development, events affecting the Group that have occurred after the end of the financial year, a description of the principal risks and uncertainties that the Group may be facing and a discussion on the Group's environmental policy and performance and the relationships with its key stakeholders are provided in the sections headed "Chairman's Statement", "Management Discussion and Analysis", "Corporate Governance Report" and "Environmental, Social and Governance Report" of this annual report. The review forms part of the Directors' Report.

## RESULTS AND FINANCIAL POSITION

The results of the Group for the year ended 31 December 2019 are set out in the consolidated statement of profit or loss and consolidated statement of profit or loss and other comprehensive income on pages 67 and 68, respectively.

The financial position of the Group as at 31 December 2019 is set out in the consolidated statement of financial position on pages 69 and 70.

## SEGMENT INFORMATION

Segment information of the Group is set out in note 6 to the consolidated financial statements.

## DIVIDEND

The Board does not recommend the payment of a final dividend for the year ended 31 December 2019.

For the year ended 31 December 2018, the Board recommended the payment of a final dividend of HK2.5 cents per Share (totaling HK$26,305,000) which was approved by the Shareholders at the annual general meeting of the Company held on 21 May 2019 and was paid to Shareholders in June 2019.

PARADISE 00033005
01678

## PROPERTY, PLANT AND EQUIPMENT

Details of the movements in property, plant and equipment of the Group during the year ended 31 December 2019 are set out in note 14 to the consolidated financial statements.

## SHARE CAPITAL

There were no changes in the Company's share capital during the year ended 31 December 2019. Details of the Company's share capital are set out in note 29 to the consolidated financial statements.

## RESERVES

Movements in the reserves of the Group and the Company during the year ended 31 December 2019 are set out in the consolidated statement of changes in equity on page 71 and in note 40 to the consolidated financial statements, respectively.

## DISTRIBUTABLE RESERVES OF THE COMPANY

As at 31 December 2019, the Company's reserves available for distribution to Shareholders amounted to approximately HK$539,894,000 comprising contributed surplus of approximately HK$1,042,083,000, which is offset by the debit balance of accumulated losses of approximately HK$502,189,000.

Under the Companies Act 1981 of Bermuda, subject to the provisions of the Bye-laws of the Company, the Company's contributed surplus may be applied to pay distributions or dividends to Shareholders, provided that immediately following the date the distribution or dividend is proposed to be paid, the Company is able to pay its liabilities as they become due.

## DIRECTORS AND SERVICE CONTRACTS

The members of the Board during the year ended 31 December 2019 and up to the date of this annual report were as follows:

### Executive Directors:

Mr. Jay Chun, Chairman and Managing Director *(also alternate Director to Mr. Shan Shiyong, alias, Sin Sai Yung)*
Mr. Shan Shiyong, alias, Sin Sai Yung
Mr. Hu Liming

### Independent Non-executive Directors:

Mr. Li John Zongyang
Mr. Kai-Shing Tao
Ms. Tang Kiu Sam Alice

PARADISE 00033006
01679

## Directors' Report (Continued)

In accordance with the Bye-laws of the Company, Mr. Jay Chun and Ms. Tang Kiu Sam Alice will retire and, being eligible, offer themselves for re-election at the 2020 AGM.

Each of Mr. Jay Chun and Ms. Tang Kiu Sam Alice does not have a service contract with the Company or any of its subsidiaries which is not determinable by the Group within one year without payment of compensation, other than statutory compensation.

## MANAGEMENT CONTRACTS

No contract for the management and administration of the whole or any substantial part of the business of the Company was entered into or existed during the year ended 31 December 2019.

## PERMITTED INDEMNITY PROVISION

During the year ended 31 December 2019 and up to the date of this annual report, the Company has in force the permitted indemnity provisions which are provided for in the Bye-laws of the Company and in the directors and officers liability insurance maintained for the Group in respect of potential liability and costs associated with legal proceedings that may be brought against (i) the Directors and the directors of any subsidiaries; and (ii) the directors appointed by the Company in the board of any associates or joint ventures of the Company.

## TAX RELIEF

The Company is not aware of any relief on taxation available to the Shareholders by reason of their holdings of the Shares. If the Shareholders are unsure about the taxation implications of purchasing, holding, disposing of, dealing in, or exercising of any rights in relation to the Shares, they are advised to consult their professional advisers.

PARADISE 00033007
01680

Directors' Report (Continued)

## DIRECTORS' AND CHIEF EXECUTIVE'S INTERESTS IN SECURITIES

As at 31 December 2019, the interests and short positions of the Directors and the chief executive of the Company in the Shares, underlying Shares and debentures of the Company and its associated corporations (within the meaning of Part XV of the SFO), as recorded in the register maintained by the Company pursuant to section 352 of the SFO, or as otherwise notified to the Company and the Stock Exchange pursuant to the Model Code, were as follows:

| Name of Directors | Name of company/ associated corporation | Capacity/ nature of interests | Number of Shares[1] | Approximate aggregate percentage of interests[4] |
|---|---|---|---|---|
| Mr. Jay Chun | The Company | Beneficial owner | 124,160 | 0.01% |
| | The Company | Interest of controlled corporation | 630,836,720[2] | 59.95% |
| | | | 630,960,880 | 59.96% |
| Mr. Shan Shiyong, alias, Sin Sai Yung | The Company | Interest of controlled corporation | 26,097,580[3] | 2.48% |

Notes:

(1)    All interests in Shares stated above represent long positions.

(2)    These Shares were held by August Profit Investments Limited, a company which is wholly-owned by Mr. Jay Chun, an executive Director.

(3)    These Shares were held by Best Top Offshore Limited, a company which is wholly-owned by Mr. Shan Shiyong, alias, Sin Sai Yung, an executive Director.

(4)    The percentage represents the number of Shares interested divided by the number of issued Shares as at 31 December 2019.

Save as disclosed, none of the Directors and the chief executive of the Company was interested or had any short position in any Shares, underlying Shares or debentures of the Company and its associated corporations (within the meaning of Part XV of the SFO) as at 31 December 2019.

PARADISE 00033008

01681

## Directors' Report (Continued)

### SUBSTANTIAL SHAREHOLDERS' INTERESTS IN SHARES

As at 31 December 2019, according to the register of interests kept by the Company under section 336 of the SFO, and so far as was known to the Directors or chief executive of the Company, the following persons or corporations, other than Directors or chief executive of the Company, had an interest in the Shares of the Company, which would require to be disclosed to the Company under the provisions of Divisions 2 and 3 of Part XV of the SFO, or who was directly or indirectly interested in 5% or more of the nominal value of any class of share capital carrying rights to vote in all circumstances at a general meeting of the Company:

| Name of company | Number of Shares[1] | Approximate percentage of interests[4] |
|---|---|---|
| August Profit Investments Limited[2] | 630,836,720 | 59.95% |
| FIL Limited[3] | 77,504,000 | 7.37% |
| Pandanus Partners L.P.[3] | 77,504,000 | 7.37% |
| Pandanus Associates Inc.[3] | 77,504,000 | 7.37% |

Notes:

(1)    All interests in Shares stated above represent long positions.

(2)    August Profit Investments Limited is wholly-owned by Mr. Jay Chun, an executive Director.

(3)    To the best of the Directors' knowledge, FIL Limited is controlled (as defined under the SFO) by Pandanus Partners L.P., which in turn is controlled (as defined under the SFO) by Pandanus Associates Inc. Those 77,504,000 Shares represent the same interests and are therefore duplicated among them.

(4)    The percentage represents the number of Shares interested divided by the number of issued Shares as at 31 December 2019.

Save as disclosed above, as at 31 December 2019, the Company had not been notified of any person or corporation who was interested in or had a short position in the Shares or underlying Shares of the Company which would fall to be disclosed to the Company under the provisions of Divisions 2 and 3 of Part XV of the SFO or as recorded in the register required to be kept by the Company under section 336 of the SFO.

### SHARE OPTION SCHEME

The Company adopted the Share Option Scheme for the purposes of providing incentives or rewards to the eligible participants for the contribution to the success of the Group's operations. Eligible participants of the Share Option Scheme include, among others, the Directors (including independent non-executive Directors), full-time or part-time employees, executives or officers of the Group, advisors, consultants, suppliers, customers and agents. The Share Option Scheme will be valid and effective for a period of 10 years from the date of adoption of the Share Option Scheme.

The maximum number of Shares which may be issued upon exercise of all outstanding options granted and yet to be exercised under the Share Option Scheme must not exceed 30% of the total number of Shares in issue from time to time. The maximum number of Shares issued and to be issued upon exercise of the options granted and to be granted to each eligible participant in any 12-month period must not exceed 1% of the Company's issued share capital from time to time. Any grant or further grant of share options in excess of this limit is subject to Shareholders' approval in a general meeting of the Company.

PARADISE 00033009
01682

Each grant of share options to a Director, chief executive or substantial Shareholder of the Company, or to any of their associates, is subject to approval in advance by the independent non-executive Directors. In addition, any grant of share options to a substantial Shareholder or an independent non-executive Director, or to any of their associates, resulting in the Shares issued and to be issued upon exercise of all options already granted and to be granted (including options exercised, cancelled and outstanding) to such person in a 12-month period up to and including the date of such grant in excess of 0.1% of the Shares in issue and with an aggregate value (based on the closing price of the Shares at the date of the grant) in excess of HK$5 million, is subject to Shareholders' approval in advance in a general meeting of the Company.

The period during which an option may be exercised is determined by the Board in its absolute discretion, save that such period shall not be longer than 10 years from the date of grant. The minimum period for which an option must be held before it can be exercised is determined by the Board upon the grant of an option.

An option shall be deemed to have been granted and accepted by the grantee and to have taken effect when the duplicate offer document constituting acceptance of the option duly signed by the grantee, together with a remittance in favour of the Company of HK$1.00 as consideration for the grant of the option, is received by the Company within 21 days after the date of offer.

The exercise price of share options is determined by the Directors, but shall not be less than the highest of (i) the nominal value of the Shares; (ii) the closing price of the Shares as stated in the daily quotation sheets of the Stock Exchange on the date of offer of the share options; and (iii) the average closing price of the Shares as stated in the daily quotation sheets of the Stock Exchange for the five business days immediately preceding the date of offer.

No options were granted, exercised, cancelled or lapsed by the Company under the Share Option Scheme and no equity-settled employees' benefit (including Directors' emoluments) was recognised during the year ended 31 December 2019. There was no share option outstanding under the Share Option Scheme during the year ended 31 December 2019.

As at the date of this report, the total number of Shares available for issue under the Share Option Scheme is 105,218,531 Shares, representing 10% of the Shares in issue as at the date of adoption of the Share Option Scheme, that is 25 May 2017.

## SHARE AWARD SCHEME

The Company adopted the Share Award Scheme for the purposes of, among others, providing incentives and/or rewards to the eligible participants for the contribution to the development and success of the Group. Eligible participants of the Share Award Scheme include, among others, the Directors (including executive Directors, non-executive Directors and independent non-executive Directors), the directors of the Company's subsidiaries, the employees of the Group or any other persons as determined by the Board whom the Board considers, in its absolute discretion, have contributed or will contribute to the Group. The Share Award Scheme shall be valid and effective for a term of ten years commencing on the date of adoption of the Share Award Scheme.

PARADISE 00033010
01683

## Directors' Report (Continued)

Under the Share Award Scheme, the Board shall not make any further award which will result in the aggregate number of Shares underlying all awards granted by the Board under the Share Award Scheme exceeding 10% of the total number of issued Shares as at the date of adoption of the Share Award Scheme. Except as otherwise approved by the Board, the maximum aggregate number of Shares underlying the awards that may be granted to any grantee under the Share Award Scheme shall not exceed 1% of the total number of issued Shares as at the date of adoption of the Share Award Scheme. Any grant of an award to any Director, chief executive or substantial shareholder (as defined in the Listing Rules) of the Company, or any of their respective associates (as defined in the Listing Rules), shall be subject to the prior approval of the independent non-executive Directors (excluding any independent non-executive Director who is the proposed grantee of the award in question) and all grants to connected persons (as defined in the Listing Rules) shall be subject to compliance with the requirements of the Listing Rules.

The Share Award Scheme shall terminate on the earlier of: (i) the tenth anniversary date of the adoption date of the Share Award Scheme; and (ii) such date of early termination as determined by a resolution of the Board, provided that such termination shall not affect any subsisting rights of any grantee under the Share Award Scheme. In the event of termination, no further awards may be offered or granted but the terms of the Share Award Scheme shall remain in full force and effect in respect of awards which are granted during the term of the Share Award Scheme and which remain unvested immediately prior to the termination of the Share Award Scheme.

The Share Award Scheme does not constitute a share option scheme or an arrangement analogous to a share option scheme for the purpose of Chapter 17 of the Listing Rules and therefore no Shareholders' approval is required for the adoption of the Share Award Scheme. Further details of the Share Award Scheme are set out in the Company's announcement dated 11 November 2019.

In December 2019, the Company appointed a trustee in connection with the Share Award Scheme (the "Trustee") to assist with the administration and vesting of awards under the Share Award Scheme and the trust deed executed in such connection.

Since the date of adoption of the Share Award Scheme and up to 31 December 2019, no Shares were purchased by the Trustee, no awards were granted by the Company, and no awards vested under the Share Award Scheme.

## DIRECTORS' RIGHTS TO ACQUIRE SHARES OR DEBENTURES

Apart from the Share Option Scheme and Share Award Scheme disclosed under the sections headed "Share Option Scheme" and "Share Award Scheme", respectively, and the contracts disclosed under the section headed "Directors' Interests in Transactions, Arrangements and Contracts of Significance" in this Directors' Report, at no time during the year ended 31 December 2019 was the Company or any of its subsidiaries a party to any arrangements to enable the Directors to acquire benefits by means of the acquisition of Shares in, or debentures of, the Company or any other body corporate. In addition, none of the Directors, or their spouse or children under the age of 18, had any right to subscribe for the securities of the Company or had exercised any such right during the year ended 31 December 2019.

## PURCHASE, SALE OR REDEMPTION OF THE COMPANY'S SHARES

Neither the Company nor any of its subsidiaries had purchased, sold or redeemed any of the Company's listed securities during the year ended 31 December 2019.

PARADISE 00033011
01684

## PRE-EMPTIVE RIGHTS

There are no provisions for pre-emptive rights under the Bye-laws of the Company, or the laws of Bermuda, which would oblige the Company to offer new Shares on a pro-rata basis to the existing Shareholders.

## CONVERTIBLE SECURITIES, OPTIONS, WARRANTS, OR SIMILAR RIGHTS

As at 31 December 2019, no convertible securities, options, warrants or similar rights issued or granted by the Company or any of its subsidiaries remained outstanding.

## MAJOR CUSTOMERS AND SUPPLIERS

For the year ended 31 December 2019, the aggregate amount of revenue attributable to the Group's five largest customers accounted for approximately 98.4% of the Group's total revenue and the revenue attributable to the Group's largest customer represented approximately 58.6% of the Group's total revenue.

For the year ended 31 December 2019, the aggregate amount of cost of sales and services attributable to the Group's five largest suppliers accounted for approximately 70.2% of the Group's total cost of sales and services and the cost of sales and services attributable to the Group's largest supplier represented approximately 29.9% of the Group's total cost of sales and services.

None of the Directors, their close associates or any Shareholders (which to the knowledge of the Directors owns more than 5% of the Company's issued share capital) has any interest in any of the Group's five largest customers or suppliers.

## COMPLIANCE WITH LAWS AND REGULATIONS

The Group recognises the importance of compliance with legal and regulatory requirements. Internal compliance and risk management policies and procedures are in place to ensure the Group's adherence and compliance with all significant legal and regulatory requirements in the territories in which the Group has business operations. For details, please refer to the Corporate Governance Report of this annual report. For the year ended 31 December 2019 and up to the date of this annual report, to the best knowledge of the Directors, the Group has complied in all material respects with the applicable laws and regulations of the aforesaid jurisdictions, which have a significant impact on the business and operations of the Group. The Group has also obtained all licenses, approvals and permits from the relevant regulatory authorities that are material for its business operations in the territories in which the Group has business operations.

## ACQUISITION, DISPOSAL AND SIGNIFICANT INVESTMENTS

### Acquisition of Properties

The Group, as the purchaser, entered into provisional sale and purchase agreements and related sale and purchase agreements with an independent third party, as the vendor, on 4 June 2019 and 5 June 2019, respectively, pursuant to which the Group agreed to purchase and the vendor agreed to sell certain properties in Macau at a total consideration of HK$90,000,000. The sale and purchase transaction was completed on 8 August 2019.

PARADISE 00033012
01685

## Directors' Report (Continued)

The acquisition of the properties constitutes a discloseable transaction of the Company under Chapter 14 of the Listing Rules. Further details regarding the acquisition of the properties are set out in the Company's announcements dated 4 June 2019 and 8 August 2019.

### Updates to a Major Disposal

On 25 April 2016, the Group entered into a strategic agreement (the "Agreement") with IGT, pursuant to which the Group assigned and licensed certain patents and associated technology to IGT in return for a non-refundable upfront payment and a 15-year earn-out payment for every related ETG machine deployed in the global market (other than Macau). The transaction constituted a major transaction of the Company.

According to the statements provided by IGT to the Group, earn-out payments entitled by the Group as a result of such placement of the licensed products amounted to approximately US$1,038,000 (equivalent to approximately HK$8,096,000) up to 31 December 2019. Such earn-out payments were calculated in accordance with the terms of the Agreement, which state that such payments shall be calculated based on (i) the number of licensed products placed times a flat fee per unit for the licensed products placed by IGT through sale; and (ii) the number of licensed products placed times a flat fee per unit per day for the licensed products placed by IGT through leasing.

Subsequent to the signing of the Agreement, a dispute arose between the Group and IGT as to whether the Group has to provide certain technology (not being possessed by the Group) to IGT that may be required for IGT to make and place the licensed products under the Agreement (the "Dispute"). On 17 October 2017, upon commercial negotiation of the parties with the view to resolving the Dispute, the Group agreed in writing with IGT that they shall pay to IGT a sum of US$800,000 (equivalent to approximately HK$6,240,000) (the "Settlement Amount") for complete resolution of the Dispute, which was determined based on the sharing by the Group of the estimated costs for the required technology. The parties further agreed that the Settlement Amount shall first set-off against any earn-out payments owed by IGT to the Group under the Agreement. During the year ended 31 December 2019, the Settlement Amount was fully set-off by earn-out payments owed by IGT to the Group.

Further details of the transaction and the Dispute/Settlement Amount were disclosed in the Company's announcements dated 26 April 2016 and 14 December 2017, and the Company's circular dated 21 June 2016.

Save as disclosed herein, the Group did not have any significant investments, material acquisitions or disposals of assets, subsidiaries, associates or joint ventures during the year ended 31 December 2019.

## CONNECTED TRANSACTIONS

### Connected Transactions for Year Ended 31 December 2019

Supply Framework Agreement

On 14 December 2018, the Company entered into a supply framework agreement (the "Supply Framework Agreement") with Mr. Linyi Feng ("Mr. Feng") for the sale of certain electronic gaming machines and equipment, and their components, accessories and parts, etc. to Mr. Feng and the companies controlled by him for a term of one year commencing from 1 January 2019 to 31 December 2019.

PARADISE 00033013

01686

Directors' Report (Continued)

Mr. Feng is the brother-in-law of Mr. Jay Chun, the controlling Shareholder, the Chairman and the Managing Director of the Company, and thus a deemed connected person of the Company within the meaning of the Listing Rules and therefore, the transactions contemplated under the Supply Framework Agreement constitute continuing connected transactions for the Company under Chapter 14A of the Listing Rules. Pursuant to applicable percentage ratios (as defined under the Listing Rules) in respect of the annual transaction amount under the Supply Framework Agreement, the transactions contemplated under the Supply Framework Agreement are subject to the reporting, announcement and annual review requirements but exempt from the independent Shareholders' approval requirement under the Listing Rules.

Further details of the transactions are set out in the Company's announcement dated 14 December 2018. The Supply Framework Agreement was expired or terminated on 31 December 2019.

The annual cap under the Supply Framework Agreement for the year ended 31 December 2019 was HK$40,000,000. The amount received/receivable by the Group from companies controlled by Mr. Feng under the Supply Framework Agreement for the year ended 31 December 2019 was HK$1,873,000.

The Company has complied with the disclosure requirements in accordance with Chapter 14A of the Listing Rules in respect of the above non-exempt continuing connected transactions.

Pursuant to Rule 14A.55 of the Listing Rules, the independent non-executive Directors have reviewed the continuing connected transactions for the year ended 31 December 2019 as disclosed above and have confirmed that the transactions have been entered into: (i) in the ordinary and usual course of business of the Group; (ii) on normal commercial terms or better; and (iii) according to the agreement governing them on terms that are fair and reasonable and in the interests of the Company and the Shareholders as a whole.

Pursuant to Rule 14A.56 of the Listing Rules, the Board engaged the independent auditor of the Company to report on the continuing connected transactions of the Group. The independent auditor of the Company was engaged in accordance with Hong Kong Standard on Assurance Engagements 3000 (Revised) "Assurance Engagements Other Than Audits or Reviews of Historical Financial Information" and with reference to Practice Note 740 "Auditor's Letter on Continuing Connected Transactions under the Hong Kong Listing Rules" issued by the Hong Kong Institute of Certified Public Accountants. The independent auditor of the Company has reported to the Board and issued an unqualified letter containing their findings and conclusions in respect of the continuing connected transactions disclosed by the Group above in accordance with Rule 14A.56 of the Listing Rules. The continuing connected transactions above were also reported as the related party transactions in accordance with the Hong Kong Financial Reporting Standards in this annual report.

### The Agency Agreement

LT Game has, in its ordinary and usual course of business, engaged an independent gaming supplier (the "Independent Supplier"), which is independent of the Company and its connected person(s) within the meaning of the Listing Rules, to (i) research and develop certain gaming equipment; and (ii) upon satisfactory development of such gaming equipment, produce in bulk for LT Game's onwards sales (collectively, the "Procurement Transaction"). The Procurement Transaction is expected to be completed in 2020, or on 31 December 2020, whichever is earlier and the maximum cash consideration for this transaction is RMB27,500,000 (equivalent to approximately HK$34,098,000), which is determined through mutual negotiation between LT Game and the Independent Supplier with reference to prevailing market prices of similar gaming equipment.

PARADISE 00033014
01687

## Directors' Report (Continued)

In order to facilitate the Procurement Transaction, on 12 February 2018, LT Game entered into an agency agreement (the "Agency Agreement") with Shanghai Libiao Industrial Co., Ltd.[#] (上海力標實業有限公司) ("Shanghai Libiao") to engage Shanghai Libiao as its agent for the purpose of the Procurement Transaction and mainly on behalf of LT Game and upon LT Game's specific instructions to: (i) procurement and arrangement of payment of the research and development of the gaming equipment; and (ii) placement of production orders, arrangement of payment, receipt in the PRC, inspection and performance of quality check of gaming equipment to be produced by the Independent Supplier in bulk. The duration of the Agency Agreement is a period from 12 February 2018, being the date of the Agency Agreement, up to the completion of the Procurement Transaction as aforesaid.

Pursuant to the Agency Agreement, Shanghai Libiao is responsible for any losses or damages of the Group resulting from the breach or delay in the performance of Shanghai Libiao's obligations under the Agency Agreement caused by the fault, negligence or misconduct of Shanghai Libiao, its representatives and/or employees. In return for the performance of the services under the Agency Agreement, LT Game will pay a one-off agency fee of RMB100,000 (equivalent to approximately HK$124,000) in cash to Shanghai Libiao upon completion of the Procurement Transaction.

Shanghai Libiao is a company incorporated in the PRC which is wholly-owned by Mr. Hu Liming, an executive Director. Therefore, Shanghai Libiao is an associate of Mr. Hu Liming and a connected person of the Company. As such, the transaction under the Agency Agreement constitutes a connected transaction of the Company under Chapter 14A of the Listing Rules. Given that the applicable percentage ratios in respect of such transaction are more than 0.1% but less than 5%, such transaction is subject to the reporting and announcement requirements but exempt from the independent Shareholders' approval requirement under the Listing Rules.

Further details regarding the Agency Agreement with Shanghai Libiao are set out in the Company's announcement dated 12 February 2018.

The Company has complied with the disclosure requirements in accordance with Chapter 14A of the Listing Rules in respect of the above non-exempt connected transaction.

### Connected Transactions for Year Ending 31 December 2020

#### Renewed Supply Framework Agreement

On 12 December 2019, the Company entered into a renewed supply framework agreement (the "Renewed Supply Framework Agreement") with Mr. Feng for the sale of slot machines and other electronic gaming machines and equipment, the components, accessories and parts, etc. to Mr. Feng and the companies controlled by him for a term of one year commencing from 1 January 2020 and ending on 31 December 2020. Pursuant to the Renewed Supply Framework Agreement, the total transaction amount for the year ending 31 December 2020 shall not be more than HK$40,000,000.

Mr. Feng is the brother-in-law of Mr. Jay Chun, the controlling Shareholder, the Chairman and the Managing Director of the Company, and thus a deemed connected person of the Company within the meaning of the Listing Rules and therefore, the transactions contemplated under the Renewed Supply Framework Agreement constitute continuing connected transactions for the Company under Chapter 14A of the Listing Rules for the year ending 31 December 2020.

As each of the applicable percentage ratios (as defined under the Listing Rules) in respect of the annual transaction amount under the Renewed Supply Framework Agreement exceeds 0.1% but is less than 5%, the Renewed Supply Framework Agreement is subject to the reporting, announcement and annual review requirements but exempt from the independent Shareholders' approval requirement under the Listing Rules.

[#]    For identification purposes only

PARADISE 00033015

01688

## Directors' Report (Continued)

Further details of the Renewed Supply Framework Agreement are set out in the Company's announcement dated 12 December 2019.

The Directors, including the independent non-executive Directors, have reviewed the terms of Renewed Supply Framework Agreement and have confirmed that: (i) the Renewed Supply Framework Agreement was entered into in the ordinary and usual course of business of the Group and on normal commercial terms or better; and (ii) the terms and conditions of the Renewed Supply Framework Agreement, including the annual cap, are fair and reasonable, and in the interests of the Company and the Shareholders as a whole.

During the year ended 31 December 2019, no transaction was carried out under the Renewed Supply Framework Agreement.

## DIRECTORS' INTERESTS IN TRANSACTIONS, ARRANGEMENTS AND CONTRACTS OF SIGNIFICANCE

Save as disclosed under the section headed "Connected Transactions" in this Directors' Report and in notes 23 and 39 to the consolidated financial statements, no transactions, arrangement and contracts of significance to which the Company or any of its subsidiaries was a party and in which any Director (or any entity connected with a Director) had a material interest, whether directly and indirectly, subsisted at the end of the year or at any time during the year ended 31 December 2019.

## CONTROLLING SHAREHOLDERS' INTERESTS IN TRANSACTIONS, ARRANGEMENTS AND CONTRACTS OF SIGNIFICANCE

Save as disclosed under the section headed "Connected Transactions" in this Directors' Report and in notes 23 and 39 to the consolidated financial statements, no contracts of significance (including contracts of significance for the provision of services) between the Company (or any of its subsidiaries) and any controlling Shareholder (or any of the Company's subsidiaries) subsisted at the end of the year or at any time during the year ended 31 December 2019.

## EQUITY-LINKED AGREEMENTS

Other than the Share Option Scheme and the Share Award Scheme disclosed above, no equity-linked agreements were entered into by the Company during the year or subsisted at the end of the year ended 31 December 2019.

## EMOLUMENT POLICY

The emoluments of the executive Directors were decided by the Board as recommended by the Remuneration Committee having regard to a written emolument policy (which ensures a clear link to business strategy and a close alignment with the Shareholders' interest and current best practice), the Group's operating results, the individual performance of the executive Directors and the comparable market statistics. The independent non-executive Directors' fees are in line with market practice. No individual Director should determine his/her own remuneration.

PARADISE 00033016
01689

## Directors' Report (Continued)

Emolument package includes, as the case may be, fees, basic salaries, housing allowances, contribution to pension schemes, discretionary bonus relating to the financial results of the Group and individual performance, ad hoc rewards, share options, share awards and other competitive fringe benefits such as medical and life insurances. Details of the emoluments of the Directors and the five highest paid individuals of the Group for the year ended 31 December 2019 are set out in note 10 to the consolidated financial statements.

## CORPORATE GOVERNANCE

In the opinion of the Board, the Company has complied with the code provisions as set out in the CG Code throughout the year ended 31 December 2019 except for certain deviations. For further information on the Company's corporate governance practices and details of the deviations, please refer to the Corporate Governance Report on pages 35 to 49.

## ENVIRONMENTAL, SOCIAL AND GOVERNANCE POLICIES

The Group is aware of the importance of environmental-friendly and sustainable development. The Group strives to minimise wastes and consumption of resources such as electricity and water. The Group recognises this to be a continuous process of monitoring and improvement, and the Group seeks to look for environmental-friendly practice in the Group's operations whenever possible. For further details, please refer to the Environmental, Social and Governance Report on pages 50 to 61.

## UPDATE ON DIRECTORS' INFORMATION

Biographical details of each of the Directors are set out in the section headed "Profile of Directors and Senior Management" in this annual report.

With effect from 1 January 2019, the annual remuneration payable to Mr. Hu Liming, an executive Director, has been increased from HK$120,000 to HK$240,000.

With effect from 1 January 2019, the annual Director's fee payable to each of Mr. Li John Zongyang, Mr. Kai-Shing Tao and Ms. Tang Kiu Sam Alice, independent non-executive Directors, has been increased from HK$120,000 to HK$240,000.

For more details, please refer to note 10 to the consolidated financial statements.

Save as disclosed, there is no other information required to be disclosed pursuant to Rule 13.51B(1) of the Listing Rules.

PARADISE 00033017
01690

## Directors' Report (Continued)

## EVENTS AFTER THE REPORTING PERIOD

Due to an outbreak of a respiratory illness caused by a novel coronavirus, on 4 February 2020, as part of the measures to curb the spread of the coronavirus disease in Macau, the Macau government announced the suspension of operations of all casinos in Macau for at least 15 days from 5 February 2020. Operations at Casino Kam Pek Paradise were suspended on 5 February 2020 and were resumed on 20 February 2020 while operations at Casino Waldo were suspended on 5 February 2020 and were resumed on 24 February 2020. The duration and intensity of this global health emergency and related disruptions is uncertain, including potential broader impacts outside of the Mainland China if travel and visitation continues to be restricted and there is a resulting decline in Chinese tourist spending in Macau. Given the dynamic nature of these circumstances, the related impact on the Group's operating segments in Macau and our consolidated results of operations, cash flows and financial condition will be material but cannot be reasonably estimated at this time.

The service contract for the Group's provision of casino management services in Casino Waldo expired on 29 February 2020 ("Date of Expiry"). The Group did not request for renewal or extension of the service contract and accordingly, the Group has ceased to provide casino management services in Casino Waldo since 1 March 2020. Up to the date of approval of the Group's consolidated financial statements for the year ended 31 December 2019, the Group is in the progress of finalisation of the accounts relating to the provision of casino management services in the casino drawn up to the Date of Expiry and also in the progress of negotiation with relevant parties for confirming and agreeing the treatment and related consideration of, and other handover matters for the gaming machines, equipment, systems and other assets which were placed by the Group in the casino. As such, financial impact arising from Group's cessation of provision of casino management services in Casino Waldo on the Group's results, cash flows and financial condition could not be reasonably estimated at this time.

Other than as disclosed above, there is no other event after the reporting period which is required to be disclosed.

## SUFFICIENCY OF PUBLIC FLOAT

Based on the information that is publicly available to the Company and within the knowledge of the Directors, as at the date of this annual report, there is sufficient public float of not less than 25% of the Company's issued Shares as required under the Listing Rules.

## FINANCIAL SUMMARY

A summary of the audited consolidated results and assets and liabilities of the Group for the last five financial years is set out on page 136 of this annual report.

## INDEPENDENT AUDITOR

By a resolution passed at a general meeting of the Company held on 25 May 2017, Deloitte Touche Tohmatsu has been appointed as the independent auditor of the Company to fill the vacancy arising from the retirement of PAN-CHINA (H.K.) CPA Limited. Save as disclosed, there were no other changes in the Company's independent auditor for the preceding three years.

PARADISE 00033018
01691

## Directors' Report (Continued)

The consolidated financial statements of the Company for the year ended 31 December 2019 were audited by Deloitte Touche Tohmatsu. A resolution will be proposed at the 2020 AGM to re-appoint Deloitte Touche Tohmatsu as the independent auditor of the Company.

On behalf of the Board

**Jay Chun**
*Chairman and Managing Director*

Hong Kong, 26 March 2020

PARADISE 00033019
01692

The Board believes that corporate governance is essential to the success of the Company and has adopted various measures to ensure that a high standard of corporate governance is maintained to safeguard the interests of the Shareholders.

In the opinion of the Board, the Company has complied with the code provisions of the CG Code set out in Appendix 14 to the Listing Rules throughout the year ended 31 December 2019 except for certain deviations disclosed herein.

## COMPLIANCE WITH THE MODEL CODE

The Company has adopted the Model Code as the code of conduct regarding Directors' securities transactions. Having made specific enquiry of all Directors, all Directors have confirmed that they had complied with the requirements set out in the Model Code during the year ended 31 December 2019.

## BOARD OF DIRECTORS

### (a)  Board Composition

Given the nature and business objectives of the Company, the Board has a balance of skill and experience, and board diversity appropriate for the requirements of the business of the Company. The list of Directors, their respective biographical details and the relationships among the members of the Board and the senior management of the Company (if any) are set out under the section headed "Profile of Directors and Senior Management" of this annual report.

### (b)  Appointment and Re-election of Directors

The Bye-laws of the Company contain provisions on the procedures of appointment and re-election of Directors.

In accordance with code provision A.4.1 of the CG Code, non-executive directors should be appointed for a specific term, subject to re-election. Currently, none of the Directors (including the independent non-executive Directors) is appointed for a specific term. However, all Directors (including the independent non-executive Directors) are subject to retirement by rotation at least once every three years at the annual general meeting of the Company in accordance with the provision of the Bye-laws of the Company, and their terms of appointment will be reviewed when they are due for re-election.

PARADISE 00033020

01693

Corporate Governance Report (Continued)

(c)   Directors' Attendance Records

During the year ended 31 December 2019, eleven Board meetings and an annual general meeting were held. The attendance of each member of the Board at these meetings are as follows:

| | Number of attendance/meetings | |
| --- | --- | --- |
| Directors | Board meetings | Annual general meeting held on 21 May 2019 |
| **Executive Directors:** | | |
| Mr. Jay Chun *(Chairman and Managing Director)* | 11/11 | 1/1 |
| Mr. Shan Shiyong, alias, Sin Sai Yung | 0/11 | 0/1 |
| Mr. Hu Liming | 1/11 | 0/1 |
| **Independent Non-executive Directors:** | | |
| Mr. Li John Zongyang | 4/11 | 0/1 |
| Mr. Kai-Shing Tao | 1/11 | 0/1 |
| Ms. Tang Kiu Sam Alice | 10/11 | 0/1 |

(d)   Responsibilities and Delegations

The Board is responsible for the leadership, management and control of the Group, overseeing the Group's businesses, strategic decisions and performance, evaluating the performance of the Group and supervising the management. All Directors take decisions objectively in the interests of the Company.

In addition, the Board reserves the authority to make final decisions for all major matters of the Company, including approving and monitoring of all policy matters, overall strategies and budgets, risk management and internal control systems, adoption of dividend policy, dividend payout (if any), adoption of nomination policy, preparation and release of financial information, material transaction (in particular those that may involve a conflict of interests), appointment of Directors and other significant financial and operational matters.

All Directors have timely access to all relevant information as well as the advice and services of the company secretary and the senior management of the Company, with a view to ensuring compliance with Board procedures and all applicable laws and regulations. Any Director may request independent professional advice in appropriate circumstances at the Company's expense, upon reasonable request made to the Board.

In order to enhance efficiency, the Board has delegated the day-to-day responsibilities, operations and decisions to the executive Directors and the senior management of the Company who perform their duties under the leadership of the Managing Director.

Approval has to be obtained from the Board prior to the entry into of any significant transactions by any of the Directors and/or the senior management of the Company on behalf of the Group. The Board has the full support of the executive Directors and the senior management of the Company to discharge its responsibilities and operations.

PARADISE 00033021

01694

(e) **Corporate Governance Functions**

The Board is also responsible for performing the corporate governance duties set out in code provision D.3.1 of the CG Code.

During the year ended 31 December 2019, the Board had reviewed and monitored the Company's corporate governance practices, training and continuous professional development of Directors and the senior management of the Company, the Company's policies and practices on compliance with legal and regulatory requirements, the compliance with the Model Code, the CG Code and disclosure in this Corporate Governance Report (including the nomination policy, dividend policy, board diversity policy and effectiveness of the risk management and internal control systems) from time to time.

(f) **Environmental, Social and Governance Functions**

The Board has overall responsibility for the Group's strategy and reporting in connection with ESG. An ESG team, reporting to the Board, is formed for the purpose of ESG evaluation and reporting with members who own ESG knowledge to conduct internal and external materiality assessments and skill in preparation of ESG reports. The ESG team members will, if they think fit, meet the employees from different departments to drive implementation, review their operations in order to identify relevant ESG issues and assess their materiality based on their impact to our businesses as well as the stakeholders.

## DIVIDEND POLICY

In December 2018, the Board adopted a dividend policy of the Company. Details of which are as follows:

The Board will meet semi-annually to consider and declare interim/final dividends, if any. The Board may also declare special dividends from time to time in addition to the interim/final dividends.

On consideration of any dividend, the Board will take into account the Company's distributable reserves, the Group's performance, liquidity position, expected working capital requirements, future prospects and other factors that the Board deems relevant, provided that payment of proposed dividend will not affect operations of the Group. The declaration and payment of dividend is subject to any applicable restrictions under the laws of Bermuda, the Bye-laws of the Company, the Listing Rules and any applicable laws, rules and regulations.

The Board will review the dividend policy from time to time and may exercise at its sole and absolute discretion to update, amend and/or modify the policy at any time as it deems fit and necessary.

There is no assurance that any particular amount of dividend will be paid for any given period.

## NOMINATION POLICY

In December 2018, the Board adopted a nomination policy of the Company (the "Nomination Policy") which sets out the objectives, selection criteria and nomination procedures in appointment and re-appointment of Directors. The Nomination Policy specifies that the Company will nominate suitable candidates to the Board for it to consider and make recommendations to the Shareholders for election of Directors at general meetings, appointment of Directors to fill casual vacancies, Board succession planning considerations and periodical reviews of the plan.

PARADISE 00033022
01695

## Corporate Governance Report (Continued)

### CHAIRMAN AND MANAGING DIRECTOR

Mr. Jay Chun is the Chairman and the Managing Director of the Company. In the opinion of the Board, the roles of the Managing Director and the chief executive officer are the same. Although under code provision A.2.1 of the CG Code, the roles of the Chairman and chief executive officer should be separate and should not be performed by the same individual, the Board considers that the present structure provides the Group with strong and consistent leadership and allows for efficient and effective business planning and execution. Hence, the Board believes that it is in the best interest of the Shareholders that Mr. Jay Chun will continue to assume the roles of the Chairman of the Board and the Managing Director of the Company. However, the Company will review the current structure as and when it becomes appropriate in future.

### INDEPENDENT NON-EXECUTIVE DIRECTORS

The Board has met the requirements of Rules 3.10 and 3.10A of the Listing Rules of having a minimum of three independent non-executive Directors (representing at least one-third of the Board) with one of them possessing appropriate professional qualifications or accounting or related financial management expertise.

The Company has received annual confirmation from each independent non-executive Director of his/her independence pursuant to the requirements of Rule 3.13 of the Listing Rules. The Company considers all independent non-executive Directors to be independent in light of the independence guidelines set out in the Listing Rules.

In particular, Mr. Li John Zongyang has served on the Board for more than 9 years. He is not involved in the daily management of the Company or in any relationships or circumstances which would interfere with the exercise of his independent judgment. He continues to demonstrate his ability to provide an independent, balanced and objective view to the affairs of the Company. The Company is satisfied that he remains independent notwithstanding the length of his service.

### DIRECTORS' TRAINING AND PROFESSIONAL DEVELOPMENT

Each newly appointed Director will receive induction on the first occasion of his/her appointment so as to ensure he/she has appropriate understanding of the business and operations of the Group and that he/she is fully aware of his/her responsibilities and obligations under the Listing Rules, the CG Code and other regulatory requirements.

Directors are continually updated on the latest development and changes in the Listing Rules, the CG Code and other regulatory requirements in order to ensure the compliance with the same by the Directors.

During the year ended 31 December 2019, the Directors complied with code provision A.6.5 of the CG Code and all Directors received regular briefings, updates and reading materials on the Group's business/operations/regulatory/ corporate governance matters which are relevant to their duties and responsibilities. Directors are also encouraged to participate in professional development courses and seminars to develop and refresh their knowledge and skills.

PARADISE 00033023

01696

## COMMITTEES

The Board has established three committees, namely the Audit Committee, the Remuneration Committee and the Nomination Committee to assist the Board in overseeing particular aspects of the Company's affairs. All the Board committees should report to the Board on their decisions and recommendations made. The committees are provided with sufficient resources to discharge their duties and, upon reasonable request, are able to seek independent professional advice in appropriate circumstances, at the Company's expenses.

All Board committees of the Company have been established with written terms of reference which are posted on the websites of the Stock Exchange and the Company.

## Audit Committee

The Company has met the requirements of Rule 3.21 of the Listing Rules. The Audit Committee comprises three independent non-executive Directors. The chairman of the Audit Committee, Mr. Li John Zongyang, possesses relevant financial management expertise and meets the requirements of Rule 3.21 of the Listing Rules. None of the members of the Audit Committee is a former partner of the independent auditor of the Company.

The Audit Committee is responsible for reviewing the financial information and reports of the Company, considering any significant or unusual items raised by the financial officers of the Company or the independent auditor of the Company before submission to the Board, reviewing the effectiveness of the financial reporting system, risk management and internal control systems of the Group and maintaining an appropriate relationship with the independent auditor of the Company.

During the year ended 31 December 2019, the Audit Committee held two meetings. Members of the Audit Committee and the attendance of each member are as follows:

| Directors | Number of attendance/ meetings |
|---|---|
| **Independent Non-executive Directors:** | |
| Mr. Li John Zongyang *(Chairman)* | 2/2 |
| Mr. Kai-Shing Tao | 1/2 |
| Ms. Tang Kiu Sam Alice | 2/2 |

During the year ended 31 December 2019, the Audit Committee had performed the following duties:

— reviewed with the management and the independent auditor of the Company the audited consolidated financial statements, the annual results announcement and the annual report of the Group for the year ended 31 December 2018, the related accounting principles and practices adopted by the Group with recommendations to the Board for approval, and the relevant audit findings;

— reviewed the continuing connected transactions carried out during the year ended 31 December 2018;

— recommended the re-appointment of Deloitte Touche Tohmatsu as the independent auditor of the Company in the annual general meeting held on 21 May 2019;

PARADISE 00033024

01697

## Corporate Governance Report (Continued)

— reviewed with the management of the Company the unaudited consolidated financial statements, the interim results announcement and the interim report of the Group for the six months ended 30 June 2019 and the related accounting principles and practices adopted by the Group with recommendations to the Board for approval;

— reviewed the nature and scope of the audit for the year ended 31 December 2019, the reporting obligations and the work plan of the independent auditor of the Company;

— reviewed and discussed the financial reporting system, risk management and internal control systems of the Group with the management of the Company to ensure that the management of the Company has performed its duty to have effective systems. The review covered all material controls, including financial, operational and compliance controls, and the discussion with the management of the Company regarding adequacy of resources, staff qualifications and experience, training programmes and budget of the Group's accounting and financial reporting function etc.; and

— reviewed the compliance with accounting standards, Listing Rules, legal and statutory requirements in relation to financial reporting.

During the year ended 31 December 2019, the Audit Committee met two times with the independent auditor of the Company. The Company has met the requirement of code provision C.3.3(e)(i) of the CG Code, stating that the Audit Committee must meet, at least twice a year, with the independent auditor of the Company.

### Remuneration Committee

The Company has met the requirements of Rule 3.25 of the Listing Rules. The Remuneration Committee comprises a majority of independent non-executive Directors and is chaired by Mr. Li John Zongyang, an independent non-executive Director.

The Remuneration Committee is responsible for making recommendations to the Board on, among other things, the Company's policy and structure for the remuneration of all the Directors and the senior management of the Company (by making reference to market rates, their duties and responsibilities within the Group and their experience) and the remuneration of the independent non-executive Directors. The Remuneration Committee is delegated by the Board with the responsibility to determine on behalf of the Board the remuneration of the executive Directors and the senior management of the Company.

During the year ended 31 December 2019, the Remuneration Committee held one meeting. Members of the Remuneration Committee and the attendance of each member are as follows:

| Directors | Number of attendance/ meeting |
|---|---|
| **Executive Director:** | |
| Mr. Jay Chun | 1/1 |
| **Independent Non-executive Directors:** | |
| Mr. Li John Zongyang *(Chairman)* | 1/1 |
| Ms. Tang Kiu Sam Alice | 1/1 |

PARADISE 00033025
01698

During the year ended 31 December 2019, the Remuneration Committee had performed the following duties:

— assessed the performance of the executive Directors and the senior management of the Company; and

— reviewed and determined the remuneration of the executive Directors and the senior management of the Company and made recommendation to the Board on the remuneration of the independent non-executive Directors.

Pursuant to code provision B.1.5 of the CG Code, the annual remuneration of the senior management of the Company (including those set out in the section headed "Profile of Directors and Senior Management" in this annual report but excluding Mr. Kelcey Allison, who joined the Group in January 2020) by bands for the year ended 31 December 2019 were as follows:

| | Number of individuals |
|---|---:|
| HK$1,000,001 to HK$1,500,000 | 1 |
| HK$1,500,001 to HK$2,000,000 | 1 |
| HK$3,000,001 to HK$3,500,000 | 1 |
| HK$4,500,001 to HK$5,000,000 | 1 |

Details of the remuneration of each of the Directors for the year ended 31 December 2019 are set out in note 10 to the consolidated financial statements.

## Nomination Committee

The Company has met the requirements of code provision A.5.1 of the CG Code. The Nomination Committee comprises a majority of independent non-executive Directors and is chaired by the Chairman of the Board.

The Nomination Committee is responsible for determining the policy for the nomination of Directors, reviewing the structure, size and composition (including the skills, knowledge and experience) of the Board regularly and making recommendations to the Board on any proposed changes to complement the Company's corporate strategy and the board diversity policy. Its duties include identification and nomination of candidates to fill casual vacancies of Directors, and recommendations to the Board on relevant matters relating to the appointment or re-appointment of Directors and succession planning for Directors, in particular, the Chairman and the chief executive of the Company.

The Board has adopted a board diversity policy of the Company (the "Board Diversity Policy") setting out the approach to diversity of members of the Board. The Company recognises and embraces the benefits of diversity of Board members. It endeavours to ensure that the Board has a balance of skills, experience and diversity of perspectives appropriate to the requirements of the Company's business. All appointments of Board members will continue to be made on a merit basis with due regard for the benefits of diversity of the Board members. Selection of candidates will be based on a range of diversity perspectives/measurable goals, including but not limited to gender, age, cultural and educational background, experience (professional or otherwise), skills and knowledge. The ultimate decision will be made upon the merits and contribution that the selected candidates will bring to the Board. The Board considered that the aforementioned measurable goals have been achieved satisfactorily during the year ended 31 December 2019, and the Board will continue to review the relevant goals from time to time to ensure its progress for achieving such goals.

PARADISE 00033026
01699

## Corporate Governance Report (Continued)

The Nomination Committee also conducts an annual review of the independence of independent non-executive Directors with consideration of those factors set forth in Rule 3.13 of the Listing Rules before confirming their independence status to the Board. The relevant independent non-executive Directors will abstain from participating in the assessments of their own independence. Particular consideration will be given in assessing the independence of those independent non-executive Directors who have been serving on the Board for more than 9 years and seeking re-election in an annual general meeting. Reasons will be given in the circular for the annual general meeting to explain why the Board believes those independent non-executive Directors are still independent and should be re-elected.

During the year ended 31 December 2019, the Nomination Committee held one meeting. Members of the Nomination Committee and the attendance of each member are as follows:

| Directors | Number of attendance/ meeting |
| --- | --- |
| **Executive Director:** | |
| Mr. Jay Chun *(Chairman)* | 1/1 |
| | |
| **Independent Non-executive Directors:** | |
| Mr. Li John Zongyang | 1/1 |
| Ms. Tang Kiu Sam Alice | 1/1 |

During the year ended 31 December 2019, the Nomination Committee had performed the following duties:

— reviewed the structure, size, composition and diversity of the Board to ensure that it has a balance of expertise, skills, experience and diversity of perspective appropriate to the requirements for the business of the Company;

— recommended the re-election of the retiring Directors at the annual general meeting of the Company held on 21 May 2019; and

— assessed the independence of all the independent non-executive Directors.

The nomination procedures and the process and criteria adopted by the Nomination Committee to select and recommend for re-appointment of Directors during the year ended 31 December 2019 were as follows:

(1) The Nomination Committee considered each retiring Director, having due regard to the Nomination Policy, the Board Diversity Policy and the Listing Rules, and assessed the independence of each retiring independent non-executive Director;

(2) The Nomination Committee made recommendations to the Board;

(3) The Board considered each retiring Director recommended by the Nomination Committee, having due regard to the Nomination Policy, the Board Diversity Policy and the Listing Rules;

(4) The Board recommended the retiring Directors to stand for re-election at the annual general meeting in accordance with the Company's Bye-laws; and

(5) The Shareholders approved the re-appointment of retiring Directors at the annual general meeting held on 21 May 2019.

PARADISE 00033027
01700

Corporate Governance Report (Continued)

## REVIEW OF AUDITED CONSOLIDATED FINANCIAL STATEMENTS BY THE AUDIT COMMITTEE

The Audit Committee has reviewed with the management and the independent auditor of the Company the audited consolidated financial statements of the Group for the year ended 31 December 2019 and the related accounting principles and practices adopted by the Group.

## INDEPENDENT AUDITOR AND ITS REMUNERATION

The statement of the independent auditor of the Company about their reporting responsibilities for the Company's consolidated financial statements for the year ended 31 December 2019 is set out in the section headed "Independent Auditor's Report" of this annual report.

The remuneration paid/payable to the independent auditor of the Company for the year ended 31 December 2019 is as follows:

| Services rendered for the Company | HK$'000 |
| --- | --- |
| Audit services | 2,480 |
| Non-audit services: Interim review for the six months ended 30 June 2019 | 500 |
| | 2,980 |

## ACCOUNTABILITY AND AUDIT

The Directors are responsible for preparation of financial statements, annual and interim reports, quarterly financial information, inside information announcements and other disclosures which give a true and fair view of the state of affairs, the results of operations and cash flows of the Group in compliance with accounting standards, the Listing Rules, legal and all applicable statutory requirements in relation to financial reporting. The senior management of the Company has provided to the Board such explanation and information as are necessary to enable the Board to carry out an informed assessment of the financial information and position of the Company, which are put to the Board for approval.

In preparation of the consolidated financial statements for the six months ended 30 June 2019 and for the year ended 31 December 2019, the Directors have adopted suitable accounting policies and applied them consistently. The consolidated financial statements for the year ended 31 December 2019 have been prepared on a going concern basis. The Directors are not aware of any material uncertainties relating to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern.

## COMPANY SECRETARY

During the year ended 31 December 2019, the company secretary of the Company has taken no less than 15 hours of relevant professional training.

PARADISE 00033028
01701

## Corporate Governance Report (Continued)

## SHAREHOLDERS' RIGHTS

As one of the measures to safeguard Shareholders' interests and rights, separate resolutions are proposed at Shareholders' meetings on each substantial issue, including the election of individual Directors, for Shareholders' consideration and voting. All resolutions put forward at Shareholders' meetings will be voted by poll pursuant to the Listing Rules and the poll results will be published on the websites of the Stock Exchange and the Company at "www. hkexnews.hk" and "www.hk1180.com", respectively, after the relevant Shareholders' meetings.

### Right to Convene Extraordinary General Meeting

Shareholders may request to convene a special general meeting. According to Bye-law 58 of the Bye-laws of the Company, Shareholders holding as at the date of deposit of the requisition not less than one-tenth (10%) of the paid up capital of the Company carrying the right of voting at general meetings of the Company shall at all times have the right, by written requisition to the Board or the company secretary of the Company, to require a special general meeting to be convened by the Board for the transaction of any business specified in such requisition, and such meeting shall be held within two months after the deposit of such requisition. If the Board fails to proceed to convene such meeting within twenty-one days after such deposit, the requisitionists themselves may do so in accordance with the provisions of Section 74 of the Companies Act 1981 of Bermuda.

### Right to Put Enquiries to the Board

Shareholders have the right to put enquiries to the Board. All enquiries shall be in writing and sent by post, together with his/her contact details, such as postal address, email or fax, to the principal place of business of the Company in Hong Kong for the attention of the company secretary of the Company.

### Right to Put Forward Proposals at General Meetings

Shareholders may put forward proposals at general meetings of the Company by sending the same to the principal place of business of the Company in Hong Kong, specifying his/her information, contact details and the proposal(s) he/she intends to put forward at the general meeting regarding any specified transaction/business and the supporting documents.

## COMMUNICATIONS WITH SHAREHOLDERS AND INVESTORS

The Company believes that effective communication with the Shareholders and its investors is essential for enhancing investor relations and investors' understanding of the Group's business performance and strategies. The Group also recognises the importance of transparent and timely disclosure of corporate information, which enables the Shareholders and its investors to make the best investment decision.

The Company maintains a website at "www.hk1180.com" as a communication platform with the Shareholders and its investors, where annual reports, interim reports, announcements and updates on the Company's business developments and operations and other information are available. Shareholders and investors may send written enquiries or requests to the Company as follows:

Address:     Unit C, 19th Floor, Entertainment Building, 30 Queen's Road Central, Hong Kong
Fax No.:     (852) 2620 6000
Email:       paradise.ir@hk1180.com

PARADISE 00033029
01702

## Corporate Governance Report (Continued)

The Company continues to enhance communications and relationships with the Shareholders and its investors. Designated senior management of the Company maintains regular dialogue with institutional investors and analysts to keep them posted of the Company's developments. Enquiries from the Shareholders and the investors are dealt with in an informative and timely manner.

Besides, Shareholders' meetings provide an opportunity for communication between the Board and the Shareholders. Board members and appropriate senior staff of the Group are available at the meeting to answer any questions raised by the Shareholders.

## MEMORANDUM OF ASSOCIATION AND BYE-LAWS OF THE COMPANY

During the year ended 31 December 2019, no amendment was made to the Memorandum of Association and the Bye-laws of the Company.

## RISK MANAGEMENT AND INTERNAL CONTROL

The Board acknowledges that it is their responsibility to ensure that the Company establishes and maintains appropriate and effective risk management and internal control systems (the "Systems"). The Systems are designed to manage rather than eliminate risks of failure to achieve business objectives, and can only provide reasonable, but not absolute, assurance against material misstatement or loss.

The control structure of the Group is as follows:

The Board
- ensures the maintenance of appropriate and effective Systems in order to safeguard the Shareholders' investment and assets of the Group;
- defines management structure with clear lines of responsibility and limit of authority; and
- determines the nature and extent of significant risk that the Company is willing to take in achieving the strategic objectives and formulates the Group's risk management strategies.

The Audit Committee
- oversees the Systems of the Group;
- reviews and discusses with the management of the Company at least annually to ensure that the management of the Company has performed its duty to have the effective Systems; and
- considers major findings on internal control matters and makes recommendations to the Board.

The management of the Company (includes heads of business units, departments and divisions)
- designs, implements and monitors the Systems properly and ensure the Systems are executed effectively;
- monitors risk and takes measures to mitigate risks in day-to-day operations;
- gives prompt responses to, and follows up the findings on, internal control matters raised by internal auditor (if any) or the independent auditor; and
- provides confirmation to the Board on the effectiveness of the Systems.

PARADISE 00033030
01703

## Corporate Governance Report (Continued)

In addition, the Group has engaged Mazars Corporate Recovery & Forensic Services Limited to perform certain agreed-upon procedures to assist the Board in reviewing the Group's internal control systems and compliance.

### Risk Management

The risk management process includes risk identification, risk evaluation, risk management measures and risk control and review.

The management of the Company is entrusted with duties to identify, analyse, evaluate, respond, monitor and communicate risks associated with any activity, function or process within its scope of responsibility and authority. It endeavours to evaluate and compare the level of risk against predetermined acceptable levels of risk. For risk control and monitoring, it involves making decisions regarding which risks are acceptable and how to address those that are not. The management of the Company will develop contingency plans for possible loss scenarios. Accidents and other situations involving loss or near-loss will be investigated and properly documented as part of the effort to manage risks.

Certain significant risks have been identified through the process of risk identification and assessment. Such significant risks of the Group and their respective key strategies/control measures are set out below:

(a)    Adverse changes and volatility in economic conditions globally (including the PRC and the U.S.), outbreak of highly infectious diseases and adverse changes in laws, rules and regulations and policies and practices implemented by the governments of the relevant countries and regions (including the PRC, Macau and various states of the U.S.), which would have an adverse impact on the gaming and travel related activities in Macau and the demand for the electronic gaming equipment and systems of the Group in the relevant countries and regions (in particular, Macau and the U.S.).

The Group's control measures are as follows:

- To stay alert to changes in economic and public health conditions globally and changes in laws, rules and regulations and policies and practices, and to adjust business strategic plans to cope with these changes;

- To expand the Group's business and to broaden the gaming patron base; and

- To control expenses and manpower or to re-allocate resources in an efficient manner without affecting the quality of the Group's products and services.

(b)    Ever increasing competition in the gaming industry, in particular (i) due to the opening of more casinos and the upgrading of existing casinos by competitors (as well as increasing number of gaming tables and machines at existing casinos) in Macau and other Asian countries (e.g. Malaysia, Singapore, Vietnam and Cambodia); and (ii) from other gaming equipment and system suppliers globally. There is no assurance that the growth of the gaming industry in Macau would increase in line with or outpace the supply of gaming tables and machines in Macau.

PARADISE 00033031
01704

Corporate Governance Report (Continued)

The Group's control measures are as follows:

- To expand the Group's business and to broaden the gaming patron base;

- To improve marketing strategy and enhance promotions and publicities from time to time in order to encourage existing gaming patrons to come back to the casinos under the Group's management and attract new patrons from around the world;

- To be responsive to the feedbacks of its customers on the electronic gaming equipment and systems sold or leased and to customise its electronic gaming equipment and systems according to the specific needs of its customers; and

- To collaborate with IGT in distributing the related electronic gaming equipment and systems worldwide (except Macau).

(c) Reliance on the concession contract between the Macau government and SJM (pursuant to which Casino Kam Pek Paradise is licensed for operation) and the existing service agreement of the Group whereby the Group provides casino management services at Casino Kam Pek Paradise. There is possibility of termination/non-renewal of, or unfavourable changes in the terms of, the concession contract and/or the services agreement for whatever reasons.

The Group's control measures are as follows:

- To stay alert to changes in laws, rules and regulations and policies and practices, and to adjust business strategic plans to cope with these changes; and

- To keep close communications with SJM in this respect.

(d) The possible infringement of patents and other intellectual property of the Group (collectively the "IPs") by competitors and third parties, the expiry of the IPs (whereby competitors and third parties are no longer prohibited from using the IPs), and the fast changing technology rendering the IPs obsolete, which may result in a decrease in the value of the IPs and thereby a decrease in demand of the related electronic gaming equipment and systems of the Group (collectively the "Products"). High popularity of the Products in Macau does not mean the same level of popularity in other countries and regions.

The Group's control measures are as follows:

- To monitor any infringement of the IPs and to take appropriate actions to protect its interest;

- To collaborate with IGT to speed up the distribution of the related electronic gaming equipment and systems around the world (except Macau);

- To continuously invest in research and development to keep pace with the fast-changing technology; and

- To modify the Products and to launch more new products to meet the preference of gaming patrons in other countries and regions.

PARADISE 00033032
01705

## Corporate Governance Report (Continued)

(e)    Hacking, software and hardware errors and fraudulent manipulation of the Products, which may have an adverse impact on the reputation and profitability of the Group.

The Group's control measure is as follows:

- To monitor and improve the built-in computerised features of the Products whenever necessary in order to safeguard against the risks of human errors and fraud.

(f)    Failure to attract, retain and motivate key employees and consultants of the Group, in particular qualified executives with vast knowledge, experience and connections in the gaming industry and those for inventing new patents and technology.

The Group's control measures are as follows:

- To offer competitive remuneration packages for the suitable candidates identified; and

- To offer share options and share awards in the Shares of the Company to those key employees and consultants as and when the Board deems appropriate.

(g)    No control over the performance of business partners, in particular original equipment manufacturers ("OEM") for the manufacture of the Products and IGT for the distribution of the Products around the world (except Macau), which may have an adverse impact on the quality, production capacity availability and delivery schedules of the Products.

The Group's control measure is as follows:

- To work closely with OEM and IGT such that the Group can detect any problems at the earliest instance and adopt remedial measures promptly.

(h)    Capital risk and financial risks as set out in notes 36 and 37 to the consolidated financial statements, respectively.

The Group's control measure is as follows:

- To stay alert to such risks and to adjust business strategic plans to cope with such risks.

### Internal Control

The Board acknowledged that the management of the Company has been progressively implementing an adequate internal control system to ensure the effective functioning of the Group's operational, financial and compliance areas, including the following key measures, policies and procedures:

(a)    Financial reporting management:

- Proper controls are in place for the recording of complete, accurate and timely accounting and management information;

- Regular reports on revenue and debtors' ageing, and internal financial reports are prepared to the management of the Company which give a balanced and understandable assessment of the Group's financial performance;

PARADISE 00033033
01706

- Timely updates on internal financial statements are provided to the Directors which give a balanced and understandable assessment of the Group's performance, position and prospects with sufficient details; and

- Annual audit is carried out by the independent auditor of the Company to ensure that the annual consolidated financial statements are prepared in accordance with generally accepted accounting principles, the Group's accounting policies and the applicable laws and regulations.

(b) Systems and procedures on disclosure of inside information: It is to ensure, with the assistance of an internal work team (if required), that any material information which comes to the knowledge of any one or more officers should be promptly identified, assessed and escalated (where appropriate) for the attention of the Board.

(c) Policies and practices on compliance with legal and regulatory requirements: It shall be reviewed and monitored regularly by the Board.

(d) Continuing connected transactions: The Audit Committee shall monitor, control and review continuing connected transactions of the Company regularly and ensure proper compliance with the Listing Rules and all other relevant laws and regulations from time to time.

The Board and the Audit Committee review the Group's Systems on an annual basis.

During the year ended 31 December 2019, the Board and the Audit Committee reviewed the Group's Systems and are not aware of any material risks, deficiencies and issues that would have an adverse impact on the effectiveness and adequacy of the Systems and the operations of the Group.

Other than reviewing the Systems, the Audit Committee has also reviewed and is satisfied with the adequacy of resources, staff qualifications and experience, training programmes and budget of the Company's accounting, internal audit and financial reporting functions.

PARADISE 00033034

01707

# Environmental, Social and Governance Report

In accordance with the requirements set forth in Appendix 27 — Environmental, Social and Governance Reporting Guide (the "ESG Reporting Guide") to the Listing Rules, the Group hereby presents the ESG report for the year ended 31 December 2019.

## ESG GOVERNANCE

The Group is of the belief that good and effective ESG measures are important to the sustainable development of our business and of our community. The Board is responsible for the Group's ESG strategy and reporting, including evaluating and determining ESG-related risks and ensuring that appropriate and effective ESG risk management and internal control systems are in place. In this connection, an ESG team whose members have equipped with requisite knowledge on ESG issues, reporting to the Board, is formed to discharge the tasks in identifying and understanding the main concerns and material interests of the Company's stakeholders for the ESG report. The Group aspires to create long-term value for our stakeholders that is in line with the sustainable and responsible growth of our business, and we believe that transparency and accountability are important foundations for building trust with our stakeholders. The ESG team members strive to maintain an open and transparent dialogue with various stakeholders including employees, customers, suppliers, Shareholders, investors, media and local communities for the purpose of conducting ESG evaluation and materiality assessments, both internal and external. The ESG team members will, if they think fit, engage our key stakeholders on a regular basis across various platforms, such as meetings, interviews, surveys and workshops to gauge their expectations and feedback on how we could address ESG issues in the best manner. For instance, the ESG team members target to meet the employees from different departments to drive implementation, review their operations in order to identify relevant ESG issues and assess their materiality based on their impact to our businesses as well as the stakeholders. Based on the inputs of our key stakeholders, the ESG team prioritises aspects relating to environmental discharges, use of resources, employment and labour standards, operating practices and community investment. Key initiatives and activities of the Group are summarised in the rest of this ESG report. ESG performance is measured, reviewed and reported to management regularly for continuous improvement. The Board oversees the directions of our ESG practices to ensure that they are in line with the operations of the Group.

## SCOPE OF REPORTING

This ESG report outlines the policies, initiatives and performance of the Group's core business operations. In particular for Section A "Environmental" of this ESG report, unless otherwise specifically stated, the main ESG issues considered to be material to the Group are those related to the gaming business operations in the two stand-alone satellite casino properties in Macau, namely, Casino Kam Pek Paradise and Casino Waldo (collectively the "Two Satellite Casinos"), the two casinos under the Group's management in 2019. Accordingly, the key performance indicators ("KPIs") disclosed in Section A of this ESG report relate to the Two Satellite Casinos only, unless otherwise specifically stated.

PARADISE 00033035
01708

Environmental, Social and Governance Report (Continued)

## STAKEHOLDER ENGAGEMENT

Through discussions with internal staff and external suppliers and external organisations, we have identified our employees, patrons, our customers and our suppliers as our key stakeholders. We consider our key stakeholders as valued partners and have set up strategic and collaborative business relationships to better understand their respective needs. Through our communication channels with the stakeholders, we map out and prioritise our ESG issues and enhance our understanding of the views and expectations of our stakeholders, enabling us to better assess and manage the impact of our activities.

## MATERIALITY ASSESSMENT

After discussion with the key stakeholders, the ESG team has prepared a materiality matrix for the purpose of materiality assessment. The result of the materiality assessment advises the Group that material ESG issues of the Two Satellite Casinos are as follows:

– Employment

– Labour standards

– Development and training

– Health and safety

– Anti-corruption

– Responsible gaming

– Data privacy

– Emissions

These material ESG issues will be discussed in this ESG report.

## A. ENVIRONMENTAL

The Group has established environmental policies aiming to lessen its impact on the environmental and natural resources by using its resources more efficiently, and by monitoring and minimizing its energy consumption and thereby reducing emissions as practicable as possible. The Group's environmental policies cover material environmental issues including emissions, use of resources and other environmental impacts, and are more described in the sections below in respect of the Two Satellite Casinos. The Group complies with relevant environmental laws and regulations in Macau and did not note any cases of material non-compliance during the year ended 31 December 2019.

PARADISE 00033036
01709

Environmental, Social and Governance Report (Continued)

## A. ENVIRONMENTAL (Continued)

### A1  Emissions

#### A1.1  Air Emissions

*Emissions Data from Gaseous Fuel Consumption*

As the Group is principally engaged in the provision of casino management services as well as the development, sale and leasing of electronic gaming equipment and systems, consumption of towngas and liquefied petroleum gas in the operation of the Two Satellite Casinos are considered insignificant. Accordingly, emission data in this respect is not provided in this ESG report.

*Emissions Data from Vehicles*

Air emissions from operations of the Two Satellite Casinos are mainly generated from vehicles. In order to improve air quality, the Group aims to reduce air emissions generated from its operations. Considering that the Two Satellite Casinos locate in the city of the Macau Peninsula supported by good network of public transport facilities with close proximity, the Two Satellite Casinos currently do not provide shuttle bus services connecting passengers for instance between border gates and Casino Kam Pek Paradise and/or Casino Waldo. The reduction of such shuttle bus operation reduces traffic and emissions on Macau roads. For the purpose of compliance with the disclosure requirements under the ESG Reporting Guide, details of air emissions data for the year ended 31 December 2019 in respect of the Two Satellite Casinos are as follows:

| Type of emissions | Unit | 2019 | 2018 |
|---|---|---|---|
| Nitrogen oxides ($NO_x$) | Kg | 23 | 20 |
| Sulphur oxides ($SO_x$) | Kg | 1 | 1 |
| Particulate matter (PM) | Kg | 2 | 1 |
| Total emissions | Kg | 26 | 22 |
| Emissions per sq. ft. | Kg/sq. ft. | 0.0001 | 0.0001 |

Remark:  The emissions data shown and emission factors applied in this ESG report are provided with reference to the emission factors set out in the document known as "How to prepare an ESG Report? Appendix 2: Reporting Guidance on Environmental KPIs" which is available on the website of the Stock Exchange (the "HKEX Guidance Document") and relevant emission factors in Macau.

For the year ended 31 December 2019, there was mild increase in GHG emissions when compared to that of 2018. However, in terms of intensity, the intensity for 2019 was the same as that of 2018. We target to at least maintain or even reduce air emissions by the year ending 31 December 2020.

PARADISE 00033037

01710

## Environmental, Social and Governance Report (Continued)

### A.  ENVIRONMENTAL (Continued)

#### A1  Emissions (Continued)

##### A1.2 Greenhouse Gas Emissions

With reference to HKEX Guidance Document, greenhouse gas ("GHG") emissions (direct and indirect) can be broadly classified into the following separate scopes:

Scope 1 — Direct emissions from operations that are owned or controlled by the Group. The main source of direct emission of the Two Satellite Casinos is consumption of gasoline and diesel by vehicles controlled by the Group;

Scope 2 — Energy indirect emissions resulting from the electricity purchased; and

Scope 3 — Other indirect emissions that occur outside the reporting entity, including upstream and downstream emissions.

The main sources of GHG emissions arising from our business activities in respect of the Two Satellite Casinos for the year ended 31 December 2019 are the consumption of gasoline, diesel and electricity purchased from power companies. As the Group is principally engaged in the provision of casino management services as well as the development, sale and leasing of electronic gaming equipment and systems, other indirect emissions under Scope 3 that occur outside the Group are insignificant and accordingly, emission data under Scope 3 is not provided in this ESG report.

GHG emissions data, measured in terms of carbon dioxide equivalent ("$CO_2e$"), of the Two Satellite Casinos for the year ended 31 December 2019 are as follows:

|  |  | Unit | 2019 | 2018 |
|---|---|---|---|---|
| Scope 1 | Gasoline and diesel consumed by vehicles | Ton | 114 | 97 |
| Scope 2 | Electricity purchased | Ton | 6,005 | 5,534 |
| | Total emissions | Ton | 6,119 | 5,631 |
| | Emissions per sq. ft. | Kg/sq. ft. | 29 | 27 |

There were increases in Scope 1 and Scope 2 emissions in 2019 when compared to those in 2018. It was mainly due to the increase in average temperature in Macau in 2019. Accordingly, more electricity was consumed by the Two Satellite Casinos in 2019. We target to at least maintain or even reduce GHG emissions by the year ending 31 December 2020.

##### A1.3 Hazardous Waste

Since the Group is principally engaged in the provision of casino management services as well as the development, sale and leasing of electronic gaming equipment and systems, no significant hazardous wastes and pollutants such as hazardous chemicals are discharged due to its business nature and accordingly, such hazardous waste data is not provided in this ESG report.

PARADISE 00033038
01711

Environmental, Social and Governance Report (Continued)

## A.  ENVIRONMENTAL (Continued)

### A1  Emissions (Continued)

#### A1.4 Non-hazardous Waste

In view of the principal business operations of the Two Satellite Casinos and also the measures adopted by the Group to mitigate non-hazardous as more described in Section A1.6 below, non-hazardous wastes produced such as paper waste and water waste are insignificant. Accordingly, data of non-hazardous waste is not provided in this ESG report.

#### A1.5 Measures to Mitigate Emissions

The main source of emissions of the Two Satellite Casinos is the use of energy. The Group is committed to reducing our emissions through our resource efficiency initiatives wherever possible. For instance, the Group notes that the carbon footprint produced by business trips shall increase GHG emissions although its impact is not significant as far as the business of the Group is concerned. As part of the Group's green policy, employees of the Group are encouraged to reduce and minimise business trips unless they are strictly necessary. Telephone conference facilities are installed in the offices and certain meetings by means of telephone conference have been conducted in lieu of physical conferences. In turn, physical business trips are insignificant, and so as GHG emissions in this respect. The Group has also adopted various energy-saving initiatives to reduce the emissions. Please refer to the Section A2 "Use of Resources" below for details.

#### A1.6 Measures to Mitigate Non-hazardous Waste

The Group, as well as the Two Satellite Casinos, has managed to keep their level of non-hazardous waste low as a result of the Group's policy in reducing wastes. In order to reduce paper waste, the Group advocates the policy "Reduce, Reuse and Recycle", and encourages its staff to reduce paper usage and recycle paper waste where possible. For example, the use of recycled papers and double-sided printing and photo-copying are adopted and the Group's Interim Report 2019 and Annual Report 2018, etc. were made of papers certified by the Forest Stewardship Council. Moreover, waste toner cartridges are recycled. Paperless approval processes and paperless meetings are encouraged to reduce the use of photocopy papers where applicable. On the other hand, in order to reduce waste plastic bottles (from bottled distilled water to casino players), there are water bars in the Two Satellite Casinos where hot water, distilled water dispenser and reusable metallic cups are provided to casino players. Since the adoption of water bars, waste plastic bottles have been reduced drastically. We target to at least maintain or even reduce non-hazardous waste by the year ending 31 December 2020.

PARADISE 00033039
01712

Environmental, Social and Governance Report (Continued)

## A. ENVIRONMENTAL (Continued)

### A2  Use of Resources

#### A2.1 Energy Consumption

Direct and/or indirect energy consumed by the Two Satellite Casinos for the year ended 31 December 2019 are as follows:

| Type | Unit | 2019 | 2018 |
|------|------|------|------|
| **Consumption:** | | | |
| Gasoline | Litre | **39,608** | 33,344 |
| Diesel | Litre | **2,441** | 2,688 |
| Electricity purchased | Kwh | **16,537,327** | 15,239,304 |
| | | | |
| **Intensity:** | | | |
| Gasoline | Litre/sq. ft. | **0.19** | 0.16 |
| Diesel | Litre/sq. ft. | **0.01** | 0.01 |
| Electricity purchased | Kwh/sq. ft. | **78.31** | 72.16 |

The consumption of gasoline and its intensity increased by 18.8% in 2019 while the consumption of diesel decreased by 9.2% in 2019 when compared to those in 2018. The increase in consumption of gasoline in 2019 was due to increase in usage of motor vehicles which in turn was caused by the increase in sale of LMG terminals and the provision of LMG upgrading services to various casinos in Macau in 2019. The quantity of electricity purchased and the intensity increased by 8.5% in 2019 when compared to those of 2018. The increase in consumption of electricity purchased was mainly due to increase in average temperature in Macau in 2019. Accordingly, more electricity was consumed by the Two Satellite Casinos in 2019. We target to at least maintain or even reduce consumption of gasoline, diesel and electricity by the year ending 31 December 2020.

#### A2.2 Water Consumption

Water consumed by the Two Satellite Casinos for the year ended 31 December 2019 is as follows:

| | Unit | 2019 | 2018 |
|------|------|------|------|
| Water consumed | $M^3$ | **21,448** | 22,378 |
| Intensity of water consumed | $M^3$/sq. ft. | **0.10** | 0.11 |

Compared with 2018, the consumption of water in 2019 decreased by 4.2% which reflects the Group's effort to minimise the consumption of water. We target to at least maintain or even reduce water consumption by the year ending 31 December 2020.

PARADISE 00033040
01713

Environmental, Social and Governance Report (Continued)

## A. ENVIRONMENTAL (Continued)

### A2  Use of Resources (Continued)

#### A2.3 & A2.4      Energy and Water Efficiency Initiatives

To reduce the Group's negative impact on the environment, the Group sets out policy for effective use of resources in order to protect the environment and make its business operations more cost-efficient. The Group has implemented green office practices in order to minimise the use of resources like paper, electricity and water, wherever possible.

The Group's green measures include double-sided printing, the use of energy-saving lightings such as light-emitting diode ("LED") lightings both on the sign boards and at the Two Satellite Casinos, and reducing energy consumption by switching off idle lightings, computers and electrical appliances, etc. In order to save electricity consumed, the indoor temperature in the Two Satellite Casinos is maintained at reasonable level in order to avoid over usage of air-conditioning and electricity. Moreover, labels reminding employees to save energy are placed close to the switches.

In order to reduce consumption of paper, collection boxes have been put in place to collect single-side used papers for reuse as draft papers and other scrap papers for recycling. Staff are reminded the necessity in email communications before printing out in hard copies to reduce unnecessary paper usage. Moreover, paperless approval processes are adopted for the purpose of reducing use of paper.

In order to reduce consumption of water, the data of water consumption pattern in respect of the Two Satellite Casinos were collected and analysed. Water bars are installed in the Group's casinos where hot water, distilled water dispenser and reusable metallic cups are provided to casino players. Under such arrangement, water is consumed by patrons on an as-needed basis by the adoption of water bars, as opposed to constraining patrons' consumption of bottled water which may be beyond their needs. As a result of such policies, consumption of water has been reduced drastically.

Since there are no rivers within the territory of Macau where the Two Satellite Casinos operate, the facilities of rainwater storage are very limited. The main source of water in Macau is supplied from Zhuhai, with Xijiang River as the source. The water source in Macau is generally considered to be in low risk of lack of potable water supply. The Two Satellite Casinos did not have any material concerns with respect to sourcing potable water we require for our operations during the year ended 31 December 2019.

We target to at least maintain or even reduce consumption of gasoline, diesel, electricity, water and emissions by the year ending 31 December 2020.

#### A2.5 Packaging Material

In view of the business nature of the Two Satellite Casinos being mainly the provision of casino management services, the packaging material used for finished products is not significant and accordingly, such packaging material data is not provided in this ESG report.

PARADISE 00033041
01714

## Environmental, Social and Governance Report (Continued)

### A. ENVIRONMENTAL (Continued)

#### A3   The Environment and Natural Resources

The Group recognises the responsibility in managing the Group's impact on the environment. For this reason, the Group has adopted series of initiatives as set out above in order to minimise emissions and consumption of energy and resources. The Group closely monitors the utilisation of resources and shall take appropriate actions to seek opportunities for increasing operating efficiency in order to reduce the consumption of non-renewable resources where possible. The Group shall assess the environmental risks of the Group's operations and ensure the Group's compliance with relevant laws and regulations in Macau from time to time. During the year ended 31 December 2019, the Group did not recognise any significant non-compliance with relevant laws and regulations in Macau in this aspect.

*Indoor Air Quality*

In order to improve quality of air in the Two Satellite Casinos for the health of the patrons and the Group's staff, air-purifiers are in place. The Group is committed to complying with relevant prevailing laws and requirements and adhering to the Regime of Tobacco Prevention and Control requirements imposed by the relevant Macau government authority.

The Group did not note any cases of material non-compliance with Air Pollution Control Ordinance and Water Pollution Control Ordinance of Hong Kong or the applicable legislation in Macau regarding the Group's operations during the year ended 31 December 2019.

### B. SOCIAL

#### B1   Employment

Employees are the greatest asset of the Group. The Group strives to attract, recruit, retain and train its employees. Employee handbooks have been established, with sets of policies to govern employees' affairs such as recruitment, payroll, working hours, rest periods, termination and rules of conduct. The Group's offices in Hong Kong and Macau are in compliance with the relevant labour laws and regulations in Hong Kong and Macau, respectively.

The Group recognises the importance of maintaining a stable staff force for its continued success. Staff remuneration is determined by reference to personal qualifications, performance, relevant experience, responsibilities and market trends. Discretionary bonuses are granted to employees based on merit and in accordance with industry practice. Other benefits including share options, share awards, subsidised medical care, pension funds and sponsorship for external education and training programmes are offered to employees.

The Group respects cultural diversity and is committed to provision of working environment which is free from all forms of discrimination (i.e. age, religion, gender, pregnancy, marital status, disability, family status and race). Therefore, any employee dismissal due to discrimination or unlawful reasons is forbidden in the Group. Besides, opportunities for hiring, training and promotion are equal and open to all qualified candidates or employees and the Group has developed a systematic and objective evaluation mechanism to assess their performance based on qualifications, work experience, skills and abilities. When a position becomes available, we prefer internal promotion (where possible) rather than external recruitment.

PARADISE 00033042

01715

Environmental, Social and Governance Report (Continued)

B.   SOCIAL (Continued)

B1   Employment (Continued)

The Group strives to maintain the work-life balance of its employees by establishing fair and reasonable working hours and leave policy to ensure that employees have sufficient time for rest and leisure. For the betterment of harmonious relationship between the employees across departments and offices, the Group provides various social activities to its employees where appropriate.

The Group did not note any cases of material non-compliance with the "Labour Relations Law" of the Labour Affairs Bureau of Macau and the "Labour Legislation" of Labour Department of Hong Kong during the year ended 31 December 2019.

B2   Health and Safety

The Group strives to provide a safe working environment for all employees. Auxiliary facilities and protective equipment are provided to the employees in order to reduce the possibilities of injury. Training courses on fire extinguishing and escape exercises are held regularly. All cases of injury, if any, are required to be reported to the head office for assessment of the cause of injury, consideration of corresponding preventive measures and to ensure proper handling of the cases in compliance with relevant regulations.

The Group did not note any cases of material non-compliance with the Occupational Safety and Health Ordinance of Hong Kong or the applicable legislation in Macau during the year ended 31 December 2019.

B3   Development and Training

The Group strives to improve employee's knowledge and skills for discharging their duties at work and to make them valuable assets to the Group, with a view to promoting the long-term development of its employees. For this reason, vocational training courses are provided to the employees, for example, anti-money laundering courses are provided to employees in Macau. The Group also sponsored the employees for external training courses and part-time degree courses towards certain selected employees in 2019.

B4   Labour Standards

Anti-Child and Forced Labour

The Group strictly prohibits the use of child and forced labour in the Group's operations or activities. The Group's operations strictly comply with local labour laws and regulations. Forcing labour to work by means of physical punishment, abuse, involuntary servitude, peonage or trafficking is strictly forbidden. Employment of any person who is under the age as set forth by the local labour law is prohibited, including but not limited to hiring for the gaming areas in respect of the Two Satellite Casinos. The Group formally requires all job applicants to present their identity card when they attend recruitment interview.

The Group did not note any cases of material non-compliance with the "Labour Relations Law" of the Labour Affairs Bureau of Macau and the "Labour Legislation" of Labour Department of Hong Kong during the year ended 31 December 2019.

PARADISE 00033043
01716

## Environmental, Social and Governance Report (Continued)

### B.  SOCIAL (Continued)

#### B5  Supply Chain Management

The Group promotes green and environmental-friendly procurement in its operations. Suppliers using recycled materials and products made of recycled material are preferred, in order to promote green products. The suppliers are required to adhere to the Group's ESG policies including but not limited to:

–    Provision of safe working environment;

–    Prohibition of child and forced labour;

–    Certified green products preferred;

–    Fair wages and fair working environment without discrimination; and

–    Compliance with or exceeding all relevant laws, regulations, and codes of conduct or practice.

In light of this policy, photocopiers of less consumption of energy and less emissions of carbon are adopted by the Two Satellite Casinos and the Group.

#### B6  Product Responsibility

##### Responsible Gaming

As a group engaged in the provision of casino management services, the Group is committed to promoting responsible gaming and supporting Macau government's relevant measures. The Group promotes responsible gaming in a variety of ways, including:

–    Notice boards, kiosks and posters are in place in the Two Satellite Casinos to improve the awareness of problem gaming among the Group's employees and the patrons;

–    Staff of the Two Satellite Casinos are prohibited at all times from gambling at any gaming venue thereunder at which they are employed pursuant to Article 4, Clause 3 of Macau's Law No. 10/2012 (Amended by Law No. 17/2018) — Regulating the Conditions of Entering, Working and Gaming at Casinos;

–    The Group shall also seek suitable opportunities to take part in the events with non-profitable or charitable organisations and academic institutions in Macau to alleviate the adverse social impact as a result of problem gaming;

–    Providing our employees with training on responsible gaming as part of their orientation; and

–    Assisting our customers in obtaining information about responsible gaming.

##### Data Privacy

The Group understands the importance of data privacy. The Group is committed to protecting the privacy of its customers in collection, processing and use of their personal data. The Group has adopted policies on consumer data protection in compliance with relevant laws and regulations in Macau and Hong Kong. Training courses on data privacy and protection of data have been conducted. The Group did not note any cases of material non-compliance with the Personal Data (Privacy) Ordinance of Hong Kong and the Personal Data Protection Act of Macau in relation to data privacy during the year ended 31 December 2019.

PARADISE 00033044
01717

Environmental, Social and Governance Report (Continued)

## B.  SOCIAL (Continued)

### B7  Anti-corruption

The Group believes that honesty, integrity and fairness are of vital importance to its business operations. The Group does not tolerate corruption, bribery, money-laundering and other fraudulent activities in its operations. All employees of the Group are expected to adhere to our standards of ethical, personal and professional conduct serving with integrity and honesty.

Training on anti-money laundering, anti-bribery and anti-corruption are provided to employees. Moreover, there are whistle-blowing procedures stated in the staff handbook which provides a private communication channel to all staff to report suspicious fraudulent actions to the Group's management directly. Review of the effectiveness of the internal control systems is also conducted on a regular basis for prevention of corruption.

The Group did not note any cases of material non-compliance with the relevant Prevention of Bribery Ordinance and Anti-money laundering Ordinance of Hong Kong and Macau during the year ended 31 December 2019.

### B8  Community Investment

It is the Group's policy on the community engagement to understand the needs of the communities where the Group operates and to support and sponsor charitable activities where appropriate after taking into consideration of the communities' interests.

For the benefit of the Macau community in advancing arts, culture and sports, the Group has been supporting and sponsoring a variety of activities to attain social harmony. Major initiatives during the year ended 31 December 2019 which attracted popularity and applause from the Macau community include sponsoring and supporting the events as follows:

–      The Fourth "Y Show" Macau Art Graduates Joint Exhibition; and

–      "Walk for Millions" charitable event in Macau.

The Group has also set up a showroom for non-gaming attraction known as "Street Steel — Heavy Metal Bike Gallery Macau" in Casino Kam Pek Paradise with more than 20 collectable luxury motorbikes, which is free for public visit.

The Group is also dedicated to supporting the advancement of education for young people, helping them establish a strong and solid foundation of their chosen careers. During the year ended 31 December 2019, the Group offered scholarships to eligible students of the Macau Polytechnic Institute. The Group will continue to look for opportunities to support selected universities and institutions in Macau to develop local talents for the betterment of Macau in advancing its competitiveness in the long run.

PARADISE 00033045
01718

Environmental, Social and Governance Report (Continued)

## SELECTED MAJOR AWARDS

The following table shows selected major awards received by the Group during the year ended 31 December 2019:

| Award Name | Presenter |
| --- | --- |
| Greater Bay Area Innovative Technology Awards | China (Macau) Financial Awards Organising Committee |
| "EcoPartner" of the "BOCHK Corporate Environmental Leadership Awards 2018" | Jointly presented by the Federation of Hong Kong Industries and Bank of China (Hong Kong) Limited |
| Certificate of Excellence of The HKIRA 5th Investor Relations Awards | Hong Kong Investor Relations Association |
| 3rd China Excellent Investor Relations Award <br> • Greatest Potential Award | International Roadshow Center |

PARADISE 00033046
01719

# Independent Auditor's Report

## Deloitte. 德勤

### TO THE SHAREHOLDERS OF PARADISE ENTERTAINMENT LIMITED
*(incorporated in Bermuda with limited liability)*

## OPINION

We have audited the consolidated financial statements of Paradise Entertainment Limited (the "Company") and its subsidiaries (collectively referred to as "the Group") set out on pages 67 to 135, which comprise the consolidated statement of financial position as at 31 December 2019, and the consolidated statement of profit or loss, consolidated statement of profit or loss and other comprehensive income, consolidated statement of changes in equity and consolidated statement of cash flows for the year then ended, and notes to the consolidated financial statements, including a summary of significant accounting policies.

In our opinion, the consolidated financial statements give a true and fair view of the consolidated financial position of the Group as at 31 December 2019, and of its consolidated financial performance and its consolidated cash flows for the year then ended in accordance with Hong Kong Financial Reporting Standards ("HKFRSs") issued by the Hong Kong Institute of Certified Public Accountants ("HKICPA") and have been properly prepared in compliance with the disclosure requirements of Hong Kong Companies Ordinance.

## BASIS FOR OPINION

We conducted our audit in accordance with Hong Kong Standards on Auditing ("HKSAs") issued by the HKICPA. Our responsibilities under those standards are further described in the Auditor's Responsibilities for the Audit of the Consolidated Financial Statements section of our report. We are independent of the Group in accordance with the HKICPA's Code of Ethics for Professional Accountants (the "Code"), and we have fulfilled our other ethical responsibilities in accordance with the Code. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

## KEY AUDIT MATTERS

Key audit matters are those matters that, in our professional judgment, were of most significance in our audit of the consolidated financial statements of the current period. These matters were addressed in the context of our audit of the consolidated financial statements as a whole, and in forming our opinion thereon, and we do not provide a separate opinion on these matters.

PARADISE 00033047

01720

*Independent Auditor's Report (Continued)*

| Key audit matter | How our audit addressed the key audit matter |
|---|---|

### *Impairment assessment of the intangible asset and property, plant and equipment*

We have identified the impairment assessment of the intangible asset and property, plant and equipment allocated to the single cash-generating unit comprising the patent for the computerised gaming system for operating multi-gambling games in Macau (the "Macau Patent CGU") as a key audit matter due to the significant level of management judgment involved in determining the recoverable amount of the Macau Patent CGU for impairment assessment on the intangible asset and property, plant and equipment.

As set out in notes 16 and 14 to the consolidated financial statements, as at 31 December 2019, intangible asset of approximately HK$68,781,000 represents patent pertaining to the computerised gaming system for operating multi-gambling games installed on the electronic gaming equipment which operate in certain casinos in Macau, and the property, plant and equipment of approximately HK$56,018,000, respectively, are allocated to the Macau Patent CGU. In the opinion of the directors of the Company, no impairment loss was identified on the intangible asset and the related property, plant and equipment as at 31 December 2019.

The valuation of intangible asset and property, plant and equipment in relation to patent is assessed by comparing the recoverable amount of the Macau Patent CGU, to their carrying amounts at the end of each reporting period. The recoverable amount of the Macau Patent CGU is the value in use of the Macau Patent CGU determined by the directors of the Company based on the present value of estimated future cash flows to be generated over the remaining license period and with reference to the valuation report prepared by an independent professional valuer, which was approved by the directors of the Company. The key assumptions adopted by the management in the value in use calculation of the recoverable amount of the Macau Patent CGU are growth rates of revenue and costs and pre-tax discount rate.

Our procedures in relation to the impairment assessment of the intangible asset and property, plant and equipment included:

- Obtaining an understanding of the impairment assessment process used by the management and involvement of the independent professional valuer engaged by the Company to estimate the recoverable amounts based on a value in use calculation;

- Assessing the competence, capabilities and objectivity of the independent professional valuer;

- Assessing the reasonableness of the key assumptions adopted by the management in determining the recoverable amount of the Macau Patent CGU, including growth rates of revenue and costs and discount rate, with the involvement of our valuation specialist;

- Evaluating the historical accuracy and reasonableness of the value in use calculation by comparing the historical cash flow forecasts with the actual performance of the Macau Patent CGU;

- Understanding the key assumptions applied to the valuation with reference to available market data; and

- Evaluating whether the disclosures are appropriately made in accordance with the Hong Kong Accounting Standard ("HKAS") 16 "Property, Plant and Equipment", HKAS 36 "Impairment of Assets" and HKAS 38 "Intangible Assets".

PARADISE 00033048

01721

## Independent Auditor's Report (Continued)

| Key audit matter | How our audit addressed the key audit matter |
|---|---|

### *Estimation of write-down amount of trading goods*

We have identified the estimation of the write-down amount of trading goods as a key audit matter due to the estimation uncertainty inherent in the management's process in determining the write-down amount of slow-moving and obsolete trading goods. As at 31 December 2019, the carrying amount of trading goods, after the write-down amount of HK$5,945,000, was HK$34,736,000.

As disclosed in note 4 to the consolidated financial statements, the management of the Group identifies slow-moving and obsolete trading goods with reference to an aged analysis and the management's assessment of technical specification and determines the write-down amount for trading goods by considering the saleability of trading goods.

Our procedures in relation to the estimation of the write-down amount of trading goods included:

- Obtaining an understanding of the Group's write-down policy for trading goods and evaluating management's process in identifying slow-moving and obsolete trading goods and determining the write-down amount for those trading goods;

- Checking the accuracy of the aged analysis for trading goods used by management to determine the write-down amount, on a sample basis, to relevant purchase invoices and goods receipt notes;

- Examining the subsequent sales of the trading goods, on a sample basis, to the sales invoices and goods delivery notes and comparing the sales price to the recorded cost to check whether the inventory is valued at lower of cost and net realisable value; and

- Evaluating the sufficiency of the write-down amount for slow-moving and obsolete trading goods with reference to sales history or subsequent sales, current market conditions and the management's assessment of technical specification.

## OTHER INFORMATION

The directors of the Company are responsible for the other information. The other information comprises the information included in the annual report, but does not include the consolidated financial statements and our auditor's report thereon.

Our opinion on the consolidated financial statements does not cover the other information and we do not express any form of assurance conclusion thereon.

In connection with our audit of the consolidated financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the consolidated financial statements or our knowledge obtained in the audit or otherwise appears to be materially misstated. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. We have nothing to report in this regard.

PARADISE 00033049
01722

Independent Auditor's Report (Continued)

## RESPONSIBILITIES OF DIRECTORS AND THOSE CHARGED WITH GOVERNANCE FOR THE CONSOLIDATED FINANCIAL STATEMENTS

The directors of the Company are responsible for the preparation of the consolidated financial statements that give a true and fair view in accordance with HKFRSs issued by the HKICPA and the disclosure requirements of the Hong Kong Companies Ordinance, and for such internal control as the directors determine is necessary to enable the preparation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the consolidated financial statements, the directors are responsible for assessing the Group's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting unless the directors either intend to liquidate the Group or to cease operations, or have no realistic alternative but to do so.

Those charged with governance are responsible for overseeing the Group's financial reporting process.

## AUDITOR'S RESPONSIBILITIES FOR THE AUDIT OF THE CONSOLIDATED FINANCIAL STATEMENTS

Our objectives are to obtain reasonable assurance about whether the consolidated financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion solely to you, as a body, in accordance with Section 90 of the Bermuda Companies Act, and for no other purpose. We do not assume responsibility towards or accept liability to any other person for the contents of this report. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with HKSAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these consolidated financial statements.

As part of an audit in accordance with HKSAs, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the consolidated financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Group's internal control.

- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the directors.

PARADISE 00033050
01723

## Independent Auditor's Report (Continued)

- Conclude on the appropriateness of the directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Group's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditor's report to the related disclosures in the consolidated financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditor's report. However, future events or conditions may cause the Group to cease to continue as a going concern.

- Evaluate the overall presentation, structure and content of the consolidated financial statements, including the disclosures, and whether the consolidated financial statements represent the underlying transactions and events in a manner that achieves fair presentation.

- Obtain sufficient appropriate audit evidence regarding the financial information of the entities or business activities within the Group to express an opinion on the consolidated financial statements. We are responsible for the direction, supervision and performance of the group audit. We remain solely responsible for our audit opinion.

We communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

We also provide those charged with governance with a statement that we have complied with relevant ethical requirements regarding independence, and to communicate with them all relationships and other matters that may reasonably be thought to bear on our independence, and where applicable, related safeguards.

From the matters communicated with those charged with governance, we determine those matters that were of most significance in the audit of the consolidated financial statements of the current period and are therefore the key audit matters. We describe these matters in our auditor's report unless law or regulation precludes public disclosure about the matter or when, in extremely rare circumstances, we determine that a matter should not be communicated in our report because the adverse consequences of doing so would reasonably be expected to outweigh the public interest benefits of such communication.

The engagement partner on the audit resulting in the independent auditor's report is Kwok Lai Sheung.

**Deloitte Touche Tohmatsu**
*Certified Public Accountants*

Hong Kong
26 March 2020

PARADISE 00033051
01724

# Consolidated Statement of Profit or Loss

For the year ended 31 December 2019

| | Notes | 2019 HK$'000 | 2018 HK$'000 |
|---|---|---|---|
| Revenue | 5 | 1,181,754 | 1,164,207 |
| Cost of sales and services | | (675,243) | (633,201) |
| | | | |
| Gross profit | | 506,511 | 531,006 |
| Other income, gains and losses | 7 | 18,886 | 15,670 |
| Marketing, selling and distribution costs | | (229,919) | (235,868) |
| Operating and administrative expenses | | (271,768) | (244,398) |
| Amortisation of intangible assets | | (12,138) | (12,138) |
| Finance costs | 8 | (3,421) | (712) |
| Share of losses of joint ventures | 17 | (2,149) | — |
| | | | |
| Profit before taxation | 9 | 6,002 | 53,560 |
| Taxation credit (charge) | 11 | 4,558 | (403) |
| | | | |
| Profit for the year | | 10,560 | 53,157 |
| | | | |
| Profit for the year attributable to: | | | |
| Owners of the Company | | 926 | 58,224 |
| Non-controlling interests | | 9,634 | (5,067) |
| | | | |
| | | 10,560 | 53,157 |
| | | | |
| Earnings per share: | 13 | | |
| — Basic | | HK0.1 cent | HK5.5 cents |
| | | | |
| — Diluted | | N/A | N/A |

PARADISE 00033052
01725

# Consolidated Statement of Profit or Loss and Other Comprehensive Income

For the year ended 31 December 2019

|  | 2019 HK$'000 | 2018 HK$'000 |
|---|---|---|
| Profit for the year | 10,560 | 53,157 |
| Other comprehensive expense: | | |
| *Item that will not be reclassified to profit or loss:* | | |
| Fair value loss on investment in equity instruments designated at fair value through other comprehensive income | (62) | (1,277) |
| *Item that may be reclassified subsequently to profit or loss:* | | |
| Exchange differences arising on translation of foreign operations | (852) | (917) |
| Other comprehensive expense for the year | (914) | (2,194) |
| Total comprehensive income for the year | 9,646 | 50,963 |
| Total comprehensive income (expense) for the year attributable to: | | |
| Owners of the Company | 5 | 56,264 |
| Non-controlling interests | 9,641 | (5,301) |
|  | 9,646 | 50,963 |

PARADISE 00033053
01726

# Consolidated Statement of Financial Position

At 31 December 2019

| | Notes | 2019 HK$'000 | 2018 HK$'000 |
|---|---|---|---|
| **Non-current assets** | | | |
| Property, plant and equipment | 14 | 310,393 | 246,938 |
| Right-of-use assets | 15 | 18,093 | — |
| Intangible assets | 16 | 68,781 | 80,919 |
| Interests in joint ventures | 17 | 3,540 | — |
| Investment in equity instruments designated at fair value through other comprehensive income | 18 | 1,366 | 1,428 |
| Other assets | 19 | 5,906 | 4,363 |
| | | 408,079 | 333,648 |
| **Current assets** | | | |
| Inventories | 20 | 61,545 | 78,998 |
| Trade and other receivables | 21 | 163,860 | 176,199 |
| Amount due from a joint venture | 22 | 195 | — |
| Amounts due from related companies | 23 | 1,140 | 901 |
| Pledged bank deposit | 24 | 28,800 | 28,800 |
| Bank balances and cash | 25 | 245,612 | 264,827 |
| | | 501,152 | 549,725 |
| **Current liabilities** | | | |
| Trade and other payables | 26 | 127,158 | 151,492 |
| Amounts due to directors | 23 | 2,109 | 2,239 |
| Amounts due to joint ventures | 22 | 184 | — |
| Taxation payable | | 6,912 | 11,878 |
| Bank borrowings — due within one year | 27 | 8,776 | 5,048 |
| Lease liabilities | 28 | 10,659 | — |
| | | 155,798 | 170,657 |
| **Net current assets** | | 345,354 | 379,068 |
| **Total assets less current liabilities** | | 753,433 | 712,716 |
| **Non-current liabilities** | | | |
| Bank borrowings — due after one year | 27 | 137,055 | 83,998 |
| Lease liabilities | 28 | 7,894 | — |
| | | 144,949 | 83,998 |
| **Net assets** | | 608,484 | 628,718 |

PARADISE 00033054

01727

## Consolidated Statement of Financial Position (Continued)
At 31 December 2019

|  | Note | 2019<br>HK$'000 | 2018<br>HK$'000 |
|---|---|---|---|
| **Capital and reserves** |  |  |  |
| Share capital | 29 | **1,052** | 1,052 |
| Reserves |  | **555,563** | 581,863 |
| Equity attributable to owners of the Company |  | **556,615** | 582,915 |
| Non-controlling interests |  | **51,869** | 45,803 |
|  |  | **608,484** | 628,718 |

The consolidated financial statements on pages 67 to 135 were approved and authorised for issue by the board of directors on 26 March 2020 and are signed on its behalf by:

**JAY CHUN**
*DIRECTOR*

**TANG KIU SAM ALICE**
*DIRECTOR*

PARADISE 00033055
01728

## Consolidated Statement of Changes in Equity

For the year ended 31 December 2019

| | | | Attributable to owners of the Company | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Share capital HK$'000 | Contributed surplus HK$'000 (note) | Investment revaluation reserve HK$'000 | Translation reserve HK$'000 | Accumulated losses HK$'000 | Subtotal HK$'000 | Non-controlling interests HK$'000 | Total HK$'000 |
| At 31 December 2017 (audited) | 1,052 | 1,046,809 | 1,304 | 21,892 | (544,406) | 526,651 | 51,104 | 577,755 |
| Profit (loss) for the year | — | — | — | — | 58,224 | 58,224 | (5,067) | 53,157 |
| Other comprehensive expense for the year | — | — | (1,047) | (913) | — | (1,960) | (234) | (2,194) |
| Total comprehensive (expense) income for the year | — | — | (1,047) | (913) | 58,224 | 56,264 | (5,301) | 50,963 |
| At 31 December 2018 (audited) | 1,052 | 1,046,809 | 257 | 20,979 | (486,182) | 582,915 | 45,803 | 628,718 |
| Profit for the year | — | — | — | — | 926 | 926 | 9,634 | 10,560 |
| Other comprehensive (expense) income for the year | — | — | (51) | (870) | — | (921) | 7 | (914) |
| Total comprehensive (expense) income for the year | — | — | (51) | (870) | 926 | 5 | 9,641 | 9,646 |
| Deregistration of a subsidiary | — | — | — | — | — | — | 25 | 25 |
| Dividend paid (note 12) | — | (26,305) | — | — | — | (26,305) | — | (26,305) |
| Dividend recognised as distribution to non-controlling interests (note 30) | — | — | — | — | — | — | (3,600) | (3,600) |
| At 31 December 2019 | 1,052 | 1,020,504 | 206 | 20,109 | (485,256) | 556,615 | 51,869 | 608,484 |

Note: The contributed surplus represents the aggregate of: (i) the difference between the nominal amount of the share capital issued by the Company and the aggregate of the nominal amounts of the issued share capital and the share premium of LifeTec (Holdings) Limited, the subsidiary which was acquired by the Company pursuant to the group reorganisation in 1996; (ii) the effects of the capital reduction, share premium cancellation and elimination to accumulated losses took place in 1999 and 2013; (iii) the effect of the reduction of share premium took place in 2017; and (iv) the effect of dividend for the year ended 31 December 2018 paid in 2019.

PARADISE 00033056
01729

# Consolidated Statement of Cash Flows

For the year ended 31 December 2019

|  | 2019 HK$'000 | 2018 HK$'000 |
|---|---|---|
| **Operating activities** | | |
| Profit before taxation | 6,002 | 53,560 |
| Adjustments for: | | |
| Interest income | (5,132) | (4,394) |
| Finance costs | 3,421 | 712 |
| Amortisation of intangible assets | 12,138 | 12,138 |
| Depreciation of property, plant and equipment | 59,386 | 58,084 |
| Deprecation of right-of-use assets | 11,093 | — |
| Gain on disposal of right-of-use assets | (15) | — |
| Loss on deregistration of a subsidiary | 25 | — |
| Share of losses of joint ventures | 2,149 | — |
| Loss on disposal of property, plant and equipment | — | 642 |
| Loss allowance on financial assets | — | 258 |
| Write-down of inventories | 5,945 | 4,961 |
| | | |
| Operating cash flows before movements in working capital | 95,012 | 125,961 |
| Decrease (increase) in inventories | 2,637 | (21,284) |
| Decrease in trade and other receivables | 8,977 | 2,338 |
| Decrease in finance lease receivables | — | 9,467 |
| Increase in amount due from related companies | (239) | (678) |
| Increase in amount due to joint ventures | 160 | — |
| (Decrease) increase in trade and other payables | (24,415) | 2,543 |
| | | |
| Cash from operations | 82,132 | 118,347 |
| Lump Sum Dividend Tax paid | (378) | (378) |
| PRC Enterprise Income Tax paid | (30) | (15) |
| | | |
| **Net cash from operating activities** | 81,724 | 117,954 |
| | | |
| **Investing activities** | | |
| Purchases of property, plant and equipment | (114,097) | (163,988) |
| Advances to joint ventures | (5,860) | — |
| Deposits paid for acquisitions of property, plant and equipment | (1,918) | (1,084) |
| Payments for rental deposits | (867) | — |
| Interest received | 4,117 | 2,525 |
| Repayment of loan receivable | 1,560 | — |
| Proceeds of rental deposits refunded | 366 | — |
| Proceeds on disposal of property, plant and equipment | 164 | 187 |
| Placement of pledged bank deposit | — | (28,800) |
| Repayment from a related company | — | 360 |
| | | |
| **Net cash used in investing activities** | (116,535) | (190,800) |

PARADISE 00033057
01730

## Consolidated Statement of Cash Flows (Continued)

For the year ended 31 December 2019

|  | 2019<br>HK$'000 | 2018<br>HK$'000 |
|---|---|---|
| **Financing activities** |  |  |
| New bank borrowing raised | 63,000 | 90,291 |
| Dividend paid | (26,305) | — |
| Repayment of lease liabilities | (10,982) | — |
| Repayments of bank borrowings | (6,215) | (1,245) |
| Interest paid | (3,019) | (644) |
| Repayments to directors | (130) | (734) |
| **Net cash from financing activities** | 16,349 | 87,668 |
| **Net (decrease) increase in cash and cash equivalents** | (18,462) | 14,822 |
| **Cash and cash equivalents at beginning of the year** | 264,827 | 250,848 |
| **Effect of foreign exchange rate changes** | (753) | (843) |
| **Cash and cash equivalents at end of the year,**<br>representing bank balances and cash | 245,612 | 264,827 |

PARADISE 00033058
01731

# Notes to the Consolidated Financial Statements

For the year ended 31 December 2019

## 1.  GENERAL

Paradise Entertainment Limited (the "Company") is incorporated in Bermuda as an exempted company with limited liability and its shares are listed on the Main Board of The Stock Exchange of Hong Kong Limited (the "Stock Exchange"). Its ultimate holding company is August Profit Investments Limited, a company established in the British Virgin Islands ("BVI"). In the opinion of the directors of the Company, the Company's ultimate controlling party is Mr. Jay Chun, who is also an executive director of the Company. The addresses of the registered office and principal place of business of the Company are disclosed in the "Corporate Information" section of this annual report.

The Company is an investment holding company of a diverse group of companies that are principally engaged in provision of the casino management services, and the development, sale and leasing of electronic gaming equipment and systems. The principal activities of its principal subsidiaries are set out in note 42.

The consolidated financial statements are presented in Hong Kong dollars ("HK$"), which is also the functional currency of the Company.

## 2.  APPLICATION OF NEW AND AMENDMENTS TO HONG KONG FINANCIAL REPORTING STANDARDS ("HKFRSs")

### New and Amendments to HKFRSs that are mandatorily effective for the current year

The Company and its subsidiaries (collectively referred as the "Group") has applied the following new and amendments to HKFRSs and an interpretation issued by the Hong Kong Institute of Certified Public Accountants ("HKICPA") for the first time in the current year:

| | |
|---|---|
| HKFRS 16 | Leases |
| HK(IFRIC)-Int 23 | Uncertainty over Income Tax Treatments |
| Amendments to HKAS 19 | Plan Amendment, Curtailment or Settlement |
| Amendments to HKAS 28 | Long-term Interests in Associates and Joint Ventures |
| Amendments to HKFRSs | Annual Improvements to HKFRSs 2015–2017 Cycle |

Except as described below, the application of the new and amendments to HKFRSs and the interpretation in the current year has had no material impact on the Group's financial positions and performance for the current and prior years and/or on the disclosures set out in these consolidated financial statements.

PARADISE 00033059
01732

## 2. APPLICATION OF NEW AND AMENDMENTS TO HONG KONG FINANCIAL REPORTING STANDARDS ("HKFRSs") (Continued)

### HKFRS 16 "Leases"

The Group applied the following accounting policies in accordance with the transition provisions of HKFRS 16.

#### Definition of a lease

The Group has elected the practical expedient to apply HKFRS 16 to contracts that were previously identified as leases applying HKAS 17 and HK(IFRIC)-Int 4 "Determining whether an Arrangement contains a Lease" and not apply this standard to contracts that were not previously identified as containing a lease. Therefore, the Group has not reassessed contracts which already existed prior to the date of initial application.

For contracts entered into or modified on or after 1 January 2019, the Group applies the definition of a lease in accordance with the requirements set out in HKFRS 16 in assessing whether a contract contains a lease.

#### As a lessee

The Group has applied HKFRS 16 retrospectively with the cumulative effect recognised at the date of initial application, 1 January 2019.

As at 1 January 2019, the Group recognised additional lease liabilities and right-of-use assets at amounts equal to the related lease liabilities by applying HKFRS 16.C8(b)(ii) transition. Any difference at the date of initial application is recognised in the opening accumulated losses and comparative information has not been restated.

When applying the modified retrospective approach under HKFRS 16 at transition, the Group applied the following practical expedients to leases previously classified as operating leases under HKAS 17, on lease-by-lease basis, to the extent relevant to the respective lease contracts:

i.     elected not to recognise right-of-use assets and lease liabilities for leases with lease term ends within 12 months of the date of initial application;

ii.    excluded initial direct costs from measuring the right-of-use assets at the date of initial application;

iii.   applied a single discount rate to a portfolio of leases with similar remaining terms for similar class of underlying assets in similar economic environment. Specifically, discount rate for certain leases of properties in Macau, Hong Kong, the People's Republic of China (the "PRC") and the United States of America ("U.S.") were determined on a portfolio basis for each location respectively; and

iv.    used hindsight based on facts and circumstances as at date of initial application in determining the lease term for the Group's leases with extension and termination options.

PARADISE 00033060

01733

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

2. APPLICATION OF NEW AND AMENDMENTS TO HONG KONG FINANCIAL REPORTING STANDARDS ("HKFRSs") (Continued)

### HKFRS 16 "Leases" (Continued)

As a lessee (Continued)

When recognising the lease liabilities for leases previously classified as operating leases, the Group has applied incremental borrowing rates of the relevant group entities at the date of initial application. The weighted average lessees' incremental borrowing rate applied is 2.86%.

|  | At 1 January 2019 HK$'000 |
|---|---|
| Operating lease commitments disclosed as at 31 December 2018 | 49,247 |
| Less: Recognition exemption — short-term leases | (25,891) |
|  | 23,356 |
| Lease liabilities discounted at relevant incremental borrowing rates | (1,206) |
| Lease liabilities relating to operating leases recognised upon application of HKFRS 16 as at 1 January 2019 | 22,150 |
| Analysed as |  |
| Current | 8,833 |
| Non-current | 13,317 |
|  | 22,150 |

The carrying amount of right-of-use assets for own use as at 1 January 2019 comprises the following:

|  | HK$'000 |
|---|---|
| Right-of-use assets relating to operating leases recognised upon application of HKFRS 16 | 22,150 |
| By class: |  |
| Leasehold land and buildings | 21,614 |
| Motor vehicles | 536 |
|  | 22,150 |

PARADISE 00033061
01734

## 2. APPLICATION OF NEW AND AMENDMENTS TO HONG KONG FINANCIAL REPORTING STANDARDS ("HKFRSs") (Continued)

### HKFRS 16 "Leases" (Continued)

#### As a lessor

In accordance with the transitional provisions in HKFRS 16, the Group is not required to make any adjustment on transition for leases in which the Group is a lessor but account for these leases in accordance with HKFRS 16 from the date of initial application and comparative information has not been restated.

The following adjustments were made to the amounts recognised in the consolidated statement of financial position at 1 January 2019. Line items that were not affected by the changes have not been included.

|  | Carrying amounts previously reported at 31 December 2018 HK$'000 | Adjustments HK$'000 | Carrying amounts under HKFRS 16 at 1 January 2019 HK$'000 |
|---|---|---|---|
| **Non-current asset** |  |  |  |
| Right-of-use assets | — | 22,150 | 22,150 |
| **Current liability** |  |  |  |
| Lease liabilities | — | (8,833) | (8,833) |
| **Non-current liability** |  |  |  |
| Lease liabilities | — | (13,317) | (13,317) |

Note: For the purpose of reporting cash flows from operating activities under indirect method for the year ended 31 December 2019, movements in working capital have been computed based on opening consolidated statement of financial position as at 1 January 2019 as disclosed above.

### Amendments to HKAS 28 "Long-term Interests in Associates and Joint Ventures"

The amendments clarify that an entity applies HKFRS 9 "Financial Instruments" ("HKFRS 9"), including the impairment requirements, to long-term interests in a joint venture to which the equity method is not applied that form part of the net investment in the investee. Furthermore, in applying HKFRS 9 to long-term interests, an entity does not take into account adjustments to their carrying amount required by HKAS 28 (i.e. adjustments to the carrying amount of long-term interests arising from the allocation of losses of the investee or assessment of impairment in accordance with HKAS 28).

As at 31 December 2019, amount due from a joint venture of HK$5,665,000 is considered as long-term interest that, in substance form part of the Group's net investments in the relevant joint ventures. However, the application is not expected to have impact as the Group's existing accounting policies are consistent with the requirements clarified by the amendments.

PARADISE 00033062
01735

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2019

### 2. APPLICATION OF NEW AND AMENDMENTS TO HONG KONG FINANCIAL REPORTING STANDARDS ("HKFRSs") (Continued)

#### New and amendments to HKFRSs in issue but not yet effective

The Group has not early applied the following new and amendments to HKFRSs that have been issued but are not yet effective:

| | |
|---|---|
| HKFRS 17 | Insurance Contracts[1] |
| Amendments to HKFRS 3 | Definition of a Business[2] |
| Amendments to HKFRS 10 and HKAS 28 | Sale or Contribution of Assets between an Investor and its Associate or Joint Venture[3] |
| Amendments to HKAS 1 and HKAS 8 | Definition of Material[3] |
| Amendments to HKFRS 9, HKAS 39 and HKFRS 7 | Interest Rate Benchmark Reform[4] |

[1]  Effective for annual periods beginning on or after 1 January 2021.
[2]  Effective for business combinations and asset acquisitions for which the acquisition date is on or after the beginning of the first annual period beginning on or after 1 January 2020.
[3]  Effective for annual periods beginning on or after a date to be determined.
[4]  Effective for annual periods beginning on or after 1 January 2020.

In addition to the above new and amendments to HKFRSs, a revised Conceptual Framework for Financial Reporting was issued in 2018. Its consequential amendments, "the Amendments to References to the Conceptual Framework in HKFRS Standards", will be effective for annual periods beginning on or after 1 January 2020.

Except for the new and amendments to HKFRSs mentioned below, the directors of the Company anticipate that the application of all other new and amendments to HKFRSs will have no material impact on the consolidated financial statements in the foreseeable future.

#### Amendments to HKAS 1 and HKAS 8 "Definition of Material"

The amendments provide refinements to the definition of material by including additional guidance and explanations in making materiality judgments. In particular, the amendments:

- include the concept of "obscuring" material information in which the effect is similar to omitting or misstating the information;

- replace threshold for materiality influencing users from "could influence" to "could reasonably be expected to influence"; and

- include the use of the phrase "primary users" rather than simply referring to "users" which was considered too broad when deciding what information to disclose in the financial statements.

The amendments also align the definition across all HKFRSs and will be mandatorily effective for the Group's annual period beginning on 1 January 2020. The application of the amendments is not expected to have significant impact on the financial position and performance of the Group but may affect the presentation and disclosures in the consolidated financial statements.

PARADISE 00033063
01736

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

2. **APPLICATION OF NEW AND AMENDMENTS TO HONG KONG FINANCIAL REPORTING STANDARDS ("HKFRSs")** (Continued)

**Conceptual Framework for Financial Reporting 2018 (the "New Framework") and the Amendments to References to the Conceptual Framework in HKFRS Standards**

The New Framework:

- reintroduces the terms stewardship and prudence;

- introduces a new asset definition that focuses on rights and a new liability definition that is likely to be broader than the definition it replaces, but does not change the distinction between a liability and an equity instrument;

- discusses historical cost and current value measures, and provides additional guidance on how to select a measurement basis for a particular asset or liability;

- states that the primary measure of financial performance is profit or loss, and that only in exceptional circumstances other comprehensive income will be used and only for income or expenses that arise from a change in the current value of an asset or liability; and

- discusses uncertainty, derecognition, unit of account, the reporting entity and combined financial statements.

Consequential amendments have been made so that references in certain HKFRSs have been updated to the New Framework, whilst some HKFRSs are still referred to the previous versions of the framework. These amendments are effective for annual periods beginning on or after 1 January 2020, with earlier application permitted. Other than specific standards which still refer to the previous versions of the framework, the Group will rely on the New Framework on its effective date in determining the accounting policies especially for transactions, events or conditions that are not otherwise dealt with under the accounting standards.

3. **SIGNIFICANT ACCOUNTING POLICIES**

The consolidated financial statements have been prepared in accordance with HKFRSs issued by the HKICPA. In addition, the consolidated financial statements include applicable disclosures required by the Rules Governing the Listing of Securities on the Stock Exchange ("Listing Rules") and by the Hong Kong Companies Ordinance.

The consolidated financial statements have been prepared on the historical cost basis except for investment in equity instruments designated at fair value through other comprehensive income ("FVTOCI") that is measured at fair value at the end of each reporting period, as explained in the accounting policies set out below. Historical cost is generally based on the fair value of the consideration given in exchange for goods and services.

Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date, regardless of whether that price is directly observable or estimated using another valuation technique. In estimating the fair value of an asset or a liability, the Group takes into account the characteristics of the asset or liability if market participants would take those characteristics into account when pricing the asset or liability at the measurement date. Fair value for measurement and/or disclosure purposes in these consolidated financial statements is determined on such a basis, except for leasing transactions that are accounted for in accordance with HKFRS 16 (since 1 January 2019) or HKAS 17 (before application of HKFRS 16), and measurements that have some similarities to fair value but are not fair value, such as net realisable value in HKAS 2 "Inventories" or value in use in HKAS 36 "Impairment of Assets".

PARADISE 00033064
01737

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

### 3. SIGNIFICANT ACCOUNTING POLICIES (Continued)

In addition, for financial reporting purposes, fair value measurements are categorised into Level 1, 2 or 3 based on the degree to which the inputs to the fair value measurements are observable and the significance of the inputs to the fair value measurement in its entirety, which are described as follows:

- Level 1 inputs are quoted prices (unadjusted) in active markets for identical assets or liabilities that the entity can access at the measurement date;

- Level 2 inputs are inputs, other than quoted prices included within Level 1, that are observable for the asset or liability, either directly or indirectly; and

- Level 3 inputs are unobservable inputs for the asset or liability.

The principal accounting policies are set out below.

#### Basis of consolidation

The consolidated financial statements incorporate the financial statements of the Company and entities controlled by the Company and its subsidiaries. Control is achieved when the Company:

- has power over the investee;

- is exposed, or has rights, to variable returns from its involvement with the investee; and

- has the ability to use its power to affect its returns.

The Group reassesses whether or not it controls an investee if facts and circumstances indicate that there are changes to one or more of the three elements of control listed above.

Consolidation of a subsidiary begins when the Group obtains control over the subsidiary and ceases when the Group loses control of the subsidiary. Specifically, income and expenses of a subsidiary acquired or disposed of during the year are included in the consolidated statement of profit or loss from the date the Group gains control until the date when the Group ceases to control the subsidiary.

Profit or loss and each component of other comprehensive expense are attributed to the owners of the Company and to the non-controlling interests. Total comprehensive expense of subsidiaries is attributed to the owners of the Company and to the non-controlling interests even if this results in the non-controlling interests having a deficit balance.

Where necessary, adjustments are made to the financial statements of subsidiaries to bring their accounting policies in line with the Group's accounting policies.

All intra-group assets and liabilities, equity, income, expenses and cash flows relating to transactions between members of the Group are eliminated in full on consolidation.

Non-controlling interests in subsidiaries are presented separately from the Group's equity therein, which represent present ownership interests entitling their holders to a proportionate share of net assets of the relevant subsidiaries upon liquidation.

PARADISE 00033065

01738

3.  SIGNIFICANT ACCOUNTING POLICIES (Continued)

### Interests in a joint venture

A joint venture is a joint arrangement whereby the parties that have joint control of the arrangement have rights to the net assets of the joint arrangement. Joint control is the contractually agreed sharing of control of an arrangement, which exists only when decisions about the relevant activities require unanimous consent of the parties sharing control.

The results and assets and liabilities of a joint venture are incorporated in the consolidated financial statements using the equity method of accounting. The financial statements of a joint venture used for equity accounting purposes are prepared using uniform accounting policies as those of the Group for like transactions and events in similar circumstances. Under the equity method, investment in a joint venture is initially recognised in the consolidated statement of financial position at cost and adjusted thereafter to recognise the Group's share of the profit or loss and other comprehensive income of the joint venture. Changes in net assets of the joint venture other than profit or loss and other comprehensive income are not accounted for unless such changes resulted in changes in ownership interest held by the Group. When the Group's share of losses of a joint venture exceeds the Group's interest in that joint venture, the Group discontinues recognising its share of further losses. Additional losses are recognised only to the extent that the Group has incurred legal or constructive obligations or made payments on behalf of that joint venture.

An investment in a joint venture is accounted for using the equity method from the date on which the investee becomes a joint venture. On acquisition of the investment in a joint venture, any excess of the cost of the investment over the Group's share of the net fair value of the identifiable assets and liabilities of the investee is recognised as goodwill, which is included within the carrying amount of the investment. Any excess of the Group's share of the net fair value of the identifiable assets and liabilities over the cost of the investment, after reassessment, is recognised immediately in profit or loss in the period in which the investment is acquired.

The Group assesses whether there is an objective evidence that the interest in a joint venture may be impaired. When any objective evidence exists, the entire carrying amount of the investment (including goodwill) is tested for impairment in accordance with HKAS 36 as a single asset by comparing its recoverable amount (higher of value in use and fair value less costs of disposal) with its carrying amount. Any impairment loss recognised is not allocated to any asset, including goodwill, that forms part of the carrying amount of the investment. Any reversal of that impairment loss is recognised in accordance with HKAS 36 to the extent that the recoverable amount of the investment subsequently increases.

When a group entity transacts with a joint venture of the Group, profits and losses resulting from the transactions with the joint venture are recognised in the Group's consolidated financial statements only to the extent of interests in the joint venture that are not related to the Group.

### Property, plant and equipment

Property, plant and equipment including buildings held for supply of goods or services, or for administrative purposes are stated in the consolidated statement of financial position at cost less subsequent accumulated depreciation and subsequent accumulated impairment losses, if any.

#### Ownership interests in leasehold land and building

When the Group makes payments for ownership interests of properties which includes both leasehold land and building elements, the entire consideration is allocated between the leasehold land and the building elements in proportion to the relative fair values at initial recognition.

PARADISE 00033066
01739

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2019

3. SIGNIFICANT ACCOUNTING POLICIES (Continued)

### Property, plant and equipment (Continued)

#### Ownership interests in leasehold land and building (Continued)
To the extent the allocation of the relevant payments can be made reliably, interest in leasehold land that is accounted for as an operating lease is presented as "right-of-use assets" (upon application of HKFRS 16) in the consolidated statement of financial position. When the consideration cannot be allocated reliably between non-lease building element and undivided interest in the underlying leasehold land, the entire properties are classified as property, plant and equipment.

Depreciation is recognised so as to write off the cost of assets less their residual values over their useful lives, using the straight line method. The estimated useful lives, residual values and depreciation method are reviewed at the end of each reporting period, with the effect of any changes in estimate accounted for on a prospective basis.

An item of property, plant and equipment is derecognised upon disposal or when no future economic benefits are expected to arise from the continued use of the asset. Any gain or loss arising on the disposal or retirement of an item of property, plant and equipment is determined as the difference between the sales proceeds and the carrying amount of the asset and is recognised in profit or loss.

### Intangible assets

#### Intangible assets acquired separately
Intangible assets with finite useful lives that are acquired separately are carried at costs less accumulated amortisation and any accumulated impairment losses. Amortisation for intangible assets with finite useful lives is recognised on a straight line basis over their estimated useful lives. The estimated useful life and amortisation method are reviewed at the end of each reporting period, with the effect of any changes in estimate being accounted for on a prospective basis. Intangible assets with indefinite useful lives that are acquired separately are carried at cost less any subsequent accumulated impairment losses.

#### Internally-generated intangible assets — research and development expenditure
Expenditure on research activities is recognised as an expense in the period in which it is incurred.

An internally-generated intangible asset arising from development activities (or from the development phase of an internal project) is recognised if, and only if, all of the following have been demonstrated:

- the technical feasibility of completing the intangible asset so that it will be available for use or sale;

- the intention to complete the intangible asset and use or sell it;

- the ability to use or sell the intangible asset;

- how the intangible asset will generate probable future economic benefits;

- the availability of adequate technical, financial and other resources to complete the development and to use or sell the intangible asset; and

- the ability to measure reliably the expenditure attributable to the intangible asset during its development.

PARADISE 00033067
01740

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

### 3.   SIGNIFICANT ACCOUNTING POLICIES (Continued)

#### Intangible assets (Continued)

##### Internally-generated intangible assets — research and development expenditure (Continued)

The amount initially recognised for internally-generated intangible asset is the sum of the expenditure incurred from the date when the intangible asset first meets the recognition criteria listed above. Where no internally-generated intangible asset can be recognised, development expenditure is recognised in profit or loss in the period in which it is incurred.

Subsequent to initial recognition, internally-generated intangible assets are reported at cost less accumulated amortisation and accumulated impairment losses (if any), on the same basis as intangible assets that are acquired separately.

An intangible asset is derecognised on disposal, or when no future economic benefits are expected from use or disposal. Gains and losses arising from derecognition of an intangible asset, measured as the difference between the net disposal proceeds and the carrying amount of the asset, are recognised in profit or loss when the asset is derecognised.

#### Impairment on property, plant and equipment, right-of-use assets and intangible assets

At the end of the reporting period, the Group reviews the carrying amounts of its property, plant and equipment, right-of-use assets and intangible assets with finite useful lives to determine whether there is any indication that those assets have suffered an impairment loss. If any such indication exists, the recoverable amount of the relevant asset is estimated in order to determine the extent of the impairment loss (if any).

The recoverable amount of property, plant and equipment, right-of-use assets, and intangible assets are estimated individually. When it is not possible to estimate the recoverable amount individually, the Group estimates the recoverable amount of the cash-generating unit to which the asset belongs.

In addition, the Group assesses whether there is indication that corporate assets may be impaired. If such indication exists, corporate assets are also allocated to individual cash-generating units, when a reasonable and consistent basis of allocation can be identified, or otherwise they are allocated to the smallest group of cash-generating units for which a reasonable and consistent allocation basis can be identified.

Recoverable amount is the higher of fair value less costs of disposal and value in use. In assessing value in use, the estimated future cash flows are discounted to their present value using a pre-tax discount rate that reflects current market assessments of the time value of money and the risks specific to the asset (or a cash-generating unit) for which the estimates of future cash flows have not been adjusted.

If the recoverable amount of an asset (or a cash-generating unit) is estimated to be less than its carrying amount, the carrying amount of the asset (or a cash-generating unit) is reduced to its recoverable amount. For corporate assets or portion of corporate assets which cannot be allocated on a reasonable and consistent basis to a cash-generating unit, the Group compares the carrying amount of a group of cash-generating units, including the carrying amounts of the corporate assets or portion of corporate assets allocated to that group of cash-generating units, with the recoverable amount of the group of cash-generating units. The carrying amount of an asset is not reduced below the highest of its fair value less costs of disposal (if measurable), its value in use (if determinable) and zero. The amount of the impairment loss that would otherwise have been allocated to the asset is allocated pro rata to the other assets of the unit or the group of cash-generating units. An impairment loss is recognised immediately in profit or loss.

PARADISE 00033068
01741

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2019

### 3. SIGNIFICANT ACCOUNTING POLICIES (Continued)

#### Impairment on property, plant and equipment, right-of-use assets and intangible assets (Continued)

Where an impairment loss subsequently reverses, the carrying amount of the asset (or cash-generating unit or a group of cash-generating units) is increased to the revised estimate of its recoverable amount, but so that the increased carrying amount does not exceed the carrying amount that would have been determined had no impairment loss been recognised for the asset (or a cash-generating unit or a group of cash-generating units) in prior years. A reversal of an impairment loss is recognised immediately in profit or loss.

#### Inventories

Inventories are stated at the lower of cost and net realisable value. Costs of inventories are determined on a first-in, first-out method. Net realisable value represents the estimated selling price for inventories less all estimated costs of completion and costs necessary to make the sale.

#### Financial instruments

Financial assets and financial liabilities are recognised when a group entity becomes a party to the contractual provisions of the instruments.

Financial assets and financial liabilities are initially measured at fair value except for trade receivables arising from contracts with customers which are initially measured in accordance with HKFRS 15. Transaction costs that are directly attributable to the acquisition or issue of financial assets and financial liabilities are added to or deducted from the fair value of the financial assets or financial liabilities, as appropriate, on initial recognition.

The effective interest method is a method of calculating the amortised cost of a financial asset or financial liability, and of allocating interest income and interest expense over the relevant period. The effective interest rate is the rate that exactly discounts estimated future cash receipts and payments (including all fees and points paid or received that form an integral part of the effective interest rate, transaction costs and other premiums or discounts) through the expected life of the financial asset or financial liability, or, where appropriate, a shorter period to the net carrying amount on initial recognition.

Interest income or expense is recognised on an effective interest basis for debt instruments.

*Financial assets*
*Classification and subsequent measurement of financial assets*
Financial assets that meet the following conditions are subsequently measured at amortised cost:

- the financial asset is held within a business model whose objective is to collect contractual cash flows; and

- the contractual terms give rise on specified dates to cash flows that are solely payments of principal and interest on the principal amount outstanding.

PARADISE 00033069
01742

## 3. SIGNIFICANT ACCOUNTING POLICIES (Continued)

### Financial instruments (Continued)

*Financial assets (Continued)*
*Classification and subsequent measurement of financial assets (Continued)*
Financial assets that meet the following conditions are subsequently measured at FVTOCI:

- the financial asset is held within a business model whose objective is achieved by both selling and collecting contractual cash flows; and

- the contractual terms give rise on specified dates to cash flows that are solely payments of principal and interest on the principal amount outstanding.

All other financial assets are subsequently measured at fair value through profit or loss ("FVTPL"), except that at the date of initial application of HKFRS 9/initial recognition of a financial asset the Group may irrevocably elect to present subsequent changes in fair value of an equity investment in other comprehensive income if that equity investment is neither held for trading nor contingent consideration recognised by an acquirer in a business combination to which HKFRS 3 "Business Combinations" applies.

A financial asset is held for trading if:

- it has been acquired principally for the purpose of selling in the near term; or

- on initial recognition it is a part of a portfolio of identified financial instruments that the Group manages together and has a recent actual pattern of short-term profit-taking; or

- it is a derivative that is not designated and effective as a hedging instrument.

In addition, the Group may irrevocably designate a financial asset that are required to be measured at the amortised cost or FVTOCI as measured at FVTPL if doing so eliminates or significantly reduces an accounting mismatch.

(i) Amortised cost and interest income

Interest income is recognised using the effective interest method for financial assets measured subsequently at amortised cost and debt instruments/receivables subsequently measured at FVTOCI. For financial instruments other than purchased or originated credit-impaired financial assets, interest income is calculated by applying the effective interest rate to the gross carrying amount of a financial asset, except for financial assets that have subsequently become credit-impaired (see below). For financial assets that have subsequently become credit-impaired, interest income is recognised by applying the effective interest rate to the amortised cost of the financial asset from the next reporting period. If the credit risk on the credit-impaired financial instrument improves so that the financial asset is no longer credit-impaired, interest income is recognised by applying the effective interest rate to the gross carrying amount of the financial asset from the beginning of the reporting period following the determination that the asset is no longer credit impaired.

PARADISE 00033070
01743

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

### 3. SIGNIFICANT ACCOUNTING POLICIES (Continued)

#### Financial instruments (Continued)

**Financial assets (Continued)**

*Classification and subsequent measurement of financial assets (Continued)*

(ii)    Equity instruments designated at FVTOCI

Investment in equity instruments designated at FVTOCI is subsequently measured at fair value with gains and losses arising from changes in fair value recognised in other comprehensive income and accumulated in the investment revaluation reserve; and is not subject to impairment assessment. The cumulative gain or loss will not be reclassified to profit or loss on disposal of the equity instruments and will be transferred to accumulated losses.

Dividends from these investments in equity instruments are recognised in profit or loss when the Group's right to receive the dividends is established, unless the dividends clearly represent a recovery of part of the cost of the investment. Dividends are included in the "other income, gains and losses" line item in profit or loss.

*Impairment of financial assets*

The Group performs impairment assessment under expected credit loss ("ECL") model on financial assets (including trade receivables from gaming operators and customers in relation to sale and leasing of gaming equipment and systems, loan receivable and other receivables including chips on hand, amount due from a joint venture, amount due from related companies, pledged bank deposit and bank balances) which are subject to impairment under HKFRS 9. The amount of ECL is updated at each reporting date to reflect changes in credit risk since initial recognition.

Lifetime ECL represents the ECL that will result from all possible default events over the expected life of the relevant instrument. In contrast, 12-months ECL ("12m ECL") represents the portion of lifetime ECL that is expected to result from default events that are possible within 12 months after the reporting date. Assessment are done based on the Group's historical credit loss experience, adjusted for factors that are specific to the debtors, general economic conditions and an assessment of both the current conditions at the reporting date as well as the forecast of future conditions.

The Group always recognises lifetime ECL for trade receivables, amount due from a joint venture and amount due from related companies in trade nature. The ECL on trade receivables are assessed individually for receivables with significant balances or being credit impaired and/or collectively using a provision matrix with appropriate groupings. Amounts due from related companies and joint ventures are assessed individually.

For all other instruments including other receivables, loan receivable, amount due from a joint venture, amount due from related companies, pledged bank deposit and bank balances, the Group measures the loss allowance equal to 12m ECL, unless when there has been a significant increase in credit risk since initial recognition, the Group recognises lifetime ECL. The assessment of whether lifetime ECL should be recognised is based on significant increases in the likelihood or risk of a default occurring since initial recognition.

PARADISE 00033071
01744

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

### 3. SIGNIFICANT ACCOUNTING POLICIES (Continued)

#### Financial instruments (Continued)

Financial assets (Continued)

*Impairment of financial assets (Continued)*

(i)    Significant increase in credit risk

In assessing whether the credit risk has increased significantly since initial recognition, the Group compares the risk of a default occurring on the financial instrument as at the reporting date with the risk of a default occurring on the financial instrument as at the date of initial recognition. In making this assessment, the Group considers both quantitative and qualitative information that is reasonable and supportable, including historical experience and forward-looking information that is available without undue cost or effort.

In particular, the following information is taken into account when assessing whether credit risk has increased significantly:

- an actual or expected significant deterioration in the financial instrument's external (if available) or internal credit rating;

- existing or forecast adverse changes in business, financial or economic conditions that are expected to cause a significant decrease in the ability of the debtor to meet its debt obligations;

- an actual or expected significant deterioration in the operating results of the debtor; and

- an actual or expected significant adverse change in the regulatory, economic, or technological environment of the debtor that results in a significant decrease in the ability to meet its debt obligations.

Irrespective of the outcome of the above assessment, the Group presumes that the credit risk has increased significantly since initial recognition when contractual payments are 30 days past due, unless the Group has reasonable and supportable information that demonstrates otherwise.

The Group regularly monitors the effectiveness of the criteria used to identify whether there has been a significant increase in credit risk and revises them as appropriate to ensure that the criteria are capable of identifying significant increase in credit risk before the amount becomes past due.

(ii)    Definition of default

For internal credit risk management, the Group considers an event of default occurs when information developed internally or obtained from external sources indicates that the debtor is unlikely to pay its creditors, including the Group, in full.

The Group considers that default has occurred when a financial asset is more than 90 days past due unless the Group has reasonable and supportable information to demonstrate that a more lagging default criterion is more appropriate.

PARADISE 00033072

01745

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

### 3.  SIGNIFICANT ACCOUNTING POLICIES (Continued)

#### Financial instruments (Continued)

Financial assets (Continued)

*Impairment of financial assets (Continued)*

(iii)  Credit-impaired financial assets

A financial asset is credit-impaired when one or more events that have a detrimental impact on the estimated future cash flows of that financial asset have occurred. Evidence that a financial asset is credit impaired includes observable data about the following events:

(a)  significant financial difficulty of the issuer or the borrower;

(b)  a breach of contract, such as a default or past due event;

(c)  the lender(s) of the borrower, for economic or contractual reasons relating to the borrower's financial difficulty, having granted to the borrower a concession(s) that the lender(s) would not otherwise consider;

(d)  it is becoming probable that the borrower will enter bankruptcy or other financial reorganisation; or

(e)  the disappearance of an active market for that financial asset because of financial difficulties.

(iv)  Write-off policy

The Group writes off a financial asset when there is information indicating that the counterparty is in severe financial difficulty and there is no realistic prospect of recovery, for example, when the counterparty has been placed under liquidation or has entered into bankruptcy proceedings. Financial assets written off may still be subject to enforcement activities under the Group's recovery procedures, taking into account legal advice where appropriate. A write-off constitutes a derecognition event. Any subsequent recoveries are recognised in profit or loss.

(v)  Measurement and recognition of ECL

The measurement of ECL is a function of the probability of default, loss given default (i.e. the magnitude of the loss if there is a default) and the exposure at default. The assessment of the probability of default and loss given default is based on historical data adjusted by forward-looking information.

Generally, the ECL is estimated as the difference between all contractual cash flows that are due to the Group in accordance with the contract and all the cash flows that the Group expects to receive, discounted at the effective interest rate determined at initial recognition. For a lease receivable, the cash flows used for determining the ECL is consistent with the cash flows used in measuring the lease receivable in accordance with HKAS 17 "Leases".

PARADISE 00033073

01746

Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

## 3. SIGNIFICANT ACCOUNTING POLICIES (Continued)

### Financial instruments (Continued)

#### Financial assets (Continued)

*Impairment of financial assets (Continued)*

(v)   Measurement and recognition of ECL (Continued)

Where ECL is measured on a collective basis or cater for cases where evidence at the individual instrument level may not yet be available, the financial instruments are grouped on the following basis:

- nature of financial instruments (i.e. the Group's trade and other receivables, loan receivable, amount due from a joint venture, amount due from related parties, pledged bank deposits and bank balances are each assessed as a separate group);

- past-due status;

- nature, size and industry of receivables; and

- external credit ratings where available.

The grouping is regularly reviewed by management to ensure the constituents of each group continue to share similar credit risk characteristics.

Interest income is calculated based on the gross carrying amount of the financial asset unless the financial asset is credit impaired, in which case interest income is calculated based on amortised cost of the financial asset.

The Group recognises an impairment gain or loss in profit or loss for all financial instruments by adjusting their carrying amount, with the exception of trade receivables where the corresponding adjustment is recognised through a loss allowance account.

#### Derecognition of financial assets

The Group derecognises a financial asset only when the contractual rights to the cash flows from the asset expire, or when it transfers the financial asset and substantially all the risks and rewards of ownership of the asset to another entity.

On derecognition of a financial asset measured at amortised cost, the difference between the asset's carrying amount and the sum of the consideration received and receivable is recognised in profit or loss.

On derecognition of an investment in equity instruments which the Group has elected on initial recognition to measure at FVTOCI upon application of HKFRS 9, the cumulative gain or loss previously accumulated in the investment revaluation reserve is not reclassified to profit or loss, but is transferred to accumulated losses.

#### Financial liabilities and equity instruments

*Classification as debt or equity*

Debt and equity instruments issued by a group entity are classified as either financial liabilities or as equity in accordance with the substance of the contractual arrangements and the definitions of a financial liability and an equity instrument.

PARADISE 00033074
01747

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

### 3. SIGNIFICANT ACCOUNTING POLICIES (Continued)

#### Financial instruments (Continued)

*Financial liabilities and equity instruments (Continued)*

*Equity instruments*

An equity instrument is any contract that evidences a residual interest in the assets of the Group after deducting all of its liabilities. Equity instruments issued by the Company are recognised at the proceeds received, net of direct issue costs.

*Financial liabilities at amortised cost*

Financial liabilities (including trade and other payables, amounts due to directors, amounts due to joint ventures and bank borrowings) are subsequently measured at amortised cost, using the effective interest method.

*Derecognition of financial liabilities*

The Group derecognises financial liabilities when, and only when, the Group's obligations are discharged, cancelled or expired. The difference between the carrying amount of the financial liability derecognised and the consideration paid and payable is recognised in profit or loss.

#### Revenue from contracts with customers

The Group recognises revenue when (or as) a performance obligation is satisfied, i.e. when "control" of the goods or services underlying the particular performance obligation is transferred to the customer.

A performance obligation represents a good or service (or a bundle of goods or services) that is distinct or a series of distinct goods or services that are substantially the same.

Control is transferred over time and revenue is recognised over time by reference to the progress towards complete satisfaction of the relevant performance obligation if one of the following criteria is met:

- the customer simultaneously receives and consumes the benefits provided by the Group's performance as the Group performs;

- the Group's performance creates and enhances an asset that the customer controls as the Group performs; or

- the Group's performance does not create an asset with an alternative use to the Group and the Group has an enforceable right to payment for performance completed to date.

Otherwise, revenue is recognised at a point in time when the customer obtains control of the distinct good or service.

A contract liability represents the Group's obligation to transfer goods or services to a customer for which the Group has received consideration (or an amount of consideration is due) from the customer.

A contract liability relating to the same contract is accounted for and presented on a net basis.

#### Warranties

As a customer does not have the option to purchase a warranty which provides assurance that the product complies with agreed-upon specification separately, the Group accounts for the warranty in accordance with HKAS 37 "Provisions, Contingent Liabilities and Contingent Assets".

PARADISE 00033075
01748

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

3. **SIGNIFICANT ACCOUNTING POLICIES** (Continued)

### Revenue from contracts with customers (Continued)

*Principal versus agent*

When another party is involved in providing services to a customer, the Group determines whether the nature of its promise is a performance obligation to provide the specified services itself (i.e. the Group is a principal) or to arrange for those services to be provided by the other party (i.e. the Group is an agent).

The Group is a principal if it controls the specified services before that service is transferred to a customer.

The Group is an agent if its performance obligation is to arrange for the provision of the specified services by another party. In this case, the Group does not control the specified services provided by another party before that services is transferred to the customer. When the Group acts as an agent, it recognises revenue in the amount of any fee or commission to which it expects to be entitled in exchange for arranging for the specified goods or services to be provided by the other party.

### Borrowing costs

Borrowing costs directly attributable to the acquisition, construction or production of qualifying assets, which are assets that necessarily take a substantial period of time to get ready for their intended use or sale, are added to the cost of those assets until such time as the assets are substantially ready for their intended use or sale.

All other borrowing costs are recognised in profit or loss in the period in which they are incurred.

### Taxation

Income tax expense represents the sum of the tax currently payable and deferred tax.

The tax currently payable is based on taxable profit for the year. Taxable profit differs from profit before taxation because of items of income or expense that are taxable or deductible in other years and items that are never taxable or deductible. The Group's liability for current tax is calculated using tax rates that have been enacted or substantively enacted by the end of the reporting period.

Deferred tax is recognised on temporary differences between the carrying amounts of assets and liabilities in the consolidated financial statements and the corresponding tax bases used in the computation of taxable profit. Deferred tax liabilities are generally recognised for all taxable temporary differences. Deferred tax assets are generally recognised for all deductible temporary differences to the extent that it is probable that taxable profits will be available against which those deductible temporary differences can be utilised. Such deferred tax assets and liabilities are not recognised if the temporary difference arises from the initial recognition (other than in a business combination) of assets and liabilities in a transaction that affects neither the taxable profit nor the accounting profit.

Deferred tax liabilities are recognised for taxable temporary differences associated with investments in subsidiaries except where the Group is able to control the reversal of the temporary difference and it is probable that the temporary difference will not reverse in the foreseeable future. Deferred tax assets arising from deductible temporary differences associated with such investments are only recognised to the extent that it is probable that there will be sufficient taxable profits against which to utilise the benefits of the temporary differences and they are expected to reverse in the foreseeable future.

PARADISE 00033076
01749

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

### 3. SIGNIFICANT ACCOUNTING POLICIES (Continued)

#### Taxation (Continued)

The carrying amount of deferred tax assets is reviewed at the end of each reporting period and reduced to the extent that it is no longer probable that sufficient taxable profits will be available to allow all or part of the asset to be recovered.

Deferred tax assets and liabilities are measured at the tax rates that are expected to apply in the period in which the liability is settled or the asset realised, based on tax rates (and tax laws) that have been enacted or substantively enacted by the end of the reporting period.

The measurement of deferred tax liabilities and assets reflects the tax consequences that would follow from the manner in which the Group expects, at the end of the reporting period, to recover or settle the carrying amount of its assets and liabilities.

Deferred tax assets and liabilities are offset when there is a legally enforceable right to set off current tax assets against current tax liabilities and when they relate to income taxes levied to the same taxation entity by the same tax authority.

Current and deferred tax is recognised in profit or loss.

For the purposes of measuring deferred tax for leasing transactions in which the Group recognises the right- of-use assets and the related lease liabilities, the Group first determines whether the tax deductions are attributable to the right-of-use assets or the lease liabilities.

For leasing transactions in which the tax deductions are attributable to the lease liabilities, the Group applies HKAS 12 Income Taxes requirements to right-of-use assets and lease liabilities separately. Temporary differences relating to right-of-use assets and lease liabilities are not recognised at initial recognition and over the lease terms due to application of the initial recognition exemption.

In assessing any uncertainty over income tax treatments, the Group considers whether it is probable that the relevant tax authority will accept the uncertain tax treatment used, or proposed to be use by individual group entities in their income tax filings. If it is probable, the current and deferred taxes are determined consistently with the tax treatment in the income tax filings. If it is not probable that the relevant taxation authority will accept an uncertain tax treatment, the effect of each uncertainty is reflected by using either the most likely amount or the expected value.

#### Foreign currencies

In preparing the financial statements of each individual group entity, transactions in currencies other than the functional currency of that entity (foreign currencies) are recognised at the rates of exchange prevailing at the dates of the transactions. At the end of each reporting period, monetary items denominated in foreign currencies are retranslated at the rates prevailing at that date. Non-monetary items that are measured in terms of historical cost in a foreign currency are not retranslated.

Exchange differences arising on the settlement of monetary items, and on the retranslation of monetary items, are recognised in profit or loss in the period in which they arise.

PARADISE 00033077

01750

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2019

### 3.   SIGNIFICANT ACCOUNTING POLICIES (Continued)

#### Foreign currencies (Continued)

For the purposes of presenting the consolidated financial statements, the assets and liabilities of the Group's foreign operation are translated into the presentation currency of the Group (i.e. HK$) using exchange rates prevailing at the end of each reporting period. Income and expenses items are translated at the average exchange rates for the year. Exchange differences arising, if any, are recognised in other comprehensive income and accumulated in equity under the heading of the translation reserve and will be reclassified from equity to profit or loss on disposal of the foreign operation.

#### Leases

*Definition of a lease (upon application of HKFRS 16 in accordance with transitions in note 2)*
A contract is, or contains, a lease if the contract conveys the right to control the use of an identified asset for a period of time in exchange for consideration.

For contracts entered into or modified or arising from business combinations on or after the date of initial application, the Group assesses whether a contract is or contains a lease based on the definition under HKFRS 16 at inception, modification date or acquisition date, as appropriate. Such contract will not be reassessed unless the terms and conditions of the contract are subsequently changed.

*The Group as a lessee (upon application of HKFRS 16 in accordance with transitions in note 2)*
*Allocation of consideration to components of a contract*
For a contract that contains a lease component and one or more additional lease or non-lease components, the Group allocates the consideration in the contract to each lease component on the basis of the relative stand-alone price of the lease component and the aggregate stand-alone price of the non-lease components.

*Short-term leases and leases of low-value assets*
The Group applies the short-term lease recognition exemption to leases of leasehold land and buildings that have a lease term of 12 months or less from the commencement date and do not contain a purchase option. It also applies the recognition exemption for lease of low-value assets. Lease payments on short-term leases and leases of low-value assets are recognised as expense on a straight line basis or another systematic basis over the lease term.

*Right-of-use assets*
The cost of right-of-use asset includes:

- the amount of the initial measurement of the lease liability;

- any lease payments made at or before the commencement date, less any lease incentives received;

- any initial direct costs incurred by the Group; and

- an estimate of costs to be incurred by the Group in dismantling and removing the underlying assets, restoring the site on which it is located or restoring the underlying asset to the condition required by the terms and conditions of the lease.

Right-of-use assets are measured at cost, less any accumulated depreciation and adjusted for any remeasurement of lease liabilities. Right-of-use assets are depreciated on a straight line basis over the shorter of its estimated useful life and the lease term.

PARADISE 00033078
01751

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

### 3. SIGNIFICANT ACCOUNTING POLICIES (Continued)

#### Leases (Continued)

The Group as a lessee (upon application of HKFRS 16 in accordance with transitions in note 2) (Continued)

*Right-of-use assets (Continued)*

The Group presents right-of-use assets as a separate line item on the consolidated statement of financial position.

*Refundable rental deposits*

Refundable rental deposits paid are accounted under HKFRS 9 and initially measured at fair value. Adjustments to fair value at initial recognition are considered as additional lease payments and included in the cost of right-of-use assets.

*Lease liabilities*

At the commencement date of a lease, the Group recognises and measures the lease liability at the present value of lease payments that are unpaid at that date. In calculating the present value of lease payments, the Group uses the incremental borrowing rate at the lease commencement date if the interest rate implicit in the lease is not readily determinable.

The lease payments include:

- fixed payments (including in-substance fixed payments) less any lease incentives receivable;

- variable lease payments that depend on an index or a rate, initially measured using the index or rate as at the commencement date; and

- payments of penalties for terminating a lease, if the lease term reflects the Group exercising an option to terminate the lease.

After the commencement date, lease liabilities are adjusted by interest accretion and lease payments.

The Group remeasures lease liabilities (and makes a corresponding adjustment to the related right-of-use assets) whenever:

- the lease term has changed or there is a change in the assessment of exercise of a purchase option, in which case the related lease liability is remeasured by discounting the revised lease payments using a revised discount rate at the date of reassessment.

- the lease payments change due to changes in market rental rates following a market rent review, in which cases the related lease liability is remeasured by discounting the revised lease payments using the initial discount rate.

*Lease modifications*

The Group accounts for a lease modification as a separate lease if:

- the modification increases the scope of the lease by adding the right to use one or more underlying assets; and

- the consideration for the leases increases by an amount commensurate with the stand-alone price for the increase in scope and any appropriate adjustments to that stand-alone price to reflect the circumstances of the particular contract.

PARADISE 00033079
01752

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

### 3. SIGNIFICANT ACCOUNTING POLICIES (Continued)

#### Leases (Continued)

The Group as a lessee (upon application of HKFRS 16 in accordance with transitions in note 2) (Continued)
*Lease modifications (Continued)*
For a lease modification that is not accounted for as a separate lease, the Group remeasures the lease liability based on the lease term of the modified lease by discounting the revised lease payments using a revised discount rate at the effective date of the modification.

The Group as lessee (prior of 1 January 2019)
Leases are classified as finance leases whenever the terms of the lease transfer substantially all the risks and rewards of ownership to the lessee. All other leases are classified as operating leases.

Operating lease payments are recognised as an expense on a straight line basis over the lease term.

The Group as a lessor
*Classification and measurement of leases*
Leases for which the Group is a lessor are classified as finance or operating leases. Whenever the terms of the lease transfer substantially all the risks and rewards incidental to ownership of an underlying asset to the lessee, the contract is classified as a finance lease. All other leases are classified as operating leases.

Amounts due from lessees under finance leases are recognised as receivables at commencement date at amounts equal to net investments in the leases, measured using the interest rate implicit in the respective leases. Initial direct costs (other than those incurred by manufacturer or dealer lessors) are included in the initial measurement of the net investments in the leases. Interest income is allocated to accounting periods so as to reflect a constant periodic rate of return on the Group's net investment outstanding in respect of the leases.

Rental income from operating leases is recognised in profit or loss on a straight line basis over the term of the relevant lease. Initial direct costs incurred in negotiating and arranging an operating lease are added to the carrying amount of the leased asset, and such costs are recognised as an expense on a straight line basis over the lease term. Variable lease payments that do not depend on an index or a rate are recognised as income when they arise.

Leasing income which are derived from the Group's ordinary course of business are presented as revenue.

The Group as a lessor (upon application of HKFRS 16 in accordance with transitions in note 2)
*Allocation of consideration to components of a contract*
When a contract includes both leases and non-lease components, the Group applies HKFRS 15 to allocate consideration in a contract to lease and non-lease components. Non-lease components are separated from lease component on the basis of their relative stand-alone selling prices.

*Lease modification*
The Group accounts for a modification to an operating lease as a new lease from the effective date of the modification, considering any prepaid or accrued lease payments relating to the original lease as part of the lease payments for the new lease.

PARADISE 00033080
01753

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

3.  SIGNIFICANT ACCOUNTING POLICIES (Continued)

### Retirement benefit costs

Payments to defined contribution retirement benefit schemes are recognised as an expense when employees have rendered service entitling them to the contributions.

### Short-term employee benefits

Short-term employee benefits are recognised at the undiscounted amount of the benefits expected to be paid as and when employees rendered the services. All short-term employee benefits are recognised as an expense unless another HKFRS requires or permits the inclusion of the benefit in the cost of an asset.

A liability is recognised for benefits accruing to employees (such as wages and salaries and annual leave) after deducting any amount already paid.

### Government grants

Government grants are not recognised until there is reasonable assurance that the Group will comply with the conditions attaching to them and that the grants will be received.

Government grants that are receivable as compensation for expenses or losses already incurred or for the purpose of giving immediate financial support to the Group with no future related costs are recognised in profit or loss in the period in which they become receivable.

4.  CRITICAL ACCOUNTING JUDGEMENTS AND KEY SOURCES OF ESTIMATION UNCERTAINTY

In the application of the Group's accounting policies, which are described in note 3, the directors of the Company are required to make judgments, estimates and assumptions about the carrying amounts of assets and liabilities that are not readily apparent from other sources. The estimates and underlying assumptions are based on historical experience and other factors that are considered to be relevant. Actual results may differ from these estimates.

The estimates and underlying assumptions are reviewed on an ongoing basis. Revisions to accounting estimates are recognised in the period in which the estimate is revised if the revision affects only that period, or in the period of the revision and future periods if the revision affects both current and future periods.

### Critical judgements in applying accounting policies

The following are the critical judgements, apart from those involving estimations (see below), that the directors of the Company have made in the process of applying the Group's accounting policies and that have the most significant effect on the amounts recognised in the consolidated financial statements.

Determination on incremental borrowing rate of lease contracts

In determination on incremental borrowing rate, the Group applies judgement to determine the applicable rate to calculate the present value of lease payments. The incremental borrowing rate of the Group applies, which significantly affects the amount of lease liabilities and right-of-use assets recognised.

PARADISE 00033081

01754

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

4. CRITICAL ACCOUNTING JUDGEMENTS AND KEY SOURCES OF ESTIMATION UNCERTAINTY (Continued)

### Critical judgements in applying accounting policies (Continued)

*Revenue recognition from sale of electronic gaming equipment and systems at a point in time*

Under HKFRS 15, control of the asset is transferred over time when the Group's performance does not create an asset with an alternative use to the Group and the Group has an enforceable right to payment for performance completed to date. Significant judgment is required in determining whether the terms of the Group's contracts with customers in relation to create an enforceable right to payment for the Group. Based on the assessment of the management, the terms of the relevant sale contracts do not create an enforceable right to payment for the Group after taking into consideration indicators. Accordingly, the sale of electronic gaming machines with no alternative use is considered the performance obligation satisfied at a point in time.

### Key sources of estimation uncertainty

The following are the key assumptions concerning the future, and other key sources of estimation uncertainty at the end of the reporting period, which may have a significant risk of causing a material adjustment to the carrying amounts of assets and liabilities within the next financial year.

*Impairment assessment of the intangible asset and property, plant and equipment*

Determining whether the intangible asset and property, plant and equipment are impaired requires an estimation of the recoverable amount of the Macau Patent CGU (as defined in note 16) to which these assets are allocated. The recoverable amount is based on the estimated value in use which is the aggregate of present value of estimated future cash flows. When the actual future cash flows are less than expected, a material impairment loss may arise. The Group believes that no provision for impairment has to be recognised for the years ended 31 December 2019 and 31 December 2018. The situation will be closely monitored, and adjustments will be made in future periods, should future market activity indicate that such adjustments are required. As at 31 December 2019, the carrying amounts of intangible asset and property, plant and equipment allocated to the Macau Patent CGU are HK$68,781,000 (2018: HK$80,919,000) and HK$56,018,000 (2018: HK$72,518,000), respectively.

PARADISE 00033082
01755

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2019

4.  **CRITICAL ACCOUNTING JUDGEMENTS AND KEY SOURCES OF ESTIMATION UNCERTAINTY** (Continued)

### Key sources of estimation uncertainty (Continued)

#### Estimation of write-down amount of trading goods

Inventories are stated at the lower of cost and net realisable value. When the expectation of the net realisable value is less than the cost, write-down of inventories may arise. The management of the Group reviews regularly the suitability of the Group's write-down policy for trading goods and carries out review of the trading goods at the end of each reporting period. The management of the Group identifies slow-moving and obsolete trading goods with reference to an aged analysis and management's assessment of technical specification and determines the write-down amount for trading goods by considering the saleability of trading goods. As at 31 December 2019, the carrying amount of trading goods, after the write-down amount of HK$5,945,000 (2018: HK$4,961,000), was HK$34,736,000 (2018: HK$54,082,000).

#### Estimated useful lives of property, plant and equipment

Property, plant and equipment are stated at cost less accumulated depreciation and identified impairment losses. The Group depreciates the property, plant and equipment over their estimated useful lives using straight line method commencing from the date of property, plant and equipment. The estimated useful lives reflect the management's estimate of the periods that the Group intend to derive future economic benefits from the use of the Group's property, plant and equipment. The estimation of useful lives impacts the level of annual depreciation expense recorded.

#### Provision of ECL for trade receivables

The Group uses provision matrix to calculate ECL for the trade receivables, except for trade receivables with significant balances or being credit impaired. The provision rates are based on internal credit ratings and nature of the receivable as groupings of various debtors that have similar loss patterns. The provision matrix is based on the Group's historical default rates taking into consideration forward-looking information that is reasonable and supportable available without undue costs or effort. At every reporting date, the historical observed default rates are reassessed and changes in the forward-looking information are considered. Trade receivables with significant balances or being credit impaired are assessed for ECL individually.

The provision of ECL is sensitive to changes in estimates. The information about the ECL and the Group's trade receivables are disclosed in note 21.

PARADISE 00033083

01756

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

### 5. REVENUE

An analysis of the Group's revenue is as follows:

|  | 2019<br>HK$'000 | 2018<br>HK$'000 |
|---|---|---|
| Casino management services: |  |  |
| Provision of casino management services, recognised over time | 1,004,223 | 1,066,939 |
|  |  |  |
| Electronic gaming equipment and systems: |  |  |
| Sale of electronic gaming equipment and systems, |  |  |
| recognised at a point in time | 169,832 | 88,696 |
| Leasing of electronic gaming equipment and systems | 5,164 | 5,902 |
| Royalty income, recognised over time | 2,535 | 2,670 |
|  |  |  |
|  | 177,531 | 97,268 |
|  |  |  |
| Total | 1,181,754 | 1,164,207 |
|  |  |  |
| Analysis of revenue: |  |  |
| Recognised over time | 1,006,758 | 1,069,609 |
| Recognised at a point in time | 169,832 | 88,696 |
|  |  |  |
| Revenue recognition for revenue from contracts with customers | 1,176,590 | 1,158,305 |
| Leasing income | 5,164 | 5,902 |
|  |  |  |
| Total | 1,181,754 | 1,164,207 |

### Performance obligations for contracts with customers

#### Provision of casino management services

The Group provides management services to gaming operators in Macau under service arrangements for gaming operations in mass market hall and slot machine hall. Such services are recognised as a performance obligation satisfied over time as the Group is entitled to receive its service income according to the relevant operating performance from the gaming operators.

The directors of the Company considered that the Group acts as the principal for the casino management service operations with services provided to gaming operators as the Group controls the specified service to be provided by the Group before the service is transferred to a customer.

PARADISE 00033084

01757

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2019

5. REVENUE (Continued)

### Performance obligations for contracts with customers (Continued)

Sale of electronic gaming equipment and systems

The Group enters into contracts with customers (casino operators) for the sale of electronic gaming equipment and systems include multi-elements as follows:

(a)    Procurement and delivery of electronic gaming equipment and systems;

(b)    Assist in obtaining the local regulatory approval of the electronic gaming equipment and systems;

(c)    On-site installation of the electronic gaming equipment and systems at the casino; and

(d)    After sales warranty service from three months to one year.

The directors of the Company considered that these multi-elements are not separately identifiable components and therefore, the revenue on sale of electronic gaming equipment and systems is recognised as sale of goods when the goods are approved by the local regulatory authority, delivered and titles have been passed.

Royalty income

Royalty income is recognised on an accrual basis in accordance with the substance of the relevant agreement. Royalty arrangements that are based on sale and other measures are recognised by reference to the agreement for the placement of the relevant products.

6. SEGMENT INFORMATION

The executive directors of the Company (the "Executive Directors") have been identified as the chief operating decision makers (the "CODM"). The Executive Directors review the business with the following reportable and operating segments:

Casino management services    —    Provision of casino management services in Macau

Gaming systems                —    Development, sale and leasing of electronic gaming equipment and systems

The Group monitors the operating results of its business units separately for the purposes of making decisions about resource allocation and performance assessment. Segment results represent the operating profit or loss earned by each segment without allocation of corporate income and expenses, finance costs and income tax expenses. This is the measure reported to the Executive Directors for the purposes of resource allocation and assessment of segment performance.

PARADISE 00033085
01758

Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

6.   SEGMENT INFORMATION (Continued)

Information regarding the above segments is reported below:

Segment revenue and results

**For the year ended 31 December 2019**

| | Casino management services HK$'000 | Gaming systems HK$'000 | Unallocated HK$'000 | Consolidated HK$'000 |
|---|---|---|---|---|
| Segment revenue | 1,004,223 | 177,531 | | 1,181,754 |
| | | | | |
| Segment results | 53,297 | (6,036) | | 47,261 |
| | | | | |
| Unallocated corporate income | | | | 19 |
| Unallocated corporate expenses | | | | (35,708) |
| Finance costs | | | | (3,421) |
| Share of losses of joint ventures | | | | (2,149) |
| | | | | |
| Profit before taxation | | | | 6,002 |
| Taxation credit | | | | 4,558 |
| | | | | |
| Profit for the year | | | | 10,560 |
| | | | | |
| Other information | | | | |
| Capital expenditure | 10,098 | 102,632 | 1,460 | 114,190 |
| Amortisation of intangible assets | 12,138 | — | — | 12,138 |
| Depreciation of property, plant and equipment | 48,367 | 10,094 | 925 | 59,386 |
| Depreciation of right-of-use assets | 4,034 | 2,636 | 4,423 | 11,093 |
| Write-down of inventories | — | 5,945 | — | 5,945 |

PARADISE 00033086
01759

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2019

### 6.  SEGMENT INFORMATION (Continued)

#### Segment revenue and results (Continued)

For the year ended 31 December 2018

| | Casino management services HK$'000 | Gaming systems HK$'000 | Unallocated HK$'000 | Consolidated HK$'000 |
|---|---|---|---|---|
| Segment revenue | 1,066,939 | 97,268 | | 1,164,207 |
| Segment results | 138,345 | (56,738) | | 81,607 |
| Unallocated corporate income | | | | 8 |
| Unallocated corporate expenses | | | | (27,343) |
| Finance costs | | | | (712) |
| Profit before taxation | | | | 53,560 |
| Taxation charge | | | | (403) |
| Profit for the year | | | | 53,157 |
| Other information | | | | |
| Capital expenditure | 22,392 | 148,565 | 48 | 171,005 |
| Amortisation of intangible assets | 12,138 | — | — | 12,138 |
| Depreciation of property, plant and equipment | 50,101 | 6,870 | 1,113 | 58,084 |
| Loss allowance on financial assets | — | 258 | — | 258 |
| Write-down of inventories | — | 4,961 | — | 4,961 |

No analysis of the Group's assets and liabilities by operating and reportable segments and geographical information of segment results and segment assets are disclosed as they are not regularly provided to the CODM.

#### Information about major customers

During the year, revenue derived from two (2018: two) customers, each of which contributed over 10% of the Group's revenue, is as follows:

| | Customer A | | Customer B | |
|---|---|---|---|---|
| | 2019 HK$'000 | 2018 HK$'000 | 2019 HK$'000 | 2018 HK$'000 |
| Casino management services segment | 692,695 | 780,174 | 311,528 | 286,765 |
| Gaming systems segment | — | 438 | 13,362 | — |
| Total | 692,695 | 780,612 | 324,890 | 286,765 |

PARADISE 00033087

01760

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2019

### 7.  OTHER INCOME, GAINS AND LOSSES

|  | 2019 HK$'000 | 2018 HK$'000 |
|---|---|---|
| Bank interest income | 3,927 | 3,004 |
| Finance lease interest income | — | 142 |
| Loan interest income | 1,205 | 1,248 |
|  | 5,132 | 4,394 |
| Loss on disposal of property, plant and equipment | — | (642) |
| Income from repair services | 1,671 | 2,723 |
| Rental income | 6,611 | 6,559 |
| Compensation from early termination of leasing agreement of electronic gaming equipment and systems by the lessee | 1,000 | — |
| Government subsidies | 1,801 | — |
| Loss on deregistration of a subsidiary | (25) | — |
| Gain on disposal of right-of-use assets | 15 | — |
| Sundry income | 2,681 | 2,636 |
|  | 18,886 | 15,670 |

### 8.  FINANCE COSTS

|  | 2019 HK$'000 | 2018 HK$'000 |
|---|---|---|
| Interests on: |  |  |
| — bank borrowings | 2,777 | 712 |
| — lease liabilities | 644 | — |
|  | 3,421 | 712 |

PARADISE 00033088
01761

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2019

### 9.  PROFIT BEFORE TAXATION

| | 2019<br>HK$'000 | 2018<br>HK$'000 |
|---|---|---|
| Profit before taxation has been arrived at after charging: | | |
| Directors' emoluments (note 10) | 26,446 | 25,972 |
| Other staff costs | | |
| — Salaries and other benefits | 157,533 | 143,598 |
| — Retirement benefit scheme contributions | 2,703 | 2,040 |
| Total staff costs | 186,682 | 171,610 |
| Amortisation of intangible assets | 12,138 | 12,138 |
| Auditor's remuneration | 2,480 | 2,380 |
| Loss allowance on financial assets | — | 258 |
| Cost of inventories recognised as expenses | 47,169 | 30,174 |
| Depreciation of property, plant and equipment | 59,386 | 58,084 |
| Depreciation of right-of-use assets | 11,093 | — |
| Research and development expenditure (note) | 100,764 | 67,388 |
| Write-down of inventories | 5,945 | 4,961 |

Note:   Research and development expenditure for the year ended 31 December 2019 of HK$100,764,000 includes staff costs of HK$46,042,000, depreciation of property, plant and equipment of HK$1,174,000, depreciation of right-to-use assets of HK$2,522,000, short-term lease expenses of HK$336,000 and other expenses of HK$50,690,000.

Research and development expenditure for the year ended 31 December 2018 of HK$67,388,000 included staff costs of HK$34,007,000, depreciation of property, plant and equipment of HK$922,000, operating lease expenses of HK$2,349,000 and other expenses of HK$30,110,000.

PARADISE 00033089
01762

Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2019

## 10. DIRECTORS' AND EMPLOYEES' EMOLUMENTS

The emoluments of the directors of the Company during the year are analysed as follows:

| | Executive Directors | | | Independent non-executive directors | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Mr. Jay Chun HK$'000 | Mr. Shan Shiyong, alias, Sin Sai Yung HK$'000 | Mr. Hu Liming HK$'000 | Mr. Li John Zongyang HK$'000 | Mr. Kai-Shing Tao HK$'000 | Ms. Tang Kiu Sam Alice HK$'000 | Total HK$'000 |
| **2019** | | | | | | | |
| Fees | — | — | — | 240 | 240 | 240 | 720 |
| Salaries and other benefits | 12,136 | 12,000 | 240 | — | — | — | 24,376 |
| Accommodation benefits | 1,320 | — | — | — | — | — | 1,320 |
| Retirement benefit scheme contributions | 12 | 18 | — | — | — | — | 30 |
| | 13,468 | 12,018 | 240 | 240 | 240 | 240 | 26,446 |
| 2018 | | | | | | | |
| Fees | — | — | — | 120 | 120 | 120 | 360 |
| Salaries and other benefits | 12,142 | 12,000 | 120 | — | — | — | 24,262 |
| Accommodation benefits | 1,320 | — | — | — | — | — | 1,320 |
| Retirement benefit scheme contributions | 12 | 18 | — | — | — | — | 30 |
| | 13,474 | 12,018 | 120 | 120 | 120 | 120 | 25,972 |

The Executive Directors' emoluments shown above were for their services in connection with the management of the affairs of the Company and the Group. The emoluments of independent non-executive directors shown above were for their services as directors of the Company.

No emoluments were recognised or paid by the Group to the directors as compensation for loss of office or as an inducement to join or upon joining the Group for both years. None of the director has waived any emoluments during both years.

PARADISE 00033090
01763

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2019

### 10. DIRECTORS' AND EMPLOYEES' EMOLUMENTS (Continued)

The five highest paid individuals of the Group include two directors of the Company for both years, whose emoluments are disclosed above and the total emoluments of the remaining three individuals for both years were as follows:

|  | 2019 HK$'000 | 2018 HK$'000 |
|---|---|---|
| Salaries and other benefits | 9,443 | 9,163 |
| Retirement benefit scheme contributions | 81 | 24 |
|  | 9,524 | 9,187 |

|  | Number of individuals | |
|---|---|---|
|  | 2019 | 2018 |
| Emoluments of the remaining three employees were within the following bands: | | |
| HK$1,500,001 – HK$2,000,000 | 1 | 1 |
| HK$3,000,001 – HK$3,500,000 | 1 | 1 |
| HK$4,500,001 – HK$5,000,000 | 1 | 1 |

No emoluments were recognised or paid by the Group to the five highest paid individuals (including directors and employees) as compensation for loss of office or as an inducement to join or upon joining the Group for both years.

### 11. TAXATION CREDIT (CHARGE)

|  | 2019 HK$'000 | 2018 HK$'000 |
|---|---|---|
| Macau Complementary Tax | | |
| — current year | (1,000) | — |
| — reversal of tax provision in prior years | 6,000 | — |
|  | 5,000 | — |
| Lum Sum Dividend Tax | (378) | (378) |
| PRC Enterprise Income Tax — current year | (64) | (25) |
| Taxation credit (charge) | 4,558 | (403) |

PARADISE 00033091
01764

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

### 11. TAXATION CREDIT (CHARGE) (Continued)

There is no provision for Hong Kong Profits Tax is made in the consolidated financial statements as the Group did not generate any assessable profit in Hong Kong for both years.

Macau Complementary Tax ("Macau CT") is calculated at 12% of the estimated assessable profit for the current year. There is no provision for Macau CT is made in the consolidated financial statements as the Group did not generate any assessable profit for the year ended 31 December 2018.

Pursuant to the Macau CT law, the Macau CT assessment on the estimated assessable profit in a year of assessment will lapse in five consecutive years after that year of assessment. At 31 December 2019, the directors of the Company reassessed the adequacy of the Macau CT provision and determined to reverse part of the Group's relevant Macau CT provision of HK$6,000,000 (2018: nil).

Pursuant to the confirmation letters issued by the Financial Services Bureau of the Macau government dated 15 August 2017, the revenue generated from the service agreement signed between LT (Macau) Limited ("LT Macau"), a wholly-owned subsidiary of the Company incorporated in Macau, and Sociedade de Jogos de Macau, S.A. ("SJM") is not subject to Macau CT for the years ended 31 December 2017 to 2019 and the three months ending 31 March 2020, since it is derived from SJM's gaming revenue, for which gaming revenue is exempted from Macau CT pursuant to the terms of no. 2 of article 28 of the Law 16/2001 and the exemption granted by Despatch no. 378/2011 of 23 November 2011.

Pursuant to the approval letter issued by the Financial Services Bureau of the Macau government dated 15 August 2017, LT Macau is obligated to pay an annual lump sum dividend withholding tax of Macau Pataca ("MOP") 389,000 (equivalent to HK$378,000) for each of the years ended 31 December 2017 to 2019 and MOP97,000 (equivalent to HK$94,000) for the three months ending 31 March 2020 as payment in lieu of Macau CT otherwise due by the shareholders of LT Macau on dividend distributions from gaming profits generated in relation to the operation of the casinos at Casino Kam Pek Paradise and Casino Lisboa. These annual lump sum tax payments are required regardless of whether dividends were actually distributed or whether LT Macau had distributable profits in the relevant years. For the year ended 31 December 2019, provision for taxation of HK$378,000 (2018: HK$378,000) has been recognised which was charged to the consolidated statement of profit or loss.

PRC Enterprise Income Tax for operating subsidiaries established in the PRC is calculated at the PRC Enterprise Income Tax rate of 25% prevailing in the PRC on the assessable profit for the current year. Taxation for overseas subsidiaries, except for those incorporated in Macau and the PRC, are charged at the appropriate current rate of taxation ruling in the relevant countries.

PARADISE 00033092

01765

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

### 11. TAXATION CREDIT (CHARGE) (Continued)

The taxation credit (charge) for the year can be reconciled to the profit before taxation per consolidated statement of profit or loss and other comprehensive income as follows:

| | 2019 HK$'000 | 2018 HK$'000 |
|---|---|---|
| Profit before taxation | 6,002 | 53,560 |
| | | |
| Tax charge at the Macau CT rate of 12% | (720) | (6,427) |
| Tax effect of expenses not deductible for tax purposes | (78,096) | (23,678) |
| Tax effect of income not taxable for tax purposes | 89,842 | 30,462 |
| Tax effect of tax losses not recognised | (12,824) | (1,199) |
| Utilisation of tax losses previously not recognised | 768 | 831 |
| Effect of reversal of tax provision in respect of prior years | 6,000 | — |
| Lump sum dividend tax | (378) | (378) |
| Tax effect of different tax rates of subsidiaries operating in other jurisdictions | (34) | (14) |
| | | |
| Taxation credit (charge) for the year | 4,558 | (403) |

At 31 December 2019, the Group had unused tax losses of approximately HK$107,909,000 (2018: HK$95,494,000) available to offset against future taxable profits which may be carried forwards indefinitely except for HK$25,896,000 (2018: HK$26,596,000) which derived from Macau and will expire in three years from the year of assessment. No deferred tax asset has been recognised in respect of such losses due to the unpredictability of future taxable profit streams.

### 12. DIVIDEND

| | 2019 HK$'000 | 2018 HK$'000 |
|---|---|---|
| Dividend for ordinary shareholders of the Group recognised as distribution during the year: | | |
| | | |
| Final dividend per ordinary share paid | | |
| — HK2.5 cents for 2018 (final dividend for 2017: nil) | 26,305 | — |

During the year ended 31 December 2019, a final dividend in respect of the year ended 31 December 2018 of HK2.5 cents per share in an aggregate amount of HK$26,305,000 has been proposed and paid. There is no dividend proposed by the directors of the Company subsequent to the end of the reporting period.

PARADISE 00033093
01766

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2019

### 13. EARNINGS PER SHARE

The calculation of the basic earnings per share attributable to owners of the Company is based on the following data:

|  | 2019 HK$'000 | 2018 HK$'000 |
|---|---|---|
| **Earnings** | | |
| Profit for the year attributable to owners of the Company for the purpose of calculating basic earnings per share | 926 | 58,224 |

|  | 2019 '000 | 2018 '000 |
|---|---|---|
| **Number of shares** | | |
| Weighted average number of ordinary shares for the purpose of calculating basic earnings per share | 1,052,185 | 1,052,185 |

For the years ended 31 December 2019 and 31 December 2018, no diluted earnings per share were presented as there were no dilutive potential ordinary shares.

PARADISE 00033094
01767

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

### 14. PROPERTY, PLANT AND EQUIPMENT

| | Leasehold land and buildings HK$'000 | Leasehold improvements HK$'000 | Plant and machinery HK$'000 | Furniture, fixtures and equipment HK$'000 | Motor vehicles HK$'000 | Total HK$'000 |
|---|---|---|---|---|---|---|
| **COST** | | | | | | |
| At 1 January 2018 | — | 204,035 | 278,309 | 42,747 | 10,462 | 535,553 |
| Currency realignment | — | (41) | — | (173) | — | (214) |
| Additions | 134,003 | 10,741 | 21,909 | 2,710 | 1,642 | 171,005 |
| Disposals | — | (16,434) | (4,700) | (14) | — | (21,148) |
| | | | | | | |
| At 31 December 2018 | 134,003 | 198,301 | 295,518 | 45,270 | 12,104 | 685,196 |
| Currency realignment | — | (30) | (7) | (70) | (1) | (108) |
| Additions | 94,549 | 5,395 | 9,603 | 3,330 | 1,314 | 114,191 |
| Transfer from inventories | — | — | 9,030 | — | — | 9,030 |
| Transfer to inventories | — | — | (2,773) | — | — | (2,773) |
| Disposals | — | — | — | (354) | — | (354) |
| | | | | | | |
| At 31 December 2019 | 228,552 | 203,666 | 311,371 | 48,176 | 13,417 | 805,182 |
| **ACCUMULATED DEPRECIATION AND IMPAIRMENT** | | | | | | |
| At 1 January 2018 | — | 156,363 | 208,076 | 32,351 | 3,843 | 400,633 |
| Currency realignment | — | (33) | — | (107) | — | (140) |
| Provided for the year | 1,072 | 19,470 | 31,241 | 4,399 | 1,902 | 58,084 |
| Eliminated on disposal | — | (16,434) | (3,873) | (12) | — | (20,319) |
| | | | | | | |
| At 31 December 2018 | 1,072 | 159,366 | 235,444 | 36,631 | 5,745 | 438,258 |
| Currency realignment | — | (12) | (1) | (37) | (1) | (51) |
| Provided for the year | 5,327 | 21,248 | 26,818 | 4,083 | 1,910 | 59,386 |
| Eliminated on transfer to inventories | — | — | (2,614) | — | — | (2,614) |
| Eliminated on disposal | — | — | — | (190) | — | (190) |
| | | | | | | |
| At 31 December 2019 | 6,399 | 180,602 | 259,647 | 40,487 | 7,654 | 494,789 |
| **CARRYING AMOUNTS** | | | | | | |
| At 31 December 2019 | 222,153 | 23,064 | 51,724 | 7,689 | 5,763 | 310,393 |
| | | | | | | |
| At 31 December 2018 | 132,931 | 38,935 | 60,074 | 8,639 | 6,359 | 246,938 |

PARADISE 00033095
01768

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

### 14. PROPERTY, PLANT AND EQUIPMENT (Continued)

The above items of property, plant and equipment are depreciated on a straight line basis at the following rates per annum:

| | |
|---|---|
| Leasehold land and buildings | Over the shorter term of the lease, or 50 years |
| Leasehold improvements | 20% or over the remaining terms of the leases if shorter |
| Plant and machinery | 10%–20% |
| Furniture, fixtures and equipment | 15%–20% |
| Motor vehicles | 20% |

At the end of the reporting period, the Group assessed certain property, plant and equipment with net carrying amount of HK$56,018,000 (2018: HK$72,518,000), allocated to the Macau Patent CGU, for impairment having regard to the market conditions in Macau. The details of the determination of the recoverable amounts of the assets allocated to the Macau Patent CGU are disclosed in note 16. No impairment loss was recognised on property, plant and equipment for the years ended 31 December 2019 and 31 December 2018.

### 15. RIGHT-OF-USE ASSETS

| | Leasehold land and buildings HK$'000 | Motor vehicles HK$'000 | Total HK$'000 |
|---|---|---|---|
| **COST** | | | |
| At 1 January 2019 | 21,614 | 536 | 22,150 |
| Currency realignment | (66) | — | (66) |
| Additions | 7,946 | — | 7,946 |
| Disposals | (794) | (268) | (1,062) |
| At 31 December 2019 | 28,700 | 268 | 28,968 |
| **DEPRECIATION** | | | |
| At 1 January 2019 | — | — | — |
| Currency realignment | (22) | — | (22) |
| Provided for the year | 10,905 | 188 | 11,093 |
| Eliminated on disposal | (116) | (80) | (196) |
| At 31 December 2019 | 10,767 | 108 | 10,875 |
| **CARRYING AMOUNTS** | | | |
| At 31 December 2019 | 17,933 | 160 | 18,093 |

| | |
|---|---|
| **For the year ended 31 December 2019** | |
| Expense relating to short-term leases and other leases with lease terms end within 12 months of the date of initial application of HKFRS 16 | 50,380 |
| Variable lease payments not included in the measurement of lease liabilities | 30,748 |
| Total cash outflow for leases | 92,754 |

PARADISE 00033096
01769

Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

## 15. RIGHT-OF-USE ASSETS (Continued)

For both years, the Group leases leasehold land and buildings and motor vehicles for its operations. Lease contracts are entered into for fixed terms of 2 years to 4 years.

Lease terms are negotiated on an individual basis and contain a wide range of different terms and conditions. In determining the lease term and assessing the length of the non-cancellable period, the Group applies the definition of a contract and determines the period for which the contract is enforceable.

In addition, the Group is the registered owner of certain property interests in Macau, including the underlying leasehold lands. Lump sum payments were made upfront to acquire these property interests. The leasehold land components of these owned properties are not presented separately as the payments made cannot be allocated reliably.

## 16. INTANGIBLE ASSETS

| | Macau Patent- Betting terminal system HK$'000 | U.S. Patent- Betting terminal system HK$'000 | Total HK$'000 |
|---|---|---|---|
| **COST** | | | |
| At 1 January 2018, 31 December 2018 and | | | |
| 31 December 2019 | 182,066 | 657,535 | 839,601 |
| **ACCUMULATED AMORTISATION AND IMPAIRMENT** | | | |
| At 1 January 2018 | 89,009 | 657,535 | 746,544 |
| Provided for the year | 12,138 | — | 12,138 |
| At 31 December 2018 | 101,147 | 657,535 | 758,682 |
| Provided for the year | 12,138 | — | 12,138 |
| At 31 December 2019 | 113,285 | 657,535 | 770,820 |
| **CARRYING AMOUNTS** | | | |
| At 31 December 2019 | 68,781 | — | 68,781 |
| At 31 December 2018 | 80,919 | — | 80,919 |

PARADISE 00033097
01770

Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

## 16. INTANGIBLE ASSETS (Continued)

The Macau patent pertains to a computerised gaming system (the "Gaming System") for operating multi-gambling games. The Gaming System was installed on the electronic gaming equipment which operates in Casino Kam Pek Paradise, Casino Waldo and other casinos in Macau. The Group generates revenue from the provision of casino management services with the Gaming System installed on the electronic gaming equipment, and the sale and leasing of electronic gaming equipment installed with the Gaming System in Macau. The patent is amortised over its useful life of 15 years using the straight line method.

At the end of the reporting period, the Group assessed for impairment by considering the recoverable amount of the patent as well as certain property, plant and equipment, allocated to the Macau Patent CGU, having regard to the market conditions in Macau. The recoverable amount of the Macau Patent CGU is the value in use of the Macau Patent CGU based on the present value of estimated future cash flows to be generated over the remaining license period and with reference to the valuation report prepared by an independent professional valuer, International Valuation Limited, which was approved by the directors of the Company. The valuation of intangible asset and property, plant and equipment in relation to patent is assessed by comparing the recoverable amount of the Macau Patent CGU to their carrying amounts at the end of each reporting period. No impairment loss was recognised on the intangible asset allocated to the Macau Patent CGU for the years ended 31 December 2019 and 31 December 2018.

Key assumptions adopted by management in the value in use calculation for the recoverable amount of the Macau Patent CGU are as follows:

- Growth rates of revenue and costs ranging from 0% to 5.00% (2018: ranging from 2.50% to 3.00%) per annum are applied in the profit or loss projection for the remaining license period.

- Pre-tax discount rate of 15.90% (2018: 15.60%) is adopted based on the analysis performed by an independent professional valuer which reflects current market assessments of the time value of money and the risks specific to the Macau Patent CGU.

PARADISE 00033098
01771

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2019

### 17. INTERESTS IN JOINT VENTURES

During the year, the Group acquired 50% equity interests in Tong Sin Catering And Import & Export Group Company Limited and its subsidiary and Bigger A Import And Export Trade Limited for a total consideration of MOP25,000 (equivalent to HK$24,000). The joint ventures are principally engaged in the business of importing, exporting and sales of frozen food products and packaged meats.

As at 31 December 2019, amounts due from joint ventures of HK$5,665,000 are considered part of the long-term interest that, in substance, form part of the Group's investment in the joint ventures. The amounts due from joint ventures are unsecured, interest-free, and have no fixed terms of repayment.

Details of the Group's investments in joint ventures at 31 December 2019 are as follows:

|  | HK$'000 |
|---|---|
| Cost of investment in joint ventures | 24 |
| Share of post-acquisition losses | (2,149) |
| Amounts due from joint ventures | 5,665 |
|  | 3,540 |

Details of each of the Group's joint ventures at 31 December 2019 are as follows:

| Name of entity | Country of incorporation/ registration | Principal place of business | Proportion of ownership interests and voting rights held by the Group | Principal activity |
|---|---|---|---|---|
| Tong Sin Catering And Import & Export Group Company Limited | Macau | Macau | 50% | Business of importing, exporting and sales of frozen food products and packaged meats |
| Bigger A Import And Export Trade Limited | Macau | Macau | 50% | Business of importing, exporting and sales of frozen food products and packaged meats |

In the opinion of the directors of the Company, the joint ventures are not material to the Group and no disclosure of their financial information is considered necessary.

PARADISE 00033099
01772

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

### 18. INVESTMENT IN EQUITY INSTRUMENTS DESIGNATED AT FAIR VALUE THROUGH OTHER COMPREHENSIVE INCOME

The amount comprises equity shares listed on the Tokyo Stock Exchange that are carried at fair value. The directors of the Company estimated the fair value of the equity securities with reference to their quoted bid price in an active market at the end of the reporting period.

### 19. OTHER ASSETS

| | 2019 HK$'000 | 2018 HK$'000 |
|---|---|---|
| Deposits paid for acquisitions of property, plant and equipment | 3,059 | 1,234 |
| Rental deposits | 2,847 | 3,129 |
| | 5,906 | 4,363 |

### 20. INVENTORIES

| | 2019 HK$'000 | 2018 HK$'000 |
|---|---|---|
| Consumables | 26,809 | 24,916 |
| Trading goods | 34,736 | 54,082 |
| | 61,545 | 78,998 |

PARADISE 00033100
01773

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2019

## 21. TRADE AND OTHER RECEIVABLES

|  | 2019 HK$'000 | 2018 HK$'000 |
|---|---|---|
| Trade receivables (note i) | 57,608 | 72,738 |
| Less: loss allowance | — | (287) |
|  | 57,608 | 72,451 |
| Chips on hand (note ii) | 33,244 | 29,354 |
| Deposits paid | 44,333 | 45,176 |
| Loan receivable (note iii) | 14,040 | 15,600 |
| Other receivables and prepayments (note iii) | 14,635 | 13,618 |
|  | 163,860 | 176,199 |

Notes:

(i)　As at 31 December 2019, trade receivables comprise amounts receivable from the gaming operators for the Group's provision of casino management services and customers for the Group's sale and leasing of electronic gaming equipment and systems. No interest is charged on the trade receivables.

As at 31 December 2019, trade receivables (net of loss allowance) of HK$57,608,000 (31 December 2018: HK$72,451,000) comprised receivables from contracts with customers and lease receivables of HK$57,155,000 (2018: HK$72,120,000) and HK$453,000 (2018: HK$331,000), respectively.

Before accepting any new customer, the Group gathers and assesses the credit information of the potential customer in considering the customer's quality and determining the credit limits for that customer. Recoverability and credit limits of the existing customers are reviewed by the Group regularly. At the end of the reporting period, included in the Group's trade receivable balances are receivables with aggregate carrying amount of HK$55,913,000 (2018: HK$69,739,000), which are neither past due nor impaired. The directors of the Company considered that trade receivables which are neither past due nor impaired are of good credit quality given the continuous subsequent settlements from gaming operators and other customers.

The Group normally allows a credit period with an average of 30 days to the gaming operators and customers.

As at 31 December 2019, included in the Group's trade receivables balance are debtors with aggregate carrying amount of HK$1,695,000 (2018: HK$2,712,000) which are past due as at the reporting date. Out of the past due balances, HK$339,000 (2018: HK$1,859,000) has been past due 90 days or more and is not considered as in default based on historical repayment pattern from the specific debtors. The Group does not hold any collateral over these balances.

As at 31 December 2019, 97.1% (2018: 96.3%) of the trade receivables that are neither past due nor impaired have the best credit scoring attributable under the internal credit scoring system used by the Group.

PARADISE 00033101
01774

Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

## 21. TRADE AND OTHER RECEIVABLES (Continued)

Notes: (Continued)

(i)    (Continued)

Following is the aged analysis of trade receivables (net of loss allowance) based on the date of monthly statements of service income or the invoice date at the end of the reporting period:

|  | 2019<br>**HK$'000** | 2018<br>HK$'000 |
|---|---|---|
| Age: |  |  |
| 0–30 days | **55,913** | 69,812 |
| 31–60 days | **233** | 524 |
| 61–90 days | **915** | 126 |
| 91–180 days | **532** | 159 |
| 181–365 days | **15** | 1,830 |
|  | **57,608** | 72,451 |

Ageing of trade receivables which are past due but not impaired:

|  | 2019<br>**HK$'000** | 2018<br>HK$'000 |
|---|---|---|
| Overdue by: |  |  |
| 1–30 days | **233** | 597 |
| 31–60 days | **915** | 250 |
| 61–90 days | **208** | 6 |
| 91–180 days | **324** | 1,817 |
| 181–365 days | **15** | 42 |
|  | **1,695** | 2,712 |

At 1 January 2018 and 31 December 2018, the loss allowance represented individually impaired trade receivables with gross aggregate balance of HK$287,000. The allowance for credit loss represents lifetime ECL recognised for trade receivables under simplified approach. There is no movement in lifetime ECL that has been recognised for the trade receivables.

(ii)    Chips on hand represent chips issued by gaming operators in Macau which can be exchanged into their cash amounts.

(iii)    Pursuant to a loan agreement dated 5 October 2016, LT View Limited, a wholly-owned subsidiary of the Company incorporated in the BVI, agreed to grant a loan to LT Game Japan Limited ("LT Japan"), a company which is incorporated in Japan and is principally engaged in the development and manufacture of gaming products, in the principal amount of US$2,000,000 (equivalent to HK$15,600,000) with interest charged at the rate of 8% per annum. As at 31 December 2019, the loan principal of HK$14,040,000 (2018: HK$15,600,000) is unsecured and guaranteed by Mr. Pak Sui, who holds an 18% shareholding in, and is a director of, LT Game Limited, an indirect subsidiary of the Company incorporated in the BVI. Pursuant to the loan agreement and the subsequent amendments to the loan agreement (collectively referred to as the "Loan Agreements"), the maturity date of the loan principal and accrued interest thereon is 5 October 2020. At 31 December 2019, an amount of HK$402,000 (2018: HK$2,797,000) was included in other receivables and prepayments in respect of the interest receivable pursuant to the Loan Agreements.

Details of impairment assessment of trade and other receivables for the year ended 31 December 2019 are set out in note 37.

PARADISE 00033102

01775

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2019

### 22. AMOUNT DUE FROM A JOINT VENTURE/AMOUNTS DUE TO JOINT VENTURES

The amount due from a joint venture is non-trade in nature, unsecured, non-interest bearing and repayable on demand.

The amounts due to joint ventures are trade in nature, unsecured and non-interest bearing. The amounts are aged within 0 to 30 days based on invoice date.

### 23. AMOUNTS DUE FROM RELATED COMPANIES/AMOUNTS DUE TO DIRECTORS

| | As at 1 January 2018 HK$'000 | As at 31 December | | Maximum amount outstanding during the year ended | |
| --- | --- | --- | --- | --- | --- |
| | | 2019 HK$'000 | 2018 HK$'000 | 2019 HK$'000 | 2018 HK$'000 |
| Empire Technological Group Limited (note) | 583 | 512 | 901 | 2,390 | 901 |
| LT Game International Pty Limited (note) | — | 628 | — | 628 | — |
| | 583 | 1,140 | 901 | | |

Note: These companies are wholly-owned by the brother-in-law of Mr. Jay Chun, an executive director of the Company.

The amounts due from related companies are trade in nature, unsecured and interest-free. The amounts are aged within 0 to 30 days based on invoice date. The balance is neither past due nor impaired at the end of the reporting period.

The amounts due to directors represent amount of HK$1,086,000 (2018: HK$1,036,000) payable to Mr. Jay Chun, an executive director of the Company, amount of HK$943,000 (2018: HK$943,000) payable to Mr. Shan Shiyong, an executive director of the Company, and amounts in aggregate of HK$80,000 (2018: HK$260,000) payable to other directors of the Company. The amounts are unsecured, interest-free and repayable on demand.

### 24. PLEDGED BANK DEPOSIT

The amount represents a bank deposit pledged to a bank to secure a bank facility granted by the bank to a subsidiary of the Company. The bank facility represents a bank guarantee amounting to MOP29,635,000 (equivalent to HK$28,772,000) for the period from 30 April 2018 to 31 March 2020, which is in favour of SJM for the Group's fulfilment of all its obligations, in particular for reimbursement by the Group to SJM of the employee's salaries and benefits for those gaming operation employees employed by SJM who work for the casino under the Group's management, as stipulated under the service agreement (and all related supplemental agreements) entered into between SJM and the Group for provision of casino management services by the Group to SJM.

Pledge bank deposit carries fixed interest rate at 2.9% (2018: 2.0%) per annum.

PARADISE 00033103

01776

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

### 25. BANK BALANCES AND CASH

Bank balances carry interest at market rates which ranged from 0.01% to 2.75% (2018: 0.01% to 3.10%) per annum.

### 26. TRADE AND OTHER PAYABLES

| | 2019 HK$'000 | 2018 HK$'000 |
|---|---|---|
| Trade payables | 17,564 | 21,426 |
| Accrued staff costs | 52,934 | 29,213 |
| Accrued promotional expenses | 25,967 | 32,802 |
| Contract liabilities | 9,846 | 44,878 |
| Deposits received | 1,335 | 1,086 |
| Other sundry payables | 12,612 | 15,552 |
| Other accrued expenses | 6,900 | 6,535 |
| | 127,158 | 151,492 |

Following is the aged analysis of trade payables based on the invoice date at the end of the reporting period:

| | 2019 HK$'000 | 2018 HK$'000 |
|---|---|---|
| Age | | |
| 0–30 days | 14,339 | 14,672 |
| 31–60 days | 1,717 | 5,665 |
| 61–90 days | 459 | 250 |
| 91–365 days | 612 | 839 |
| Over 365 days | 437 | — |
| | 17,564 | 21,426 |

The average credit period of trade payables is 30 days. No interest is charged on the trade payables.

Deposits received from customers in relation to the sale of electronic gaming equipment and systems result in contract liabilities being recognised until the goods approved by the local regulatory authority are delivered and titles have been passed. Such deposits are expected to be recognised as revenue within one year from date of receipt.

PARADISE 00033104
01777

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

### 26. TRADE AND OTHER PAYABLES (Continued)

The following table summarises the liability activity related to contracts with customers:

| | Liabilities in relation to deposits received from customers | |
|---|---|---|
| | 2019 HK$'000 | 2018 HK$'000 |
| Balance at 1 January | 44,878 | 28,772 |
| Balance at 31 December | 9,846 | 44,878 |
| (Decrease) increase | (35,032) | 16,106 |

### 27. BANK BORROWINGS

| | 2019 HK$'000 | 2018 HK$'000 |
|---|---|---|
| Bank borrowings | 145,831 | 89,046 |
| The bank borrowings are repayable as follows*: | | |
| Within one year | 8,776 | 5,048 |
| Within a period of more than one year but not exceeding two years | 8,992 | 5,176 |
| Within a period of more than two years but not exceeding five years | 28,323 | 16,335 |
| Within a period of more than five years | 99,740 | 62,487 |
| | 145,831 | 89,046 |
| Less: Amounts due within one year shown under current liabilities | (8,776) | (5,048) |
| Amounts due after one year shown under non-current liabilities | 137,055 | 83,998 |

\*    The amounts due are based on scheduled repayment dates set out in the mortgage loan agreements.

At 31 December 2019, the bank borrowings carried interest at the Lending Prime Rate as quoted by the lending bank from time to time minus 2.85% (2018: 2.85%) per annum. The effective interest rate of the bank borrowings was 2.40% (2018: 2.53%) per annum.

At 31 December 2019, the bank borrowings of HK$145,831,000 (2018: HK$89,046,000) were secured by mortgages over the Group's leasehold land and buildings with an aggregate carrying amount of HK$222,153,000 (2018: HK$132,931,000). The bank borrowings are denominated in MOP and HK$.

PARADISE 00033105
01778

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2019

### 28. LEASE LIABILITIES

|  | 2019<br>HK$'000 |
|---|---|
| Lease liabilities payable: |  |
| Within one year | 10,659 |
| Within a period of more than one year but not more than two years | 7,812 |
| Within a period of more than two years but not more than five years | 82 |
|  | 18,553 |
| Less: Amount due for settlement with 12 months shown under current liabilities | (10,659) |
| Amount due for settlement after 12 months shown under non-current liabilities | 7,894 |

#### Restrictions or covenants on leases

Lease liabilities of HK$18,553,000 are recognised with related right-of-use assets of HK$18,093,000 as at 31 December 2019. The lease agreements do not impose any covenants other than the security interests in the leased assets (where applicable) that are held by the lessor. The related leased assets may not be used as security for borrowing purposes.

As at 31 December 2019, the amounts are secured by rental deposits with carrying values of HK$2,695,000.

### 29. SHARE CAPITAL

|  | Number<br>of shares<br>'000 | Share<br>capital<br>HK$'000 |
|---|---|---|
| **Ordinary shares of HK$0.001 each** |  |  |
| **Authorised:** |  |  |
| At 1 January 2018, 31 December 2018 and 31 December 2019 | 1,000,000,000 | 1,000,000 |
| **Issued and fully paid:** |  |  |
| At 1 January 2018, 31 December 2018 and 31 December 2019 | 1,052,185 | 1,052 |

### 30. MAJOR NON-CASH TRANSACTIONS

During the year ended 31 December 2019, property, plant and equipment of HK$93,000 (2018: HK$5,091,000) were settled by utilising deposits paid for acquisitions of property, plant and equipment.

During the year ended 31 December 2019, property, plant and equipment of HK$9,030,000 were transferred from inventories.

During the year ended 31 December 2019, an interim dividend was declared by a non-wholly owned subsidiary of the Company and the non-controlling shareholder of the subsidiary assigned its dividend entitled amounting to HK$3,600,000 to LT Japan for partial settlement of the interest payable of LT Japan to the Group under the loan mentioned in note 21(iii).

PARADISE 00033106
01779

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2019

### 31. PLEDGE OF ASSETS

At 31 December 2019, the Group's leasehold land and buildings and bank deposit with carrying amounts of HK$222,153,000 (2018: HK$132,931,000) and HK$28,800,000 (2018: HK$28,800,000) as set out in notes 14 and 24, respectively, were pledged to banks to secure for certain facilities granted by the banks to the Group.

### 32. OPERATING LEASES

#### The Group as lessee

|  | 2018 HK$'000 |
|---|---|
| Minimum operating lease rentals in respect of rented premises recognised during the year | 37,340 |

At 31 December 2018, the Group had commitments for future minimum lease payments under non-cancellable operating leases in respect of rented premises and other assets, which fell due as follows:

|  | 2018 HK$'000 |
|---|---|
| Within one year | 35,575 |
| In the second to fifth year inclusive | 13,672 |
|  | 49,247 |

Operating lease payments represented rentals payable by the Group for a director's quarters, certain of its warehouse facilities and office premises. Leases of rented premises were negotiated for terms ranging from one to six years as at 31 December 2018.

### 33. CAPITAL COMMITMENTS

|  | 2019 HK$'000 | 2018 HK$'000 |
|---|---|---|
| Capital expenditure in respect of property, plant and equipment contracted for but not provided in the consolidated financial statements | 1,059 | 1,062 |

### 34. FAIR VALUE MEASUREMENTS OF FINANCIAL INSTRUMENTS

Other than investment in equity instruments designated at FVTOCI, the fair values of financial assets and financial liabilities are determined in accordance with generally accepted pricing models based on discounted cash flow analysis.

Investment in equity instruments designated at FVTOCI in respect of listed equity securities are determined by reference to the quoted bid prices in an active market. The fair value measurement is classified as Level 1 under fair value hierarchy. There were no transfers between Level 1 and other Levels during both reporting periods.

PARADISE 00033107
01780

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2019

### 34. FAIR VALUE MEASUREMENTS OF FINANCIAL INSTRUMENTS (Continued)

The directors of the Company consider that the carrying amounts of all financial assets and financial liabilities recorded at amortised cost at the end of each reporting period approximate their corresponding fair values.

### 35. RETIREMENT BENEFIT SCHEMES

The Group contributes to a Mandatory Provident Fund Scheme for all qualifying employees in Hong Kong. The assets of the scheme are held separately from those of the Group in funds under the control of the independent trustees. The Group and each employee make mandatory contributions of 5% of relevant payroll costs with monthly cap of HK$1,500 to the scheme.

The employees of the Group in Macau are members of state-managed retirement benefit scheme operated by the Macau government. The Group is required to contribute a certain percentage of its payroll to the retirement benefit scheme to fund the benefits. The only obligation of the Group with respect to the retirement benefit scheme is to make the required contributions under the scheme.

As stipulated by the rules and regulations in the PRC, the Group contributes to a retirement funds scheme managed by a social security bureau in the PRC. The Group contributes a certain percentage of the basic salaries of its employees to the retirement funds scheme to fund the benefits.

### 36. CAPITAL RISK MANAGEMENT

The Group manages its capital to ensure that entities in the Group will be able to continue as a going concern while maximising the return to shareholders through the optimisation of the debt and equity balance. The capital structure of the Group consists of debt and equity of the Company, comprising issued share capital disclosed in note 29 and reserves as disclosed in consolidated statement of changes in equity. The management reviews the capital structure by considering the cost of capital and the risks associated with each class of capital. In view of this, the Group will balance its overall capital structure through the payment of dividends, new share issues as well as new borrowings. The Group's approach to capital management remains unchanged throughout the year.

### 37. FINANCIAL INSTRUMENTS

#### (a) Categories of financial instruments

| | 2019 HK$'000 | 2018 HK$'000 |
|---|---|---|
| **Financial assets** | | |
| Financial assets at amortised cost | 426,759 | 458,501 |
| Investment in equity instruments designated at FVTOCI | 1,366 | 1,428 |
| | 428,125 | 459,929 |
| **Financial liabilities** | | |
| Amortised cost | 179,635 | 129,349 |

PARADISE 00033108
01781

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2019

### 37. FINANCIAL INSTRUMENTS (Continued)

#### (b) Financial risk management objectives and policies

The Group's major financial instruments are listed in above table. Details of the financial instruments are disclosed in respective notes. The risks associated with these financial instruments include market risk (foreign currency risk, price risk and interest rate risk), credit risk and liquidity risk. The policies on how to mitigate these risks are set out below. The management manages and monitors these exposures to ensure appropriate measures are implemented on a timely and effective manner.

Market risk
*Foreign currency risk*
Foreign currency risk refers to the risk that movement in foreign currency exchange rates will affect the Group's financial results and its cash flows. Several subsidiaries of the Company have foreign currency sales and purchases, but the management considers the amount of foreign currency sales and purchases to be insignificant. The management considers that the Group is not exposed to significant foreign currency risk in relation to transactions denominated in MOP and US$ as MOP and US$ are pegged to HK$.

The Group has certain bank balances which are denominated in Renminbi ("RMB") (being currency other than the functional currency of the relevant group entities) amounting to HK$232,000 (2018: HK$123,000). The Group currently does not have a foreign currency hedging policy. However, the management monitors foreign exchange exposure and will consider hedging significant foreign currency exposure should the need arise.

The following details the Group's sensitivity to a reasonably possible change of 5.0% (2018: 5.0%) in exchange rate of RMB against HK$, while all other variables are held constant. 5.0% (2018: 5.0%) is the sensitivity rate used when reporting foreign currency risk internally to the key management personnel and represents the management's assessment of the reasonably possible change in foreign currency rate. The sensitivity analysis includes only outstanding foreign currency denominated monetary items and adjusts their translation at the end of the reporting period for a 5.0% (2018: 5.0%) change in foreign currency rate. For a 5.0% (2018: 5.0%) strengthening in RMB against HK$, the Group's profit for the year would be increased by HK$5,000 (2018: HK$40,000). If RMB had been weakened against HK$ in an opposite magnitude and all other variables were held constant, the potential effect on the results would be equal and opposite.

In the opinion of the directors of the Company, the sensitivity analysis is unrepresentative of inherent foreign exchange risk as the year end exposure does not reflect the exposure during the year.

*Price risk management*
The Group is exposed to equity price risk on the investment in equity securities operating in trading business and quoted on the Tokyo Stock Exchange and bank borrowings. The Group's cash flow interest rate risk is mainly concentrated on the fluctuation of MOP Lending Prime Rate arising from the Group's MOP denominated bank borrowings. The Group currently does not have a policy to hedge such risk. For investment in equity instruments designated at FVTOCI, the management monitors market price exposure and will consider hedging significant market price exposure should the need arise.

PARADISE 00033109
01782

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

### 37. FINANCIAL INSTRUMENTS (Continued)

#### (b) Financial risk management objectives and policies (Continued)

*Market risk (Continued)*

*Price risk management (Continued)*

The sensitivity analysis below have been determined based on the exposure to equity price risk on the listed equity securities in investment in equity instruments designated at FVTOCI at the end of the reporting period. If the market bid price on such listed equity securities had been 10% (2018: 10%) higher and all other variables were held constant, the potential effect on investment revaluation reserve is as follows:

|  | 2019 HK$'000 | 2018 HK$'000 |
|---|---|---|
| Increase in investment revaluation reserve | | |
| — Listed equity securities in investment in equity instruments designated at FVTOCI | 137 | 143 |

If the market bid price on such listed equity securities had been lower in an opposite magnitude and all other variables were held constant, the potential effect on the results would be equal and opposite.

*Interest rate risk*

The Group is exposed to fair value interest rate risk in relation to fixed-rate loan receivable, pledged bank deposit and bank balances. The Group is also exposed to cash flow interest rate risk in relation to its variable-rate bank balances and bank borrowings. The Group currently does not have policy on cash flow hedges of interest rate risk. However, the management monitors the interest rate exposure and will consider hedging significant interest rate risk should the need arise.

Interest expenses on financial liabilities not measured at FVTPL:

|  | 2019 HK$'000 | 2018 HK$'000 |
|---|---|---|
| Financial liabilities at amortised cost | 3,421 | 712 |

The Group's sensitivity to cash flow interest rate risk has been determined based on the exposure to interest rates for those variable-rate bank balances and bank borrowings at the end of the reporting period and management's assessment of the reasonably possible change in the interest rate assuming that it took place at the beginning of each year and was held constant throughout the respective year.

If interest rates had been 50 basis points (2018: 50 basis points) higher and all other variables held constant, the potential effect on profit for the year:

|  | 2019 HK$'000 | 2018 HK$'000 |
|---|---|---|
| Increase (decrease) in profit for the year | | |
| — Variable-rate bank balances | 706 | 634 |
| — Variable-rate bank borrowings | (729) | (445) |
|  | (23) | 189 |

PARADISE 00033110

01783

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2019

### 37. FINANCIAL INSTRUMENTS (Continued)

#### (b) Financial risk management objectives and policies (Continued)

*Market risk (Continued)*

*Interest rate risk (Continued)*

If interest rates had been lower in an opposite magnitude and all other variables were held constant, the potential effect on the results would be equal and opposite.

*Credit risk and impairment assessment*

The Group's maximum exposure to credit risk in the event of the counterparties' failure to perform their obligations as at 31 December 2019 and 2018 in relation to each class of recognised financial assets is the carrying amount of those assets as stated in the consolidated statement of financial position.

*Trade receivables arising from contracts with customers*

In order to minimise the credit risk, the management of the Group has delegated a team responsible for determination of credit limits and credit approvals. Before accepting any new customer, the Group uses an internal credit scoring system to assess the potential customer's credit quality and defines credit limits by customer. Limits and scoring attributed to customers are reviewed twice a year. Other monitoring procedures are in place to ensure that follow-up action is taken to recover overdue debts. In addition, Group performs impairment assessment under ECL model on trade balances individually or based on provision matrix. In this regard, the directors of the Company consider that the Group's credit risk is significantly reduced.

The Group has concentration of credit risk as 75% (2018: 79%) and 98% (2018: 98%) of the total trade receivables which were due from the Group's largest customer and the five largest customers, respectively. The directors of the Company consider that there is no significant credit risk on the trade receivables from the five largest customers given their strong financial background and good creditability. The remaining trade receivables balances are spread over a number of customers.

*Pledged bank deposit/bank balances*

For the pledged bank deposit and bank balances, no allowance for impairment was made since the directors of the Company consider the probability of default is negligible as such amounts are receivable from or placed in banks in Macau and Hong Kong having good reputation.

*Loan receivable*

For the loan receivable from LT Japan of HK$14,040,000 (2018: HK$15,600,000), no allowance for impairment was made since the directors of the Company consider the loss given default is minimal with reference to a guarantee provided by Mr. Pak Suil, who holds an 18% shareholding in, and is a director of, LT Game Limited, an indirect subsidiary of the Company incorporated in the BVI.

*Other receivables/amounts due from related companies/amount due from a joint venture*

For other receivables including chips on hand, amounts due from related companies and amount due from a joint venture, no allowance for impairment was made since the directors of the Company consider the probability of default is minimal after assessing the counter-parties' financial background and creditability.

PARADISE 00033111

01784

Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

## 37. FINANCIAL INSTRUMENTS (Continued)

### (b) Financial risk management objectives and policies (Continued)

Liquidity risk

In the management of the liquidity risk, the Group monitors and maintains a level of cash and cash equivalents deemed adequate by the management to finance the Group's operations and mitigate the effects of fluctuations in cash flows.

As at 31 December 2019, based on the existing levels of bank balances, the Group will be able to meet its future cash flow requirements. Accordingly, the management considers that the Group's liquidity risk is minimal.

The following table details the Group's remaining contractual maturity for its financial liabilities that will result in cash outflow. The table has been drawn up based on the undiscounted cash flows of financial liabilities based on the earliest date on which the Group can be required to pay. The table includes principal cash flows.

*Liquidity and interest risk tables*

| | Weighted average effective interest rate % | Less than 1 month or repayable on demand HK$'000 | 1–3 months HK$'000 | 3 months to 1 year HK$'000 | 1–5 years HK$'000 | Over 5 years HK$'000 | Total undiscounted cash flows HK$'000 | Total carrying amount HK$'000 |
|---|---|---|---|---|---|---|---|---|
| **2019** | | | | | | | | |
| Trade and other payables | N/A | 31,511 | — | — | — | — | 31,511 | 31,511 |
| Amounts due to directors | N/A | 2,109 | — | — | — | — | 2,109 | 2,109 |
| Amounts due to joint ventures | N/A | 184 | — | — | — | — | 184 | 184 |
| Bank borrowings | 2.40 | 1,019 | 2,038 | 9,170 | 48,910 | 111,334 | 172,471 | 145,831 |
| Lease liabilities | 2.86 | 1,073 | 1,893 | 8,075 | 7,994 | — | 19,035 | 18,553 |
| | | 35,896 | 3,931 | 17,245 | 56,904 | 111,334 | 225,310 | 198,188 |
| **2018** | | | | | | | | |
| Trade and other payables | N/A | 38,064 | — | — | — | — | 38,064 | 38,064 |
| Amounts due to directors | N/A | 2,239 | — | — | — | — | 2,239 | 2,239 |
| Bank borrowing | 2.53 | — | 1,809 | 5,428 | 28,950 | 70,558 | 106,745 | 89,046 |
| | | 40,303 | 1,809 | 5,428 | 28,950 | 70,558 | 147,048 | 129,349 |

### (c) Fair value

Other than investment in equity instruments designated at FVTOCI, the fair values of financial assets and financial liabilities are determined in accordance with generally accepted pricing models based on discounted cash flow analysis.

Investment in equity instruments designated at FVTOCI in respect of listed equity securities are determined by reference to the quoted bid prices in an active market.

The directors of the Company consider that the carrying amounts of all financial assets and financial liabilities recorded at amortised cost at the end of each reporting period approximate their corresponding fair values.

PARADISE 00033112

01785

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

### 37. FINANCIAL INSTRUMENTS (Continued)

#### (c) Fair value (Continued)

The following table gives information about how the fair values of these financial assets are determined (in particular, the valuation techniques and inputs used).

| Financial assets | Fair value as at 31 December 2019 HK$'000 | 2018 HK$'000 | Fair value hierarchy | Valuation techniques and key input |
|---|---|---|---|---|
| Investment in equity instruments designated at FVTOCI | | | | |
| — Listed equity securities | 1,366 | 1,428 | Level 1 | Quoted bid prices in an active market |

There were no transfers into or out of Level 1 during both years.

### 38. RECONCILIATION OF LIABILITIES ARISING FROM FINANCING ACTIVITIES

The table below details changes in the Group's liabilities arising from financing activities including both cash and non-cash changes. Liabilities arising from financing activities are those for which cash flows were, or future cash flows will be, classified in the Group's consolidated statement of cash flows as cash flows from financing activities.

| | Lease liabilities HK$'000 | Amounts due to directors HK$'000 (note 23) | Dividend payable HK$'000 | Bank borrowings HK$'000 (note 27) | Interest payables HK$'000 (Note) | Total HK$'000 |
|---|---|---|---|---|---|---|
| At 1 January 2018 | — | 2,973 | — | — | — | 2,973 |
| Net financing cash flows | — | (734) | — | 89,046 | (644) | 87,668 |
| Interest expenses | — | — | — | — | 712 | 712 |
| At 31 December 2018 | — | 2,239 | — | 89,046 | 68 | 91,353 |
| Net financing cash flows | (10,982) | (130) | (26,305) | 56,785 | (3,019) | 16,349 |
| Dividend declared (note 12) | — | — | 26,305 | — | — | 26,305 |
| Interest expenses | 321 | — | — | — | 3,100 | 3,421 |
| New leases entered | 29,214 | — | — | — | — | 29,214 |
| At 31 December 2019 | 18,553 | 2,109 | — | 145,831 | 149 | 166,642 |

Note: The amount is included in trade and other payables as set out in note 26.

PARADISE 00033113

01786

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

### 39. RELATED PARTY TRANSACTIONS

Except for disclosure elsewhere in the consolidated financial statements, the Group had the following significant transactions during the year with related parties:

|  | 2019 HK$'000 | 2018 HK$'000 |
|---|---|---|
| Sale of electronic gaming equipment and systems (note i) | 1,873 | 1,054 |
| Consultancy fee (note ii) | 475 | 450 |
| Staff costs (note iii) | 4,705 | 4,631 |
| Purchase of frozen food and products (note iv) | 398 | — |

Notes:

(i)   The related parties are companies wholly-owned by the brother-in-law of Mr. Jay Chun, an Executive Director. These transactions constitute continuing connected transactions for the purpose of Chapter 14A of the Listing Rules. Details of these continuing connected transactions, which are subject to the reporting requirements set out in Chapter 14A of the Listing Rules, have been disclosed under the section "Connected Transactions" in the directors' report of this annual report.

(ii)   The related party is the brother-in-law of Mr. Jay Chun, an Executive Director.

(iii)   The related party is the spouse of Mr. Jay Chun, and an Executive Director. The transactions were charged at pre-determined amounts agreed between the parties involved.

(iv)   The related party is a joint venture of the Group. The transactions were charged at pre-determined amounts agreed between the parties involved.

Key management personnel compensation represents the amounts paid to the directors of the Company, details of which are set out in note 10.

PARADISE 00033114
01787

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2019

### 40. FINANCIAL INFORMATION OF THE COMPANY

The financial information of the Company as at 31 December 2019 and 31 December 2018 is as follows:

| | 2019 HK$'000 | 2018 HK$'000 |
|---|---:|---:|
| **Non-current asset** | | |
| Interests in subsidiaries | 543,099 | 575,401 |
| | | |
| **Current assets** | | |
| Prepayment and deposits | 363 | 383 |
| Bank balances and cash | 184 | 136 |
| | | |
| | 547 | 519 |
| | | |
| **Current liabilities** | | |
| Other payables | 2,502 | 2,278 |
| Amounts due to directors | 198 | 378 |
| | | |
| | 2,700 | 2,656 |
| | | |
| **Net current liabilities** | (2,153) | (2,137) |
| | | |
| **Net assets** | 540,946 | 573,264 |
| | | |
| **Capital and reserves** | | |
| Share capital | 1,052 | 1,052 |
| Reserves | 539,894 | 572,212 |
| | | |
| | 540,946 | 573,264 |

PARADISE 00033115
01788

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2019

### 40. FINANCIAL INFORMATION OF THE COMPANY (Continued)

Movement in reserves:

| | Contributed surplus HK$'000 (note) | Accumulated losses HK$'000 | Total HK$'000 |
|---|---:|---:|---:|
| At 1 January 2018 | 1,068,388 | (491,006) | 577,382 |
| Loss and total comprehensive expense for the year | — | (5,170) | (5,170) |
| At 31 December 2018 | 1,068,388 | (496,176) | 572,212 |
| Loss and total comprehensive expense for the year | — | (6,013) | (6,013) |
| Dividend paid (note 12) | (26,305) | — | (26,305) |
| At 31 December 2019 | 1,042,083 | (502,189) | 539,894 |

Note:   The contributed surplus represents the aggregate of: (i) the difference between the nominal amount of the share capital issued by the Company and the aggregate of the nominal amounts of the issued share capital and the share premium of LifeTec (Holdings) Limited, the subsidiary which was acquired by the Company pursuant to the group reorganisation in 1996; (ii) the effects of the capital reduction, share premium cancellation and elimination to accumulated losses took place in 1999 and 2013; (iii) the effect of the reduction of share premium took place in 2017; and (iv) the effect of dividend for the year ended 31 December 2018 paid in 2019.

PARADISE 00033116
01789

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

### 41. EVENTS AFTER REPORTING PERIOD

Due to an outbreak of a respiratory illness caused by a novel coronavirus, on 4 February 2020, as part of the measures to curb the spread of the coronavirus disease in Macau, the Macau government announced the suspension of operations of all casinos in Macau for at least 15 days from 5 February 2020. Operations at Casino Kam Pek Paradise were suspended on 5 February 2020 and were resumed on 20 February 2020 while operations at Casino Waldo were suspended on 5 February 2020 and were resumed on 24 February 2020. The duration and intensity of this global health emergency and related disruptions is uncertain, including potential broader impacts outside of the Mainland China if travel and visitation continues to be restricted and there is a resulting decline in Chinese tourist spending in Macau. Given the dynamic nature of these circumstances, the related impact on the Group's operating segments in Macau and our consolidated results of operations, cash flows and financial condition will be material but cannot be reasonably estimated at this time.

The service contract for the Group's provision of casino management services in Casino Waldo expired on 29 February 2020 ("Date of Expiry"). The Group did not request for renewal or extension of the service contract and accordingly, the Group has ceased to provide casino management services in Casino Waldo since 1 March 2020. Up to the date of approval of the Group's consolidated financial statements for the year ended 31 December 2019, the Group is in the progress of finalisation of the accounts relating to the provision of casino management services in the casino drawn up to the Date of Expiry and also in the progress of negotiation with relevant parties for confirming and agreeing the treatment and related consideration of, and other handover matters for the gaming machines, equipment, systems and other assets which were placed by the Group in the casino. As such, financial impact arising from Group's cessation of provision of casino management services in Casino Waldo on the Group's results, cash flows and financial condition could not be reasonably estimated at this time.

Other than as disclosed above, there is no other event after the reporting period which is required to be disclosed.

PARADISE 00033117
01790

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

## 42. PARTICULARS OF SUBSIDIARIES

### (a) General information of subsidiaries

Particulars of the principal subsidiaries of the Company as at 31 December 2019 and 31 December 2018 are as follows:

| Name of subsidiary | Place of incorporation/ operation | Nominal value of issued ordinary share/registered capital | Class of share | The Group's attributable equity interest 2019 % | 2018 % | Principal activities |
|---|---|---|---|---|---|---|
| Century Force Limited | Macau/Macau | MOP25,000 | Ordinary | 100 | 100 | Properties holding |
| Fairy Host Limited | BVI/Macau | US$1 | Ordinary | 82 | 82 | Investment holding |
| Fresh Idea Global Limited | BVI/Hong Kong | US$1 | Ordinary | 100 | 100 | Investment holding |
| Grand Step Limited | Macau/Macau | MOP25,000 | Ordinary | 100 | 100 | Properties holding |
| LifeTec (Holdings) Limited | BVI/Hong Kong | HK$141,176 | Ordinary | 100 | 100 | Investment holding |
| LifeTec Enterprise Limited | Hong Kong/ Hong Kong | HK$100 | Ordinary | 100 | 100 | Provision of management and consulting service |
| LT (Macau) Limited | Macau/Macau | MOP1,000,000 | Ordinary | 100 | 100 | Provision of casino management services and operation of electronic gaming equipment and systems |
| LT Capital Limited | BVI/Hong Kong | US$1 | Ordinary | 100 | 100 | Investment holding |
| LT Digital Technology Limited | BVI/Macau | US$1 | Ordinary | 100 | 100 | Investment holding |
| LT Game (Canada) Limited | Incorporated in Canada and continued in U.S./ U.S. | CAD100 | Ordinary | 100 | 100 | Market development |
| LT Game Australia PTY Limited | Australia/Australia | AUD100 | Registered capital | 100 | 100 | Market development |
| LT Game Limited | BVI/Macau | US$5,000 | Ordinary | 82 | 82 | Development, sale and leasing of electronic gaming equipment and systems |
| LT Harvest Limited | Macau/Macau | MOP25,000 | Ordinary | 100 | 100 | Provision of management services |
| LT View Limited | BVI/Hong Kong | US$1 | Ordinary | 100 | 100 | Provision of management services |
| Natural Noble Limited | BVI/Macau | US$1 | Ordinary | 100 | 100 | Investment holding |
| New Wahdo Customer Service Limited | Macau/Macau | MOP25,000 | Ordinary | 100 | 100 | Provision of management services |
| Paradise Digital Technology (Shenzhen) Limited (note i) | PRC/PRC | RMB7,566,480 | Registered capital | 100 | N/A | Technology and software development |
| Rich Yield Limited | Macau/Macau | MOP25,000 | Ordinary | 100 | 100 | Investment holding |
| Shenzhen Caijing Software Technology Co., Ltd. (note i) | PRC/PRC | RMB500,000 | Registered capital | 100 | 100 | Software development |
| Solution Champion Limited | BVI/Hong Kong | US$1 | Ordinary | 100 | 100 | Investment holding |
| Streetsteel Limited | Macau/Macau | MOP25,000 | Ordinary | 100 | 100 | Investment holding |
| Tech (Macau) Limited | Macau/Macau | MOP3,000,000 | Ordinary | 82 | 82 | Sale and leasing of electronic gaming equipment and systems |
| Zhuhai Caijing Software Technology Co., Ltd. (note i) | PRC/PRC | RMB6,800,000 | Registered capital | 100 | 100 | Software development |

PARADISE 00033118
01791

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

### 42. PARTICULARS OF SUBSIDIARIES (Continued)

#### (a) General information of subsidiaries (Continued)

Notes:

(i)   The subsidiaries established in the PRC are wholly-owned foreign enterprises.

(ii)  Other than LifeTec (Holdings) Limited, which is held directly by the Company, all the other subsidiaries are held indirectly by the Company.

None of the subsidiaries had any debt securities outstanding at the end of both reporting periods.

The above table lists the subsidiaries of the Company which, in the opinion of the directors of the Company, principally affect the results or assets of the Group. To give details of other subsidiaries would, in the opinion of the directors of the Company, result in particulars of excessive length.

#### (b) Details of non-wholly owned subsidiaries that have material non-controlling interests

The table below shows details of non-wholly owned subsidiaries of the Company that have material non-controlling interests:

| Name of subsidiary | Place of incorporation/ principal place of business | Proportion of ownership interests and voting rights held by non-controlling interests | | Total comprehensive income (expense) allocated to non-controlling interests | | Accumulated non-controlling interests | |
|---|---|---|---|---|---|---|---|
| | | 2019 | 2018 | 2019 HK$'000 | 2018 HK$'000 | 2019 HK$'000 | 2018 HK$'000 |
| LT Game Limited and its subsidiaries | BVI/Macau | 18% | 18% | 6,155 | (5,187) | 52,103 | 45,948 |
| Individually immaterial subsidiaries with non-controlling interests | | | | | | (234) | (145) |
| | | | | | | 51,869 | 45,803 |

PARADISE 00033119

01792

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2019

## 42. PARTICULARS OF SUBSIDIARIES (Continued)

### (b) Details of non-wholly owned subsidiaries that have material non-controlling interests (Continued)

LT Game Limited and its subsidiaries

|  | 2019 HK$'000 | 2018 HK$'000 |
|---|---|---|
| Current assets | 277,911 | 292,164 |
| Non-current assets | 33,767 | 28,426 |
| Current liabilities | 21,680 | 65,323 |
| Non-current liabilities | 540 | — |
| Equity attributable to owners of the Company | 237,355 | 209,319 |
| Non-controlling interests of LT Game Limited | 52,103 | 45,948 |
| Revenue | 176,001 | 112,269 |
| Expenses, other gains and losses | 121,850 | 139,789 |
| Profit (loss) for the year | 54,151 | (27,520) |
| Profit (loss) for the year attributable to: | | |
| Owners of the Company | 44,404 | (22,567) |
| Non-controlling interests of LT Game Limited | 9,747 | (4,953) |
|  | 54,151 | (27,520) |
| Other comprehensive income (expense) for the year attributable to: | | |
| Owners of the Company | 33 | (1,064) |
| Non-controlling interests of LT Game Limited | 7 | (234) |
|  | 40 | (1,298) |
| Total comprehensive income (expense) for the year attributable to: | | |
| Owners of the Company | 44,437 | (23,631) |
| Non-controlling interests of LT Game Limited | 9,754 | (5,187) |
|  | 54,191 | (28,818) |
| Net cash from (used in) operating activities | 32,154 | (3,561) |
| Net cash (used in) from investing activities | (78,058) | 32,003 |
| Net cash used in financing activities | (508) | (733) |
| Net cash (outflow) inflow | (46,412) | 27,709 |

PARADISE 00033120
01793

# Financial Summary

For the year ended 31 December 2019

A summary of the audited consolidated results and assets and liabilities of the Group for the past five financial years is set out below:

## RESULTS

| | Year ended 31 December | | | | |
| | 2019 | 2018 | 2017 | 2016 | 2015 |
| | HK$'000 | HK$'000 | HK$'000 | HK$'000 | HK$'000 |
|---|---|---|---|---|---|
| Revenue | 1,181,754 | 1,164,207 | 1,011,844 | 1,163,347 | 1,092,078 |
| | | | | | |
| Profit (loss) before taxation | 6,002 | 53,560 | (46,772) | (351,748) | (148,573) |
| Taxation credit (charge) | 4,558 | (403) | (680) | (3,394) | (340) |
| | | | | | |
| Profit (loss) for the year | 10,560 | 53,157 | (47,452) | (355,142) | (148,913) |
| | | | | | |
| Profit (loss) for the year attributable to: | | | | | |
| Owners of the Company | 926 | 58,224 | (30,698) | (380,380) | (165,192) |
| Non-controlling interests | 9,634 | (5,067) | (16,754) | 25,238 | 16,279 |
| | | | | | |
| | 10,560 | 53,157 | (47,452) | (355,142) | (148,913) |

## ASSETS AND LIABILITIES

| | At 31 December | | | | |
| | 2019 | 2018 | 2017 | 2016 | 2015 |
| | HK$'000 | HK$'000 | HK$'000 | HK$'000 | HK$'000 |
|---|---|---|---|---|---|
| Total assets | 909,231 | 883,373 | 741,478 | 915,514 | 1,276,544 |
| Total liabilities | (300,747) | (254,655) | (163,723) | (292,745) | (299,980) |
| | | | | | |
| | 608,484 | 628,718 | 577,755 | 622,769 | 976,564 |
| | | | | | |
| Total equity attributable to: | | | | | |
| Owners of the Company | 556,615 | 582,915 | 526,651 | 555,199 | 934,234 |
| Non-controlling interests | 51,869 | 45,803 | 51,104 | 67,570 | 42,330 |
| | | | | | |
| | 608,484 | 628,718 | 577,755 | 622,769 | 976,564 |

PARADISE 00033121
01794

Definition

The following expressions shall, unless the content otherwise states, have the following meanings:

| | |
|---|---|
| "2020 AGM" | the forthcoming annual general meeting of the Company to be held on 21 May 2020 |
| "5G" | 5th generation mobile networks |
| "Adjusted EBITDA" | the Group's profit or loss for the year before interest income, finance costs, taxation credit or charge, depreciation of property, plant and equipment, depreciation of right-of-use assets, amortisation of intangible assets, gain or loss on disposal of property, plant and equipment, and costs incurred or associated with corporate exercises or potential projects, where applicable |
| "AI" | Artificial intelligence |
| "Audit Committee" | the audit committee of the Company |
| "Board" | the board of Directors |
| "CG Code" | the Corporate Governance Code contained in Appendix 14 to the Listing Rules |
| "Company" | Paradise Entertainment Limited, a company incorporated in Bermuda with limited liability, the issued Shares of which are listed on the Main Board of the Stock Exchange |
| "DETG" | Dealer-operated Electronic Table Game |
| "DICJ" | Direcção de Inspecção e Coordenação de Jogos, the Gaming Inspection and Coordination Bureau in Macau |
| "Director(s)" | the director(s) of the Company |
| "ESG" | environmental, social and governance |
| "ETG" | electronic table game |
| "Galaxy" | Galaxy Casino, S.A., one of the three concessionaires for operation of casinos in Macau |
| "GGR" | gross gaming revenue, being total net win generated by all casino gaming activities combined, calculated before deduction of commissions and other expenses, if any |
| "Group" | the Company and its subsidiaries |
| "HK$" | Hong Kong dollars, the lawful currency of Hong Kong |
| "Hong Kong" | the Hong Kong Special Administrative Region of the PRC |
| "IGT" | a Nevada corporation and a subsidiary of International Game Technology PLC, which is listed on the New York Stock Exchange under the trading symbol "IGT" |

PARADISE 00033122
01795

## Definition (Continued)

| | |
|---|---|
| "Listing Rules" | the Rules Governing the Listing of Securities on the Stock Exchange |
| "LMG" | live multi game |
| "LT Game" | LT Game Limited, a company established in the British Virgin Islands with limited liability, an indirect 82%-owned subsidiary of the Company |
| "Macao" or "Macau" | the Macao Special Administrative Region of the PRC |
| "Model Code" | the Model Code for Securities Transaction by Directors of Listed Issuers contained in Appendix 10 to the Listing Rules |
| "MOP" | Macau Pataca, the lawful currency of Macau |
| "Nomination Committee" | the nomination committee of the Company |
| "PRC" | the People's Republic of China |
| "Remuneration Committee" | the remuneration committee of the Company |
| "RMB" | Renminbi, the lawful currency of the PRC |
| "SFO" | the Securities and Futures Ordinance, Chapter 571 of the Laws of Hong Kong |
| "Share(s)" | ordinary share(s) of HK$0.001 each in the share capital of the Company |
| "Share Award Scheme" | the share award scheme of the Company adopted by the Company on 11 November 2019 |
| "Share Option Scheme" | the share option scheme of the Company adopted by the Company at the annual general meeting held on 25 May 2017 |
| "Shareholder(s)" | holder(s) of the Shares |
| "SJM" | Sociedade de Jogos de Macau, S.A., one of the three concessionaires for operation of casinos in Macau |
| "Stock Exchange" | The Stock Exchange of Hong Kong Limited |
| "Technical Standards" | DETG Technical Standards Version 1.0 published by the DICJ |
| "U.S." | the United States of America |
| "US$" | the United States dollars, the lawful currency of the U.S. |
| "%" | per cent |

PARADISE 00033123
01796

# Exhibit B-55

# PARADISE 00033167 - PARADISE 00033311

# 2020 Annual Report

01797



**PARADISE ENTERTAINMENT LIMITED**
滙 彩 控 股 有 限 公 司 *
*(Incorporated in Bermuda with limited liability)*
(Stock Code : 1180)

# ANNUAL REPORT 2020

PARADISE 00033167

01798

# Contents

|  | PAGE |
|---|---|
| Corporate Information | 2 |
| Corporate Profile | 4 |
| Chairman's Statement | 5 |
| Management Discussion and Analysis | 8 |
| Profile of Directors and Senior Management | 19 |
| Directors' Report | 22 |
| Corporate Governance Report | 35 |
| Environmental, Social and Governance Report | 51 |
| Independent Auditor's Report | 62 |
| Consolidated Statement of Profit or Loss | 67 |
| Consolidated Statement of Profit or Loss and Other Comprehensive Income | 68 |
| Consolidated Statement of Financial Position | 69 |
| Consolidated Statement of Changes in Equity | 71 |
| Consolidated Statement of Cash Flows | 72 |
| Notes to the Consolidated Financial Statements | 74 |
| Financial Summary | 142 |
| Definitions | 143 |

PARADISE 00033168
01799



# Corporate Information

**PLACE OF INCORPORATION**

Bermuda

**BOARD OF DIRECTORS**

**Executive Directors**

Mr. Jay CHUN, Chairman and Managing Director
  *(also alternate Director to Mr. SHAN Shiyong, alias, SIN Sai Yung)*
Mr. SHAN Shiyong, alias, SIN Sai Yung
Mr. HU Liming

**Independent Non-Executive Directors**

Mr. LI John Zongyang
Mr. Kai-Shing TAO
Ms. TANG Kiu Sam Alice

**AUDIT COMMITTEE**

Mr. LI John Zongyang *(Chairman)*
Mr. Kai-Shing TAO
Ms. TANG Kiu Sam Alice

**REMUNERATION COMMITTEE**

Mr. LI John Zongyang *(Chairman)*
Mr. Jay CHUN
Ms. TANG Kiu Sam Alice

**NOMINATION COMMITTEE**

Mr. Jay CHUN *(Chairman)*
Mr. LI John Zongyang
Ms. TANG Kiu Sam Alice

**AUTHORISED REPRESENTATIVES**

Mr. Jay CHUN
Mr. CHAN Kin Man

**COMPANY SECRETARY**

Mr. CHAN Kin Man

**REGISTERED OFFICE**

Clarendon House
2 Church Street
Hamilton HM 11
Bermuda

**HEAD OFFICE AND PRINCIPAL PLACE OF BUSINESS**

Unit C, 19th Floor, Entertainment Building
30 Queen's Road Central
Hong Kong

**BERMUDA PRINCIPAL SHARE REGISTRAR**

MUFG Fund Services (Bermuda) Limited
4th Floor North
Cedar House
41 Cedar Avenue
Hamilton HM 12
Bermuda

**HONG KONG BRANCH SHARE REGISTRAR**

Tricor Secretaries Limited
Level 54, Hopewell Centre
183 Queen's Road East
Hong Kong

**HONG KONG LEGAL ADVISORS**

H. M. Chan & Co in association with Taylor Wessing

**INDEPENDENT AUDITOR**

Deloitte Touche Tohmatsu
*Certified Public Accountants*
Registered Public Interest Entity Auditor
35/F, One Pacific Place
88 Queensway
Hong Kong



Paradise Entertainment Limited    Annual Report 2020

PARADISE 00033169

01800

## Corporate Information (Continued)

### PRINCIPAL BANKERS

Bank of China Limited, Macau Branch
Bank of China (Hong Kong) Limited
Industrial and Commercial Bank of China (Macau) Limited
Industrial and Commercial Bank of China (Asia) Limited
Banco Well Link, S.A.
Luso International Banking Limited
Tai Fung Bank Limited
Hang Seng Bank Limited
Dah Sing Bank, Limited

### LISTING INFORMATION

**Place of Listing**

Main Board of the Stock Exchange

**Stock Code**

1180

**Board Lot Size**

4,000 Shares

### INVESTOR RELATIONS

Tel:     (852) 2620 5303
Fax:     (852) 2620 6000
Email:   paradise.ir@hk1180.com

### WEBSITE

www.hk1180.com

### KEY DATES

Annual results announcement:          25 March 2021
Book close dates for 2021 AGM:        17 to 21 May 2021 (both days inclusive)
2021 AGM:                             21 May 2021

### CORPORATE COMMUNICATIONS

This annual report (both English and Chinese versions) is now available in printed form or on the websites of the Stock Exchange and the Company at "www.hkexnews.hk" and "www.hk1180.com", respectively.

PARADISE 00033170
01801

# Corporate Profile

The Company was incorporated in Bermuda on 3 December 1996 with its Shares listed on the Main Board of the Stock Exchange since 20 January 1997.

The Company is the holding company of a diverse group of companies that are embracing synergies of two principal business segments, namely, provision of casino management services (operating under its trade name or brand "LT Macau"); and the development, sale and leasing of electronic gaming equipment and systems (operating under its trade name or brand "LT Game"). Such synergies provide the Group a unique and privileged position in the Macau and overseas gaming markets.

Since 2007, LT Macau has positioned itself as a casino management service provider focusing on mass market patrons for satellite casinos in Macau upon the commencement of Group's service contract with SJM for the provision of casino management services in Casino Kam Pek Paradise. In 2014, the Group entered into another service contract for provision of casino management services in Casino Waldo, a satellite casino of Galaxy in Macau, which expired on 29 February 2020 after the Group had determined not to seek renewal or extension of the service contract. LT Macau sets itself apart from its peers by offering patrons affordable minimum bets which attract a large, diverse and loyal patron base, and achieves a notable edge by leveraging technology to lower its operational costs and increase game efficiency and productivity.

LT Game envisions to take on a leadership role to be one of the worldwide leading gaming equipment and systems suppliers for the development of table game automation and innovative technologies that improve game efficiency and optimise operations with a view of bringing patrons an experience of the perfect harmony of high technology and gaming. LT Game's first and core flagship product is the patented LMG system which has seen tremendous demand from Macau and overseas casino operators. The Group is the investor, patent owner and sole provider of LMG terminals and dominates the ETG market in Macau. In addition to the LMG system, LT Game has been investing in developing slot machines and other ETG machines. LT Game has started to launch these self-developed machines in local Macau, North American, and other overseas markets successfully, and shall progressively launch more new machines for the expansion of overseas as well as local Macau markets. Other high-tech gaming related products include cutting-edge technologies such as automatic intelligent robots, face recognition systems and a variety of new types of AI devices and game management systems. LT Game has missions to provide comprehensive solutions in response to the development needs in the future and become a leader in the global gaming equipment market. The Group shall continue to place investments on innovation and development of electronic gaming equipment and system.

In addition to gaming business and in recent years, the Group (operating under its trade name or brand "MedicTec") has invested increasingly in research and development on high-tech healthcare innovative products seeking to integrate accuracy with advanced technologies of AI for the betterment of daily management of health conditions. The Group has successfully developed and launched smart wear products which use AI to collect, track and monitor real time health data and information such that users can manage their health conditions more efficiently for better quality of life. Whilst MedicTec is advancing towards a world-class personal real-time sports health data management companion for its users, the Group is committed to providing end customers with high-quality one-stop service on smart health, smart sports, smart home and wireless communication product integration solutions.

PARADISE 00033171
01802





**Jay Chun**
*Chairman and Managing Director*

The year under review marked a particularly challenging and difficult time for the global economy. The swift and massive shock of the Covid-19 pandemic and shutdown measures to contain it have plunged the global economy into a severe contraction, affecting almost every walk of life and business sectors across both advanced and developing economies. Common adverse impacts include abrupt increase in unemployment, steep decline in consumer confidence and spending, and severe disruption of trade and supply chains. I wish to extend my warm regards to the individuals and families who suffered from and were affected by this global pandemic, and my sincere gratitude to all who have committed to fight adamantly against the pandemic, in particular the medical frontiers and professionals and the scientists searching tirelessly for the development of Covid-19 vaccines.

The blow has been hitting hard in Macau which places heavy reliance on tourism and the gaming industry. The pandemic and widespread lockdowns have weakened the demand for gaming in Macau. Specifically, mandatory control measures such as cross-border travel restrictions, compulsory quarantine for inbound travellers, and business closures have adversely affected Macau and its casinos, which are highly reliant on tourists particularly the PRC visitors and their frequent patronage. In addition, the operational capacity for Macau casinos has been halved to meet the social distancing guidelines. According to the statistical information published by DICJ, Macau's total GGR for the year ended 31 December 2020 declined by 79.3% from MOP292.4 billion to MOP60.4 billion when compared to the year ended 31 December 2019. Arrivals in Macau tumbled 85.0% from about 39.4 million for the year ended 31 December 2019 to 5.9 million for the year ended 31 December 2020, leaving casinos in Macau devoid of customers. Unavoidably, the Group's results for the year ended 31 December 2020 have been severely affected.

PARADISE 00033172

01803



## Chairman's Statement (Continued)

Notwithstanding the foregoing, Macau government's decisive responses to this public health crisis have won a tempest of applause in the region. This relative success in containing Covid-19 could be attributed to the government's early interventions and ongoing community vigilance. In particular, the Macau government has been making necessary decisions and adjustments on a timely basis in view of the latest Covid-19 developments.

The pandemic has swept the globe and most casinos, especially those in the U.S. and other Southeast Asian countries, let alone Macau, which were also shut down for certain periods in 2020. This has inevitably affected the deployment plan of our self-developed slot machines in these markets. Faced with the shock of Covid-19 pandemic brought to the business, the Group has likewise adjusted the operating strategy swiftly during the period under review. To further attenuate the adverse effects as a result of the pandemic, the Group has implemented various measures and policies of broadening the sources of income, as well as on cost control in multiple aspects, including reducing marketing and promotional expenses of the casinos under the Group's management, applying to landlords for rent reductions, and introducing family care leaves to employees, etc. The Group's decision of not renewing the casino management services contract in Casino Waldo after its expiry on 29 February 2020 has proved itself on the right move for cost control programme. As for the U.S. market, we have successfully adopted flexible and tailor-made approach to cater for individual clients strategically and received warm applause.

Additionally, the distinctive features of our flagship product, the LMG machines, fit well and are in harmony with the specific measures and requirements imposed by DICJ, such as keeping a safe distance between gaming tables, and between gaming machines. The beauty of the LMG machines is that they offer greater flexibilities to provide a more private, comfortable and spacious gaming environment for individual gaming patrons than what traditional gaming tables could provide. Total GGR of LMG machines at Casino Kam Pek Paradise as a percentage of total GGR of the casino increased from 42.1% for the year ended 31 December 2019 to 54.7% for the year ended 31 December 2020. This not only echoed the Group's belief that attainment of technology and innovation shall be a key driving force to capture the rebound of the economies in good time, but also encouraged the Group when designing and developing gaming products, the objectives should not offer gaming satisfaction to patrons solely, but should also highlight the importance of facilitating and prompting public health awareness on casino management strategy as a whole.

In recent years, the Group has been investing increasingly on research and development on AI and other related high-tech products in areas of education, sports and living etc. which shall enable us to take advantage of the recovery of sustainable growth when the prevailing health issues have been addressed. The launch of the Group's product "MedicTec AI Watch Catcher" in major electric platform channels in the PRC marked an important milestone for the Group. This high-tech watch captures innovative technology with AI algorithm with auto-recognition function of multiple sports and big data analysis capabilities, as well as a thermometer and other measurement counters on the waist measuring body temperature, heart rate, calorie burn, blood pressure, blood oxygen level in real time, enabling the users to monitor their 24-hour health conditions and abnormalities, backtrack long-term health and process data, and generate personal health and exercise reports and curves. These high-tech products enhance human's quality of life significantly in areas in education, sports and living etc. and are highly acclaimed by sports lovers and users in general. We have confidence that these high-tech products will generate fresh revenue streams for the Group in the years to come.

PARADISE 00033173

01804

## Chairman's Statement (Continued)

Looking ahead, it is generally expected that the economy in Macau, which is largely driven by tourism, and accordingly the gaming industry, as well as hotel, restaurant and other non-gaming activities that depend on tourism, will still continue to be adversely affected by Covid-19 for a certain period in the near future. However, as travel restrictions to Macau are being gradually lifted, visitation and spending will respond positively to such lifting.

Last but not the least, I would like to extend my gratitude again to all government officials and medical personnel in the Mainland, Macau, Hong Kong and elsewhere affected by this pandemic for combating the virus around the world. I would also like to thank my fellow Board members, our Shareholders, employees, customers and business partners for their unwavering support over the years, without which we would not be able to stand at where we are today, in particular during this difficult period in time of the pandemic. We are confident that the Group and each of the stakeholders in which we team up with will emerge from this pandemic with optimism in the future.

**Jay Chun**
*Chairman and Managing Director*

Hong Kong, 25 March 2021

PARADISE 00033174

01805

# Management Discussion and Analysis

## BUSINESS OVERVIEW

2020 is undoubtedly an extraordinary year. Since the outbreak of Covid-19 in early 2020, the pandemic has hit hard on the economies of Macau, Hong Kong and nearby regions as well as the global economy. This unprecedent pandemic has created worldwide global health crises and severely undermined the customers' confidence and patterns on purchase on many vulnerable businesses including gaming.

As part of the measures to contain the spread of Covid-19 in Macau, the Macau government announced the suspension of operations of all casinos in Macau for at least 15 days from 5 February 2020. Operations in Casino Kam Pek Paradise were suspended on 5 February 2020 and resumed on 20 February 2020 while operations in Casino Waldo were suspended on 5 February 2020 and resumed on 24 February 2020. Moreover, the Macau government has adopted a series of restrictions and quarantine requirement policies to prohibit or significantly reduce non-local citizens from entering into Macau. According to the statistical information published by DICJ, Macau's total GGR for the year ended 31 December 2020 declined by 79.3% from MOP292.4 billion to MOP60.4 billion when compared to the year ended 31 December 2019. Arrivals in Macau tumbled 85.0% from about 39.4 million for the year ended 31 December 2019 to 5.9 million for the year ended 31 December 2020, leaving casinos in Macau devoid of customers. It is reasonable to expect that the social and economic activities would not be able to resume to normal within a short period of time, and the requisite time for the full economic recovery of Macau and the world would remain to be seen.

The contract for the Group's provision of casino management services in Casino Waldo expired on 29 February 2020. Having considered a number of factors thoroughly, in particular, (i) the capital injection requirement on additional monitoring system and equipment to Casino Waldo for the compliance of the new regulatory requirements which would not be recovered before the end of the existing gaming concession according to our analysis; (ii) the relatively high operating costs of the casino; and (iii) also the adverse impact from the outbreak of Covid-19, the Group ultimately decided not to request for renewal or extension of the contract. Accordingly, our provision of casino management services in Casino Waldo terminated since 1 March 2020.

During the year under review, the Group has undertaken a detailed review to identify its strengths in facing this pandemic and explored other businesses in this connection for such attainments. During the extraordinary time, for instance, the Group has made use of its extensive network in the PRC to provide procurement services for overseas customers which has made positive contribution to the Group's results for the year.





PARADISE 00033175

01806

## Management Discussion and Analysis (Continued)

### FINANCIAL REVIEW

#### Overview of Results

Total reported revenue of the Group for the year ended 31 December 2020 was HK$351.7 million, representing a decrease of 70.2% over that of HK$1,181.8 million for the year ended 31 December 2019. The decrease was mainly attributable to a decrease in revenue from provision of casino management services as a result of the outbreak of Covid-19 since early 2020 and the cessation of our provision of casino management services in Casino Waldo since 1 March 2020, and from sale of electronic gaming equipment and systems.

An analysis of the reported revenue by properties/nature is as follows:

|  | 2020<br>HK$ million | 2019<br>HK$ million |
|---|---:|---:|
| Casinos under the Group's management: |  |  |
| Casino Kam Pek Paradise | 303.1 | 692.7 |
| Casino Waldo | 23.3 | 311.5 |
|  | 326.4 | 1,004.2 |
| Electronic gaming equipment and systems: |  |  |
| Sale of electronic gaming equipment and systems | 20.9 | 169.9 |
| Leasing of electronic gaming equipment and systems* | 3.1 | 5.2 |
| Royalty income from IGT | 1.3 | 2.5 |
|  | 25.3 | 177.6 |
| Total reported revenue | 351.7 | 1,181.8 |

\*   Leasing revenue for the year ended 31 December 2020 did not include the intercompany revenue derived from the LMG terminals deployed at the casinos under the Group's management amounting to HK$70.1 million (2019: HK$149.0 million) which was included in the reported revenue of respective casinos under the Group's management in the above table.



PARADISE 00033176

01807



## Management Discussion and Analysis (Continued)

Adjusted EBITDA for the year ended 31 December 2020 was a loss of HK$101.1 million, as compared to the Adjusted EBITDA of HK$87.0 million for the year ended 31 December 2019. The following table reconciles (loss) profit for the year to Adjusted EBITDA:

|  | 2020 HK$ million | 2019 HK$ million |
|---|---|---|
| (Loss) profit for the year | (192.1) | 10.6 |
| Adjustments for: |  |  |
| Interest income | (1.8) | (5.1) |
| Finance costs | 4.0 | 3.4 |
| Taxation charge (credit) | 2.4 | (4.5) |
| Depreciation of property, plant and equipment | 46.3 | 59.4 |
| Impairment loss in respect of property, plant and equipment | 5.0 | — |
| Loss on disposal/write-off of property, plant and equipment | 9.7 | — |
| Depreciation of right-of-use assets | 13.3 | 11.1 |
| Amortisation of intangible assets | 12.1 | 12.1 |
| Adjusted EBITDA | (101.1) | 87.0 |

An analysis of Adjusted EBITDA by properties/nature is as follows:

|  | 2020 HK$ million | 2019 HK$ million |
|---|---|---|
| Casinos under the Group's management: |  |  |
| Casino Kam Pek Paradise | (42.7) | 141.5 |
| Casino Waldo | (17.8) | (27.5) |
|  | (60.5) | 114.0 |
| Electronic gaming equipment and systems: |  |  |
| Sale of electronic gaming equipment and systems | (11.2) | 88.1 |
| Leasing of electronic gaming equipment and systems | 2.3 | 3.3 |
| Research and development and other costs | (64.0) | (88.5) |
| Royalty income from IGT | 1.3 | 2.5 |
|  | (71.6) | 5.4 |
| Others | 31.0 | (32.4) |
| Adjusted EBITDA | (101.1) | 87.0 |

PARADISE 00033177

01808

## Management Discussion and Analysis (Continued)



Adjusted EBITDA from casinos under the Group's management segment for the year ended 31 December 2020 was a loss of HK$60.5 million, as compared to Adjusted EBITDA of HK$114.0 million for the year ended 31 December 2019. The change was mainly due to the decrease in GGR generated by Casino Kam Pek Paradise (for the year ended 31 December 2020) and Casino Waldo (for the period from 1 January 2020 to 29 February 2020) when compared to those generated for the year ended 31 December 2019. Operations in Casino Kam Pek Paradise were suspended on 5 February 2020 and resumed on 20 February 2020 while operations in Casino Waldo were suspended on 5 February 2020 and resumed on 24 February 2020. Moreover, during the year under review, the Macau government has also adopted certain policies to contain the spread of Covid-19 in Macau including limiting the numbers of gaming tables, ETG machines and slot machines in operation in casinos, quarantine requirements or proof of negative test result for Covid-19 for all travellers entering into Macau, etc. In addition, the Group ceased to provide casino management services in Casino Waldo since 1 March 2020. All these have caused decrease in GGR generated by the casinos under the Group's management and hence affected the Group's business of provision of casino management services for the year under review.



Adjusted EBITDA from the electronic gaming equipment and systems segment for the year ended 31 December 2020 was a loss of HK$71.6 million, as compared to Adjusted EBITDA of HK$5.4 million for the year ended 31 December 2019. The change was mainly caused by the decrease in sale of electronic gaming equipment and systems for the year ended 31 December 2020 when compared to the year ended 31 December 2019. Albeit the tough business environment, the Group continued to invest in research and development and other costs on electronic gaming equipment and systems of HK$64.0 million for the year ended 31 December 2020 in order to prepare for increasing our competitive advantages and getting more market shares in the long run.

Adjusted EBITDA of other businesses in the above table comprised positive contribution of HK$53.9 million (2019: nil) from the Group's provision of procurement services for the year ended 31 December 2020 which was offset by net corporate and other expenses of the Group of HK$22.9 million (2019: HK$32.4 million).

The Group recorded a loss of HK$192.1 million for the year ended 31 December 2020, as compared to a profit of HK$10.6 million for the year ended 31 December 2019.

PARADISE 00033178
01809



# Management Discussion and Analysis (Continued)

## Provision of Casino Management Services

The following table sets out average numbers of gaming tables, LMG terminals and slot machines in operation for the provision of casino management services by the Group for the years ended 31 December 2020 and 31 December 2019:

| (Average no. of units) | 2020 Casino Kam Pek Paradise | 2020 Casino Waldo* | 2020 Total | 2019 Casino Kam Pek Paradise | 2019 Casino Waldo | 2019 Total |
|---|---|---|---|---|---|---|
| Traditional gaming tables | 28 | 17 | 45 | 39 | 25 | 64 |
| LMG gaming tables | 10 | 5 | 15 | 10 | 5 | 15 |
| LMG terminals | 537 | 320 | 857 | 996 | 432 | 1,428 |
| Slot machines | 77 | 101 | 178 | 189 | 167 | 356 |

\*    The numbers shown in the above table for Casino Waldo for the year ended 31 December 2020 were for the period from 1 January 2020 to 29 February 2020

As at 31 December 2020, the Group had a total of 49 gaming tables in Casino Kam Pek Paradise under the Group's management which were all in operation. As at 31 December 2019, the Group had a total of 49 and 30 gaming tables in Casino Kam Pek Paradise and Casino Waldo, respectively, which were all in operation.

The following table sets out certain key operational data of gaming tables, LMG terminals and slot machines deployed at the two casinos under the Group's management for the years ended 31 December 2020 and 31 December 2019:

| | | Casino Kam Pek Paradise 2020 | Casino Kam Pek Paradise 2019 | Casino Waldo* 2020 | Casino Waldo* 2019 |
|---|---|---|---|---|---|
| **Traditional gaming tables** | | | | | |
| GGR | (HK$ million) | 227.8 | 684.9 | 28.7 | 396.2 |
| Gaming tables | (Average no. of tables) | 28 | 39 | 17 | 25 |
| Net win/table/day | (HK$ thousand) | 22.2 | 48.1 | 28.1 | 43.4 |
| **LMG gaming tables** | | | | | |
| GGR | (HK$ million) | 304.3 | 534.7 | 14.3 | 142.6 |
| Terminals/gaming tables | (Average no. of terminals/tables) | 537/10 | 996/10 | 320/5 | 432/5 |
| Net win/terminal/day | (HK$) | 1,548 | 1,471 | 745 | 904 |
| Net win/table/day | (HK$ thousand) | 83.1 | 146.5 | 47.7 | 78.1 |
| **Total gaming tables** | | | | | |
| GGR | (HK$ million) | 532.1 | 1,219.6 | 43.0 | 538.8 |
| Gaming tables | (Average no. of tables) | 38 | 49 | 22 | 30 |
| Net win/table/day | (HK$ thousand) | 38.3 | 68.2 | 32.6 | 49.2 |
| **Slot machines** | | | | | |
| GGR | (HK$ million) | 24.5 | 50.6 | 0.4 | 8.3 |
| Slot machines | (Average no. of units) | 77 | 189 | 101 | 167 |
| Net win/unit/day | (HK$) | 869 | 733 | 66 | 136 |
| **Total GGR** | (HK$ million) | 556.6 | 1,270.2 | 43.4 | 547.1 |

\*    The numbers shown in the above table for Casino Waldo for the year ended 31 December 2020 were for the period from 1 January 2020 to 29 February 2020

PARADISE 00033179

01810

## Management Discussion and Analysis (Continued)

For the year ended 31 December 2020, total GGR generated by Casino Kam Pek Paradise amounted to HK$556.6 million, representing a decrease of 56.2% over that of HK$1,270.2 million for the year ended 31 December 2019. Total GGR generated by Casino Waldo for the period from 1 January 2020 to 29 February 2020 amounted to HK$43.4 million, as compared to the amount of HK$547.1 million for the year ended 31 December 2019.

Breakdown of the revenue attributable to the Group for the two casinos under the Group's management for the years ended 31 December 2020 and 31 December 2019 is as follows:

|  | 2020 HK$ million | 2019 HK$ million |
|---|---|---|
| Casino Kam Pek Paradise: |  |  |
| Traditional gaming tables | 125.3 | 376.7 |
| LMG gaming tables | 167.3 | 294.1 |
| Slot machines | 10.5 | 21.9 |
|  | 303.1 | 692.7 |
| Casino Waldo*: |  |  |
| Traditional gaming tables | 15.3 | 225.6 |
| LMG gaming tables | 7.8 | 81.2 |
| Slot machines | 0.2 | 4.7 |
|  | 23.3 | 311.5 |
|  | 326.4 | 1,004.2 |

\* The numbers shown in the above table for Casino Waldo for the year ended 31 December 2020 were for the period from 1 January 2020 to 29 February 2020

Total revenue attributable to the Group generated by the casinos under the Group's management for the year ended 31 December 2020 was HK$326.4 million, representing a decrease of 67.5% over that of HK$1,004.2 million for the year ended 31 December 2019. The decrease in total revenue was due to the decrease in revenue from Casino Kam Pek Paradise for the year ended 31 December 2020 when compared to that for the year ended 31 December 2019 and the Group's cessation of provision of casino management services in Casino Waldo since 1 March 2020.

### Development, Sale and Leasing of Electronic Gaming Equipment and Systems and Royalty Income from IGT

#### Sale of Electronic Gaming Equipment and Systems

For the year ended 31 December 2020, revenue from sale of electronic gaming equipment and systems amounted to HK$20.9 million, representing a decrease of 87.7% over that of HK$169.9 million for the year ended 31 December 2019. Revenue for the year ended 31 December 2020 comprised revenue derived in Macau of HK$19.3 million (mainly from the sale of 20 LMG terminals and the provision of upgrading services to 438 LMG terminals in Macau) and overseas of HK$1.6 million (mainly from the sale of 23 slot machines). Revenue for the year ended 31 December 2019 was derived mainly from sale of 799 LMG terminals and provision of upgrading services to 1,051 LMG terminals in Macau.

PARADISE 00033180
01811

## Management Discussion and Analysis (Continued)

### Leasing of Electronic Gaming Equipment and Systems

For the year ended 31 December 2020, revenue from leasing of electronic gaming equipment and systems amounted to HK$3.1 million, representing a decrease of 40.4% over that of HK$5.2 million for the year ended 31 December 2019. Revenue for the year ended 31 December 2020 comprised revenue derived from leasing of electronic gaming equipment and systems in Macau of HK$2.6 million (2019: HK$4.0 million) and overseas of HK$0.5 million (2019: HK$1.2 million).

### Royalty income from IGT

In April 2016, the Group entered into a strategic agreement with IGT whereby the Group has assigned and licensed certain patents and associated technology to IGT in return for a non-refundable upfront payment of US$12.95 million (approximately HK$101.0 million) and a 15-year earn-out payment for every related ETG machine deployed in the global market (other than Macau).

With reference to the royalty statements provided by IGT to the Group, the Group recognised royalty income of HK$1.3 million for the year ended 31 December 2020 (2019: HK$2.5 million). Up to 31 December 2020, the Group has accumulatively recognised a total royalty income of HK$9.4 million from IGT.



## IMPACT OF COVID-19 ON THE GROUP'S BUSINESS

The uncertainties over the global economy as a result of the Covid-19 pandemic have continued to intensify during the year under review and beyond. These factors continue to affect the overall strategy of the Group's businesses, and accordingly the operations as well as the financial performance. During the period under review, the Group has undertaken a detailed review to identify its strengths in facing this pandemic and explored other businesses in this connection for such attainments. So long as the Covid-19 pandemic situation continues to evolve, the Group will continuously evaluate the situation, where appropriate, make timely announcements on material business developments, in order to keep Shareholders and investors timely informed.

### Effect of the Covid-19 Pandemic on the Group's Operations

As part of the measures to contain the spread of the Covid-19 pandemic in Macau, the Macau government announced the suspension of operations of all casinos in Macau for at least 15 days from 5 February 2020. The Group's operations in Casino Kam Pek Paradise were suspended on 5 February 2020 and resumed on 20 February 2020 while operations in Casino Waldo were suspended on 5 February 2020 and resumed on 24 February 2020. Moreover, during the year under review, the Macau government has also adopted certain policies to contain the spread of Covid-19 in Macau including limiting the numbers of gaming tables, ETG machines and slot machines in operation in casinos, quarantine requirement or proof of negative test result for Covid-19 for all travellers entering into Macau. As a result, such policies and measures prohibited and significantly reduced non-local citizens from entering into Macau, and accordingly the patrons to the casinos under the Group's management.

The pandemic has swept the globe and most casinos, especially those in U.S., Macau and other Southeast Asian countries, which were also shut down for certain periods during the period under review. This has inevitably affected the deployment plan of our self-developed slot machines in these markets.

PARADISE 00033181

01812

## Management Discussion and Analysis (Continued)

### Assessment of Liquidity Position and Working Capital Sufficiency

Since the Group has always adopted a prudent financial management approach towards its financial and treasury policies, and despite the Covid-19 pandemic and during the year under review, the Group was on track with this approach to maintain a healthy liquidity position. The Board shall closely monitor the Group's liquidity position to ensure that the liquidity structure of the Group's assets, liabilities and other commitments can meet its funding requirements from time to time.

### Measures such as Cost Control, Funding and Adjustment to Business Plans to Manage the Impact of the Covid-19 Pandemic

To attenuate the adverse effects to the Group as a result of the pandemic, the Group has taken various measures on cost control to reduce costs, including reducing marketing and promotional expenses of the casinos under the Group's management, requesting and lobbying landlords to reduce rents, and introducing family care leaves to employees, etc. Strategically, the Group decided not to renew the casino management services contract in Casino Waldo after its expiry on 29 February 2020 which has proved itself on the right move for cost control programme. The Group will continue to monitor and review its operating cost level and implement further effective measures so as to keep the Group's competitiveness.

The Group has also made use of its extensive network in the PRC to provide procurement services for overseas customers which has made positive contribution to the Group's results for the year under review. The Group will continue to explore more business opportunities in this economically recessive period.

### PROSPECTS

2020 has been an exceptionally challenging and difficult time for all business sectors, and the gaming industry was no exception, as Covid-19 has impacted every sphere of life and has upended all economies including Macau, Hong Kong and nearby regions as well as the global economy, with travel, tourism, retail and gaming being some of the worst hit industries. The pandemic has brought not only the regional, but global travel and tourism industry almost to a standstill. Gaming markets in Macau and other major jurisdictions have been significantly disrupted as a result of Covid-19.



Nevertheless, the year of 2020 was a remarkable year for our electronic gaming equipment and systems segment in terms of deployment of new slot machines. Recently, our new "Jackpot Series" has just been approved for the Macau market, which contains a group of slot games that are straight-forward, simple and perfectly suited for high denomination areas with non-progressive, standalone progress and linked progressive options. The first two games of the series approved in Macau, namely "Jackpot Tornado" and "Jackpot Bonus", have received encouraging results in the North American markets and other games in the series are due out soon. Our another brand-new slot game, namely, "TEKKEN" series has also hit the market. Being a famous Japanese media franchise, TEKKEN centered on a series of fighting video and arcade games, which have been very popular with players over decades. The Group is dedicated to continuous innovation in the gaming equipment industry using top-notch and innovative technology to create more good gaming products that are primarily catered for mass market.

PARADISE 00033182

01813



## Management Discussion and Analysis (Continued)

We trust technology and innovation would be the key to driving future growth despite the pandemic. The Group shall continue to focus on optimising table productivity in the casino under our management by applying cutting-edge gaming technology that has enabled our GGR per table per day in the mass market to rival the tables in other casinos in Macau. The Group will follow our unique business model to embrace more synergies of our two business segments which complement the development of our high-tech products.

In recent years, the Group has also increased its investment on research and development for the attainments of innovation and breakthrough in design and applications of AI and other high-tech products with a view to fulfilling customers' needs with professional solutions on high-tech products in areas of education, sports and living, etc. These high-tech products will generate fresh revenue streams for the Group in the years ahead and we believe that high-tech and gaming industry will merge more closely in future.

Looking ahead, the Group will never rest on its laurels but will continue to acquire top talents and increase its investment in high-tech and avant-garde gaming products, aiming to explore more opportunities in the gaming technology space and expand its market share in global gaming industry. Nevertheless, we are cautious due to a range of geo-political and economic challenges and the Covid-19 pandemic which may impact consumer confidence in 2021. We remain confident in the longer-term outlook for Macau in general and believe that the Greater Bay Area integration plan will further facilitate the flow of people, logistics and capital within Macau, Hong Kong and the other cities of the Greater Bay Area and also other parts of the PRC. We will continue to support and leverage on the Greater Bay Area integration plan. The Group remains cautiously optimistic and will strive to identify new business opportunities in Macau and overseas markets and maximise returns to the Shareholders.

## LIQUIDITY AND FINANCIAL RESOURCES

The Group's liquidity needs primarily comprise working capital including research and development expenditure, capital expenditure and repayment of bank borrowings. The Group has generally funded its operations from internal resources, bank and other borrowings and/or equity financing.

The Group has adopted a prudent financial management approach towards its financial and treasury policies. During the year under review, the Group was on track with this approach to maintain a healthy liquidity position. The Board closely monitors the Group's liquidity position to ensure that the liquidity structure of the Group's assets, liabilities and other commitments can meet its funding requirements from time to time. The Group may utilise the balance of cash for appropriate investment in accordance with the Group's strategic direction and development.

As at 31 December 2020, the consolidated net assets of the Group amounted to HK$406.1 million, representing a decrease of HK$202.4 million or 33.3% from HK$608.5 million as at 31 December 2019. The decrease in consolidated net assets of the Group was mainly due to the Group's loss of HK$192.1 million for the year ended 31 December 2020 and the payment of interim dividend by a non-wholly owned subsidiary of the Company to non-controlling interests for the six months ended 30 June 2020 of HK$7.1 million.

PARADISE 00033183
01814

## Management Discussion and Analysis (Continued)

### Pledged Bank Deposits, Bank Balances and Cash, and Chips on Hand

As at 31 December 2020, the Group held pledged bank deposits of HK$30.3 million, bank balances and cash of HK$129.2 million and chips on hand of HK$13.5 million.

The Group's pledged bank deposits as at 31 December 2020 comprise a fixed deposit of HK$30.0 million (denominated in HK$, the Group's functional currency, and placed at a Macau bank with original maturity of 12 months) and another fixed deposit of HK$0.3 million (denominated in Australian dollars and placed at an Australian bank with original maturity of 12 months). The Group's other bank deposits were mainly denominated in HK$, MOP, Euro and US$. Given MOP is pegged to HK$ and HK$ are linked to US$, the Group considers that the exposure to exchange rate risk is normal for its bank deposits denominated in MOP and US$. Exchange rate of Euro against HK$ fluctuated during the year ended 31 December 2020. For accounting purposes, the Group's bank deposits denominated in Euro were retranslated into HK$ at the exchange rate as at 31 December 2020 which resulted in a net unrealised exchange gain of approximately HK$5.7 million being recognised in the Group's results for the year ended 31 December 2020 (2019: nil).

### Borrowing and Gearing Ratio

As at 31 December 2020, the Group had outstanding (i) secured and unguaranteed bank borrowings of approximately HK$137.0 million (2019: HK$145.8 million); and (ii) unsecured and unguaranteed amounts due to Directors of HK$1.6 million (2019: HK$2.1 million).

The Group's bank borrowings carried interest at prevailing market rates and were on floating rate basis. The bank borrowings were denominated in MOP and HK$. Given MOP is pegged to HK$, the Group considers the exposure to exchange rate risk normal for its bank borrowing denominated in MOP. The maturity profile of the bank borrowings of HK$137.0 million as at 31 December 2020 spread over a period of more than five years, with HK$9.0 million repayable within one year, HK$9.2 million in the second year, HK$29.0 million in the third to fifth years and HK$89.8 million over five years. The amounts due to Directors were interest-free and repayable on demand.

The Group's gearing ratio (expressed as a percentage of total borrowings over net assets) as at 31 December 2020 was 34.1% (2019: 24.3%).

During the year ended 31 December 2020, the Group did not employ any financial instruments for hedging purposes.

## CAPITAL COMMITMENTS

As at 31 December 2020, the Group had capital commitments in respect of acquisition of property, plant and equipment which is contracted for but not provided for of HK$1.1 million (31 December 2019: HK$1.1 million).

PARADISE 00033184

01815



## Management Discussion and Analysis (Continued)

### FOREIGN EXCHANGE EXPOSURE

The majority of the Group's income and expenses, bank deposits and bank borrowings are denominated in HK$ (the Group's functional currency), MOP, Euro and US$. HK$ are linked to US$ and the exchange rate between these two currencies has remained relatively stable over the past several years. MOP is pegged to HK$, and in many cases the two currencies are used interchangeably in Macau. Due to the stable exchange rates between HK$ and US$ and between HK$ and MOP, the Group does not consider that any specific hedge for fluctuation of MOP or US$ against HK$ is necessary. The Group has a net exchange exposure to Euro as it maintains certain bank deposits denominated in Euro. The Group manages its foreign currency risk of Euro against HK$ by closely monitoring the movement of the exchange rate and may consider specific hedge for significant foreign exchange exposure should additional need arise.

### CHARGES ON GROUP ASSETS

As at 31 December 2020, leasehold land and buildings of the Group with the carrying amount of HK$214.7 million were pledged to secure bank borrowings offered by banks to the Group.

In addition, as at 31 December 2020, the Group pledged bank fixed deposits of HK$30.3 million, comprising HK$30.0 million and HK$0.3 million to secure for guarantees in favour of SJM and a landlord (for fulfilment of all obligations of the related group company as tenant), respectively. The bank deposit of HK$30.0 million was placed at a bank as fixed deposit pledged to secure for a guarantee in the amount of HK$45.7 million issued by the bank for the period from 15 May 2020 to 30 June 2023 in favour of SJM for the Group's fulfilment of all its obligations, in particular for reimbursement by the Group to SJM of the employees' compensation and benefits for those gaming operation employees employed by SJM who work for the casino under the Group's management, as stipulated under the service agreement (and all related supplemental agreements) entered into between SJM and the Group for provision of casino management services by the Group to SJM.

### CONTINGENT LIABILITIES

As at 31 December 2020, the Group did not have any significant contingent liabilities.

### EMPLOYEES AND REMUNERATION POLICY

As at 31 December 2020, the Group had approximately 770 employees, including approximately 380 gaming operation employees who were employed by SJM to work for Casino Kam Pek Paradise under the Group's management. These gaming operation employees were paid by SJM and the Group reimbursed SJM in full for their salaries and other benefits.

Total staff costs, including Directors' emoluments, for the year ended 31 December 2020 amounted to HK$293.9 million (2019: HK$452.6 million), including a total of HK$137.4 million (2019: HK$265.9 million) paid or payable for gaming operation employees employed by SJM (for Casino Kam Pek Paradise) or Galaxy (for Casino Waldo).

The terms of employment of employees conform to normal commercial practice. The remuneration policy for the employees of the Group is principally set up by the Board and the management of the Company on the basis of the relevant employees' qualifications, competence, work performance, industry experience, relevant market trend and the Group's operating results, etc. Discretionary bonuses are granted to employees based on merit and in accordance with industry practice. Other benefits including share options, share awards, retirement benefits, subsidised medical care, pension funds and training programmes are offered to eligible employees.

PARADISE 00033185

01816

# Profile of Directors and Senior Management

## EXECUTIVE DIRECTORS

**Mr. Jay Chun**, aged 56, is the Chairman and Managing Director of the Company, also alternate Director to Mr. Shan Shiyong, alias, Sin Sai Yung. He is the chairman of the Nomination Committee and a member of the Remuneration Committee. He is also a director of various subsidiaries of the Company. Mr. Chun is a talented entrepreneur and manager. He possesses solid background in information technology and marketing, and has 30 years of management and investment experience. He holds a master's degree in business administration from the W.P. Carey School of Business at the Arizona State University and a bachelor's degree in computer science from the Shanghai University of Science and Technology. Mr. Chun joined the Group and was appointed as the Managing Director of the Company in January 1999 and was appointed as the Chairman of the Board in July 2002.

Mr. Chun is one of the founder members of Macau Gaming Equipment Manufacturers Association ("MGEMA") and has been the chairman of MGEMA since its establishment in 2012. MGEMA is a non-profit making association established to promote Macau gaming equipment industry and the common interests of the gaming equipment manufacturers by providing a platform for the exchange of technology and trade promotion, an aspect which is of great importance to the gaming industry.

In recognition of his exemplary contributions to the community, Mr. Chun has been a member of the Shandong Provincial Committee of the Chinese People's Political Consultative Conference of the PRC since January 2018 and a member of the Economic Development Council of the Macau government since November 2017. In addition, Mr. Chun has been actively participating in community services. Mr. Chun is presently the chairman of Ze Ai Association and honorary chairman of Ze Ai Charity Association, prominent non-profit making charitable organisations working to improve the education and well-being of people in Macau so as to make Macau a better society for all people and the next generation. In recognition of his outstanding achievement in the Macau's entertainment and leisure industry, in October 2019, Mr. Chun was honoured with the award of "20 Persons in 20 Years: the Most Valuable Persons of Macao's Tourism and Leisure Industry from 1999 to 2019".

The discloseable interests of Mr. Chun in the Shares and underlying Shares under the provisions of Part XV of the SFO are set out in the section headed "Directors' and Chief Executive's Interests in Securities" under the Directors' Report of this annual report.

**Mr. Shan Shiyong, alias, Sin Sai Yung**, aged 57, is an executive Director. He is also a director of various subsidiaries of the Company. Mr. Shan is an entrepreneur with strong business vision. After completing his studies in economics at the University of Agriculture, Shandong, he started his own business in manufacturing and exporting. Mr. Shan subsequently diversified his business interests to trading, property development and venture capital investment in the PRC. He has 33 years of dedicated business, investment and management experience at the owner level. Mr. Shan joined the Group and was appointed as an executive Director in October 1998. He was the Chairman of the Board from May 1999 to July 2002.

The discloseable interest of Mr. Shan in the Shares and underlying Shares under the provisions of Part XV of the SFO is set out in the section headed "Directors' and Chief Executive's Interests in Securities" under the Directors' Report of this annual report.

**Mr. Hu Liming**, aged 56, was appointed as an executive Director on 30 November 2010. Mr. Hu is currently the managing director of Standind (Shanghai) Co. Ltd. and has 30 years of experience in corporate management, business development, engineering, production management as well as sales and marketing. Mr. Hu obtained his bachelor's degree in engineering from the Shanghai University of Science and Technology.

PARADISE 00033186
01817

## Profile of Directors and Senior Management (Continued)

### INDEPENDENT NON-EXECUTIVE DIRECTORS

**Mr. Li John Zongyang**, aged 65, was appointed as an independent non-executive Director on 10 September 2007. He is the chairman of both the Audit Committee and the Remuneration Committee and a member of the Nomination Committee. Mr. Li has a rich and versatile background in the finance, business and corporate environment in the Asia-Pacific region. Mr. Li had worked for 10 years with Framlington Investment Management Company Limited, a leading investment management company in London, where he served as a senior fund manager and the head of the Asia Pacific region. Mr. Li had served as the chief executive officer for several reputable companies in Asia. Mr. Li holds a bachelor's degree in economics from the Peking University and a master's degree in business administration from the Middlesex University Business School in London.

**Mr. Kai-Shing Tao**, aged 44, was appointed as an independent non-executive Director on 13 April 2014. He is a member of the Audit Committee. Mr. Tao graduated from the Stern School of Business at New York University. He has served as a member of the board of directors of Remark Holdings, Inc. (formerly known as Remark Media, Inc.) since Remark Holdings, Inc.'s public listing in 2007 (Nasdaq: MARK). After being elected as chairman and co-chief executive officer in October 2012, Mr. Tao assumed the position of chief executive officer of Remark Holdings, Inc. in December 2012. Mr. Tao also serves as chairman and chief investment officer of Pacific Star Capital Management, L.P., a private investment group and a director of Genesis Today, Inc., a leading health and wellness company. Prior to founding Pacific Star Capital Management, L.P., Mr. Tao was a partner at FALA Capital Group, a single-family investment office.

**Ms. Tang Kiu Sam Alice**, aged 39, was appointed as an independent non-executive Director on 25 April 2014. She is a member of each of the Audit Committee, the Remuneration Committee and the Nomination Committee. Ms. Tang graduated with a bachelor of science degree in e-commerce from the Brunel University in London. Ms. Tang has more than 16 years of business development experience in the gaming industry and has comprehensive knowledge in gaming operations and products, strategic planning, sales and marketing and is experienced in product development with successful launches of a series of gaming products including video slot machines, electronic table games and slot management system. Ms. Tang is currently the managing director of Winning Asia Technology Macau Limited.

### SENIOR MANAGEMENT

**Ms. Feng Yi, Jenny**, aged 56, is the Group's Senior Vice President. Ms. Feng studied at the Shanghai University of Science and Technology. She has extensive experience in business management and promotion. She is the spouse of Mr. Jay Chun, an executive Director. Ms. Feng joined the Group in 2006.

Ms. Feng is enthusiastic about charitable and community services. She is a director of the China Next Generation Education Foundation.

**Ms. Zhao Yi**, aged 43, is the Group's Chief Operating Officer of the electronic gaming business. Ms. Zhao holds a bachelor's degree in marketing from the Shanghai University of Finance and Economics. She has more than 12 years of experience in the gaming industry. Ms. Zhao joined the Group in 2007.

**Mr. Chan Kin Man**, aged 45, is the Group's Chief Financial Officer and Company Secretary. Mr. Chan holds a bachelor's degree in business administration in accounting and finance from The University of Hong Kong. He has over 23 years of experience in accounting, auditing, financial advisory, corporate finance and corporate governance, particularly in gaming and hospitality sectors. He is a fellow of both the Hong Kong Institute of Certified Public Accountants and the Association of Chartered Certified Accountants. Mr. Chan joined the Group in February 2017.

PARADISE 00033187

01818

## Profile of Directors and Senior Management (Continued)

**Mr. Daryn Kiely**, aged 55, is the Group's Chief Technical Officer. Mr. Kiely holds a bachelor's degree of science in computer science from the University of Calgary. He has extensive experience in software development and product development. Before joining the Group, Mr. Kiely had worked for 18 years with IGT, a leading gaming equipment and system supplier, where he last served as a department head of software development and product development. Mr. Kiely joined the Group in February 2016.

**Mr. Kelcey Allison**, aged 48, is the Senior Vice President, Operations and Business Development of a subsidiary of the Company in the U.S. He has over 21 years of experience in businesses relating to sales and development of slot machine and gaming device product, and content strategy for the global gaming markets. Before joining the Group, Mr. Allison had held several senior executive roles in various renowned gaming corporations including serving as the chief executive officer of Aruze Gaming America, Inc. and the senior vice president of sales, marketing and service of Ainsworth Game Technology Limited. Mr. Allison joined the Group in January 2020.

PARADISE 00033188
01819

# Directors' Report

The Board presents this annual report and the audited consolidated financial statements of the Company for the year ended 31 December 2020.

## PRINCIPAL ACTIVITIES

The Company is an investment holding company of a diverse group of companies that are principally engaged in the provision of casino management services, and the development, sale and leasing of electronic gaming equipment and systems. Principal activities of each of its principal subsidiaries are set out in note 41 to the consolidated financial statements.

## BUSINESS REVIEW

A review of the business of the Group for the year ended 31 December 2020 which includes an analysis of the Group's performance using financial key performance indicators and a discussion on the Group's likely future business development, a description of the principal risks and uncertainties that the Group may be facing and a discussion on the Group's environmental policy and performance and the relationships with its key stakeholders are provided in the sections headed "Chairman's Statement", "Management Discussion and Analysis", "Corporate Governance Report" and "Environmental, Social and Governance Report" of this annual report. The review forms part of the Directors' Report.

## RESULTS AND FINANCIAL POSITION

The results of the Group for the year ended 31 December 2020 are set out in the consolidated statement of profit or loss and consolidated statement of profit or loss and other comprehensive income on pages 67 and 68, respectively.

The financial position of the Group as at 31 December 2020 is set out in the consolidated statement of financial position on pages 69 and 70.

## SEGMENT INFORMATION

Segment information of the Group is set out in note 6 to the consolidated financial statements.

## DIVIDEND

The Board does not recommend the payment of a final dividend for the year ended 31 December 2020 (2019: nil).

## PROPERTY, PLANT AND EQUIPMENT

Details of the movements in property, plant and equipment of the Group during the year ended 31 December 2020 are set out in note 14 to the consolidated financial statements.

PARADISE 00033189
01820

## SHARE CAPITAL

There were no changes in the Company's share capital during the year ended 31 December 2020. Details of the Company's share capital are set out in note 31 to the consolidated financial statements.

## RESERVES

Movements in the reserves of the Group and the Company during the year ended 31 December 2020 are set out in the consolidated statement of changes in equity on page 71 and in note 40 to the consolidated financial statements, respectively.

## DISTRIBUTABLE RESERVES OF THE COMPANY

As at 31 December 2020, the Company's reserves available for distribution to Shareholders amounted to approximately HK$404,617,000 comprising contributed surplus of approximately HK$1,042,083,000, which is offset by the debit balance of accumulated losses of approximately HK$637,466,000.

Under the Companies Act 1981 of Bermuda, subject to the provisions of the Bye-laws of the Company, the Company's contributed surplus may be applied to pay distributions or dividends to Shareholders, provided that immediately following the date the distribution or dividend is proposed to be paid, the Company is able to pay its liabilities as they become due.

## DIRECTORS AND SERVICE CONTRACTS

The members of the Board during the year ended 31 December 2020 and up to the date of this annual report were as follows:

### Executive Directors:

Mr. Jay Chun, Chairman and Managing Director *(also alternate Director to Mr. Shan Shiyong, alias, Sin Sai Yung)*
Mr. Shan Shiyong, alias, Sin Sai Yung
Mr. Hu Liming

### Independent Non-executive Directors:

Mr. Li John Zongyang
Mr. Kai-Shing Tao
Ms. Tang Kiu Sam Alice

In accordance with the Bye-laws of the Company, Mr. Shan Shiyong, alias, Sin Sai Yung and Mr. Hu Liming will retire by rotation at the 2021 AGM. Mr. Shan Shiyong, alias, Sin Sai Yung, being eligible, will offer himself for re-election at the 2021 AGM. Mr. Shan does not have a service contract with the Company or any of its subsidiaries which is not determinable by the Group within one year without payment of compensation, other than statutory compensation.

Mr. Hu Liming has informed the Board that he decided not to offer himself for re-election at the 2021 AGM due to his own decision to devote more time to his other business endeavours and he will retire from office immediately after the close of the 2021 AGM. Mr. Hu has confirmed that he has no disagreement with the Board and there is no other matter relating to his retirement that needs to be brought to the attention of the Shareholders.

PARADISE 00033190

01821

## Directors' Report (Continued)

### MANAGEMENT CONTRACTS

No contract for the management and administration of the whole or any substantial part of the business of the Company was entered into or existed during the year ended 31 December 2020.

### PERMITTED INDEMNITY PROVISION

During the year ended 31 December 2020 and up to the date of this annual report, the Company has in force the permitted indemnity provisions which are provided for in the Bye-laws of the Company and in the directors and officers liability insurance maintained for the Group in respect of potential liability and costs associated with legal proceedings that may be brought against (i) the Directors and the directors of any subsidiaries; and (ii) the directors appointed by the Company in the board of any associates or joint ventures of the Company.

### TAX RELIEF

The Company is not aware of any relief on taxation available to the Shareholders by reason of their holdings of the Shares. If the Shareholders are unsure about the taxation implications of purchasing, holding, disposing of, dealing in, or exercising of any rights in relation to the Shares, they are advised to consult their professional advisers.

### DIRECTORS' AND CHIEF EXECUTIVE'S INTERESTS IN SECURITIES

As at 31 December 2020, the interests and short positions of the Directors and the chief executive of the Company in the Shares, underlying Shares and debentures of the Company and its associated corporations (within the meaning of Part XV of the SFO), as recorded in the register maintained by the Company pursuant to section 352 of the SFO, or as otherwise notified to the Company and the Stock Exchange pursuant to the Model Code, were as follows:

| Name of Directors | Name of company/ associated corporation | Capacity/ nature of interests | Number of Shares[1] | Approximate aggregate percentage of interests[4] |
|---|---|---|---|---|
| Mr. Jay Chun | The Company | Beneficial owner | 124,160 | 0.01% |
| | The Company | Interest of controlled corporation | 630,836,720[2] | 59.95% |
| | | | 630,960,880 | 59.96% |
| Mr. Shan Shiyong, alias, Sin Sai Yung | The Company | Interest of controlled corporation | 26,097,580[3] | 2.48% |

PARADISE 00033191

01822

## Directors' Report (Continued)

Notes:

(1)     All interests in Shares stated above represent long positions.

(2)     These Shares were held by August Profit Investments Limited, a company which is wholly-owned by Mr. Jay Chun, an executive Director.

(3)     These Shares were held by Best Top Offshore Limited, a company which is wholly-owned by Mr. Shan Shiyong, alias, Sin Sai Yung, an executive Director.

(4)     The percentage represents the number of Shares interested divided by the number of issued Shares as at 31 December 2020.

Save as disclosed, none of the Directors and the chief executive of the Company was interested or had any short position in any Shares, underlying Shares or debentures of the Company and its associated corporations (within the meaning of Part XV of the SFO) as at 31 December 2020.

## SUBSTANTIAL SHAREHOLDERS' INTERESTS IN SHARES

As at 31 December 2020, according to the register of interests kept by the Company under section 336 of the SFO, and so far as was known to the Directors or chief executive of the Company, the following persons or corporations, other than Directors or chief executive of the Company, had an interest in the Shares of the Company, which would require to be disclosed to the Company under the provisions of Divisions 2 and 3 of Part XV of the SFO, or who was directly or indirectly interested in 5% or more of the nominal value of any class of share capital carrying rights to vote in all circumstances at a general meeting of the Company:

| Name of company | Number of Shares[1] | Approximate percentage of interests[4] |
|---|---|---|
| August Profit Investments Limited[2] | 630,836,720 | 59.95% |
| FIL Limited[3] | 77,504,000 | 7.37% |
| Pandanus Partners L.P.[3] | 77,504,000 | 7.37% |
| Pandanus Associates Inc.[3] | 77,504,000 | 7.37% |

Notes:

(1)     All interests in Shares stated above represent long positions.

(2)     August Profit Investments Limited is wholly-owned by Mr. Jay Chun, an executive Director.

(3)     To the best of the Directors' knowledge, FIL Limited is controlled (as defined under the SFO) by Pandanus Partners L.P., which in turn is controlled (as defined under the SFO) by Pandanus Associates Inc. Those 77,504,000 Shares represent the same interests and are therefore duplicated among them.

(4)     The percentage represents the number of Shares interested divided by the number of issued Shares as at 31 December 2020.

Save as disclosed above, as at 31 December 2020, the Company had not been notified of any person or corporation who was interested in or had a short position in the Shares or underlying Shares of the Company which would fall to be disclosed to the Company under the provisions of Divisions 2 and 3 of Part XV of the SFO or as recorded in the register required to be kept by the Company under section 336 of the SFO.

PARADISE 00033192
01823

## Directors' Report (Continued)

### SHARE OPTION SCHEME

The Company adopted the Share Option Scheme on 25 May 2017 for the purposes of providing incentives or rewards to the eligible participants for the contribution to the success of the Group's operations. Eligible participants of the Share Option Scheme include, among others, the Directors (including independent non-executive Directors), full-time or part-time employees, executives or officers of the Group, advisors, consultants, suppliers, customers and agents. The Share Option Scheme will be valid and effective for a period of 10 years from the date of adoption of the Share Option Scheme.

The maximum number of Shares which may be issued upon exercise of all outstanding options granted and yet to be exercised under the Share Option Scheme must not exceed 30% of the total number of Shares in issue from time to time. The maximum number of Shares issued and to be issued upon exercise of the options granted and to be granted to each eligible participant in any 12-month period must not exceed 1% of the Company's issued share capital from time to time. Any grant or further grant of share options in excess of this limit is subject to Shareholders' approval in a general meeting of the Company.

Each grant of share options to a Director, chief executive or substantial Shareholder of the Company, or to any of their associates, is subject to approval in advance by the independent non-executive Directors. In addition, any grant of share options to a substantial Shareholder or an independent non-executive Director, or to any of their associates, resulting in the Shares issued and to be issued upon exercise of all options already granted and to be granted (including options exercised, cancelled and outstanding) to such person in a 12-month period up to and including the date of such grant in excess of 0.1% of the Shares in issue and with an aggregate value (based on the closing price of the Shares at the date of the grant) in excess of HK$5 million, is subject to Shareholders' approval in advance in a general meeting of the Company.

The period during which an option may be exercised is determined by the Board in its absolute discretion, save that such period shall not be longer than 10 years from the date of grant. The minimum period for which an option must be held before it can be exercised is determined by the Board upon the grant of an option.

An option shall be deemed to have been granted and accepted by the grantee and to have taken effect when the duplicate offer document constituting acceptance of the option is duly signed by the grantee, together with a remittance in favour of the Company of HK$1.00 as consideration for the grant of the option, is received by the Company within 21 days after the date of offer.

The exercise price of share options is determined by the Directors, but shall not be less than the highest of (i) the nominal value of the Shares; (ii) the closing price of the Shares as stated in the daily quotation sheets of the Stock Exchange on the date of offer of the share options; and (iii) the average closing price of the Shares as stated in the daily quotation sheets of the Stock Exchange for the five business days immediately preceding the date of offer.

No options were granted, exercised, cancelled or lapsed by the Company under the Share Option Scheme and no equity-settled employees' benefit (including Directors' emoluments) was recognised during the year ended 31 December 2020. There was no share option outstanding under the Share Option Scheme during the year ended 31 December 2020.

As at the date of this report, the total number of Shares available for issue under the Share Option Scheme is 105,218,531 Shares, representing 10% of the Shares in issue as at the date of adoption of the Share Option Scheme, that is 25 May 2017.

PARADISE 00033193
01824

## SHARE AWARD SCHEME

The Company adopted the Share Award Scheme on 11 November 2019 for the purposes of, among others, providing incentives and/or rewards to the eligible participants for the contribution to the development and success of the Group. Eligible participants of the Share Award Scheme include, among others, the Directors (including executive Directors, non-executive Directors and independent non-executive Directors), the directors of the Company's subsidiaries, the employees of the Group or any other persons as determined by the Board whom the Board considers, in its absolute discretion, have contributed or will contribute to the Group. The Share Award Scheme shall be valid and effective for a term of 10 years commencing on the date of adoption of the Share Award Scheme.

Under the Share Award Scheme, the Board shall not make any further award which will result in the aggregate number of Shares underlying all awards granted by the Board under the Share Award Scheme exceeding 10% of the total number of issued Shares as at the date of adoption of the Share Award Scheme. Except as otherwise approved by the Board, the maximum aggregate number of Shares underlying the awards that may be granted to any grantee under the Share Award Scheme shall not exceed 1% of the total number of issued Shares as at the date of adoption of the Share Award Scheme. Any grant of an award to any Director, chief executive or substantial shareholder (as defined in the Listing Rules) of the Company, or any of their respective associates (as defined in the Listing Rules), shall be subject to the prior approval of the independent non-executive Directors (excluding any independent non-executive Director who is the proposed grantee of the award in question) and all grants to connected persons (as defined in the Listing Rules) shall be subject to compliance with the requirements of the Listing Rules.

The Share Award Scheme shall terminate on the earlier of: (i) the tenth anniversary date of the adoption date of the Share Award Scheme; and (ii) such date of early termination as determined by a resolution of the Board, provided that such termination shall not affect any subsisting rights of any grantee under the Share Award Scheme. In the event of termination, no further awards may be offered or granted but the terms of the Share Award Scheme shall remain in full force and effect in respect of awards which are granted during the term of the Share Award Scheme and which remain unvested immediately prior to the termination of the Share Award Scheme.

The Share Award Scheme does not constitute a share option scheme or an arrangement analogous to a share option scheme for the purpose of Chapter 17 of the Listing Rules and therefore no Shareholders' approval is required for the adoption of the Share Award Scheme. Further details of the Share Award Scheme are set out in the Company's announcement dated 11 November 2019.

In December 2019, the Company appointed a trustee in connection with the Share Award Scheme (the "Trustee") to assist with the administration and vesting of awards under the Share Award Scheme and the trust deed executed in such connection.

Since the date of adoption of the Share Award Scheme and up to 31 December 2020, no Shares were purchased by the Trustee, no awards were granted by the Company, and no awards were vested under the Share Award Scheme.

PARADISE 00033194

01825

## Directors' Report (Continued)

### DIRECTORS' RIGHTS TO ACQUIRE SHARES OR DEBENTURES

Apart from the Share Option Scheme and Share Award Scheme disclosed under the sections headed "Share Option Scheme" and "Share Award Scheme", respectively, and the contracts disclosed under the section headed "Directors' Interests in Transactions, Arrangements and Contracts of Significance" in this Directors' Report, at no time during the year ended 31 December 2020 was the Company or any of its subsidiaries a party to any arrangements to enable the Directors to acquire benefits by means of the acquisition of Shares in, or debentures of, the Company or any other body corporate. In addition, none of the Directors, or their spouses or children under the age of 18, had any right to subscribe for the securities of the Company or had exercised any such right during the year ended 31 December 2020.

### PURCHASE, SALE OR REDEMPTION OF THE COMPANY'S SHARES

Neither the Company nor any of its subsidiaries had purchased, sold or redeemed any of the Company's listed securities during the year ended 31 December 2020.

### PRE-EMPTIVE RIGHTS

There are no provisions for pre-emptive rights under the Bye-laws of the Company, or the laws of Bermuda, which would oblige the Company to offer new Shares on a pro-rata basis to the existing Shareholders.

### CONVERTIBLE SECURITIES, OPTIONS, WARRANTS, OR SIMILAR RIGHTS

As at 31 December 2020, no convertible securities, options, warrants or similar rights issued or granted by the Company or any of its subsidiaries remained outstanding.

### MAJOR CUSTOMERS AND SUPPLIERS

For the year ended 31 December 2020, the aggregate amount of revenue attributable to the Group's five largest customers accounted for approximately 98.0% of the Group's total revenue and the revenue attributable to the Group's largest customer represented approximately 86.2% of the Group's total revenue.

For the year ended 31 December 2020, the aggregate amount of cost of sales and services attributable to the Group's five largest suppliers accounted for approximately 68.5% of the Group's total cost of sales and services and the cost of sales and services attributable to the Group's largest supplier represented approximately 48.1% of the Group's total cost of sales and services.

None of the Directors, their close associates or any Shareholders (which to the knowledge of the Directors owns more than 5% of the Company's issued share capital) has any interest in any of the Group's five largest customers or suppliers.

PARADISE 00033195

01826

## COMPLIANCE WITH LAWS AND REGULATIONS

The Group recognises the importance of compliance with legal and regulatory requirements. Internal compliance and risk management policies and procedures are in place to ensure the Group's adherence and compliance with all significant legal and regulatory requirements in the territories in which the Group has business operations. For details, please refer to the Corporate Governance Report of this annual report. For the year ended 31 December 2020 and up to the date of this annual report, to the best knowledge of the Directors, the Group has complied in all material respects with the applicable laws and regulations of the territories in which the Group has business operations, which have a significant impact on the business and operations of the Group. The Group has also obtained all licenses, approvals and permits from the relevant regulatory authorities that are material for its business operations in the territories in which the Group has business operations.

## ACQUISITION, DISPOSAL AND SIGNIFICANT INVESTMENTS

### Updates to a Major Disposal

On 25 April 2016, the Group entered into a strategic agreement (the "Agreement") with IGT, pursuant to which the Group assigned and licensed certain patents and associated technology to IGT in return for a non-refundable upfront payment and a 15-year earn-out payment for every related ETG machine deployed in the global market (other than Macau). The transaction constituted a major transaction of the Company.

According to the statements provided by IGT to the Group, earn-out payments entitled by the Group as a result of such placement of the licensed products amounted to US$1,208,000 (equivalent to approximately HK$9,422,000) up to 31 December 2020. Such earn-out payments were calculated in accordance with the terms of the Agreement, which state that such payments shall be calculated based on (i) the number of licensed products placed times a flat fee per unit for the licensed products placed by IGT through sale; and (ii) the number of licensed products placed times a flat fee per unit per day for the licensed products placed by IGT through leasing.

Subsequent to the signing of the Agreement, a dispute arose between the Group and IGT as to whether the Group has to provide certain technology (not being possessed by the Group) to IGT that may be required for IGT to make and place the licensed products under the Agreement (the "Dispute"). On 17 October 2017, upon commercial negotiation of the parties with the view to resolving the Dispute, the Group agreed in writing with IGT that it shall pay to IGT a sum of US$800,000 (equivalent to approximately HK$6,240,000) (the "Settlement Amount") for complete resolution of the Dispute, which was determined based on the sharing by the Group of the estimated costs for the required technology. The parties further agreed that the Settlement Amount shall first set-off against any earn-out payments owed by IGT to the Group under the Agreement.

Further details of the transaction and the Dispute/Settlement Amount were disclosed in the Company's announcements dated 26 April 2016 and 14 December 2017, and the Company's circular dated 21 June 2016.

Save as disclosed, the Group did not have any significant investments, material acquisitions or disposals of assets, subsidiaries, associates or joint ventures during the year ended 31 December 2020.

PARADISE 00033196

01827

# Directors' Report (Continued)

## CONNECTED TRANSACTIONS

### Connected Transactions for Year Ended 31 December 2020

#### Renewed Supply Framework Agreement 2020

On 12 December 2019, the Company entered into a supply framework agreement (the "Renewed Supply Framework Agreement 2020") with Mr. Linyi Feng ("Mr. Feng") for the supply of certain electronic gaming machines and equipment, and their components, accessories and parts thereof, the additions thereto, and other related products, etc. to Mr. Feng and the companies controlled by him for a term of one year commencing from 1 January 2020 to 31 December 2020.

Mr. Feng is the brother-in-law of Mr. Jay Chun, the controlling Shareholder, the Chairman and the Managing Director of the Company, and thus a deemed connected person of the Company within the meaning of the Listing Rules and therefore, the transactions contemplated under the Renewed Supply Framework Agreement 2020 constitute continuing connected transactions for the Company under Chapter 14A of the Listing Rules. Pursuant to applicable percentage ratios (as defined under the Listing Rules) in respect of the annual transaction amount under the Renewed Supply Framework Agreement 2020, the transactions contemplated under the Renewed Supply Framework Agreement 2020 are subject to the reporting, announcement and annual review requirements but exempt from the independent Shareholders' approval requirement under the Listing Rules.

Further details of the transactions are set out in the Company's announcement dated 12 December 2019. The Renewed Supply Framework Agreement 2020 was expired on 31 December 2020.

The annual cap under the Renewed Supply Framework Agreement 2020 for the year ended 31 December 2020 was HK$40,000,000. The amount received/receivable by the Group from companies controlled by Mr. Feng under the Renewed Supply Framework Agreement 2020 for the year ended 31 December 2020 was HK$2,134,000.

The Company has complied with the disclosure requirements in accordance with Chapter 14A of the Listing Rules in respect of the above non-exempt continuing connected transactions.

Pursuant to Rule 14A.55 of the Listing Rules, the independent non-executive Directors have reviewed the continuing connected transactions for the year ended 31 December 2020 as disclosed above and have confirmed that the transactions have been entered into: (i) in the ordinary and usual course of business of the Group; (ii) on normal commercial terms or better; and (iii) according to the agreement governing them on terms that are fair and reasonable and in the interests of the Company and the Shareholders as a whole.

Pursuant to Rule 14A.56 of the Listing Rules, the Board engaged the independent auditor of the Company to report on the continuing connected transactions of the Group. The independent auditor of the Company was engaged in accordance with Hong Kong Standard on Assurance Engagements 3000 (Revised) "Assurance Engagements Other Than Audits or Reviews of Historical Financial Information" and with reference to Practice Note 740 "Auditor's Letter on Continuing Connected Transactions under the Hong Kong Listing Rules" issued by the Hong Kong Institute of Certified Public Accountants. The independent auditor of the Company has reported to the Board and issued an unqualified letter containing their findings and conclusions in respect of the continuing connected transactions disclosed by the Group above in accordance with Rule 14A.56 of the Listing Rules. The continuing connected transactions above were also reported as the related party transactions in accordance with the Hong Kong Financial Reporting Standards in this annual report.

PARADISE 00033197

01828

## Directors' Report (Continued)

### The Agency Agreement

LT Game has, in its ordinary and usual course of business, engaged an independent gaming supplier (the "Independent Supplier"), which is independent of the Company and its connected person(s) within the meaning of the Listing Rules, to (i) research and develop certain gaming equipment; and (ii) upon satisfactory development of such gaming equipment, produce in bulk for LT Game's onwards sales (collectively, the "Procurement Transaction"). The maximum cash consideration for this transaction is RMB27,500,000 (equivalent to approximately HK$34,098,000), which is determined through mutual negotiation between LT Game and the Independent Supplier with reference to prevailing market prices of similar gaming equipment. In order to facilitate the Procurement Transaction, on 12 February 2018, LT Game entered into an agency agreement (the "Agency Agreement") with 上海力標實業有限公司 (Shanghai Libiao Industrial Co., Ltd.#, "Shanghai Libiao") to engage Shanghai Libiao as its agent for the purpose of the Procurement Transaction and mainly on behalf of LT Game and upon LT Game's specific instructions to: (i) procurement and arrangement of payment of the research and development of the gaming equipment; and (ii) placement of production orders, arrangement of payment, receipt in the PRC, inspection and performance of quality check of gaming equipment to be produced by the Independent Supplier in bulk. The duration of the Agency Agreement is a period from 12 February 2018, being the date of the Agency Agreement, up to the completion of the Procurement Transaction as aforesaid.

Pursuant to the Agency Agreement, Shanghai Libiao is responsible for any losses or damages of the Group resulting from the breach or delay in the performance of Shanghai Libiao's obligations under the Agency Agreement caused by the fault, negligence or misconduct of Shanghai Libiao, its representatives and/or employees. In return for the performance of the services under the Agency Agreement, LT Game will pay a one-off agency fee of RMB100,000 (equivalent to approximately HK$124,000) in cash to Shanghai Libiao upon completion of the Procurement Transaction.

Due to the adverse change in general business environment and the change in business plan of LT Game, the Procurement Transaction was not completed before the expiry of the related agreement on 31 December 2020. The Agency Agreement expired on 31 December 2020 and the Group did not make any payment of agency fee to Shanghai Libiao under the Agency Agreement.

Shanghai Libiao is a company incorporated in the PRC which is wholly-owned by Mr. Hu Liming, an executive Director. Therefore, Shanghai Libiao is an associate of Mr. Hu Liming and a connected person of the Company. As such, the transaction under the Agency Agreement constitutes a connected transaction of the Company under Chapter 14A of the Listing Rules. Given that the applicable percentage ratios in respect of such transaction are more than 0.1% but less than 5%, such transaction is subject to the reporting and announcement requirements but exempt from the independent Shareholders' approval requirement under the Listing Rules.

Further details regarding the Agency Agreement with Shanghai Libiao are set out in the Company's announcement dated 12 February 2018.

The Company has complied with the disclosure requirements in accordance with Chapter 14A of the Listing Rules in respect of the above non-exempt connected transaction.

---

#    *For identification purposes only*

PARADISE 00033198
01829

## Directors' Report (Continued)

### Connected Transactions for Year Ending 31 December 2021

Renewed Supply Framework Agreement 2021

On 10 December 2020, the Company entered into a renewed supply framework agreement (the "Renewed Supply Framework Agreement 2021") with Mr. Feng for the supply of slot machines and other electronic gaming machines and equipment, the components, accessories and parts thereof, the additions thereto, and other related products, etc. by way of sale and/or leasing to Mr. Feng and the companies controlled by him for a term of one year commencing from 1 January 2021 and ending on 31 December 2021. Pursuant to the Renewed Supply Framework Agreement 2021, the total transaction amount for the year ending 31 December 2021 shall not be more than HK$35,000,000.

Mr. Feng is the brother-in-law of Mr. Jay Chun, the controlling Shareholder, the Chairman and the Managing Director of the Company, and thus a deemed connected person of the Company within the meaning of the Listing Rules and therefore, the transactions contemplated under the Renewed Supply Framework Agreement 2021 constitute continuing connected transactions for the Company under Chapter 14A of the Listing Rules for the year ending 31 December 2021.

As each of the applicable percentage ratios (as defined under the Listing Rules) in respect of the annual transaction amount under the Renewed Supply Framework Agreement 2021 exceeds 0.1% but is less than 5%, the Renewed Supply Framework Agreement 2021 is subject to the reporting, announcement and annual review requirements but exempt from the independent Shareholders' approval requirement under the Listing Rules.

Further details of the Renewed Supply Framework Agreement 2021 are set out in the Company's announcement dated 10 December 2020.

The Directors, including the independent non-executive Directors, have reviewed the terms of Renewed Supply Framework Agreement 2021 and have confirmed that: (i) the Renewed Supply Framework Agreement 2021 was entered into in the ordinary and usual course of business of the Group and on normal commercial terms or better; and (ii) the terms and conditions of the Renewed Supply Framework Agreement 2021, including the annual cap, are fair and reasonable, and in the interests of the Company and the Shareholders as a whole.

During the year ended 31 December 2020, no transaction was carried out under the Renewed Supply Framework Agreement 2021.

### DIRECTORS' INTERESTS IN TRANSACTIONS, ARRANGEMENTS AND CONTRACTS OF SIGNIFICANCE

Save as disclosed under the section headed "Connected Transactions" in this Directors' Report and in notes 23 and 39 to the consolidated financial statements, no transactions, arrangement and contracts of significance to which the Company or any of its subsidiaries was a party and in which any Director (or any entity connected with a Director) had a material interest, whether directly and indirectly, subsisted at the end of the year or at any time during the year ended 31 December 2020.

PARADISE 00033199

01830

## CONTROLLING SHAREHOLDERS' INTERESTS IN TRANSACTIONS, ARRANGEMENTS AND CONTRACTS OF SIGNIFICANCE

Save as disclosed under the section headed "Connected Transactions" in this Directors' Report and in notes 23 and 39 to the consolidated financial statements, no contracts of significance (including contracts of significance for the provision of services) between the Company (or any of its subsidiaries) and any controlling Shareholder (or any of the Company's subsidiaries) subsisted at the end of the year or at any time during the year ended 31 December 2020.

## EQUITY-LINKED AGREEMENTS

Save as the Share Option Scheme and the Share Award Scheme disclosed above, no equity-linked agreements were entered into by the Company during the year or subsisted at the end of the year ended 31 December 2020.

## EMOLUMENT POLICY

The emoluments of the executive Directors were decided by the Board as recommended by the Remuneration Committee having regard to a written emolument policy (which ensures a clear link to business strategy and a close alignment with the Shareholders' interest and current best practice), the Group's operating results, the individual performance of the executive Directors and the comparable market statistics. The independent non-executive Directors' fees are in line with market practice. No individual Director should determine his/her own remuneration.

Emolument package includes, as the case may be, fees, basic salaries, housing allowances, contribution to pension schemes, discretionary bonus relating to the financial results of the Group and individual performance, ad hoc rewards, share options, share awards and other competitive fringe benefits such as medical and life insurances. Details of the emoluments of the Directors and the five highest paid individuals of the Group for the year ended 31 December 2020 are set out in note 10 to the consolidated financial statements.

## CORPORATE GOVERNANCE

In the opinion of the Board, the Company has complied with the code provisions as set out in the CG Code throughout the year ended 31 December 2020 except for certain deviations. For further information on the Company's corporate governance practices and details of the deviations, please refer to the Corporate Governance Report on pages 35 to 50.

## ENVIRONMENTAL, SOCIAL AND GOVERNANCE POLICIES

The Group is aware of the importance of environmental-friendly and sustainable development. The Group strives to minimise wastes and consumption of resources such as electricity and water. The Group recognises this to be a continuous process of monitoring and improvement, and the Group seeks to look for environmental-friendly practice in the Group's operations whenever possible. For further details, please refer to the Environmental, Social and Governance Report on pages 51 to 61.

PARADISE 00033200

01831

## Directors' Report (Continued)

### UPDATE ON DIRECTORS' INFORMATION

Biographical details of each of the Directors are set out in the section headed "Profile of Directors and Senior Management" in this annual report.

With effect from 1 July 2020, the monthly remuneration payable to Mr. Shan Shiyong, alias, Sin Sai Yung and Mr. Hu Liming, the executive Directors, have been revised from HK$1,000,000 to HK$200,000 and from HK$20,000 to HK$10,000, respectively.

With effect from 1 July 2020, the monthly Director's fee payable to each of Mr. Li John Zongyang, Mr. Kai-Shing Tao and Ms. Tang Kiu Sam Alice, the independent non-executive Directors, has been revised from HK$20,000 to HK$10,000.

For more details, please refer to note 10 to the consolidated financial statements.

Save as disclosed, there is no other information required to be disclosed pursuant to Rule 13.51B(1) of the Listing Rules.

### EVENTS AFTER THE REPORTING PERIOD

There is no event after the reporting period which is required to be disclosed.

### SUFFICIENCY OF PUBLIC FLOAT

Based on the information that is publicly available to the Company and within the knowledge of the Directors, as at the date of this annual report, there is sufficient public float of not less than 25% of the Company's issued Shares as required under the Listing Rules.

### FINANCIAL SUMMARY

A summary of the audited consolidated results and assets and liabilities of the Group for the last five financial years is set out on page 142 of this annual report.

### INDEPENDENT AUDITOR

The consolidated financial statements of the Company for the year ended 31 December 2020 were audited by Deloitte Touche Tohmatsu. A resolution will be proposed at the 2021 AGM to re-appoint Deloitte Touche Tohmatsu as the independent auditor of the Company.

On behalf of the Board

**Jay Chun**
*Chairman and Managing Director*

Hong Kong, 25 March 2021



Paradise Entertainment Limited    Annual Report 2020

PARADISE 00033201
01832

# Corporate Governance Report

The Board believes that corporate governance is essential to the success of the Company and has adopted various measures to ensure that a high standard of corporate governance is maintained to safeguard the interests of the Shareholders.

In the opinion of the Board, the Company has complied with the code provisions of the CG Code set out in Appendix 14 to the Listing Rules throughout the year ended 31 December 2020 except for certain deviations disclosed herein.

## COMPLIANCE WITH THE MODEL CODE

The Company has adopted the Model Code as the code of conduct regarding Directors' securities transactions. Having made specific enquiry of all Directors, all Directors have confirmed that they had complied with the requirements set out in the Model Code during the year ended 31 December 2020.

## BOARD OF DIRECTORS

(a)  Board Composition

Given the nature and business objectives of the Company, the Board has a balance of skill and experience, and board diversity appropriate for the requirements of the business of the Company. The list of Directors, their respective biographical details and the relationships among the members of the Board and the senior management of the Company (if any) are set out under the section headed "Profile of Directors and Senior Management" of this annual report.

(b)  Appointment and Re-election of Directors

The Bye-laws of the Company contain provisions on the procedures of appointment and re-election of Directors.

In accordance with code provision A.4.1 of the CG Code, non-executive directors should be appointed for a specific term, subject to re-election. Currently, none of the Directors (including the independent non-executive Directors) is appointed for a specific term. However, all Directors (including the independent non-executive Directors) are subject to retirement by rotation at least once every three years at the annual general meeting of the Company in accordance with the provision of the Bye-laws of the Company, and their terms of appointment will be reviewed when they are due for re-election.

PARADISE 00033202
01833

# Corporate Governance Report (Continued)

## (c)  Directors' Attendance Records

During the year ended 31 December 2020, eight Board meetings and an annual general meeting were held. The attendance of each member of the Board at these meetings are as follows:

| | Number of attendance/meetings | |
|---|---|---|
| **Directors** | **Board meetings** | **Annual general meeting held on 21 May 2020** |
| **Executive Directors:** | | |
| Mr. Jay Chun *(Chairman and Managing Director)* | 8/8 | 1/1 |
| Mr. Shan Shiyong, alias, Sin Sai Yung | 0/8 | 0/1 |
| Mr. Hu Liming | 0/8 | 0/1 |
| **Independent Non-executive Directors:** | | |
| Mr. Li John Zongyang | 3/8 | 0/1 |
| Mr. Kai-Shing Tao | 0/8 | 0/1 |
| Ms. Tang Kiu Sam Alice | 7/8 | 1/1 |

## (d)  Responsibilities and Delegations

The Board is responsible for the leadership, management and control of the Group, overseeing the Group's businesses, strategic decisions and performance, evaluating the performance of the Group and supervising the management. All Directors take decisions objectively in the interests of the Company.

In addition, the Board reserves the authority to make final decisions for all major matters of the Company, including approving and monitoring of all policy matters, overall strategies and budgets, risk management and internal control systems, adoption of dividend policy, dividend payout (if any), adoption of nomination policy, preparation and release of financial information, material transaction (in particular those that may involve a conflict of interests), appointment of Directors and other significant financial and operational matters.

All Directors have timely access to all relevant information as well as the advice and services of the company secretary and the senior management of the Company, with a view to ensuring compliance with Board procedures and all applicable laws and regulations. Any Director may request independent professional advice in appropriate circumstances at the Company's expense, upon reasonable request made to the Board.

In order to enhance efficiency, the Board has delegated the day-to-day responsibilities, operations and decisions to the executive Directors and the senior management of the Company who perform their duties under the leadership of the Managing Director.

Approval has to be obtained from the Board prior to the entry into of any significant transactions by any of the Directors and/or the senior management of the Company on behalf of the Group. The Board has the full support of the executive Directors and the senior management of the Company to discharge its responsibilities and operations.

PARADISE 00033203
01834

## Corporate Governance Report (Continued)

### (e)   Corporate Governance Functions

The Board is also responsible for performing the corporate governance duties set out in code provision D.3.1 of the CG Code.

During the year ended 31 December 2020, the Board had reviewed and monitored the Company's corporate governance practices, training and continuous professional development of Directors and the senior management of the Company, the Company's policies and practices on compliance with legal and regulatory requirements, the compliance with the Model Code, the CG Code and disclosure in this Corporate Governance Report (including the nomination policy, dividend policy, board diversity policy and effectiveness of the risk management and internal control systems) from time to time.

### (f)   Environmental, Social and Governance Functions

The Board has overall responsibility for the Group's strategy and reporting in connection with ESG. An ESG team, reporting to the Board, is formed for the purpose of ESG evaluation and reporting with members who own ESG knowledge to conduct internal and external materiality assessments and skill in preparation of ESG reports. The ESG team members will, if they think fit, meet the employees from different departments to drive implementation, review their operations in order to identify relevant ESG issues and assess their materiality based on their impact to our businesses as well as the stakeholders.

## DIVIDEND POLICY

In December 2018, the Board adopted a dividend policy of the Company. Details of which are as follows:

The Board will meet semi-annually to consider and declare interim/final dividends, if any. The Board may also declare special dividends from time to time in addition to the interim/final dividends.

On consideration of any dividend, the Board will take into account the Company's distributable reserves, the Group's performance, liquidity position, expected working capital requirements, future prospects and other factors that the Board deems relevant, provided that payment of proposed dividend will not affect operations of the Group. The declaration and payment of dividend is subject to any applicable restrictions under the laws of Bermuda, the Bye-laws of the Company, the Listing Rules and any applicable laws, rules and regulations.

The Board will review the dividend policy from time to time and may exercise at its sole and absolute discretion to update, amend and/or modify the policy at any time as it deems fit and necessary.

There is no assurance that any particular amount of dividend will be paid for any given period.

## NOMINATION POLICY

In December 2018, the Board adopted a nomination policy of the Company (the "Nomination Policy") which sets out the objectives, selection criteria and nomination procedures in appointment and re-appointment of Directors. The Nomination Policy specifies that the Company will nominate suitable candidates to the Board for it to consider and make recommendations to the Shareholders for election of Directors at general meetings, appointment of Directors to fill casual vacancies, Board succession planning considerations and periodical reviews of the plan.

PARADISE 00033204

01835

## Corporate Governance Report (Continued)

### CHAIRMAN AND MANAGING DIRECTOR

Mr. Jay Chun is the Chairman and the Managing Director of the Company. In the opinion of the Board, the roles of the Managing Director and the chief executive officer are the same. Although under code provision A.2.1 of the CG Code, the roles of the Chairman and chief executive officer should be separate and should not be performed by the same individual, the Board considers that the present structure provides the Group with strong and consistent leadership and allows for efficient and effective business planning and execution. Hence, the Board believes that it is in the best interest of the Shareholders that Mr. Jay Chun will continue to assume the roles of the Chairman of the Board and the Managing Director of the Company. However, the Company will review the current structure as and when it becomes appropriate in future.

### INDEPENDENT NON-EXECUTIVE DIRECTORS

The Board has met the requirements of Rules 3.10 and 3.10A of the Listing Rules of having a minimum of three independent non-executive Directors (representing at least one-third of the Board) with one of them possessing appropriate professional qualifications or accounting or related financial management expertise.

The Company has received annual confirmation from each independent non-executive Director of his/her independence pursuant to the requirements of Rule 3.13 of the Listing Rules. The Company considers all independent non-executive Directors to be independent in light of the independence guidelines set out in the Listing Rules.

In particular, Mr. Li John Zongyang has served on the Board for more than 9 years. He is not involved in the daily management of the Company or in any relationships or circumstances which would interfere with the exercise of his independent judgment. He continues to demonstrate his ability to provide an independent, balanced and objective view to the affairs of the Company. The Company is satisfied that he remains independent notwithstanding the length of his service.

### DIRECTORS' TRAINING AND PROFESSIONAL DEVELOPMENT

Each newly appointed Director will receive induction on the first occasion of his/her appointment so as to ensure he/she has appropriate understanding of the business and operations of the Group and that he/she is fully aware of his/her responsibilities and obligations under the Listing Rules, the CG Code and other regulatory requirements.

Directors are continually updated on the latest development and changes in the Listing Rules, the CG Code and other regulatory requirements in order to ensure the compliance with the same by the Directors.

During the year ended 31 December 2020, the Directors complied with code provision A.6.5 of the CG Code and all Directors (including Mr. Jay Chun, Mr. Shan Shiyong, alias Sin Sai Yung, Mr. Hu Liming, Mr. Li John Zongyang, Mr. Kai-Shing Tao and Ms. Tang Kiu Sam Alice) received regular briefings, updates, continuous professional development and reading materials on the Group's business/operations/regulatory/corporate governance matters which are relevant to their duties and responsibilities. Directors are also encouraged to participate in professional development courses and seminars to develop and refresh their knowledge and skills.

PARADISE 00033205
01836

Corporate Governance Report (Continued)

## COMMITTEES

The Board has established three committees, namely the Audit Committee, the Remuneration Committee and the Nomination Committee to assist the Board in overseeing particular aspects of the Company's affairs. All the Board committees should report to the Board on their decisions and recommendations made. The committees are provided with sufficient resources to discharge their duties and, upon reasonable request, are able to seek independent professional advice in appropriate circumstances, at the Company's expenses.

All Board committees of the Company have been established with written terms of reference which are posted on the websites of the Stock Exchange and the Company.

## Audit Committee

The Company has met the requirements of Rule 3.21 of the Listing Rules. The Audit Committee comprises three independent non-executive Directors. The chairman of the Audit Committee, Mr. Li John Zongyang, possesses relevant financial management expertise and meets the requirements of Rule 3.21 of the Listing Rules. None of the members of the Audit Committee is a former partner of the independent auditor of the Company.

The Audit Committee is responsible for reviewing the financial information and reports of the Company, considering any significant or unusual items raised by the financial officers of the Company or the independent auditor of the Company before submission to the Board, reviewing the effectiveness of the financial reporting system, risk management and internal control systems of the Group and maintaining an appropriate relationship with the independent auditor of the Company.

During the year ended 31 December 2020, the Audit Committee held two meetings. Members of the Audit Committee and the attendance of each member are as follows:

| Directors | Number of attendance/ meetings |
|---|---|
| **Independent Non-executive Directors:** | |
| Mr. Li John Zongyang *(Chairman)* | 2/2 |
| Mr. Kai-Shing Tao | 1/2 |
| Ms. Tang Kiu Sam Alice | 1/2 |

During the year ended 31 December 2020, the Audit Committee had performed the following duties:

— reviewed with the management and the independent auditor of the Company the audited consolidated financial statements, the annual results announcement and the annual report of the Group for the year ended 31 December 2019, the related accounting principles and practices adopted by the Group with recommendations to the Board for approval, and the relevant audit findings;

— reviewed the continuing connected transactions of the Group carried out during the year ended 31 December 2019;

— recommended the re-appointment of Deloitte Touche Tohmatsu as the independent auditor of the Company in the annual general meeting held on 21 May 2020;

PARADISE 00033206

01837

## Corporate Governance Report (Continued)

—   reviewed with the management of the Company the unaudited consolidated financial statements, the interim results announcement and the interim report of the Group for the six months ended 30 June 2020 and the related accounting principles and practices adopted by the Group with recommendations to the Board for approval;

—   reviewed the nature and scope of the audit of the consolidated financial statements of the Group for the year ended 31 December 2020, the reporting obligations and the work plan of the independent auditor of the Company;

—   reviewed and discussed the financial reporting system, risk management and internal control systems of the Group with the management of the Company to ensure that the management of the Company has performed its duty to have effective systems. The review covered all material controls, including financial, operational and compliance controls, and the discussion with the management of the Company regarding adequacy of resources, staff qualifications and experience, training programmes and budget of the Group's accounting and financial reporting function etc.; and

—   reviewed the compliance with accounting standards, Listing Rules, legal and statutory requirements in relation to financial reporting.

During the year ended 31 December 2020, the Audit Committee met two times with the independent auditor of the Company. The Company has met the requirement of code provision C.3.3(e)(i) of the CG Code, stating that the Audit Committee must meet, at least twice a year, with the independent auditor of the Company.

### Remuneration Committee

The Company has met the requirements of Rule 3.25 of the Listing Rules. The Remuneration Committee comprises a majority of independent non-executive Directors and is chaired by Mr. Li John Zongyang, an independent non-executive Director.

The Remuneration Committee is responsible for making recommendations to the Board on, among other things, the Company's policy and structure for the remuneration of all the Directors and the senior management of the Company (by making reference to market rates, their duties and responsibilities within the Group and their experience) and the remuneration of the independent non-executive Directors. The Remuneration Committee is delegated by the Board with the responsibility to determine on behalf of the Board the remuneration of the executive Directors and the senior management of the Company.

During the year ended 31 December 2020, the Remuneration Committee held one meeting. Members of the Remuneration Committee and the attendance of each member are as follows:

| Directors | Number of attendance/ meeting |
|---|---|
| **Executive Director:** | |
| Mr. Jay Chun | 1/1 |
| | |
| **Independent Non-executive Directors:** | |
| Mr. Li John Zongyang *(Chairman)* | 1/1 |
| Ms. Tang Kiu Sam Alice | 0/1 |

PARADISE 00033207

01838

## Corporate Governance Report (Continued)

During the year ended 31 December 2020, the Remuneration Committee had performed the following duties:

— assessed the performance of the executive Directors and the senior management of the Company; and

— reviewed and determined the remuneration of the executive Directors and the senior management of the Company and made recommendation to the Board on the remuneration of the independent non-executive Directors.

Pursuant to code provision B.1.5 of the CG Code, the annual remuneration of the senior management of the Company (including those set out in the section headed "Profile of Directors and Senior Management" in this annual report) by bands for the year ended 31 December 2020 were as follows:

|  | Number of individuals |
| --- | --- |
| HK$1,000,001 to HK$1,500,000 | 2 |
| HK$1,500,001 to HK$2,000,000 | 1 |
| HK$2,000,001 to HK$2,500,000 | 1 |
| HK$3,500,001 to HK$4,000,000 | 1 |

Details of the remuneration of each of the Directors for the year ended 31 December 2020 are set out in note 10 to the consolidated financial statements.

### Nomination Committee

The Company has met the requirements of code provision A.5.1 of the CG Code. The Nomination Committee comprises a majority of independent non-executive Directors and is chaired by Mr. Jay Chun, the Chairman and the Managing Director of the Company.

The Nomination Committee is responsible for determining the policy for the nomination of Directors, reviewing the structure, size and composition (including the skills, knowledge and experience) of the Board regularly and making recommendations to the Board on any proposed changes to complement the Company's corporate strategy and the board diversity policy. Its duties include identification and nomination of candidates to fill casual vacancies of Directors, and recommendations to the Board on relevant matters relating to the appointment or re-appointment of Directors and succession planning for Directors, in particular, the Chairman and the chief executive of the Company.

The Board has adopted a board diversity policy of the Company (the "Board Diversity Policy") setting out the approach to diversity of members of the Board. The Company recognises and embraces the benefits of diversity of Board members. It endeavours to ensure that the Board has a balance of skills, experience and diversity of perspectives appropriate to the requirements of the Company's business. All appointments of Board members will continue to be made on a merit basis with due regard for the benefits of diversity of the Board members. Selection of candidates will be based on a range of diversity perspectives/measurable goals, including but not limited to gender, age, cultural and educational background, experience (professional or otherwise), skills and knowledge. The ultimate decision will be made upon the merits and contribution that the selected candidates will bring to the Board. The Board considered that the aforementioned measurable goals have been achieved satisfactorily during the year ended 31 December 2020, and the Board will continue to review the relevant goals from time to time to ensure its progress for achieving such goals.

PARADISE 00033208

01839

# Corporate Governance Report (Continued)

The Nomination Committee also conducts an annual review of the independence of independent non-executive Directors with consideration of those factors set forth in Rule 3.13 of the Listing Rules before confirming their independence status to the Board. The relevant independent non-executive Directors will abstain from participating in the assessments of their own independence. Particular consideration will be given in assessing the independence of those independent non-executive Directors who have been serving on the Board for more than 9 years and seeking re-election in an annual general meeting. Reasons will be given in the circular for the annual general meeting to explain why the Board believes those retiring independent non-executive Directors are still independent and should be re-elected.

During the year ended 31 December 2020, the Nomination Committee held one meeting. Members of the Nomination Committee and the attendance of each member are as follows:

| Directors | Number of attendance/ meeting |
|---|---|
| **Executive Director:** | |
| Mr. Jay Chun *(Chairman)* | 1/1 |
| | |
| **Independent Non-executive Directors:** | |
| Mr. Li John Zongyang | 1/1 |
| Ms. Tang Kiu Sam Alice | 0/1 |

During the year ended 31 December 2020, the Nomination Committee had performed the following duties:

— reviewed the structure, size, composition and diversity of the Board to ensure that it has a balance of expertise, skills, experience and diversity of perspective appropriate to the requirements for the business of the Company;

— recommended the re-election of the retiring Directors at the annual general meeting of the Company held on 21 May 2020; and

— assessed the independence of all the independent non-executive Directors.

The nomination procedures and the process and criteria adopted by the Nomination Committee to select and recommend for re-appointment of Directors during the year ended 31 December 2020 were as follows:

(1) The Nomination Committee considered each retiring Director, having due regard to the Nomination Policy, the Board Diversity Policy and the Listing Rules, and assessed the independence of each retiring independent non-executive Director, if any;

(2) The Nomination Committee made recommendations to the Board;

(3) The Board considered each retiring Director recommended by the Nomination Committee, having due regard to the Nomination Policy, the Board Diversity Policy and the Listing Rules;

(4) The Board recommended the retiring Directors to stand for re-election at the annual general meeting in accordance with the Company's Bye-laws; and

(5) The Shareholders approved the re-appointment of retiring Directors at the annual general meeting held on 21 May 2020.

PARADISE 00033209

01840

Corporate Governance Report (Continued)

## REVIEW OF AUDITED CONSOLIDATED FINANCIAL STATEMENTS BY THE AUDIT COMMITTEE

The Audit Committee has reviewed with the management and the independent auditor of the Company the audited consolidated financial statements of the Group for the year ended 31 December 2020 and the related accounting principles and practices adopted by the Group.

## INDEPENDENT AUDITOR AND ITS REMUNERATION

The statement of the independent auditor of the Company about their reporting responsibilities for the Company's consolidated financial statements for the year ended 31 December 2020 is set out in the section headed "Independent Auditor's Report" of this annual report.

The remuneration paid/payable to the independent auditor of the Company for the year ended 31 December 2020 is as follows:

| Services rendered for the Group | HK$'000 |
| --- | --- |
| Audit services | 1,980 |
| Non-audit services: Interim review for the six months ended 30 June 2020 | 500 |
| | 2,480 |

## ACCOUNTABILITY AND AUDIT

The Directors are responsible for the preparation of financial statements, annual and interim reports, inside information announcements and other disclosures which give a true and fair view of the state of affairs, the results of operations and cash flows of the Group in compliance with accounting standards, the Listing Rules, legal and all applicable statutory requirements in relation to financial reporting. The senior management of the Company has provided to the Board such explanation and information as are necessary to enable the Board to carry out an informed assessment of the financial information and position of the Company, which are put to the Board for approval.

In preparation of the consolidated financial statements for the six months ended 30 June 2020 and for the year ended 31 December 2020, the Directors have adopted suitable accounting policies and applied them consistently. The consolidated financial statements for the year ended 31 December 2020 have been prepared on a going concern basis. The Directors are not aware of any material uncertainties relating to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern.

PARADISE 00033210
01841

# Corporate Governance Report (Continued)

## COMPANY SECRETARY

During the year ended 31 December 2020, the company secretary of the Company has taken no less than 15 hours of relevant professional training.

## SHAREHOLDERS' RIGHTS

As one of the measures to safeguard Shareholders' interests and rights, separate resolutions are proposed at Shareholders' meetings on each substantial issue, including the election of individual Directors, for Shareholders' consideration and voting. All resolutions put forward at Shareholders' meetings will be voted by poll pursuant to the Listing Rules and the poll results will be published on the websites of the Stock Exchange and the Company at "www. hkexnews.hk" and "www.hk1180.com", respectively, after the relevant Shareholders' meetings.

### Right to Convene Extraordinary General Meeting

Shareholders may request to convene a special general meeting. According to Bye-law 58 of the Bye-laws of the Company, Shareholders holding as at the date of deposit of the requisition not less than one-tenth (10%) of the paid up capital of the Company carrying the right of voting at general meetings of the Company shall at all times have the right, by written requisition to the Board or the company secretary of the Company, to require a special general meeting to be convened by the Board for the transaction of any business specified in such requisition, and such meeting shall be held within two months after the deposit of such requisition. If the Board fails to proceed to convene such meeting within twenty-one days after such deposit, the requisitionists themselves may do so in accordance with the provisions of Section 74 of the Companies Act 1981 of Bermuda.

### Right to Put Enquiries to the Board

Shareholders have the right to put enquiries to the Board. All enquiries shall be in writing and sent by post, together with his/her contact details, such as postal address, email or fax, to the principal place of business of the Company in Hong Kong for the attention of the company secretary of the Company.

### Right to Put Forward Proposals at General Meetings

Shareholders may put forward proposals at general meetings of the Company by sending the same to the principal place of business of the Company in Hong Kong, specifying his/her information, contact details and the proposal(s) he/she intends to put forward at the general meeting regarding any specified transaction/business and the supporting documents.

PARADISE 00033211
01842

## Corporate Governance Report (Continued)

### COMMUNICATIONS WITH SHAREHOLDERS AND INVESTORS

The Company believes that effective communication with the Shareholders and its investors is essential for enhancing investor relations and investors' understanding of the Group's business performance and strategies. The Group also recognises the importance of transparent and timely disclosure of corporate information, which enables the Shareholders and its investors to make the best investment decision.

The Company maintains a website at "www.hk1180.com" as a communication platform with the Shareholders and its investors, where annual reports, interim reports, announcements and updates on the Company's business developments and operations and other information are available. Shareholders and investors may send written enquiries or requests to the Company as follows:

Address:     Unit C, 19th Floor, Entertainment Building, 30 Queen's Road Central, Hong Kong
Fax No.:     (852) 2620 6000
Email:       paradise.ir@hk1180.com

The Company continues to enhance communications and relationships with the Shareholders and its investors. Designated senior management of the Company maintains regular dialogue with institutional investors and analysts to keep them posted of the Company's developments. Enquiries from the Shareholders and the investors are dealt with in an informative and timely manner.

Besides, Shareholders' meetings provide an opportunity for communication between the Board and the Shareholders. Board members and appropriate senior staff of the Group are available at the meeting to answer any questions raised by the Shareholders.

### MEMORANDUM OF ASSOCIATION AND BYE-LAWS OF THE COMPANY

During the year ended 31 December 2020, no amendment was made to the Memorandum of Association and the Bye-laws of the Company.

### RISK MANAGEMENT AND INTERNAL CONTROL

The Board acknowledges that it is their responsibility to ensure that the Company establishes and maintains appropriate and effective risk management and internal control systems (the "Systems"). The Systems are designed to manage rather than eliminate risks of failure to achieve business objectives, and can only provide reasonable, but not absolute, assurance against material misstatement or loss.

PARADISE 00033212

01843

## Corporate Governance Report (Continued)

The control structure of the Group is as follows:

| The Board | • | ensures the maintenance of appropriate and effective Systems in order to safeguard the Shareholders' investment and assets of the Group; |
| --- | --- | --- |
| | • | defines management structure with clear lines of responsibility and limit of authority; and |
| | • | determines the nature and extent of significant risk that the Company is willing to take in achieving the strategic objectives and formulates the Group's risk management strategies. |
| The Audit Committee | • | oversees the Systems of the Group; |
| | • | reviews and discusses with the management of the Company at least annually to ensure that the management of the Company has performed its duty to have the effective Systems; and |
| | • | considers major findings on internal control matters and makes recommendations to the Board. |
| The management of the Company (includes heads of business units, departments and divisions) | • | designs, implements and monitors the Systems properly and ensure the Systems are executed effectively; |
| | • | monitors risk and takes measures to mitigate risks in day-to-day operations; |
| | • | gives prompt responses to, and follows up the findings on, internal control matters raised by internal auditor (if any) or the independent auditor; and |
| | • | provides confirmation to the Board on the effectiveness of the Systems. |

In addition, the Group has engaged Mazars Corporate Recovery & Forensic Services Limited to perform certain agreed-upon procedures to assist the Board in reviewing the Group's internal control systems and compliance.

PARADISE 00033213

01844

## Corporate Governance Report (Continued)

### Risk Management

The risk management process includes risk identification, risk evaluation, risk management measures and risk control and review.

The management of the Company is entrusted with duties to identify, analyse, evaluate, respond, monitor and communicate risks associated with any activity, function or process within its scope of responsibility and authority. It endeavours to evaluate and compare the level of risk against predetermined acceptable levels of risk. For risk control and monitoring, it involves making decisions regarding which risks are acceptable and how to address those that are not. The management of the Company will develop contingency plans for possible loss scenarios. Accidents and other situations involving loss or near-loss will be investigated and properly documented as part of the effort to manage risks.

Certain significant risks have been identified through the process of risk identification and assessment. Such significant risks of the Group and their respective key strategies/control measures are set out below:

(a) Adverse changes and volatility in economic conditions globally (including the PRC and the U.S.), outbreak of highly infectious diseases and adverse changes in laws, rules and regulations and policies and practices implemented by the governments of the relevant countries and regions (including the PRC and the U.S.), which would have an adverse impact on the gaming and travel related activities in Macau and the demand for the electronic gaming equipment and systems of the Group in the relevant countries and regions (in particular, Macau and the U.S.).

The Group's control measures are as follows:

- To stay alert to changes in economic and public health conditions globally and changes in laws, rules and regulations and policies and practices, and to adjust business strategic plans to cope with these changes;

- To expand the Group's business and to broaden the gaming patron base; and

- To control expenses and manpower or to re-allocate resources in an efficient manner without affecting the quality of the Group's products and services.

(b) Ever increasing competition in the gaming industry, in particular (i) due to the opening of more casinos and the upgrading of existing casinos by competitors (as well as increasing number of gaming tables and machines at existing casinos) in Macau and other Asian countries (e.g. Malaysia, Singapore, Vietnam and Cambodia); and (ii) from other gaming equipment and system suppliers globally. There is no assurance that the growth of the gaming industry in Macau would increase in line with or outpace the supply of gaming tables and machines in Macau.

The Group's control measures are as follows:

- To expand the Group's business and to broaden the gaming patron base;

- To improve marketing strategy and enhance promotions and publicities from time to time in order to encourage existing gaming patrons to come back to the casinos under the Group's management and attract new patrons from around the world;

PARADISE 00033214

01845

## Corporate Governance Report (Continued)

- To be responsive to the feedbacks of its customers on the electronic gaming equipment and systems sold or leased and to customise its electronic gaming equipment and systems according to the specific needs of its customers; and

- To collaborate with IGT in distributing the related electronic gaming equipment and systems worldwide (except Macau).

(c) Reliance on the concession contract between the Macau government and SJM (pursuant to which Casino Kam Pek Paradise is licensed for operation) and the existing service agreement of the Group whereby the Group provides casino management services at Casino Kam Pek Paradise. There is possibility of termination/non-renewal of, or unfavourable changes in the terms of, the concession contract and/or the services agreement for whatever reasons.

The Group's control measures are as follows:

- To stay alert to changes in laws, rules and regulations and policies and practices, and to adjust business strategic plans to cope with these changes; and

- To keep close communications with SJM in this respect.

(d) The possible infringement of patents and other intellectual property of the Group (collectively the "IPs") by competitors and third parties, the expiry of the IPs (whereby competitors and third parties are no longer prohibited from using the IPs), and the fast changing technology rendering the IPs obsolete, which may result in a decrease in the value of the IPs and thereby a decrease in demand of the related electronic gaming equipment and systems of the Group (collectively the "Products"). High popularity of the Products in Macau does not mean the same level of popularity in other countries and regions.

The Group's control measures are as follows:

- To monitor any infringement of the IPs and to take appropriate actions to protect its interest;

- To collaborate with IGT to speed up the distribution of the related electronic gaming equipment and systems around the world (except Macau);

- To continuously invest in research and development to keep pace with the fast-changing technology; and

- To modify the Products and to launch more new products to meet the preference of gaming patrons in other countries and regions.

PARADISE 00033215

01846

## Corporate Governance Report (Continued)

(e)   Hacking, software and hardware errors and fraudulent manipulation of the Products, which may have an adverse impact on the reputation and profitability of the Group.

The Group's control measure is as follows:

- To monitor and improve the built-in computerised features of the Products whenever necessary in order to safeguard against the risks of human errors and fraud.

(f)   Failure to attract, retain and motivate key employees and consultants of the Group, in particular qualified executives with vast knowledge, experience and connections in the gaming industry and those for inventing new patents and technology.

The Group's control measures are as follows:

- To offer competitive remuneration packages for the suitable candidates identified; and

- To offer share options and share awards in the Shares of the Company to those key employees and consultants as and when the Board deems appropriate.

(g)   No control over the performance of business partners, in particular original equipment manufacturers ("OEM") for the manufacture of the Products and IGT for the distribution of the Products around the world (except Macau), which may have an adverse impact on the quality, production capacity availability and delivery schedules of the Products.

The Group's control measure is as follows:

- To work closely with OEM and IGT such that the Group can detect any problems at the earliest instance and adopt remedial measures promptly.

(h)   Capital risk and financial risks as set out in notes 36 and 37 to the consolidated financial statements, respectively.

The Group's control measure is as follows:

- To stay alert to such risks and to adjust business strategic plans to cope with such risks.

PARADISE 00033216

01847

## Corporate Governance Report (Continued)

### Internal Control

The Board acknowledged that the management of the Company has been progressively implementing an adequate internal control system to ensure the effective functioning of the Group's operational, financial and compliance areas, including the following key measures, policies and procedures:

(a)   Financial reporting management:

- Proper controls are in place for the recording of complete, accurate and timely accounting and management information;

- Regular reports on revenue and debtors' ageing, and internal financial reports are prepared to the management of the Company which give a balanced and understandable assessment of the Group's financial performance;

- Timely updates on internal financial statements are provided to the Directors which give a balanced and understandable assessment of the Group's performance, position and prospects with sufficient details; and

- Annual audit is carried out by the independent auditor of the Company to ensure that the annual consolidated financial statements are prepared in accordance with generally accepted accounting principles, the Group's accounting policies and the applicable laws and regulations.

(b)   Systems and procedures on disclosure of inside information: It is to ensure, with the assistance of an internal work team (if required), that any material information which comes to the knowledge of any one or more officers should be promptly identified, assessed and escalated (where appropriate) for the attention of the Board.

(c)   Policies and practices on compliance with legal and regulatory requirements: It shall be reviewed and monitored regularly by the Board.

(d)   Continuing connected transactions: The Audit Committee shall monitor, control and review continuing connected transactions of the Company regularly and ensure proper compliance with the Listing Rules and all other relevant laws and regulations from time to time.

The Board and the Audit Committee review the Group's Systems on an annual basis.

During the year ended 31 December 2020, the Board and the Audit Committee reviewed the Group's Systems and are not aware of any material risks, deficiencies and issues that would have an adverse impact on the effectiveness and adequacy of the Systems and the operations of the Group.

In addition, the Audit Committee has reviewed and is satisfied with the adequacy of resources, staff qualifications and experience, training programmes and budget of the Company's accounting, internal audit and financial reporting functions.

PARADISE 00033217

01848

# Environmental, Social and Governance Report

In accordance with the requirements set forth in Appendix 27 — Environmental, Social and Governance Reporting Guide (the "ESG Reporting Guide") to the Listing Rules, the Group hereby presents the ESG report for the year ended 31 December 2020.

## ESG GOVERNANCE

The Group is of the belief that good and effective ESG measures are important to the sustainable development of our business and of our community. The Board is responsible for the Group's ESG strategy and reporting, including evaluating and determining ESG-related risks and ensuring that appropriate and effective ESG risk management and internal control systems are in place. In this connection, an ESG team whose members have equipped with requisite knowledge on ESG issues, reporting to the Board, is formed to discharge the tasks in identifying and understanding the main concerns and material interests of the Company's stakeholders for the ESG report. The Group aspires to create long-term value for our stakeholders that is in line with the sustainable and responsible growth of our business, and we believe that transparency and accountability are important foundations for building trust with our stakeholders. The ESG team members strive to maintain an open and transparent dialogue with various stakeholders including employees, customers, suppliers, Shareholders, investors, media and local communities for the purpose of conducting ESG evaluation and materiality assessments, both internal and external. The ESG team members will, if they think fit, engage our key stakeholders on a regular basis across various platforms, such as meetings, interviews, surveys and workshops to gauge their expectations and feedback on how we could address ESG issues in the best manner. For instance, the ESG team members target to meet the employees from different departments to drive implementation, review their operations in order to identify relevant ESG issues and assess their materiality based on their impact to our businesses as well as the stakeholders.

Based on the inputs of our key stakeholders, the ESG team prioritises aspects relating to environmental discharges, use of resources, employment and labour standards, operating practices and community investment. Key initiatives and measures adopted by the Group are summarised in the rest of this ESG report. ESG performance is measured, reviewed and reported to management regularly for continuous improvement. The Board oversees the directions and performance of our ESG practices to ensure that they are in line with the operations of the Group and the disclosure requirements.

## SCOPE OF REPORTING AND REPORTING PERIOD

This ESG report outlines the policies, initiatives and performance of the Group's core business operations. In connection with the ESG report for the year ended 31 December 2019, the scope of reporting included the Group's provision of casino management services in the two stand-alone satellite casino properties in Macau, namely, Casino Kam Pek Paradise and Casino Waldo, throughout 2019. The key performance indicators ("KPIs") disclosed in the ESG report for the year ended 31 December 2019 covered both Casino Kam Pek Paradise and Casino Waldo. On 29 February 2020, the contract for the Group's provision of casino management services in Casino Waldo expired and our provision of casino management services in Casino Waldo terminated since 1 March 2020. The Group's provision of casino management services in Casino Waldo in 2020 was not considered to be material. Accordingly, this ESG report covers only our operations in Casino Kam Pek Paradise, the casino under the Group's management in Macau throughout 2020. The KPIs, including the comparative figures, disclosed in this ESG report for the year ended 31 December 2020 cover Casino Kam Pek Paradise only, unless otherwise specifically stated.

This ESG report describes the ESG activities, challenges and measures taken by the Group during the year ended 31 December 2020.

PARADISE 00033218

01849

# Environmental, Social and Governance Report (Continued)

## STAKEHOLDER ENGAGEMENT

Through discussions with internal staff and external suppliers and external organisations, we have identified our employees, patrons, our customers and our suppliers as our key stakeholders. We consider our key stakeholders as valued partners and have set up strategic and collaborative business relationships to better understand their respective needs. Through our communication channels with the stakeholders, we map out and prioritise our ESG issues and enhance our understanding of the views and expectations of our stakeholders, enabling us to better assess and manage the impact of our activities.

## MATERIALITY ASSESSMENT

After discussion with the key stakeholders, the ESG team has prepared a materiality matrix for the purpose of materiality assessment. The result of the materiality assessment advises the Group that material ESG issues of Casino Kam Pek Paradise are as follows:

—    Employment

—    Labour standards

—    Development and training

—    Health and safety

—    Anti-corruption

—    Responsible gaming

—    Data privacy

—    Emissions

These material ESG issues will be discussed in this ESG report.

## A.    ENVIRONMENTAL

The Group has established environmental policies aiming to lessen its impact on the environmental and natural resources by using its resources more efficiently, and by monitoring and minimising its energy consumption and thereby reducing emissions as practicable as possible. The Group's environmental policies cover material environmental issues including emissions, use of resources and other environmental impacts, and are further described in the sections below in respect of Casino Kam Pek Paradise. The Group complies with relevant environmental laws and regulations in Macau and did not note any cases of material non-compliance during the year ended 31 December 2020.

PARADISE 00033219

01850

# Environmental, Social and Governance Report (Continued)

## A. ENVIRONMENTAL (Continued)

### A1  Emissions

#### A1.1 Air Emissions

*Emissions Data from Gaseous Fuel Consumption*

As the Group is principally engaged in the provision of casino management services as well as the development, sale and leasing of electronic gaming equipment and systems, consumption of towngas and liquefied petroleum gas in the operation of Casino Kam Pek Paradise are considered insignificant. Accordingly, emission data in this respect is not provided in this ESG report.

*Emissions Data from Vehicles*

Air emissions from operations of Casino Kam Pek Paradise are mainly generated from vehicles. In order to improve air quality, the Group aims to reduce air emissions generated from its operations. Considering that Casino Kam Pek Paradise locates in the city of the Macau Peninsula where is supported by good network of public transport facilities with close proximity, it currently does not provide shuttle bus services connecting passengers, for instance, between border gates and the casino. The reduction of such shuttle bus operation reduces traffic and emissions on roads. For the purpose of compliance with the disclosure requirements under the ESG Reporting Guide, details of air emissions data for the year ended 31 December 2020 in respect of Casino Kam Pek Paradise are as follows:

| Type of emissions | Unit | 2020 | 2019 |
|---|---|---|---|
| Nitrogen oxides ($NO_x$) | Kg | 18 | 23 |
| Sulphur oxides ($SO_x$) | Kg | 1 | 1 |
| Particulate matter (PM) | Kg | 1 | 2 |
| Total emissions | Kg | 20 | 26 |
| Emissions per sq. ft. | Kg/sq. ft. | 0.0001 | 0.0001 |

Remark:   The emissions data shown and emission factors applied in this ESG report are provided with reference to the emission factors set out in the document known as "How to prepare an ESG Report Appendix 2: Reporting Guidance on Environmental KPIs" which is available on the website of the Stock Exchange (the "HKEX Guidance Document") and relevant emission factors in Macau.

For the year ended 31 December 2020, air emissions from vehicles of Casino Kam Pek Paradise generally decreased when compared to those of 2019 which was mainly due to decrease in casino patrons during the year which in turn was caused by the various measures (including suspension of casino operation, cross-border travel restrictions, quarantine requirement, limitation of numbers of gaming tables and machines in operation in casinos, etc.) to contain the spread of Covid-19 in Macau and also the effort of the Group to minimise the use of vehicles to save its operating costs. By the year ending 31 December 2021, we target to maintain or where possible reduce air emissions of Casino Kam Pek Paradise to such similar level before the outbreak of the pandemic, assuming Macau would recover generally from the pandemic.

PARADISE 00033220

01851

# Environmental, Social and Governance Report (Continued)

## A. ENVIRONMENTAL (Continued)

### A1 Emissions (Continued)

#### A1.2 Greenhouse Gas Emissions

With reference to HKEX Guidance Document, greenhouse gas ("GHG") emissions (direct and indirect) can be broadly classified into the following separate scopes:

Scope 1 — Direct emissions from operations that are owned or controlled by the Group. The main source of direct emission of Casino Kam Pek Paradise is consumption of gasoline and diesel by vehicles controlled by the Group;

Scope 2 — Energy indirect emissions resulting from the electricity purchased; and

Scope 3 — Other indirect emissions that occur outside the reporting entity, including upstream and downstream emissions.

The main sources of GHG emissions arising from our business activities in respect of Casino Kam Pek Paradise for the year ended 31 December 2020 are the consumption of gasoline, diesel and electricity purchased from power companies. As the Group is principally engaged in the provision of casino management services as well as the development, sale and leasing of electronic gaming equipment and systems, other indirect emissions under Scope 3 that occur outside the Group are insignificant and accordingly, emission data under Scope 3 is not provided in this ESG report.

GHG emission data, measured in terms of carbon dioxide equivalent ("$CO_2e$"), of Casino Kam Pek Paradise for the year ended 31 December 2020 are as follows:

|  |  | Unit | 2020 | 2019 |
|---|---|---|---|---|
| Scope 1 | Gasoline and diesel consumed by vehicles | Ton | 88 | 114 |
| Scope 2 | Electricity purchased | Ton | 4,005 | 4,343 |
|  | Total emissions | Ton | 4,093 | 4,457 |
|  | Emissions per sq. ft. | Kg/sq. ft. | 28.1 | 30.6 |

Scope 1 and Scope 2 emissions of Casino Kam Pek Paradise decreased by 22.8% and 7.8%, respectively, in 2020 when compared to those in 2019. Decrease in gasoline and diesel consumed by vehicles by Casino Kam Pek Paradise in 2020 was mainly due to decrease in casino patrons during the year as explained in A1.1 above while less electricity purchased in 2020 was mainly due to suspension of casino operation in February 2020 and limitation of numbers of gaming tables and machines in operation in the casino during the year and also the effort of the Group to minimise the use of electricity to save its operating costs. By the year ending 31 December 2021, we target to maintain or where possible reduce GHG emissions of Casino Kam Pek Paradise to such similar level before the outbreak of the pandemic, assuming Macau would recover generally from the pandemic.

PARADISE 00033221

01852

# Environmental, Social and Governance Report (Continued)

## A.  ENVIRONMENTAL (Continued)

### A1  Emissions (Continued)

#### A1.3 Hazardous Waste

Since the Group is principally engaged in the provision of casino management services as well as the development, sale and leasing of electronic gaming equipment and systems, no significant hazardous wastes and pollutants such as hazardous chemicals are discharged due to its business nature and accordingly, such hazardous waste data is not provided in this ESG report.

#### A1.4 Non-hazardous Waste

In view of the principal business operations of Casino Kam Pek Paradise and also the measures adopted by the Group to mitigate non-hazardous as further described in Section A1.6 below, non-hazardous wastes produced such as paper waste and water waste are insignificant. Accordingly, data of non-hazardous waste is not provided in this ESG report.

#### A1.5 Measures to Mitigate Emissions

The main source of emissions of Casino Kam Pek Paradise is the use of energy. The Group is committed to reducing our emissions through our resource efficiency initiatives wherever possible. For instance, the Group notes that the carbon footprint produced by business trips shall increase GHG emissions although its impact is not significant as far as the business of the Group is concerned. As part of the Group's green policy, employees of the Group are encouraged to reduce and minimise business trips unless they are strictly necessary. Audio or video conferencing facilities are installed in the offices and certain meetings by means of audio or video conference have been conducted in lieu of physical conferences. In addition, there have been cross-border travel restrictions and quarantine requirements imposed by many countries since the outbreak of Covid-19 in early 2020. As a result, physical business trips for the Group in 2020 were insignificant, and so as GHG emissions in this respect. The Group has also adopted various energy-saving initiatives to reduce the emissions. Please refer to the Section A2 "Use of Resources" below for details.

#### A1.6 Measures to Mitigate Non-hazardous Waste

The Group, as well as Casino Kam Pek Paradise, has managed to keep their level of non-hazardous waste low as a result of the Group's policy in reducing wastes. In order to reduce paper waste, the Group advocates the policy "Reduce, Reuse and Recycle", and encourages its staff to reduce paper usage and recycle paper waste where possible. For example, the use of recycled papers and double-sided printing and photo-copying are adopted and publications of the Group including the Group's Interim Report 2020 and Annual Report 2019, etc., were made of papers certified by the Forest Stewardship Council. Moreover, waste toner cartridges are recycled. Paperless approval processes and paperless meetings are adopted to reduce the use of photocopy papers where applicable. On the other hand, in order to reduce waste plastic bottles (from bottles of distilled water provided to casino patrons), there are water bars in Casino Kam Pek Paradise, where hot water, distilled water dispenser and reusable metallic cups are provided to casino patrons. Since the adoption of water bars, waste plastic bottles have been reduced drastically. By the year ending 31 December 2021, we target to maintain or where possible reduce non-hazardous waste of Casino Kam Pek Paradise to such similar level before the outbreak of the pandemic, assuming Macau would recover generally from the pandemic.

PARADISE 00033222
01853

# Environmental, Social and Governance Report (Continued)

## A.  ENVIRONMENTAL (Continued)

### A2  Use of Resources

#### A2.1 Energy Consumption

Direct and/or indirect energy consumed by Casino Kam Pek Paradise for the year ended 31 December 2020 are as follows:

| Type | Unit | 2020 | 2019 |
|---|---|---|---|
| Consumption: | | | |
| Gasoline | Litre | 30,402 | 39,608 |
| Diesel | Litre | 2,199 | 2,441 |
| Electricity purchased | Kwh | 11,030,090 | 11,961,505 |
| | | | |
| Intensity: | | | |
| Gasoline | Litre/sq. ft. | 0.21 | 0.27 |
| Diesel | Litre/sq. ft. | 0.02 | 0.02 |
| Electricity purchased | Kwh/sq. ft. | 75.60 | 81.99 |

Consumptions of gasoline and diesel in Casino Kam Pek Paradise decreased by 23.2% and 9.9% in 2020, respectively, when compared to those in 2019. The quantity of electricity purchased decreased by 7.8% in 2020 when compared to that of 2019. The decrease in energy consumption and also the related intensity of Casino Kam Pek Paradise in 2020 mainly due to decrease in casino patrons during the year which in turn was caused by the various measures (including suspension of casino operation, cross-border travel restrictions, quarantine requirement, limitation of numbers of gaming tables and machines in operation in casinos, etc.) to contain the spread of Covid-19 in Macau and also the effort of the Group to minimise energy consumption to save its operating costs. By the year ending 31 December 2021, we target to maintain or where possible reduce consumption of gasoline, diesel and electricity of Casino Kam Pek Paradise to such similar level before the outbreak of the pandemic, assuming Macau would recover generally from the pandemic.

#### A2.2 Water Consumption

Water consumed by Casino Kam Pek Paradise for the year ended 31 December 2020 is as follows:

| | Unit | 2020 | 2019 |
|---|---|---|---|
| Water consumed | $M^3$ | 205.8 | 327.6 |
| Intensity of water consumed | $M^3$/sq. ft. | 0.001 | 0.002 |

Compared with 2019, the consumption of water in Casino Kam Pek Paradise in 2020 decreased by 37.2%. The decrease was mainly due to decrease in casino patrons during the year which in turn was caused by the various measures (including suspension of casino operation, cross-border travel restrictions, quarantine requirement, limitation of numbers of gaming tables and machines in operation in casinos, etc.) to contain the spread of Covid-19 in Macau and also the effort of the Group to minimise the water to save its operating costs. By the year ending 31 December 2021, we target to maintain or where possible reduce water consumption of Casino Kam Pek Paradise to such similar level before the outbreak of the pandemic, assuming Macau would recover generally from the pandemic.

PARADISE 00033223

01854

## Environmental, Social and Governance Report (Continued)

### A.  ENVIRONMENTAL (Continued)

#### A2  Use of Resources (Continued)

##### A2.3 & A2.4   Energy and Water Efficiency Initiatives

To reduce the Group's negative impact on the environment, the Group sets out policy for effective use of resources in order to protect the environment and make its business operations more cost-efficient. The Group has implemented green office practices in order to minimise the use of resources like paper, electricity and water, wherever possible.

The Group's green measures include double-sided printing, the use of energy-saving lightings such as light-emitting diode ("LED") lightings both on the sign boards and at Casino Kam Pek Paradise, and reducing energy consumption by switching off idle lightings, computers and electrical appliances, etc. In order to save electricity consumed, the indoor temperature in Casino Kam Pek Paradise is maintained at reasonable level in order to avoid over usage of air-conditioning and electricity. Moreover, labels reminding employees to save energy are placed close to the switches.

In order to reduce consumption of paper, collection boxes have been put in place to collect single-side used papers for reuse as draft papers and other scrap papers for recycling. Staff are reminded of the necessity in email communications before printing out in hard copies to reduce unnecessary paper usage. Moreover, paperless approval processes are adopted for the purpose of reducing use of paper.

In order to reduce consumption of water, the data of water consumption pattern in respect of Casino Ka Pek Paradise were collected and analysed. Water bars are installed in the Group's casinos where hot water, distilled water dispenser and reusable metallic cups are provided to casino patrons. Under such arrangement, water is consumed by patrons on an as-needed basis by the adoption of water bars, as opposed to constraining patrons' consumption of bottled water which may be beyond their needs. As a result of such policies, consumption of water has been reduced drastically.

Since there are no rivers within the territory of Macau where Casino Kam Pek Paradise operates, the facilities of rainwater storage are very limited. The main source of water in Macau is supplied from Zhuhai, with Xijiang River as the source. The water source in Macau is generally considered to be in low risk of lack of potable water supply. Casino Kam Pek Paradise did not have any material concerns with respect to sourcing potable water we require for our operations during the year ended 31 December 2020.

By the year ending 31 December 2021, we target to maintain or where possible reduce consumption of gasoline, diesel, electricity, water and emissions of the Group including Casino Kam Pek Paradise to such similar level before the outbreak of the pandemic, assuming Macau would recover generally from the pandemic.

##### A2.5 Packaging Material

In view of the business nature of Casino Kam Pek Paradise being mainly the provision of casino management services, the packaging material used for finished products is not significant and accordingly, such packaging material data is not provided in this ESG report.

PARADISE 00033224

01855

# Environmental, Social and Governance Report (Continued)

## A. ENVIRONMENTAL (Continued)

### A3 The Environment and Natural Resources

The Group recognises the responsibility in managing the Group's impact on the environment. For this reason, the Group has adopted series of initiatives as set out above in order to minimise emissions and consumption of energy and resources. The Group closely monitors the utilisation of resources and shall take appropriate actions to seek opportunities for increasing operating efficiency in order to reduce the consumption of non-renewable resources where possible. The Group shall assess the environmental risks of the Group's operations and ensure the Group's compliance with relevant laws and regulations in Macau from time to time. During the year ended 31 December 2020, the Group did not recognise any significant non-compliance with relevant laws and regulations in Macau in this aspect.

#### Indoor Air Quality
In order to improve quality of air in Casino Kam Pek Paradise for the health of the patrons and the Group's staff, the Group has installed air-purifiers. The Group is committed to complying with relevant prevailing laws and requirements and adhering to the Regime of Tobacco Prevention and Control requirements imposed by the relevant Macau government authority.

The Group did not note any cases of material non-compliance with Air Pollution Control Ordinance and Water Pollution Control Ordinance of Hong Kong or the applicable legislation in Macau regarding the Group's operations during the year ended 31 December 2020.

## B. SOCIAL

### B1 Employment

Employees are the greatest asset of the Group. The Group strives to attract, recruit, retain and train its employees. Employee handbooks have been established, with sets of policies to govern employees' affairs such as recruitment, payroll, working hours, rest periods, termination and rules of conduct. The Group's offices in Hong Kong and Macau are in compliance with the relevant labour laws and regulations in Hong Kong and Macau, respectively.

The Group recognises the importance of maintaining a stable staff force for its continued success. Staff remuneration is determined by reference to personal qualifications, performance, relevant experience, responsibilities and market trends. Discretionary bonuses are granted to employees based on merit and in accordance with industry practice. Other benefits including share options, share awards, subsidised medical care, pension funds and sponsorship for external education and training programmes are offered to employees.

The Group respects cultural diversity and is committed to provision of working environment which is free from all forms of discrimination (i.e. age, religion, gender, pregnancy, marital status, disability, family status and race). Therefore, any employee dismissal due to discrimination or unlawful reasons is forbidden in the Group. Besides, opportunities for hiring, training and promotion are equal and open to all qualified candidates or employees and the Group has developed a systematic and objective evaluation mechanism to assess their performance based on qualifications, work experience, skills and abilities. When a position becomes available, we prefer internal promotion (where possible) rather than external recruitment.

PARADISE 00033225
01856

## Environmental, Social and Governance Report (Continued)

### B. SOCIAL (Continued)

#### B1 Employment (Continued)

The Group strives to maintain the work-life balance of its employees by establishing fair and reasonable working hours and leave policy to ensure that employees have sufficient time for rest and leisure. For the betterment of harmonious relationship between the employees across departments and offices, the Group provides various social activities to its employees where appropriate.

The Group did not note any cases of material non-compliance with the "Labour Relations Law" of the Labour Affairs Bureau of Macau and the "Labour Legislation" of Labour Department of Hong Kong during the year ended 31 December 2020.

#### B2 Health and Safety

The Group strives to provide a safe working environment for all employees. Auxiliary facilities and protective equipment are provided to the employees in order to reduce the possibilities of injury. Training courses on fire extinguishing and escape exercises are held regularly. All cases of injury, if any, are required to be reported to the head office for assessment of the cause of injury, consideration of corresponding preventive measures and to ensure proper handling of the cases in compliance with relevant regulations.

The Group did not note any cases of material non-compliance with the Occupational Safety and Health Ordinance of Hong Kong or the applicable legislation in Macau during the year ended 31 December 2020.

#### B3 Development and Training

The Group strives to improve employee's knowledge and skills for discharging their duties at work and to make them valuable assets to the Group, with a view to promoting the long-term development of its employees. For this reason, vocational training courses are provided to the employees, for example, anti-money laundering courses are provided to employees in Macau. The Group also sponsored the employees for external training courses and part-time degree courses towards certain selected employees in 2020.

#### B4 Labour Standards

##### Anti-Child and Forced Labour

The Group strictly prohibits the use of child and forced labour in the Group's operations or activities. The Group's operations strictly comply with local labour laws and regulations. Forcing labour to work by means of physical punishment, abuse, involuntary servitude, peonage or trafficking is strictly forbidden. Employment of any person who is under the age as set forth by the local labour law is prohibited, including but not limited to hiring for the gaming areas in respect of Casino Kam Pek Paradise. The Group formally requires all job applicants to present their identity card when they attend recruitment interview.

The Group did not note any cases of material non-compliance with the "Labour Relations Law" of the Labour Affairs Bureau of Macau and the "Labour Legislation" of Labour Department of Hong Kong during the year ended 31 December 2020.

PARADISE 00033226

01857

# Environmental, Social and Governance Report (Continued)

## B.  SOCIAL (Continued)

### B5  Supply Chain Management

The Group promotes green and environmental-friendly procurement in its operations. Suppliers using recycled materials and products made of recycled material are preferred, in order to promote green products. The suppliers are required to adhere to the Group's ESG policies including but not limited to:

— Provision of safe working environment;

— Prohibition of child and forced labour;

— Certified green products preferred;

— Fair wages and fair working environment without discrimination; and

— Compliance with or exceeding all relevant laws, regulations, and codes of conduct or practice.

In light of this policy, photocopiers of less consumption of energy and less emissions of carbon are adopted by the Group including Casino Kam Pek Paradise.

### B6  Product Responsibility

#### Responsible Gaming

As a group engaged in the provision of casino management services, the Group is committed to promoting responsible gaming and supporting Macau government's relevant measures. The Group promotes responsible gaming in a variety of ways, including:

— Notice boards, kiosks and posters are in place in Casino Kam Pek Paradise to improve the awareness of problem gaming among the Group's employees and the patrons;

— Staff of Casino Kam Pek Paradise are prohibited at all times from gambling at any gaming venue pursuant to Macau's Law No. 10/2012 (Amended by Law No. 17/2018) — Regulating the Conditions of Entering, Working and Gaming at Casinos;

— The Group shall also seek suitable opportunities to take part in the events with non-profitable or charitable organisations and academic institutions in Macau to alleviate the adverse social impact as a result of problem gaming;

— Providing our employees with training on responsible gaming as part of their orientation; and

— Assisting our customers in obtaining information about responsible gaming.

#### Data Privacy

The Group understands the importance of data privacy. The Group is committed to protecting the privacy of its customers in collection, processing and use of their personal data. The Group has adopted policies on consumer data protection in compliance with relevant laws and regulations in Macau and Hong Kong. Training courses on data privacy and protection of data have been conducted. The Group did not note any cases of material non-compliance with the Personal Data (Privacy) Ordinance of Hong Kong and the Personal Data Protection Act of Macau in relation to data privacy during the year ended 31 December 2020.

PARADISE 00033227

01858

## Environmental, Social and Governance Report (Continued)

### B. SOCIAL (Continued)

#### B7 Anti-corruption

The Group believes that honesty, integrity and fairness are of vital importance to its business operations. The Group does not tolerate corruption, bribery, money-laundering and other fraudulent activities in its operations. All employees of the Group are expected to adhere to our standards of ethical, personal and professional conduct serving with integrity and honesty.

Training on anti-money laundering, anti-bribery and anti-corruption are provided to employees. Moreover, there are whistle-blowing procedures stated in the staff handbook which provides a private communication channel to all staff to report suspicious fraudulent actions to the Group's management directly. Review of the effectiveness of the internal control systems is also conducted on a regular basis for prevention of corruption.

The Group did not note any cases of material non-compliance with the relevant Prevention of Bribery Ordinance and Anti-money Laundering Ordinance of Hong Kong and Macau during the year ended 31 December 2020.

#### B8 Community Investment

It is the Group's policy on the community engagement to understand the needs of the communities where the Group operates and to support and sponsor charitable activities where appropriate after taking into consideration of the communities' interests.

For the benefit of the Macau community in advancing arts, culture and sports, the Group has been supporting and sponsoring a variety of activities to attain social harmony. The Group has also set up a showroom for non-gaming attraction known as "Street Steel — Heavy Metal Bike Gallery Macau" in Casino Kam Pek Paradise with more than 20 collectable luxury motorbikes, which is free for public visit. The Group is also dedicated to supporting the advancement of education for young people, helping them establish a strong and solid foundation of their chosen careers. During the year ended 31 December 2020, the Group offered scholarships to eligible students of the Macau Polytechnic Institute. The Group will continue to look for opportunities to support selected universities and institutions in Macau to develop local talents for the betterment of Macau in advancing its competitiveness in the long run.

PARADISE 00033228
01859

# Independent Auditor's Report

# Deloitte.  德勤

**TO THE SHAREHOLDERS OF PARADISE ENTERTAINMENT LIMITED**
*(incorporated in Bermuda with limited liability)*

## OPINION

We have audited the consolidated financial statements of Paradise Entertainment Limited (the "Company") and its subsidiaries (collectively referred to as the "Group") set out on pages 67 to 141, which comprise the consolidated statement of financial position as at 31 December 2020, and the consolidated statement of profit or loss, consolidated statement of profit or loss and other comprehensive income, consolidated statement of changes in equity and consolidated statement of cash flows for the year then ended, and notes to the consolidated financial statements, including a summary of significant accounting policies.

In our opinion, the consolidated financial statements give a true and fair view of the consolidated financial position of the Group as at 31 December 2020, and of its consolidated financial performance and its consolidated cash flows for the year then ended in accordance with Hong Kong Financial Reporting Standards ("HKFRSs") issued by the Hong Kong Institute of Certified Public Accountants ("HKICPA") and have been properly prepared in compliance with the disclosure requirements of the Hong Kong Companies Ordinance.

## BASIS FOR OPINION

We conducted our audit in accordance with Hong Kong Standards on Auditing ("HKSAs") issued by the HKICPA. Our responsibilities under those standards are further described in the Auditor's Responsibilities for the Audit of the Consolidated Financial Statements section of our report. We are independent of the Group in accordance with the HKICPA's Code of Ethics for Professional Accountants (the "Code"), and we have fulfilled our other ethical responsibilities in accordance with the Code. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

## KEY AUDIT MATTERS

Key audit matters are those matters that, in our professional judgment, were of most significance in our audit of the consolidated financial statements of the current period. These matters were addressed in the context of our audit of the consolidated financial statements as a whole, and in forming our opinion thereon, and we do not provide a separate opinion on these matters.

PARADISE 00033229
01860

## Independent Auditor's Report (Continued)

| Key audit matter | How our audit addressed the key audit matter |
|---|---|

**Impairment assessment of the intangible asset and property, plant and equipment allocated to the cash-generating unit comprising the patent for the computerised gaming system for operating multi-gambling games in Macau (the "Macau Patent CGU")**

We have identified the Group's impairment assessment of the Macau Patent CGU as a key audit matter due to the significant level of management judgment and inherent uncertainty involved in determining the recoverable amounts of the non-current assets allocated to the Macau Patent CGU.

As set out in notes 16 and 14 to the consolidated financial statements, as at 31 December 2020, the intangible asset of HK$56.6 million representing a patent for a computerised gaming system to operate multi-gambling games on electronic gaming equipment in certain casinos in Macau, and property, plant and equipment of HK$45.5 million, respectively, are allocated to the Macau Patent CGU.

The recoverable amount of the Macau Patent CGU is the estimated value in use determined by the directors of the Company based on the present value of estimated future net cash flows to be generated over the remaining license period and, with reference to the valuation report prepared by an independent professional valuer, which was approved by the directors of the Company. The key assumptions adopted by the directors of the Company in the value in use calculation are the growth rates of revenue and costs, working capital needs and pre-tax discount rate.

In the opinion of the directors of the Company, apart from an impairment loss of HK$3.0 million was recognised for certain gaming equipment and systems upon the Group's cessation of provision of casino management service in Casino Waldo during the year ended 31 December 2020, no further impairment loss was identified on the intangible asset and the remaining related property, plant and equipment as at 31 December 2020.

Our procedures in relation to the impairment assessment of the intangible asset and property, plant and equipment allocated to the Macau Patent CGU included:

- Obtaining an understanding of the impairment assessment process used by the directors and the external valuer to estimate the recoverable amounts based on a value in use calculation;

- Assessing the competence, capabilities and objectivity of the independent professional valuer;

- Assessing the reasonableness of the key assumptions adopted by the directors of the Company in determining the recoverable amount of the Macau Patent CGU, including growth rates of revenue and costs and working capital needs with regards to the Group's strategic plans and changes in market conditions;

- Assessing the reasonableness of the discount rate applied in the value in use calculation by developing independent expectations for the discount rate based on market data and certain company specific input data, with the involvement of our valuation specialist;

- Evaluating the historical accuracy and reasonableness of the value in use calculation by comparing the historical cash flow forecasts with the actual performance of the Macau Patent CGU;

- Understanding the key assumptions applied to the valuation with reference to available market data; and

- Evaluating whether the disclosures are appropriately made in accordance with the Hong Kong Accounting Standard ("HKAS") 16 "Property, Plant and Equipment", HKAS 36 "Impairment of Assets" and HKAS 38 "Intangible Assets".

PARADISE 00033230

01861

# Independent Auditor's Report (Continued)

| Key audit matter | How our audit addressed the key audit matter |
|---|---|

### *Estimation of write-down amount of trading goods*

We have identified the estimation of the write-down amount of trading goods as a key audit matter due to the estimation uncertainty inherent in determining the write-down amount for slow-moving and obsolete trading goods. As at 31 December 2020, the carrying amount of trading goods, after the write-down amount of HK$6.7 million was HK$18.5 million.

As disclosed in note 4 to the consolidated financial statements, the directors of the Company identify slow-moving and obsolete trading goods with reference to an aged analysis and determines the amount based on the Group's assessment of the technical specification and saleability of the trading goods.

Our procedures in relation to the estimation of the write-down amount of trading goods included:

- Obtaining an understanding of the Group's write-down policy for trading goods and evaluating the Group's process in identifying slow-moving and obsolete trading goods in determining the write-down amounts for those trading goods;

- Checking the accuracy of the aged analysis for trading goods used by directors of the Company to determine the write-down amount, on a sample basis, to relevant purchase invoices and goods receipt notes;

- Examining the subsequent sales of the trading goods, on a sample basis, to the sales invoices and goods delivery notes and comparing the sales price to the recorded cost to check whether the inventory is valued at lower of cost and net realisable value; and

- Evaluating the sufficiency of the write-down amount for slow-moving and obsolete trading goods with reference to sales history or subsequent sales, current market conditions and the Group's assessment of the trading goods' technical specification.

## OTHER INFORMATION

The directors of the Company are responsible for the other information. The other information comprises the information included in the annual report, but does not include the consolidated financial statements and our auditor's report thereon.

Our opinion on the consolidated financial statements does not cover the other information and we do not express any form of assurance conclusion thereon.

In connection with our audit of the consolidated financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the consolidated financial statements or our knowledge obtained in the audit or otherwise appears to be materially misstated. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact. We have nothing to report in this regard.

PARADISE 00033231

01862

## Independent Auditor's Report (Continued)

### RESPONSIBILITIES OF DIRECTORS AND THOSE CHARGED WITH GOVERNANCE FOR THE CONSOLIDATED FINANCIAL STATEMENTS

The directors of the Company are responsible for the preparation of the consolidated financial statements that give a true and fair view in accordance with HKFRSs issued by the HKICPA and the disclosure requirements of the Hong Kong Companies Ordinance, and for such internal control as the directors determine is necessary to enable the preparation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the consolidated financial statements, the directors are responsible for assessing the Group's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting unless the directors either intend to liquidate the Group or to cease operations, or have no realistic alternative but to do so.

Those charged with governance are responsible for overseeing the Group's financial reporting process.

### AUDITOR'S RESPONSIBILITIES FOR THE AUDIT OF THE CONSOLIDATED FINANCIAL STATEMENTS

Our objectives are to obtain reasonable assurance about whether the consolidated financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion solely to you, as a body, in accordance with Section 90 of the Bermuda Companies Act, and for no other purpose. We do not assume responsibility towards or accept liability to any other person for the contents of this report. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with HKSAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these consolidated financial statements.

As part of an audit in accordance with HKSAs, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the consolidated financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Group's internal control.

- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the directors.

PARADISE 00033232

01863

## Independent Auditor's Report (Continued)

- Conclude on the appropriateness of the directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Group's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditor's report to the related disclosures in the consolidated financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditor's report. However, future events or conditions may cause the Group to cease to continue as a going concern.

- Evaluate the overall presentation, structure and content of the consolidated financial statements, including the disclosures, and whether the consolidated financial statements represent the underlying transactions and events in a manner that achieves fair presentation.

- Obtain sufficient appropriate audit evidence regarding the financial information of the entities or business activities within the Group to express an opinion on the consolidated financial statements. We are responsible for the direction, supervision and performance of the group audit. We remain solely responsible for our audit opinion.

We communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

We also provide those charged with governance with a statement that we have complied with relevant ethical requirements regarding independence, and to communicate with them all relationships and other matters that may reasonably be thought to bear on our independence, and where applicable, actions taken to eliminate threats or safeguards applied.

From the matters communicated with those charged with governance, we determine those matters that were of most significance in the audit of the consolidated financial statements of the current period and are therefore the key audit matters. We describe these matters in our auditor's report unless law or regulation precludes public disclosure about the matter or when, in extremely rare circumstances, we determine that a matter should not be communicated in our report because the adverse consequences of doing so would reasonably be expected to outweigh the public interest benefits of such communication.

The engagement partner on the audit resulting in the independent auditor's report is Kwok Lai Sheung.

**Deloitte Touche Tohmatsu**
*Certified Public Accountants*

Hong Kong
25 March 2021

PARADISE 00033233

01864

# Consolidated Statement of Profit or Loss

For the year ended 31 December 2020

| | Notes | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|---|
| Revenue | 5 | 351,739 | 1,181,754 |
| Cost of sales and services | | (337,153) | (675,243) |
| | | | |
| Gross profit | | 14,586 | 506,511 |
| Other income, gains and losses | 7 | 58,743 | 18,886 |
| Marketing, selling and distribution costs | | (60,733) | (229,919) |
| Operating and administrative expenses | | (181,861) | (271,768) |
| Amortisation of intangible assets | | (12,138) | (12,138) |
| Finance costs | 8 | (3,958) | (3,421) |
| Share of losses of joint ventures | 17 | (4,348) | (2,149) |
| | | | |
| (Loss) profit before taxation | 9 | (189,709) | 6,002 |
| Taxation (charge) credit | 11 | (2,402) | 4,558 |
| | | | |
| (Loss) profit for the year | | (192,111) | 10,560 |
| | | | |
| (Loss) profit for the year attributable to: | | | |
| Owners of the Company | | (189,152) | 926 |
| Non-controlling interests | | (2,959) | 9,634 |
| | | | |
| | | (192,111) | 10,560 |
| | | | |
| Basic (loss) earnings per share | 13 | HK(18.0) cents | HK0.1 cent |

 

PARADISE 00033234

01865

# Consolidated Statement of Profit or Loss and Other Comprehensive Income

For the year ended 31 December 2020

|  | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| (Loss) profit for the year | (192,111) | 10,560 |
| Other comprehensive expense: | | |
| *Item that will not be reclassified to profit or loss:* | | |
| Fair value loss on investment in equity instruments designated at fair value through other comprehensive income | (144) | (62) |
| *Item that may be reclassified subsequently to profit or loss:* | | |
| Exchange differences arising on translation of foreign operations | (3,060) | (852) |
| Other comprehensive expense for the year | (3,204) | (914) |
| Total comprehensive (expense) income for the year | (195,315) | 9,646 |
| Total comprehensive (expense) income for the year attributable to: | | |
| Owners of the Company | (192,023) | 5 |
| Non-controlling interests | (3,292) | 9,641 |
|  | (195,315) | 9,646 |

PARADISE 00033235

01866

# Consolidated Statement of Financial Position

At 31 December 2020

| | Notes | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|---|
| **Non-current assets** | | | |
| Property, plant and equipment | 14 | 276,806 | 310,393 |
| Right-of-use assets | 15 | 16,419 | 18,093 |
| Intangible assets | 16 | 56,643 | 68,781 |
| Interests in joint ventures/amounts due from joint ventures | 17 | 7,992 | 3,540 |
| Investment in equity instruments designated at fair value through other comprehensive income | 18 | — | 1,366 |
| Other assets | 19 | 4,996 | 5,906 |
| Pledged bank deposits | 24 | 30,341 | — |
| | | 393,197 | 408,079 |
| **Current assets** | | | |
| Inventories | 20 | 49,856 | 61,545 |
| Trade and other receivables | 21 | 88,073 | 163,860 |
| Amounts due from joint ventures | 22 | — | 195 |
| Amounts due from related companies | 23 | 80 | 1,140 |
| Pledged bank deposit | 24 | — | 28,800 |
| Bank balances and cash | 25 | 129,244 | 245,612 |
| | | 267,253 | 501,152 |
| **Current liabilities** | | | |
| Trade and other payables | 26 | 66,406 | 117,312 |
| Amounts due to directors | 27 | 1,600 | 2,109 |
| Amounts due to joint ventures | 22 | 178 | 184 |
| Taxation payable | | 8,830 | 6,912 |
| Bank borrowings — due within one year | 28 | 8,993 | 8,776 |
| Lease liabilities | 29 | 11,897 | 10,659 |
| Contract liabilities | 30 | 23,534 | 9,846 |
| | | 121,438 | 155,798 |
| **Net current assets** | | 145,815 | 345,354 |
| **Total assets less current liabilities** | | 539,012 | 753,433 |
| **Non-current liabilities** | | | |
| Bank borrowings — due after one year | 28 | 128,023 | 137,055 |
| Lease liabilities | 29 | 4,930 | 7,894 |
| | | 132,953 | 144,949 |
| **Net assets** | | 406,059 | 608,484 |

PARADISE 00033236

01867

## Consolidated Statement of Financial Position (Continued)
At 31 December 2020

| | Note | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|---|
| **Capital and reserves** | | | |
| Share capital | 31 | 1,052 | 1,052 |
| Reserves | | 363,540 | 555,563 |
| | | | |
| Equity attributable to owners of the Company | | 364,592 | 556,615 |
| Non-controlling interests | | 41,467 | 51,869 |
| | | | |
| | | 406,059 | 608,484 |

The consolidated financial statements on pages 67 to 141 were approved and authorised for issue by the board of directors of the Company on 25 March 2021 and are signed on its behalf by:

**JAY CHUN**
*DIRECTOR*

**TANG KIU SAM ALICE**
*DIRECTOR*

PARADISE 00033237

01868

# Consolidated Statement of Changes in Equity

For the year ended 31 December 2020

| | Attributable to owners of the Company | | | | | | Non-controlling interests HK$'000 | Total HK$'000 |
|---|---|---|---|---|---|---|---|---|
| | Share capital HK$'000 | Contributed surplus HK$'000 (note) | Investment revaluation reserve HK$'000 | Translation reserve HK$'000 | Accumulated losses HK$'000 | Subtotal HK$'000 | | |
| At 31 December 2018 | 1,052 | 1,046,809 | 257 | 20,979 | (486,182) | 582,915 | 45,803 | 628,718 |
| Profit for the year | — | — | — | — | 926 | 926 | 9,634 | 10,560 |
| Other comprehensive (expense) income for the year | — | — | (51) | (870) | — | (921) | 7 | (914) |
| Total comprehensive (expense) income for the year | — | — | (51) | (870) | 926 | 5 | 9,641 | 9,646 |
| Deregistration of a subsidiary | — | — | — | — | — | — | 25 | 25 |
| Dividend paid (note 12) | — | (26,305) | — | — | — | (26,305) | — | (26,305) |
| Dividend recognised as distribution to non-controlling interests (note 32) | — | — | — | — | — | — | (3,600) | (3,600) |
| At 31 December 2019 | 1,052 | 1,020,504 | 206 | 20,109 | (485,256) | 556,615 | 51,869 | 608,484 |
| Loss for the year | — | — | — | — | (189,152) | (189,152) | (2,959) | (192,111) |
| Other comprehensive expense for the year | — | — | (118) | (2,753) | — | (2,871) | (333) | (3,204) |
| Total comprehensive expense for the year | — | — | (118) | (2,753) | (189,152) | (192,023) | (3,292) | (195,315) |
| Reclassification adjustment for amount transferred to accumulated losses upon disposal of investment in equity instruments designated at fair value through other comprehensive income | — | — | (88) | — | 88 | — | — | — |
| Dividend recognised as distribution to non-controlling interests (note 32) | — | — | — | — | — | — | (7,110) | (7,110) |
| At 31 December 2020 | 1,052 | 1,020,504 | — | 17,356 | (674,320) | 364,592 | 41,467 | 406,059 |

Note: The contributed surplus represents the aggregate of: (i) the difference between the nominal amount of the share capital issued by the Company and the aggregate of the nominal amounts of the issued share capital and the share premium of LifeTec (Holdings) Limited, the subsidiary which was acquired by the Company pursuant to the group reorganisation in 1996; (ii) the effects of the capital reduction, share premium cancellation and elimination to accumulated losses took place in 1999 and 2013; (iii) the effect of the reduction of share premium took place in 2017; and (iv) the effect of dividend for the year ended 31 December 2018 paid in 2019.

PARADISE 00033238

01869

# Consolidated Statement of Cash Flows

For the year ended 31 December 2020

|  | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| **Operating activities** | | |
| (Loss) profit before taxation | (189,709) | 6,002 |
| Adjustments for: | | |
| Interest income | (1,758) | (5,132) |
| Finance costs | 3,958 | 3,421 |
| Amortisation of intangible assets | 12,138 | 12,138 |
| Depreciation of property, plant and equipment | 46,334 | 59,386 |
| Deprecation of right-of-use assets | 13,270 | 11,093 |
| Share of losses of joint ventures | 4,348 | 2,149 |
| Loss on disposal/write-off of property, plant and equipment | 9,663 | — |
| Impairment loss in respect of property, plant and equipment | 5,000 | — |
| Unrealised exchange gain | (5,658) | — |
| Write-down of inventories | 6,703 | 5,945 |
| Covid-19-related rent concessions | (659) | — |
| Gain arising from early termination of lease contracts | — | (15) |
| Loss on deregistration of a subsidiary | — | 25 |
| | | |
| Operating cash flows before movements in working capital | (96,370) | 95,012 |
| (Increase) decrease in inventories | (7,961) | 2,637 |
| Decrease in trade and other receivables | 68,230 | 8,977 |
| Decrease (increase) in amounts due from related companies | 1,060 | (239) |
| (Decrease) increase in amounts due to joint ventures | (6) | 160 |
| (Decrease) increase in trade and other payables | (53,943) | 10,617 |
| Increase (decrease) in contract liabilities | 13,688 | (35,032) |
| | | |
| Cash (used in) generated from operations | (75,302) | 82,132 |
| Lump Sum Dividend Tax paid | (473) | (378) |
| Macau Complementary Tax paid | (48) | — |
| People's Republic of China (the "PRC") Enterprise Income Tax paid | — | (30) |
| | | |
| **Net cash (used in) from operating activities** | (75,823) | 81,724 |
| | | |
| **Investing activities** | | |
| Purchases of property, plant and equipment | (11,329) | (114,097) |
| Advances to joint ventures | (8,605) | (5,860) |
| Deposits paid for acquisitions of property, plant and equipment | (232) | (1,918) |
| Placement of pledged bank deposits | (30,341) | — |
| Proceeds from release of pledged bank deposit | 28,800 | — |
| Interest received | 2,530 | 4,117 |
| Proceeds from disposal of investment in equity instruments designated at fair value through other comprehensive income | 1,222 | — |
| Proceeds from rental deposits refunded | 340 | 366 |
| Proceeds from disposal of property, plant and equipment | 652 | 164 |
| Payments for rental deposits | — | (867) |
| Repayment of loan receivable | — | 1,560 |
| | | |
| **Net cash used in investing activities** | (16,963) | (116,535) |



PARADISE 00033239

01870

## Consolidated Statement of Cash Flows (Continued)

For the year ended 31 December 2020

| | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| **Financing activities** | | |
| Repayment of lease liabilities | (12,429) | (10,982) |
| Repayments of bank borrowings | (8,815) | (6,215) |
| Interest paid | (3,967) | (3,019) |
| Repayments to directors | (509) | (130) |
| New bank borrowing raised | — | 63,000 |
| Dividend paid | — | (26,305) |
| **Net cash (used in) from financing activities** | (25,720) | 16,349 |
| **Net decrease in cash and cash equivalents** | (118,506) | (18,462) |
| **Cash and cash equivalents at beginning of the year** | 245,612 | 264,827 |
| **Effect of foreign exchange rate changes** | 2,138 | (753) |
| **Cash and cash equivalents at end of the year,** representing bank balances and cash | 129,244 | 245,612 |

PARADISE 00033240

01871

# Notes to the Consolidated Financial Statements

For the year ended 31 December 2020

## 1. GENERAL INFORMATION

Paradise Entertainment Limited (the "Company") is incorporated in Bermuda as an exempted company with limited liability and its shares are listed on the Main Board of The Stock Exchange of Hong Kong Limited (the "Stock Exchange"). Its ultimate holding company is August Profit Investments Limited, a company established in the British Virgin Islands ("BVI"). In the opinion of the directors of the Company, the Company's ultimate controlling party is Mr. Jay Chun, who is also an executive director of the Company. The addresses of the registered office and principal place of business of the Company are disclosed in the "Corporate Information" section of this annual report.

The Company is an investment holding company of a diverse group of companies that are principally engaged in provision of the casino management services, and the development, sale and leasing of electronic gaming equipment and systems. The principal activities of its principal subsidiaries are set out in note 41.

The consolidated financial statements are presented in Hong Kong dollars ("HK$"), which is also the functional currency of the Company.

The outbreak of a respiratory illness caused by a novel coronavirus ("Covid-19") since early 2020 and the subsequent quarantine measures as well as travel restrictions imposed by jurisdictions including Macau and Hong Kong have had negative impacts to the business environment and significantly impacted the operations of the Group.

During the year ended 31 December 2020, the Macau government announced the mandatory suspension of operations of all casinos in Macau for at least 15 days from 5 February 2020 in an effort to contain the spread of the pandemic. Operations at Casino Kam Pek Paradise were suspended on 5 February 2020 and resumed on 20 February 2020, while operations at Casino Waldo were suspended on 5 February 2020 and resumed on 24 February 2020.

The Group continued to provide casino management services in Casino Waldo until the related service contract expired on 29 February 2020. The Group did not request for renewal or extension of the service contract and ceased providing casino management services in Casino Waldo from 1 March 2020. Accordingly, the Group has recognised a loss on disposal/write-off of property, plant and equipment of HK$9,663,000 and impairment loss in respect of property, plant and equipment of HK$5,000,000 to reduce to their recoverable amounts during the current year as disclosed in note 14.

In dealing with the outbreak of Covid-19, the Group explored other business opportunities by making use of its extensive network in the PRC to provide procurement services on behalf of overseas customers. The income generated from the procurement services of HK$53,883,000, included in other income, gains and losses, has made positive contribution to the Group's results for the current year.

As such, the financial position and performance of the Group were significantly impacted from a reduction in revenue and recognition of losses from the casino management services segment and gaming systems segment set off by recognition of procurement service income for the year ended 31 December 2020.

PARADISE 00033241
01872

# Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

## 2. APPLICATION OF NEW AND AMENDMENTS TO HONG KONG FINANCIAL REPORTING STANDARDS ("HKFRSs")

### Amendments to HKFRSs that are mandatorily effective for the current year

In the current year, the Company and its subsidiaries (collectively referred as the "Group") has applied the Amendments to References to the Conceptual Framework in HKFRS Standards and the following amendments to HKFRSs issued by the Hong Kong Institute of Certified Public Accountants ("HKICPA") for the first time, which are mandatorily effective for the annual period beginning on or after 1 January 2020 for the preparation of the consolidated financial statements:

| | |
|---|---|
| Amendments to HKAS 1 and HKAS 8 | Definition of Material |
| Amendments to HKFRS 3 | Definition of a Business |
| Amendments to HKFRS 9, HKAS 39 and HKFRS 7 | Interest Rate Benchmark Reform |

In addition, the Group has early applied the Amendment to HKFRS 16 Covid-19-Related Rent Concessions.

Except as described below, the application of the Amendments to References to the Conceptual Framework in HKFRS Standards and the amendments to HKFRSs in the current year has had no material impact on the Group's financial positions and performance for the current and prior years and/or on the disclosures set out in these consolidated financial statements.

### Impacts on early application of Amendment to HKFRS 16 Covid-19-Related Rent Concessions

The Group has applied the amendment for the first time in the current year. The amendment introduces a new practical expedient for lessees to elect not to assess whether a Covid-19-related rent concession is a lease modification. The practical expedient only applies to rent concessions occurring as a direct consequence of the Covid-19 that meets all of the following conditions:

- the change in lease payments results in revised consideration for the lease that is substantially the same as, or less than, the consideration for the lease immediately preceding the change;

- any reduction in lease payments affects only payments originally due on or before 30 June 2021; and

- there is no substantive change to other terms and conditions of the lease.

A lessee applying the practical expedient accounts for changes in lease payments resulting from rent concessions the same way it would account for the changes applying HKFRS 16 Leases if the changes were not a lease modification. Forgiveness or waiver of lease payments are accounted for as variable lease payments. The related lease liabilities are adjusted to reflect the amounts forgiven or waived with a corresponding adjustment recognised in the profit or loss in the period in which the event occurs.

The application of the amendment had no impact to the opening accumulated losses at 1 January 2020. The Group has benefited from concession of lease payments on several leases for office premises, a warehouse and staff quarters. The Group has derecognised the part of the lease liabilities that has been extinguished by the forgiveness of lease payments using the discount rates originally applied to these leases, respectively, resulting in a decrease in the lease liabilities of HK$659,000, which has been recognised as variable lease payments in profit or loss for the current year.

PARADISE 00033242

01873

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

### 2. APPLICATION OF NEW AND AMENDMENTS TO HONG KONG FINANCIAL REPORTING STANDARDS ("HKFRSs") (Continued)

#### New and amendments to HKFRSs in issue but not yet effective

The Group has not early applied the following new and amendments to HKFRSs that have been issued but are not yet effective:

| | |
|---|---|
| HKFRS 17 | Insurance Contracts and the related Amendments[1] |
| Amendments to HKFRS 3 | Reference to the Conceptual Framework[2] |
| Amendments to HKFRS 9, HKAS 39, HKFRS 7, HKFRS 4 and HKFRS 16 | Interest Rate Benchmark Reform — Phase 2[4] |
| Amendments to HKFRS 10 and HKAS 28 | Sale or Contribution of Assets between an Investor and its Associate or Joint Venture[3] |
| Amendments to HKAS 1 | Classification of Liabilities as Current or Non-current and related amendments to Hong Kong Interpretation 5 (2020)[1] |
| Amendments to HKAS 16 | Property, Plant and Equipment — Proceeds before Intended Use[2] |
| Amendments to HKAS 37 | Onerous Contracts — Cost of Fulfilling a Contract[2] |
| Amendments to HKFRSs | Annual Improvements to HKFRSs 2018–2020[2] |

[1] Effective for annual periods beginning on or after 1 January 2023.
[2] Effective for annual periods beginning on or after 1 January 2022.
[3] Effective for annual periods beginning on or after a date to be determined.
[4] Effective for annual periods beginning on or after 1 January 2021.

The directors of the Company anticipate that the application of the new and amendments to HKFRSs will have no material impact on the consolidated financial statements in the foreseeable future.

### 3. BASIS OF PREPARATION OF CONSOLIDATED FINANCIAL STATEMENTS AND SIGNIFICANT ACCOUNTING POLICIES

#### 3.1 Basis of preparation of consolidated financial statements

The consolidated financial statements have been prepared in accordance with HKFRSs issued by the HKICPA. For the purpose of preparation of the consolidated financial statements, information is considered material if such information is reasonably expected to influence decisions made by primary users. In addition, the consolidated financial statements include applicable disclosures required by the Rules Governing the Listing of Securities on the Stock Exchange ("Listing Rules") and by the Hong Kong Companies Ordinance.

*Going concern assessment*
The directors of the Company have, at the time of approving the consolidated financial statements, a reasonable expectation that the Group has adequate resources to continue in operational existence for the foreseeable future. Thus, they continue to adopt the going concern basis of accounting in preparing the consolidated financial statements.

PARADISE 00033243
01874

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

3. **BASIS OF PREPARATION OF CONSOLIDATED FINANCIAL STATEMENTS AND SIGNIFICANT ACCOUNTING POLICIES** (Continued)

   3.1 **Basis of preparation of consolidated financial statements** (Continued)

   *Going concern assessment (Continued)*

   The consolidated financial statements have been prepared on a going concern basis. As at 31 December 2020, the Group had cash and cash equivalents of approximately HK$129,244,000 and net current assets of approximately HK$145,815,000. The Group has prepared a cash flow forecast which involves judgments and estimations based upon management's input of key variables and market conditions including the future economic conditions, increased competition in Macau, the regulatory environment and the growth rates of the Macau gaming market. The cash flow forecast has been determined using estimations of future cash flows based upon projected income and expenses of the business and working capital needs for a period of not less than twelve months from 31 December 2020. The Group believes it has sufficient liquidity based upon cash on hand and the expected cash to be generated from operations to meet its financial obligations as they fall due for the following twelve months from 31 December 2020.

   The consolidated financial statements have been prepared on the historical cost basis except for investment in equity instruments designated at fair value through other comprehensive income ("FVTOCI") that is measured at fair value at the end of each reporting period, as explained in the accounting policies set out below. Historical cost is generally based on the fair value of the consideration given in exchange for goods and services.

   Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date, regardless of whether that price is directly observable or estimated using another valuation technique. In estimating the fair value of an asset or a liability, the Group takes into account the characteristics of the asset or liability if market participants would take those characteristics into account when pricing the asset or liability at the measurement date. Fair value for measurement and/or disclosure purposes in these consolidated financial statements is determined on such a basis, except for leasing transactions that are accounted for in accordance with HKFRS 16 and measurements that have some similarities to fair value but are not fair value, such as net realisable value in HKAS 2 "Inventories" or value in use in HKAS 36 "Impairment of Assets".

   For financial instruments which are transacted at fair value and a valuation technique that unobservable inputs is to be used to measure fair value in subsequent periods, the valuation technique is calibrated so that at initial recognition the results of the valuation technique equals the transaction price.

PARADISE 00033244
01875

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

### 3. BASIS OF PREPARATION OF CONSOLIDATED FINANCIAL STATEMENTS AND SIGNIFICANT ACCOUNTING POLICIES (Continued)

#### 3.1 Basis of preparation of consolidated financial statements (Continued)

In addition, for financial reporting purposes, fair value measurements are categorised into Level 1, 2 or 3 based on the degree to which the inputs to the fair value measurements are observable and the significance of the inputs to the fair value measurement in its entirety, which are described as follows:

- Level 1 inputs are quoted prices (unadjusted) in active markets for identical assets or liabilities that the entity can access at the measurement date;

- Level 2 inputs are inputs, other than quoted prices included within Level 1, that are observable for the asset or liability, either directly or indirectly; and

- Level 3 inputs are unobservable inputs for the asset or liability.

#### 3.2 Significant accounting policies

Basis of consolidation

The consolidated financial statements incorporate the financial statements of the Company and entities controlled by the Company and its subsidiaries. Control is achieved when the Company:

- has power over the investee;

- is exposed, or has rights, to variable returns from its involvement with the investee; and

- has the ability to use its power to affect its returns.

The Group reassesses whether or not it controls an investee if facts and circumstances indicate that there are changes to one or more of the three elements of control listed above.

Consolidation of a subsidiary begins when the Group obtains control over the subsidiary and ceases when the Group loses control of the subsidiary. Specifically, income and expenses of a subsidiary acquired or disposed of during the year are included in the consolidated statement of profit or loss from the date the Group gains control until the date when the Group ceases to control the subsidiary.

Profit or loss and each component of other comprehensive expense are attributed to the owners of the Company and to the non-controlling interests. Total comprehensive expense of subsidiaries is attributed to the owners of the Company and to the non-controlling interests even if this results in the non-controlling interests having a deficit balance.

Where necessary, adjustments are made to the financial statements of subsidiaries to bring their accounting policies in line with the Group's accounting policies.

All intra-group assets and liabilities, equity, income, expenses and cash flows relating to transactions between members of the Group are eliminated in full on consolidation.

Non-controlling interests in subsidiaries are presented separately from the Group's equity therein, which represent present ownership interests entitling their holders to a proportionate share of net assets of the relevant subsidiaries upon liquidation.

PARADISE 00033245
01876

# Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

3. **BASIS OF PREPARATION OF CONSOLIDATED FINANCIAL STATEMENTS AND SIGNIFICANT ACCOUNTING POLICIES** (Continued)

### 3.2 Significant accounting policies (Continued)

#### Interests in joint ventures

A joint venture is a joint arrangement whereby the parties that have joint control of the arrangement have rights to the net assets of the joint arrangement. Joint control is the contractually agreed sharing of control of an arrangement, which exists only when decisions about the relevant activities require unanimous consent of the parties sharing control.

The results and assets and liabilities of joint ventures are incorporated in the consolidated financial statements using the equity method of accounting. The financial statements of joint ventures used for equity accounting purposes are prepared using uniform accounting policies as those of the Group for like transactions and events in similar circumstances. Under the equity method, an investment in a joint venture is initially recognised in the consolidated statement of financial position at cost and adjusted thereafter to recognise the Group's share of the profit or loss and other comprehensive income of the joint venture. Changes in net assets of the joint venture other than profit or loss and other comprehensive income are not accounted for unless such changes resulted in changes in ownership interest held by the Group. When the Group's share of losses of a joint venture exceeds the Group's interest in that joint venture (which includes any long-term interests that, in substance, form part of the Group's net investment in the joint venture), the Group discontinues recognising its share of further losses. Additional losses are recognised only to the extent that the Group has incurred legal or constructive obligations or made payments on behalf of that joint venture.

An investment in a joint venture is accounted for using the equity method from the date on which the investee becomes a joint venture. On acquisition of the investment in a joint venture, any excess of the cost of the investment over the Group's share of the net fair value of the identifiable assets and liabilities of the investee is recognised as goodwill, which is included within the carrying amount of the investment. Any excess of the Group's share of the net fair value of the identifiable assets and liabilities over the cost of the investment, after reassessment, is recognised immediately in profit or loss in the period in which the investment is acquired.

The Group assesses whether there is an objective evidence that the interest in a joint venture may be impaired. When any objective evidence exists, the entire carrying amount of the investment (including goodwill) is tested for impairment in accordance with HKAS 36 as a single asset by comparing its recoverable amount (higher of value in use and fair value less costs of disposal) with its carrying amount. Any impairment loss recognised is not allocated to any asset, including goodwill, that forms part of the carrying amount of the investment. Any reversal of that impairment loss is recognised in accordance with HKAS 36 to the extent that the recoverable amount of the investment subsequently increases.

When a group entity transacts with a joint venture of the Group, profits and losses resulting from the transactions with the joint venture are recognised in the Group's consolidated financial statements only to the extent of interests in the joint venture that are not related to the Group.

PARADISE 00033246

01877

# Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

## 3. BASIS OF PREPARATION OF CONSOLIDATED FINANCIAL STATEMENTS AND SIGNIFICANT ACCOUNTING POLICIES (Continued)

### 3.2 Significant accounting policies (Continued)

**Property, plant and equipment**

Property, plant and equipment including buildings held for supply of goods or services, or for administrative purposes are stated in the consolidated statement of financial position at cost less subsequent accumulated depreciation and subsequent accumulated impairment losses, if any.

*Ownership interests in leasehold land and building*

When the Group makes payments for ownership interests of properties which includes both leasehold land and building elements, the entire consideration is allocated between the leasehold land and the building elements in proportion to the relative fair values at initial recognition.

To the extent the allocation of the relevant payments can be made reliably, interest in leasehold land that is accounted for as an operating lease is presented as "right-of-use assets" in the consolidated statement of financial position. When the consideration cannot be allocated reliably between non-lease building element and undivided interest in the underlying leasehold land, the entire properties are classified as property, plant and equipment.

Depreciation is recognised so as to write off the cost of assets less their residual values over their useful lives, using the straight line method. The estimated useful lives, residual values and depreciation method are reviewed at the end of each reporting period, with the effect of any changes in estimate accounted for on a prospective basis.

An item of property, plant and equipment is derecognised upon disposal or when no future economic benefits are expected to arise from the continued use of the asset. Any gain or loss arising on the disposal or retirement of an item of property, plant and equipment is determined as the difference between the sales proceeds and the carrying amount of the asset and is recognised in profit or loss.

**Intangible assets**

*Intangible assets acquired separately*

Intangible assets with finite useful lives that are acquired separately are carried at costs less accumulated amortisation and any accumulated impairment losses. Amortisation for intangible assets with finite useful lives is recognised on a straight line basis over their estimated useful lives. The estimated useful life and amortisation method are reviewed at the end of each reporting period, with the effect of any changes in estimate being accounted for on a prospective basis. Intangible assets with indefinite useful lives that are acquired separately are carried at cost less any subsequent accumulated impairment losses.

PARADISE 00033247
01878

# Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

3. BASIS OF PREPARATION OF CONSOLIDATED FINANCIAL STATEMENTS AND SIGNIFICANT ACCOUNTING POLICIES (Continued)

3.2 Significant accounting policies (Continued)

Intangible assets (Continued)

*Internally-generated intangible assets — research and development expenditure*

Expenditure on research activities is recognised as an expense in the period in which it is incurred.

An internally-generated intangible asset arising from development activities (or from the development phase of an internal project) is recognised if, and only if, all of the following have been demonstrated:

- the technical feasibility of completing the intangible asset so that it will be available for use or sale;

- the intention to complete the intangible asset and use or sell it;

- the ability to use or sell the intangible asset;

- how the intangible asset will generate probable future economic benefits;

- the availability of adequate technical, financial and other resources to complete the development and to use or sell the intangible asset; and

- the ability to measure reliably the expenditure attributable to the intangible asset during its development.

The amount initially recognised for internally-generated intangible asset is the sum of the expenditure incurred from the date when the intangible asset first meets the recognition criteria listed above. Where no internally-generated intangible asset can be recognised, development expenditure is recognised in profit or loss in the period in which it is incurred.

Subsequent to initial recognition, internally-generated intangible assets are reported at cost less accumulated amortisation and accumulated impairment losses (if any), on the same basis as intangible assets that are acquired separately.

An intangible asset is derecognised on disposal, or when no future economic benefits are expected from use or disposal. Gains and losses arising from derecognition of an intangible asset, measured as the difference between the net disposal proceeds and the carrying amount of the asset, are recognised in profit or loss when the asset is derecognised.

PARADISE 00033248

01879

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

3.  BASIS OF PREPARATION OF CONSOLIDATED FINANCIAL STATEMENTS AND SIGNIFICANT ACCOUNTING POLICIES (Continued)

3.2  Significant accounting policies (Continued)

Impairment on property, plant and equipment, right-of-use assets and intangible assets

At the end of the reporting period, the Group reviews the carrying amounts of its property, plant and equipment, right-of-use assets and intangible assets with finite useful lives to determine whether there is any indication that those assets have suffered an impairment loss. If any such indication exists, the recoverable amount of the relevant asset is estimated in order to determine the extent of the impairment loss (if any).

The recoverable amount of property, plant and equipment, right-of-use assets, and intangible assets are estimated individually. When it is not possible to estimate the recoverable amount individually, the Group estimates the recoverable amount of the cash-generating unit to which the asset belongs.

In testing a cash-generating unit for impairment, corporate assets are allocated to the relevant cash-generating unit when a reasonable and consistent basis of allocation can be established, or otherwise they are allocated to the smallest group of cash generating units for which a reasonable and consistent allocation basis can be established. The recoverable amount is determined for the cash-generating unit or group of cash-generating units to which the corporate asset belongs, and is compared with the carrying amount of the relevant cash- generating unit or group of cash-generating units.

Recoverable amount is the higher of fair value less costs of disposal and value in use. In assessing value in use, the estimated future cash flows are discounted to their present value using a pre-tax discount rate that reflects current market assessments of the time value of money and the risks specific to the asset (or a cash-generating unit) for which the estimates of future cash flows have not been adjusted.

If the recoverable amount of an asset (or a cash-generating unit) is estimated to be less than its carrying amount, the carrying amount of the asset (or a cash-generating unit) is reduced to its recoverable amount. For corporate assets or portion of corporate assets which cannot be allocated on a reasonable and consistent basis to a cash-generating unit, the Group compares the carrying amount of a group of cash-generating units, including the carrying amounts of the corporate assets or portion of corporate assets allocated to that group of cash-generating units, with the recoverable amount of the group of cash-generating units. In allocating the impairment loss, the impairment loss is allocated first to reduce the carrying amount of any goodwill (if applicable) and then to the other assets on a pro-rata basis based on the carrying amount of each asset in the unit or the group of cash-generating units. The carrying amount of an asset is not reduced below the highest of its fair value less costs of disposal (if measurable), its value in use (if determinable) and zero. The amount of the impairment loss that would otherwise have been allocated to the asset is allocated pro rata to the other assets of the unit or the group of cash-generating units. An impairment loss is recognised immediately in profit or loss.

Where an impairment loss subsequently reverses, the carrying amount of the asset (or cash-generating unit or a group of cash-generating units) is increased to the revised estimate of its recoverable amount, but so that the increased carrying amount does not exceed the carrying amount that would have been determined had no impairment loss been recognised for the asset (or a cash-generating unit or a group of cash-generating units) in prior years. A reversal of an impairment loss is recognised immediately in profit or loss.

PARADISE 00033249

01880

# Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

3. **BASIS OF PREPARATION OF CONSOLIDATED FINANCIAL STATEMENTS AND SIGNIFICANT ACCOUNTING POLICIES** (Continued)

3.2 **Significant accounting policies** (Continued)

**Inventories**

Inventories are stated at the lower of cost and net realisable value. Costs of inventories are determined on a first-in, first-out method. Net realisable value represents the estimated selling price for inventories less all estimated costs of completion and costs necessary to make the sale.

**Financial instruments**

Financial assets and financial liabilities are recognised when a group entity becomes a party to the contractual provisions of the instruments.

Financial assets and financial liabilities are initially measured at fair value except for trade receivables arising from contracts with customers which are initially measured in accordance with HKFRS 15 "Revenue from Contracts with Customers". Transaction costs that are directly attributable to the acquisition or issue of financial assets and financial liabilities are added to or deducted from the fair value of the financial assets or financial liabilities, as appropriate, on initial recognition.

The effective interest method is a method of calculating the amortised cost of a financial asset or financial liability, and of allocating interest income and interest expense over the relevant period. The effective interest rate is the rate that exactly discounts estimated future cash receipts and payments (including all fees and points paid or received that form an integral part of the effective interest rate, transaction costs and other premiums or discounts) through the expected life of the financial asset or financial liability, or, where appropriate, a shorter period to the net carrying amount on initial recognition.

Interest income or expense is recognised on an effective interest basis for debt instruments.

*Financial assets*

*Classification and subsequent measurement of financial assets*

Financial assets that meet the following conditions are subsequently measured at amortised cost:

- the financial asset is held within a business model whose objective is to collect contractual cash flows; and

- the contractual terms give rise on specified dates to cash flows that are solely payments of principal and interest on the principal amount outstanding.

PARADISE 00033250

01881

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

3.   BASIS OF PREPARATION OF CONSOLIDATED FINANCIAL STATEMENTS AND SIGNIFICANT ACCOUNTING POLICIES (Continued)

3.2  Significant accounting policies (Continued)

Financial instruments (Continued)

*Financial assets (Continued)*

Classification and subsequent measurement of financial assets (Continued)

Financial assets that meet the following conditions are subsequently measured at FVTOCI:

- the financial asset is held within a business model whose objective is achieved by both selling and collecting contractual cash flows; and

- the contractual terms give rise on specified dates to cash flows that are solely payments of principal and interest on the principal amount outstanding.

All other financial assets are subsequently measured at fair value through profit or loss ("FVTPL"), except that at initial recognition of a financial asset the Group may irrevocably elect to present subsequent changes in fair value of an equity investment in other comprehensive income if that equity investment is neither held for trading nor contingent consideration recognised by an acquirer in a business combination to which HKFRS 3 "Business Combinations" applies.

A financial asset is held for trading if:

- it has been acquired principally for the purpose of selling in the near term; or

- on initial recognition it is a part of a portfolio of identified financial instruments that the Group manages together and has a recent actual pattern of short-term profit-taking; or

- it is a derivative that is not designated and effective as a hedging instrument.

In addition, the Group may irrevocably designate a financial asset that are required to be measured at the amortised cost or FVTOCI as measured at FVTPL if doing so eliminates or significantly reduces an accounting mismatch.

PARADISE 00033251

01882

# Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

3. BASIS OF PREPARATION OF CONSOLIDATED FINANCIAL STATEMENTS AND SIGNIFICANT ACCOUNTING POLICIES (Continued)

3.2 Significant accounting policies (Continued)

Financial instruments (Continued)

*Financial assets (Continued)*

<u>*Classification and subsequent measurement of financial assets (Continued)*</u>

(i)  Amortised cost and interest income

Interest income is recognised using the effective interest method for financial assets measured subsequently at amortised cost. For financial instruments, interest income is calculated by applying the effective interest rate to the gross carrying amount of a financial asset, except for financial assets that have subsequently become credit-impaired (see below). For financial assets that have subsequently become credit-impaired, interest income is recognised by applying the effective interest rate to the amortised cost of the financial asset from the next reporting period. If the credit risk on the credit-impaired financial instrument improves so that the financial asset is no longer credit-impaired, interest income is recognised by applying the effective interest rate to the gross carrying amount of the financial asset from the beginning of the reporting period following the determination that the asset is no longer credit-impaired.

(ii)  Equity instruments designated at FVTOCI

Investment in equity instruments designated at FVTOCI is subsequently measured at fair value with gains and losses arising from changes in fair value recognised in other comprehensive income and accumulated in the investment revaluation reserve; and is not subject to impairment assessment. The cumulative gain or loss will not be reclassified to profit or loss on disposal of the equity instruments and will be transferred to accumulated losses.

Dividends from these investments in equity instruments are recognised in profit or loss when the Group's right to receive the dividends is established, unless the dividends clearly represent a recovery of part of the cost of the investment. Dividends are included in the "other income, gains and losses" line item in profit or loss.

PARADISE 00033252

01883

# Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

## 3. BASIS OF PREPARATION OF CONSOLIDATED FINANCIAL STATEMENTS AND SIGNIFICANT ACCOUNTING POLICIES (Continued)

### 3.2 Significant accounting policies (Continued)

**Financial instruments (Continued)**

*Financial assets (Continued)*

*Impairment of financial assets and other item subject to impairment assessment under HKFRS 9*

The Group performs impairment assessment under expected credit loss ("ECL") model on financial assets (including trade receivables from gaming operators and customers in relation to sale of electronic gaming equipment and systems, lease receivable, loan receivable, deposits paid and other receivables including chips on hand, amounts due from joint ventures, amounts due from related companies, pledged bank deposit and bank balances) and lease receivables which are subject to impairment under HKFRS 9. The amount of ECL is updated at each reporting date to reflect changes in credit risk since initial recognition.

Lifetime ECL represents the ECL that will result from all possible default events over the expected life of the relevant instrument. In contrast, 12-months ECL ("12m ECL") represents the portion of lifetime ECL that is expected to result from default events that are possible within 12 months after the reporting date. Assessment are done based on the Group's historical credit loss experience, adjusted for factors that are specific to the debtors, general economic conditions and an assessment of both the current conditions at the reporting date as well as the forecast of future conditions.

The Group always recognises lifetime ECL for trade receivables, amounts due from related companies in trade nature and lease receivables.

For all other instruments including other receivables, refundable rental deposits, loan receivable, amounts due from joint ventures, pledged bank deposits and bank balances, the Group measures the loss allowance equal to 12m ECL, unless when there has been a significant increase in credit risk since initial recognition, the Group recognises lifetime ECL. The assessment of whether lifetime ECL should be recognised is based on significant increases in the likelihood or risk of a default occurring since initial recognition.

(i)    Significant increase in credit risk

In assessing whether the credit risk has increased significantly since initial recognition, the Group compares the risk of a default occurring on the financial instrument as at the reporting date with the risk of a default occurring on the financial instrument as at the date of initial recognition. In making this assessment, the Group considers both quantitative and qualitative information that is reasonable and supportable, including historical experience and forward-looking information that is available without undue cost or effort.

PARADISE 00033253

01884

# Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

3. **BASIS OF PREPARATION OF CONSOLIDATED FINANCIAL STATEMENTS AND SIGNIFICANT ACCOUNTING POLICIES** (Continued)

### 3.2 Significant accounting policies (Continued)

Financial instruments (Continued)

*Financial assets (Continued)*

*Impairment of financial assets and other item subject to impairment assessment under HKFRS 9 (Continued)*

(i)    Significant increase in credit risk (Continued)

In particular, the following information is taken into account when assessing whether credit risk has increased significantly:

- an actual or expected significant deterioration in the financial instrument's external (if available) or internal credit rating;

- existing or forecast adverse changes in business, financial or economic conditions that are expected to cause a significant decrease in the ability of the debtor to meet its debt obligations;

- an actual or expected significant deterioration in the operating results of the debtor; and

- an actual or expected significant adverse change in the regulatory, economic, or technological environment of the debtor that results in a significant decrease in the ability to meet its debt obligations.

Irrespective of the outcome of the above assessment, the Group presumes that the credit risk has increased significantly since initial recognition when contractual payments are 30 days past due, unless the Group has reasonable and supportable information that demonstrates otherwise.

The Group regularly monitors the effectiveness of the criteria used to identify whether there has been a significant increase in credit risk and revises them as appropriate to ensure that the criteria are capable of identifying significant increase in credit risk before the amount becomes past due.

(ii)    Definition of default

For internal credit risk management, the Group considers an event of default occurs when information developed internally or obtained from external sources indicates that the debtor is unlikely to pay its creditors, including the Group, in full.

The Group considers that default has occurred when a financial asset is more than 90 days past due unless the Group has reasonable and supportable information to demonstrate that a more lagging default criterion is more appropriate.

PARADISE 00033254

01885

# Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

## 3. BASIS OF PREPARATION OF CONSOLIDATED FINANCIAL STATEMENTS AND SIGNIFICANT ACCOUNTING POLICIES (Continued)

### 3.2 Significant accounting policies (Continued)

Financial instruments (Continued)

*Financial assets (Continued)*

*Impairment of financial assets and other item subject to impairment assessment under HKFRS 9 (Continued)*

(iii) Credit-impaired financial assets

A financial asset is credit-impaired when one or more events that have a detrimental impact on the estimated future cash flows of that financial asset have occurred. Evidence that a financial asset is credit-impaired includes observable data about the following events:

(a) significant financial difficulty of the issuer or the borrower;

(b) a breach of contract, such as a default or past due event;

(c) the lender(s) of the borrower, for economic or contractual reasons relating to the borrower's financial difficulty, having granted to the borrower a concession(s) that the lender(s) would not otherwise consider; or

(d) it is becoming probable that the borrower will enter bankruptcy or other financial reorganisation.

(iv) Write-off policy

The Group writes off a financial asset when there is information indicating that the counterparty is in severe financial difficulty and there is no realistic prospect of recovery, for example, when the counterparty has been placed under liquidation or has entered into bankruptcy proceedings. Financial assets written off may still be subject to enforcement activities under the Group's recovery procedures, taking into account legal advice where appropriate. A write-off constitutes a derecognition event. Any subsequent recoveries are recognised in profit or loss.

(v) Measurement and recognition of ECL

The measurement of ECL is a function of the probability of default, loss given default (i.e. the magnitude of the loss if there is a default) and the exposure at default. The assessment of the probability of default and loss given default is based on historical data and forward-looking information. Estimation of ECL reflects an unbiased and probability-weighted amount that is determined with the respective risks of default occurring as the weights.

Generally, the ECL is estimated as the difference between all contractual cash flows that are due to the Group in accordance with the contract and all the cash flows that the Group expects to receive, discounted at the effective interest rate determined at initial recognition. For a lease receivable, the cash flows used for determining the ECL is consistent with the cash flows used in measuring the lease receivable in accordance with HKFRS 16.

PARADISE 00033255

01886

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

3.  **BASIS OF PREPARATION OF CONSOLIDATED FINANCIAL STATEMENTS AND SIGNIFICANT ACCOUNTING POLICIES** (Continued)

### 3.2 Significant accounting policies (Continued)

Financial instruments (Continued)

*Financial assets (Continued)*

*Impairment of financial assets and other item subject to impairment assessment under HKFRS 9 (Continued)*

(v)    Measurement and recognition of ECL (Continued)

Where ECL is measured on a collective basis or cater for cases where evidence at the individual instrument level may not yet be available, the financial instruments are grouped on the following basis:

- past-due status;

- nature, size and industry of receivables; and

- external credit ratings where available.

The grouping is regularly reviewed by management to ensure the constituents of each group continue to share similar credit risk characteristics.

Interest income is calculated based on the gross carrying amount of the financial asset unless the financial asset is credit-impaired, in which case interest income is calculated based on amortised cost of the financial asset.

The Group recognises an impairment gain or loss in profit or loss for all financial instruments by adjusting their carrying amount, with the exception of trade receivables where the corresponding adjustment is recognised through a loss allowance account.

*Derecognition of financial assets*

The Group derecognises a financial asset only when the contractual rights to the cash flows from the asset expire, or when it transfers the financial asset and substantially all the risks and rewards of ownership of the asset to another entity.

On derecognition of a financial asset measured at amortised cost, the difference between the asset's carrying amount and the sum of the consideration received and receivable is recognised in profit or loss.

On derecognition of an investment in equity instruments which the Group has elected on initial recognition to measure at FVTOCI upon application of HKFRS 9, the cumulative gain or loss previously accumulated in the investment revaluation reserve is not reclassified to profit or loss, but is transferred to accumulated losses.

PARADISE 00033256

01887

# Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

## 3. BASIS OF PREPARATION OF CONSOLIDATED FINANCIAL STATEMENTS AND SIGNIFICANT ACCOUNTING POLICIES (Continued)

### 3.2 Significant accounting policies (Continued)

Financial instruments (Continued)

*Financial liabilities and equity instruments*

Classification as debt or equity

Debt and equity instruments issued by a group entity are classified as either financial liabilities or as equity in accordance with the substance of the contractual arrangements and the definitions of a financial liability and an equity instrument.

Equity instruments

An equity instrument is any contract that evidences a residual interest in the assets of the Group after deducting all of its liabilities. Equity instruments issued by the Company are recognised at the proceeds received, net of direct issue costs.

Financial liabilities at amortised cost

Financial liabilities (including trade and other payables, amounts due to directors, amounts due to joint ventures and bank borrowings) are subsequently measured at amortised cost, using the effective interest method.

Derecognition of financial liabilities

The Group derecognises financial liabilities when, and only when, the Group's obligations are discharged, cancelled or expired. The difference between the carrying amount of the financial liability derecognised and the consideration paid and payable is recognised in profit or loss.

Revenue from contracts with customers

The Group recognises revenue when (or as) a performance obligation is satisfied, i.e. when "control" of the goods or services underlying the particular performance obligation is transferred to the customer.

A performance obligation represents a good or service (or a bundle of goods or services) that is distinct or a series of distinct goods or services that are substantially the same.

Control is transferred over time and revenue is recognised over time by reference to the progress towards complete satisfaction of the relevant performance obligation if one of the following criteria is met:

- the customer simultaneously receives and consumes the benefits provided by the Group's performance as the Group performs;

- the Group's performance creates or enhances an asset that the customer controls as the Group performs; or

- the Group's performance does not create an asset with an alternative use to the Group and the Group has an enforceable right to payment for performance completed to date.

PARADISE 00033257

01888

# Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

3. **BASIS OF PREPARATION OF CONSOLIDATED FINANCIAL STATEMENTS AND SIGNIFICANT ACCOUNTING POLICIES** (Continued)

3.2 Significant accounting policies (Continued)

*Revenue from contracts with customers (Continued)*

Otherwise, revenue is recognised at a point in time when the customer obtains control of the distinct good or service.

A contract asset represents the Group's right to consideration in exchange for goods or services that the Group has transferred to a customer that is not yet unconditional. It is assessed for impairment in accordance with HKFRS 9. In contrast, a receivable represents the Group's unconditional right to consideration, i.e. only the passage of time is required before payment of that consideration is due.

A contract liability represents the Group's obligation to transfer goods or services to a customer for which the Group has received consideration (or an amount of consideration is due) from the customer.

A contract asset and a contract liability relating to the same contract is accounted for and presented on a net basis.

*Warranties*

As a customer does not have the option to purchase a warranty which provides assurance that the product complies with agreed-upon specification separately, the Group accounts for the warranty in accordance with HKAS 37 "Provisions, Contingent Liabilities and Contingent Assets".

*Principal versus agent*

When another party is involved in providing services to a customer, the Group determines whether the nature of its promise is a performance obligation to provide the specified services itself (i.e. the Group is a principal) or to arrange for those services to be provided by the other party (i.e. the Group is an agent).

The Group is a principal if it controls the specified services before that service is transferred to a customer.

The Group is an agent if its performance obligation is to arrange for the provision of the specified services by another party. In this case, the Group does not control the specified services provided by another party before that services is transferred to the customer. When the Group acts as an agent, it recognises revenue in the amount of any fee or commission to which it expects to be entitled in exchange for arranging for the specified goods or services to be provided by the other party.

*Borrowing costs*

Borrowing costs directly attributable to the acquisition, construction or production of qualifying assets, which are assets that necessarily take a substantial period of time to get ready for their intended use or sale, are added to the cost of those assets until such time as the assets are substantially ready for their intended use or sale.

All other borrowing costs are recognised in profit or loss in the period in which they are incurred.

PARADISE 00033258

01889

# Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

## 3. BASIS OF PREPARATION OF CONSOLIDATED FINANCIAL STATEMENTS AND SIGNIFICANT ACCOUNTING POLICIES (Continued)

### 3.2 Significant accounting policies (Continued)

**Taxation**

Income tax expense represents the sum of the tax currently payable and deferred tax.

The tax currently payable is based on taxable profit for the year. Taxable profit differs from profit before taxation because of items of income or expense that are taxable or deductible in other years and items that are never taxable or deductible. The Group's liability for current tax is calculated using tax rates that have been enacted or substantively enacted by the end of the reporting period.

Deferred tax is recognised on temporary differences between the carrying amounts of assets and liabilities in the consolidated financial statements and the corresponding tax bases used in the computation of taxable profit. Deferred tax liabilities are generally recognised for all taxable temporary differences. Deferred tax assets are generally recognised for all deductible temporary differences to the extent that it is probable that taxable profits will be available against which those deductible temporary differences can be utilised. Such deferred tax assets and liabilities are not recognised if the temporary difference arises from the initial recognition (other than in a business combination) of assets and liabilities in a transaction that affects neither the taxable profit nor the accounting profit.

Deferred tax liabilities are recognised for taxable temporary differences associated with investments in subsidiaries except where the Group is able to control the reversal of the temporary difference and it is probable that the temporary difference will not reverse in the foreseeable future. Deferred tax assets arising from deductible temporary differences associated with such investments are only recognised to the extent that it is probable that there will be sufficient taxable profits against which to utilise the benefits of the temporary differences and they are expected to reverse in the foreseeable future.

The carrying amount of deferred tax assets is reviewed at the end of each reporting period and reduced to the extent that it is no longer probable that sufficient taxable profits will be available to allow all or part of the asset to be recovered.

Deferred tax assets and liabilities are measured at the tax rates that are expected to apply in the period in which the liability is settled or the asset realised, based on tax rates (and tax laws) that have been enacted or substantively enacted by the end of the reporting period.

The measurement of deferred tax liabilities and assets reflects the tax consequences that would follow from the manner in which the Group expects, at the end of the reporting period, to recover or settle the carrying amount of its assets and liabilities.

Deferred tax assets and liabilities are offset when there is a legally enforceable right to set off current tax assets against current tax liabilities and when they relate to income taxes levied to the same taxation entity by the same tax authority.

Current and deferred tax is recognised in profit or loss.

For the purposes of measuring deferred tax for leasing transactions in which the Group recognises the right-of-use assets and the related lease liabilities, the Group first determines whether the tax deductions are attributable to the right-of-use assets or the lease liabilities.

PARADISE 00033259
01890

# Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

## 3.   BASIS OF PREPARATION OF CONSOLIDATED FINANCIAL STATEMENTS AND SIGNIFICANT ACCOUNTING POLICIES (Continued)

### 3.2  Significant accounting policies (Continued)

#### Taxation (Continued)

For leasing transactions in which the tax deductions are attributable to the lease liabilities, the Group applies HKAS 12 "Income Taxes" requirements to right-of-use assets and lease liabilities separately. Temporary differences on initial recognition of the relevant right-of-use assets and lease liabilities are not recognised due to application of the initial recognition exemption. Temporary differences arising from subsequent revision to the carrying amounts of right-of-use assets and lease liabilities, resulting from remeasurement of lease liabilities and lease modifications, that are not subject to initial recognition exemption are recognised on the date of remeasurement or modification.

In assessing any uncertainty over income tax treatments, the Group considers whether it is probable that the relevant tax authority will accept the uncertain tax treatment used, or proposed to be use by individual group entities in their income tax filings. If it is probable, the current and deferred taxes are determined consistently with the tax treatment in the income tax filings. If it is not probable that the relevant taxation authority will accept an uncertain tax treatment, the effect of each uncertainty is reflected by using either the most likely amount or the expected value.

#### Foreign currencies

In preparing the financial statements of each individual group entity, transactions in currencies other than the functional currency of that entity (foreign currencies) are recognised at the rates of exchange prevailing at the dates of the transactions. At the end of each reporting period, monetary items denominated in foreign currencies are retranslated at the rates prevailing at that date. Non-monetary items that are measured in terms of historical cost in a foreign currency are not retranslated.

Exchange differences arising on the settlement of monetary items, and on the retranslation of monetary items, are recognised in profit or loss in the period in which they arise.

For the purposes of presenting the consolidated financial statements, the assets and liabilities of the Group's foreign operation are translated into the presentation currency of the Group (i.e. HK$) using exchange rates prevailing at the end of each reporting period. Income and expenses items are translated at the average exchange rates for the year. Exchange differences arising, if any, are recognised in other comprehensive income and accumulated in equity under the heading of the translation reserve and will be reclassified from equity to profit or loss on disposal of the foreign operation.

PARADISE 00033260
01891

# Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

## 3. BASIS OF PREPARATION OF CONSOLIDATED FINANCIAL STATEMENTS AND SIGNIFICANT ACCOUNTING POLICIES (Continued)

### 3.2 Significant accounting policies (Continued)

**Leases**

*Definition of a lease*

A contract is, or contains, a lease if the contract conveys the right to control the use of an identified asset for a period of time in exchange for consideration.

For contracts entered into or modified on or after the date of initial application or arising from business combinations, the Group assesses whether a contract is or contains a lease based on the definition under HKFRS 16 at inception, modification date or acquisition date, as appropriate. Such contract will not be reassessed unless the terms and conditions of the contract are subsequently changed.

*The Group as a lessee*

*Allocation of consideration to components of a contract*

For a contract that contains a lease component and one or more additional lease or non-lease components, the Group allocates the consideration in the contract to each lease component on the basis of the relative stand-alone price of the lease component and the aggregate stand-alone price of the non-lease components.

Non-lease components are separated from lease component and are accounted for by applying other applicable standards.

Payments associated with short-term leases of rented premises are recognised on a straight-line basis as an expense in profit or loss. Short-term leases are leases with a lease term of 12 months or less without a purchase option.

*Right-of-use assets*

The cost of right-of-use asset includes:

- the amount of the initial measurement of the lease liability;

- any lease payments made at or before the commencement date, less any lease incentives received;

- any initial direct costs incurred by the Group; and

- an estimate of costs to be incurred by the Group in dismantling and removing the underlying assets, restoring the site on which it is located or restoring the underlying asset to the condition required by the terms and conditions of the lease.

PARADISE 00033261

01892

# Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

3.  BASIS OF PREPARATION OF CONSOLIDATED FINANCIAL STATEMENTS AND SIGNIFICANT ACCOUNTING POLICIES (Continued)

    3.2  Significant accounting policies (Continued)

    Leases (Continued)
    *The Group as a lessee (Continued)*
    *Right-of-use assets (Continued)*
    Right-of-use assets are measured at cost, less any accumulated depreciation and impairment losses and adjusted for any remeasurement of lease liabilities. Right-of-use assets are depreciated on a straight-line basis over the shorter of its estimated useful life and the lease term.

    The Group presents right-of-use assets as a separate line item on the consolidated statement of financial position.

    *Refundable rental deposits*
    Refundable rental deposits paid are accounted under HKFRS 9 and initially measured at fair value. Adjustments to fair value at initial recognition are considered as additional lease payments and included in the cost of right-of-use assets.

    *Lease liabilities*
    At the commencement date of a lease, the Group recognises and measures the lease liability at the present value of lease payments that are unpaid at that date. In calculating the present value of lease payments, the Group uses the incremental borrowing rate at the lease commencement date if the interest rate implicit in the lease is not readily determinable.

    The lease payments include:

    - fixed payments (including in-substance fixed payments) less any lease incentives receivable;

    - variable lease payments that depend on an index or a rate, initially measured using the index or rate as at the commencement date; and

    - payments of penalties for terminating a lease, if the lease term reflects the Group exercising an option to terminate the lease.

PARADISE 00033262
01893

# Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

## 3. BASIS OF PREPARATION OF CONSOLIDATED FINANCIAL STATEMENTS AND SIGNIFICANT ACCOUNTING POLICIES (Continued)

### 3.2 Significant accounting policies (Continued)

#### Leases (Continued)
*The Group as a lessee (Continued)*

<u>Lease liabilities (Continued)</u>

After the commencement date, lease liabilities are adjusted by interest accretion and lease payments.

The Group remeasures lease liabilities (and makes a corresponding adjustment to the related right-of-use assets) whenever:

- the lease term has changed or there is a change in the assessment of exercise of a purchase option, in which case the related lease liability is remeasured by discounting the revised lease payments using a revised discount rate at the date of reassessment.

- the lease payments change due to changes in market rental rates following a market rent review, in which cases the related lease liability is remeasured by discounting the revised lease payments using the initial discount rate.

The Group presents lease liabilities as a separate line item on the consolidated statement of financial position.

<u>Lease modifications</u>

Except for Covid-19-related rent concessions in which the Group applied the practical expedient, the Group accounts for a lease modification as a separate lease if:

- the modification increases the scope of the lease by adding the right to use one or more underlying assets; and

- the consideration for the leases increases by an amount commensurate with the stand-alone price for the increase in scope and any appropriate adjustments to that stand-alone price to reflect the circumstances of the particular contract.

For a lease modification that is not accounted for as a separate lease, the Group remeasures the lease liability, less any lease incentives receivable, based on the lease term of the modified lease by discounting the revised lease payments using a revised discount rate at the effective date of the modification.

The Group accounts for the remeasurement of lease liabilities by making corresponding adjustments to the relevant right-of-use asset. When the modified contract contains a lease component and one or more additional lease or non-lease components, the Group allocates the consideration in the modified contract to each lease component on the basis of the relative stand-alone price of the lease component and the aggregate stand-alone price of the non-lease components.

PARADISE 00033263

01894

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

3.  **BASIS OF PREPARATION OF CONSOLIDATED FINANCIAL STATEMENTS AND SIGNIFICANT ACCOUNTING POLICIES** (Continued)

    ### 3.2  Significant accounting policies (Continued)

    Leases (Continued)
    *The Group as a lessee (Continued)*
    <u>Covid-19-related rent concessions</u>
    In relation to rent concessions that occurred as a direct consequence of the Covid-19 pandemic, the Group has elected to apply the practical expedient not to assess whether the change is a lease modification if all of the following conditions are met:

    •   the change in lease payments results in revised consideration for the lease that is substantially the same as, or less than, the consideration for the lease immediately preceding the change;

    •   any reduction in lease payments affects only payments originally due on or before 30 June 2021; and

    •   there is no substantive change to other terms and conditions of the lease.

    A lessee applying the practical expedient accounts for changes in lease payments resulting from rent concessions the same way it would account for the changes applying HKFRS 16 if the changes are not a lease modification. Forgiveness or waiver of lease payments are accounted for as variable lease payments. The related lease liabilities are adjusted to reflect the amounts forgiven or waived with a corresponding adjustment recognised in the profit or loss in the period in which the event occurs.

    *The Group as a lessor*
    <u>Classification and measurement of leases</u>
    Leases for which the Group is a lessor are classified as finance or operating leases. Whenever the terms of the lease transfer substantially all the risks and rewards incidental to ownership of an underlying asset to the lessee, the contract is classified as a finance lease. All other leases are classified as operating leases.

    Rental income from operating leases is recognised in profit or loss on a straight line basis over the term of the relevant lease. Initial direct costs incurred in negotiating and arranging an operating lease are added to the carrying amount of the leased asset, and such costs are recognised as an expense on a straight line basis over the lease term. Variable lease payments that do not depend on an index or a rate are recognised as income when they arise.

    Leasing income which are derived from the Group's ordinary course of business are presented as revenue.

PARADISE 00033264

01895

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

### 3. BASIS OF PREPARATION OF CONSOLIDATED FINANCIAL STATEMENTS AND SIGNIFICANT ACCOUNTING POLICIES (Continued)

#### 3.2 Significant accounting policies (Continued)

**Leases (Continued)**

*The Group as a lessor (Continued)*

*Allocation of consideration to components of a contract*

When a contract includes both leases and non-lease components, the Group applies HKFRS 15 to allocate consideration in a contract to lease and non-lease components. Non-lease components are separated from lease component on the basis of their relative stand-alone selling prices.

*Refundable rental deposits*

Refundable rental deposits received are accounted for under HKFRS 9 and initially measured at fair value. Adjustments to fair value at initial recognition are considered as additional lease payments from lessees.

*Lease modification*

Changes in considerations of lease contracts that were not part of the original terms and conditions are accounted for as lease modifications, including lease incentives provided through forgiveness or reduction of rentals.

The Group accounts for a modification to an operating lease as a new lease from the effective date of the modification, considering any prepaid or accrued lease payments relating to the original lease as part of the lease payments for the new lease.

**Retirement benefit costs**

Payments to defined contribution retirement benefit schemes are recognised as an expense when employees have rendered service entitling them to the contributions.

**Short-term employee benefits**

Short-term employee benefits are recognised at the undiscounted amount of the benefits expected to be paid as and when employees rendered the services. All short-term employee benefits are recognised as an expense unless another HKFRS requires or permits the inclusion of the benefit in the cost of an asset.

A liability is recognised for benefits accruing to employees (such as wages and salaries and annual leave) after deducting any amount already paid.

**Government grants**

Government grants are not recognised until there is reasonable assurance that the Group will comply with the conditions attaching to them and that the grants will be received.

Government grants related to income that are receivable as compensation for expenses or losses already incurred or for the purpose of giving immediate financial support to the Group with no future related costs are recognised in profit or loss in the period in which they become receivable. Such grants are presented under "other income".

PARADISE 00033265

01896

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

4.  **CRITICAL ACCOUNTING JUDGEMENTS AND KEY SOURCES OF ESTIMATION UNCERTAINTY**

In the application of the Group's accounting policies, which are described in note 3, the directors of the Company are required to make judgments, estimates and assumptions about the carrying amounts of assets and liabilities that are not readily apparent from other sources. The estimates and underlying assumptions are based on historical experience and other factors that are considered to be relevant. Actual results may differ from these estimates.

The estimates and underlying assumptions are reviewed on an ongoing basis. Revisions to accounting estimates are recognised in the period in which the estimate is revised if the revision affects only that period, or in the period of the revision and future periods if the revision affects both current and future periods.

### Critical judgements in applying accounting policies

The following are the critical judgements, apart from those involving estimations (see below), that the directors of the Company have made in the process of applying the Group's accounting policies and that have the most significant effect on the amounts recognised in the consolidated financial statements.

*Determination on incremental borrowing rate of lease contracts*

In determination on incremental borrowing rate, the Group applies judgement to determine the applicable rate, taking into account the nature of the underlying assets and the terms and condition of the leases at both the commencement date and the effective date of the modification to calculate the present value of lease payments. The incremental borrowing rate of the Group applies significantly affects the amount of lease liabilities and right-of-use assets recognised.

*Revenue recognition from sale of electronic gaming equipment and systems at a point in time*

Under HKFRS 15, control of the asset is transferred over time when the Group's performance does not create an asset with an alternative use to the Group and the Group has an enforceable right to payment for performance completed to date. Significant judgment is required in determining whether the terms of the Group's contracts with customers in relation to create an enforceable right to payment for the Group. Based on the assessment of the management, the terms of the relevant sale contracts do not create an enforceable right to payment for the Group after taking into consideration indicators. Accordingly, the sale of electronic gaming machines with no alternative use is considered the performance obligation satisfied at a point in time.

PARADISE 00033266

01897

# Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

4. CRITICAL ACCOUNTING JUDGEMENTS AND KEY SOURCES OF ESTIMATION UNCERTAINTY (Continued)

### Key sources of estimation uncertainty

The following are the key assumptions concerning the future, and other key sources of estimation uncertainty at the end of the reporting period, which may have a significant risk of causing a material adjustment to the carrying amounts of assets and liabilities within the next financial year.

*Impairment assessment of the intangible asset and property, plant and equipment allocated to the Macau Patent CGU (as defined in note 16)*

In determining whether the intangible asset and property, plant and equipment are impaired requires an estimation of the recoverable amount of the Macau Patent CGU to which these assets are allocated. The Group engages an independent professional valuer to perform the valuation. The recoverable amount is based on the estimated value in use which is the aggregate of present value of estimated future cash flows. When the actual future cash flows are less than expected, a material impairment loss may arise. Changes in the key assumptions including the growth rates of revenue and costs, working capital needs and pre-tax discount rate in the cash flow projections, could materially affect the recoverable amounts arising from the current changing in market conditions after the outbreak of Covid-19. The duration of the travel restrictions and the related impact on the financial performance of the Group is unknown subjecting these key assumptions to greater uncertainty.

During the year ended 31 December 2020, an impairment loss of HK$3,000,000 (2019: nil) was recognised for certain electronic gaming equipment and systems with the Group discontinuing its provision of casino management services in Casino Waldo from 1 March 2020. Based on the Group's impairment assessment, as the recoverable amount based on value in use of the intangible asset and the remaining related property, plant and equipment is estimated to be higher than the carrying amount, no further provisions for impairment were identified as at 31 December 2020 (2019: nil).

As at 31 December 2020, the carrying amounts of intangible asset and property, plant and equipment allocated to the Macau Patent CGU are HK$56,643,000 (2019: HK$68,781,000) and HK$45,539,000 (2019: HK$56,018,000), respectively.

*Estimation of write-down amount of trading goods*

Inventories are stated at the lower of cost and net realisable value. When the expectation of the net realisable value is less than the cost, write-down of inventories may arise. The directors of the Company review regularly the suitability of the Group's write-down policy for trading goods and carries out review of the trading goods at the end of each reporting period. The directors of the Company identify slow-moving and obsolete trading goods with reference to an aged analysis and the Group's assessment of technical specification and determines the write-down amount for trading goods by considering the saleability of trading goods. As at 31 December 2020, the carrying amount of trading goods, after the write-down amount of HK$6,703,000 (2019: HK$5,945,000) during the year ended 31 December 2020, was HK$18,462,000 (2019: HK$34,736,000).

PARADISE 00033267

01898

# Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

### 5.  REVENUE

An analysis of the Group's revenue is as follows:

|  | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| **Casino management services:** |  |  |
| Provision of casino management services, recognised over time | 326,396 | 1,004,223 |
|  |  |  |
| **Electronic gaming equipment and systems:** |  |  |
| Sale of electronic gaming equipment and systems, recognised at a point in time | 20,923 | 169,832 |
| Leasing of electronic gaming equipment and systems |  |  |
| — variable operating lease payments | 3,091 | 5,164 |
| Royalty income, recognised over time | 1,329 | 2,535 |
|  |  |  |
|  | 25,343 | 177,531 |
|  |  |  |
| Total | 351,739 | 1,181,754 |
|  |  |  |
| **Analysis of revenue:** |  |  |
| Recognised over time | 327,725 | 1,006,758 |
| Recognised at a point in time | 20,923 | 169,832 |
|  |  |  |
| Revenue recognition for revenue from contracts with customers | 348,648 | 1,176,590 |
| Leasing income — variable operating lease payment | 3,091 | 5,164 |
|  |  |  |
| Total | 351,739 | 1,181,754 |

## Performance obligations for contracts with customers

### Provision of casino management services

The Group provides management services to gaming operators in Macau under service arrangements for gaming operations in mass market hall and slot machine hall. Such services are recognised as a performance obligation satisfied over time as the Group is entitled to receive its service income according to the relevant operating performance from the gaming operators.

As a practical expedient, the Group does not disclose the information about its remaining obligations in respect of provision of casino management services as the contracts have an original expected duration of one year or less.

The directors of the Company considered that the Group acts as the principal for the casino management service operations with services provided to gaming operators as the Group controls the specified service to be provided by the Group before the service is transferred to a customer.

PARADISE 00033268
01899

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

### 5. REVENUE (Continued)

#### Performance obligations for contracts with customers (Continued)

Sale of electronic gaming equipment and systems

The Group enters into contracts with customers (casino operators) for the sale of electronic gaming equipment and systems include multi-elements as follows:

(a)    Procurement and delivery of electronic gaming equipment and systems;

(b)    Assist in obtaining the local regulatory approval of the electronic gaming equipment and systems;

(c)    On-site installation of the electronic gaming equipment and systems at the casino; and

(d)    After sales warranty service from three months to one year.

The directors of the Company considered that these multi-elements are not separately identifiable components and therefore, the revenue on sale of electronic gaming equipment and systems is recognised as sale of goods when the goods are approved by the local regulatory authority, delivered, on-site installation is satisfied as per terms of relevant sale contracts and titles have been passed.

As a practical expedient, the Group does not disclose the information about its remaining obligations in respect of sale of electronic gaming equipment and systems as the contracts have an original expected duration of one year or less.

Royalty income

Royalty income is recognised and based on sale and other measures by reference to the agreement for the placement of the relevant products in accordance with the substance of the relevant agreement.

As a practical expedient, the Group does not disclose the information about its remaining obligations in respect of royalty income as the contracts have an original expected duration of one year or less.

### 6. SEGMENT INFORMATION

The executive directors of the Company (the "Executive Directors") have been identified as the chief operating decision makers (the "CODM"). The Executive Directors review the business with the following reportable and operating segments:

Casino management services    —    Provision of casino management services in Macau

Gaming systems    —    Development, sale and leasing of electronic gaming equipment and systems and royalty income

The Group monitors the operating results of its business units separately for the purposes of making decisions about resource allocation and performance assessment. Segment results represent the operating profit or loss from/earned by each segment without allocation of corporate income and expenses, finance costs, share of losses of joint ventures and income tax expenses. This is the measure reported to the Executive Directors for the purposes of resource allocation and assessment of segment performance.

PARADISE 00033269

01900

# Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

6. SEGMENT INFORMATION (Continued)

Information regarding the above segments is reported below:

## Segment revenue and results

**For the year ended 31 December 2020**

| | Casino management services HK$'000 | Gaming systems HK$'000 | Unallocated HK$'000 | Consolidated HK$'000 |
|---|---|---|---|---|
| Segment revenue | 326,396 | 25,343 | | 351,739 |
| Segment results | (126,724) | (84,633) | | (211,357) |
| Unallocated corporate income | | | | 60,848 |
| Unallocated corporate expenses | | | | (30,894) |
| Finance costs | | | | (3,958) |
| Share of losses of joint ventures | | | | (4,348) |
| Loss before taxation | | | | (189,709) |
| Taxation charge | | | | (2,402) |
| Loss for the year | | | | (192,111) |
| Other information | | | | |
| Capital expenditure | 11,136 | 14,818 | 257 | 26,211 |
| Amortisation of intangible assets | 12,138 | — | — | 12,138 |
| Depreciation of property, plant and equipment | 35,701 | 9,734 | 899 | 46,334 |
| Depreciation of right-of-use assets | 4,683 | 3,992 | 4,595 | 13,270 |
| Loss (gain) on disposal/write-off of property, plant and equipment | 9,609 | 56 | (2) | 9,663 |
| Impairment loss in respect of property, plant and equipment | 5,000 | — | — | 5,000 |
| Write-down of inventories | — | 6,703 | — | 6,703 |

PARADISE 00033270

01901

# Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

## 6. SEGMENT INFORMATION (Continued)

### Segment revenue and results (Continued)

For the year ended 31 December 2019

|  | Casino management services HK$'000 | Gaming systems HK$'000 | Unallocated HK$'000 | Consolidated HK$'000 |
|---|---|---|---|---|
| Segment revenue | 1,004,223 | 177,531 |  | 1,181,754 |
| Segment results | 53,297 | (6,036) |  | 47,261 |
| Unallocated corporate income |  |  |  | 19 |
| Unallocated corporate expenses |  |  |  | (35,708) |
| Finance costs |  |  |  | (3,421) |
| Share of losses of joint ventures |  |  |  | (2,149) |
| Profit before taxation |  |  |  | 6,002 |
| Taxation credit |  |  |  | 4,558 |
| Profit for the year |  |  |  | 10,560 |
| Other information |  |  |  |  |
| Capital expenditure | 12,769 | 106,583 | 2,784 | 122,136 |
| Amortisation of intangible assets | 12,138 | — | — | 12,138 |
| Depreciation of property, plant and equipment | 48,367 | 10,094 | 925 | 59,386 |
| Depreciation of right-of-use assets | 4,034 | 2,636 | 4,423 | 11,093 |
| Write-down of inventories | — | 5,945 | — | 5,945 |

No analysis of the Group's assets and liabilities by operating and reportable segments and geographical information of revenue from external customers and non-current assets are disclosed as they are not regularly provided to the CODM.

PARADISE 00033271

01902

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

### 6. SEGMENT INFORMATION (Continued)

#### Information about major customers

During the year, revenue derived from one customer (2019: two customers), which individually contributed over 10% of the Group's revenue, is as follows:

|  | Customer A | | Customer B* | |
|---|---|---|---|---|
|  | 2020 | 2019 | 2020 | 2019 |
|  | HK$'000 | HK$'000 | HK$'000 | HK$'000 |
| Casino management services segment | 303,141 | 692,695 | N/A | 311,528 |
| Gaming systems segment | — | — | N/A | 13,362 |
| Total | 303,141 | 692,695 | N/A | 324,890 |

\*    Revenue from this customer was less than 10% of the Group's revenue for the year ended 31 December 2020.

### 7. OTHER INCOME, GAINS AND LOSSES

|  | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| Bank interest income | 927 | 3,927 |
| Loan interest income | 831 | 1,205 |
|  | 1,758 | 5,132 |
| Impairment loss in respect of property, plant and equipment | (5,000) | — |
| Exchange gain | 5,658 | — |
| Income from repair services | 532 | 1,671 |
| Loss on disposal/write-off of property, plant and equipment | (9,663) | — |
| Compensation from early termination of leasing agreement of electronic gaming equipment and systems by the lessee | — | 1,000 |
| Gain arising from early termination of lease contracts | — | 15 |
| Government subsidies | 2,566 | 1,801 |
| Loss on deregistration of a subsidiary | — | (25) |
| Procurement service income (note) | 53,883 | — |
| Rental income — fixed lease payment | 5,694 | 6,611 |
| Sundry income | 3,315 | 2,681 |
|  | 58,743 | 18,886 |

Note:  During the year ended 31 December 2020, the Group provided procurement services for overseas customers and recognised net service income of HK$53,883,000 (2019: nil).

PARADISE 00033272

01903

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

### 8. FINANCE COSTS

| | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| Interest on: | | |
| — bank borrowings | 3,404 | 2,777 |
| — lease liabilities | 554 | 644 |
| | 3,958 | 3,421 |

### 9. (LOSS) PROFIT BEFORE TAXATION

| | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| (Loss) profit before taxation has been arrived at after charging: | | |
| Directors' emoluments (note 10) | 21,395 | 26,446 |
| Other staff costs | | |
| — Salaries and other benefits | 132,863 | 157,533 |
| — Retirement benefit scheme contributions | 2,225 | 2,703 |
| Total staff costs | 156,483 | 186,682 |
| Auditor's remuneration | 1,980 | 2,480 |
| Cost of inventories recognised as expenses (included in cost of sales and services) | 9,001 | 47,169 |
| Depreciation of property, plant and equipment | 46,334 | 59,386 |
| Depreciation of right-of-use assets | 13,270 | 11,093 |
| Commission expenses for casino management services (included in marketing, selling and distribution costs) | 27,797 | 138,615 |
| Impairment loss in respect of property, plant and equipment (included in other income, gains and losses) | 5,000 | — |
| Loss on disposal/write off of property, plant and equipment (included in other income, gains and losses) | 9,663 | — |
| Research and development expenditure (note) (included in operating and administrative expenses) | 83,152 | 100,764 |
| Write-down of inventories (included in cost of sales and services) | 6,703 | 5,945 |
| and after crediting: | | |
| Exchange gain (included in other income, gains and losses) | 5,658 | — |
| Covid-19-related rent concessions (note 15) | 659 | — |

Note: Research and development expenditure for the year ended 31 December 2020 of HK$83,152,000 includes staff costs of HK$47,973,000, depreciation of property, plant and equipment of HK$1,548,000 and depreciation of right-to-use assets of HK$3,176,000 which are included in the respective total amounts disclosed separately above.

Research and development expenditure for the year ended 31 December 2019 of HK$100,764,000 included staff costs of HK$46,042,000, depreciation of property, plant and equipment of HK$1,174,000 and depreciation of right-to-use assets of HK$2,522,000 which were included in the respective total amounts disclosed separately above.

PARADISE 00033273
01904

# Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

## 10. DIRECTORS' AND EMPLOYEES' EMOLUMENTS

The emoluments of the directors of the Company during the year are analysed as follows:

| | Executive Directors | | | Independent non-executive directors | | | |
| | Mr. Jay Chun HK$'000 | Mr. Shan Shiyong, alias, Sin Sai Yung HK$'000 | Mr. Hu Liming HK$'000 | Mr. Li John Zongyang HK$'000 | Mr. Kai-Shing Tao HK$'000 | Ms. Tang Kiu Sam Alice HK$'000 | Total HK$'000 |
|---|---|---|---|---|---|---|---|
| **2020** | | | | | | | |
| Fees | — | — | — | 180 | 180 | 180 | 540 |
| Salaries and other benefits | 12,134 | 7,200 | 180 | — | — | — | 19,514 |
| Accommodation benefits | 1,320 | — | — | — | — | — | 1,320 |
| Retirement benefit scheme contributions | 12 | 9 | — | — | — | — | 21 |
| | 13,466 | 7,209 | 180 | 180 | 180 | 180 | 21,395 |
| | | | | | | | |
| 2019 | | | | | | | |
| Fees | — | — | — | 240 | 240 | 240 | 720 |
| Salaries and other benefits | 12,136 | 12,000 | 240 | — | — | — | 24,376 |
| Accommodation benefits | 1,320 | — | — | — | — | — | 1,320 |
| Retirement benefit scheme contributions | 12 | 18 | — | — | — | — | 30 |
| | 13,468 | 12,018 | 240 | 240 | 240 | 240 | 26,446 |

The Executive Directors' emoluments shown above were for their services in connection with the management of the affairs of the Company and the Group. The emoluments of independent non-executive directors shown above were for their services as directors of the Company.

No emoluments were recognised or paid by the Group to the directors as compensation for loss of office or as an inducement to join or upon joining the Group for both years. None of the director has waived any emoluments during both years.

PARADISE 00033274
01905

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

### 10. DIRECTORS' AND EMPLOYEES' EMOLUMENTS (Continued)

The five highest paid individuals of the Group include two directors of the Company for both years, whose emoluments are disclosed above and the total emoluments of the remaining three individuals for both years were as follows:

|  | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| Salaries and other benefits | 8,094 | 9,443 |
| Retirement benefit scheme contributions | 39 | 81 |
|  | 8,133 | 9,524 |

| | Number of individuals | |
|---|---|---|
|  | 2020 | 2019 |

Emoluments of the remaining three employees were within the following bands:

| | 2020 | 2019 |
|---|---|---|
| HK$1,500,001 — HK$2,000,000 | 1 | 1 |
| HK$2,000,001 — HK$2,500,000 | 1 | — |
| HK$3,000,001 — HK$3,500,000 | — | 1 |
| HK$3,500,001 — HK$4,000,000 | 1 | — |
| HK$4,500,001 — HK$5,000,000 | — | 1 |

No emoluments were recognised or paid by the Group to the five highest paid individuals (including directors and employees) as compensation for loss of office or as an inducement to join or upon joining the Group for both years.

PARADISE 00033275

01906

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

### 11. TAXATION (CHARGE) CREDIT

|  | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| **Macau Complementary Tax** | | |
| — current year | (2,000) | (1,000) |
| — underprovision in respect of prior years | (48) | — |
| — reversal of provision in prior years | — | 6,000 |
|  | (2,048) | 5,000 |
| **Lump Sum Dividend Tax** | (377) | (378) |
| **PRC Enterprise Income Tax** | | |
| — current year | (11) | (64) |
| — overprovision in respect of prior years | 34 | — |
|  | 23 | (64) |
| **Taxation (charge) credit** | (2,402) | 4,558 |

No provision for Hong Kong Profits Tax has been recognised in the consolidated financial statements as the Group did not generate any assessable profit in Hong Kong for both years.

Macau Complementary Tax ("Macau CT") is calculated at 12% of the estimated assessable profit for both years. Pursuant to the Macau CT law, the Macau CT assessment on the estimated assessable profit in a year of assessment will lapse in five consecutive years after that year of assessment. At 31 December 2019, the directors of the Company reassessed the adequacy of the Macau CT provision and determined to reverse part of the Group's relevant Macau CT provision of HK$6,000,000 (2020: nil).

Pursuant to the letters issued by the Financial Services Bureau of the Macau government dated 15 August 2017 and 28 October 2020, the revenue generated from the service agreement signed between LT (Macau) Limited ("LT Macau"), a wholly-owned subsidiary of the Company incorporated in Macau, and Sociedade de Jogos de Macau, S.A. ("SJM") is not subject to Macau CT for the period from 1 January 2017 to 31 March 2020 and for the period from 1 April 2020 to 26 June 2022, respectively, since it is derived from SJM's gaming revenue, for which gaming revenue is exempted from Macau CT pursuant to the terms of no. 2 of article 28 of the Law 16/2001 and the exemption granted by Despatch no. 378/2011 of 23 November 2011.

PARADISE 00033276

01907

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

### 11. TAXATION (CHARGE) CREDIT (Continued)

Pursuant to the letters issued by the Financial Services Bureau of the Macau government dated 15 August 2017 and 28 October 2020, LT Macau is obligated to pay an annual lump sum dividend withholding tax of (i) Macau Pataca ("MOP") 389,000 (equivalent to HK$378,000) for each of the years ended 31 December 2017 to 2019 and MOP97,000 (equivalent to HK$94,000) for the three months ended 31 March 2020; and (ii) MOP291,000 (equivalent to HK$283,000) for the period from 1 April 2020 to 31 December 2020, MOP388,000 (equivalent to HK$377,000) for the period from 1 January 2021 to 31 December 2021 and MOP190,000 (equivalent to HK$184,000) for the period from 1 January 2022 to 26 June 2022, respectively, as payment in lieu of Macau CT otherwise due by the shareholders of LT Macau on dividend distributions from gaming profits generated in relation to the operation of the casino at Casino Kam Pek Paradise. These annual lump sum tax payments are required regardless of whether dividends were actually distributed or whether LT Macau had distributable profits in the relevant years. For the year ended 31 December 2020, provision for taxation of HK$377,000 (2019: HK$378,000) has been recognised which was charged to the consolidated statement of profit or loss.

PRC Enterprise Income Tax for operating subsidiaries established in the PRC is calculated at the PRC Enterprise Income Tax rate of 25% prevailing in the PRC on the assessable profit for the current year. Taxation for overseas subsidiaries, except for those incorporated in Macau and the PRC, is charged at the appropriate current rate of taxation ruling in the relevant countries.

The taxation (charge) credit for the year can be reconciled to the (loss) profit before taxation per consolidated statement of profit or loss as follows:

|  | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| (Loss) profit before taxation | (189,709) | 6,002 |
| Tax credit (charge) at the Macau CT rate of 12% | 22,765 | (720) |
| Tax effect of expenses not deductible for tax purposes | (58,772) | (78,096) |
| Tax effect of income not taxable for tax purposes | 36,406 | 89,842 |
| Tax effect of tax losses not recognised | (2,808) | (12,824) |
| Utilisation of tax losses previously not recognised | 398 | 768 |
| Effect of reversal of tax provision in respect of prior years | — | 6,000 |
| Lump Sum Dividend Tax | (377) | (378) |
| Underprovision in respect of prior years | (14) | — |
| Tax effect of different tax rates of subsidiaries operating in other jurisdictions | — | (34) |
| Taxation (charge) credit for the year | (2,402) | 4,558 |

At 31 December 2020, the Group had unused tax losses of HK$111,485,000 (2019: HK$93,650,000) available to offset against future taxable profits which may be carried forward indefinitely except for HK$4,071,000 (2019: HK$6,319,000) which derived from Macau and will expire in three years from the year of assessment. No deferred tax asset has been recognised in respect of such losses due to the unpredictability of future taxable profit streams.

PARADISE 00033277
01908

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

### 12. DIVIDEND

|  | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| Dividend for ordinary shareholders of the Company recognised as distribution during the year: | | |
| Final dividend paid, per ordinary share — nil for 2019 (2019: HK2.5 cents for 2018) | — | 26,305 |

No dividend was paid to the owners of the Company during the year ended 31 December 2020. During the year ended 31 December 2019, a final dividend of HK2.5 cents per ordinary share in respect of year ended 31 December 2018 was paid to the owners of the Company. The directors of the Company determined that no dividend will be declared, proposed or paid for both years.

### 13. (LOSS) EARNINGS PER SHARE

The calculation of the basic (loss) earnings per share attributable to owners of the Company is based on the following data:

|  | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| **(Loss) earnings** | | |
| (Loss) profit for the year attributable to owners of the Company for the purpose of calculating basic (loss) earnings per share | (189,152) | 926 |

|  | 2020 '000 | 2019 '000 |
|---|---|---|
| **Number of shares** | | |
| Weighted average number of ordinary shares for the purpose of calculating basic (loss) earnings per share | 1,052,185 | 1,052,185 |

For the years ended 31 December 2020 and 31 December 2019, no diluted (loss) earnings per share were presented as there were no dilutive potential ordinary shares.

PARADISE 00033278

01909

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

### 14. PROPERTY, PLANT AND EQUIPMENT

| | Leasehold land and buildings HK$'000 | Leasehold improvements HK$'000 | Plant and machinery HK$'000 | Furniture, fixtures and equipment HK$'000 | Motor vehicles HK$'000 | Total HK$'000 |
|---|---|---|---|---|---|---|
| **COST** | | | | | | |
| At 1 January 2019 | 134,003 | 198,301 | 295,518 | 45,270 | 12,104 | 685,196 |
| Currency realignment | — | (30) | (7) | (69) | (1) | (107) |
| Additions | 94,549 | 5,395 | 9,603 | 3,329 | 1,314 | 114,190 |
| Transfer from inventories | — | — | 9,030 | — | — | 9,030 |
| Transfer to inventories | — | — | (2,773) | — | — | (2,773) |
| Disposals | — | — | — | (354) | — | (354) |
| | | | | | | |
| At 31 December 2019 | 228,552 | 203,666 | 311,371 | 48,176 | 13,417 | 805,182 |
| Currency realignment | — | 226 | 27 | 317 | — | 570 |
| Additions | — | 7,553 | 6,044 | 972 | 280 | 14,849 |
| Transfer from inventories | — | — | 12,947 | — | — | 12,947 |
| Disposals/write-off | — | (36,118) | (16,848) | (2,711) | — | (55,677) |
| | | | | | | |
| At 31 December 2020 | 228,552 | 175,327 | 313,541 | 46,754 | 13,697 | 777,871 |
| | | | | | | |
| **ACCUMULATED DEPRECIATION AND IMPAIRMENT** | | | | | | |
| At 1 January 2019 | 1,072 | 159,366 | 235,444 | 36,631 | 5,745 | 438,258 |
| Currency realignment | — | (12) | (1) | (37) | (1) | (51) |
| Provided for the year | 5,327 | 21,248 | 26,818 | 4,083 | 1,910 | 59,386 |
| Eliminated on transfer to inventories | — | — | (2,614) | — | — | (2,614) |
| Eliminated on disposal | — | — | — | (190) | — | (190) |
| | | | | | | |
| At 31 December 2019 | 6,399 | 180,602 | 259,647 | 40,487 | 7,654 | 494,789 |
| Currency realignment | — | 74 | 19 | 211 | — | 304 |
| Provided for the year | 7,405 | 13,910 | 20,761 | 2,305 | 1,953 | 46,334 |
| Impairment loss recognised in profit and loss | — | — | 5,000 | — | — | 5,000 |
| Eliminated on disposal/write-off | — | (28,860) | (14,767) | (1,735) | — | (45,362) |
| | | | | | | |
| At 31 December 2020 | 13,804 | 165,726 | 270,660 | 41,268 | 9,607 | 501,065 |
| | | | | | | |
| **CARRYING AMOUNTS** | | | | | | |
| At 31 December 2020 | 214,748 | 9,601 | 42,881 | 5,486 | 4,090 | 276,806 |
| | | | | | | |
| At 31 December 2019 | 222,153 | 23,064 | 51,724 | 7,689 | 5,763 | 310,393 |

PARADISE 00033279

01910

# Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

## 14. PROPERTY, PLANT AND EQUIPMENT (Continued)

The above items of property, plant and equipment are depreciated so as to write off the cost of assets less their residual values over their useful lives, using the straight line basis at the following rates per annum:

| | |
|---|---|
| Leasehold land and buildings | Over the shorter term of the lease, or 50 years |
| Leasehold improvements | 20% or over the remaining terms of the leases if shorter |
| Plant and machinery | 10%–20% |
| Furniture, fixtures and equipment | 15%–20% |
| Motor vehicles | 20% |

At the end of the reporting period, the Group assessed certain property, plant and equipment with net carrying amount of HK$45,539,000 (2019: HK$56,018,000), allocated to the Macau Patent CGU, for impairment having regard to the market conditions in Macau. The details of the determination of the recoverable amounts of the assets allocated to the Macau Patent CGU are disclosed in note 16.

During the year ended 31 December 2020, the Group disposed of/wrote off certain property, plant and equipment with an aggregate carrying amount of HK$10,315,000 (2019: HK$164,000) for cash proceeds of HK$652,000 (2019: HK$164,000), resulting in a loss on disposal/write-off of HK$9,663,000 (2019: nil).

The Group ceased to provide casino management services in Casino Waldo with effect from 1 March 2020. The directors of the Company conducted an impairment assessment of certain property plant and equipment placed at the casino by reviewing their recoverable amounts. Based on the impairment assessment, as the recoverable amounts based on value in use were estimated to be less than their carrying amounts, their carrying amounts are required to be reduced to their recoverable amounts as at 31 December 2020. As a result, an impairment loss of HK$5,000,000, of which HK$3,000,000 related to the Macau Patent CGU, was recognised in the consolidated financial statements (2019: nil).

PARADISE 00033280

01911

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

### 15. RIGHT-OF-USE ASSETS

| | Leasehold land and buildings HK$'000 | Motor vehicles HK$'000 | Total HK$'000 |
|---|---|---|---|
| **COST** | | | |
| At 1 January 2019 | 21,614 | 536 | 22,150 |
| Currency realignment | (66) | — | (66) |
| Additions | 7,946 | — | 7,946 |
| Early termination of lease contracts | (794) | (268) | (1,062) |
| | | | |
| At 31 December 2019 | 28,700 | 268 | 28,968 |
| Currency realignment | 525 | — | 525 |
| Additions | 10,960 | 402 | 11,362 |
| | | | |
| At 31 December 2020 | 40,185 | 670 | 40,855 |
| | | | |
| **DEPRECIATION** | | | |
| At 1 January 2019 | — | — | — |
| Currency realignment | (22) | — | (22) |
| Provided for the year | 10,905 | 188 | 11,093 |
| Early termination of lease contracts | (116) | (80) | (196) |
| | | | |
| At 31 December 2019 | 10,767 | 108 | 10,875 |
| Currency realignment | 291 | — | 291 |
| Provided for the year | 13,113 | 157 | 13,270 |
| | | | |
| At 31 December 2020 | 24,171 | 265 | 24,436 |
| | | | |
| **CARRYING AMOUNTS** | | | |
| At 31 December 2020 | 16,014 | 405 | 16,419 |
| | | | |
| At 31 December 2019 | 17,933 | 160 | 18,093 |

Paradise Entertainment Limited    Annual Report 2020

PARADISE 00033281

01912

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

### 15. RIGHT-OF-USE ASSETS (Continued)

|  | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| Short-term lease rentals in respect of rented premises | 17,970 | 50,380 |
| Variable lease rentals in respect of rented premises which are not included in lease liabilities | 18,277 | 30,748 |
| Total cash outflow for leases | 49,230 | 92,754 |

For both years, the Group leases leasehold land and buildings and motor vehicles for its operations. Lease contracts are entered into for fixed terms of 2 years to 4 years.

Lease terms are negotiated on an individual basis and contain a wide range of different terms and conditions. In determining the lease term and assessing the length of the non-cancellable period, the Group applies the definition of a contract and determines the period for which the contract is enforceable.

In addition, the Group is the registered owner of certain property interests in Macau, including the underlying leasehold lands. Lump sum payments were made upfront to acquire these property interests.

The Group regularly entered into short-term leases for rented premises. As at 31 December 2020, the portfolio of short-term leases is similar to the portfolio of short-term leases to which the short-term lease expense disclosed above.

### Rent concessions

During the year ended 31 December 2020, lessors of various office premises, a warehouse and staff quarters provided rent concessions to the Group through rent reductions ranging from 10% to 100% over one to six months.

These were rent concessions occurred as a direct consequence of Covid-19 pandemic, which met all of the conditions in HKFRS 16.46B, and the Group applied the practical expedient not to assess whether the changes constituted lease modifications. The effects of the changes in lease payments due to forgiveness or waiver by the lessors for the relevant leases of HK$659,000 were recognised as negative variable lease payments.

PARADISE 00033282
01913

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

### 16. INTANGIBLE ASSETS

| | Macau Patent- Betting terminal system HK$'000 | U.S. Patent- Betting terminal system HK$'000 | Total HK$'000 |
|---|---|---|---|
| **COST** | | | |
| At 1 January 2019, 31 December 2019 and 31 December 2020 | 182,066 | 657,535 | 839,601 |
| | | | |
| **ACCUMULATED AMORTISATION AND IMPAIRMENT** | | | |
| At 1 January 2019 | 101,147 | 657,535 | 758,682 |
| Provided for the year | 12,138 | — | 12,138 |
| | | | |
| At 31 December 2019 | 113,285 | 657,535 | 770,820 |
| Provided for the year | 12,138 | — | 12,138 |
| | | | |
| At 31 December 2020 | 125,423 | 657,535 | 782,958 |
| | | | |
| **CARRYING AMOUNTS** | | | |
| At 31 December 2020 | 56,643 | — | 56,643 |
| | | | |
| At 31 December 2019 | 68,781 | — | 68,781 |

The Macau patent pertains to a computerised gaming system (the "Gaming System") for operating multi-gambling games. The Gaming System was installed on the electronic gaming equipment which operates in Casino Kam Pek Paradise and other casinos in Macau. The Group generates revenue from the provision of casino management services with the Gaming System installed on the electronic gaming equipment, and the sale and leasing of electronic gaming equipment installed with the Gaming System in Macau. The patent is amortised over its useful life of 15 years using the straight line method.

At the end of the reporting period, the Group assessed for impairment by considering the recoverable amount of the patent as well as certain property, plant and equipment, allocated to the single cash-generating unit comprising the patent for the computerised gaming system for operating multi-gambling game in Macau (the "Macau Patent CGU"), having regard to the market conditions in Macau. The recoverable amount of the Macau Patent CGU is the value in use of the Macau Patent CGU based on the present value of estimated future cash flows to be generated over the remaining license period and with reference to the valuation report prepared by an independent professional valuer, International Valuation Limited, which was approved by the directors of the Company. The valuation of intangible asset and property, plant and equipment in relation to patent is assessed by comparing the recoverable amount of the Macau Patent CGU to their carrying amounts at the end of each reporting period. Based on the Group's impairment assessment, as the recoverable amount based on value in use of Macau Patent CGU is estimated to be higher than the carrying amount, no impairment loss was recognised on the intangible asset allocated to the Macau Patent CGU for the years ended 31 December 2020 and 31 December 2019.

PARADISE 00033283
01914

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

### 16. INTANGIBLE ASSETS (Continued)

Key assumptions adopted by management in the value in use calculation for the recoverable amount of the Macau Patent CGU are as follows:

- Growth rates of revenue and costs ranging from 0% to 64.00% (2019: ranging from 0% to 5.00%) per annum are applied in the profit or loss projection for the remaining license period.

- Pre-tax discount rate of 15.80% (2019: 15.90%) is adopted based on the analysis performed by an independent professional valuer which reflects current market assessments of the time value of money and the risks specific to the Macau Patent CGU.

### 17. INTERESTS IN JOINT VENTURES/AMOUNTS DUE FROM JOINT VENTURES

Details of the Group's investments in joint ventures and amounts due from joint ventures at the end of the reporting period are as follows:

|  | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| Cost of investments in joint ventures | 24 | 24 |
| Share of post-acquisition losses | (20) | (20) |
|  | 4 | 4 |
| Amounts due from joint ventures | 14,465 | 5,665 |
| Less: share of post-acquisition losses that are in excess of the cost of the investments | (6,477) | (2,129) |
|  | 7,992 | 3,540 |

As at 31 December 2020, amounts due from joint ventures of HK$14,465,000 (2019: HK$5,665,000) before share of post-acquisition losses are considered part of the long-term interest that, in substance, form part of the Group's investment in the joint ventures. The amounts due from joint ventures are unsecured, interest-free, and have no fixed terms of repayment.

PARADISE 00033284

01915

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

### 17. INTERESTS IN JOINT VENTURES/AMOUNTS DUE FROM JOINT VENTURES (Continued)

Details of each of the Group's joint ventures at the end of the reporting period are as follows:

| Name of entity | Country of incorporation/ registration | Principal place of business | Proportion of ownership interests and voting rights held by the Group | | Principal activities |
|---|---|---|---|---|---|
| | | | 2020 | 2019 | |
| Tong Sin Catering And Import & Export Group Company Limited ("Tong Sin") | Macau | Macau | 50% | 50% | Note (a) |
| Bigger A Import And Export Trade Limited ("Bigger A") | Macau | Macau | 50% | 50% | Inactive |

Notes:

a.   Business of importing, exporting and sales of frozen food products and packaged meats; and investment of 50% equity interests in Shuang Zuan Management Restaurant Company Limited, a limited company incorporated in Macau and operates fine dining restaurants in Macau.

b.   On 11 January 2021, the Group acquired the remaining 50% equity interests in both Tong Sin and Bigger A. Since then, Tong Sin and Bigger A have been indirect wholly-owned subsidiaries of the Company.

In the opinion of the directors of the Company, the joint ventures are not material to the Group and no disclosure of their financial information is considered necessary.

### 18. INVESTMENT IN EQUITY INSTRUMENTS DESIGNATED AT FAIR VALUE THROUGH OTHER COMPREHENSIVE INCOME

The amount as at 31 December 2019 represented equity shares listed on the Tokyo Stock Exchange that were carried at fair value. The directors of the Company estimated the fair value of the equity securities with reference to their quoted bid price in an active market at the end of the reporting period. The investment was disposed of during the year ended 31 December 2020.

### 19. OTHER ASSETS

| | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| Deposits paid for acquisitions of property, plant and equipment | 2,851 | 3,059 |
| Rental deposits | 2,145 | 2,847 |
| | 4,996 | 5,906 |

PARADISE 00033285
01916

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

### 20. INVENTORIES

|  | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| Consumables | 31,394 | 26,809 |
| Trading goods | 18,462 | 34,736 |
|  | 49,856 | 61,545 |

### 21. TRADE AND OTHER RECEIVABLES

|  | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| Trade receivables (note i) | 35,183 | 57,608 |
| Chips on hand (note ii) | 13,529 | 33,244 |
| Deposits paid | 18,690 | 44,333 |
| Loan receivable (note iii) | 7,799 | 14,040 |
| Other receivables and prepayments (note iii) | 12,872 | 14,635 |
|  | 88,073 | 163,860 |

Notes:

(i) As at 1 January 2019, the carrying amount of trade receivables from contracts with customers was HK$72,451,000.

Trade receivables comprise amounts receivable from the gaming operators for the Group's provision of casino management services and customers for the Group's sale and leasing of electronic gaming equipment and systems. No interest is charged on the trade receivables.

As at 31 December 2020, trade receivables of HK$35,183,000 (2019: HK$57,608,000) comprised receivables from contracts with customers and lease receivables of HK$33,943,000 (2019: HK$57,155,000) and HK$1,240,000 (2019: HK$453,000), respectively.

Before accepting any new customer, the Group gathers and assesses the credit information of the potential customer in considering the customer's quality and determining the credit limits for that customer. Recoverability and credit limits of the existing customers are reviewed by the Group regularly. At the end of the reporting period, included in the Group's trade receivable balances are receivables with aggregate carrying amount of HK$33,391,000 (2019: HK$55,913,000), which are not past due. The directors of the Company considered that these trade receivables are of good credit quality given the continuous subsequent settlements from gaming operators and other customers and forward-looking information.

The Group normally allows a credit period with an average of 30 days to the gaming operators and customers.

As at 31 December 2020, included in the Group's trade receivables balance are debtors with aggregate carrying amount of HK$1,792,000 (2019: HK$1,695,000) which are past due as at the reporting date. Out of the past due balances, HK$59,000 (2019: HK$339,000) has been past due 90 days or more and is not considered as in default based on historical repayment pattern from the specific debtors. The Group does not hold any collateral over these balances.

As at 31 December 2020, 95.0% (2019: 97.1%) of the trade receivables that are not credit-impaired have the best credit scoring attributable under the internal credit scoring system used by the Group.

PARADISE 00033286
01917

# Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

## 21. TRADE AND OTHER RECEIVABLES (Continued)

Notes: (Continued)

(i)    (Continued)

Following is the aged analysis of trade receivables (net of loss allowance) based on the date of monthly statements of service income or the invoice date at the end of the reporting period:

| | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| Age: | | |
| 0–30 days | 33,391 | 55,913 |
| 31–60 days | 330 | 233 |
| 61–90 days | 1,403 | 915 |
| 91–180 days | 26 | 532 |
| 181–365 days | 33 | 15 |
| | 35,183 | 57,608 |

(ii)   Chips on hand represent chips issued by gaming operators in Macau which can be exchanged into their cash amounts.

(iii)  The amount represented a loan granted by the Group to a third party (the "Borrower") which is a company incorporated in Japan and principally engaged in the development and manufacture of gaming products. The loan is unsecured, bears interest at the rate of 8% per annum and is guaranteed by a director of a non-wholly owned subsidiary of the Company who also holds an 18% shareholding in this non-wholly owned subsidiary. The maturity date of the outstanding loan principal and accrued interest is 5 October 2021. At 31 December 2020, an amount of the interest receivable of HK$365,000 (2019: HK$402,000) accrued from the loan was included in other receivables and prepayments.

Details of impairment assessment of trade and other receivables for the year ended 31 December 2020 are set out in note 37.

## 22. AMOUNTS DUE FROM JOINT VENTURES/AMOUNTS DUE TO JOINT VENTURES

The amounts due from joint ventures were non-trade in nature, unsecured, non-interest bearing and repayable on demand.

The amounts due to joint ventures are trade in nature, unsecured and non-interest bearing. The amounts are aged within 0 to 30 days based on invoice date.

PARADISE 00033287

01918

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

### 23. AMOUNTS DUE FROM RELATED COMPANIES

| | As at 1 January 2019 HK$'000 | As at 31 December 2020 HK$'000 | As at 31 December 2019 HK$'000 | Maximum amount outstanding during the year ended 2020 HK$'000 | Maximum amount outstanding during the year ended 2019 HK$'000 |
|---|---|---|---|---|---|
| Empire Technological Group Limited (note) | 901 | 80 | 512 | 821 | 2,390 |
| LT Game International Pty Limited (note) | — | — | 628 | 628 | 628 |
| | 901 | 80 | 1,140 | | |

Note:  These companies are wholly-owned by the brother-in-law of Mr. Jay Chun, an executive director of the Company.

The amounts due from related companies are trade in nature, unsecured and interest-free. The amounts of HK$80,000 (2019: HK$1,140,000) are aged within 0 to 30 days based on invoice date. The balance is not credit-impaired at the end of the reporting period.

### 24. PLEDGED BANK DEPOSITS

| | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| Non-current portion | | |
| Bank deposits pledged: | | |
| — in favour of SJM for Group's fulfilment of certain obligations (Note (a)) | 30,000 | — |
| — in favour of a landlord to secure a right-of-use asset (Note (b)) | 341 | — |
| | 30,341 | — |
| Current portion | | |
| Bank deposit pledged: | | |
| — in favour of SJM for Group's fulfilment of obligations (Note (a)) | — | 28,800 |

PARADISE 00033288

01919

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

### 24. PLEDGED BANK DEPOSITS (Continued)

Notes:

(a)   As at 31 December 2020, an amount of HK$30,000,000 (2019: HK$28,800,000) represented a bank deposit to secure a bank facility granted by a bank to a subsidiary of the Company. The bank facility represented a bank guarantee amounting to MOP47,082,000 (equivalent to HK$45,711,000) (2019: MOP29,635,000 (equivalent to HK$28,772,000)) for the period from 1 April 2020 to 30 June 2023 (2019: 30 April 2018 to 31 March 2020) which was in favour of SJM for the Group's fulfilment of all its obligations, in particular for reimbursement by the Group to SJM of the employee's salaries and benefits for those gaming operation employees employed by SJM who work for the casino under the Group's management, as stipulated under the service agreement (and all related supplemental agreements) entered into between SJM and the Group for provision of casino management services by the Group to SJM.

(b)   As at 31 December 2020, an amount of HK$341,000 (2019: nil) represented a bank deposit to secure a bank guarantee granted to a subsidiary of the Company. The bank guarantee was in favour of a landlord to secure a right-of-use asset of HK$977,000 (2019: nil) at 31 December 2020 for a subsidiary of the Company.

Pledge bank deposits carry fixed interest rates ranging from 1.4% to 1.6% (2019: at 2.9%) per annum.

### 25. BANK BALANCES AND CASH

Bank balances carry interest at market rates ranging from 0.01% to 0.96% (2019: 0.01% to 2.75%) per annum.

### 26. TRADE AND OTHER PAYABLES

|  | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| Trade payables | 5,604 | 17,564 |
| Accrued staff costs | 24,375 | 52,934 |
| Accrued promotional expenses | 18,105 | 25,967 |
| Deposits received | 915 | 1,335 |
| Payable for acquisition of property, plant and equipment | 6,217 | 3,137 |
| Other sundry payables | 7,170 | 9,475 |
| Other accrued expenses | 4,020 | 6,900 |
|  | 66,406 | 117,312 |

PARADISE 00033289
01920

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

### 26. TRADE AND OTHER PAYABLES (Continued)

Following is the aged analysis of trade payables based on the invoice date at the end of the reporting period:

| | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| Age: | | |
| 0–30 days | 3,995 | 14,339 |
| 31–60 days | 89 | 1,717 |
| 61–90 days | 31 | 459 |
| 91–365 days | 729 | 612 |
| Over 365 days | 760 | 437 |
| | 5,604 | 17,564 |

The average credit period of trade payables is 30 days. No interest is charged on the trade payables.

### 27. AMOUNTS DUE TO DIRECTORS

The amounts due to directors are unsecured, interest-free and repayable on demand.

### 28. BANK BORROWINGS

| | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| Bank borrowings | 137,016 | 145,831 |

The bank borrowings are repayable as follows*:

| | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| Within one year | 8,993 | 8,776 |
| Within a period of more than one year but not exceeding two years | 9,214 | 8,992 |
| Within a period of more than two years but not exceeding five years | 29,021 | 28,323 |
| Within a period of more than five years | 89,788 | 99,740 |
| | 137,016 | 145,831 |
| Less: Amounts due within one year shown under current liabilities | (8,993) | (8,776) |
| Amounts due after one year shown under non-current liabilities | 128,023 | 137,055 |

\*    The amounts due are based on scheduled repayment dates set out in the mortgage loan agreements.

PARADISE 00033290

01921

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

### 28. BANK BORROWINGS (Continued)

At 31 December 2020, the bank borrowings carried interest at the Lending Prime Rate as quoted by the lending banks from time to time minus 2.85% (2019: 2.85%) per annum. The effective interest rate of the bank borrowings was 2.40% (2019: 2.40%) per annum.

At 31 December 2020, the bank borrowings of HK$137,016,000 (2019: HK$145,831,000) were secured by mortgages over the Group's leasehold land and buildings with an aggregate carrying amount of HK$214,748,000 (2019: HK$222,153,000). The bank borrowings are denominated in MOP and HK$.

### 29. LEASE LIABILITIES

|  | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| Lease liabilities payable: |  |  |
| Within one year | 11,897 | 10,659 |
| Within a period of more than one year but not exceeding two years | 2,440 | 7,812 |
| Within a period of more than two years but not exceeding five years | 2,490 | 82 |
|  | 16,827 | 18,553 |
| Less: Amounts due for settlement within one year shown under current liabilities | (11,897) | (10,659) |
| Amounts due for settlement after one year shown under non-current liabilities | 4,930 | 7,894 |

#### Restrictions or covenants on leases

Lease liabilities of HK$16,827,000 (2019: HK$18,553,000) are recognised with related right-of-use assets of HK$16,419,000 (2019: HK$18,093,000) as at 31 December 2020. The lease agreements do not impose any covenants other than the security interests in the leased assets (where applicable) that are held by the lessor. The related leased assets may not be used as security for borrowing purposes.

As at 31 December 2020, the amounts are secured by rental deposits with carrying values of HK$3,128,000 (2019: HK$2,695,000) and secured by a bank deposit with carrying value of HK$341,000 (2019: nil).

### 30. CONTRACT LIABILITIES

Contract liabilities comprise deposits received from customers in relation to the sale of electronic gaming equipment and systems which are recognised when the goods are approved by the local regulatory authority, delivered, on-site installation is satisfied as per terms of relevant sale contracts and titles have been passed. As at 31 December 2020, the amount of HK$23,534,000 (2019: HK$9,846,000 which was fully recognised as revenue during the year ended 31 December 2020) will be recognised as revenue when the Group performs its obligations under the contracts which are expected to be within one year from the end of the reporting period. As at 31 December 2020, the increase in contract liabilities is due to more deposits from customers before the Group satisfies the performance obligations. As at 1 January 2019, the contract liabilities amounted to HK$44,878,000 which was fully recognised as revenue during the year ended 31 December 2019.

PARADISE 00033291
01922

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

### 31. SHARE CAPITAL

|  | Number of shares '000 | Share capital HK$'000 |
|---|---|---|
| **Ordinary shares of HK$0.001 each** |  |  |
| **Authorised:** |  |  |
| At 1 January 2019, 31 December 2019 and 31 December 2020 | 1,000,000,000 | 1,000,000 |
| **Issued and fully paid:** |  |  |
| At 1 January 2019, 31 December 2019 and 31 December 2020 | 1,052,185 | 1,052 |

### 32. MAJOR NON-CASH TRANSACTIONS

During the year ended 31 December 2020, an interim dividend was declared by a non-wholly owned subsidiary of the Company and the non-controlling shareholder of the subsidiary assigned its dividend entitled amounting to HK$7,110,000 (2019: HK$3,600,000) to the Borrower for partial settlement of the interest payable of the Borrower to the Group under the loan mentioned in note 21(iii).

During the year ended 31 December 2020, property, plant and equipment of HK$440,000 were settled by utilising deposits paid for acquisitions of property, plant and equipment (2019: HK$93,000).

During the year ended 31 December 2020, property, plant and equipment of HK$12,947,000 (2019: HK$9,030,000) were transferred from inventories.

During the year ended 31 December 2019, inventories of HK$159,000 were transferred from property, plant and equipment.

### 33. PLEDGE OF ASSETS

At 31 December 2020, the Group's leasehold land and buildings and bank deposits with carrying amounts of HK$214,748,000 (2019: HK$222,153,000) and HK$30,341,000 (2019: HK$28,800,000) as set out in notes 14 and 24, respectively, were pledged to banks to secure for certain facilities granted by the banks to the Group.

PARADISE 00033292
01923

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

### 34. CAPITAL COMMITMENTS

| | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| Capital expenditure in respect of property, plant and equipment contracted for but not provided for in the consolidated financial statements | 1,146 | 1,059 |

### 35. RETIREMENT BENEFIT SCHEMES

The Group contributes to a Mandatory Provident Fund Scheme for all qualifying employees in Hong Kong. The assets of the schemes are held separately from those of the Group in funds under the control of the independent trustees. The Group and each employee make mandatory contributions of 5% of relevant payroll costs with monthly cap of HK$1,500 to the scheme.

The employees of the Group in Macau are members of state-managed retirement benefit schemes operated by the Macau government. The Group is required to contribute a certain percentage of its payroll to the retirement benefit schemes to fund the benefits. The only obligation of the Group with respect to the retirement benefit schemes is to make the required contributions under the scheme.

As stipulated by the rules and regulations in the PRC, the Group contributes to retirement funds schemes managed by a social security bureau in the PRC. The Group contributes a certain percentage of the basic salaries of its employees to the retirement funds schemes to fund the benefits.

The total cost of retirement benefit schemes charged to profit or loss of HK$2,246,000 (2019: HK$2,733,000) represents contributions paid or payable to the above schemes by the Group.

### 36. CAPITAL RISK MANAGEMENT

The Group manages its capital to ensure that entities in the Group will be able to continue as a going concern while maximising the return to shareholders through the optimisation of the debt and equity balance. The capital structure of the Group consists of debt and equity of the Company, comprising issued share capital disclosed in note 31 and reserves as disclosed in consolidated statement of changes in equity. The management reviews the capital structure by considering the cost of capital and the risks associated with each class of capital. In view of this, the Group will balance its overall capital structure through the payment of dividends, new share issues as well as new borrowings. The Group's approach to capital management remains unchanged throughout the year.

PARADISE 00033293
01924

# Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

## 37. FINANCIAL INSTRUMENTS

### (a) Categories of financial instruments

|  | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| **Financial assets** |  |  |
| Financial assets at amortised cost | 234,841 | 426,759 |
| Investment in equity instruments designated at FVTOCI | — | 1,366 |
|  | 234,841 | 428,125 |
| **Financial liabilities** |  |  |
| Amortised cost | 158,699 | 179,635 |

### (b) Financial risk management objectives and policies

The Group's major financial instruments are listed in above table. Details of the financial instruments are disclosed in respective notes. The risks associated with these financial instruments include market risk (foreign currency risk, price risk and interest rate risk), credit risk and liquidity risk. The policies on how to mitigate these risks are set out below. The management manages and monitors these exposures to ensure appropriate measures are implemented on a timely and effective manner.

Market risk

*Foreign currency risk*
Foreign currency risk refers to the risk that movement in foreign currency exchange rates will affect the Group's financial results and its cash flows. Several subsidiaries of the Company have foreign currency sales and purchases, but the management considers the amount of foreign currency sales and purchases to be insignificant. The management considers that the Group is not exposed to significant foreign currency risk in relation to transactions denominated in MOP and US$ as MOP and US$ are pegged to HK$.

The Group has certain bank balances which are denominated in Renminbi ("RMB") and Euro ("EUR") (being currency other than the functional currency of the relevant group entities) amounting to HK$204,000 (2019: HK$232,000) and HK$66,882,000 (2019: nil), respectively. The Group currently does not have a foreign currency hedging policy. However, the management monitors foreign exchange exposure and will consider hedging significant foreign currency exposure should the need arise.

PARADISE 00033294
01925

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

### 37. FINANCIAL INSTRUMENTS (Continued)

(b)  Financial risk management objectives and policies (Continued)

Market risk (Continued)

*Foreign currency risk (Continued)*

The following details the Group's sensitivity to a reasonably possible change of 5.0% (2019: 5.0%) in exchange rate of RMB and EUR against HK$, while all other variables are held constant. 5.0% (2019: 5.0%) is the sensitivity rate used when reporting foreign currency risk internally to the key management personnel and represents the management's assessment of the reasonably possible change in foreign currency rate. The sensitivity analysis includes only outstanding foreign currency denominated monetary items and adjusts their translation at the end of the reporting period for a 5.0% (2019: 5.0%) change in foreign currency rate. For a 5.0% (2019: 5.0%) strengthening in RMB and EUR against HK$, the Group's loss for the year would be decreased by HK$9,000 (2019: profit for the year increased by HK$10,000) and HK$2,943,000 (2019: nil), respectively. If RMB and EUR had been weakened against HK$ in an opposite magnitude and all other variables were held constant, the potential effect on the results would be equal and opposite.

In the opinion of the directors of the Company, the sensitivity analysis is unrepresentative of inherent foreign exchange risk as the year end exposure does not reflect the exposure during the year.

*Price risk management*

The Group was exposed to equity price risk on the investment in equity securities operating in trading business and quoted on the Tokyo Stock Exchange. The Group's cash flow interest rate risk is mainly concentrated on the fluctuation of MOP Lending Prime Rate arising from the Group's MOP denominated bank borrowings. The Group currently does not have a policy to hedge such risk. For investment in equity instruments designated at FVTOCI, the management monitors market price exposure and will consider hedging significant market price exposure should the need arise.

PARADISE 00033295

01926

# Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

## 37. FINANCIAL INSTRUMENTS (Continued)

### (b) Financial risk management objectives and policies (Continued)

Market risk (Continued)

*Price risk management (Continued)*

The sensitivity analysis below has been determined based on the exposure to equity price risk on the listed equity securities in investment in equity instruments designated at FVTOCI at the end of the reporting period. If the market bid price on such listed equity securities had been 10% (2019: 10%) higher and all other variables were held constant, the potential effect on investment revaluation reserve is as follows:

| | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| Increase in investment revaluation reserve | | |
| — Listed equity securities in investment in equity instruments designated at FVTOCI | — | 137 |

If the market bid price on such listed equity securities had been lower in an opposite magnitude and all other variables were held constant, the potential effect on the results would be equal and opposite.

*Interest rate risk*

The Group is exposed to fair value interest rate risk in relation to fixed-rate loan receivable, lease liabilities, pledged bank deposit and bank balances. The Group is also exposed to cash flow interest rate risk in relation to its variable-rate bank balances and bank borrowings. The Group currently does not have policy on cash flow hedges of interest rate risk. However, the management monitors the interest rate exposure and will consider hedging significant interest rate risk should the need arise.

Interest expenses on financial liabilities not measured at FVTPL:

| | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| Financial liabilities at amortised cost | 3,404 | 2,777 |

PARADISE 00033296

01927

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

### 37. FINANCIAL INSTRUMENTS (Continued)

#### (b) Financial risk management objectives and policies (Continued)

Market risk (Continued)

*Interest rate risk (Continued)*

The Group's sensitivity to cash flow interest rate risk has been determined based on the exposure to interest rates for those variable-rate bank balances and bank borrowings at the end of the reporting period and management's assessment of the reasonably possible change in the interest rate assuming that it took place at the beginning of each year and was held constant throughout the respective year.

If interest rates for bank balances and bank borrowings had been 5 basis points and 50 basis points (2019: 5 basis points and 50 basis points) higher, respectively, and all other variables held constant, the potential effect on (loss) profit for the year:

|  | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| Decrease (increase) in loss (2019: increase (decrease) in profit) for the year |  |  |
| — Variable-rate bank balances | 62 | 71 |
| — Variable-rate bank borrowings | (685) | (729) |
|  | (623) | (658) |

If interest rates had been lowered in an opposite magnitude and all other variables were held constant, the potential effect on the results would be equal and opposite.

Credit risk and impairment assessment

The Group's maximum exposure to credit risk in the event of the counterparties' failure to perform their obligations as at 31 December 2020 and 31 December 2019 in relation to each class of recognised financial assets is the carrying amount of those assets as stated in the consolidated statement of financial position.

*Trade receivables arising from contracts with customers*

In order to minimise the credit risk, the management of the Group has delegated a team responsible for determination of credit limits and credit approvals. Before accepting any new customer, the Group uses an internal credit scoring system to assess the potential customer's credit quality and defines credit limits by customer. Limits and scoring attributed to customers are reviewed twice a year. Other monitoring procedures are in place to ensure that follow-up action is taken to recover overdue debts. In addition, the Group performs impairment assessment under ECL model on trade balances individually or based on provision matrix. In this regard, the directors of the Company consider that the Group's credit risk is significantly reduced and insignificant to recognise loss allowance for the trade receivables from contracts with customers of HK$33,943,000.

PARADISE 00033297

01928

# Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

## 37. FINANCIAL INSTRUMENTS (Continued)

### (b) Financial risk management objectives and policies (Continued)

*Credit risk and impairment assessment (Continued)*

*Trade receivables arising from contracts with customers (Continued)*

The Group has concentration of credit risk as 84% (2019: 75%) and 100% (2019: 98%) of the total trade receivables which were due from the Group's largest customer and the five largest customers, respectively. The directors of the Company consider that there is no significant credit risk on the trade receivables from the five largest customers given their strong financial background and good creditability. The remaining trade receivables balances are spread over a number of customers.

*Pledged bank deposits/bank balances*

For the pledged bank deposits of HK$30,341,000 (2019:HK$28,800,000) and bank balances and cash of HK$129,244,000 (2019: HK$245,612,000), no allowance for impairment was made since the directors of the Company consider the probability of default is negligible as such amounts are receivable from or placed in banks in Macau and Hong Kong having good reputation.

*Loan receivable*

For the loan receivable from the Borrower of HK$7,799,000 (2019: HK$14,040,000), no allowance for impairment was made since the directors of the Company consider the loss given default is minimal with reference to a guarantee provided by a director of a non-wholly owned subsidiary of the Company who also holds an 18% shareholding in this non-wholly owned subsidiary.

*Refundable rental deposits/other receivables/amounts due from related companies/amounts due from joint ventures*

For non-current refundable rental deposits of HK$2,145,000 (2019: HK$2,847,000), other receivables of HK$52,890,000 (2019:HK$106,252,000) including chips on hand of HK$13,529,000 (2019: HK$33,244,000) and current refundable rental deposit of HK$8,279,000 (2019: HK$7,953,000), amounts due from related companies of HK$80,000 (2019: HK$1,140,000) at 31 December 2020 and amounts due from joint ventures of nil at 31 December 2020 (2019: HK$195,000), no allowance for impairment was made since the directors of the Company consider the probability of default is minimal after assessing the counter-parties' financial background and creditability.

*Liquidity risk*

In the management of the liquidity risk, the Group monitors and maintains a level of cash and cash equivalents deemed adequate by the management to finance the Group's operations and mitigate the effects of fluctuations in cash flows.

The consideration of going concern assessment prepared by the Group is set out in note 3.1. The management considers that the Group's liquidity risk is minimal.

PARADISE 00033298
01929

# Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

## 37. FINANCIAL INSTRUMENTS (Continued)

(b) Financial risk management objectives and policies (Continued)

*Liquidity risk (Continued)*

The following table details the Group's remaining contractual maturity for its financial liabilities that will result in cash outflow. The table has been drawn up based on the undiscounted cash flows of financial liabilities based on the earliest date on which the Group can be required to pay. The table includes both interest and principal cash flows.

*Liquidity and interest risk tables*

| | Weighted average effective interest rate % | Less than 1 month or repayable on demand HK$'000 | 1–3 months HK$'000 | 3 months to 1 year HK$'000 | 1–5 years HK$'000 | Over 5 years HK$'000 | Total undiscounted cash flows HK$'000 | Total carrying amount HK$'000 |
|---|---|---|---|---|---|---|---|---|
| **2020** | | | | | | | | |
| Trade and other payables | N/A | 19,906 | — | — | — | — | 19,906 | 19,906 |
| Amounts due to directors | N/A | 1,600 | — | — | — | — | 1,600 | 1,600 |
| Amounts due to joint ventures | N/A | 178 | — | — | — | — | 178 | 178 |
| Bank borrowings | 2.40 | 1,019 | 2,038 | 9,170 | 48,910 | 99,055 | 160,192 | 137,016 |
| Lease liabilities | 2.77 | 1,201 | 2,405 | 8,591 | 5,103 | — | 17,300 | 16,827 |
| | | 23,904 | 4,443 | 17,761 | 54,013 | 99,055 | 199,176 | 175,527 |
| | | | | | | | | |
| 2019 | | | | | | | | |
| Trade and other payables | N/A | 31,511 | — | — | — | — | 31,511 | 31,511 |
| Amounts due to directors | N/A | 2,109 | — | — | — | — | 2,109 | 2,109 |
| Amounts due to joint ventures | N/A | 184 | — | — | — | — | 184 | 184 |
| Bank borrowings | 2.40 | 1,019 | 2,038 | 9,170 | 48,910 | 111,334 | 172,471 | 145,831 |
| Lease liabilities | 2.86 | 1,073 | 1,893 | 8,075 | 7,994 | — | 19,035 | 18,553 |
| | | 35,896 | 3,931 | 17,245 | 56,904 | 111,334 | 225,310 | 198,188 |

PARADISE 00033299

01930

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

### 37. FINANCIAL INSTRUMENTS (Continued)

#### (c) Fair value

Other than investment in equity instruments designated at FVTOCI, the fair values of financial assets and financial liabilities are determined in accordance with generally accepted pricing models based on discounted cash flow analysis.

Investment in equity instruments designated at FVTOCI in respect of listed equity securities are determined by reference to the quoted bid prices in an active market. The fair value measurement is classified as Level 1 under fair value hierarchy. There were no transfers between Level 1 and other Levels during both reporting periods.

The directors of the Company consider that the carrying amounts of all financial assets and financial liabilities recorded at amortised cost at the end of each reporting period approximate their corresponding fair values.

The following table gives information about how the fair values of these financial assets are determined (in particular, the valuation techniques and inputs used).

| Financial assets | Fair value as at 31 December 2020 HK$'000 | 2019 HK$'000 | Fair value hierarchy | Valuation techniques and key input |
|---|---|---|---|---|
| Investment in equity instruments designated at FVTOCI | | | | |
| — Listed equity securities | — | 1,366 | Level 1 | Quoted bid prices in an active market |

PARADISE 00033300

01931

# Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

## 38. RECONCILIATION OF LIABILITIES ARISING FROM FINANCING ACTIVITIES

The table below details changes in the Group's liabilities arising from financing activities including both cash and non-cash changes. Liabilities arising from financing activities are those for which cash flows were, or future cash flows will be, classified in the Group's consolidated statement of cash flows as cash flows from financing activities.

| | Lease liabilities HK$'000 (note 29) | Amounts due to directors HK$'000 (note 27) | Dividend payable HK$'000 | Bank borrowings HK$'000 (note 28) | Interest payables HK$'000 (Note) | Total HK$'000 |
|---|---|---|---|---|---|---|
| At 1 January 2019 | 22,150 | 2,239 | — | 89,046 | 68 | 113,503 |
| Net financing cash flows | (11,305) | (130) | (26,305) | 56,785 | (2,696) | 16,349 |
| Dividend declared (note 12) | — | — | 26,305 | — | — | 26,305 |
| Interest expenses | 644 | — | — | — | 2,777 | 3,421 |
| New leases entered | 7,946 | — | — | — | — | 7,946 |
| Gain arising from early termination of lease contracts | (882) | — | — | — | — | (882) |
| | | | | | | |
| At 31 December 2019 | 18,553 | 2,109 | — | 145,831 | 149 | 166,642 |
| Net financing cash flows | (12,983) | (509) | — | (8,815) | (3,413) | (25,720) |
| Interest expenses | 554 | — | — | — | 3,404 | 3,958 |
| New leases entered | 11,362 | — | — | — | — | 11,362 |
| Covid-19-related rent concessions | (659) | — | — | — | — | (659) |
| | | | | | | |
| At 31 December 2020 | 16,827 | 1,600 | — | 137,016 | 140 | 155,583 |

Note:   The amount is included in trade and other payables as set out in note 26.

PARADISE 00033301
01932

# Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

## 39. RELATED PARTY TRANSACTIONS

Except for disclosure elsewhere in the consolidated financial statements, the Group had the following significant transactions during the year with related parties:

| | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| Sale of electronic gaming equipment and systems (note i) | 2,134 | 1,873 |
| Consultancy fee expense (note ii) | 360 | 475 |
| Staff costs (note iii) | 3,842 | 4,705 |
| Purchase of frozen food and products (note iv) | 140 | 398 |
| Rental income (note iv) | 440 | — |
| Rental expense relating to short-term lease (note iv) | 373 | — |

Notes:

(i)  The related parties are companies wholly-owned by the brother-in-law of Mr. Jay Chun, an Executive Director. These transactions constitute continuing connected transactions for the purpose of Chapter 14A of the Listing Rules. Details of certain of these continuing connected transactions, which are subject to the reporting requirements set out in Chapter 14A of the Listing Rules, have been disclosed under the section "Connected Transactions" in the directors' report of this annual report.

(ii)  The related party is the brother-in-law of Mr. Jay Chun, an Executive Director. The transactions were charged at pre-determined amounts agreed between the parties involved.

(iii)  The related party is the spouse of Mr. Jay Chun, an Executive Director. The transactions were charged at pre-determined amounts agreed between the parties involved.

(iv)  The related party is a joint venture of the Group. The transactions were charged at pre-determined amounts agreed between the parties involved.

Key management personnel compensation represents the amounts paid to the directors of the Company, details of which are set out in note 10.

PARADISE 00033302

01933

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

### 40. FINANCIAL INFORMATION OF THE COMPANY

The financial information of the Company as at 31 December 2020 and 31 December 2019 is as follows:

|  | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| **Non-current asset** |  |  |
| Interests in subsidiaries | 407,466 | 543,099 |
|  |  |  |
| **Current assets** |  |  |
| Prepayments and deposits | 428 | 363 |
| Bank balances and cash | 185 | 184 |
|  |  |  |
|  | 613 | 547 |
|  |  |  |
| **Current liabilities** |  |  |
| Other payables | 2,351 | 2,502 |
| Amounts due to directors | 59 | 198 |
|  |  |  |
|  | 2,410 | 2,700 |
|  |  |  |
| **Net current liabilities** | (1,797) | (2,153) |
|  |  |  |
| **Net assets** | 405,669 | 540,946 |
|  |  |  |
| **Capital and reserves** |  |  |
| Share capital | 1,052 | 1,052 |
| Reserves | 404,617 | 539,894 |
|  |  |  |
|  | 405,669 | 540,946 |

PARADISE 00033303

01934

## Notes to the Consolidated Financial Statements (Continued)

For the year ended 31 December 2020

### 40. FINANCIAL INFORMATION OF THE COMPANY (Continued)

Movement in reserves:

| | Contributed surplus HK$'000 (note) | Accumulated losses HK$'000 | Total HK$'000 |
|---|---|---|---|
| At 1 January 2019 | 1,068,388 | (496,176) | 572,212 |
| Loss and total comprehensive expense for the year | — | (6,013) | (6,013) |
| Dividend paid (note 12) | (26,305) | — | (26,305) |
| At 31 December 2019 | 1,042,083 | (502,189) | 539,894 |
| Loss and total comprehensive expense for the year | — | (135,277) | (135,277) |
| At 31 December 2020 | 1,042,083 | (637,466) | 404,617 |

Note: The contributed surplus represents the aggregate of: (i) the difference between the nominal amount of the share capital issued by the Company and the aggregate of the nominal amounts of the issued share capital and the share premium of LifeTec (Holdings) Limited, the subsidiary which was acquired by the Company pursuant to the group reorganisation in 1996; (ii) the effects of the capital reduction, share premium cancellation and elimination to accumulated losses took place in 1999 and 2013; (iii) the effect of the reduction of share premium took place in 2017; and (iv) the effect of dividend for the year ended 31 December 2018 paid in 2019.

### 41. PARTICULARS OF SUBSIDIARIES

**(a)  General information of subsidiaries**

Particulars of the principal subsidiaries of the Company as at 31 December 2020 and 31 December 2019 are as follows:

| Name of subsidiary | Place of incorporation/ operation | Nominal value of issued ordinary share/ registered capital | Class of share | The Group's attributable equity interest 2020 % | The Group's attributable equity interest 2019 % | Principal activities |
|---|---|---|---|---|---|---|
| Century Force Limited | Macau/Macau | MOP25,000 | Ordinary | 100 | 100 | Properties holding |
| Fairy Host Limited | BVI/Macau | US$1 | Ordinary | 82 | 82 | Investment holding |
| Fresh Idea Global Limited | BVI/Hong Kong | US$1 | Ordinary | 100 | 100 | Investment holding |
| Grand Step Limited | Macau/Macau | MOP25,000 | Ordinary | 100 | 100 | Properties holding |
| LifeTec (Holdings) Limited | BVI/Hong Kong | HK$141,176 | Ordinary | 100 | 100 | Investment holding |
| LifeTec Enterprise Limited | Hong Kong/ Hong Kong | HK$100 | Ordinary | 100 | 100 | Provision of management and consulting service |

PARADISE 00033304

01935

# Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

## 41. PARTICULARS OF SUBSIDIARIES (Continued)

### (a) General information of subsidiaries (Continued)

| Name of subsidiary | Place of incorporation/ operation | Nominal value of issued ordinary share/ registered capital | Class of share | The Group's attributable equity interest 2020 % | 2019 % | Principal activities |
|---|---|---|---|---|---|---|
| LT (Macau) Limited | Macau/Macau | MOP1,000,000 | Ordinary | 100 | 100 | Provision of casino management services and operation of electronic gaming equipment and systems |
| LT Capital Limited | BVI/Hong Kong | US$1 | Ordinary | 100 | 100 | Investment holding |
| LT Digital Technology Limited | BVI/Macau | US$1 | Ordinary | 100 | 100 | Investment holding and provision of procurement services |
| LT Game (Canada) Limited | Incorporated in Canada and continued in U.S./U.S. | CAD100 | Ordinary | 100 | 100 | Market development |
| LT Game Australia PTY Limited | Australia/Australia | AUD100 | Registered capital | 100 | 100 | Market development |
| LT Game Limited | BVI/Macau | US$5,000 | Ordinary | 82 | 82 | Development, sale and leasing of electronic gaming equipment and systems |
| MedicTec Technology Company Limited | Macau/Macau | MOP25,000 | Ordinary | 100 | — | Development and sale of high-tech healthcare innovative products |
| Natural Noble Limited | BVI/Macau | US$1 | Ordinary | 100 | 100 | Investment holding |
| Paradise Digital Technology (Shenzhen) Limited (note i) | PRC/PRC | RMB10,000,000 | Registered capital | 100 | 100 | Technology and software development |
| Rich Yield Limited | Macau/Macau | MOP25,000 | Ordinary | 100 | 100 | Investment holding |
| Shenzhen Caijing Software Technology Co., Ltd. (note i) | PRC/PRC | RMB500,000 | Registered capital | 100 | 100 | Software development |
| Solution Champion Limited | BVI/Hong Kong | US$1 | Ordinary | 100 | 100 | Investment holding |
| Streetsteel Limited | Macau/Macau | MOP25,000 | Ordinary | 100 | 100 | Investment holding |
| Tech (Macau) Limited | Macau/Macau | MOP3,000,000 | Ordinary | 82 | 82 | Sale and leasing of electronic gaming equipment and systems |
| Zhuhai Caijing Software Technology Co., Ltd. (note i) | PRC/PRC | RMB6,800,000 | Registered capital | 100 | 100 | Software development |

PARADISE 00033305

01936

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

## 41. PARTICULARS OF SUBSIDIARIES (Continued)

### (a) General information of subsidiaries (Continued)

Notes:

(i)    The subsidiaries established in the PRC are wholly-owned foreign enterprises.

(ii)   Other than LifeTec (Holdings) Limited, which is held directly by the Company, all the other subsidiaries are held indirectly by the Company.

None of the subsidiaries had any debt securities outstanding at the end of both reporting periods.

The above table lists the subsidiaries of the Company which, in the opinion of the directors of the Company, principally affect the results or assets of the Group. To give details of other subsidiaries which are mainly inactive or investment holdings would, in the opinion of the directors of the Company, result in particulars of excessive length.

### (b) Details of non-wholly owned subsidiaries that have material non-controlling interests

The table below shows details of non-wholly owned subsidiaries of the Company that have material non-controlling interests:

| Name of subsidiary | Place of incorporation/ principal place of business | Proportion of ownership interests and voting rights held by non-controlling interests | | Total comprehensive (expense) income allocated to non-controlling interests | | Accumulated non-controlling interests | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | 2020 | 2019 | 2020 HK$'000 | 2019 HK$'000 | 2020 HK$'000 | 2019 HK$'000 |
| LT Game Limited (and its subsidiaries) | BVI/Macau | 18% | 18% | (2,846) | 9,747 | 41,813 | 52,103 |
| Individually immaterial subsidiaries with non-controlling interests | | | | | | (346) | (234) |
| | | | | | | 41,467 | 51,869 |

PARADISE 00033306

01937

# Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

## 41. PARTICULARS OF SUBSIDIARIES (Continued)

(b) Details of non-wholly owned subsidiaries that have material non-controlling interests (Continued)

LT Game Limited (and its subsidiaries)

|  | 2020 HK$'000 | 2019 HK$'000 |
|---|---|---|
| Current assets | 229,111 | 277,911 |
| Non-current assets | 41,390 | 33,767 |
| Current liabilities | 34,695 | 21,680 |
| Non-current liabilities | 3,510 | 540 |
| Equity attributable to owners of the Company | 190,463 | 237,355 |
| Non-controlling interests of LT Game Limited | 41,813 | 52,103 |
| Revenue | 20,975 | 176,001 |
| Expenses, other gains and losses | 36,787 | 121,850 |
| (Loss) profit for the year | (15,812) | 54,151 |
| (Loss) profit for the year attributable to: | | |
| Owners of the Company | (12,966) | 44,404 |
| Non-controlling interests of LT Game Limited | (2,846) | 9,747 |
|  | (15,812) | 54,151 |
| Other comprehensive (expense) income for the year attributable to: | | |
| Owners of the Company | (1,517) | 33 |
| Non-controlling interests of LT Game Limited | (333) | 7 |
|  | (1,850) | 40 |
| Total comprehensive (expense) income for the year attributable to: | | |
| Owners of the Company | (14,483) | 44,437 |
| Non-controlling interests of LT Game Limited | (3,179) | 9,754 |
|  | (17,662) | 54,191 |
| Net cash (used in) from operating activities | (11,603) | 32,154 |
| Net cash used in investing activities | (1,553) | (78,058) |
| Net cash used in financing activities | (1,186) | (508) |
| Net cash outflow | (14,342) | (46,412) |

PARADISE 00033307

01938

## Notes to the Consolidated Financial Statements (Continued)
For the year ended 31 December 2020

42. CHANGE IN PRESENTATION OF COMPARATIVES

Certain comparative figures of the consolidated financial statements were reclassified to conform with the current year's presentation.

PARADISE 00033308

01939

# Financial Summary
For the year ended 31 December 2020

A summary of the audited consolidated results and assets and liabilities of the Group for the past five financial years is set out below:

## RESULTS

| | Year ended 31 December | | | | |
|---|---|---|---|---|---|
| | 2020 | 2019 | 2018 | 2017 | 2016 |
| | HK$'000 | HK$'000 | HK$'000 | HK$'000 | HK$'000 |
| Revenue | 351,739 | 1,181,754 | 1,164,207 | 1,011,844 | 1,163,347 |
| (Loss) profit before taxation | (189,709) | 6,002 | 53,560 | (46,772) | (351,748) |
| Taxation (charge) credit | (2,402) | 4,558 | (403) | (680) | (3,394) |
| (Loss) profit for the year | (192,111) | 10,560 | 53,157 | (47,452) | (355,142) |
| (Loss) profit for the year attributable to: | | | | | |
| Owners of the Company | (189,152) | 926 | 58,224 | (30,698) | (380,380) |
| Non-controlling interests | (2,959) | 9,634 | (5,067) | (16,754) | 25,238 |
| | (192,111) | 10,560 | 53,157 | (47,452) | (355,142) |

## ASSETS AND LIABILITIES

| | At 31 December | | | | |
|---|---|---|---|---|---|
| | 2020 | 2019 | 2018 | 2017 | 2016 |
| | HK$'000 | HK$'000 | HK$'000 | HK$'000 | HK$'000 |
| Total assets | 660,450 | 909,231 | 883,373 | 741,478 | 915,514 |
| Total liabilities | (254,391) | (300,747) | (254,655) | (163,723) | (292,745) |
| | 406,059 | 608,484 | 628,718 | 577,755 | 622,769 |
| Total equity attributable to: | | | | | |
| Owners of the Company | 364,592 | 556,615 | 582,915 | 526,651 | 555,199 |
| Non-controlling interests | 41,467 | 51,869 | 45,803 | 51,104 | 67,570 |
| | 406,059 | 608,484 | 628,718 | 577,755 | 622,769 |

PARADISE 00033309

01940

# Definitions

The following expressions shall, unless the content otherwise states, have the following meanings:

| | |
|---|---|
| "2021 AGM" | the forthcoming annual general meeting of the Company to be held on 21 May 2021 |
| "Adjusted EBITDA" | the Group's profit or loss for the year before interest income, finance costs, taxation credit or charge, depreciation of property, plant and equipment, depreciation of right-of-use assets, amortisation of intangible assets, gain or loss on disposal/write-off of property, plant and equipment, and costs incurred or associated with corporate exercises or potential projects, where applicable |
| "AI" | artificial intelligence |
| "Audit Committee" | the audit committee of the Company |
| "Board" | the board of Directors |
| "CG Code" | the Corporate Governance Code contained in Appendix 14 to the Listing Rules |
| "Company" | Paradise Entertainment Limited, a company incorporated in Bermuda with limited liability, the issued Shares of which are listed on the Main Board of the Stock Exchange |
| "DICJ" | Direcção de Inspecção e Coordenação de Jogos, the Gaming Inspection and Coordination Bureau in Macau |
| "Director(s)" | the director(s) of the Company |
| "ESG" | environmental, social and governance |
| "ETG" | electronic table game |
| "Euro" | the lawful currency of the member states of the European Union |
| "Galaxy" | Galaxy Casino, S.A., one of the three concessionaires for operation of casinos in Macau |
| "GGR" | gross gaming revenue, being total net win generated by all casino gaming activities combined, calculated before deduction of commissions and other expenses, if any |
| "Group" | the Company and its subsidiaries |
| "HK$" | Hong Kong dollars, the lawful currency of Hong Kong |
| "Hong Kong" | the Hong Kong Special Administrative Region of the PRC |
| "IGT" | a Nevada corporation and a subsidiary of International Game Technology PLC, which is listed on the New York Stock Exchange under the trading symbol "IGT" |
| "Listing Rules" | the Rules Governing the Listing of Securities on the Stock Exchange |

PARADISE 00033310

01941

## Definitions (Continued)

| | |
|---|---|
| "LMG" | live multi game |
| "LT Game" | LT Game Limited, a company established in the British Virgin Islands with limited liability, an indirect 82%-owned subsidiary of the Company |
| "Macao" or "Macau" | the Macao Special Administrative Region of the PRC |
| "Model Code" | the Model Code for Securities Transaction by Directors of Listed Issuers contained in Appendix 10 to the Listing Rules |
| "MOP" | Macau Pataca, the lawful currency of Macau |
| "Nomination Committee" | the nomination committee of the Company |
| "PRC" | the People's Republic of China |
| "Remuneration Committee" | the remuneration committee of the Company |
| "RMB" | Renminbi, the lawful currency of the PRC |
| "SFO" | the Securities and Futures Ordinance, Chapter 571 of the Laws of Hong Kong |
| "Share(s)" | ordinary share(s) of HK$0.001 each in the share capital of the Company |
| "Share Award Scheme" | the share award scheme of the Company adopted by the Company on 11 November 2019 |
| "Share Option Scheme" | the share option scheme of the Company adopted by the Company at the annual general meeting held on 25 May 2017 |
| "Shareholder(s)" | holder(s) of the Shares |
| "SJM" | Sociedade de Jogos de Macau, S.A., one of the three concessionaires for operation of casinos in Macau |
| "Stock Exchange" | The Stock Exchange of Hong Kong Limited |
| "U.S." | the United States of America |
| "US$" | the United States dollars, the lawful currency of the U.S. |
| "%" | per cent |

PARADISE 00033311
01942

# Exhibit B-57

# ETG_00000159220 – ETG_00000159231

# October 31, 2021 Distribution Agreement

# Filed Under Seal

01943