# Exhibit A

# Declaration of Zach McHenry

PATRICK J. REILLY, ESQ.
Nevada Bar No. 6103
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, 16th Floor
Las Vegas, Nevada  89106
Telephone:      (702) 382-2101
Facsimile:      (702) 382-8135
preilly@bhfs.com

MARK T. OAKES, ESQ. (*pro hac vice*)
ZACHARY P. MCHENRY, ESQ. (*pro hac vice*)
ETHAN GLENN, ESQ. (*pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Blvd., Suite 1100
Austin, Texas  78701-4255
Telephone:      (512) 474-5201
Facsimile:      (512) 536-4598
mark.oakes@nortonrosefulbright.com
zach.mchenry@nortonrosefulbright.com
ethan.glenn@nortonrosefulbright.com

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| PARADISE ENTERTAINMENT LIMITED, a Bermuda corporation; LT GAME INC., a Nevada corporation; and LT GAME LIMITED, a British Virgin Islands corporation, | Case No. 2:24-cv-00428-JCM-BNW |
| *Plaintiffs,*<br>v. | **DECLARATION OF ZACH MCHENRY** |
| EMPIRE TECHNOLOGICAL GROUP LIMITED, a Nevada corporation; GAMING SPECIALIZED LOGISTICS LLC, a Nevada limited liability company; LINYI FENG, an individual; ROY KELCEY ALLISON, an individual; and DARYN KIELY, an individual, | |
| *Defendants.* | |

1

I, Zach McHenry, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney at Norton Rose Fulbright US LLP, and I represent the Defendants in the above-captioned case. I am admitted to practice law in the State of Texas and have been admitted *pro hac vice* in the United States District Court for the District of Nevada. I am over the age of eighteen years and have never been convicted of a felony or a crime of moral turpitude.

2. I respectfully submit this Declaration in support of Defendants' Opposition to Plaintiffs' Daubert Motion to Limit Testimony of Richard Baldwin (ECF No. 190).

3. Attached as Exhibit A-1 is a true and correct copy of the Expert Rebuttal Report of Richard Baldwin, dated Feb. 13, 2026.

4. Attached as Exhibit A-2 is a true and correct copy of excerpts from the deposition of Richard Baldwin, dated Apr. 3, 2026.

5. Attached as Exhibit A-3 is a true and correct copy of the Expert Report of Thomas Doyle, dated Jan. 9, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 30, 2026, in Austin, Texas.

*/s/ Zach McHenry*

Zach McHenry