# Exhibit A-6

# Deposition of Leo Chan

# Oct. 14, 2025

**In the Matter Of:**

*Paradise Entertainment Ltd, et al., vs*

*Empire Technological Group Ltd., et al.*

*LEO CHAN*

*October 14, 2025*



1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PARADISE ENTERTAINMENT        )
LIMITED, a Bermuda            )
corporation; and LT GAME,     )
INC., a Nevada corporation;   )
and LT GAME LIMITED, a British )
Virgin Islands Corporation,   )
                              )
          Plaintiffs,         )
                              )
          vs.                 )Case No.
                              )2:24-cv-00428-JCM-BNW
EMPIRE TECHNOLOGICAL GROUP    )
LIMITED, a Nevada corporation; )
GAMING SPECIALIZED LOGISTICS  )
LLC, a Nevada limited         )
liability company; LINYI FENG, )
an individual; ROY KELCEY     )
ALLISON, an individual;       )
DARYN KIELY, an individual;   )
and YI ZHAO, an individual,   )
                              )
          Defendants.         )
_____ )

CONFIDENTIAL

VIDEOTAPED DEPOSITION OF 30(B)(6) CORPORATE

REPRESENTATIVE OF PARADISE ENTERTAINMENT LIMITED,

LT GAME, INC., AND LT GAME LIMITED,

LEO CHAN

VOLUME 1

TUESDAY, OCTOBER 14, 2025

Reported in Stenotype by:
Cody Knacke, RDR, CSR No. 13691
Job No.: 998170
Pages: 1-153

**2**

VIDEOTAPED DEPOSITION OF LEO CHAN, VOLUME 1, taken before Cody Knacke, RDR, CSR No. 13691, a Certified Shorthand Reporter for the State of California, commencing on Tuesday, October 14, 2025, at 9:10 a.m., at 555 South Flower Street, Suite 3300, Los Angeles, California.

APPEARANCES OF COUNSEL:

    For the Plaintiffs:

        KEYHANI LLC
        BY:  DARIUS KEYHANI, ESQ.
            FRANCES STEPHENSON, ESQ.
        1050 30th Street, NW
        Washington, D.C. 20007
        202.748.8950
        dkeyhani@keyhanillc.com
        fstephenson@keyhanillc.com

        FOLEY & LARDNER
        BY:  JEAN-PAUL CIARDULLO, ESQ.
        555 South Flower Street, Suite 3300
        Los Angeles, California 90071
        213.972.4544
        jciardullo@foley.com

**3**

APPEARANCES OF COUNSEL:  (Continued)

    For the Defendants:

        NORTON ROSE FULBRIGHT US
        BY:  ETHAN GLENN, ESQ.
        98 San Jacinto Boulevard
        Austin, Texas 78701
        512.536.2437
        ethan.glenn@nortonrosefulbright.com

        NORTON ROSE FULBRIGHT US
        BY:  BRIAN STOLARZ, ESQ.
        799 9th Street, NW
        Washington, D.C. 20001
        202.662.0309
        brian.stolarz@nortonrosefulbright.com

    Also Present:

        Kevin Crowley, Videographer
        Connie Wong, Cantonese Interpreter,
        Certification No. Nevada DMV T154
        Matthew Hettridge, Esq., ETG

**4**

I - N - D - E - X

EXAMINATION BY:                                        PAGE
BY MR. GLENN                                            12
AFTERNOON SESSION                                       78

E - X - H - I - B - I - T - S

DEFENDANTS'            DESCRIPTION                      PAGE

Exhibit 205    Defendants' Amended Notice of            31
               Intent to Take the Oral and Video
               Deposition of Paradise
               Entertainment Limited's 30(b)(6)
               Corporate Representative

Exhibit 206    Defendants' Amended Notice of            31
               Intent to Take the Oral and Video
               Deposition of LT Game, Ltd.'s
               30(b)(6) Corporate Representative

Exhibit 207    Defendants' Amended Notice of            31
               Intent to Take the Oral and Video
               Deposition of LT Game, Inc.'s
               30(b)(6) Corporate Representative

Exhibit 208    Document entitled, "Paradise             44
               Entertainment Limited List of
               Directors and Their Role and
               Function"

