# Exhibit A-7

# ETG_00000093220

# May 3, 2019 email from Linda Chattin to Leo Chan

Message
_____

| | |
|---|---|
| From: | Linda Chattin [/O=LIFETEC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LINDA CHATTIN] |
| Sent: | 5/3/2019 10:29:07 AM |
| To: | Leo Chan [/O=LIFETEC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Leo Chanc43] |
| CC: | Frank Feng [/O=LIFETEC/OU=HK1180/cn=Recipients/cn=frankfeng] |
| Subject: | Items for Hong Kong |

Hello Leo,

I trust your travels are going well. It was wonderful having you visit our office, we look forward to future visits from you. Per our discussion, I have listed the items our US office will provide to you:

1. Travel Expense:
   i.   We will send to Leo a quarterly forecast on projected travel.
   ii.  We will send to Leo the monthly average traveling expense for both domestic and international. (average cost per trip, per person) along with a detail report.
2. As of May 1st 2019, we will start using the template proved to us by Leo to record salaries per month. This will be sent in with the end of month financial package.
3. As of May 1st 2019, we will start assigning unique consecutive numbers to our requisition forms.
4. We will include all shipping documents for all goods transferred between the US, Macau, and Australian offices. These will be included with the end of month financial package.
5. Frank will send details about Jenny or Jay's expense to Leo. Leo will provide instruction on how we handle book these expenses
6. Linda will work with Ivan prior to end of each month to reconcile any transfers between companies so both books reconciliation match prior to sending the end of month financial package.
7. Frank will reach out with IGT to see whether they can provide us with their ETG trail status
8. Linda will provide a flow chart on license process which includes products approval process and gaming license application process
9. Frank, Linda and Daryn need to work out how to budget and track each slot title development. To provide a template for discussion with Leo.0

Please let me know if I have missed any items.

Thank you Leo and may you have a wonderful weekend!!



**Linda Chattin**
**Executive Director**
**LT Game Canada Limited**

Subsidiary of Paradise Entertainment Limited (SEHK Stock Code: 1180)

滙彩控股
Paradise entertainment

www.ltgame.com

Email: lindachattin@hk1180.com
T:1 702-263-7516 |M:702-686-4633|F:702-269-6429
6295 Harrison Drive, Suite 29, Las Vegas, NV 89120

10/14/2025
**Exhibit 218**
**L. CHAN**



Please reconsider the environment before printing

IMPORTANT NOTE: (1) The contents of this e-mail and its attachments are confidential, intended only for the named recipient(s) above and may contain information that is privileged. Any unauthorized use of the contents is expressly prohibited. If you have received this message in error, or are not the named recipient(s), please notify the sender and delete this e-mail message from your computer. (2) Before opening or using attachments, check them for viruses and defects. The contents of this e-mail and its attachments may become scrambled, truncated or altered in

ETG_00000093220

transmission. Please notify us of any anomalies.  (3) Our liability is limited to re-supplying the e-mail and attached files or the cost of having them re-supplied. (4) We collect personal information to provide and market our services. For more information about use, disclosure and access see our privacy policy at <http://www.hk1180.com/>.

CONFIDENTIAL

ETG_00000093221