# Exhibit A-8

# ECF No. 55-2, Declaration of Marcos Medero

# Feb. 21, 2025

# EXHIBIT 3

## *Declaration of Marcos Medero*

OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
JESSICA M. LUJAN, ESQ.
Nevada Bar No. 14913
**SPENCER FANE LLP**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: (702) 408-3400
Fax: (702) 938-8648
Email: opancheri@spencerfane.com
           jlujan@spencerfane.com

ROBERT T. STEWART, ESQ.
Nevada Bar No. 13770
**FOLEY & LARDNER LLP**
95 South State Street, Suite 2500
Salt Lake City, Utah 84111
Tel.: (801) 401-8900
Email: rtstewart@foley.com

JEAN-PAUL CIARDULLO, ESQ. (*pro hac vice*)
California Bar No. 284170
**FOLEY & LARDNER LLP**
555 Flower Street, Suite 3300
Los Angeles, California 90071
Tel: (213) 972-4500
Fax: (213) 486-0065
Email: jciardullo@foley.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PARADISE ENTERTAINMENT LIMITED, a Bermuda corporation; and LT GAME, INC., a Nevada corporation, | Case No. 2:24-cv-00428-JCM-BNW |
| Plaintiffs, | **DECLARATION OF MARCOS MEDERO** |
| vs. | |
| EMPIRE TECHNOLOGICAL GROUP LIMITED, a Nevada corporation; GAMING SPECIALIZED LOGISTICS LLC, a Nevada limited liability company; LINYI FENG, an individual; ROY KELCEY ALLISON, an individual; and DARYN KIELY, an individual, | |
| Defendants. | |

I, Marcos Medero, declare as follows:

1. I have been the Accounting Manager for LT Game Inc. ("LT Game," formerly called LT Game (Canada) Ltd.) and am currently managing what remains of the operations of LT Game in Las Vegas under the direction of Dr. Jay Chun and Mr. Chan Kin Man alias Leo Chan, the management executives of Paradise Entertainment Limited ("Paradise") and its subsidiaries (collectively, "Paradise Group"). I am a resident of Las Vegas and plan to testify as a witness in the trial of this matter in the District of Nevada. Unless otherwise stated, all facts stated herein are true and correct to the best of my knowledge, information and belief, based on either my personal knowledge or information from records which information I believe to be accurate.

2. I was hired by LT Game in August 2019 to assist with managing financial accounts. In that role I gained direct knowledge of LT Game's spending and payroll. I have been on LT Game payroll consistently since the time I was hired by LT Game, and through the present. Starting around July 2022, most of my work for LT Game has been remote.

3. I reported to Mr. Linyi "Frank" Feng, who was the President of both LT Game and Empire Technological Group Ltd. ("Empire") during his tenure with LT Game. Mr. Feng ultimately requested that I work directly with him in a much broader accounting role, managing financial matters for not only LT Game and Empire, but also for several of his other businesses, including Akkadian, Solution Gaming, Playful Interactive, and F2 TPS. I collaborated closely with Mr. Feng until about July 2022. During that time, I gained direct personal knowledge of various aspects of the finances of the aforementioned companies, and maintained their accounting books and records. Although I understood myself to be employed by LT Game, I was also aware that Mr. Feng is a brother-in-law of Dr. Chun, the Chairman of Paradise Group, while performing accounting work for Empire and Mr. Feng's other companies.

4. Empire and LT Game shared employees, resources, and office space. Until mid-2021, all LT Game and Empire employees worked together at the same location at 6296 Harrison Drive. LT Game paid the lease for this premises, which was about $13,000 per month by the end of the term. Mr. Feng had acquired a showroom on McLeod Drive, but to my knowledge and belief, no employees regularly worked there. In mid-2021, Mr. Feng used his company Victorian Investment Holdings to acquire a property at 7175 West Post Road, where all LT Game and Empire employees were relocated and continued to work

DECLARATION OF MARCOS MEDERO
Case No. 2:24-cv-00428-JCM-BNW
**EXHIBIT 3 - 02**

4935-0563-3048.5

together. LT Game continued to pay rent at 6296 Harrison Drive until early 2022, when Mr. Feng assumed a lease at 6445 West Sunset Road, which was nominally designated as a separate address for LT Game. This West Sunset Road premises was previously leased by Synergy Blue LLC (a company whose assets Mr. Feng had purchased), and he referred this property to Paradise management for leasing. Since then, LT Game has paid rent at that location and used it as the office of LT Game. However, to my knowledge, no LT Game employees ever actually worked there. During the conduct of this lawsuit, Mr. Leo Chan informed me that he and Paradise management, including Dr. Chun, were unaware of these arrangements, Mr. Feng did not disclose that Synergy Blue LLC was the previous lessee of the West Sunset Road premises, which misled Paradise management into leasing this property.

