OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
JESSICA M. LUJAN, ESQ.
Nevada Bar No. 14913
**SPENCER FANE LLP**
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308
Fax: (702) 791-1912
Email: opancheri@spencerfane.com
jlujan@spencerfane.com

ROBERT T. STEWART, ESQ.
Nevada Bar No. 13770
**FOLEY & LARDNER LLP**
95 South State Street, Suite 2500
Salt Lake City, UT 84111
Tel.: (801) 401-8900
Email: rtstewart@foley.com

JEAN-PAUL CIARDULLO, ESQ. (*pro hac vice*)
California Bar No. 284170
**FOLEY & LARDNER LLP**
555 Flower Street, Suite 3300
Los Angeles, California 90071
Tel: (213) 972-4500
Fax: (213) 486-0065
Email: jciardullo@foley.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PARADISE ENTERTAINMENT LIMITED, a Bermuda corporation; LT GAME, INC., a Nevada corporation; and LT GAME LIMITED, a British Virgin Islands corporation

Plaintiffs/Counterdefendants,

v.

EMPIRE TECHNOLOGICAL GROUP LIMITED, a Nevada corporation; GAMING SPECIALIZED LOGISTICS LLC, a Nevada limited liability company; LINYI FENG, an individual; ROY KELCEY ALLISON, an individual; DARYN KIELY, an individual,

Defendants/Counterclaimants.

Case No. 2:24-cv-00428-JCM-BNW

**JOINT STIPULATION AND MOTION ON BRIEFING SCHEDULES AND MOTIONS TO SEAL**

**[SIXTH REQUEST]**

Plaintiffs Paradise Entertainment Limited ("**Paradise**"), LT Game, Inc. ("**LT Game**"), and LT Game Limited ("**LTG Limited**") (collectively, "**Plaintiffs**") and Defendants Empire Technological Group Limited ("**Empire**"), Linyi (Frank) Feng, Roy Kelcey Allison, Gaming Specialized Logistics LLC ("GSL"), and Daryn Kiely (collectively, "**Defendants**") by and through their undersigned counsel of record, hereby stipulate and agree to modest extensions of certain of the recent briefing deadlines, and to a forthcoming narrowing of their respective Motions to Seal on that briefing.

**A. The Parties' Stipulated Briefing Deadlines**

By Order dated March 26, 2026, the Court granted the Parties' joint request for an extension of the schedule for Summary Judgment and Daubert briefing. (ECF No. 157.) However, as certain of the briefing arose, the Parties encountered unexpected scheduling conflicts and conferred with each other in good faith to mutually agree to certain modest extensions of the deadlines. Because these scheduling issues came up near in time to when briefing was due, the Parties noted their joint requests concerning the deadline modifications within their briefing to the Court but did not yet file a formal joint motion on the subject. The Parties are doing so now. Specifically, the briefing deadlines that the Parties have jointly agreed to in good faith are shown at the end of this document.

As these deadlines have already been mutually agreed to in good faith by the Parties and did not meaningfully alter the case schedule, the Parties respectfully and jointly ask that the Court affirm the briefing schedule set forth below and deem the identified submissions to have been timely made.

**B. The Parties' Expected Narrowing Of Pending Motions To Seal**

In response to the Court's minute orders on August 19 and September 17, 2026 (ECF Nos. 201 and 206), and to otherwise streamline the Parties' various pending sealing requests, the Parties are now working to narrow the scope of certain of their Motions to Seal that were filed with the foregoing briefing. Specifically, the Parties may narrow the scope of the Motions to Seal at ECF Nos. 186 and 194. Therefore, the Parties jointly and respectfully request that the Court defer further action on those Motions until the Parties jointly file a revised versions of those sealing requests, which will set out each party's respective position on each of the documents at issue and any accompanying argument relating thereto. The Parties request to be allowed until 21 days from the Court's Order on this Joint Stipulation to submit their positions on sealing with respect to the identified Motions to Seal.

**C. Statement Concerning Discovery**

Although discovery has concluded, for the sake of completeness, the Parties here report on its status.

Fact discovery closed in December 2025. It included, among other things:

- over 20 depositions, many of which occurred in Hong Kong, and many of which required Chinese interpreters;
- well over 1 million documents collected and reviewed, including extensive resources spent translating Chinese records and recovering text messages from mobile phones;
- hundreds of hours of attorney time spent conferring and resolving discovery disputes;
- hundreds of pages of detailed written discovery responses, including to almost 200 interrogatories.

In January 2026, Plaintiffs served three expert reports. In February 2026, Defendants served five expert reports. Expert depositions concluded in April 2026. Defendants filed their Summary Judgment Motion in April 2026. Briefing on that motion, and on *Daubert* motions, proceeded as indicated below.

**D. Summary**

The chart below summarizes the Parties' stipulated deadlines that the Parties now ask the Court to affirm as having been timely.

The Parties also respectfully request until 21 days after entry of an order on this Joint Stipulation in which to submit their revisions, if any, to the pending Motions to Seal.

| Event | Former Deadline | Parties' Agreed Deadlines (Already Filed) |
|---|---|---|
| Deadline to file dispositive motions | 10 days after Second Amended Complaint | April 21, 2026 |
| Deadline to file opposition to dispositive motions | 28 days after motion | May 21, 2026 |
| Deadline to file replies to dispositive motions | 14 days after opposition | June 4, 2026 |
| Deadline to file Rule 702 (*Daubert*) motions | 21 days after reply | June 25, 2026 |
| Deadline to file opposition to Rule 702 (*Daubert*) motions | 28 days after motions | July 31, 2026 |
| Deadline to file replies to Rule 702 (*Daubert*) motions | 14 days after oppositions | August 21, 2026 |

IT IS SO STIPULATED.

Dated this 26th day of October, 2026.

*/s/ Jessica M. Lujan*
OLIVER J. PANCHERI, ESQ. (NBN 7476)
JESSICA M. LUJAN, ESQ. (NBN 14913)
**SPENCER FANE LLP**
300 S. 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 791-0308 / Fax: (702) 791-1912
Email: opancheri@spencerfane.com
jlujan@spencerfane.com

JEAN-PAUL CIARDULLO, ESQ. (pro hac vice)
California Bar No. 284170
**FOLEY & LARDNER LLP**
555 Flower Street, Suite 3300
Los Angeles, California 90071
Tel: (213) 972-4500
Fax: (213) 486-0065
Email: jciardullo@foley.com

*Attorneys for Plaintiff*

Dated this 26th day of October, 2026.

*/s/ Zachary P. McHenry*
PATRICK J. REILLY, ESQ. (NBN 6103)
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, 16th Floor
Las Vegas, Nevada 89106
Tel.: (702) 382-2101 / Fax: (702) 382-8135
Email: preilly@bhfs.com

MARK T. OAKES, ESQ. (*pro hac vice*)
ZACHARY P. MCHENRY, ESQ. (*pro hac vice*)
ETHAN GLENN, ESQ. (*pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone: (512) 474-5201
Facsimile: (512) 536-4598
Email: mark.oakes@nortonrosefulbright.com
zach.mchenry@nortonrosefulbright.com
ethan.glenn@nortonrosefulbright.com

*Attorneys for Defendants*

**ORDER**

The Court, having reviewed the above stipulation of the parties, and good cause appearing therefor, hereby **GRANTS** the above stipulation, **ADOPTS** the proposed discovery deadlines as set forth herein.

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: October 27, 2026