Exhibit 209    Screenshot of Paradise                   47
               Entertainment Limited website
               "Directors and Senior Management"

Exhibit 210    Document entitled, "Paradise             49
               Entertainment Limited
               Anti-Corruption Policy"

Exhibit 211    Document entitled, "Monthly Return       50
               for Equity Issuer and Hong Kong
               Depositary Receipts listed under
               Chapter 19B of the Exchange
               Listing Rules on Movements in
               Securities," dated 9/30/2025

**5**

I - N - D - E - X
(Continued)

E - X - H - I - B - I - T - S

DEFENDANTS'            DESCRIPTION                      PAGE

Exhibit 212    Document entitled,                       79
               "Distributorship Framework
               Agreement," Bates Nos. PARADISE
               00021744 to 754

Exhibit 213    E-mail correspondence dated              80
               11/1/2018, Bates Nos. PARADISE
               0021739 to 742

Exhibit 214    E-mail correspondence dated              83
               11/27/2018, Bates Nos.
               ETG_00000079833 to 834

Exhibit 215    E-mail correspondence dated              85
               12/13/2018, Bates Nos.
               ETG_00000082265 to 266

Exhibit 216    Document entitled, "Supply               86
               Framework Agreement," dated
               12/14/2018, Bates Nos.
               ETG_00000082267 to 279

Exhibit 217    E-mail correspondence dated              89
               11/27/2018, Bates Nos.
               ETG_00000079780 to 782

Exhibit 218    E-mail correspondence dated              90
               5/3/2019, Bates Nos.
               ETG_00000093220 to 221

Exhibit 219    E-mail correspondence dated              93
               7/10/2019, Bates No.
               ETG_00000098080

Exhibit 220    Spreadsheet entitled, "Paradise          94
               Entertainment Limited Product
               Development Plan, Updated as of
               24 July 2019," Bates Nos. PARADISE
               00019059 to 060

**6**

I - N - D - E - X
(Continued)

E - X - H - I - B - I - T - S

| DEFENDANTS' | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 221 | E-mail correspondence dated 7/24/2019, Bates Nos. PARADISE 00019056 to 058 | 94 |
| Exhibit 222 | E-mail correspondence dated 9/13/2019, Bates No. PARADISE 00030769 | 96 |
| Exhibit 223 | E-mail correspondence dated 10/10/2019, Bates Nos. PARADISE 00006492 to 494 | 98 |
| Exhibit 224 | Letter from Lewis Roca to Leo Chan and Frank Feng, dated 10/17/2019, Bates Nos. PARADISE 00013249 to 259 | 101 |
| Exhibit 225 | E-mail correspondence dated 6/22/2018, Bates No. PARADISE 00021605 | 103 |
| Exhibit 226 | News article entitled, "LT Game shows new sic bo products, eyes more slot sales," dated 11/14/2019 | 105 |
| Exhibit 227 | E-mail correspondence dated 12/2/2019, Bates No. PARADISE 00021765 | 105 |
| Exhibit 228 | Document entitled, "Paradise Entertainment Limited Summary of Group Cash Balances, Updated on 2 December 2019," Bates No. PARADISE 00021770 | 106 |
| Exhibit 229 | Press release entitled, "Paradise Entertainment announces new appointment to accelerate North America slot machines business development strategy," dated 1/15/2020, Bates no. ETG_00000121202 | 107 |

**7**

I - N - D - E - X
(Continued)

E - X - H - I - B - I - T - S

| DEFENDANTS' | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 230 | E-mail correspondence dated 2/18/2020, Bates Nos. ETG_00000124400 to 408 | 110 |
| Exhibit 231 | E-mail correspondence (with English translation certification) dated 3/10/2020, Bates Nos. ETG_TRANSLATION_00000000065 to 663 | 112 |
| Exhibit 232 | E-mail correspondence dated 4/15/2020, Bates Nos. ETG_00000130738 to 739 | 115 |
| Exhibit 233 | E-mail correspondence dated 3/4/2020, Bates Nos. PARADISE 00022252 to 253 | 118 |
| Exhibit 234 | E-mail correspondence (with English translation) dated 3/7/2020, Bates Nos. PARADISE 00003647 to 650 | 119 |
| Exhibit 235 | E-mail correspondence dated 4/16/2020, Bates No. PARADISE 00004092 | 120 |
| Exhibit 236 | E-mail correspondence dated 5/7/2020, Bates Nos. PARADISE 00002754 to 756 | 121 |
| Exhibit 237 | E-mail correspondence (with English translation certification) dated 12/7/2020, Bates Nos. ETG_TRANSLATION_00000000089 to 104 | 122 |
| Exhibit 238 | E-mail correspondence dated 5/18/2021, Bates Nos. PARADISE 00027882 to 884 | 123 |