5.  I was asked to review company records to determine the date by which the individuals listed persons below were still on LT Game's payroll as employees. I have provided that information in the table below, however, this list does not cover all LT Game and Empire employees.

|  | On LT Game Payroll Until |
|---|---|
| Daryn Kiely | March 2023 |
| Kelcey Allison | August 2022 *(but thereafter engaged under GSL)* |
| Linda Chattin | December 2019 |
| Cindy Omohundro | March 2020 |
| Jaime Johnson | July 2021 |
| Cheryl Demma | March 2020 |
| Collen Leda | October 2021 |
| Garrett Olson | March 2022 |
| Chris Mason | March 2022 |
| John Glaser | January 2022 |
| Carleton Campbell | July 2022 |

6.  It became apparent to me that Mr. Feng was engaged in a plan to create a gaming business under his own control to be separated from Paradise, LT Game, and Dr. Chun. By around the time that Mr. Feng purchased the building at 7175 West Post Road, he had clearly indicated to me his intention to migrate all LT Game employees to Empire. I believe that his companies that I mentioned – Akkadian, Solution Gaming, Playful Interactive, and F2 TPS – were different components of the same business that Mr. Feng was establishing. He had been pursuing these separate business objectives from at least around the time that I began working at the company. I am aware that Mr. Feng formally resigned as President of

DECLARATION OF MARCOS MEDERO
Case 2:24-cv-00428

LT Game in February 2022, however, he continued to be involved with LT Game operations, and solicited work from LT Game employees for Empire, as he did with Mr. Kiely, for example.

7. Looking back, I believe that Mr. Feng was utilizing my accounting services for his various companies because those records would not typically have been accessible by Paradise management. I observed that Mr. Feng – sometimes accompanied by Mr. Roy Kelcey Allison and Mr. Daryn Kiely – handled most communications with the Paradise team.

8. On one occasion in 2020, Mr. Feng asked me to facilitate the release of approximately $1 million from LT Game's account to help fund F2 2PS. He specifically requested that the transaction be kept off LT Game's books and records, claiming that Mr. Leo Chan had approved it. It is my understanding that at some point later Mr. Feng repaid the amount to LT Game after using it for F2 TPS. I have been subsequently informed that neither Dr. Chun nor Mr. Leo Chan had approved that transaction, and were unaware of it.

9. Regarding LT Game's card shoes at Commerce Casino, the rental income from those was paid to Empire and then was supposed to flow through to LT Game after deducting the remuneration entitled by Empire. I do not have records of Empire making any further payments to LT Game for the Commerce Casino card shoes since January 2022, although Commerce Casino continued to pay Empire after that. My own collection of records related to Commerce Casino does not extend past June 2022, but Empire was paid during each of those months.

10. Mr. Feng supplemented my LT Game payroll with additional payments from Empire, and occasionally from his other company, Solution Gaming, for the period of approximately mid-2021 until mid-2023. However, the vast majority of my salary still came from LT Game. Starting in 2021, Mr. Feng made several requests to me to formally stop working for LT Game, but I declined these offers. However, by the second half of 2023, most of LT Game's employees and all the senior management – including Mr. Allison, Mr. Kiely, and Ms. Zhao Yi (alias Betty Zhao, the then Chief Operating Officer of Paradise Group) – had formally resigned from LT Game and identified themselves as working exclusively for Empire. Prior to their resignations, my understanding was that the LT Game employees had been simultaneously working for both LT Game and Empire, which were being treated as related operations.

DECLARATION OF MARCOS MEDERO
Case 2:24-cv-00428

4935-0563-3048.5

**EXHIBIT 3 - 04**

I declare under penalty of perjury under the laws of the United States of America and the State of Nevada that the foregoing is true and correct to the best of my knowledge.

DATED: _2/21/2025_____

Signed by:

Marcos Medero

31BB393CC9394A9...

Marcos Medero

DECLARATION OF MARCOS MEDERO
Case 2:24-cv-00428

4935-0563-3048.5

**EXHIBIT 3 - 05**