**8**

I - N - D - E - X
(Continued)

E - X - H - I - B - I - T - S

| DEFENDANTS' | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 239 | E-mail correspondence (with English translation certification) dated 5/24/21, Bates Nos. ETG_TRANSLATION_00000000011 to 026 | 124 |
| Exhibit 240 | E-mail correspondence dated 7/13/2021, Bates No. PARADISE 00008815 | 127 |
| Exhibit 241 | PowerPoint presentation from Exhibit 240 entitled, "Business of Slot Machines and Games Information Memorandum," dated July 2021, Bates Nos. PARADISE 00008816 to 830 | 127 |
| Exhibit 242 | Spreadsheet list of investors, Bates No. PARADISE 00008831 | 128 |
| Exhibit 243 | E-mail correspondence (with English translation certification) dated 8/31/2021, Bates Nos. ETG_TRANSLATION_00000000055 to 064 | 132 |
| Exhibit 244 | E-mail correspondence dated 10/26/2021, Bates Nos. PARADISE 00009063 to 065 | 133 |
| Exhibit 245 | WeChat conversations dated 11/4/2021 to 11/5/2021, Bates Nos. ETG_00000158050 to 052 | 134 |
| Exhibit 246 | Document entitled, "Master Hardware Purchase Agreement" between LT Game Canada Limited and Empire, dated 10/31/2021, Bates Nos. ETG_00000159194 to 204 | 135 |

**9**

I - N - D - E - X
(Continued)

E - X - H - I - B - I - T - S

| DEFENDANTS' | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 247 | Document entitled, "Game Development Agreement" between LT Game Canada Limited and Empire, dated 10/31/2021, Bates Nos. ETG_00000159205 to 219 | 136 |
| Exhibit 248 | Document entitled, "Distribution Agreement" between LT Game Canada Limited and Empire, dated 10/31/2021, Bates Nos. ETG_00000159220 to 231 | 137 |
| Exhibit 249 | E-mail correspondence dated 11/8/2021, Bates Nos. ETG_00000158366 to 369 | 140 |
| Exhibit 250 | Document entitled, "Renewed Supply Framework Agreement," dated 12/14/2021, Bates Nos. ETG_00000162360 to 372 | 142 |
| Exhibit 251 | WeChat conversations dated 12/8/2021, Bates Nos. ETG_00000161924 to 925 | 143 |

**10**

I  N  D  E  X
(Continued)

PREVIOUSLY MARKED EXHIBITS

| MARKED | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 90 | Document entitled, "Paradise Entertainment Limited Continuing Connected Transaction Supply Framework Agreement," Bates Nos. ETG_00000088811 to 816 | 87 |

QUESTIONS INSTRUCTED NOT TO ANSWER
None.

INFORMATION REQUESTED
None.

**11**

LOS ANGELES, CALIFORNIA; TUESDAY, OCTOBER 14, 2025
9:10 A.M.

THE VIDEOGRAPHER:  We are now on the record. The videographer is Kevin Crowley representing Lexitas.

This is a video deposition for the United States District Court, District of Nevada. Today's date is October 14, 2025.  The time is 9:10 a.m.

This deposition is being held at 555 South Flower Street in Los Angeles, California, in the matter of Paradise Entertainment Limited, et al., versus Empire Technological Group Limited, et al.

This is case number 2:24-cv-00428-JCM-BNW.

The deponent is Leo Chan.

Counsel, could you please identify yourselves and whom you represent, beginning with the questioning attorney, followed by the reporter's introduction and swearing in the interpreter and witness.  Thank you.

MR. GLENN:  My name is Ethan Glenn. I represent defendants, along with my colleague, Brian Stolarz.

MR. STOLARZ:  Plaintiffs.

MR. GLENN:  Sorry.  Represent plaintiffs

**12**

here.  Thank you.  Good start.

MR. CIARDULLO:  Jean-Paul Ciardullo from Foley & Lardner for plaintiffs and the witness.

MR. KEYHANI:  And Darius Keyhani and Frances Stephenson of Keyhani LLC on behalf of the plaintiff.

THE INTERPRETER:  My name is Connie Wong. I'm the interpreter.  I'm going to translate from Cantonese to English and vice versa.

THE WITNESS:  My name is Leo Chan.

THE INTERPRETER:  He is from Paradise Entertainment Limited.

CONNIE WONG, was called to interpret English to Cantonese and Cantonese to English truthfully, accurately, and to the best of their ability as follows:

LEO CHAN, called as a witness, having been first duly sworn, testified as follows:

THE STENOGRAPHER:  This is Cody Knacke, CSR 13691.

EXAMINATION
BY MR. GLENN:

Q.  Mr. Chan, my name is Ethan Glenn, as I just said.  I represent the defendants in this matter. I'm going to be asking you some questions today.

**13**

A.  (In English.)  Okay.

Q.  Do you understand that you took an oath to tell the truth today?

A.  (In English.)  Yes.

Yes.

THE VIDEOGRAPHER:  Attach that to your shirt.

THE INTERPRETER:  Attach it to my shirt.

Oh, yes.  He said yes.

BY MR. GLENN:

Q.  Do you understand that's the same oath you would take if you were testifying in front of a jury?

A.  (In English.)  Yes.

Q.  Is there any reason that you cannot testify truthfully today?

A.  No.

Q.  What's your full name?

THE INTERPRETER:  His name is Chan Kin Man, C-H-A-N, K-I-N, M-A-N.

Q.  Do you go by any other names?

A.  Yes.  I will use Leo, L-E-O.

Q.  What is your current title?

THE INTERPRETER:  He is the chief financial officer for the company Paradise Entertainment, Inc.

THE WITNESS:  (In English.)  Limited.

90

(Exhibit 218 was marked for identification by the Certified Shorthand Reporter, and a copy is attached hereto.)

BY MR. GLENN:

Q.   Mr. Chan, do you recognize Exhibit 218?

A.   I recognize.

Q.   Is this an e-mail that you received from Ms. Chattin about your work as CFO?

A.   This is my overview of the financial statement and the operations at that time, the main point that we discussed about.

Q.   I'll direct your attention to number 5 where it states:  "Frank will send details about Jenny or Jay's expenses to Leo.  Leo will provide instruction on how we handle book these details."

Do you see that?

THE INTERPRETER:  Sorry.  Can you repeat that question?

MR. GLENN:  I read number 5, and then I said, "Do you see that?"

THE WITNESS:  I saw number 5.

BY MR. GLENN:

Q.   How did you book Dr. Jay Chun and Jenny Feng's expenses?

A.   The expenses needs to be reviewed and looked

91

at individually.  How to book the expenses, it all depends on the content of the expenses.  For instance, if it is a personal expense, then it is supposed to be listed under "personal."  If it's company related, then it's company-related expenses.

Q.   And you made the decision on what was personal and what was business; right?

A.   I will make suggestion based on a valuable and related information.  And if necessary, I will ask the related personnel's suggestions or feedback.

Q.   Did LT Game Incorporated reimburse expenses for Dr. Jay Chun or Jenny Feng?

A.   (In English.)  To understand the nature of the expense.

As I said earlier, I would review supporting document to understand the nature of the expense and arrange or suggest related handling of the expenses.

MR. GLENN:  Objection.  Nonresponsive.

BY MR. GLENN:

Q.   Mr. Chan, I asked, did LT Game Incorporated reimburse expenses for Dr. Jay Chun or Jenny Feng?

A.   I want to clarify.  Who reimburse who?

Q.   LT Game Incorporated.

Did LT Game Incorporated or any other plaintiff reimburse an expense for Dr. Jay Chun or

92

Jenny Feng?

A.   Does it mean that when Jay and Jenny incur some business-related expenses, then the company will reimburse them?

MR. GLENN:  Objection.  Nonresponsive.

BY MR. GLENN:

Q.   Did any of those companies pay Dr. Jay Chun or Jenny Feng for an expense that they incurred?

THE WITNESS:  (In English.)  It require a clarification.

I want to clarify your question.  Is that when Dr. Chun and Jenny spent -- incurred expenses, does LT corporation reimburse their expenses?  Is that what you mean?

BY MR. GLENN:

Q.   Do any -- have any of the plaintiffs reimbursed their expenses?

MR. KEYHANI:  Objection.  Form.

THE WITNESS:  It is -- put it this way.  It is the general policy of the company if Jay or Jenny or other employees when at work spend -- paid in behalf of the company, after we review the supporting document, are subject to reimbursement.

BY MR. GLENN:

Q.   Has LT Game Incorporated ever given

93

Dr. Jay Chun or Jenny Feng a director's loan?

A.   Based on what I know, no.

MR. GLENN:  I'm going to hand the witness what's been -- we will mark as Exhibit 219.  It's Tab 33, bearing the Bates ETG_00000098080.

(Exhibit 219 was marked for identification by the Certified Shorthand Reporter, and a copy is attached hereto.)

BY MR. GLENN:

Q.   Mr. Chan, do you recognize Exhibit 219?

A.   I kind of recognize it.

Q.   Earlier, we discussed when LT Game Incorporated first installed slot machines in the U.S.

Does Exhibit 219 refresh your recollection that it was in July of 2019?

A.   I saw the e-mail.

MR. GLENN:  Objection.  Nonresponsive.

BY MR. GLENN:

Q.   Mr. Chan, did you often receive e-mails from Mr. Feng about LT Game Canada products?

A.   As mentioned earlier, we have monthly sales and marketing meetings.  The meeting discuss America sales business.  Frank will participate and report to me and Dr. Chun.

150

CERTIFICATE OF READER-INTERPRETER

I, _____, whose address is _____ a person who speaks the language of the witness, namely, _____ do hereby certify that on the ___ day of _____, 2025, I did translate the foregoing deposition from the English language to the Cantonese language, reading same to the witness in their native language, to the best of my ability;

That all corrections and changes requested by the witness were made and initialed by the witness;

That upon completion of said reading, the witness did confirm to me that they had understood the reading.

_____
Reader-Interpreter

_____
Date

151

DECLARATION UNDER PENALTY OF PERJURY

I hereby declare under penalty of perjury that the foregoing is my deposition under oath; that I have read same; and that I have made the corrections, additions, or changes to my answers that I deem necessary.

In witness thereof, I hereby subscribe my name this ___ day of _____, 2025.

_____
LEO CHAN

152

DEPONENT'S CHANGES OR CORRECTIONS

Note:  If adding to your testimony, print the words you want to add.  If deleting from your testimony, print the words you want to delete. Specify with "Add" or "Delete" and sign this form.

DEPOSITION OF:      LEO CHAN
DATE OF DEPOSITION:  OCTOBER 14, 2025

PAGE    LINE     CHANGE/ADD/DELETE
____    ____     _____
____    ____     _____
____    ____     _____
____    ____     _____
____    ____     _____
____    ____     _____
____    ____     _____
____    ____     _____
____    ____     _____
____    ____     _____
____    ____     _____
____    ____     _____
____    ____     _____

Deponent's Signature _____ Date _____

153

COUNTY OF LOS ANGELES, )
                       )
STATE OF CALIFORNIA,   )

I, Cody Knacke, Registered Diplomate Reporter, Certified Shorthand Reporter in and for the State of California, License No. 13691, hereby certify that the deponent was by me first duly sworn and the foregoing testimony was stenographically reported by me and was thereafter transcribed with computer-aided transcription; that the foregoing is a full, complete, and true record of said proceedings.

I further certify that I am not of counsel or attorney for either or any of the parties in the foregoing proceedings and caption named or in any way interested in the outcome of the cause in said caption.

The dismantling, unsealing, or unbinding of the original transcript will render the reporter's certificate null and void.

In witness whereof, I have hereunto set my hand this day:  October 17, 2025.

_____
CODY KNACKE, RDR, CSR No. 13691